# Exhibit A
# Scoville

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:            )

                             ) File No. SL-02736-A

THE INVESTIGATION OF         )

TRAFFIC MONSOON, INC.        )


WITNESS:  Charles David Scoville

PAGES:    1 through 190

PLACE:    Securities and Exchange Commission

          Salt Lake District Office

          351 South West Temple, Suite 6.100

          Salt Lake City, Utah 84101 United States

DATE:     Tuesday, May 17, 2016


     The above-entitled matter came on for hearing,

pursuant to notice, at 10:05 a.m. MDT.




Diversified Reporting Services, Inc.

(202) 467-9200

## Page 2

1  APPEARANCES
2
3  On behalf of the Securities and Exchange Commission:
4     ALISON J. OKINAKA, ESQ.
5     SCOTT FROST, ACCOUNTANT
6     CHERYL MORI, ESQ.
7     Securities and Exchange Commission
8     Salt Lake Regional Office
9     351 S. West Temple Street, Suite 6.100
10     Salt Lake City, Utah 84101
11     (801) 524-5796
12
13  On behalf of the Witness:
14     CHARLES DAVID SCOVILLE, PRO SE
15
16  Also Present:
17     Samera Hussain
18
19
20
21
22
23
24
25

## Page 3

1       C O N T E N T S
2
3  WITNESS:           EXAMINATION
4  Charles David Scoville      4
5
6  EXHIBITS:  DESCRIPTION     IDENTIFIED
7  1  SEC Form 1662     5
8  2  Document with title "Your Massive
9     Traffic Resource"    49
10  3  Document with title "FAQ"   65
11  4  Document with title "Ad Plans"   70
12  5  Portion of website headed "Terms"  86
13  6  E-mail to Kenin Spivak   92
14  7  Spreadsheet     135
15  8  Spreadsheet     135
16  9  Recent e-mail sent to the Commission
17     from Mr. Scoville   147
18  10  Spreadsheet of figures   147
19  11  Screen shot of a YouTube video  169
20
21
22
23
24
25

## Page 4

1       P R O C E E D I N G S
2      MS. OKINAKA:  We're on the record at 10:05
3  on May 17th, 2016.
4      Mr. Scoville, would you raise your right
5  hand.  Do you swear to tell the truth, the whole
6  truth, and nothing but the truth?
7      MR. SCOVILLE:  I do.
8  Whereupon,
9      CHARLES DAVID SCOVILLE
10  was called as a witness and, having been first duly
11  sworn, was examined and testified as follows:
12      EXAMINATION
13  BY MS. OKINAKA:
14    Q  Would you state and spell your full name
15  for the record and any middle name as well.
16    A  Sure.  My name is Charles David Scoville.
17  Charles is spelled C-h-a-r-l-e-s; middle name, David,
18  D-a-v-i-d; last name, Scoville, S-c-o-v-i-l-l-e.
19    Q  My name is Alison Okinaka, and with me
20  today are Scott Frost and Cheryl Mori.  And we're all
21  officers of the Commission for the purposes of this
22  proceeding.
23      So this is an investigation by the
24  Securities and Exchange Commission in the matter of
25  Traffic Monsoon, Inc., File No. SL-2736, to determine

## Page 5

1  whether there have been violations of the federal
2  securities laws.  However, the facts developed in the
3  investigation might constitute violations of other
4  federal or state, civil or criminal laws.
5      Before we went on the record you were
6  provided with a copy of the Formal Order of
7  Investigation in this matter, and it will be
8  available for your examination during the course of
9  the proceeding.
10      Have you had a chance to review the formal
11  order?
12    A  Yes.
13    Q  Also, prior to going on the record we gave
14  you a copy of the Commission's Form 1662, and it's
15  marked as Exhibit No. 1.  Have you had a chance to
16  review Exhibit No. 1?
17      (SEC Exhibit No. 1 was
18      marked for identification.)
19    A  Yes.
20    Q  Do you have any questions about that
21  exhibit?
22    A  No.
23    Q  And are you represented by counsel today?
24    A  No, I'm not.
25    Q  Because you're not represented by counsel,

Page 6

1    I'm required to highlight a few items from Form 1662
2    for you.
3         You have the right to be accompanied,
4    represented, and advised by counsel.  And this means
5    you can have an attorney present and your attorney
6    can advise you before, during, and after your
7    examination today.  Do you understand this?
8         A   Yes.
9         Q   Do you understand that upon your request
10   these proceedings will be adjourned so that you can
11   obtain counsel?
12        A   Yes.
13        Q   Do you understand that the statutes set
14   forth in Exhibit No. 1 provide criminal penalties for
15   knowingly providing false testimony or knowingly
16   using false documents in connection with the
17   investigation?
18        A   Yes.
19        Q   And finally, do you understand that you can
20   assert your rights under the Fifth Amendment to the
21   Constitution and refuse to answer any question that
22   might tend to incriminate you?
23        A   Yes.
24            MS. OKINAKA:  And I should also say for the
25   record that your wife is with us today.

Page 7

1            And would you give us your name and
2    spelling of your name for the record?
3            MS. HUSSAIN:  Samera Hussain.  And it's
4    S-a-m-e-r-a.  Last name Hussain, H-u-double-s-a-i-n.
5            BY MS. OKINAKA:
6        Q   She's just attending and not testifying as
7    a witness today, correct?
8            MS. HUSSAIN:  Yeah.
9            BY MS. OKINAKA:
10       Q   Correct?
11       A   That is correct, yes.
12       Q   Just as a -- to start off, we wanted to
13   discuss some of the terms we'll be using today with
14   you to make sure they're the terms you use in
15   connection with Traffic Monsoon, because we have a
16   different background than you do, and so we may be --
17   I know in some of our e-mails we've used terms that
18   you corrected us on.
19           So a person who is buying services from
20   Traffic Monsoon, do you call that a member?
21       A   I would say those are advertisers.
22       Q   Advertisers, okay.  So --
23       A   So a member would be anyone who has signed
24   up, whether they have paid for anything or not.
25       Q   So it includes free -- what you call free

Page 8

1    members?
2        A   There's free members, yeah.
3        Q   Because I know in your materials, you do
4    call them members.
5        A   Uh-huh.
6        Q   But would advertisers be -- not be the
7    people buying -- participating for free?
8        A   Maybe I might have referenced them as
9    either free members, or they've been paid members,
10   like they've purchased something from the website.
11       Q   Right.  So advertisers are --
12       A   -- people who have purchased advertising
13   service.
14       Q   And does that include the banner ad
15   packages?
16       A   Absolutely.
17       Q   Okay.  And how about revenue?
18       A   Revenue would be generated -- the sale of a
19   service.
20       Q   Okay.  And do you use the term "profit
21   sharing" or "revenue sharing" for -- I know you speak
22   about each member has an imaginary bucket that fills
23   up from -- I would say revenue that is shared with
24   him.  Would that be a term you would use?
25       A   On the Ad Plans page, I remember it does

Page 9

1    say that there's a profit margin that's generated
2    with this advertising sales.  So yes, the profits --
3        Q   Profit sharing?
4        A   We share the profits, yeah.
5        Q   So for background, would you give us your
6    address -- your residential address and phone and any
7    e-mail addresses.
8        A   Sure.  My address is ███████
9    Boulevard, that's ██████, Murray, Utah ███3.
10       Q   And how about your telephone number?
11       A   Telephone number is (801) ███.
12       Q   Is that a cell phone?
13       A   It is, uh-huh.
14       Q   Do you have any other addresses or phone
15   numbers?
16       A   No, not really.  There is an address in the
17   UK, but no other phone number.
18       Q   Is that the address for Traffic Monsoon?
19       A   There's another -- that's an address that
20   belongs to a buddy of mine that is registered at that
21   address, but I don't know it by heart.
22       Q   Let me ask you if you have any business
23   addresses or phone numbers, then.
24       A   There's -- the business address is on the
25   website.  I don't know it by heart, though.

## Page 10

1     Q   That's a UK address?

2     A   Uh-huh.

3     Q   Okay.  And that phone is your business

4 phone as well?

5     A   I don't have another -- oh, the phone

6 number that's on the website is for customer service,

7 and I don't know that one by heart.

8     Q   That's okay.

9       So the UK address, you said it was a buddy

10 of yours?

11    A   Yeah.  It's at the Imperial Offices.  I

12 don't remember what the address is, though.

13    Q   What's his name?

14    A   His name Aamir Raja.  A-a-m-i-r; and Raja

15 is R-a-j-a, I think.

16    MS. HUSSAIN:  Yeah.

17    BY MS. OKINAKA:

18    Q   So we would remind you not to ask your wife

19 for information, because she's not a witness --

20    A   Sorry.

21    Q   -- which I know is not easy to do.  But

22 that's your recollection of his name, right?

23    A   Yes.

24    Q   Okay.  And what's your e-mail address?

25    A   It is ███████████████.

## Page 11

1    Q   At your Murray address, do you reside by

2 yourself or with others?

3    A   With my son.

4    Q   And what's his name and age?

5    A   His name is ████████████, and he's

6 10.  He'll be turning 11 in June, June 30th.

7    Q   Is he your only child?

8    A   He is, yes.

9    Q   And you're married to Samera?

10    A   Samera, yeah.

11    Q   Can you give us your educational background

12 for the record.

13    A   It's a bit mixed up because I first went to

14 community college, didn't know what I wanted to do,

15 so I just took some generals.  And then I switched my

16 major to Spanish and then took Spanish classes.  And

17 then switched my major to -- just trying to

18 remember -- computers.

19    Q   Is this still at the community college?

20    A   And I switched -- I went to a couple

21 different community colleges.  And then I went to

22 Stevens-Henegar here for computer science.  And I

23 left the degree program because my wife worked there

24 and we were going through a divorce.

25    Q   Your former wife?

## Page 12

1    A   Yeah.  And even though I had a 4.0 grade

2 point average, they were saying, why would you want

3 to leave; and I just didn't want to go to the same

4 college that she worked.  And I also was looking at

5 that degree program where it ended and just didn't

6 want the kind of career that would be at the end of

7 that road.

8      And so then I went to LDS Business College

9 for business entrepreneurship.

10    Q   Did you graduate from LDS Business College?

11    A   No.

12    Q   When did you finish up at LDS Business

13 College?

14    A   I want to say 2011.  Maybe it was 2010.

15    Q   Why did you leave LDS Business College?

16    A   Well, it's an entrepreneurship program that

17 they have there, and part of the program they have is

18 a launch and learn.  And so you launch a business,

19 and you learn from it.  And since I was already

20 successfully running a home business, I decided to

21 focus more on the entrepreneurship, actually running

22 the business than going to school to learn more about

23 how to do it, since I was already doing it.

24    Q   And can you summarize your work history for

25 us?

## Page 13

1    A   Sure.  I started out when I was I guess 15.

2 I worked at A&W.  And then I worked at Wendy's and a

3 gas station, a Texaco.  I worked in a call center

4 doing customer service.  And then after working with

5 them for almost a year, I served a mission for the

6 LDS Church for two years in Arizona.  And then after

7 that I worked in more customer service positions for

8 about the next ten years.

9    Q   Was that in Salt Lake?

10    A   Both in Colorado, also in Illinois, and

11 also in Salt Lake and West Valley.  SelectHealth is

12 out there.  I was out there for about two years.

13    Q   So you were in customer service for about

14 ten years?

15    A   Uh-huh.

16    Q   When did you -- when did that end?  What

17 year?

18    A   It was about the same year I was in --

19 right before I went to LDS College, so 2010.

20    Q   And you mentioned you had -- you were

21 running home-based businesses at some point.

22    A   Yeah.

23    Q   When did you start doing that?

24    A   I started March of 2010.

25    Q   What business was that?

Page 14

1    A   It was a business called TviPtc, and it was
2    a pay-to-click website.
3    Q   What was it?  Tvi --
4    A   TviPtc.
5    Q   Is that business still active?
6    A   It's not.
7    Q   And did you do any home-based businesses
8    after that?
9    A   Yes.  While I was running this business, I
10   also went to LDS Business College.  And, like I
11   mentioned, we had that launch and learn class.  So
12   part of the class it was required for us as a group
13   to start a business, register it, and we had to
14   generate at least $3,000 in revenue throughout the
15   course of the semester.  And if we didn't reach that
16   level of sales, then we didn't pass the class.  So we
17   had to get to work, and we formed a business.  We
18   released the business.  And luckily, we were able to
19   generate the sales before the semester ended.
20   Q   So each student had to do that?
21   A   Yeah, each group.  It was a group project.
22   Q   Okay.  So when you say "we," you mean the
23   group?
24   A   Yeah, the group.  Yeah.
25   Q   What was that business?

Page 15

1    A   It was U Launch Formula.
2    Q   What kind of business was it?
3    A   What we sold was advertising, but also
4    training and a list of advertising resources that
5    people could use to advertise whatever their business
6    is online.  So not only were we offering an
7    advertising service, but we also had training and
8    also an auto responder service where when people made
9    that purchase, then they had this form that they
10   could send to people via e-mail or whatever to sign
11   up, and then they could save their information.
12       I don't know if you're familiar with Lead
13   Capture, but that's what it was --
14   Q   No.
15   A   -- is a service, like AWeber is another
16   related service.  And so we were charging just $10 a
17   month instead of AWeber, what they charge is $19 or
18   more per month depending on your list size, however
19   many people you have signed up.  We had unlimited
20   list size, so no one had any limits, and it was just
21   $10 per month.
22   Q   Any home-based businesses after that before
23   Traffic Monsoon started?
24   A   Yes.  There were a few different ideas that
25   I was testing out there in the marketplace.  I don't

Page 16

1    remember the list of them all by heart right now, but
2    I have them on a website online that kind of goes
3    through what each of them was.
4    Q   Where is that?
5    A   It's CharlesScoville-TrafficMonsoon.com, I
6    think.
7    Q   It's on there?
8    A   I think so.
9    Q   Okay.  I have that link.
10   A   Okay.  So it goes through each of the
11   different businesses, and it explains what it was
12   that people were buying.  So with each business, the
13   struggle that I experienced was traction in the
14   marketplace.  Some of these only had a couple hundred
15   customers that, after using the services for a month
16   or two, they decided not to use it anymore.
17       So then after a number of months went by,
18   no one was using the services.  I was like, oh, what
19   a bummer; I'm going to have to go back to the drawing
20   board, try to figure out how to perfect my services,
21   how to make things better for the customers so people
22   could actually use the services long term.  Because I
23   wanted to create a business that I could actually run
24   for years and years and years and years to come.
25   Q   I have a list of the ones I'm aware of --

Page 17

1    A   Okay.
2    Q   -- with me.  So I could ask you about them
3    now.
4    A   Sure.
5    Q   I'll do that, but I'll finish up my
6    background first.
7        What's your date and place of birth?
8    A   Date, January 4th, 1980.  And I was born in
9    Boulder, Colorado.
10   Q   Do you have any professional licenses?  For
11   example, a CPA license, a real estate license,
12   anything like that?
13   A   No license other than just a business
14   license, yeah.
15   Q   Right.  And where do you have bank
16   accounts?
17   A   My bank is Chase Bank.
18   Q   Is that in Park City?
19   A   Well, I guess it's -- I opened it here in
20   Salt Lake, but they opened it up in Park City.  I
21   don't know why they did that.
22   Q   Any other bank accounts --
23   A   No.
24   Q   -- currently?  Do you have any --
25   A   Just with Chase.

Page 18

1    Q   Oh, sorry. Do you have any bank accounts
2  overseas in other countries?
3    A   There is a bank account in Dubai, but
4  there's nothing in it.
5    Q   Is that in your name?
6    A   It's actually in Traffic Monsoon's name.
7    Q   What bank is it?
8    A   I think it's NBD.
9    Q   NBD?
10   A   NBD.
11   Q   When did you open that account?
12   A   I think it was either January or February
13 of this year.
14   Q   Are you the signatory on the account?
15   A   Yes.
16   Q   Is anybody else a signatory?
17   A   I don't think so.
18   Q   What was the purpose of doing that?
19   A   The purpose of opening that bank account
20 was people in that region of the world were reporting
21 that making purchases through different payment
22 processors were really difficult. And they also
23 reported that sometimes trying to send a wire
24 transfer to the United States to make a purchase of
25 service, it wasn't going through. So they had

Page 19

1  requested to have a bank opened in that region of the
2  world to make it easier for them to make purchases.
3    Q   And you say there's nothing in it now?
4    A   Nothing. I decided not to because some
5  people had warned me that since it's in Dubai, the
6  bank might have -- like my sponsor might have the
7  ability to gain access to those funds. And since
8  someone gave me that warning, I just said, okay, I'm
9  not going to put anything in there.
10   Q   Why do you have a sponsor? How does that
11 work?
12   A   Well, if you're going to register a
13 business, you have to be a resident or have a
14 resident visa. So I had to get a resident visa, and
15 in order to do that you have to have a sponsor.
16   Q   And do you have any brokerage accounts?
17   A   No.
18   Q   Does Traffic Monsoon have bank accounts?
19   A   Traffic Monsoon does, uh-huh.
20   Q   And where are they? What institute?
21   A   Just the Traffic Monsoon bank account is in
22 Chase Bank.
23   Q   So you also have a personal bank account at
24 Chase?
25   A   Yes.

Page 20

1    Q   Okay. And the Dubai account for Traffic
2  Monsoon?
3    A   That's right, but there's nothing in it.
4    Q   Does Traffic Monsoon have a brokerage
5  account?
6    A   No.
7    Q   Let me ask you about my list of prior
8  entities.
9    A   Uh-huh.
10   Q   And I have AdHitProfits.
11   A   Yeah.
12   Q   Are you the -- were you the owner of
13 AdHitProfits?
14   A   Yes. And it's still there online.
15   Q   Anybody else own that business?
16   A   No. Just me.
17   Q   And can you describe what the business was?
18   A   It's very similar to Traffic Monsoon. The
19 problem that we bumped into, like what I mentioned
20 before about customer retention and traction, is
21 after about three months customers kind of walked
22 away. So it also did the revenue sharing or profit
23 sharing. And when the revenue sharing slowed down
24 for people, there was less revenue to share. People
25 were screaming scam and fraud and things like that.

Page 21

1        And the Utah state securities division
2  actually investigated, and they went through the
3  entire thing and found, okay, yeah, he's not offering
4  any kind of security here with this. So they passed
5  it over to the consumer protection department, and
6  they looked through to see if maybe I had been
7  misrepresenting what I was offering, and they closed
8  their file as well.
9    Q   When you were mentioning that the revenue
10 dried up, what was -- where was the revenue coming
11 from for AdHitProfits?
12   A   Through advertising sales. So people
13 essentially decided not to use my services. There
14 were still many people who were, but the bulk of the
15 customers, they were walking away to use different
16 services.
17   Q   Did the revenue include money people had
18 paid in to buy the services, then?
19   A   So the money that we were sharing were
20 people buying services, right.
21   Q   So AdHitProfits is still online, but is it
22 active?
23   A   Yeah, it is. It still pays.
24   Q   How many members did it have at its peak,
25 more or less?

Page 22

1      A   I think -- you know, it's been a while
2   since I've looked at those numbers, but it's around
3   40,000.
4      Q   Do you have a sense of the total amount of
5   money that members put into AdHitProfits?
6      A   I would have to look it up.  I don't know.
7      Q   I'm wondering why --
8      A   And just to reword it is people don't put
9   money in, because that would denote that it's an
10  investment.  And people have the clear description on
11  the website that it is a purchase of service, just
12  like you don't put money into Smith's store when you
13  buy groceries or buy a gallon of milk.
14     Q   Sure.
15     A   You're not putting money into your gallon
16  of milk, but you are buying a gallon of milk and
17  receiving the milk.  And that's what AdHitProfits is
18  as well, is people aren't putting money in, because
19  it's not a deposit.  It's nothing like that.  It's a
20  purchase of service.
21     Q   Okay.  It's the money they put in to buy
22  whatever service it offers?
23     A   Right.  But they're not putting money in --
24     Q   Oh.  I keep saying --
25     A   Yeah.

Page 23

1      Q   Why do you think Traffic Monsoon has been
2   so much more successful than AdHitProfits?
3      A   I think it's because the quality of the
4   services are a lot more.  They're a lot better.  And,
5   you know, I put those same kind of improvements into
6   AdHitProfits; but when you have customers who have
7   walked away, it's hard to get them to come back.  And
8   so starting -- you know, releasing another business,
9   it's something new, it's fresh, and people are
10  attracted to new things.  So I think it's because of
11  the services really have better quality to them.  A
12  lot more effort has been put into it.
13     Q   What services did it offer?
14     A   AdHitProfits?
15     Q   Right.
16     A   Banner services, a directory listing, text
17  ads, traffic to the traffic exchange.  It had --
18  still has, I guess, something called massive traffic,
19  which also displays ads on many different websites.
20  So a number of services.
21     Q   So very similar to what Traffic Monsoon
22  offers?
23     A   Yeah, absolutely.
24         MR. FROST:  Is AdHitProfits considered a
25  competitor to Traffic Monsoon?

Page 24

1          THE WITNESS:  No, I wouldn't say so.  There
2   are some people who look at different traffic
3   exchanges as being in competition, but what I
4   generally tell people is that each traffic exchange
5   generally has a lot of the same customers using them.
6   Because people who really understand advertising,
7   they advertise using many different advertising
8   resources.  So instead of looking at it as
9   competition, we're all coexisting in the same
10  industry.
11         MR. FROST:  Would you advise someone to buy
12  services through AdHitProfits or Traffic Monsoon, or
13  both?
14         THE WITNESS:  Both, I guess.  I would
15  advise people to use NeoBux as well or Clixsense,
16  EasyHits4U, ilovehits.  There's many different
17  websites that I've recommended people to use.
18         BY MS. OKINAKA:
19     Q   And then I have another -- I came across
20  another entity called InfinityBux.com.  Was that an
21  entity you formed?
22     A   It is.  It is.  TviPtc was the first
23  pay-to-click website that I released.  And after a
24  number of months, I think it was in July of that same
25  year, people were saying, wow, Charles, we love what

Page 25

1   you've made here; can you make us another?  I was
2   like, sure, not a problem.
3          And at that same time I was going to LDS
4   Business College, and I was speaking with my
5   professor.  He said, Charles, multiples, absolutely.
6   You should set up six of these.
7          So I was like, hey, you know what, that's
8   good.  Because I was making kind of barely enough
9   income to survive on with just one site.  But if I
10  had multiple sites, then I could make a better
11  income.
12     Q   Was InfinityBux a pay-to-click website?
13     A   Yeah, uh-huh.
14     Q   That's a yes?
15     A   Yes, that's right.
16     Q   What's its status?
17     A   It's also closed.
18     Q   So it's not active anymore?
19     A   No.
20     Q   How about BuxSecure?
21     A   Same thing.
22     Q   Is that yours?
23     A   Yup.
24     Q   Same type of business?
25     A   Exact same, uh-huh.

Page 26

1    Q   Is it active?
2    A   No.
3    Q   You talked about TviPtc.  How about
4  PowerfulBux?
5    A   Same thing.  Same exact business model,
6  exact everything.  There were six, actually.  There
7  were six pay-to-click websites.  There was TviPtc,
8  InfinityBux, BuxSecure, PowerfulBux, ForeverBux --
9    Q   I didn't have that one.
10    A   -- and I can't remember the last one right
11  now.
12    Q   I have BuxUnleashed.
13    A   BuxUnleashed.  That's the last one.
14        MR. FROST:  And every one of these where
15  you say "bux," it's b-u-x?
16        THE WITNESS:  Right.  It's a common term
17  that -- within the pay-to-click website industry,
18  many of them end in bux, like NeoBux.
19        BY MS. OKINAKA:
20    Q   How about Banrev.com?
21    A   Yeah, that's mine.
22    Q   That's yours.  And same kind of business,
23  or different?
24    A   Similar.  Similar.  It was me just trying
25  out another business model, seeing how that worked in

Page 27

1  the marketplace.  It was also selling advertising
2  service.
3    Q   Is it active?
4    A   It's not.
5    Q   How about Ultimate Power Boost?
6    A   That as well, yeah.  But again, with the
7  traction in the industry, it just didn't gain the
8  traction.
9    Q   Same type of business?
10    A   Similar, but not -- it was -- it wasn't
11  like a revenue sharing; it was commissions only.
12    Q   Okay.  Is it active?
13    A   No.
14    Q   WealthEngineX.com?
15    A   That, again, was a commission base, but the
16  traction just wasn't there.
17    Q   And we talked about U Launch Formula.
18    A   Yes.
19    Q   Any others that we haven't talked about?
20    A   I can't recall any others at this time, but
21  I have them all listed on that website.
22    Q   Oh, right.
23        I just had a few housekeeping matters for
24  you.  You came in and spoke to us earlier on April
25  25th, correct?

Page 28

1    A   Yes, that's right.
2    Q   Voluntarily?
3    A   Uh-huh.
4    Q   And we tape recorded our conversation.
5    A   Yes.
6    Q   And so we may be asking you some of the
7  same questions today just to be thorough --
8    A   Sure.
9    Q   -- just to let you know that.
10    A   Not a problem.  If I could, could I explain
11  what happened with the pay-to-click websites?
12    Q   Oh, yes, definitely.
13    A   Okay.  With those websites everything was
14  going great until about May of 2011, so just after
15  our year mark.  And what happened was someone or a
16  number of people chose to create multiple fraudulent
17  transactions through PayPal.  And because of the
18  large volume of fraud that came through, it increased
19  our chargeback rating to being more than 1 percent,
20  and so we lost PayPal.  So they held the funds for
21  180 days, which made it difficult to pay people.
22    Q   Is this the six sites that were all running
23  at the same time?
24    A   Yeah.  They all used the same PayPal and
25  the same Payza account.  And what happened after that

Page 29

1  was we kept up with just maintaining the business
2  through Payza, but then Payza lost their credit card
3  processing in October, so sales were stopped.
4        So while we were waiting on those funds to
5  be released from PayPal, it was just going to take
6  way -- we just didn't have the money to pay people.
7  So people were complaining that I had scammed them.
8  They were, you know, circulating things that I had
9  done something wrong, but the truth was I hadn't done
10  anything wrong.  It was just PayPal was holding onto
11  the funds, and I just couldn't pay people what they
12  had earned.
13        And then by the time that PayPal released
14  the funds, we got all of the money over into Payza
15  and everyone got paid instantly.  And everything was
16  working great for another year and a half until
17  November of 2013, Payza was the only payment
18  processor that I was using; and what happened with
19  that is their funds that Payza was holding onto
20  inside of the United States was actually being stored
21  in a payment processor or money transmitter called
22  OvalPay.  And OvalPay, they had their funds seized by
23  the Department of Justice.
24        And so what the Department of Justice did
25  is they took all that money from OvalPay, which meant

Page 30

1   my balance inside of Payza was no longer backed up by
2   any money, because the government had taken that from
3   OvalPay.  And so all of this you can Google search.
4   You can probably check in with the Department of
5   Justice that it's still unresolved.
6           So what basically had happened with those
7   pay-to-click websites, all of the money that belonged
8   to the members was actually now held by the
9   Department of Justice, because it was OvalPay.  They
10  had lost their money transmitter licenses, and so
11  they had all of the money seized that was being held
12  which actually belonged to Payza, and Payza was
13  holding the money that belonged to my members.
14      Q   Oh.
15      A   So after displaying all of the news of what
16  had happened on those websites to all of the members,
17  for more than six months -- I don't remember exactly
18  how long, but I know it was probably close to a
19  year -- then it became time for me to either pay for
20  the renewal of the hosting and the domains and
21  everything on the sites or just close it down.  And
22  since no one was logging in anymore, no one was using
23  the sites whatsoever, I said, you know what, why am I
24  paying to keep the sites up?  So I just closed the
25  sites down.

Page 31

1       Q   Do you know what the Department of Justice
2   action was about?
3       A   It was I believe something to do with the
4   money transmitter licenses with OvalPay.  I have no
5   idea what else.  A lot of conflicting, confusing
6   information.  But I've spoken with the owner of Payza
7   about it, and it seems to be something just -- some
8   kind of tricky something to do with the license
9   requirements, and they lost their transmitter
10  licenses.
11      Q   So for the record I should ask you, is
12  Payza a payment processor?
13      A   Yes.  Payza is similar to PayPal.
14      Q   And SolidTrustPay is also a payment
15  processor?
16      A   Yup, that's correct.
17      Q   So you're still using Payza.  Are you
18  worried about something like this happening again?
19      A   I was at first, but I have a very good
20  relationship with them, and they've explained to me
21  all that has happened and all what they have done to
22  protect themselves from ever having that happen
23  again.  So I feel very confident using Payza.
24      MR. FROST:  When did you start
25  AdHitProfits?

Page 32

1       THE WITNESS:  AdHitProfits, I want to say
2   it was like April 6th or something like that, of
3   2013.
4       MR. FROST:  About the time you were having
5   difficulties with the other websites, you --
6       THE WITNESS:  No.  The difficulties didn't
7   happen until November.
8       MR. FROST:  But you didn't shut down
9   AdHitProfits?
10      THE WITNESS:  Huh-uh.
11      BY MS. OKINAKA:
12      Q   That's a no, right?
13      A   Right, no.
14      Q   And then as a housekeeping matter, I wanted
15  to talk about the large database you produced to us,
16  just to have it on the record.
17      A   Okay.
18      Q   So we asked you -- you produced a database
19  to us that I think is every transaction since Traffic
20  Monsoon was formed.  Is that right?
21      A   No.  There's two databases that I sent.  The
22  large one is every account balance in or out, any
23  kind of increase or decrease on an account balance
24  since the start.  So it's not every purchase.  But
25  the purchase -- I sent you a separate database table

Page 33

1   of pay-ins that shows the purchases.
2       Q   Was that your very recent e-mail?
3       A   No.
4       Q   Oh.  That was the first database you sent?
5       A   Because there was a couple of different
6   databases with that e-mail that I sent.
7       Q   So maybe I'm confused.  I thought the first
8   database you had your programmer send us was the --
9   only a portion came through.
10      A   There were more than one file including
11  that attachment.  The one is the total balances, and
12  then the other one is the purchases.  And I don't
13  know if that purchase is the one that was complete,
14  but I believe it is.
15      Q   Can you describe the steps you took to
16  assemble that information and have it sent to us?
17      A   Well, the first one, that was incomplete, I
18  logged into my database in the SQL, and there's an
19  option there to download or export the whole table.
20  And it was downloading and downloading and
21  downloading, and it said it was complete.  And then I
22  realized, I think after sending it to you, that it
23  wasn't fully complete, because we were talking about
24  how many rows were in there.  I was like, actually,
25  it should be a lot more than that.

Page 34

1  So I actually got a hold of my hosting
2  company and asked them if they could please help pull
3  that record for me.  And then they pulled it, and
4  then they uploaded it for me to my own server.  And
5  then I downloaded it and then sent it over to the
6  file sharing thing for you.
7      Q   Was that Snoork --
8      A   Yes, Snoork.
9      Q   -- your web host?
10      A   Uh-huh.
11      Q   I had thought you used your programmer in
12  Russia to do that.
13      A   No, not that time.
14          MR. FROST:  When you say you downloaded it
15  to your own server, what is that?
16          THE WITNESS:  Well, my hosting company,
17  their method of sending it to me was they pulled it
18  from their side and then put it on my server for me
19  to be able to download.
20          MR. FROST:  When you say your server, you
21  mean -- do you have a standalone computer server
22  somewhere, or is it still your host?
23          THE WITNESS:  The hosting company, what
24  they offer is hosting.  So that's like file space.
25  But what I have are dedicated servers that no one

Page 35

1  else is sharing, just me.  And so they put it onto
2  one of my dedicated servers.
3          BY MS. OKINAKA:
4      Q   Those are servers at Snoork?
5      A   Uh-huh.
6      Q   Yes?
7      A   That's right, yes.
8      Q   Okay.  So let's talk about Traffic Monsoon.
9  When was that formed?
10      A   It was formed October 10th of 2014.
11      Q   And are you the owner?
12      A   Yes.
13      Q   Does anyone else own any of it?
14      A   No.
15      Q   Why did you form Traffic Monsoon?
16      A   Well, a few different reasons.  One reason
17  was with AdHitProfits the sales had been dropping,
18  and I was to a point in my financial position where I
19  was working trying to promote it, trying to build the
20  business, trying to generate more customers, and my
21  income was dropping.
22          I also had customer service representatives
23  that I couldn't afford anymore, so I had to let them
24  go.  And they needed work, so I said, you know what,
25  I recognize that you guys are in a financial

Page 36

1  situation.  I'm running low.  And unfortunately,
2  there was a payment processor I was using with
3  AdHitProfits called EZY Bonds, and they had stolen
4  about a half a million dollars from the company.
5      Q   What are they called, again?
6      A   EZY Bonds.  E-Z-Y, and then Bonds,
7  B-o-n-d-s.
8      Q   And they stole money --
9      A   About half a million dollars from the
10  company.  They had people wiring the money, and then
11  with that money they would be able to use that money
12  to make purchases on AdHitProfits.  And then when
13  people would earn commissions or whatever, people
14  would make those requests through EZY Bonds to get
15  those commissions, but no one was getting paid.  And
16  then when I asked for the money that they were
17  holding for my company to be sent to me, they
18  wouldn't send it, so they stole it.
19      Q   How did you address that?
20      A   I reported it to every known organization,
21  including the SEC.  I reported it to pretty much
22  everywhere --
23      Q   Did you file a lawsuit -- sorry.
24      A   -- including the ASIC.  And I retained an
25  attorney in Australia, and it would have just cost

Page 37

1  too much money.  I didn't have that kind of money to
2  spend on that kind of a lawsuit, so I had to just let
3  it go.
4      Q   So you were talking about how you came to
5  form Traffic Monsoon.
6      A   So I was kind of basically in a position
7  where the income that I had been saving for my own
8  self, I made sure to keep that to back up the
9  members' earnings that had earned within AdHitProfits
10  so that they wouldn't suffer from what EZY Bonds did
11  to the company.  And then I was basically in a
12  position where I was like, well, either I spend
13  someone else's money for my own living expenses or
14  I'm going to have to do something.  So that's
15  basically what Traffic Monsoon was.
16          So there's been a number of people as well
17  requesting me to please release something new.  So I
18  said, okay, that's what I'm going to do.
19          So throughout the whole AdHitProfits time
20  frame, ever since it was launched, I was noticing
21  things that I could improve, and I was improving
22  those things, but some of those improvements weren't
23  noticed by the members or by the customers.  And so I
24  pretty much had formulated a much better business
25  plan that -- then I said, you know what, we can go

Page 38

1    ahead and release that, then, here with Traffic
2    Monsoon.
3         Q    What were some of the things that you felt
4    you wanted to improve from AdHitProfits?
5         A    One of those things is using outside
6    advertising resources to help deliver the traffic
7    through the traffic exchange and speed up the
8    traffic.  And also, not only through the traffic
9    exchange but through the massive traffic.
10        Also, what I really wanted to do was focus
11   first on getting people into the traffic exchange
12   industry who were already involved in the industry.
13   With AdHitProfits there were people that got involved
14   at first that had no idea what a traffic exchange
15   was.
16        So with Traffic Monsoon, my primary focus
17   was making those connections with leaders and
18   business owners within the traffic exchange
19   industry -- list owners, other owners of different
20   traffic exchanges -- communicate with them, and then
21   use their services and see if I could get some kind
22   of discounts on their services.
23        Q    Does Traffic Monsoon have any employees?
24        A    Technically no employees, just freelancers
25   that are getting paid for providing service.

Page 39

1         Q    What freelancers do you have?  Like, what
2    roles do they have?
3         A    Just answering support tickets and
4    reviewing advertisements, making sure there's nothing
5    pornographic or gambling sites, those types of
6    things.  We want to keep that kind of stuff off the
7    site.
8         Q    Does that include the people in your call
9    centers?
10        A    So the call centers are -- I have a friend,
11   Ernie Ganz; he owns call centers both in Florida and
12   also in Philippines.  So he's a friend of mine.  And
13   he said, I can give you these services. He gives me a
14   price.  He says, Charles, you're the only client that
15   I have that I don't have a contract with, because I
16   just trust you; I believe in you; I know you.  And so
17   I pay him a monthly fee, and he provides the services
18   through his call centers.
19        Q    Didn't you have a third call center that
20   you mentioned?
21        A    There is.  There is in North Carolina. Dave
22   Barker, he's also got a call center that he has set
23   up.  And I pay him the same, a monthly fee.  It's a
24   different fee than Ernie's because he has a different
25   number of staff that are there.

Page 40

1         Q    Where does Traffic Monsoon have offices?
2         A    Technically we don't have any offices, just
3    my home address.
4         Q    And then the UK we already talked about?
5         A    Yeah.  And that's not really an office
6    where anyone can really go.  It's just -- with Allied
7    Wallet they required me to have a registration in the
8    UK, and so -- I guess there are now people there
9    because their office was having people come in with
10   inquiries.  So with Aamir Raja, I pay him 6,000
11   pounds a month to pay the people that are manning the
12   center there.
13        Q    Can you explain what Allied Wallet is, for
14   the record?
15        A    Allied Wallet is a credit card processor.
16        Q    How did you capitalize Traffic Monsoon? Or
17   did you?
18        A    What do you mean by "capitalize"?
19        Q    All the money that you had to start it,
20   where did that come from?  Or did you need any money?
21        A    I didn't really need any money because it
22   really wasn't very expensive.  I started with a
23   single server.  It was a couple hundred dollars.  And
24   I have a really good relationship with my programmer,
25   and so he gave me a good price on his work.  And a

Page 41

1    lot of it was just a copy of AdHitProfits anyway.
2         So all of the programming work has been
3    done other than just some improvements that I wanted
4    to have him make.  And so we built that up.  It took
5    a couple of months for him to do the work, and then
6    we got it going.
7         Q    Your programmer is in Russia, right?
8         A    Yes, he is.
9         MR. FROST:  What's his name?
10        THE WITNESS:  His name is Alex Klilsh.  I
11   can't remember how to spell his last name.
12        MR. FROST:  And you were mentioning the
13   call centers.  They answer questions from Traffic
14   Monsoon customers?
15        THE WITNESS:  That's right.
16        MR. FROST:  How are they trained?
17        THE WITNESS:  They're trained -- first, I
18   train Ernie or I train Dave, and then he trains them
19   on how to respond to inquiries.
20        MR. FROST:  Okay.  Do they have -- did you
21   produce some kind of a script or some kind of a
22   booklet they can use?
23        THE WITNESS:  There were templates that
24   were created for some of the common issues.  And
25   through time, issues shift and they change, they

Page 42

1  develop into new ones. So they kind of created their
2  own templates and scripts to handle various different
3  issues, making it easier just to copy and paste and
4  get through tickets a little bit faster.
5        BY MS. OKINAKA:
6        Q   So if somebody wants to find out about
7  Traffic Monsoon or purchase services, what is his
8  source of information?
9        A   Probably the best source is the website
10  itself or video. Because I know there's a number of
11  people out there that don't really understand the
12  business and explain it sometimes a little bit
13  differently than what is actually on the website.
14        So I always recommend people to read
15  through the website, watch the videos. When people
16  sign up, there's actually a getting started link
17  inside the member area. But when you click on that,
18  it steps through how to get started, what Traffic
19  Monsoon is, how everything works.
20        Q   And when you said "video streaming," videos
21  that you have made?
22        A   Yes, on YouTube. Yes, the ones I have
23  made.
24        Q   Okay. Were there -- did you produce any
25  like promotional materials, written materials, sales

Page 43

1  materials that talk about Traffic Monsoon?
2        A   No, I haven't. No, I haven't. There's
3  just been some banners that have been made and the
4  landing pages that people can see when they log in.
5  There's the links on their main dashboard to the
6  landing page that just kind of goes over what people
7  are able to purchase on Traffic Monsoon, how they can
8  benefit. It's a traffic exchange. Talks about the
9  surf ratios, meaning you click through a certain
10  number of ads, and then you earn a certain amount of
11  credits that you can then use to promote your own
12  website.
13        So that's -- those landing pages and
14  banners are all that I've actually ever created.
15        Q   And you see those if you're a member; is
16  that right?
17        A   Or even if you're not, because they can use
18  those links on different websites to display the
19  advertisement or the banner.
20        Q   Have we seen those? I don't know if we
21  have -- if we can look at those. Or can the public
22  just view them?
23        A   Yeah. The public can, sure. I can give
24  you links to them, for sure.
25        Q   Are they links from the Traffic Monsoon

Page 44

1  website?
2        A   They are on the Traffic Monsoon website,
3  yes.
4        Q   And what are they called?
5        A   Landing pages --
6        Q   Okay.
7        A   -- and also banners.
8        Q   That's what they show up as on the website?
9        A   Yes.
10        Q   Okay. Then we can find them.
11        A   Sure.
12        Q   So you talked a little bit about how you
13  get advertisers and members, how you started off by
14  contacting people who were involved in other traffic
15  exchanges. Is that right?
16        A   That's right.
17        Q   And how -- from there, how did you get the
18  members that you have and advertisers? Were there
19  other ways?
20        A   Absolutely. Absolutely. Pretty much the
21  best way to grow a business is through massive
22  advertising. So not just talking with leaders, not
23  just talking with people, but I went to every single
24  traffic exchange I knew of, and I advertised Traffic
25  Monsoon there. And I went to every pay-to-click

Page 45

1  website that I knew of and advertised there as well,
2  just to help get the name out there. And I kept
3  those campaigns running constantly so people that are
4  involved in the industry, they see my brand basically
5  everywhere.
6        And then as more and more people start
7  using the services, then people would get out there
8  and start talking about the services with other
9  people, and that helps bring in more customers as
10  well because now you've got customer experience. They
11  can talk about, hey, this is actually good service.
12  They're like, oh, really? Let me try it.
13        So you've got more people actually using
14  the services, but I just try to stay out there as a
15  constant where people are seeing me everywhere.
16        Q   Do you -- I guess other than that online
17  presence, do you recruit people personally one on
18  one?
19        A   Well, I wouldn't say "recruit" --
20        Q   Yeah. No, I --
21        A   -- but I've never really -- I'm kind of a
22  shy person, so I don't really talk to people about --
23  I usually use the website to do the selling and just
24  send people to the website. I don't really have the
25  one-on-one other than just with some of the people

Page 46

1   that I knew inside the industry.  Said, hey, I'm
2   releasing a traffic exchange; I'd love for you to
3   check it out and let me know what you think.
4        Q   Are there in-person conferences in this
5   industry that you can attend to talk about --
6        A   There are some people that are involved in
7   Traffic Monsoon who have decided to grow their
8   business by holding events or conferences.  But those
9   aren't Traffic Monsoon, so to speak.  Like, I'll go
10  and attend them to show my support, but they're not
11  put on by the company.
12       Q   Is this similar to what you were telling us
13  when you came in earlier about events in other
14  countries that you've attended?
15       A   Right.  That's correct.  Like, in Poland
16  there is a man there named Peter.  He's been growing
17  his business.  And he said, Charles, we would love to
18  have you out here so people can meet you.  So I went
19  out there just to show my support of him, because his
20  efforts have been growing the business, and I wanted
21  people just to see who I am.
22       Q   Did the attendees at events like that
23  include people who are not yet members of Traffic
24  Monsoon?
25       A   I'm sure some of them are not yet members,

Page 47

1   absolutely.
2        Q   And do you talk about what Traffic Monsoon
3   is and so forth at those?
4        A   I do.  I do.  And sometimes I see some of
5   the descriptions of what people are saying is
6   inaccurate.  So when I get up I clarify, this is how
7   this actually works, so just make sure to bear that
8   in mind.  This is that; this is the other thing.
9        So I know that there are people out there
10  that are misrepresenting some of the things that are
11  being clearly outlined on the website.  But whenever
12  I'm present or whenever I know of those things, I
13  make sure people are made fully aware that they need
14  to be explaining it correctly.
15       Q   Have you been to events like that in the
16  U.S.?
17       A   Just, actually, the first time a couple
18  days ago in New York.
19       MR. FROST:  What kind of an event was that?
20       THE WITNESS:  It was -- I don't know
21  exactly how to describe it.  It was a business
22  meeting.  Most of the people there -- in fact, I'm
23  pretty sure 100 percent of the people there were
24  already a member, already involved in using the
25  services.  So I think a number of people there just

Page 48

1   wanted to have a chance to meet me and just have that
2   social aspect of being all involved in something
3   together and just kind of talk about things and ask
4   questions, especially since there's PayPal holding
5   onto funds.
6        People want to ask, what's going on; what's
7   happening; what's your plan moving forward.  Or, we're
8   using Payza; here are some issues we want you to know
9   about so as you're working with Payza, you can let
10  them know of those issues.  And then just people
11  asking general questions:  Do you have plans of
12  releasing more services?  Or whatever.
13       So it was just kind of an open question and
14  answer, helping people get to know us as well as
15  having a meal together.
16       MR. FROST:  So how was it set up?
17       THE WITNESS:  One of the members that's
18  involved, his name is Ian Bigg.  He set up the event.
19  He organized everything.  He set up the hotel.  He
20  booked everything up and then invited people to come.
21  And then the people that were already involved, they
22  came.  And he said, hey, everyone, Charles is coming.
23  First, he asked me, can you come to this?  And I was
24  like, yeah, I'll come for that.  I'll come and see
25  you guys.

Page 49

1        BY MS. OKINAKA:
2        Q   Where was it?
3        A   It was in -- I guess technically in New
4   Jersey.  It was at a hotel, the Sheraton Hotel in New
5   Jersey.  I'm trying to remember more details other
6   than that.
7        Q   What town, city?
8        A   Can't remember.  It was like "Weegee"
9   something.  I don't remember.  It was weird.  I can't
10  after --
11       Q   Was it Weehawken?
12       MR. FROST:  Weehawken.
13       THE WITNESS:  Weehawken, yes.
14       MR. FROST:  It's right on the river.
15       THE WITNESS:  Yes.  Beautiful view of the
16  city.
17       BY MS. OKINAKA:
18       Q   Almost a better place to be to see New
19  York.
20       A   You can see the Skyline.  Yeah, it's
21  beautiful.
22            (SEC Exhibit No. 2 was
23            marked for identification.)
24       Q   Okay, we're showing you what's been marked
25  as Exhibit No. 2.

Page 50

```
 1      A   Okay.
 2      Q   Do you recognize that?
 3      A   Yes, I do recognize it.
 4      Q   What is it?
 5      A   It's the front page of my website.
 6      Q   We printed this on April 25th, 2016.  Do
 7   you know if it's changed since that date?
 8      A   Definitely the number of visits delivered
 9   has changed.
10      Q   Sure.
11      A   Definitely a lot more.
12      Q   Do you have a sense what the number of
13   visits is currently?
14      A   I know it's over 1.45 billion.  I don't --
15   I could pull it up on my phone now if you want me to.
16      Q   No, that's okay.
17          On the first page here it talks about Alexa
18   Rank.
19      A   Uh-huh.
20      Q   Can you explain what that is?
21      A   Alexa Rank.  Alexa is an Amazon-owned
22   company which gauges popularity of the websites that
23   are out there based upon how much visitors they're
24   receiving and how much traffic and how long their
25   visitors are on their website.  And so the Alexa
```

Page 51

```
 1   Rank, what you're seeing there is out of all of the
 2   websites, the many millions of websites that exist in
 3   the world, we're ranking above the 2,500 mark, which
 4   is amazing, because probably within Salt Lake City
 5   alone there's probably more than 2,500 people who
 6   have websites.  So out of all of the world having
 7   that much rank of traffic means there's a lot of
 8   visitors coming to the website.
 9      Q   And we talked about this when you came in
10   earlier, but I just wanted to have it on the record
11   today.
12      A   Yes, that's right.
13      Q   So what's shown here in this little graph,
14   it looks like the number of visitors is going down.
15      A   That is correct.
16      Q   Do you know why that might be?
17      A   Well, generally in the pay-to-click
18   industry, a lot of pay-to-click websites actually
19   right now are having a bit of a downward turn.  It
20   could be just seasonal or -- I don't know. There's --
21   some websites just have the ups and downs. But right
22   now in the pay-to-click industry a number of websites
23   are going down.  Plus, Traffic Monsoon, we've been
24   working very hard because -- you probably noticed
25   this in the membership database that I sent -- within
```

Page 52

```
 1   the United States there are some people who are
 2   signing up who are actually not real people.
 3      Q   I don't know if I noticed that.
 4      A   You probably -- if you look through that
 5   record, there's many e-mails that are similar or
 6   names that are similar, information that's similar
 7   because people are attempting to cheat, clicking
 8   through the traffic exchange or advertising to their
 9   websites.  And they might use bot clickers to click
10   through and earn those credits, or they might click
11   on those cash links and earn money for free using
12   robots.  And so we've been working very hard to
13   eliminate the fake traffic from the website.
14          Plus, with Traffic Monsoon we lost PayPal,
15   and so with that you lose a certain amount of your
16   customer base just with that alone, because a lot of
17   people, they prefer using PayPal compared with any
18   other payment processor on the Internet.  So that
19   would definitely be one of the reasons why you're
20   seeing a drop in traffic to the website.
21      Q   Although if they're using the bot clickers,
22   you'd think that would increase the traffic, wouldn't
23   it?
24      A   It would.  But we're getting really good at
25   stopping that kind of traffic.
```

Page 53

```
 1      Q   You're eliminating --
 2      A   Yes.  We're reducing the bots.  And one of
 3   the things that we did was before people can click on
 4   those cash links, they have to now upload an I.D.  So
 5   we want to make sure that we're identifying whether
 6   these people are real people or not.  Because we were
 7   using IP addresses, and we've been using a number of
 8   different other algorithms just to help catch people
 9   who are using similar details and data and blocking
10   those types of people out.  But they get more
11   sophisticated.  The better that you get at blocking
12   them, the better they get at beating you.  So it
13   becomes kind of a game of chess where it's like, ha,
14   got you, and then they overcome you, and then you
15   have to beat whatever it is they've come up with to
16   avoid the detection that they're just not a real
17   person.
18      Q   This is off the subject, but is it you
19   who's doing this, for example, trying to eliminate
20   the robots?
21      A   Me and my programmer both.  We come up with
22   different ideas.  Sometimes he comes up with some;
23   sometimes I come up with some.
24      Q   It's hard to understand how you can run
25   this thing all by yourself.
```

Page 54

1   A   I get that a lot.
2   Q   **On the next page of Exhibit No. 2 --**
3   A   Okay.
4   Q   **-- that you have there.  So it says 3.18**
5   **members total.**
6   A   Uh-huh.
7   Q   **Here's this term "members" that we spoke**
8   **about at the beginning.  So does this figure include**
9   **free and -- free members --**
10  A   Free and paid.
11  Q   **-- and advertisers?**
12  A   Yeah.  Free, paid members, advertisers. It
13  includes everybody who has ever signed up, including
14  those fake ones.
15  Q   **Okay.  And I think you mentioned when you**
16  **came in earlier that most of the members are free**
17  **members.  Is that right?**
18  A   That is correct, yes.
19  Q   **Do you have a sense currently of how many**
20  **are free and how many are paid?**
21  A   The last time I checked, it was about
22  162,000 are paid.  They've purchased something from
23  the website.
24  Q   **That's how you define paid?**
25  A   Yes.

Page 55

1   Q   **And they could be any of the products**
2   **that --**
3   A   Any of the services that are offered,
4   uh-huh.
5   MR. FROST:  And that includes the
6   pay-per-click people?
7   THE WITNESS:  Anyone who's purchased any
8   service would show up as a paid individual, yeah,
9   someone who has made a purchase.
10  MR. FROST:  Of the 162,000, how many are in
11  the U.S., approximately?
12  THE WITNESS:  I don't remember.  I sent
13  that number to you.  I think it was -- was it 14,000?
14  BY MS. OKINAKA:
15  Q   **14,000, yes.**
16  MR. FROST:  Okay.  So that's about the same
17  number.
18  THE WITNESS:  Yeah.
19  MR. FROST:  Is most of your growth coming
20  from outside of the U.S.?
21  THE WITNESS:  That is correct.  Uh-huh,
22  yes.
23  BY MS. OKINAKA:
24  Q   **Do you know in what countries?**
25  A   I've got a list of it in my back office. I

Page 56

1   could send you that report if you would like.
2   Q   **I don't know if you need to.  But we can**
3   **ask you for it later.**
4   A   Sure.
5   Q   **Yeah, okay.  We'll take it.**
6   MR. FROST:  If you have it.
7   THE WITNESS:  Sure.  Yeah, absolutely.
8   BY MS. OKINAKA:
9   Q   **In these other countries, do you use other**
10  **domains besides TrafficMonsoon.com?**
11  A   Traffic Monsoon?
12  Q   **Do you have different websites or domains**
13  **for different countries?**
14  A   No.
15  MR. FROST:  Like Traffic Monsoon --
16  THE WITNESS:  -- dot FR for French?
17  MR. FROST:  Yeah.
18  THE WITNESS:  No.  They're all just using
19  the dot-com.
20  BY MS. OKINAKA:
21  Q   **Are you using different payment processors**
22  **in foreign countries?**
23  A   No.  Just using all of the same for
24  everybody.
25  Q   **Also, on the second page of Exhibit No. 2,**

Page 57

1   at the very bottom you're talking about the business.
2   And you say, "There is truly no risk to our revenue
3   sharing plan, because the quality of advertising
4   services you're paying for outweigh the price."
5   **Can you explain your basis for saying that?**
6   A   Sure.  Basically looking at the services
7   that we offer, people don't -- they don't feel a risk
8   when they're buying services on EasyHits4U.  If
9   they're going to spend $5.95 on EasyHits4U for a
10  thousand credits or go to ilovehits and spend $10 for
11  a thousand hits or go to any of these number of
12  different traffic exchanges, they're not looking at
13  it as a risk, they're looking at it as an advertising
14  purchase.  So that's why I say there's no real risk
15  here.  You're buying a service.
16  So I wanted to clearly identify what people
17  are buying here is the same exact services that
18  they're buying on other traffic exchanges.  The only
19  difference is we'll actually allow you to qualify and
20  share in the revenue that's generated from the same
21  sales of the same services that they're getting from
22  anywhere else.
23  Q   **So you're saying that they can see, I'm**
24  **buying a gallon of milk; I know the price is this;**
25  **the price at other places is that?**

Page 58

1      A  Yeah, exactly.
2      **Q  So in that sense there isn't --**
3      A  Right.  You don't feel like a risk when
4 you're buying milk, because it's not an investment.
5      MR. FROST:  Okay.  You mentioned -- what
6 was it?  Easy Hits?
7      THE WITNESS:  EasyHits4U.
8      MR. FROST:  How is what you offer
9 better quality than what they're offering?
10      THE WITNESS:  I'd say it's exactly the same
11 service.  What's going to make it a different quality
12 is their visitors are only their own.  I'm using
13 other traffic exchanges and pay-to-click websites to
14 help deliver the visitors.  Also, their banner
15 services are impression-based, where my services for
16 banners are per-click-based.
17      BY MS. OKINAKA:
18      **Q  So I don't understand what impression-based**
19 **is.**
20      A  So impression is when -- it's just a
21 display.  And so if you are spending let's say five
22 dollars for a thousand displays, those thousand
23 displays can go by fast.  And then before you know
24 it, your five dollars has been spent, you didn't get
25 a single click on your banner, and you can feel like

Page 59

1 you just lost five dollars and didn't get really
2 anything for it other than it did display the banner
3 that you wanted to display.
4      What Traffic Monsoon is offering is instead
5 of display advertising, it's pay-per-click, like what
6 Facebook or Google offer, is that your ad will
7 continue to display until it gets the clicks that you
8 paid for.  That way you're actually getting
9 something, I feel like.
10      **Q  You know they at least had to click on it?**
11      A  Right.  That's correct.
12      MR. FROST:  Are those ads some of the ads
13 that appear on the Traffic Monsoon website that
14 members can click on?
15      THE WITNESS:  Through the traffic exchange?
16      MR. FROST:  Yes.
17      THE WITNESS:  Those are -- if you're
18 looking at the second -- actually, third page, the
19 traffic exchange credit purchases are on the left.  So
20 that would be the thousand visitors for 5.95.  So
21 those are the visitor credits within the traffic
22 exchange.  So when people are clicking through the
23 traffic exchange, they would be using up those
24 credits that someone else might have purchased.
25      MR. FROST:  Okay.

Page 60

1      THE WITNESS:  But the banner clicks, those
2 are completely separate.  It's a different service.
3      MR. FROST:  The banner credits, then, don't
4 show up on the Traffic Monsoon -- if I'm a member of
5 Traffic Monsoon and I have to click ten ads, am I
6 clicking on the ads that you just talked about?
7      THE WITNESS:  Through the traffic exchange.
8 So you wouldn't be clicking people's banners but
9 you'd be clicking through the traffic exchange.
10      MR. FROST:  Where would the banners be
11 displayed?
12      THE WITNESS:  On just about every single
13 page, and also on our Ads Plan page -- or not Ads
14 Plan, but Ad -- let me see if it's got it on this.
15      BY MS. OKINAKA:
16      **Q  We have other pages from your website, too.**
17 **If you want us to print it, we can.**
18      A  Okay.  It's the web exposure page -- or it
19 might say ad exposure.  I don't remember which term I
20 went with, but I think it's ad exposure or web
21 exposure.
22      Anyway, so when you click on that, it has
23 all of these banners and text stats that are on
24 rotation, as well as we have rotators that are
25 displaying people's websites on other traffic

Page 61

1 exchanges.  Banners display up there.  Banners
2 display on the main member dashboard when people log
3 in.  So if they're logging in, then right in their
4 face are other people's advertisements right in front
5 of them.
6      MR. FROST:  All right.  So it's not ads
7 that they have to go outside your network to view?
8      THE WITNESS:  They wouldn't.  But people --
9 like I said, with the rotator link, I'm using that
10 link on other traffic exchanges and websites.  Also,
11 I'm using that web exposure page on other traffic
12 exchanges and pay-to-click websites, so that exposure
13 is being displayed in front of people who are on
14 other traffic exchanges and pay-to-click websites.
15 Even if they're not logging into Traffic Monsoon,
16 they'll see those advertisements.
17      MR. FROST:  Okay.
18      BY MS. OKINAKA:
19      **Q  So can you explain again what the -- on**
20 **this third page what the traffic exchange credit**
21 **purchases are?  This is your ability to buy visitors**
22 **to your website; is that right?**
23      A  That is correct.  With the traffic
24 exchange, what you can do is you can click through
25 the traffic exchange and earn visitor credits for

Page 62

1   free by simply visiting other people's websites. And
2   that's what you can do on Traffic Monsoon, too. And
3   just like any other traffic exchange, there are
4   people who say, you know what, I want a thousand
5   visitors to my website, but I don't want to visit
6   2,000 people's websites to do that.
7       Q   I'd rather just pay --
8       A   I'd rather just pay the $5.95 and get the
9   visitors.
10      Q   So this 1,000 visitor credits for $5.95
11  that's on this third page of Exhibit 2, is this the
12  same service that's part of what you get when you buy
13  an ad pack?
14      A   It is, yes.
15      Q   And then on the right it talks about
16  Monsoon Traffic packages.  And what's that?
17      A   What that is is -- the difference --
18  traffic exchange is going to deliver visitors from
19  both within Traffic Monsoon and outside.  The Monsoon
20  Traffic packages are only going to deliver traffic
21  outside of Traffic Monsoon.
22      Q   To outside?
23      A   Right.  So if someone has desire, let's
24  say, even to promote Traffic Monsoon, they can spend
25  five dollars and have 2,500 visitors go to their

Page 63

1   Traffic Monsoon referral link if they want, because
2   it won't be displayed to anyone who's already a
3   member of Traffic Monsoon within Traffic Monsoon.  It
4   would be on like NeoBux or Clixsense or EasyHits4U.
5   It will be displayed on outside advertising
6   resources.
7       MR. FROST:  Why is that less expensive?
8       THE WITNESS:  It's because I wanted --
9   well, I have good discounts through these other
10  websites.  And also, I wanted that to be a more
11  popularly used service instead of using the credits
12  within the traffic exchange.  I wanted people to
13  surf.  See, if people can surf and get -- how do I
14  explain this better?  It's -- if people can buy
15  credits through the credit -- or the traffic exchange
16  cheaply, then where's the encouragement to surf?  So
17  I want that to be the more expensive service because
18  I want people to prefer surfing, because we need to
19  deliver the traffic.  Does that make sense?
20      MR. FROST:  Deliver the traffic to members?
21      THE WITNESS:  Right, through the traffic
22  exchange.
23      MR. FROST:  Okay.  And you mentioned that
24  you're able to purchase at a discount.  Does that
25  mean you buy the clicks from these other services at

Page 64

1   a discount?
2       THE WITNESS:  I'll buy in bulk.  So the
3   main buyers, they generally might buy the thousand
4   visitors for 5.95 kind of a thing.  But if I'm buying
5   50,000 visitors for the 229.95, for example, then if
6   someone's only getting a thousand visitors, I'm
7   getting 50,000.  And the dividing through, I'm then
8   generating a profit margin on that purchase.
9       MR. FROST:  So the outside visitors, the
10  ones that are 2,500 visitors for five dollars, are
11  those all credits you will purchase through other
12  websites?
13      THE WITNESS:  Right.  So when people are
14  spending five dollars to get 2,500 visitors, what
15  I'll do is, for example, go to NeoBux and spend $550
16  on a million visitors.  But the average visitor
17  there, they might be spending five dollars for 2,500
18  visitors as well.  But when I have the larger bulk
19  purchase, I'm getting the discount.
20      MR. FROST:  And that's where some of the
21  profit comes from that you're sharing, then?
22      THE WITNESS:  That's right.
23      BY MS. OKINAKA:
24      Q   Are you good?  Do you want to take a break?
25      A   I'm fine.

Page 65

1       Q   Okay.
2           (SEC Exhibit No. 3 was
3           marked for identification.)
4       Q   I'm going to show you Exhibit 3.  It's from
5   another part of the Traffic Monsoon website, the
6   frequently asked questions.
7       A   Okay.
8       Q   Just have a few questions about this.
9       Who wrote this?
10      A   I did.
11      Q   I can't see what date you printed this off,
12  but has it changed recently?
13      A   No, it has not, unless it was to remove
14  PayPal from --
15      Q   I saw that.
16      A   Yeah.
17      Q   It does -- it says Payza, I think.
18      A   Okay.
19      Q   Oh.  There's a very small number up at the
20  top.  So May 16th was when I printed it.
21      A   Okay.
22      Q   So it probably hasn't changed, Do you
23  think?
24      A   Probably not, no.  Hasn't changed in
25  months.

Page 66

1    Q   So you have a section here on the first
2  page -- is Traffic Monsoon a HYIP, H-Y-I-P --
3    A   Uh-huh.
4    Q   -- on the pyramid scheme or illegal. And
5  you say, "Traffic Monsoon offers quite a lot of
6  advertising services of the highest possible quality
7  and delivers them quickly. When people buy these
8  services, their revenues are held by the company."
9        So does that include the $50 people spend
10 to buy the advertising ad pack?
11   A   It includes every service; and just like
12 what it says at the top there, "This is not an
13 investment site...in any way, shape, or form." It's
14 not what we're doing.
15   Q   Can you explain that?
16   A   Can I explain that it's not an investment?
17   Q   Well, the reasons why you say it's not an
18 investment site.
19   A   The reason I said that is because people
20 were asking whether this was an HYIP, which is a
21 high-yield investment plan type of a site. And I
22 wanted to make sure that people recognized that we're
23 a traffic exchange. We're not one of those types of
24 deals. And I don't want anyone to ever treat it like
25 one of those types of deals.

Page 67

1        We do sell advertising. We allow people to
2  surf in our traffic exchange, earn free advertising
3  credits. But if people have purchased an ad pack,
4  then we want to be able to share the revenue with
5  them as they qualify. So it's a reward for active
6  surfing. So it's not an investment.
7    Q   The profit sharing is a reward?
8    A   Right. It's just a reward saying, you know
9  what, you've surfed -- you know, like with
10 EasyHits4U, for example, if you've surfed a number of
11 ads, then you get 25 cents or you might get this
12 extra credit pack or whatever. I just figured it
13 seemed to be a good idea, since these people are
14 actually surfing, to actually give them a portion of
15 the sales revenues that are generated for the ads
16 that they are surfing.
17   Q   So it talks about how the business works.
18 It mentions on the second page, you'll receive 10
19 percent commissions when someone you refer buys a
20 true and legitimate advertising service.
21   A   That is correct.
22   Q   Can you describe how that works?
23   A   So let's say, for example, you need
24 visitors to your website. And I say, look, Traffic
25 Monsoon, you can get a thousand visitors to your

Page 68

1  website for 5.95. And then you're like, wow, really?
2  And I can give you my referral link, you can sign up,
3  and then you can make a purchase. When you complete
4  that purchase, I'll get 59 cents commissions.
5    Q   10 percent?
6    A   10 percent commission, uh-huh.
7    Q   If I buy -- so the commission is based on
8  the amount of services the person I referred buys
9  from Traffic Monsoon; is that right?
10   A   Right. So if I'm referring someone to use
11 the service and they like it and they continuously
12 use it, then I'll continuously get commissions from
13 every single purchase of the service that they ever
14 make.
15   Q   Okay. So that was going to be my next
16 question. So say I buy an ad pack for $50. Time
17 goes by, and my revenues reach 55. I decide to leave
18 the money in Traffic Monsoon and to buy ad packs. Is
19 a 10 percent referral paid on that?
20   A   So, yes. People can use their account
21 balance to make additional advertising purchases,
22 absolutely. And each time that there's that
23 purchase, then the 10 percent commissions are
24 rewarded to the referring sponsors.
25   Q   So you'll always be my referring sponsor?

Page 69

1    A   That's right.
2    Q   Okay. You mentioned too that it's a single
3  level commission structure?
4    A   That's correct.
5    Q   Can you explain that?
6    A   What that means is if I refer you to buy
7  advertising services on Traffic Monsoon, and then you
8  might refer Scott, I won't benefit from Scott's
9  purchases at all. You'll get the 10 percent
10 commissions, but I'll receive no commission for those
11 purchases. So it's not multilevel, it's just a
12 single level referral commission.
13   Q   We're going to talk about the ad packs
14 later, but I wanted to ask you about a couple things
15 in here.
16       MR. FROST: You mentioned earlier after we
17 looked at the Exhibit No. 2 where -- I think it's on
18 the third page -- the visitor credits -- for a
19 thousand visitor credits it's 5.95. How much do
20 banner ads cost? Is that somewhere else on your
21 website?
22       THE WITNESS: It's on the Ads Plan page.
23 And it talks -- it explains that it's 25 cents per
24 click, or 50 cents per click if you do the country
25 targeting.

Page 70

```
 1        MR. FROST:  Oh, okay.
 2        (SEC Exhibit No. 4 was
 3        marked for identification.)
 4     BY MS. OKINAKA:
 5     Q   Here's Exhibit 4.  And it's from your
 6  website, a portion regarding ad plans, and it was
 7  printed on April 25th of this year.
 8     A   Okay.
 9     Q   Do you know who wrote this?
10     A   I wrote it.
11     Q   Has it changed since this date, April 25th?
12     A   No.
13     Q   I meant to ask you about these three --
14  well, with regard to your entire website, did you
15  have any advice from a lawyer or any other kind of
16  professional to do that?
17     A   Never.
18     Q   Let's see.  So we were talking about the
19  cost of the banner ads.
20     A   I guess I did.  Dennis Burke, he was an
21  attorney.  He was retained because we lost PayPal and
22  they're holding onto the funds.  And so one of the
23  things I asked him to do is review the business,
24  whether it was -- if we had been doing anything
25  illegal or anything.  And he checked through it and
```

Page 71

```
 1  he said, "I don't see anything wrong with it."
 2     Q   When was that?
 3     A   That was in -- I want to say March or
 4  April -- March.
 5     Q   Of this year?
 6     A   Uh-huh, yes.  I think I paid the initial
 7  retainer in February, but I was asking him about
 8  whether it was legal and everything in March, I
 9  believe.  Maybe April.
10        MR. FROST:  Did he give you some kind of an
11  opinion letter or any kind of a memo describing what
12  his opinion --
13        THE WITNESS:  No.  It was just over --
14  verbally over a conference call.
15        BY MS. OKINAKA:
16     Q   Was the client you or Traffic Monsoon,
17  or --
18     A   I guess either way.  I'm the same.
19     Q   If we wanted to talk to Dennis about your
20  conversation, would you -- you would be waiving the
21  attorney-client privilege on behalf of the company,
22  though.
23     A   Sure, I can do that.
24     Q   Okay.  Well, we'll let you know when we do
25  that.
```

Page 72

```
 1     A   Okay.
 2     Q   So the first thing you have on Exhibit 4
 3  here after "Philosophy" is "Cash Links."  And I know
 4  we keep asking you to explain the different aspects
 5  of your business, but can you explain how this works?
 6     A   Sure.  What cash links are is just how it
 7  says, that they're pay-to-click links.  And what
 8  pay-to-click basically is is there's an advertiser
 9  who has purchased visitors to their website, and then
10  the visitor actually gets paid to visit that website
11  from the money that was spent for the visitor.  So
12  that's where it says basically one dollar is 50
13  visitors.  So it breaks it down, saying that when you
14  divide that one dollar by 50 visitors, that's each
15  visitor's two cents in value.  One penny goes to the
16  clicker and one penny goes to the person who referred
17  the clicker.
18     Q   It speaks now and then about member
19  dashboards.  And what is that?
20     A   The dashboard is when someone just barely
21  logs in.  It's just a main member page once when they
22  log in.  It's not any of the menu options that they
23  go into.  It just shows their statistics from their
24  account, whatever it is.
25        MR. FROST:  Maybe I'm missing this; but it
```

Page 73

```
 1  talks about the pay-per-click, and the one dollar
 2  equals -- or one dollar is 50 visitors.  Who pays the
 3  one dollar?
 4        THE WITNESS:  The advertiser.  So someone
 5  who wants visitors to their website.
 6        MR. FROST:  So in your case, who pays the
 7  dollar?
 8        THE WITNESS:  So, for example, on that
 9  sheet that I showed you, the sales of all of the
10  different services, cash links -- when people are
11  buying the cash links, that's what they're buying is
12  this service.  And so they can select how much -- the
13  lowest transaction -- someone, I guess, discovered
14  you could enter a decimal and go down lower than a
15  dollar.  That wasn't programmed in, but each visitor
16  is divided up for the dollar.  And then 50 visitors.
17        MR. FROST:  So you sell them and you buy
18  them?
19        THE WITNESS:  So I sell them -- and this is
20  a different service from the traffic exchange.  So
21  when people are logging in, just like what it says on
22  the dashboard.  So when you log in, on the dashboard
23  there's a button.  And originally it was all of the
24  cash links that people could click.  It would say,
25  claim one penny here, claim two pennies, or claim
```

19 (Pages 70 to 73)

Page 74

1    half a penny, you know, whatever the amount to claim
2    is.
3        But what we've discovered for optimization
4    reasons is so many people who were logging in were
5    accessing information on their dashboard but not
6    needing to see those cash links.  And each time those
7    cash links were loaded, it caused a lot of extra load
8    on the database and on the server.  So we put those
9    cash links on their own page.
10       So when you log in, there's a button that
11   says click here to go to the cash links.  So that's
12   what it's talking about here.  So when they log in,
13   they'll see the button to go to the cash links.  Then
14   each of the links, when they click on it, they can
15   claim a penny.  And that penny is coming from the
16   person who has purchased a service in of itself.
17           BY MS. OKINAKA:
18       Q    And that could be someone within Traffic
19   Monsoon or --
20       A    In their account balance.  So it could be
21   anybody, but they do have to sign up.  Just like with
22   Google advertising, you have to sign up for Google to
23   use Google advertising.  So with Traffic Monsoon, you
24   have to sign up to create an account, and then you
25   can make a purchase for advertising if you want.

Page 75

1           MR. FROST:  So if we look at the third page
2    of Exhibit 4 where you talk about the services -- and
3    we'll go into more of this later.
4           THE WITNESS:  Okay.
5           MR. FROST:  But the pay-per-click banner
6    ad, that's where people would pay to have visits to
7    their website; and then what we have on the first
8    page is people visiting the website and getting paid
9    to visit it?
10          THE WITNESS:  Right.  That's correct.  So --
11          BY MS. OKINAKA:
12      Q    Those are the two sides of that.
13      A    So there's a few different reasons for that
14   is with incentive clicking, people are just clicking
15   because they want to get paid.  And there's actually
16   really great results with that.  I advertise that way
17   myself, and that's one of the reasons I've been able
18   to grow the business as large as it is because I've
19   used that kind of advertising resource on other
20   pay-to-click websites.  But there are some people who
21   are wanting more results and not have to spend as
22   much for those same kind of results.
23       So with pay-per-click, people generally
24   don't click on a banner or text ad unless they're
25   interested in what it is that they're seeing in the

Page 76

1    banner or interested in the content that's written in
2    the text ad.  So those text ads will keep displaying
3    and displaying and displaying until someone's like,
4    hey, you know what, that's exactly what I'm looking
5    for.  They'll click, and those visitors are worth
6    much more than the visitors of someone just click and
7    click, click, click, click through.  Because even
8    though there's results there, they'll get a lot more
9    visitors that way.  So it's just another advertising
10   service.
11          MR. FROST:  Okay.
12          THE WITNESS:  But I hope that
13   differentiates what the difference is.
14          MR. FROST:  No, I appreciate that, because
15   that does help explain it.
16       And then under the services on the third
17   page still, you talk about the pay-per-click
18   campaigns are 25 cents per click and then 50 cents a
19   click if you specify a country.
20          THE WITNESS:  That's right.
21          MR. FROST:  Are those the banner ads that
22   we were talking about?
23          THE WITNESS:  So people can purchase banner
24   advertising as well as text ads, and they're both
25   pay-per-click.

Page 77

1           MR. FROST:  So if someone buys an ad pack
2    that includes a thousand clicks and 10 banner clicks,
3    these are the banner clicks that they get?
4           THE WITNESS:  Well, it's -- actually,
5    they're rewarded 20 clicks.
6           MR. FROST:  Oh, 20.
7           THE WITNESS:  So 20 click credits with an
8    ad pack and then a thousand visitors through the
9    traffic exchange.
10          MR. FROST:  It would be 20 clicks at 25
11   cents or 20 clicks in a specific country?
12          THE WITNESS:  It could be both.
13          BY MS. OKINAKA:
14      Q    But they're different prices.
15      A    Uh-huh.  But that's what they're getting
16   with their ad pack is it's a combination of the
17   services.
18          MR. FROST:  So are they getting half of one
19   and half of the other, or -- I mean, I'm just
20   wondering, if you get 20 clicks to your banner, which
21   one would you be getting?
22          THE WITNESS:  Well, what I was looking at
23   here is if people are buying the services anywhere
24   else, let's say on Facebook, what's the actual value
25   of the click?  People are paying two dollars, three

Page 78

```
 1    dollars, four dollars on Facebook to get a click for
 2    whatever it is that they're servicing on Facebook.
 3            So what I looked at is, okay, I want to
 4    give a lot of value, so 20 clicks plus a thousand
 5    visitors in the traffic exchange.  And I thought,
 6    well, what I want to do is create a discount where
 7    people aren't going to get it through this ad pack; I
 8    want to actually create an even lower price.  So what
 9    some people have done is like what you just did is,
10    if you're selling these lower price, then why is it
11    higher within the ad pack?  What I do is I had the
12    value there but created a lower cost for people who
13    want to buy it separately.
14            MR. FROST:  Okay.  And I'm not trying to
15    dispute the value of the ad pack.
16            THE WITNESS:  Sure.
17            MR. FROST:  I'm just trying to understand
18    which one of --
19            THE WITNESS:  But you're right; it would be
20    the traffic exchange visitor credits and then the
21    banner ad campaigns, the pay-per-click.  So they're
22    getting a combination of those services and the
23    sharing position when they buy an ad pack.
24            MR. FROST:  Okay.  It could be either 25
25    cents or 50 cents per click; it could be country
```

Page 79

```
 1    specific or not?
 2            THE WITNESS:  Right, uh-huh.
 3            BY MS. OKINAKA:
 4        Q   So if I buy an ad pack and I want the
 5    country-specific and Scott buys one and he wants the
 6    25-cent one, then I feel like I would be getting more
 7    value.
 8        A   Actually, now that I think about it, with
 9    the ad pack it's not country targeted.
10        Q   It's 25 cents per click.  Okay.
11        A   So you're getting non-country targeted. But
12    you're not paying 25 cents per click, you're just
13    getting 20 click credits.
14            MR. FROST:  Right.  So the only way you can
15    get this low of a price --
16            THE WITNESS:  -- is to buy it outside the
17    ad pack.
18            MR. FROST:  Okay.  That makes sense.
19            BY MS. OKINAKA:
20        Q   I guess since we're on page 3, we're going
21    to go through these boldfaced services.  And you
22    talked about the first two, right?
23        A   That's right.
24        Q   And what is the traffic exchange start
25    page?
```

Page 80

```
 1        A   When someone starts surfing the traffic
 2    exchange, they'll see a page first.  That's their
 3    start page.  And so this is the very beginning of
 4    someone's surf day.  So people are much more alert.
 5    It's the very first page they're seeing, so that is
 6    sold as a service separately.
 7        Q   So I can buy -- then people see my page
 8    first?
 9        A   That's right.
10            MR. FROST:  And just to clarify, the cash
11    links from the first page of Exhibit 4, they're not
12    part of their sharing services?
13            THE WITNESS:  Right.  That's correct.
14            MR. FROST:  So any revenues that come in
15    from cash links --
16            THE WITNESS:  -- are completely not related
17    to what's being shared through revenue sharing.
18    That's correct.
19            MR. FROST:  Okay.
20            BY MS. OKINAKA:
21        Q   Oh, all right.  So this list on the third
22    page of Exhibit 4, are these the services from which
23    profits are shared --
24        A   That is correct.
25        Q   -- if you're in the profit sharing
```

Page 81

```
 1    position?
 2        A   Right.  That is correct.
 3        Q   Okay.  And what are traffic exchange credit
 4    purchases?
 5        A   That would be what we were looking at in
 6    Exhibit 4.
 7        Q   This one we've got now?
 8        A   Let's see.
 9        Q   Exhibit 2?
10        A   On page 4 of 7.
11        Q   Okay.  This is the visitor credits that I
12    can buy if I don't want to click -- earn them by
13    clicking?
14        A   That's correct.
15        Q   Okay.  What is the Monsoon Traffic package?
16        A   That would be also on that same page of
17    Exhibit 4, starting at the bottom of page 4 --
18        Q   Okay.  Oh, we talked about those.
19        A   -- and continuing on through page 5.
20        Q   Got it.  And what are login ads?
21        A   Login ad is -- when people are logging into
22    the website, there is a website that comes up on
23    display.  So everyone sees that when they're logging
24    in, so that's what a login ad is.
25        Q   On the -- we're thinking we'll finish with
```

Page 82

1   this exhibit and then maybe take a break.  Sound
2   good?
3       A   Okay.
4       Q   Just going back to the page before, page 2
5   of Exhibit 4.
6       A   Page 2 of Exhibit --
7       Q   It talks about sharing.
8       A   Yes.
9       Q   It says "Only one of the services we offer
10  includes a revenue sharing position." And which
11  service is that?
12      A   That's the ad pack.
13      Q   Okay.  That's the $50 --
14      A   That's right.  That's what it says here is
15  that "when you purchase an AdPack combo advertising
16  campaign for $50, you'll receive 20 clicks to your
17  banner, 1,000 traffic exchange credits, and a revenue
18  sharing position."
19      Q   And as you said, the revenue that I'm
20  sharing in is coming in from the services listed on
21  the following page?
22      A   That's right.  That's correct.
23          MS. OKINAKA:  We'll go off the record and
24  take a break.
25          (A brief recess was taken.)

Page 83

1           (Whereupon, at 11:35 a.m., a luncheon
2   recess was taken.)
3           A F T E R N O O N  S E S S I O N
4           BY MS. OKINAKA:
5       Q   So we're back on the record at 12:34.  And
6   while we were taking a break, we didn't talk about
7   this case, did we?
8       A   No, we did not.
9       Q   Just some miscellaneous questions for you
10  before we go on.  You mentioned that you have
11  contacts, or you're friendly with people at Payza and
12  SolidTrust?
13      A   That's right.
14      Q   Do you have the names of those people that
15  are your contacts there?
16      A   With Payza, Firoz Patel.  And SolidTrustPay
17  is -- I remember I froze up on her name last time.
18      Q   That's all right.  Well, maybe you can --
19  do you have it in your phone?  Maybe when we take
20  another break, you could take a look.
21      A   Yeah, I do.  Stella.  That's her name,
22  Stella.
23      Q   Well, and if you have phone numbers for
24  them and want to check them --
25      A   I reach them on Skype.

Page 84

1       Q   Oh, okay.  So you don't have a phone
2   number, then?
3       A   Not for Stella.  For Firoz Patel I do now.
4       Q   Do you remember Stella's last name?
5       A   No, huh-uh.  I only know her by her first
6   name.  I could probably look it up.  Might be on her
7   Skype.
8       Q   Okay.
9       A   Just -- her name is Stella.
10      Q   Okay.  Do you have a phone number for her?
11      A   It's a Skype username.
12      Q   No, that's okay.
13      A   Okay.
14      Q   Let me show you -- oh, well, I just wanted
15  to ask you briefly about Snoork again.
16      A   Okay.
17      Q   I know we talked about that when you came
18  in before.  But it's your web host; is that right?
19      A   That's right.  They're a hosting company.
20      Q   And what data does it host?
21      A   Everything with my website, yeah.
22      Q   And does it also host any back office
23  administrative data that you have?
24      A   Well, what it is is when you have a server
25  that contains everything.  So when I log in to my

Page 85

1   site, I am accessing a -- the information that's in
2   the database is in their servers.
3       Q   Uh-huh.  So do you have -- you have an
4   admin panel, don't you?
5       A   Yes, I do.
6       Q   What do you see on there?
7       A   When I log in, I can see all of the
8   members; I can see what their balances are; I can
9   look at their addresses, phone numbers, the
10  information that they've entered.  Pretty much
11  anything.  I can see everything except for certain
12  things that I didn't think about having my programmer
13  ask.  So that's when I just have him build something
14  in if I need to have him pull records or whatever.
15      Q   I think we talked about this before, too,
16  but I think you said you don't keep financial
17  statements as such for Traffic Monsoon.  Is that
18  right?
19      A   Like, what kind of statements?
20      Q   Like a balance sheet and an income
21  statement.
22      A   It's all in the database, so it's all saved
23  in that cash table.  So everything that's in--out,
24  it's there.  And then the payments coming in for
25  purchases of service are on that pay-ins table.

Page 86

1    Q   The thing you sent us for the data since
2  December?
3    A   Uh-huh.
4    Q   Okay.  Yeah, we have that to show you also.
5  And you don't keep your -- so you don't use an
6  accounting software like QuickBooks or anything?
7    A   No.  Too much data.  It wouldn't fit.
8    Q   Yeah.
9        Let me show you Exhibit 5.
10            (SEC Exhibit No. 5 was
11             marked for identification.)
12   A   Okay.
13   Q   It's another part of your website that's
14 headed "Terms."
15       Did you write this?
16   A   Yes, I did.
17   Q   Did an attorney help you write it?
18   A   No.
19   Q   I just want to ask you about a couple of
20 things.  The first thing is on the second page,
21 there's a paragraph No. 2 where you say -- you talk
22 about when we send you payments, we don't want you to
23 refund it, and if you do, we'll accept that as a gift
24 back to Traffic Monsoon.  I wondered what the reason
25 for this was.

Page 87

1    A   Well, what we discovered is that sometimes
2  people do hit the refund button.  And what happens is
3  if we send them money, if we get a refund, then it
4  adds a lot of extra workload.  So we put it in the
5  terms saying, don't do that.
6    Q   But there is a refund button?
7    A   Yeah.  If someone receives a -- like in
8  PayPal, for example, if you receive a payment from
9  Traffic Monsoon, it shows, you know, kind of a
10 breakdown of what you received, if there's any fee,
11 the total amount, and then underneath that is refund
12 so they can refund back to Traffic Monsoon.  So we
13 just wanted to make sure people knew, keep that;
14 don't press the refund button, please.
15   Q   Okay.
16   A   And it's a very similar term of service
17 that's actually in NeoBux's terms of service.  They
18 say that if you refund any money back to us, we'll
19 ignore the refunds.  So it's very standard within the
20 industry.  So I kind of just took what other
21 pay-to-click websites have in their terms of service
22 and just kind of put my own wording to it.
23   Q   Okay.  And then on the next page, paragraph
24 5 --
25   A   Okay.

Page 88

1    Q   -- you say -- I wonder why you put this in:
2  You agree to recognize Traffic Monsoon as a true
3  advertising company which shares its revenues, and
4  not as an investment.
5    A   I just wanted to make sure that it was
6  clear that when people are getting started with
7  Traffic Monsoon, that if they do choose to purchase
8  an advertising service with us, or with me, I guess
9  with the company, that they're not investing.  I want
10 them to recognize that that is what they are getting
11 involved with.  And so it's been there since the very
12 beginning of the company.
13   Q   It sounded like you also wanted to make
14 sure they don't represent to others --
15   A   That it's that as well, right.
16   Q   Was that part of your idea there?
17   A   Absolutely.  Absolutely.  Because I think
18 that I was -- I mean, it's been a while since I've
19 read my own terms of services, but I seem to remember
20 that we have in there saying that if you're selling
21 Traffic Monsoon services, that you need to sell it
22 according to what is actually on the website.
23   Q   Oh, you have it sort of at the bottom of
24 page 2.  And -- well, any income promises
25 inconsistent --

Page 89

1    A   Only promote Traffic Monsoon using legal
2  methods, right.  "Any income promises or guarantees
3  inconsistent with the information provided by Traffic
4  Monsoon may result in a permanent account
5  suspension."
6    Q   Well, let's ask you about the ad packs.
7    A   Okay.
8    Q   We've talked about a little of this
9  already.  But -- so the advertiser, I guess, member
10 puts in $50, right?
11   A   Well, you're saying "put in."
12   Q   Pays $50.
13   A   But makes a purchase of $50 to receive an
14 ad pack, yes.
15   Q   And for that he gets a thousand visitor
16 credits in the traffic exchange is one thing he gets.
17 And those are -- we already saw that they're priced
18 at 5.95 if you were buying them on their own.  Is
19 that right?
20   A   Right.
21   Q   And then he also gets 20 clicks to his
22 banner.  What would he pay if he bought those clicks
23 separately from Traffic Monsoon?
24   A   It's 25 cents per click or 50 cents per --
25 with the country, right.

Page 90

1    Q   But we've decided they're just getting the
2    25-cent clicks, I think.
3    A   Right, they are.  That's right.
4    Q   Okay.
5    A   But, like, what I was explaining before is
6    that the value of these clicks, like, if you were to
7    look at the market of how much people are paying for
8    that type of service, it's comparable.  Like what I
9    was saying with Facebook, people are paying three,
10   four dollars for a click on an ad.  So if you're
11   looking at that kind of a value of giving them 20
12   clicks for $50 on a banner plus a thousand visitors,
13   but outside of the ad pack with the sharing position
14   I wanted to give people lower prices --
15   Q   Uh-huh.
16   A   -- so that people would want to possibly
17   purchase those services more than the ad pack.
18   Q   So the 20 clicks to the banner, if it's 25
19   cents a click, is it ten dollars?
20   A   I'm sorry.  What did you ask?
21   MS. OKINAKA:  Did I have that right?
22   MR. FROST:  No.  Five dollars.
23   BY MS. OKINAKA:
24   Q   Five dollars, okay.  So I was just saying
25   if I buy the 20 clicks to my banner not as part of

Page 91

1    the ad pack, I'd pay five dollars?
2    A   It would be less, right, on our website.
3    But like I said, the value -- I wanted to give the
4    discount outside of the ad pack.  But market value,
5    like I've already said, Google and Facebook, people
6    are spending much more per click than this, for sure.
7    Q   We wondered how you got -- how you arrived
8    at $50 and not $60 or $40 for the ad pack price.
9    A   Well, I was just looking -- like, what I
10   was saying, if someone is on Facebook and they're
11   buying 20 clicks, okay, on Facebook, if you're going
12   to have 20 clicks on an ad, you are going to probably
13   spend more than $60.  So I wanted to create something
14   that is of greater value, give people maybe a little
15   bit more but help them save some money as well, and
16   then have the revenue sharing position as well.
17   Q   So one reference point you had was
18   Facebook?
19   A   Uh-huh.
20   Q   Did you have any others, other sites that
21   you thought of when you were setting that price?
22   A   No.  Just mostly Facebook or Google with a
23   pay-per-click project.
24   Q   Do you know what Google charges?
25   A   It really depends on your keyword.  But it

Page 92

1    could be one, two, three dollars per click.
2    Q   One to three per click.
3    I was going to ask you about the breakdown
4    of the -- the $50 comes in and what it's used for.
5    And that's in one of the e-mails you sent us --
6    A   Yes, uh-huh.
7    Q   -- so I'm going to grab that.
8    (SEC Exhibit No. 6 was
9    marked for identification.)
10   Q   Before we show you this, we have a few more
11   questions.
12   A   Okay.
13   MR. FROST:  I just had a couple of
14   questions about the ad packs.
15   If I'm, I don't know, an affiliate marketer
16   and I see that I could buy clicks to the traffic
17   exchange and clicks to the banner for about $10, why
18   would I pay 50?
19   THE WITNESS:  That's the whole idea.  That's
20   why I made the lower prices outside of the sharing
21   position package, because I wanted to aim at having
22   more sales on the services that didn't have sharing
23   positions than those that had a sharing position.
24   That was my aim when setting it up that way, putting
25   those pricing -- having a better discount not to have

Page 93

1    a sharing position, because I wanted to increase
2    those sales.
3    MR. FROST:  Did that work?
4    THE WITNESS:  It didn't.  Didn't seem like
5    it.  Because what you saw in the e-mail, we
6    definitely sold more of the ad packs than we have of
7    other services.
8    MR. FROST:  If I'm just looking at it as
9    someone looking at the value as far as what you're
10   charging, to me it looks like there's $10 worth of
11   services that you're buying, and then there's $40
12   that is what you pay extra in the ad pack.  I don't
13   know what that extra $40 would be for.
14   THE WITNESS:  Well, as I've explained twice
15   now, the service when you're buying it elsewhere is
16   more expensive anyway.  So when you're saying that
17   you're paying for five or ten dollars' worth of
18   service, you're actually getting $60 worth of service
19   for $50 with the ad pack, if that makes sense.
20   MR. FROST:  So you're saying you're getting
21   $60 worth of services for $50?
22   THE WITNESS:  If you're to go to Facebook,
23   yeah.  I mean, if you're paying three dollars per
24   click and you get 20 clicks, 20 times 3 is $60.  So
25   that's why I say that you're actually getting a

Page 94

```
 1    pretty good discount.
 2           And I believe that people are probably
 3    looking at and saying -- you know, just like if
 4    you're going to buy -- like what I mentioned before
 5    in e-mail, if you're going to sign up and have
 6    rewards with buying a certain kind of airline ticket
 7    versus another, why would someone buy on a card that
 8    they're going to have to pay interest rates on versus
 9    just buying the ticket straight flat?  And it's
10    because they're getting a benefit from that.  So with
11    the ad pack, I can imagine that people might have
12    wanted to purchase it not just for the service but
13    for the ability then to click through the traffic
14    exchange and share in the revenue.
15    BY MS. OKINAKA:
16        Q   But Facebook has a higher Alexa ranking
17    than Traffic Monsoon, right?
18        A   True.  But a click is a click, and a click
19    only comes if someone is interested in what you're
20    offering.  So the value of actually that kind of
21    traffic is very high.
22           MR. FROST:  So I think Alison asked
23    earlier, but how did you settle on $50?  Is that the
24    value of the services that you decided that would be
25    worth, I mean, as opposed to $60 or $70?
```

Page 95

```
 1           THE WITNESS:  I just was looking at what I
 2    was spending elsewhere and thought that 50 was a
 3    good, even, round number.  That's what I selected and
 4    went with.
 5           MR. FROST:  Okay.
 6    BY MS. OKINAKA:
 7        Q   And I had a miscellaneous question, too,
 8    that came to mind during the break, which goes back a
 9    ways.  So, you know, the paradigm I think of is like
10    I look at the New York Times; I see an ad for the
11    Gap.  I click on it, and then I buy something from
12    the Gap.  And then the New York Times is paid, I
13    guess, by the Gap -- or because I did that.
14           But it doesn't sound like that's what is
15    going on at Traffic Monsoon, that people are -- are
16    they clicking a banner ad to buy a product and
17    eventually buying a product, and then money comes
18    back from that?
19        A   Well, if you were to speak with the Gap,
20    you'd probably find that not every single one of
21    their clicks generates in a sale.
22        Q   Right.
23        A   So someone might click on the ad and take a
24    look around the website and say, ah, that was nice; I
25    took a look at some shoes and decided I don't want
```

Page 96

```
 1    the shoes.  But the advertiser spent that money with
 2    the newspaper to have that banner ad on that website.
 3           So that's exactly what Traffic Monsoon is
 4    doing is we are offering an advertising space that
 5    displays not only to people who are logging in and
 6    using our services, but it's also displaying to
 7    people like what I was explaining before, that on the
 8    rotators on web -- either ad exposure page -- I
 9    think it's ad exposure -- the ad exposure page, all
10    of those banner and text ads display there as well.
11    So as I'm displaying that page throughout different
12    surf exchanges and traffic exchanges, pay-to-click
13    websites, then those people's ads are being displayed
14    all out there.
15           So just like what you did, you saw an ad
16    and said, hey, it's to the Gap.  It had these --
17    whatever it is you might have looked at on that ad
18    and said, I think I want that.  You click on it; you
19    make a purchase.
20           That definitely is the same type of
21    scenario with this type of advertising is that maybe
22    someone is being offered an autoresponder service.
23    And they say, you know what, I keep being told that I
24    need an autoresponder service.  I haven't gotten one
25    yet.  Let me take a look at it.  Maybe they'll click
```

Page 97

```
 1    on it and say, you know what, I don't like this
 2    price.  I've never heard of this company before.  They
 3    might Google search it.
 4           But all of the advertising on Traffic
 5    Monsoon is displaying in front of real people, and
 6    each real person has that same decision whether they
 7    want it or whether they don't want it, whether
 8    they're going to look for it later, Google search
 9    later.  Whatever it is that they're going to do with
10    it, they're real people.  So there's the real reach
11    of reaching somebody who's going to view whatever
12    that ad is and visit whatever that website is.
13        Q   I was wondering, say, like in your example,
14    say they look at the autoresponder and they do buy
15    it.  Does extra revenue flow to Traffic Monsoon from
16    that?
17        A   No.  And same thing is the way with the Gap
18    as well.
19        Q   Okay.
20        A   If the Gap is buying advertising on the
21    newspaper, they're probably paying per click or
22    displays.  Usually -- those are the two ways that
23    advertisers usually are paying for advertising.  It's
24    not based upon whether a sale is generated.  An
25    advertising company could never guarantee sales.
```

Page 98

1    Q   Okay.  Yeah, I get it.
2        So let me show you Exhibit 6.
3    A   Okay.
4    Q   It's an e-mail you forwarded -- sent to us.
5  It contains an e-mail that you sent to Kenin --
6  Spivak?
7    A   Yes, that's right.
8    Q   And in the middle of the second page, here
9  is where -- it appears that you talk about where the
10  $50 that is paid goes.
11    A   And any service, except for the cash links.
12    Q   Okay.  And what happens with the cash
13  links?
14    A   It's equally divided up.
15    Q   Oh.  Yeah, right.  Okay.
16    A   So that revenue just -- nothing happens to
17  it other than it's paid out to the people who are
18  clicking on the referral -- or the sponsor, I should
19  say.
20    Q   I guess one question I had first, too, was
21  the $50 for the payment of ad packs, where do they
22  physically go?  Like, I have my Paypal --
23    A   Like, where does the money physically go?
24    Q   Yeah.
25    A   All right.  So if you are using PayPal and

Page 99

1  you have $50 in PayPal, when you make that purchase
2  it goes into Traffic Monsoon's PayPal account.
3    Q   Okay.  And at PayPal, when you were using
4  PayPal, all the people who have bought ad packs, all
5  their $50 is there together.  Is that right?
6    A   (The witness nods his head.)
7    Q   But -- is that right?
8    A   Yeah, along with all of the service
9  purchases, -- all of the services, regardless of
10  whatever it is, yes.
11    Q   Okay.  But does PayPal have a separate
12  account, subaccount for each person?
13    A   For each person?
14    Q   For each purchaser.  Like, if you do -- if
15  all four of us have bought ad packs and our money is
16  at PayPal, does PayPal have a -- do they have a
17  subaccount for me and for Scott?
18    A   Well, to use PayPal you'd have to sign up
19  and have an account.
20    Q   Okay.
21    A   And so then you'd be making a purchase from
22  your account.  So then when you make a purchase from
23  your account, the money from your account then goes
24  to the Traffic Monsoon account for that service
25  purchase.

Page 100

1    Q   So all the $50 coming in to buy ad packs
2  are aggregated in the Traffic Monsoon account?
3  They've gone from the individual's PayPal account to
4  Traffic Monsoon?
5    A   Or the five dollars, the one dollars for
6  cash links or the five dollars for Monsoon Traffic
7  text ads.  All of the money from every purchase is
8  then sent to the Traffic Monsoon account, right.
9    Q   Okay.
10        So this Exhibit 6 talks about the
11  disposition of the $50 payment.  It looks like 10
12  percent, or five dollars, goes to the referring
13  person.  We talked about that.
14    A   Uh-huh.
15    Q   4.5 percent, or $2.25, to Traffic Monsoon.
16  What is that used for?
17    A   Well, when I first started Traffic Monsoon,
18  I had no idea how big this was going to get.  This
19  used to be 15 percent.
20    Q   Oh, the money that goes to Traffic Monsoon?
21    A   It was going to be my income.  Because I
22  thought we would just maybe have a few hundred
23  customers that would be regularly using the services.
24  Because a lot of traffic exchanges only have about
25  1,000 to 2,000 active users.  So I thought, okay,

Page 101

1  this will be my income, and this is how I'm going to
2  afford the cost of the site and the hosting and
3  advertising all these different things plus paying my
4  rent.  I lived in a one -- I still do live in a
5  one-bedroom apartment there.
6        So I thought, you know what, this is how
7  it's going to work.  I'm going to just support myself
8  this way, support the business, and that was what I
9  was going to do.  And then as sales were raising up
10  more and more, I said, you know what, this is too
11  much for me.  So I dropped it down to 4.5 percent.
12    Q   Okay.  So this is used for all the company
13  expenses and your living expenses --
14    A   Right.
15    Q   -- whatever it amounts to.  Okay.  1.5
16  percent, or 75 cents, I think, to the programmer,
17  Alex?
18    A   Uh-huh, that's right.  1.5 percent, uh-huh.
19    Q   79 percent, or $39.50, to the reserve fund,
20  which we can talk about; and 5 percent, or 2.50, to
21  be shared as revenue after 24 hours?
22    A   Right.  So when you add together all of the
23  percentages, that money that comes in for the
24  purchase gets divided up, and there's -- it's all
25  accounted for.  There's not more shared out than what

Page 102

1   actually exists or anything like that. No more
2   commissions rewarded, so it's fully accounted for.
3       MR. FROST: Do you have different accounts
4   that that goes into, or how do you designate that?
5       THE WITNESS: Well, it's designated within
6   the software of my website. So it's within the
7   database. So the cash values that are showing in --
8   so that five dollars that's now awarded as a
9   commission or 25 cents, whatever the commission is,
10  it's whatever the purchase was. Like, if it was the
11  traffic exchange credits for $5.95, that 59 cents
12  that's now held over here is backed up inside of
13  PayPal for the purchase that someone originally made.
14  If that makes sense.
15      BY MS. OKINAKA:
16      Q   I think I may have missed that.
17      A   So it's owned by the traffic exchange
18  credits for $5.95. 10 percent of that is 59-1/2
19  cents. So that 59-1/2 cents goes on the sponsor's
20  account inside of my own website software. So the
21  money is accounted for, but it's being held inside of
22  PayPal.
23      So the real value is -- even though in our
24  system it's not PayPal, the figures itself are fully
25  accounted for as being real money that's actually

Page 103

1   inside of PayPal.
2       Q   And you share revenue every hour?
3       A   That's right.
4       Q   And how do you -- so do you review revenue
5   every hour yourself? Do you look at it?
6       A   Oh, no way.
7       Q   I wondered that.
8       A   It's done by the system. So the system,
9   what it does is it catches a total of whatever the
10  revenue is from 24 hours ago. And since 5 percent of
11  it was already put aside to be shared in 24 hours,
12  then whatever that amount was from that hour, it gets
13  shared the next day.
14      Q   So you've already got 5 percent put aside.
15  How do you know -- how much of the reserve -- I know
16  the reserve gets used.
17      A   Uh-huh.
18      Q   But how do you decide how much -- on any
19  given day or hour how much the reserve will kick in?
20      A   It's -- it's a good question.
21      Q   Because here, like, in your example in this
22  Exhibit 6, on the third page you talk about the
23  revenue sharing, then you say "Then, the reserve pool
24  is utilized." And in your example, "the system will
25  spread out sharing each hour around 73 percent of

Page 104

1   those reserves" on this day that you're speaking
2   about. And I just wondered, how did you arrive at 73
3   percent?
4       A   Well, what it is is the system will never
5   reward more than what is actually there.
6       Q   Right.
7       A   But what it will also do is just make sure
8   to keep some in savings. And so that's just how it
9   is explained here. I'd have to really see if I can
10  find an algorithm for that, because it's something
11  that my programmer has kind of put together. But
12  it's something that essentially, like I said, only
13  real revenue is shared.
14      Q   Right.
15      A   So it's put together in a way to help keep
16  things -- you know, so that members, they've got the
17  up and down because sales are up and down. And it
18  also keeps it so that we can have an amount that's
19  built up in reserve in case we have any fraud,
20  chargebacks. So that's just what all that is there.
21      Q   Right. So I see, don't pay out more than
22  100 percent.
23      A   Right.
24      Q   But it sounds like it's not set at we're
25  always going to pay out 70 percent, that it can

Page 105

1   change from day to day depending on how sales are. So
2   I was just wondering how -- sounds like that's
3   programmed into the system in some way. Is that
4   right?
5       A   It is. It is. But I'll have to dig into
6   exactly how it is worded that way. But it is pretty
7   consistent when it comes to the percentages, because
8   the end users, they do see the up and down based upon
9   the sales. I mean, if you were sharing the revenue,
10  you'd see some days it's more or less. I see people
11  talking about that in forums and groups saying, wow,
12  today was an especially good day. We must have had a
13  large amount of sales yesterday.
14      Q   So there's still some up and down, but the
15  reserve helps to smooth it out a little bit?
16      A   Right. Because what I recognize, one of
17  the things with AdHitProfits is when there's dramatic
18  ups or downs, it causes people to have a fear that
19  the company is dying or dead or something. So
20  there's that extra buffer built in to help, you know,
21  for the weekend or for any other day that there might
22  be a sale drop; then we can just say, you know what,
23  we've got some extra revenues from this other day;
24  we'll just share it out here. So that's basically
25  how it works.

Page 106

1    Q   Do the members or advertisers know that you
2  do that?
3    A   No.
4    Q   Have you thought about telling them?
5    A   I don't want to, because what that would do
6  is cause more people to copy my business model. And I
7  would rather them just know that we are only sharing
8  revenues that have been generated 24 hours or more
9  ago.
10     MR. FROST:  So when you share the revenues
11  and go into the reserves, it doesn't necessarily mean
12  the reserves just came from the last 24 hours; it
13  could have been 48 or a week ago?
14     THE WITNESS:  It's a combination of the
15  amount of savings that have come from all of the
16  sales since we started.
17     MR. FROST:  Okay.  So all of that is
18  available to be paid in terms of the reserves if you
19  want to.
20     THE WITNESS:  Oh, and I definitely do.
21  There's no reason in the world for me to keep that
22  kind of money.  It's just too much for me.
23     BY MS. OKINAKA:
24    Q   So when you talk about Traffic Monsoon's
25  revenue, that includes a lot of things, and one of

Page 107

1  the things it includes is the $50 -- $50 paid if you
2  buy an ad pack.  Is that right?
3    A   So people that are buying ad packs, right.
4  You're saying that money goes into PayPal or the
5  different payment processes?
6    Q   Well, like when you speak about revenue,
7  revenue to Traffic Monsoon like we've been saying,
8  does that include the $50 that comes in when you buy
9  an ad pack?
10    A   Right.  Let's go over to the ad plans page.
11  I think that's in maybe the fourth exhibit. Yup,
12  Exhibit 4 where it talks about on page 3 the
13  services.  I didn't realize that the ad pack wasn't
14  listed on that list, but it should be because the
15  revenue is shared from all of the services that are
16  purchased on the website except for the cash links.
17    Q   So we're looking at Exhibit 4, page 3 of 7.
18    A   Trying to think -- I remember putting it
19  somewhere.
20    Q   Maybe that's why I'm confused.  But anyhow,
21  it should be there?
22    A   Yeah.  So the revenue is shared from any
23  advertising purchase except for the cash links.
24    Q   Okay.
25    A   The cash links, people are clicking on

Page 108

1  those.  So the money that's coming in from those
2  advertisement sales we couldn't put anywhere else
3  because they're already being paid out to the
4  clickers.
5    Q   So we talked, I guess, about the $50 coming
6  in, and now to go on about how the revenue is shared.
7  So in order to -- you have to click to share in -- to
8  be part of the revenue sharing, right?
9    A   That's right.  So an ad pack buyer, they
10  receive a service, but if they want to share in
11  revenue, they need to click on at least ten ads in
12  the traffic exchange in that day.
13    Q   And is that regardless of how many ad packs
14  they bought?
15    A   That's right, regardless.
16    Q   And when you talk about -- in your
17  materials here about active members, are you -- does
18  that -- what does that refer to?
19    A   Well, let me see if I have it on the
20  website.  I think I did put it somewhere.  Okay.  I
21  think on the ad plans page -- okay.  Where it says
22  "earn traffic exchange credits," it says "any
23  purchase turns your account into a lifetime paid
24  member."  So in our software it's going to show unpaid
25  or active.  So active means that they've made a

Page 109

1  purchase of something.
2    Q   At some point.
3    A   At some point.  But it doesn't necessarily
4  have any bearing on -- that's just within our
5  software.
6    Q   Okay.  Because I thought at first it meant
7  that you on a given day had clicked ten times.  But
8  it's --
9    A   So that would be qualified, yeah.
10    Q   Okay.  So on any given day, to share in
11  revenue does the member have to do the ten clicks?
12    A   They do.  They would.
13    Q   So I might click ten times on Monday and
14  Tuesday and then skip Wednesday, and for each of
15  those days I might not -- I might not share in
16  revenue on any day when I didn't do the ten clicks?
17    A   Right.  Whatever revenue there was we'll
18  share with you when you're qualified.  And if you're
19  not qualified, then you don't get anything on that
20  day.
21    Q   Have you ever had your system crash --
22    A   Yeah.
23    Q   -- for Traffic Monsoon?
24    A   Yeah, just too much traffic coming through.
25  So it's had -- it's had a crash, you know, when the

28 (Pages 106 to 109)

## Page 110

1  website was unreachable, and contact Snoork saying,
2  hey, what's going on?  They say, your server has
3  crashed.  And they've had to reboot it and get it
4  started back up, and then the traffic can start
5  flowing back through.
6      Q   Because it's keeping track of all this data
7  that relates to the money, you know, and everything?
8      A   Every single thing, yup.
9      Q   But you haven't lost your data ever, right?
10     A   Well, there was -- we have data backed up
11  every 24 hours.  So if it does get lost, then we at
12  least have a 24-hour -- at least some time within the
13  last 24 hours a vantage point to go from.  Let me
14  see.  There was -- what month was that?  Sometime
15  last year -- I want to say it was either March,
16  April, or May of last year that happened, and so we
17  lost some time.
18         So what I did is I had my programmer build
19  into the script a way -- because within PayPal you
20  can download transaction history.  And so I took the
21  transaction history and uploaded it into Traffic
22  Monsoon, and any account that didn't exist, I just
23  hit refund on those transactions.  So people that
24  made purchases for service because the data wasn't
25  there, I made sure to get them a refund for the

## Page 111

1  services that they didn't receive, because their
2  account now wasn't there.  Their ad that they set up
3  wasn't there.
4      Q   Oh, okay.
5      A   So the message was then sent out of what
6  had happened, and I think it's in the site news.  I
7  don't know if it's still there.  But it explained
8  what had happened and that we've been refunding
9  everybody that didn't receive their service purchase.
10     Q   So when the member goes to do his ten
11  clicks, do banner ads appear on his dashboard for him
12  to click on?
13     A   Well, what it is when someone clicks on
14  the traffic exchange and they click that start
15  surfing button --
16     Q   Right.
17     A   -- a window opens up.  On the top of the
18  window is a countdown timer that starts at 20
19  seconds.  Then it has the picture of the person whose
20  website you're looking at and also a banner.  And the
21  banner is just an ad bar.  You don't have to click on
22  it, but it's in front of your eyes, so that as you're
23  surfing you are seeing other people's banners, but
24  that's not what you're getting rewarded for clicking
25  on.  It's the website that you're viewing down below

## Page 112

1  that bar.  So that's like an ad frame is what it's
2  called.
3      Q   So the website below it, is that that
4  person's website?
5      A   Uh-huh.
6      Q   Okay.  Yes?
7      A   So it's a different -- just to clarify: if
8  you're clicking through, it's built into the software
9  that no one would see their own website as they're
10  surfing, ever.  So it's on a rotation.  So when
11  people are surfing through that rotation, they are
12  automatically never going to see their own website,
13  ever.
14     Q   So then the counter counts down 20 seconds,
15  and then what happens?
16     A   And then it has shapes to match, just to
17  confirm that you're a real person.  You match up the
18  shape, and then it goes to the next page.
19     Q   And does the system -- it never shows you
20  your own web page, but does it pick a web page for
21  you?
22     A   Yeah, every single time.
23     Q   Okay.
24     A   Uh-huh.
25         MR. FROST:  So you really don't have to

## Page 113

1  surf; it does it for you.  So it makes it a little
2  easier.
3         THE WITNESS:  Well, it is a manual surf.
4  There's two different types of traffic exchanges.  One
5  is manual; the other is auto.
6         Manual is you do have to physically be
7  there, confirm you're really there by matching shapes
8  or something and hit the next website.  Just like on
9  this Traffic Monsoon, you have to click to go to the
10  next site.  So you are viewing the next page, you are
11  surfing; but with automatic it just has a countdown
12  timer, and then no one really has to be there at all.
13         MR. FROST:  Oh.
14         THE WITNESS:  And so no one's being
15  confirmed whether they're a real surfer or not.  But
16  with Traffic Monsoon we've got the confirmation that
17  you're really there, and also something called
18  in-focus surfing as well, which means that if you
19  were to tab out of the ad while it's having the
20  countdown timer, if you decided to check out what's
21  on Facebook or something, that countdown timer stops,
22  so you have to keep that page open to receive the
23  credit for that view.  That's one of the ways that
24  we've actually been able to catch bots and stop bots
25  from working, because by requiring that in-focus,

Page 114

1    it's caused those bot software not to work so well.
2    So --
3        BY MS. OKINAKA:
4        Q   And then can members use like auto click
5    programs that will do these things, or does that get
6    defeated by the requirement that you match the
7    shapes?
8        A   Hopefully it gets defeated by that as well
9    as that in-focus surfing.  And it's -- if we -- every
10   now and then someone sends us a screen shot of maybe
11   some software someone is using, and we have done our
12   best to stop it from being effective within the site.
13   There might be something lurking out there, but we
14   don't know right now.  From what I'm looking at, I
15   think we've got them beat pretty well.
16       Q   So I've clicked my ten times now, and I'm
17   going to share today in company profits until what
18   you call my bucket gets to $55 eventually?
19       A   So you qualify to receive the share of the
20   site revenue, right.  And then your sharing position
21   does have a maximum -- it doesn't just last forever.
22   But yeah, it's got a maximum of $55 that you would
23   ever be able to receive towards that position.
24       Q   Did you determine that it would be 55?
25       A   Yes, I did.

Page 115

1        Q   And what did you -- how did you come up
2    with that?
3        A   I didn't want it to be too much more than
4    what someone had spent, but I did want to make it --
5    I don't know.  I just felt that I didn't want it to
6    be too much, either, because that would cause
7    revenues to run out faster.  So I just thought, you
8    know, 55 seems to be decent.
9        Q   Has it been 55 since Traffic Monsoon
10   started?
11       A   Yes.  It's never changed.
12       Q   And if I go along and on some days I don't
13   qualify, I don't click ten times, will I still
14   qualify --
15       A   The fill line doesn't change, if that's
16   what you're asking.  It stays at the 55 as the max.
17   So if you didn't qualify for sharing today, well,
18   then if you qualify tomorrow, then whatever revenue
19   that we have to share with you you'd receive.  And it
20   would continue to share up until that max.  As long
21   as we have sales of the services and as long as you
22   qualify, you'll continue to receive the share of the
23   revenue.
24       Q   It still stays alive, no matter -- does it
25   stay alive no matter how long it takes me?

Page 116

1        A   No matter how long.  There's no time frame
2    with this whatsoever.
3        MR. FROST:  If you're a qualified member,
4    does that change every day based on whether you do
5    the ten clicks?
6        THE WITNESS:  That's right.  So if you
7    qualified today, you wouldn't be qualified tomorrow
8    until you actually click at least the ten ads.  So
9    when someone's logged in on their dashboard, it shows
10   them how much longer they're qualified.  So if they
11   want, they can do their ten clicks as a minimum
12   before the timer runs out.  Or if it runs out, then
13   they're just not going to be qualified for however
14   long it is until they click at least ten again.
15       BY MS. OKINAKA:
16       Q   Do you know whether most people are just
17   doing the minimum ten, or how many are doing more?
18       A   No, I don't.
19       Q   You wouldn't be able to see that?
20       A   I can maybe check with my programmer if he
21   has a way to discover that.
22       MR. FROST:  I think what would be
23   interesting is to know how many qualified people you
24   have every day, you know, just as an average.  Do you
25   have any idea?

Page 117

1        THE WITNESS:  No.  But I could look that
2    up.  I could get my programmer to pull that report.
3        MR. FROST:  Because how many ad packs is
4    going to be a lot more than the number of qualified
5    people.
6        THE WITNESS:  Right.  Right.  I mean, I do
7    have a page inside of my administration panel that
8    shows me how many of those positions are qualified,
9    how many people -- because when people buy an ad
10   pack, that's a service.  So the ad pack is not
11   qualifying.  The member is qualifying to receive
12   towards a sharing position.  And so the number of
13   qualified positions, there is a place within my back
14   office to show me that, and that definitely varies
15   every single day.
16       MR. FROST:  Okay.  Well, we'd like at least
17   a few numbers, maybe for February 10th and --
18       THE WITNESS:  I don't have a historical
19   view on that.
20       MR. FROST:  Oh, okay.
21       THE WITNESS:  But I can tell you today's or
22   this hour's, because it varies hour to hour.  Because
23   if you're qualified let's say for 24 hours, then in
24   24 hours from now you're no longer qualified.  So
25   there's other people varying at different times and

Page 118

1    hours and minutes of every single day.  So from one
2    minute to another minute, the number is going to
3    fluctuate.
4            MR. FROST:  What was the last number you
5    remember seeing?
6            THE WITNESS:  I'm terrible when it comes to
7    remembering things, honestly.  I would have to really
8    look at it to be sure.
9            MR. FROST:  Okay.
10           THE WITNESS:  I could give you a screen
11   shot if that helps, but --
12           MR. FROST:  Yeah, that would be fair.
13           THE WITNESS:  Sure.
14           BY MS. OKINAKA:
15       Q    So as you said, there's no guaranteed
16   length of time till I get my 55 in my bucket.  But --
17   so some time goes by, and I've gotten to 55.  And the
18   revenue -- that's a share of revenue from the sale of
19   all the services except cash links sales, right?
20       A    Uh-huh, that's right.
21       Q    So now I've gotten to 55, and I can ask for
22   that money to be paid to me?
23       A    Uh-huh.
24       Q    And I would get, I guess, 55 minus whatever
25   fee PayPal or the processor decided to impose?

Page 119

1        A    That's right.  If it was PayPal, there
2    would be a 2 percent fee, because that's what PayPal
3    charges me to send someone through mass pay.  But
4    with SolidTrustPay and Payza, I'm not charged
5    anything for sending people.  So I don't charge any
6    fee on those, and then the fee then is maybe whatever
7    they get on the processor's side, because processors
8    would then charge the fee to them whenever they
9    receive money.
10       Q    So when a member's bucket gets to $55, what
11   happens, you know, if I don't notify you that I want
12   to withdraw?  Does it stay in my account at PayPal?
13       A    Well, it's your --
14       Q    How does it work?
15       A    It would be inside of your Traffic Monsoon
16   account.  Your account management is completely up to
17   you.  I've never forced anyone to do anything with
18   their money.  It's theirs.  So if you decided just to
19   sit there, it would just sit there.
20       Q    So it would sit there unless I asked for
21   it?
22       A    Unless you asked for it or unless you
23   decide to use it to make a purchase.
24       Q    Okay.
25       A    But it's completely up to you, whatever it

Page 120

1    is that you want to do.
2        Q    Does the system notify me, I guess, when I
3    get to 55?
4        A    No.  But if you're logging in every single
5    day, you'll see what your balance is.
6        Q    Do I see -- if I own multiple ad packs, do
7    I see a progress report on each one?
8        A    You can.  There's a menu option inside the
9    member area, whether it's the open or the closed
10   sharing positions.  So you can kind of track the
11   progress of where you are towards each one.
12       Q    So do you call it a closed revenue sharing
13   position when you reach 55?
14       A    That's right.
15       Q    Okay.
16       A    I just remembered, you're asking about how
17   many active positions there are?
18           MR. FROST:  Qualified, yes.
19           THE WITNESS:  Oh, qualified.  Oh.
20           BY MS. OKINAKA:
21       Q    Yeah, active.  Once active, it's always
22   active.
23       A    Because I was just remembering that e-mail
24   that I sent just yesterday, and it had the number of
25   active, but I don't remember if it had the number of

Page 121

1    qualified.  But I'll get that for you anyway.
2            MR. FROST:  Okay.  Because we were trying
3    to see how many qualified people would be clicking
4    each day, because then that would tell us how many
5    clicks are coming to your website that are
6    attributable to your members, wouldn't it?
7            THE WITNESS:  Okay.  So you're wanting to
8    see how many clicks are coming from inside of Traffic
9    Monsoon versus outside?
10           MR. FROST:  Well, not even versus outside.
11   Just how many clicks are coming from members inside
12   Traffic Monsoon.
13           MS. OKINAKA:  Who are qualified.
14           MR. FROST:  And I thought if we looked at
15   the qualified members, then they must have clicked
16   ten times; otherwise they wouldn't have qualified.
17   So we could determine how many clicks were coming
18   based on that.
19           THE WITNESS:  That's assuming that
20   everyone's clicking only ten.  There's probably a
21   number of people that click more than ten.  So what I
22   could do is I could get that information for you.
23   Because the number of positions, that's not the
24   number of people.  So you'd want number of people.
25           MR. FROST:  Right.

Page 122

1    THE WITNESS: Okay.
2    MR. FROST: I mean, does that make sense?
3    THE WITNESS: It does. If you can e-mail
4  me those things just to jog my memory, because I'm
5  terrible at remembering, like I said, then I'll make
6  sure to get that over to my programmer with those
7  specifics. And we can kind of keep a gauge on that
8  for you, because there wouldn't be any history going
9  back because we haven't been saving that information.
10   Then we can then forward -- I could even
11 get my -- ask my programmer to create a link to send
12 to you so that each day that you click on the link or
13 anytime you want to click on the link, it will show
14 you the live statistics for you to kind of just gauge
15 yourself if you want to.
16   MR. FROST: Sure, if you're able to do
17 that.
18   THE WITNESS: Yeah, absolutely.
19   BY MS. OKINAKA:
20   **Q   We don't want to be in a position where we**
21 **could modify anything that --**
22   A   Oh, you wouldn't be able to modify it, but
23 it would just report to you whatever the information
24 is that you want, yeah.
25   **Q   Okay. So my -- so if I don't do anything**

Page 123

1  **with my $55, does it go to buy an ad pack again?**
2    A   No.
3    **Q   If I don't tell you anything -- I would**
4  **have to tell you?**
5    A   Right. Because that money is there in your
6  balance, and it stays there. Nothing happens. If you
7  don't do anything with it, it just stays there like
8  that.
9    **Q   Okay.**
10   MR. FROST: Is there a mechanism in the
11 website that you can have it automatically be used to
12 make a purchase?
13   THE WITNESS: No. There have been some
14 people that have requested we do that. And I just
15 was afraid that if I did that, people might forget
16 that they had set it up, and then they might scream
17 that they've lost money. And I just said, you know,
18 instead of worrying about all this, and I didn't
19 cancel that or I did, or disputing whether someone
20 set it up or didn't set it up, I just said, you know
21 what, we're not even going to set that up. Don't
22 want that built in. Just figured that would be a
23 customer service headache.
24   BY MS. OKINAKA:
25   **Q   Maybe so. So I'm sorry to keep asking**

Page 124

1  **about the ad packs. When they get the $55, do they**
2  **more or less expire, or do they continue to earn?**
3    A   They reach a max, so they wouldn't continue
4  after that point. It's a fill line, so it ends right
5  there. The neat thing just to note is that each
6  hour, like what was mentioned when you share the
7  revenue each hour based upon the sales 24 hours ago,
8  your balance is going to increase. So you don't have
9  to wait until your balance is at $55. Your balance
10 will be, let's say this hour, five cents, or in the
11 next hour, four cents more, and then the next hour
12 maybe three cents, and then the next one six cents
13 more. You know what I'm saying? So you'll see that
14 fluctuation each hour, but your balance is going to
15 increase every hour. So you don't have to wait until
16 you reach $55 to cash out.
17   The minimum is two dollars. So when your
18 balance reaches two dollars, you can make that
19 request to be sent to Payza, PayPal, or
20 SolidTrustPay. Some people ask, why two dollars?
21 It's because looking at the fees, it wouldn't be
22 worth going anything less than two dollars. And I
23 want to protect people from themselves. Because if
24 they request a one-cent withdrawal, they'll get
25 nothing because the fee will take it all.

Page 125

1    So I figured, let's just -- two dollars
2  seems to be a decent thing, plus it's a common
3  minimum. With like NeoBux, for example, it's two
4  dollars there, too.
5    MR. FROST: So if you get -- if you buy an
6  ad pack for $50 and your bucket has filled to the
7  point where you've got $50 in there, could you use
8  that and buy a new ad pack and then still continue to
9  earn revenue on the first ad pack?
10   THE WITNESS: That's right. Each sharing
11 position would continue to have that maximum of $55,
12 no matter how many positions that you have. If you
13 buy more ad packs and you get more sharing positions,
14 then each position would always have a max of the 50.
15 But, like it says on the website, there's no
16 guarantee that they'll reach the max, but you'll be
17 able to continue to share in the revenue as long as
18 you've qualified.
19   BY MS. OKINAKA:
20   **Q   So to date, has anybody's $50 ad pack**
21 **purchase failed to get to 55 if they've left their**
22 **money in and not taken out two dollars?**
23   A   What do you mean?
24   **Q   Well, you're sharing revenue every hour. I**
25 **guess you've had revenue on every day --**

Page 126

1    A   Yeah.
2    Q   -- correct?  So eventually all the ad packs
3 **would get to 55 unless the owner took money out.  Is**
4 **that right?**
5    A   Well, I guess what it means is, you know,
6 the sustainability of any business is basically
7 supply and demand.  If I'm offering an advertising
8 service that people enjoy, if they like using the
9 services, then they'll come back and buy some more.
10 And right now we are ranked number one on at least
11 two traffic exchange rank sites.  And that's based
12 upon their own criteria, not because of anything
13 else.
14     So if our services are in demand, hopefully
15 they stay that way, because then we'll continuously
16 have more people needing to purchase and repurchase
17 advertising services to build up their name, their
18 brand, whatever it is that they're trying to promote.
19 So as long as we can continuously offer advertising
20 service and deliver those services and people enjoy
21 those services, then those sales should continuously
22 happen.  And as those sales of the services happen,
23 then we'll have that revenue then to share with
24 people who qualify.
25    Q   Do you have a sense of what's the longest

Page 127

1 **it's taken for a member -- a qualified member to get**
2 **to 50 -- to reach the 55 fill line?**
3    A   I really don't know.  I've never tracked
4 it.  There's nothing in the back office that shows
5 how much has been shared.  I think I mentioned this.
6 It doesn't say how much has been shared per day.
7 There's no historical value there.  It just shares
8 whatever -- spits it out.  You know, whatever is
9 there goes.
10     But as far as each -- or each individual
11 sharing position, I don't know how long it takes.
12 There's people who tell me, oh, it took 45 days, or,
13 oh, it took 55 days.  This one took 50 or 47.  I just
14 hear it from them.  I have no idea, because it's not
15 programmed in any way within the system, because it's
16 not time-based at all.  But sometimes people just
17 talk about it and I hear it, but I have no idea.
18     MR. FROST:  Except for the time that PayPal
19 closed the account because your site has been so
20 successful, you've been able to pay out that 55 every
21 time, then?
22     THE WITNESS:  Well, I would say it really
23 depends on whether someone is qualified.  And also,
24 like, I think -- what was it? -- in that report out
25 of all of the number of ad packs that people have

Page 128

1 purchased, about half of the sharing positions have
2 reached the max because they're still in progress of
3 sharing in the revenue.  And some are put into
4 pending because of the whole PayPal situation.
5     So if you're asking, are there people that
6 haven't reached their max?  Well, about half of the
7 people who have purchased it haven't reached their
8 max yet.  But as they continuously click to qualify,
9 then they'll continuously share in whatever revenues
10 we have to share with them.
11     MR. FROST:  So the qualified members or
12 qualified positions, they're -- they've always gotten
13 their 55, is that correct, other than the ones that
14 are pending right now?
15     THE WITNESS:  I would say whatever amount
16 that they receive, it's when they're qualified.
17 Because to say that they've all received 55, it's
18 because -- obviously, there's some that haven't yet
19 because, like, they just purchased some yesterday or
20 they just purchased the ad packs three days ago, so
21 they haven't reached 55 yet.
22     So I just -- I'm trying to be exact, maybe.
23 Maybe a little too exact of what it is that you're
24 asking.  Maybe I'm not sure of what exactly you're
25 asking.

Page 129

1     MR. FROST:  Well, I guess I'm just
2 wondering if anyone through the history of Traffic
3 Monsoon has not been able to earn the $55 return even
4 if they've been qualified, unless they are within the
5 time where it hasn't had a chance to earn the 55.
6     THE WITNESS:  What I would probably say,
7 then, is that it's not a return.
8     MR. FROST:  I'm sorry.  I don't mean to say
9 "return."
10     THE WITNESS:  It's all right.  And the only
11 reason why I stopped there for that is sometimes I
12 hear members use those words, and I always stop them
13 and say, I want you guys to realize this is not an
14 investment; this is not a return.  You're not getting
15 your money back.  You have purchased a service and
16 have received that service, and now you're clicking
17 to qualify to share in the revenue. So I always --
18 whenever I hear that, it's, like, programmed now.
19 It's just a habit.
20     So when people are qualified, they would
21 share in whatever revenues there are.  And then
22 they'll continue to share up to 55, which means if
23 that revenue -- and since it has been coming in, no
24 one stops early.  As long as they are qualified, it
25 always has been reaching the 55.  Is that what you're

Page 130

1   asking?
2           MR. FROST:  Yes.
3           THE WITNESS:  Is that people in the past,
4   it doesn't stop early.  That's always been the
5   maximum.
6           MR. FROST:  Okay.  That's essentially what
7   I was asking.
8           THE WITNESS:  Okay.
9           BY MS. OKINAKA:
10      Q   So I've earned -- I've gotten to 55, and I
11  decide I want to use that to buy more ad packs.  And
12  I forget how you -- it's in my -- it's still at
13  Traffic Monsoon, but it's sort of in my account.  I
14  now show 55 that I've earned.  And if I -- what do I
15  do if I want to use that to buy an ad pack?
16      A   If you want to use the money in your
17  balance --
18      Q   In my balance, right.
19      A   -- to make the purchase?  So that balance
20  is, of course, displaying a figure to you that's
21  being held by Traffic Monsoon for you.
22      Q   Yup, yup.
23      A   And that money, let's say, is inside of
24  PayPal.  So that money, if you were to click on the
25  withdrawal button, that $50 would be then sent to

Page 131

1   your PayPal.
2           But if you decide to use that $50 to make a
3   purchase, then that money then is going to show a
4   zero balance for you on your account because now
5   you've spent the $50.  Or I guess if you had 55,
6   you'd have a balance of five dollars now, right?
7       Q   Yeah.
8       A   And then you could use that five dollars
9   however you want -- withdraw it, whatever you want to
10  do.  But if you've decided to make a purchase, it
11  would be the same purchase pays that you'd make the
12  first time.
13      Q   Okay.
14      A   Click on the banner page.  You click on buy
15  ad pack.  You'd select one ad pack that you want to
16  purchase.  It gives you a breakdown, and then you can
17  select the payment processor.  The first option is
18  now you can use your account balance.  So it's got
19  balance, Payza --
20      Q   And I don't need a payment processor.
21      A   So you don't need a payment processor
22  because the money is inside the payment processor
23  already from within your balance in your account.  And
24  then it's now subtracted from your account balance,
25  and then that money is then divided up as 10 percent

Page 132

1   commissions and all of that, just like how we spoke
2   of that before.
3       Q   So when I buy my second ad pack that way
4   using my account balance, that's revenue to Traffic
5   Monsoon, and just divide it up?
6       A   So it is counted as revenue because you've
7   made that purchase.  Because otherwise -- because it
8   is your money.  It's not Traffic Monsoon's money.
9   You're using your money to make a purchase with it,
10  so it is counted within the system as being revenue
11  that's being generated.
12      Q   So are you not double counting my $50?
13      A   No, because it's counted as yours.
14      Q   Because I could take it out?
15      A   Right.  If you're looking at a balance
16  sheet, it would be zero is with Traffic Monsoon and
17  50 is with you.  And then when you spend the 50, now
18  you've got zero, and then it breaks down the
19  percentages of that purchase into dividing up where
20  it goes.  So it's all fully accounted for.  Does that
21  answer your question?
22      Q   Well, you know, what I was wondering --
23  okay.  So at the very outset, I have my $50 and I buy
24  an ad pack.  And time goes by and I have 55, and I
25  use that to buy ad pack No. 2, but I haven't spent

Page 133

1   $100.  I have two ad packs, but I didn't spend $100,
2   I only spent 50.  So it almost seems like -- do you
3   know what I mean? -- like you're counting my $50
4   twice.
5       A   So you're saying that you have qualified,
6   you've shared in revenue.  You have received money
7   your own self on your account up to $55, and I've got
8   a $55 balance.  And that 55, you want to use 50 of it
9   to buy another ad pack.  Is that right?
10      Q   Yup.
11      A   So I'm not double counting it because I've
12  shared revenue with you.  And now you have actual
13  real money in your account.  It's fully backed up
14  inside of the payroll processor.  The money in the
15  payment processor is not moving, though, because it's
16  not going to your account and then back, because
17  there would be a fee there, wouldn't there?
18      Q   Yeah, yeah.
19      A   So what you're now saying is you want to
20  use that money to make a purchase, which it is real
21  money.  You could hit the withdrawal button, and you
22  can get it in your payment processor.  And then if
23  you wanted to, you could use that to make a purchase,
24  but then you'd be covering a fee.  So instead of
25  paying a fee -- you're saving yourself a fee by using

Page 134

```
 1    your account balances, actually.
 2        Q   Yeah.
 3        A   But the money is really there.  Then, like
 4    if you're looking at the accounting side, like if you
 5    balance a checkbook, that $50 is on your side, and
 6    now it's on the company side.
 7        Q   Uh-huh.
 8        A   The money is still inside of PayPal or
 9    Payza or SolidTrustPay or whatever.  So the money
10    itself physically hasn't moved, but within our own
11    system it's being accounted not as being attributed
12    towards you anymore, it's now being counted as a
13    purchase through the system.
14        Q   Well, so I think I'm clear on how it works.
15        A   Okay.
16        Q   I understand that.  And I guess it's
17    just -- I have a question about -- my question is
18    sort of about characterization of it.  But I think --
19    I see how it works, though.  That's kind of how I
20    thought it worked.
21        A   Okay.
22        Q   Okay, we have a couple more exhibits to
23    show you.  Are you guys okay?
24        A   Uh-huh.
25        Q   What's your parking lot --
```

Page 135

```
 1        A   2:28.
 2        Q   Well, let us know if we forget when you get
 3    close to that --
 4        A   Okay.
 5        Q   -- since you're looking at the clock.
 6            (SEC Exhibit Nos. 7 and 8
 7             were marked for
 8             identification.)
 9        Q   So we're showing you Exhibits 7 and 8
10    together.
11        A   Okay.
12        Q   And they're both very short spreadsheets.
13    And No. 8 is actually -- if you recognize it, it's
14    from an e-mail you sent us.
15        A   Okay.
16        Q   Does that look familiar to you?  We just
17    put it into a table form.
18        A   It does look familiar.  But No. 7 --
19        Q   And No. 7 is an exhibit that was created
20    from the first large data that you sent us.  So you
21    haven't seen 7 before?
22        A   Right.
23        Q   And we try to sort out the largest, sort it
24    by category and just show the largest line items
25    there.
```

Page 136

```
 1            MR. FROST:  Our understanding of Exhibit 7
 2    is that it shows the cash in.  Is that accurate, do
 3    you know?  This was made from the first set of data
 4    that you sent to us.
 5            BY MS. OKINAKA:
 6        Q   At the end of April.
 7        A   Okay.
 8        Q   Does it show cash in?
 9        A   No, it does not.  It shows just the changes
10    of account balances.
11            MR. FROST:  What would that mean?  Let's
12    look at the first line item, ad pack pool,
13    145,309,319.  What does that mean?  What does that
14    tell us?
15            THE WITNESS:  So this is something that
16    you've created; is that right?
17            MR. FROST:  We just added together all of
18    the lines that said "ad pack pool" and put them into
19    a total.
20            THE WITNESS:  Okay.
21            BY MS. OKINAKA:
22        Q   In the first set of data -- from the first
23    set of data you sent us.
24        A   Okay.  You're talking about the full file.
25    So the second one, okay.
```

Page 137

```
 1        Q   I think there was -- was it the first?
 2            MR. FROST:  If this is -- if you don't
 3    think this is accurate, we don't need to reference
 4    No. 7.
 5            THE WITNESS:  I just have never seen it, so
 6    I wasn't familiar.  But this is -- so you're saying
 7    that what you did is you took from that large
 8    database record and you combined together all of the
 9    ad pack pools?
10            MR. FROST:  Correct.
11            THE WITNESS:  All of the sponsored bonuses?
12    Okay, all right.  Since I've never done that before,
13    I can't verify whether this is accurate or not, but
14    I'll assume that is.
15            MR. FROST:  Well, we don't have to use it,
16    because I don't want you to say that these numbers
17    are accurate when you have no basis for saying that.
18            So let's just look at No. 8.
19            THE WITNESS:  Okay.
20            MR. FROST:  And what can you tell us about
21    this?  What do these numbers -- what time period do
22    they cover?
23            THE WITNESS:  So this No. 8, I believe, if
24    this is in that first file, this is total as of that
25    date that I sent you this.
```

Page 138

1      MR. FROST: Okay.
2      THE WITNESS: From the very beginning until
3  that date.
4      MR. FROST: All right. And the first row
5  is banner ad package combo.
6      THE WITNESS: That's right.
7      MR. FROST: And it's 738 million. What
8  does that number reflect?
9      THE WITNESS: That reflects the amount of
10  sales that have been generated for the ad pack.
11      MR. FROST: Since October of 2014?
12      THE WITNESS: That's right. And that's
13  from account balances -- PayPal, Payza,
14  SolidTrustPay, or bank buyers, as well as through the
15  credit card gateway as well.
16      MR. FROST: But 738 million didn't pass
17  through the payment processors, did it?
18      THE WITNESS: No. It kind of goes along
19  with what she was mentioning earlier about the $50 in
20  the account balance. If someone used their account
21  balance to make a purchase, then it counts as revenue
22  because that's their money. It just isn't being sent
23  to their payment processor account. But it is inside
24  of PayPal, and it's being used to be applied towards
25  a purchase. So it's taking that balance, being

Page 139

1  whatever their balance is, minus the purchase, and
2  then it's being applied towards a purchase. So it
3  comes in as being revenue for that.
4      MR. FROST: Okay. So if someone purchased
5  a revenue sharing position for $50, eventually got 55
6  and then bought a second position, and then the same
7  thing happened a third time, that would be $150 in
8  revenue based on the initial $50 cash that came in?
9      THE WITNESS: Well, you're forgetting the
10  outside point of view as well. Because that one
11  person, they might have made that initial $50
12  purchase for the ad service, but they had clicked to
13  qualify in revenue from all the other service sales.
14  So that money is really there. Right?
15      MR. FROST: Oh, I'm not saying it's not
16  there. I'm just --
17      THE WITNESS: Right. So then what they
18  have made is maybe from their own individual account
19  $50 purchase through PayPal, but then they have
20  qualified to share in revenue, and they receive then
21  the 55 and they've used 50 of it to make a purchase.
22  In our system it's showing that that's now another
23  $50 purchase. So if they continuously share in the
24  revenue again and they now have received another $50,
25  $55, that 50 of that amount would then be another

Page 140

1  purchase, because it's real money that they're using
2  to make a purchase.
3      MR. FROST: And that's how this banner ad
4  package combo amount became so high?
5      THE WITNESS: Right. Because people have
6  used their account balances to make additional
7  purchases.
8      MR. FROST: Okay. And the second amount,
9  "Monsoon Traffic ad package payment," is that someone
10  buying the Monsoon Traffic?
11      THE WITNESS: That's right, uh-huh.
12      MR. FROST: And the PPC campaign, the
13  pay-per-click campaign?
14      THE WITNESS: That's right. That's the 25
15  cents or the 50 cents.
16      MR. FROST: Okay. Then the cash link,
17  that's what we talked about before. That's not part
18  of the revenue sharing?
19      THE WITNESS: Right. That's correct.
20      MR. FROST: Okay. And login campaign is
21  57,000, site ad is 193, and so on. And if we look at
22  this list, are these -- are these primary sources of
23  revenue that are shared minus the cash links with
24  revenue sharing programs?
25      THE WITNESS: Or with Traffic Monsoon?

Page 141

1      MR. FROST: Yes.
2      THE WITNESS: Right. So all of the
3  services minus cash links are the source of revenue
4  that we are sharing. That's right.
5      MR. FROST: Are there any categories other
6  than what's listed here on Exhibit 8?
7      THE WITNESS: I don't think so. I think
8  that I've included everything there.
9  BY MS. OKINAKA:
10   Q   Is there revenue coming into Traffic
11  Monsoon from outside Traffic Monsoon? Do you know?
12   A   I mean, other than -- I mean, I promote
13  various things using our services for quality
14  assurance. I want to make sure I'm giving people a
15  good quality of service. So I'm earning different
16  commissions, but that's not shared with the members.
17   Q   Okay. Does it just go into the Traffic
18  Monsoon account itself for the company?
19   A   It did go into the PayPal account when it
20  was active, yeah.
21   Q   I know we're not talking about Exhibit 7 in
22  detail, but I noticed when we looked at the data you
23  sent that you had a large balance adjustment, the 88
24  million. Can you tell us what that was for?
25   A   What that is is -- well, there's balance

Page 142

1    adjustments for various different reasons.  Some of
2    those reasons might be someone was detected to be
3    cheating the system, so we removed their account and
4    adjusted their balance to be nothing.  Or we detected
5    that someone tried to make a purchase, but they were
6    trying to make a purchase using their account balance
7    plus the payment processor, and every now and then
8    there's a little glitch that happens along the way.
9        So what we've done -- what I've done is
10   added to their balance an amount that would be an
11   amount to cover the rest of their purchase.  Let's
12   say someone needed to have $3 or $14, and they were
13   making a large purchase -- or any purchase, actually.
14   Through PayPal there's a way for me to click on a
15   button to resend the instant payment notification to
16   apply those purchases automatically within Traffic
17   Monsoon.  Are you following what I'm saying?
18   **Q   I'm still confused.**
19       A    Okay.  So inside PayPal, let's say you make
20   a purchase on Traffic Monsoon.  On the programming
21   side, PayPal is sending a notification to Traffic
22   Monsoon that you've made a purchase --
23   **Q   Okay.**
24       A    -- because my PayPal balance now increased
25   by the amount of your purchase.  So it needs to also

Page 143

1    reflect inside of Traffic Monsoon that you've -- that
2    you've made that purchase.  So that notification is
3    known as an instant payment notification, because
4    you've made a payment on my website, and my website
5    needs to be notified that you've made a purchase.
6        But sometimes if someone is making a
7    purchase, those notifications might not get to the
8    website.  Maybe there's an issue within PayPal's
9    website and it didn't get sent, or maybe there's an
10   issue on my website where it didn't get received.  And
11   so somewhere in there, there's a communication issue
12   where I can go through PayPal and pull up that
13   transaction and resend that instant payment
14   notification.
15   **Q   Okay.**
16       A    And so if I want that instant payment
17   notification to go through, sometimes I have to
18   adjust someone's balance just a little bit for that
19   notification to go through, because it's going to use
20   a portion of their account balance to complete that
21   purchase.  And so what I would do is I would remove
22   from their account balance -- or I would add to their
23   account balance the amount that needs to support the
24   rest of that purchase.  I would go to my account
25   balance and remove it.

Page 144

1        And so there's -- there's that large amount
2    that you were seeing that I had adjusted.  Part of
3    that is that, just making sure to balance the
4    records.  As I'm adding something to someone's
5    account, I'm removing it from my own.
6    **Q   So you're saying it's a sum of many small**
7    **adjustments?**
8        A    There's that, as well as I've seen a lot on
9    my account.  I'll adjust it and remove it and just
10   let that store in reserves, because I would rather
11   that be held in the company than held in my own
12   pocket.  I would rather it be held for members to be
13   able to qualify to share in rather than just go to
14   me.
15   **Q   I had thought most of the 88 million was**
16   **one adjustment.  Is that right?**
17       A    Yeah.  That's from my account, yeah.
18   **Q   So -- but it sounded like that was the**
19   **result of a lot of small transactions.  Is that**
20   **right?**
21       A    Well, that's absolutely right.  Because,
22   you know, when we were talking about how the revenue
23   sharing is generated or what happens when you make a
24   purchase, there was 15 percent of each purchase that
25   was going to my account.  And so I got to a point

Page 145

1    where I was like, I would rather have that go towards
2    the members and share that with them than keep it,
3    because it's just too much.
4        So over time, maybe as a couple weeks went
5    by, maybe my account balance might be a million
6    dollars.  I'm like, that's just too much for me.  I'd
7    rather give that to the members.  So I would put that
8    in over there and adjust it as an account balance,
9    removing it from my account balance so that members
10   could qualify to share in that rather than me hold on
11   to it.  I don't need it.  It's just too much.
12   **Q   Oh, okay.  So you're saying the large**
13   **adjustment was the result of your --**
14       A    It's a combined of all of the -- that large
15   thing is a combination of giving people's account
16   balances a little bit more to allow that instant
17   notification to complete, or to remove it from my
18   account balance to place it in the reserves so that
19   people can be able to qualify to share in that.
20   **Q   To reduce the compensation you were**
21   **getting?**
22       A    And give it to the members instead, uh-huh.
23   **Q   Okay.**
24       A    In fact, that's when I said, you know what,
25   instead of me doing all of these balance adjustments,

## Page 146

1  I'll just lower my percentage down.  And I'm still
2  taking those types of adjustments.
3       MR. FROST:  Any idea how much of this $88
4  million balance adjustment was from your account?
5       THE WITNESS:  I don't remember the exact
6  figure, but I think it was around 83, 85.  I don't
7  remember.  Maybe it is 88.  I don't remember it being
8  too much more when those other balance adjustments.  I
9  think that the large bulk, like what you're saying,
10  that's coming off of my account.
11       MR. FROST:  So you had tens of millions of
12  dollars in your PayPal account and you gave it back
13  to your company?
14       THE WITNESS:  I gave it to the members,
15  yeah.  And I still do that because it -- I don't
16  really -- I'm a very frugal person, so there's no
17  need for me to have all that.  I'd rather it benefit
18  other people.
19       BY MS. OKINAKA:
20    Q    You've only taken out half a million to
21  date; is that right --
22    A    That's right.
23    Q    -- from Traffic Monsoon?
24    A    And it was to buy a flat in the UK, and
25  that was it.

## Page 147

1    Q    And then does Traffic Monsoon pay for you
2  to fly back and forth and so on?
3    A    Yeah.  There's business expenses there, for
4  sure.  So when I did my taxes I took those as
5  business write-offs, yeah.
6         (SEC Exhibit No. 9 was
7         marked for identification.)
8    Q    We're showing you Exhibit 9, and it's the
9  e-mail you sent us yesterday.
10    A    Okay.  Yes.
11    Q    And then we also -- you've provided us with
12  a list of numbers that showed amounts shared on every
13  day since December 1st of last year.
14    A    That's right.
15    Q    And I'm going to mark also a spreadsheet
16  where we put those numbers into spreadsheet format so
17  we could add them up.
18    A    Okay.
19    Q    Give me just a minute here.
20         (SEC Exhibit No. 10 was
21         marked for identification.)
22    Q    So there you go.  Exhibit 9 is your e-mail,
23  and Exhibit 10 is the spreadsheet that reflects your
24  figures.
25    A    Okay.

## Page 148

1    Q    So this information you've given us, in No.
2  2 you say how many active sharing positions at
3  present; and that -- is that the people who have
4  purchased one service that are now qualified for
5  life?
6    A    Well, what it is when people buy the ad
7  pack, they're getting the ad service with the revenue
8  sharing position.  So what it's showing there is the
9  total number of sharing positions is that first
10  number, the 15,225,689.  And then how many of those
11  have not yet reached their max, it's that 7,504,340.
12    Q    Okay.
13    A    Then what I noticed is that that number is
14  varied by one.  I think when we were pulling the
15  report, someone bought an ad pack.  So I think that's
16  what it is.
17    Q    Oh.
18    A    But anyway, what you're seeing is that
19  number -- the number of active positions is also in
20  No. 7, saying here is the number that's awaiting
21  PayPal's release.  And then the number of active is
22  how many have yet to receive up to the fullness of
23  the $55.  It doesn't mean qualified, because there's
24  not -- there's not a figure here showing how many are
25  qualified at that given interval of time.

## Page 149

1    Q    So tell me again, No. 2 is the sharing
2  positions that have not reached their max?
3    A    That's correct.
4    Q    Okay.  Meaning $55 of sharing?
5    A    Uh-huh.  That's right.
6         MR. FROST:  So does that mean, just to take
7  an example, if revenue of one day from the prior 24
8  hours was a dollar, then you would -- I'm sorry.  If
9  your algorithm or whatever you had determined that a
10  dollar would be paid out per ad pack, would you pay
11  out $7.5 million in revenue that day?
12         THE WITNESS:  Well, you're looking at
13  reverse.  What we do is we look at, first of all, how
14  much revenue there is to share; and then we take how
15  many active or qualified sharing positions there are,
16  and we divide the amount there is to share and then
17  put them into positions and divide that up evenly
18  equally.
19         So we don't determine how much we want to
20  give and then multiply that out that way.  That would
21  be wrong, because what if we don't have enough money
22  to do that?  So we first take how much money there is
23  to share and then divide it up into how many
24  positions there actually are that are qualified.
25         MR. FROST:  I see.

Page 150

```
 1        BY MS. OKINAKA:
 2        Q   So No. 5 where you say "How much revenue
 3   has been shared with the positions in total," is this
 4   from inception till May 16th of this year, 618
 5   million or so?
 6        A   Which number is that?  No. 5?
 7        Q   No. 5.
 8        A   Yes, that is correct.
 9        Q   And this includes the use of account
10   balances to buy ad packs?
11        A   That's right, uh-huh.
12        Q   Okay.  How many -- No. 6, how many -- oh,
13   okay.  So if you look at Exhibit 8, which is the
14   little spreadsheet that came from the e-mail --
15        A   Uh-huh.
16        Q   -- that's the one.  There's a figure there
17   of revenues from banner ad package combos that's
18   738.5 million.  Is that the same -- it looks like it
19   has -- you have differing numbers for the same value.
20        A   Well, that is how much revenue has been
21   generated.  But remember, we also --
22        Q   Exhibit 8?
23        A   Exhibit 8, yes.  But there's also the 10
24   percent commissions that get paid out as well, so
25   that wouldn't be shared because you can't double
```

Page 151

```
 1   count that money.
 2        Q   Yeah.  So that would account for the
 3   difference there?
 4        A   I believe so.
 5        Q   Are there any other factors that would
 6   account for it?
 7        A   I might check with my programmer and see,
 8   because he's put this together.  But that's what just
 9   came to my mind right away is that when you're
10   looking at how the revenue is shared, there's some
11   that gets shared and some that goes into the revenue
12   sharing or the, you know, sponsor commissions, some
13   that goes to the company, some that goes to the
14   reserves.
15        Q   So Exhibit 8 was revenue generated.  Is
16   that what you were saying?
17        A   Right.  That's revenue generated, that's
18   right.
19        Q   Okay.  And Exhibit 9, the question I asked
20   you was how much revenue has been shared, and that's
21   going to be different?
22        A   Right.  That's correct.
23        Q   Okay.  No. 7 of Exhibit 9, how many
24   positions have not yet reached the max -- is that
25   have not yet reached the $55 fill line?
```

Page 152

```
 1        A   That's right.
 2        Q   And this is numbers of positions, not
 3   dollar amounts, I guess?
 4        A   Right.  Not dollar amounts, because they're
 5   not worth anything.  They're just positions.
 6        Q   So in the next set of responses you give us
 7   in this e-mail, Exhibit 9, it says pay-ins table for
 8   each category since February 10th.  And your first
 9   item here is banner ad package combo.  That's ad
10   packs.  And it shows 71.1 million.
11        A   Uh-huh.
12        Q   Is this -- is this figure showing actual
13   cash coming in as opposed to use of account balances?
14        A   As it explains on page 2, it says -- let's
15   see.  It's talking about the purchases through all of
16   the different payment gateways.
17        Q   Okay.
18        A   So that would include account balance, so
19   if someone is using their account balance.
20        MR. FROST:  Account balance in, say,
21   PayPal -- or not PayPal but Payza or --
22        THE WITNESS:  In the pay-ins table it would
23   show up as being a manual payment if it was using
24   their account balance.
25        MR. FROST:  And that's what this is, the 71
```

Page 153

```
 1   million?
 2        THE WITNESS:  So it's combination of all of
 3   the different methods of payment that we accept,
 4   which would include account balance, as has been
 5   mentioned.
 6        MR. FROST:  Okay.
 7        BY MS. OKINAKA:
 8        Q   Okay.  I think we understand that.
 9            And No. 9 on the same page, total active
10   balance on each member account, what's that?
11        A   What that is, if you look at every member
12   account balance and you add it together, so if you
13   take I.D. No. 1, I.D. No. 2, I.D. No. 3, I.D. No. 4,
14   I.D. No. 5, and you add all of the I.D.s up until the
15   very last I.D., you add up all of the account
16   balance, it's $4,133,825.64.  So that's the total on
17   everyone's balance.  So if you've earned 10 percent
18   commissions, if you've been sharing in revenue,
19   whatever your account balance is, when you add that
20   together with all of the other members that are
21   involved in the program, that's the total that is
22   there.
23        MR. FROST:  Does that mean all the
24   purchases made by members?
25        THE WITNESS:  No.  This is earnings.  So if
```

Page 154

1  you log in to your back office and you look at how
2  much you've earned, your current balance, what you
3  can either use to make a purchase or use to send to
4  the payment processor. That's what that's talking
5  about, that balance. So that balance is a live
6  reading of how much you have actually on your
7  account. So you can use that money or withdraw that
8  money and send it to your payment processor.
9      BY MS. OKINAKA:
10  **Q   So this is the amount that I could**
11  **withdraw --**
12      A   Right.
13  **Q   -- all members could withdraw?**
14      A   Right. So that's what this is definitely
15  illustrating. Everything that is on every single
16  member account balance, if added together, that's the
17  total.
18      MR. FROST: I'd like to look back up at 8
19  again just real briefly to make sure this is the
20  same -- the same data we're looking at since February
21  10th as we were looking at in Exhibit 8. You show
22  the Monsoon Traffic netted sharing revenue, that
23  $43,000 amount?
24      THE WITNESS: Right. So that is revenue
25  that's been generated towards one of the advertising

Page 155

1  services, and that is revenue that would be shared
2  with people who qualify. That's absolutely right.
3      MR. FROST: Okay. And then the PPC
4  campaign is also revenue that would be shared, the
5  1.9 million?
6      THE WITNESS: That's right. So that's
7  people buying the advertising service.
8      MR. FROST: And the cash link, as we
9  discussed before, would not be part of the revenue
10  that would be shared?
11      THE WITNESS: Right. Cash links are not
12  shared.
13      MR. FROST: The login campaign would be,
14  and the site ad would be?
15      THE WITNESS: Uh-huh.
16      MR. FROST: And the start page campaign and
17  the text ad PPC campaign, those would all be
18  included?
19      THE WITNESS: That's right. That's right.
20  So the cash links, those are -- that's the only one
21  that's not included in the revenue sharing. All
22  other services are.
23      MR. FROST: And this is the total of all
24  the revenue that Traffic Monsoon has received since
25  February 10th?

Page 156

1      THE WITNESS: I could double check and find
2  out. But I believe so. I think that's all the
3  services that are being offered.
4      MR. FROST: Okay.
5      THE WITNESS: It's a lot of cash links.
6  People really like getting traffic that way. It's
7  one of our most popular ways of getting traffic.
8      MR. FROST: And next item, No. 10. I know
9  we've talked about this before, but would you explain
10  to us again what this balance reflects?
11      THE WITNESS: Sure. It's similar to the
12  active balances on member accounts. So if you were
13  to add together all of what people have on their
14  account balances, there's an amount that had to go
15  into pending because we're waiting on PayPal to
16  release those funds. So what it is all of the
17  people that have earned anything towards their
18  account balance, that's the 27 million figure, that
19  if you added together everything that's on everyone's
20  account balance previous to when PayPal limited the
21  account. And we've put that date as being February
22  10th in our system, even though they limited any
23  money going out starting in January.
24      It took me about a month to try to figure
25  out how are we going to address this situation,

Page 157

1  because people are requesting to get paid and I can't
2  pay them because PayPal's holding all the money. So
3  that's when -- because PayPal's final cutoff, because
4  they limited the account also in February, so there
5  was revenues coming in and sales generating through
6  PayPal until February 10th or 11th. I don't remember
7  which day. I think it's the 10th.
8      So from when the payments cut off from
9  PayPal from coming in, we took all of those balances
10  because all of that revenue, all of the sales that
11  were generated for the services, that money is now
12  held by PayPal and I can't pay out with it. So
13  that's where it's gone into pending while we're
14  waiting for PayPal to release those funds. So what
15  you're seeing in No. 10 is what everyone has earned
16  total towards the funds that are currently being held
17  by PayPal. So that's that 27 million figure.
18      Then when you go to page 2, it shows how
19  much is total inside of PayPal is the 55 million. So
20  there's more inside of PayPal than is actually owed
21  to the members.
22      MR. FROST: What about balances that
23  haven't been paid yet? Because I'm sure some
24  members -- say, for instance, they bought an ad pack
25  on February 5th and they've only earned five dollars.

Page 158

1   Are you accounting for that somewhere, that they're
2   going to be -- they should be in a sharing position
3   at some point in the future?
4        THE WITNESS:  Right.  So if someone
5   purchased an ad pack on February 5th and they've been
6   clicking through the traffic exchange, they've
7   qualified for sharing and they've received, in your
8   example, five dollars.  And then PayPal limited the
9   account, and now I can't send them the five dollars.
10  So that five dollars is still there on their account
11  balance.
12       Inside of Traffic Monsoon, what it has is
13  the active balance and then a pending balance.  So
14  the active balance is showing what we can actively
15  send to you, and then the pending balance is what's
16  being represented inside of PayPal.  So the funds
17  that are being shown on the page, all of that
18  pending, if you look at the pending balance of every
19  single member, all of the number of people that have
20  anything that's pending, adding together all of that,
21  that's what this No. 10 is is the total pending
22  balances.
23       MR. FROST:  And what I'm wondering is the
24  money that isn't pending, the guy who bought a $50 ad
25  pack and has only received five dollars, he still has

Page 159

1   a revenue sharing position, doesn't he?
2        THE WITNESS:  He does.
3        MR. FROST:  And will that kick in once the
4   funds are released from PayPal?
5        THE WITNESS:  From PayPal, right.
6   Absolutely.
7        MR. FROST:  But right now it's just
8   inactive?
9        THE WITNESS:  It's just in pending, right.
10  It's because the majority of the revenue that we've
11  generated has come in through PayPal, and so those
12  positions are now in pending because all of that
13  money is pending.  We don't know if -- I mean,
14  there's some people that speculate that PayPal will
15  never release it.  I think that's ridiculous.  I
16  believe they will.  But as a business, I have to
17  prepare for that potential.  If they don't release
18  it, then these positions, then, are nothing.
19       MR. FROST:  If they do release it, though,
20  you're going to have to split the revenue with a lot
21  more people.
22       THE WITNESS:  Right, right.  That's
23  correct.
24       MR. FROST:  So do you know how many ad
25  packs are in that position where they're still

Page 160

1   owed -- they're still in a position to earn revenue?
2        THE WITNESS:  Right.  So it's saying
3   pending, waiting PayPal release on No. 7 in Exhibit
4   9, the 6 million is currently pending.  That's the
5   total number of pending positions that are waiting
6   PayPal's release.
7        MR. FROST:  Oh, okay.  So those are --
8   well, are they ad packs?
9        THE WITNESS:  Well, they're sharing
10  positions --
11       MR. FROST:  Sharing positions.
12       THE WITNESS:  -- which they only can get if
13  they bought an ad pack.  So these are not ad packs.
14  The advertising service that they've paid for has not
15  gone into pending.  The service actually that they've
16  paid for is still being delivered.
17       MR. FROST:  Okay.
18       THE WITNESS:  Just, the revenue that's
19  being held on that account, I can't touch it, so it
20  needs to be just put into pending until we get that.
21       MR. FROST:  Why wouldn't you continue to
22  share revenue with them?  I mean, I understand that
23  the money that they've received so far in the example
24  we've talked about, five dollars, but what about
25  February 11th and 12th?  Why wouldn't that person be

Page 161

1   able to share in the revenue?
2        THE WITNESS:  The main reason why is inside
3   of our database, those positions, as you can see in
4   Exhibit 7, it shows up as an ad pack pool.  So when
5   we put people's balances in pending, it goes by a
6   date range.  So that ad pack pool or that sharing
7   position is now based on a date range within the
8   database.  So those portions of balances are all
9   being put into pending, if that makes sense.  So that
10  position in the database is gauged on a date range,
11  if that makes sense.
12       So that would not only put the amount of
13  that sharing position in pending, because it would
14  then put that portion of the balance in pending, but
15  it would also make it so that if we shared anything
16  more with it, it would just count towards the pending
17  balance instead of actually towards the live
18  balance --
19       MS. OKINAKA:  Okay.
20       THE WITNESS:  -- because it's based upon a
21  date range.
22       MR. FROST:  So it's a programming issue
23  with your database?
24       THE WITNESS:  It's just the way that it's
25  kept records is each sharing position is marked by a

Page 162

```
 1    date range.  So since these sharing positions have
 2    been in that date range and shared in revenue from
 3    PayPal, they are now having to be placed into pending
 4    until they release those portions of the balance that
 5    back those balances up.
 6         So that's why both the positions -- from
 7    maybe a member perspective, it's maybe they think
 8    it's two separate things, like it's a position and
 9    a balance.  It's the same; you know what I'm saying?
10    The balance that's being -- inside that ad pack pool,
11    that's a position that they're qualifying to receive
12    an increase towards.
13         Maybe I'm not explaining it correctly.
14         BY MS. OKINAKA:
15    Q   Oh, no.  I think -- so the guy who has
16    earned five dollars and then the freeze went into
17    effect, he's still earning -- I mean, he's still
18    entitled to earn if he qualifies until -- and so that
19    additional money that he's entitled to, the
20    additional profit, will that be paid when the freeze
21    ends?
22    A   I'll explain it a little bit better.  When
23    someone buys an ad pack, what they receive is a
24    service, and then what they receive in their cash
25    history or their balance history on their account is
```

Page 163

```
 1    this ad pack pool thing.  It's a position.  And it
 2    starts out at zero.
 3         And then when they click and qualify to
 4    receive the revenue, whatever the revenue is, it gets
 5    shared with them.  And so that same record, let's say
 6    it's dated with today's date.  Today's date will
 7    always be on that record; but when the revenue gets
 8    shared, it will say, okay, so our system will say
 9    we've got this amount of revenue to share, this many
10    positions, divide, and then -- let's say whatever it
11    is, let's say a penny, gets shared with all the
12    different positions.  So when that penny gets shared
13    out, it will say whatever that balance is, whatever
14    amount, plus one cent.  You know what I'm saying?
15    Q   Uh-huh.
16    A   So whatever that revenue is, it gets shared
17    with whatever those positions are.  But in the system
18    it's got that date-time stamp.  So when PayPal
19    limited the account and I could no longer access the
20    funds that backed up those portions of account
21    balances, that account balance was then put into
22    pending, which meant that I can't add anything to it
23    anymore --
24    Q   Oh, okay.
25    A    -- until it comes out of pending.  So when
```

Page 164

```
 1    PayPal releases the funds, those sharing positions
 2    would then go active again as well.  And so then when
 3    people are continuously buying the services, they
 4    could continuously click and share in the revenue as
 5    well.
 6    Q   So when it comes out of pending, will they
 7    be credited for the revenue that should have been
 8    shared with them during that intervening period?
 9    A   No.  It would be impossible to do that.
10    Q   They'll just start from where they're at?
11    A   Start from where they're at, right.
12    Q   Oh, okay.
13    A   Plus, I think it's safe for me to take that
14    route, because some of these people, they've opened
15    up disputes for these purchases.  So --
16    Q   And you don't know what will happen with
17    that?
18    A   Right, right.
19    Q   Do you need to do your parking?
20    A   Yes.
21         MS. OKINAKA:  We'll go off the record.
22    We'll just take a break.
23         (A brief recess was taken.)
24         BY MS. OKINAKA:
25    Q   So we're back on the record at 2:36.  And
```

Page 165

```
 1    while we were taking a break, we didn't talk about
 2    the case, did we?
 3    A   No, we did not.
 4    Q   We're showing you Exhibit 10 again.
 5    A   Okay.
 6    Q   It's the table that we derived from your
 7    e-mail that was Exhibit 9.
 8    A   Okay.
 9         MR. FROST:  And all we did was, I just put
10    it in an Excel spreadsheet and separated it into two
11    columns.  So you can compare the other exhibit with
12    your e-mail to this if you'd like.  We didn't change
13    any of the numbers doing it.
14         THE WITNESS:  Okay.
15         MR. FROST:  We did add some totals at the
16    bottom, if you -- well, first of all, why don't you
17    tell us what these numbers represent in Exhibit No.
18    10.
19         THE WITNESS:  Well, I asked my programmer
20    to provide for me an amount that was shared on each
21    day, starting December 1st.  The intention was, I
22    think you had asked for how much had been shared with
23    each position, but there's not a historical view of
24    how much or how many positions are qualified on those
25    dates.  So he said that he'll get to work on seeing
```

Page 166

```
 1    what he can do as far as getting how much money was
 2    actually shared on those dates.  So this was what my
 3    programmer gave me.
 4          MR. FROST:  And this is the amount of money
 5    that was shared each day, and so this amount would be
 6    divided by the number of sharing positions.
 7          THE WITNESS:  Right, however many that is
 8    which have qualified for sharing.
 9          MR. FROST:  Qualified sharing positions?
10          THE WITNESS:  Yeah.
11          MR. FROST:  Okay.  And if we go to the last
12    page -- and this is just from December 1st through
13    May 15th.  And total amount -- total amount dollars
14    shared from December 1st to May 15th is 397,562,000.
15          Now, could you explain to us, this doesn't
16    mean actual cash at PayPal or some money processor,
17    does it?  Or what does it mean?
18          THE WITNESS:  Well, this is a combination
19    of money that has come in to the payment processors,
20    but also a compilation of when people use money
21    inside of their Traffic Monsoon account to make a
22    purchase.  Then that revenue is then accounted for
23    inside PayPal or Payza or SolidTrustPay, but it's now
24    being shared because someone used that inside of
25    their Traffic Monsoon balance to make a purchase, and
```

Page 167

```
 1    so now it's being shared.  So it might not be money
 2    that is now coming out from someone's bank, because
 3    we're holding it inside of one of our payment
 4    processor accounts.  And now it's no longer
 5    attributed to them, because they used that money for
 6    a purchase.  And we've covered that before.
 7          MR. FROST:  And again, on the last page I
 8    did add up the monies paid each day from February
 9    10th through May 15th, which is I believe the time
10    since PayPal froze the funds.  So this would have
11    been transactions outside of PayPal.
12          THE WITNESS:  Right.  You can definitely
13    see a drop on February 10th, because there were less
14    purchases because PayPal wasn't processing that day.
15          MR. FROST:  I noticed throughout February,
16    even though money was not able to go out of PayPal,
17    there still seems to be a lot of money that was -- a
18    lot of revenue that was being paid, or credited to
19    accounts.  How would you describe that?
20          THE WITNESS:  Well, we still had sales
21    coming in through all of the other different payment
22    processors, which included account balances.
23          MR. FROST:  What percent of your business,
24    say, in February of 2016, was from -- went through
25    PayPal, would you guess?
```

Page 168

```
 1          THE WITNESS:  I'd really have to crunch the
 2    numbers to look at it, just so I could be sure.  I
 3    just don't know right off the bat.  But definitely a
 4    large percentage of the business comes in through
 5    PayPal.  If I was to estimate, without looking at the
 6    numbers, I'd probably say more than 95 percent of the
 7    business was coming in through PayPal.  But if I
 8    looked at the numbers, I might discover that I'm
 9    wrong.  So I don't really know.  Definitely PayPal
10    was a major source of sales, because people enjoy
11    using PayPal more than anything else.
12          MR. FROST:  Okay.  And it looks like from
13    January 10th, 11th, 12th, the amounts just kept
14    increasing --
15          THE WITNESS:  Yup.
16          MR. FROST:  -- to February 9th to 6.5
17    million.  And then February 10th is when it was
18    frozen?
19          THE WITNESS:  Yeah.  That's when they
20    stopped allowing purchases to come through PayPal.
21          MR. FROST:  Okay.
22          THE WITNESS:  It was in January that they
23    stopped allowing money to go out from PayPal, but
24    then they left it on for another 30 days for
25    purchases to continue to come in.
```

Page 169

```
 1          MR. FROST:  So when did -- they told you
 2    about that in January sometime?
 3          THE WITNESS:  January, uh-huh.
 4          MR. FROST:  They told you they were not
 5    going to allow money out?
 6          THE WITNESS:  That's right.
 7          MR. FROST:  At what point did you realize
 8    they were going to not allow money in or out?
 9          THE WITNESS:  Well, they told me that
10    purchases would be allowed to be on for another 30
11    days as the transition away from PayPal, and then
12    after 30 days I wouldn't be able to process
13    purchases.  So they told me at that same time.  I
14    think it was January 11th.
15          MR. FROST:  Okay.
16                 (SEC Exhibit No. 11 was
17                 marked for identification.)
18    BY MS. OKINAKA:
19      Q   We're showing you Exhibit 11, and it's just
20    a screen shot of the beginning of a YouTube video
21    that I'd like to know if you remember this video that
22    you published on January 12th of this year --
23      A   I do remember that one, yeah.
24      Q   -- where you say "Traffic Monsoon is
25    transitioning into our own TM World Bank to make it
```

Page 170

1  easier for members to get paid."
2       So transitioning, I think you spoke about
3  the plan to transition away from PayPal into other
4  payment processors and then eventually to a bank. And
5  was this after you learned about the limitation on
6  the account?
7    A   Well, we had met with someone in London.
8  His name is Sayeed.  I don't remember his last name
9  now.  I've got it on my phone, I think.  But Sayeed,
10  he had set up a bank for another company before, and
11  he was telling us that he could do the same thing for
12  us, and he was talking about the dangers of using
13  PayPal or other different payment processors.  And he
14  said that he could set one up for us and that we
15  could have our own credit cards, our own processing,
16  not only for purchases, but then we could issue
17  Traffic Monsoon bank cards for people to get paid out
18  on, and we could save members a lot of the
19  transaction fees.  And I just thought, you know, this
20  actually sounds like a really good idea.
21       So we started going through the process of
22  filling out documents and know your customer -- KYC
23  kind of stuff to apply for a bank.  And while we were
24  in Dubai, we were still filling out that paperwork.
25  So when I got that phone call from PayPal --

Page 171

1  actually, it was conference call that they asked me
2  to call in to.
3       So when I called in I was asking them, you
4  know, what can I do to help you guys?  Because I'd
5  just had a really good conference just a couple weeks
6  before, congratulating me on the growth of the
7  business, telling me how great my chargeback ratio
8  was, how it was less than half of a percent, telling
9  me things like out of all of the merchants at your
10  sales revenue level, you're the best performing, and
11  all these really nice things to say about my
12  business.  And they said, we don't know how you're
13  doing that, but keep up the good work.  So it just
14  felt like everything was on the up-and-up with
15  PayPal.
16       So in January when I was just heading out
17  to Dubai, that's when they called me is my first
18  night there.  Because I said, well, is it
19  something -- is the issue pressing?  Should we set it
20  up before I get to Dubai?  And he said, well, just
21  call us when you get there.  So I was like, all
22  right, so it's not pressing.  That's good.
23    Q   So what did they tell you when you called?
24    A   So I called them, and they said, Charles,
25  we're sorry to inform you, but we are now at PayPal

Page 172

1  needing to part ways with your business.
2       And I was like, why?
3       And they said, because your company is
4  growing too fast in too short amount of time.
5       And I was like, yeah, but that doesn't make
6  sense.  Give me a better explanation of this.
7       And he said, well, it's just because of how
8  much growth you have.
9       I'm like, yeah, but that doesn't increase
10  the risk on you guys.  I was explaining to them how
11  much was on each member balance, the amount that's in
12  reserves, helping them recognize that they're not
13  really experiencing any greater increase in risk,
14  because if there's a percentage of chargebacks, it's
15  less than half a percent.
16       Even if we're increasing in sales, that
17  percentage is still the same.  So the actual risk
18  factor is exactly the same with the growth.  And they
19  said, sorry; we've discussed this through a number of
20  different departments, and this is not something that
21  you can appeal.
22       MR. FROST:  Do you recall who was on the
23  phone call from PayPal?
24       THE WITNESS:  Yeah.  I wrote it down in an
25  e-mail to Dennis.  But now that it's been so long,

Page 173

1  trying to remember the name.  It's my account
2  manager, and -- oh, I'd have to pull it up.
3       BY MS. OKINAKA:
4    Q   So when they called, did they talk to you
5  about the plans to limit your account?
6    A   Yeah, they did.  They said that their
7  strategy for the separation, we're moving away from
8  Traffic Monsoon and PayPal working together.  They
9  said that they're going to allow sales to remain on
10  for 30 days, but no money could come out.
11       I said, actually, I think I'd like that
12  reversed, because I want to keep paying people.  And
13  that's what I was telling them on that phone call.
14       It would be great if I had that phone call
15  recorded, because I was pleading -- because my desire
16  is to pay the people.  And that's what I was -- I was
17  on the phone just trying to explain to them there's
18  people who have walked away from their day jobs to
19  sell Traffic Monsoon services.  There's been people
20  that have no other source of income.  So if they have
21  no source of income and now the income that they've
22  earned on Traffic Monsoon cannot be paid to them,
23  it's going to really impact their lives, especially
24  when it's -- okay, it's January 10th or whatever.
25  They only have a couple weeks before the beginning of

Page 174

1    the next month to figure out a plan, you know.
2         MR. FROST:  Did PayPal at any point during
3    this conversation, or even prior to that, give you an
4    option of returning monies that had come in from
5    people?
6         THE WITNESS:  Well, they have.  They said,
7    Charles, we won't allow you to send any money out to
8    anyone, but you can refund people.  And I was like,
9    okay, but you guys don't understand.  If I do those
10   refunds, then member balances would be unsupported.
11   The commissions that have been paid to the sponsors
12   for selling the services, now I've reversed that, so
13   that means the money that's been awarded to that
14   account needs to be reduced as well.  It will just be
15   a headache and a hassle to try to find out who's been
16   reversed, how much of that gets reversed.  And then
17   what about the amount that's already been paid out?
18   So I've already paid out these commissions to some of
19   these people, and they've sent them to their banks.
20        So if I refund someone but they've already
21   cashed out those commissions and sent them to their
22   PayPal account, they've sent them to their bank, I
23   can't get it back.  So how in the world am I supposed
24   to say, okay, I'll just refund these people?  That
25   doesn't make any sense, because now my business is no

Page 175

1    longer supported and member balances go into
2    negatives and all kinds of things.  It doesn't make
3    sense.
4         MR. FROST:  When did they give you that
5    option?
6         THE WITNESS:  I'm trying to think.  I think
7    they gave me that option on that call.
8         MR. FROST:  Early January?
9         THE WITNESS:  January 11th.
10        MR. FROST:  January 11th.
11        THE WITNESS:  When I was on call with them.
12   They said that the only thing that -- they said,
13   we're restricting all access other than with making
14   purchases.  People can continue to make purchases,
15   but no money can come out, but you can give people
16   refunds.
17        BY MS. OKINAKA:
18        Q   Do you know why they did it that way, no
19   money can come out -- no --
20        A   Money can come in but can't go out?
21        Q   Yeah.  Why --
22        A   I have no idea.  I asked them, and they
23   said that's just the decision that they've made in
24   parting ways with Traffic Monsoon.
25        MR. FROST:  Did they offer any other

Page 176

1    options to you in terms of paying people back?
2         THE WITNESS:  Well, no, other than just
3    refunding people for their purchases of service.  I
4    was wanting to get people paid for what they have
5    earned or what they had qualified to share in, you
6    know, because ultimately people I knew were going to
7    be blaming this on me.
8         BY MS. OKINAKA:
9         Q   So this call -- well, this webcast that you
10   did was on January 12th, this Exhibit 11, and --
11        A   So it kind of comes as a way of -- in my
12   position, I was talking with some people that were
13   there, and I said, how am I supposed to release this
14   news in a way that doesn't cause people just to open
15   up a massive amount of disputes?  Because if we come
16   right out and tell people, "We just lost PayPal,"
17   then people would just go straight to PayPal and open
18   disputes.  And that's one of the things we definitely
19   didn't want to do.
20        So I was talking with a friend of mine who
21   was involved in Traffic Monsoon.  He's an attorney in
22   the UK.  I asked him, What are your thoughts?
23        And he said, Charles, since you are trying
24   and you've been working on opening up your own
25   Traffic Monsoon bank, then let members know that.  And

Page 177

1    since we are now in this transition, let people know
2    that we are transitioning away from PayPal, because
3    that's what PayPal has said to you is that there's a
4    transitioning away from each other.
5         I'm like, okay.  So I'm transitioning away
6    from PayPal, and now we just need to wait six months
7    for those funds to come out.  And PayPal did tell me
8    that they're going to review the count each 30 days
9    to release funds, and so that's what I was telling
10   people.
11        And then I wanted to let people know in
12   this video that a lot of people were sending out all
13   these rumors that we all ran out of money, and I
14   wanted them to know we didn't.  That's not the case
15   here.  The money is there.  It's not like I've
16   created some kind of a scheme that I'm telling you,
17   you're earning money but the money's not really
18   there, something like that.  The money is there, and
19   I wanted them to see that.
20        So I showed, you know, going into these
21   different payment processors, showing people how much
22   is actually there, just to help prove, look, you
23   guys, the money is there.  This is a situation that's
24   going on moving away from PayPal, and now we have to
25   wait for those funds to be transitioned out of

Page 178

1    PayPal.
2            MR. FROST:  So during -- from January
3    12th -- 11th through 12th through February 10th
4    through 11th, I assume people tried to get money out
5    of PayPal?
6            THE WITNESS:  Yeah.
7            MR. FROST:  What were they told?
8            THE WITNESS:  Well, that's the really
9    confusing thing.  Because from our side, at first
10   people were making those requests, and I had to
11   cancel them.  So I turned off withdraw requests
12   through PayPal and said, you guys can withdraw
13   through Payza now; because we had funds in Payza and
14   also funds in Solid Trust.
15           So then what happened is the account member
16   balance -- or, I'm sorry -- the earnings on those
17   accounts was actually mostly supported inside of
18   PayPal.  So when there was that big rush of requests
19   for money, it depleted what was inside of Payza and
20   what was inside of Solid Trust.  Then I was trying to
21   send money from my bank to Solid Trust.  And my bank,
22   for whatever reason, has wrongly identified
23   SolidTrustPay as being a gambling site.  And I think I
24   mentioned that in this video.
25           And Payza, it's going to take some time.  I

Page 179

1    had some money in my bank, so I was sending all of
2    the money straight over to Payza.  And since I was
3    international at the time, I was sending $100,000
4    every single day until I was all out of money myself,
5    because I just wanted to pay people.  That was the
6    big goal.
7            And that's why I was in Dubai as well is
8    because we had some people there who were saying, I
9    think we can help.  We've got some money.  How much
10   do you need?  Let's work out an arrangement.  But all
11   of those deals fell through, and nobody probably ever
12   had any real money.  But they probably want just to
13   work out some deal from us to get something from me
14   first as collateral, which they would never be able
15   to deliver.  So sorting through all of that, ended up
16   walking away from Dubai saying, I'm not going to fall
17   for any one of those traps.
18           But when people were trying to get money
19   out of PayPal and then they didn't see PayPal as an
20   option to withdraw from my site, they were contacting
21   PayPal and asking questions.  And there's been so
22   many people in different forums that have said that
23   PayPal told them they're not holding onto any money.
24   Sometimes people were told from PayPal, there's no
25   money inside of Traffic Monsoon's account.  Sometimes

Page 180

1    they're being told, oh, well, Traffic Monsoon is a
2    scam, so we aren't going to do business with scams.
3    So make sure to go to your bank and open up a
4    chargeback.
5            So PayPal was telling these people to go to
6    their banks and open up disputes with their banks to
7    get money back, recommending people to open up
8    disputes with PayPal to get their money back, telling
9    people that I'm operating some kind of a scam.  And
10   I'm not.  And so it really bothered me that PayPal
11   and that customers of mine were telling me this is
12   what PayPal has said.
13           So I've got some sound recordings on my
14   computer of what PayPal has said, and I sent them
15   over to Dennis.  And so we were going to pursue them,
16   but it didn't look like anything would actually ever
17   come from that anyway.
18           BY MS. OKINAKA:
19       Q   So in your webcast on January 12th, you
20   didn't tell people that PayPal had said they were
21   going to freeze the account.
22       A   And the main reason why is because in the
23   industry -- I've seen this happen to other sites
24   before -- when a site releases that they've lost
25   PayPal and to wait 180 days, people just go, dispute,

Page 181

1    dispute, dispute.  So we wanted to portray the same
2    type of message that we're needing to transition
3    those funds out of PayPal.  It may take some time.
4    But I didn't want to up front tell them exactly what
5    had gone on, just to avoid the massive number of
6    disputes.  But then as people kept asking questions,
7    I was like, you know what, I'm just going to tell
8    people what's really been going on, because I try to
9    be as transparent as I possibly can that way.
10           MR. FROST:  But you didn't do another
11   video, did you, until after -- I think the next one
12   was in March.
13           THE WITNESS:  I did another one.  I was
14   still in Dubai, and I was telling people what was
15   going on.  But I don't -- I don't know if it's
16   uploaded on my channel.  I think it's on Amar's
17   channel.
18           BY MS. OKINAKA:
19       Q   So your attorney friend in the UK, what's
20   his name?
21       A   Amar Alyas.  A-m-a-r, and last name is
22   A-l-y-a-s.
23       Q   Did he advise you not to tell the members
24   that what -- you know, the details of what had
25   happened with PayPal?

Page 182

1      A   He was saying, avoid saying that you're
2   limited right now, because that would just cause
3   panic, and put this as a positive spin.  He said,
4   what you probably want to do is take this as a
5   proactive kind of approach that we are moving away
6   from PayPal.  Because even though it was forced on us
7   by PayPal -- just word it that way in a sense --
8   because we are actually moving away from PayPal.  And
9   if -- I really wish in some ways that a lot of this
10  was known at the time, but, you know, with the bank,
11  we don't know if that's actually going to happen,
12  because we have to wait for those funds to come out
13  of PayPal anyway for that initial deposit.  And
14  hearing a lot of people's concerns about opening up a
15  bank, it's now causing me to think, well, if there's
16  all these concerns, maybe it would be best not to do
17  it.
18      Q   So you're not sure if you're going to do
19  the Traffic Monsoon bank?
20      A   Yeah, I don't know.  But at the time we
21  were thinking, well, we've got to transition those
22  funds out of PayPal anyway, and it would probably
23  take six months for that anyway.  So that's why we
24  said it the way that we did.
25          MR. FROST:  What is your current plan for

Page 183

1   the money once PayPal releases it?
2          THE WITNESS:  Well, the current plan is
3   first we need to see how PayPal's going to release
4   it, because I've added my business account to the
5   PayPal account now, so I'm going to want them to send
6   it to my business account, and then from that I can
7   send it to Allied Wallet.  I can send it to Payza.  I
8   can send it -- still working on the SolidTrustPay
9   thing.  So we'll see what we can do as far as getting
10  people paid with the money that's actually being
11  released.
12          MR. FROST:  So when you say send it to your
13  account, you have another Traffic Monsoon account at
14  PayPal, or just your own name?  Or what is that?
15          THE WITNESS:  So what I mean is there's --
16  the funds right now are inside of the PayPal account
17  already.  And what we want to do is move those funds
18  to a position where we can pay the people.  To do
19  that, I would have to first send it from PayPal to
20  the Traffic Monsoon bank account that's at Chase, and
21  then from Chase then I could send that to Allied
22  Wallet, because what Allied Wallet has are these
23  cards that I can pay people with.  So that's the
24  goal, but there's definitely people that don't want
25  those cards.  They would prefer getting paid through

Page 184

1   Payza or SolidTrustPay.
2          So I'd have to find out how much those
3   requests are, kind of gauge the trends, and just make
4   sure to get the money where it needs to be.  But I'm
5   probably going to do that in a staged release,
6   because I wouldn't be able to move all that money all
7   at once.  And I'm guessing that PayPal is probably
8   not going to release it all at once, either.  And I'm
9   hoping that they do release some early, because then
10  that could help make that staged release a better
11  transition.
12          MR. FROST:  I know when we talked a few
13  weeks ago you said that your plan was to move the
14  PayPal money to TM bank, but it sounds like that's
15  probably a little bit from now.
16          THE WITNESS:  We'll have to see.  I mean,
17  it's all waiting for PayPal to release the funds, and
18  that's in August.  So definitely there's been a lot
19  of thought, but it's also kind of tentative because
20  that's in August and it's about three months away
21  still.
22          So I haven't made a firm, like, do we still
23  open the bank or not?  There's a part of me that
24  wants to, because there are so many people out there
25  that are haters who have been saying, you can't do

Page 185

1   that, and I want to prove them wrong and just show
2   them we can do this; we can pull this off, and we're
3   going to make people so happy.  But if people are
4   happy with what we've got, then there's a part of me
5   that's like, we don't really need it, but it will be
6   good in some ways.
7          MR. FROST:  Have you spent money so far to
8   open a Traffic Monsoon bank?
9          THE WITNESS:  Let me see.  I've wired some
10  money to Sayeed to cover some of the fees and
11  expenses.  I think it was something like $45,000 or
12  $50,000, something like that.
13          MR. FROST:  And it's not in process now, or
14  is it in process?
15          THE WITNESS:  It's been a while since I've
16  spoken with Sayeed about it, but he did say that it's
17  just pending the PayPal release.  Because if I
18  understand it correctly, and I just have to speak
19  with him more to get -- if you had specific questions
20  about the bank, I could definitely make sure to get
21  the answers for you, because it's really just his
22  team that's doing it all.  And I have full trust in
23  him, because I know him and I've been around him
24  quite a bit.  Plus, I have a friend that's been
25  friends with him for years, so there's a really good

Page 186

1    trust factor there.
2        So I believe that what he's doing is real.
3    I just haven't seen much of what's been really going
4    on behind the scenes.
5        MR. FROST:  Would that be a bank in the UK,
6    or --
7        THE WITNESS:  You know, the location of the
8    bank, I don't really know where.
9        MR. FROST:  I mean, it would be chartered
10   some way, wouldn't it?
11       THE WITNESS:  I'd have to get the specifics
12   on that.  But from what I understood, it would be our
13   own bank and that we would have our own banking
14   license.  And that's what I filled out was an
15   application for the bank license to be in my name, so
16   I'd be the owner of this bank.  But I don't know the
17   status of everything on that yet.
18       MR. FROST:  Okay.
19       BY MS. OKINAKA:
20   **Q   So in your January 12th video, webcast, you**
21   **say that you've received half a billion dollars in**
22   **purchases from members to date. And does that include**
23   **purchases made with account balances, then?**
24   A   Right.  That's correct.  So it's been that
25   amount of sales generated since the beginning.

Page 187

1    **Q   So have you disclosed to members that this**
2    **is not -- well, this is not all new cash flowing into**
3    **Traffic Monsoon, that some of it is use of account**
4    **balances?  Or do you feel it doesn't -- it's a**
5    **distinction without a difference?**
6    A   I never really looked at it that way.  I
7    always just looked at it as since it is real money
8    being actively used to make a purchase, then it's a
9    sale that's backed up by real money.  So it's real.
10   It's a real sale.  That's the way I look at it,
11   anyway.
12       MS. OKINAKA:  I don't know if we have any
13   more questions for you today, so thank you very much
14   for coming in.  And if you want to say anything on
15   the record now to add to what you've said so far,
16   feel free.
17       THE WITNESS:  No.  I guess -- I guess it's
18   good for me to read over what it was that you guys
19   were investigating for.  And I hope that through
20   these conversations that you've been able to discover
21   that I haven't been offering any kind of investment,
22   and it's definitely -- there's nothing misleading on
23   the website as far as what people are purchasing.
24   Everything is fully disclosed, described, outlined.
25       And even if there's a little confusion with

Page 188

1    things, like when you lose PayPal, your mind gets
2    scrambled and you're out of sorts, and I might have
3    made mistakes of saying something the wrong way. But
4    I've always been honest and transparent with the
5    people that are involved in this business.
6        MS. OKINAKA:  Okay.  All right, we're off
7    the record at five after three.
8        (Whereupon, at 3:05 p.m., the examination
9    was concluded.)
10              * * * * *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 189

1              PROOFREADER'S CERTIFICATE
2
3    In The Matter of:   TRAFFIC MONSOON, LLC
4    Witness:        Charles David Scoville
5    File Number:      SL-02736-A
6    Date:          Tuesday, May 17, 2016
7    Location:       Salt Lake City, UT
8
9        This is to certify that I, Maria E.
10   Paulsen, (the undersigned), do hereby swear and
11   affirm that the attached proceedings before the U.S.
12   Securities and Exchange Commission were held
13   according to the record and that this is the
14   original, complete, true and accurate transcript that
15   has been compared to the reporting or recording
16   accomplished at the hearing.
17
18   _____   _____
19   (Proofreader's Name)       (Date)
20
21
22
23
24
25

**A**

**A-a-m-i-r** 10:14
**A-l-y-a-s** 181:22
**A-m-a-r** 181:21
**A&W** 13:2
**a.m** 1:17 83:1
**Aamir** 10:14
  40:10
**ability** 19:7
  61:21 94:13
**able** 14:18 34:19
  36:11 43:7
  63:24 67:4
  75:17 113:24
  114:23 116:19
  122:16,22
  125:17 127:20
  129:3 144:13
  145:19 161:1
  167:16 169:12
  179:14 184:6
  187:20
**above-entitled**
  1:16
**absolutely** 8:16
  23:23 25:5
  44:20,20 47:1
  56:7 68:22
  88:17,17
  122:18 144:21
  155:2 159:6
**accept** 86:23
  153:3
**access** 19:7
  163:19 175:13
**accessing** 74:5
  85:1
**accompanied**
  6:3
**accomplished**
  189:16
**account** 18:3,11
  18:14,19 19:21
  19:23 20:1,5
  28:25 32:22,23
  68:20 72:24
  74:20,24 89:4
  99:2,12,19,22
  99:23,23,24

100:2,3,8
102:20 108:23
110:22 111:2
119:12,16,16
127:19 130:13
131:4,18,23,24
132:4 133:7,13
133:16 134:1
136:10 138:13
138:20,20,23
139:18 140:6
141:18,19
142:3,6 143:20
143:22,23,24
144:5,9,17,25
145:5,8,9,15
145:18 146:4
146:10,12
150:9 151:2,6
152:13,18,19
152:20,24
153:4,10,12,15
153:19 154:7
154:16 156:14
156:18,20,21
157:4 158:9,10
160:19 162:25
163:19,20,21
166:21 167:22
170:6 173:1,5
174:14,22
178:15 179:25
180:21 183:4,5
183:6,13,13,16
183:20 186:23
187:3
**ACCOUNTA...**
  2:5
**accounted**
  101:25 102:2
  102:21,25
  132:20 134:11
  166:22
**accounting** 86:6
  134:4 158:1
**accounts** 17:16
  17:22 18:1
  19:16,18 102:3
  156:12 167:4

167:19 178:17
**accurate** 136:2
  137:3,13,17
  189:14
**action** 31:2
**active** 14:5
  21:22 25:18
  26:1 27:3,12
  67:5 100:25
  108:17,25,25
  120:17,21,21
  120:22,25
  141:20 148:2
  148:19,21
  149:15 153:9
  156:12 158:13
  158:14 164:2
**actively** 158:14
  187:8
**actual** 77:24
  133:12 152:12
  166:16 172:17
**ad** 3:11 8:14,25
  59:6 60:14,19
  60:20 62:13
  66:10 67:3
  68:16,18 69:13
  70:6 75:6,24
  76:2 77:1,8,16
  78:7,11,15,21
  78:23 79:4,9
  79:17 81:21,24
  82:12 89:6,14
  90:10,13,17
  91:1,4,8,12
  92:14 93:6,12
  93:19 94:11
  95:10,16,23
  96:2,8,9,9,15
  96:17 97:12
  98:21 99:4,15
  100:1 107:2,3
  107:9,10,13
  108:9,13,21
  111:2,21 112:1
  113:19 117:3,9
  117:10 120:6
  123:1 124:1
  125:6,8,9,13

125:20 126:2
127:25 128:20
130:11,15
131:15,15
132:3,24,25
133:1,9 136:12
136:18 137:9
138:5,10
139:12 140:3,9
140:21 148:6,7
148:15 149:10
150:10,17
152:9,9 155:14
155:17 157:24
158:5,24
159:24 160:8
160:13,13
161:4,6 162:10
162:23 163:1
**add** 101:22
  143:22 147:17
  153:12,14,15
  153:19 156:13
  163:22 165:15
  167:8 187:15
**added** 136:17
  142:10 154:16
  156:19 183:4
**adding** 144:4
  158:20
**additional** 68:21
  140:6 162:19
  162:20
**address** 9:6,6,8
  9:16,18,19,21
  9:24 10:1,9,12
  10:24 11:1
  36:19 40:3
  156:25
**addresses** 9:7,14
  9:23 53:7 85:9
**adds** 87:4
**AdHitProfits**
  20:10,13 21:11
  21:21 22:5,17
  23:2,6,14,24
  24:12 31:25
  32:1,9 35:17
  36:3,12 37:9

37:19 38:4,13
41:1 105:17
**adjourned** 6:10
**adjust** 143:18
  144:9 145:8
**adjusted** 142:4
  144:2
**adjustment**
  141:23 144:16
  145:13 146:4
**adjustments**
  142:1 144:7
  145:25 146:2,8
**admin** 85:4
**administration**
  117:7
**administrative**
  84:23
**AdPack** 82:15
**ads** 23:17,19
  43:10 59:12,12
  60:5,6,13,13
  61:6 67:11,15
  69:20,22 70:19
  76:2,21,24
  81:20 96:10,13
  100:7 108:11
  111:11 116:8
**advertise** 15:5
  24:7 75:16
**advertised** 44:24
  45:1
**advertisement**
  43:19 108:2
**advertisements**
  39:4 61:4,16
**advertiser** 72:8
  73:4 89:9 96:1
**advertisers** 7:21
  7:22 8:6,11
  44:13,18 54:11
  54:12 97:23
  106:1
**advertising** 8:12
  9:2 15:3,4,7
  21:12 24:6,7
  27:1 38:6
  44:22 52:8
  57:3,13 59:5

63:5 66:6,10
67:1,2,20
68:21 69:7
74:22,23,25
75:19 76:9,24
82:15 88:3,8
96:4,21 97:4
97:20,23,25
101:3 107:23
126:7,17,19
154:25 155:7
160:14
**advice** 70:15
**advise** 6:6 24:11
24:15 181:23
**advised** 6:4
**affiliate** 92:15
**affirm** 189:11
**afford** 35:23
101:2
**afraid** 123:15
**age** 11:4
**aggregated**
100:2
**ago** 47:18
103:10 106:9
106:13 124:7
128:20 184:13
**agree** 88:2
**ah** 95:24
**ahead** 38:1
**aim** 92:21,24
**airline** 94:6
**alert** 80:4
**Alex** 41:10
101:17
**Alexa** 50:17,21
50:21,25 94:16
**algorithm**
104:10 149:9
**algorithms** 53:8
**Alison** 2:4 4:19
94:22
**alive** 115:24,25
**Allied** 40:6,13
40:15 183:7,21
183:22
**allow** 57:19 67:1
145:16 169:5,8

173:9 174:7
**allowed** 169:10
**allowing** 168:20
168:23
**Alyas** 181:21
**Amar** 181:21
**Amar's** 181:16
**amazing** 51:4
**Amazon-owned**
50:21
**Amendment**
6:20
**amount** 22:4
43:10 52:15
68:8 74:1
87:11 103:12
104:18 105:13
106:15 128:15
138:9 139:25
140:4,8 142:10
142:11,25
143:23 144:1
149:16 154:10
154:23 156:14
161:12 163:9
163:14 165:20
166:4,5,13,13
172:4,11
174:17 176:15
186:25
**amounts** 101:15
147:12 152:3,4
168:13
**Anden** 11:5
**answer** 6:21
41:13 48:14
132:21
**answering** 39:3
**answers** 185:21
**anybody** 18:16
20:15 74:21
**anybody's**
125:20
**anymore** 16:16
25:18 30:22
35:23 134:12
163:23
**anytime** 122:13
**anyway** 41:1

60:22 93:16
121:1 148:18
180:17 182:13
182:22,23
187:11
**apartment** 9:9
101:5
**appeal** 172:21
**appear** 59:13
111:11
**APPEARAN...**
2:1
**appears** 98:9
**application**
186:15
**applied** 138:24
139:2
**apply** 142:16
170:23
**appreciate**
76:14
**approach** 182:5
**approximately**
55:11
**April** 27:24 32:2
50:6 70:7,11
71:4,9 110:16
136:6
**area** 42:17 120:9
**Arizona** 13:6
**arrangement**
179:10
**arrive** 104:2
**arrived** 91:7
**ASIC** 36:24
**aside** 103:11,14
**asked** 32:18 34:2
36:16 48:23
65:6 70:23
94:22 119:20
119:22 151:19
165:19,22
171:1 175:22
176:22
**asking** 28:6
48:11 66:20
71:7 72:4
115:16 120:16
123:25 128:5

128:24,25
130:1,7 171:3
179:21 181:6
**aspect** 48:2
**aspects** 72:4
**assemble** 33:16
**assert** 6:20
**assume** 137:14
178:4
**assuming**
121:19
**assurance**
141:14
**attached** 189:11
**attachment**
33:11
**attempting** 52:7
**attend** 46:5,10
**attended** 46:14
**attendees** 46:22
**attending** 7:6
**attorney** 6:5,5
36:25 70:21
86:17 176:21
181:19
**attorney-client**
71:21
**attracted** 23:10
**attributable**
121:6
**attributed**
134:11 167:5
**August** 184:18
184:20
**Australia** 36:25
**auto** 15:8 113:5
114:4
**automatic**
113:11
**automatically**
112:12 123:11
142:16
**autoresponder**
96:22,24 97:14
**available** 5:8
106:18
**average** 12:2
64:16 116:24
**avoid** 53:16

181:5 182:1
**awaiting** 148:20
**awarded** 102:8
174:13
**aware** 16:25
47:13
**AWeber** 15:15
15:17

**B**

**B-o-n-d-s** 36:7
**b-u-x** 26:15
**back** 16:19 23:7
37:8 55:25
82:4 83:5
84:22 86:24
87:12,18 95:8
95:18 110:4,5
117:13 122:9
126:9 127:4
129:15 133:16
146:12 147:2
154:1,18 162:5
164:25 174:23
176:1 180:7,8
**backed** 30:1
102:12 110:10
133:13 163:20
187:9
**background**
7:16 9:5 11:11
17:6
**balance** 30:1
32:22,23 68:21
74:20 85:20
120:5 123:6
124:8,9,9,14
124:18 130:17
130:18,19
131:4,6,18,19
131:23,24
132:4,15 133:8
134:5 138:20
138:21,25
139:1 141:23
141:25 142:4,6
142:10,24
143:18,20,22
143:23,25

144:3 145:5,8
145:9,18,25
146:4,8 152:18
152:19,20,24
153:4,10,12,16
153:17,19
154:2,5,5,16
156:10,18,20
158:11,13,13
158:14,15,18
161:14,17,18
162:4,9,10,25
163:13,21
166:25 172:11
178:16
**balances** 33:11
85:8 134:1
136:10 138:13
140:6 145:16
150:10 152:13
156:12,14
157:9,22
158:22 161:5,8
162:5 163:21
167:22 174:10
175:1 186:23
187:4
**bank** 17:15,17
17:17,22 18:1
18:3,7,19 19:1
19:6,18,21,22
19:23 138:14
167:2 169:25
170:4,10,17,23
174:22 176:25
178:21,21
179:1 180:3
182:10,15,19
183:20 184:14
184:23 185:8
185:20 186:5,8
186:13,15,16
**banking** 186:13
**banks** 174:19
180:6,6
**banner** 8:14
23:16 43:19
58:14,25 59:2
60:1,3 69:20

70:19 75:5,24
76:1,21,23
77:2,3,20
78:21 82:17
89:22 90:12,18
90:25 92:17
95:16 96:2,10
111:11,20,21
131:14 138:5
140:3 150:17
152:9
**banners** 43:3,14
44:7 58:16
60:8,10,23
61:1,1 111:23
**Banrev.com**
26:20
**bar** 111:21
112:1
**barely** 25:8
72:20
**Barker** 39:22
**base** 27:15 52:16
**based** 50:23
68:7 97:24
105:8 116:4
121:18 124:7
126:11 139:8
161:7,20
**basically** 30:6
37:6,11,15
45:4 57:6 72:8
72:12 105:24
126:6
**basis** 57:5
137:17
**bat** 168:3
**bear** 47:7
**bearing** 109:4
**beat** 53:15
114:15
**beating** 53:12
**beautiful** 49:15
49:21
**beginning** 54:8
80:3 88:12
138:2 169:20
173:25 186:25
**behalf** 2:3,13

71:21
**believe** 31:3
33:14 39:16
71:9 94:2
137:23 151:4
156:2 159:16
167:9 186:2
**belonged** 30:7
30:12,13
**belongs** 9:20
**benefit** 43:8
69:8 94:10
146:17
**best** 42:9 44:21
114:12 171:10
182:16
**better** 16:21
23:4,11 25:10
37:24 49:18
53:11,12 58:9
63:14 92:25
162:22 172:6
184:10
**big** 100:18
178:18 179:6
**Bigg** 48:18
**billion** 50:14
186:21
**birth** 17:7
**bit** 11:13 42:4
42:12 44:12
51:19 91:15
105:15 143:18
145:16 162:22
184:15 185:24
**blaming** 176:7
**blocking** 53:9,11
**board** 16:20
**boldfaced** 79:21
**Bonds** 36:3,6,6
36:14 37:10
**bonuses** 137:11
**booked** 48:20
**booklet** 41:22
**Boost** 27:5
**born** 17:8
**bot** 52:9,21
114:1
**bothered** 180:10

**bots** 53:2 113:24
113:24
**bottom** 57:1
81:17 88:23
165:16
**bought** 89:22
99:4,15 108:14
139:6 148:15
157:24 158:24
160:13
**Boulder** 17:9
**Boulevard** 9:9
**brand** 45:4
126:18
**break** 64:24
82:1,24 83:6
83:20 95:8
164:22 165:1
**breakdown**
87:10 92:3
131:16
**breaks** 72:13
132:18
**brief** 82:25
164:23
**briefly** 84:15
154:19
**bring** 45:9
**brokerage** 19:16
20:4
**bucket** 8:22
114:18 118:16
119:10 125:6
**buddy** 9:20 10:9
**buffer** 105:20
**build** 35:19
85:13 110:18
126:17
**built** 41:4
104:19 105:20
112:8 123:22
**bulk** 21:14 64:2
64:18 146:9
**bummer** 16:19
**bumped** 20:19
**Burke** 70:20
**business** 9:22,24
10:3 12:8,9,10
12:12,15,18,20

12:22 13:25
14:1,5,9,10,13
14:17,18,25
15:2,5 16:12
16:23 17:13
19:13 20:15,17
23:8 25:4,24
26:5,22,25
27:9 29:1
35:20 37:24
38:18 42:12
44:21 46:8,17
46:20 47:21
57:1 67:17
70:23 72:5
75:18 101:8
106:6 126:6
147:3,5 159:16
167:23 168:4,7
171:7,12 172:1
174:25 180:2
183:4,6 188:5
**businesses** 13:21
14:7 15:22
16:11
**button** 73:23
74:10,13 87:2
87:6,14 111:15
130:25 133:21
142:15
**bux** 26:15,18
**BuxSecure**
25:20 26:8
**BuxUnleashed**
26:12,13
**buy** 21:18 22:13
22:13,21 24:11
61:21 62:12
63:14,25 64:2
64:3 66:7,10
68:7,16,18
69:6 73:17
78:13,23 79:4
79:16 80:7
81:12 90:25
92:16 94:4,7
95:11,16 97:14
100:1 107:2,8
117:9 123:1

125:5,8,13
126:9 130:11
130:15 131:14
132:3,23,25
133:9 146:24
148:6 150:10
**buyer** 108:9
**buyers** 64:3
138:14
**buying** 7:19 8:7
16:12 21:20
22:16 57:8,15
57:17,18,24
58:4 64:4
73:11,11 77:23
89:18 91:11
93:11,15 94:6
94:9 95:17
97:20 107:3
140:10 155:7
164:3
**buys** 67:19 68:8
77:1 79:5
162:23

————
**C**
**C** 3:1 4:1
**C-h-a-r-l-e-s**
4:17
**call** 7:20,25 8:4
13:3 39:8,10
39:11,18,19,22
41:13 71:14
114:18 120:12
170:25 171:1,2
171:21 172:23
173:13,14
175:7,11 176:9
**called** 4:10 14:1
23:18 24:20
29:21 36:3,5
44:4 112:2
113:17 171:3
171:17,23,24
173:4
**campaign** 82:16
140:12,13,20
155:4,13,16,17
**campaigns** 45:3

76:18 78:21
**cancel** 123:19
178:11
**capitalize** 40:16
40:18
**Capture** 15:13
**card** 29:2 40:15
94:7 138:15
**cards** 170:15,17
183:23,25
**career** 12:6
**Carolina** 39:21
**case** 73:6 83:7
104:19 165:2
177:14
**cash** 52:11 53:4
72:3,6 73:10
73:11,24 74:6
74:7,9,11,13
80:10,15 85:23
98:11,12 100:6
102:7 107:16
107:23,25
118:19 124:16
136:2,8 139:8
140:16,23
141:3 152:13
155:8,11,20
156:5 162:24
166:16 187:2
**cashed** 174:21
**catch** 53:8
113:24
**catches** 103:9
**categories** 141:5
**category** 135:24
152:8
**cause** 106:6
115:6 176:14
182:2
**caused** 74:7
114:1
**causes** 105:18
**causing** 182:15
**cell** 9:12
**cent** 163:14
**center** 13:3
39:19,22 40:12
**centers** 39:9,10

39:11,18 41:13
**cents** 67:11 68:4
69:23,24 72:15
76:18,18 77:11
78:25,25 79:10
79:12 89:24,24
90:19 101:16
102:9,11,19,19
124:10,11,12
124:12 140:15
140:15
**certain** 43:9,10
52:15 85:11
94:6
**CERTIFICATE**
189:1
**certify** 189:9
**chance** 5:10,15
48:1 129:5
**change** 41:25
105:1 115:15
116:4 165:12
**changed** 50:7,9
65:12,22,24
70:11 115:11
**changes** 136:9
**channel** 181:16
181:17
**characterizati...**
134:18
**charge** 15:17
119:5,8
**chargeback**
28:19 171:7
180:4
**chargebacks**
104:20 172:14
**charged** 119:4
**charges** 91:24
119:3
**charging** 15:16
93:10
**Charles** 1:8 2:14
3:4 4:9,16,17
24:25 25:5
39:14 46:17
48:22 171:24
174:7 176:23
189:4

**Charles.Scovil...**
10:25
**CharlesScovill...**
16:5
**chartered** 186:9
**Chase** 17:17,25
19:22,24
183:20,21
**cheaply** 63:16
**cheat** 52:7
**cheating** 142:3
**check** 30:4 46:3
83:24 113:20
116:20 151:7
156:1
**checkbook**
134:5
**checked** 54:21
70:25
**Cheryl** 2:6 4:20
**chess** 53:13
**child** 11:7
**choose** 88:7
**chose** 28:16
**Church** 13:6
**circulating** 29:8
**city** 1:13 2:10
17:18,20 49:7
49:16 51:4
189:7
**civil** 5:4
**claim** 73:25,25
73:25 74:1,15
**clarify** 47:6
80:10 112:7
**class** 14:11,12
14:16
**classes** 11:16
**clear** 22:10 88:6
134:14
**clearly** 47:11
57:16
**click** 42:17 43:9
52:9,10 53:3
58:25 59:10,14
60:5,22 61:24
69:24,24 73:24
74:11,14 75:24
76:5,6,7,7,7,7

76:18,19 77:7
77:25 78:1,25
79:10,12,13
81:12 89:24
90:10,19 91:6
92:1,2 93:24
94:13,18,18,18
95:11,23 96:18
96:25 97:21
108:7,11
109:13 111:12
111:14,21
113:9 114:4
115:13 116:8
116:14 121:21
122:12,13
128:8 130:24
131:14,14
142:14 163:3
164:4
**clicked** 109:7
114:16 121:15
139:12
**clicker** 72:16,17
**clickers** 52:9,21
108:4
**clicking** 52:7
59:22 60:6,8,9
75:14,14 81:13
95:16 98:18
107:25 111:24
112:8 121:3,20
129:16 158:6
**clicks** 59:7 60:1
63:25 77:2,2,3
77:5,10,11,20
78:4 82:16
89:21,22 90:2
90:6,12,18,25
91:11,12 92:16
92:17 93:24
95:21 109:11
109:16 111:11
111:13 116:5
116:11 121:5,8
121:11,17
**client** 39:14
71:16
**Clixsense** 24:15

63:4
**clock** 135:5
**close** 30:18,21
   135:3
**closed** 21:7
   25:17 30:24
   120:9,12
   127:19
**coexisting** 24:9
**collateral** 179:14
**college** 11:14,19
   12:4,8,10,13
   12:15 13:19
   14:10 25:4
**colleges** 11:21
**Colorado** 13:10
   17:9
**columns** 165:11
**combination**
   77:16 78:22
   106:14 145:15
   153:2 166:18
**combined** 137:8
   145:14
**combo** 82:15
   138:5 140:4
   152:9
**combos** 150:17
**come** 16:24 23:7
   40:9,20 48:20
   48:23,24,24
   53:15,21,23
   80:14 106:15
   115:1 126:9
   159:11 166:19
   168:20,25
   173:10 174:4
   175:15,19,20
   176:15 177:7
   180:17 182:12
**comes** 53:22
   64:21 81:22
   92:4 94:19
   95:17 101:23
   105:7 107:8
   118:6 139:3
   163:25 164:6
   168:4 176:11
**coming** 21:10

48:22 51:8
55:19 74:15
82:20 85:24
100:1 108:1,5
109:24 121:5,8
121:11,17
129:23 141:10
146:10 152:13
157:5,9 167:2
167:21 168:7
187:14
**commission** 1:1
   1:10 2:3,7 3:16
   4:21,24 27:15
   68:6,7 69:3,10
   69:12 102:9,9
   189:12
**Commission's**
   5:14
**commissions**
   27:11 36:13,15
   67:19 68:4,12
   68:23 69:10
   102:2 132:1
   141:16 150:24
   151:12 153:18
   174:11,18,21
**common** 26:16
   41:24 125:2
**communicate**
   38:20
**communication**
   143:11
**community**
   11:14,19,21
**company** 34:2
   34:16,23 36:4
   36:10,17 37:11
   46:11 50:22
   66:8 71:21
   84:19 88:3,9
   88:12 97:2,25
   101:12 105:19
   114:17 134:6
   141:18 144:11
   146:13 151:13
   170:10 172:3
**comparable**
   90:8

**compare** 165:11
**compared** 52:17
   189:15
**compensation**
   145:20
**competition**
   24:3,9
**competitor**
   23:25
**compilation**
   166:20
**complaining**
   29:7
**complete** 33:13
   33:21,23 68:3
   143:20 145:17
   189:14
**completely** 60:2
   80:16 119:16
   119:25
**computer** 11:22
   34:21 180:14
**computers** 11:18
**concerns** 182:14
   182:16
**concluded** 188:9
**conference**
   71:14 171:1,5
**conferences** 46:4
   46:8
**confident** 31:23
**confirm** 112:17
   113:7
**confirmation**
   113:16
**confirmed**
   113:15
**conflicting** 31:5
**confused** 33:7
   107:20 142:18
**confusing** 31:5
   178:9
**confusion**
   187:25
**congratulating**
   171:6
**connection** 6:16
   7:15
**connections**

38:17
**considered**
   23:24
**consistent** 105:7
**constant** 45:15
**constantly** 45:3
**constitute** 5:3
**Constitution**
   6:21
**consumer** 21:5
**contact** 110:1
**contacting** 44:14
   179:20
**contacts** 83:11
   83:15
**contains** 84:25
   98:5
**content** 76:1
**continue** 59:7
   115:20,22
   124:2,3 125:8
   125:11,17
   129:22 160:21
   168:25 175:14
**continuing**
   81:19
**continuously**
   68:11,12
   126:15,19,21
   128:8,9 139:23
   164:3,4
**contract** 39:15
**conversation**
   28:4 71:20
   174:3
**conversations**
   187:20
**copy** 5:6,14 41:1
   42:3 106:6
**correct** 7:7,10
   7:11 27:25
   31:16 46:15
   51:15 54:18
   55:21 59:11
   61:23 67:21
   69:4 75:10
   80:13,18,24
   81:2,14 82:22
   126:2 128:13

137:10 140:19
149:3 150:8
151:22 159:23
186:24
**corrected** 7:18
**correctly** 47:14
   162:13 185:18
**cost** 36:25 69:20
   70:19 78:12
   101:2
**counsel** 5:23,25
   6:4,11
**count** 151:1
   161:16 177:8
**countdown**
   111:18 113:11
   113:20,21
**counted** 132:6
   132:10,13
   134:12
**counter** 112:14
**counting** 132:12
   133:3,11
**countries** 18:2
   46:14 55:24
   56:9,13,22
**country** 69:24
   76:19 77:11
   78:25 79:9
   89:25
**country-specific**
   79:5
**counts** 112:14
   138:21
**couple** 11:20
   16:14 33:5
   40:23 41:5
   47:17 69:14
   86:19 92:13
   134:22 145:4
   171:5 173:25
**course** 5:8 14:15
   130:20
**cover** 137:22
   142:11 185:10
**covered** 167:6
**covering** 133:24
**CPA** 17:11
**crash** 109:21,25

**crashed** 110:3
**create** 16:23
  28:16 74:24
  78:6,8 91:13
  122:11
**created** 41:24
  42:1 43:14
  78:12 135:19
  136:16 177:16
**credit** 29:2
  40:15 59:19
  61:20 63:15
  67:12 81:3
  113:23 138:15
  170:15
**credited** 164:7
  167:18
**credits** 43:11
  52:10 57:10
  59:21,24 60:3
  61:25 62:10
  63:11,15 64:11
  67:3 69:18,19
  77:7 78:20
  79:13 81:11
  82:17 89:16
  102:11,18
  108:22
**criminal** 5:4
  6:14
**criteria** 126:12
**crunch** 168:1
**current** 154:2
  182:25 183:2
**currently** 17:24
  50:13 54:19
  157:16 160:4
**customer** 10:6
  13:4,7,13
  20:20 35:22
  45:10 52:16
  123:23 170:22
**customers** 16:15
  16:21 20:21
  21:15 23:6
  24:5 35:20
  37:23 41:14
  45:9 100:23
  180:11

**cut** 157:8
**cutoff** 157:3

**D**

**D** 4:1
**D-a-v-i-d** 4:18
**dangers** 170:12
**dashboard** 43:5
  61:2 72:20
  73:22,22 74:5
  111:11 116:9
**dashboards**
  72:19
**data** 53:9 84:20
  84:23 86:1,7
  110:6,9,10,24
  135:20 136:3
  136:22,23
  141:22 154:20
**database** 32:15
  32:18,25 33:4
  33:8,18 51:25
  74:8 85:2,22
  102:7 137:8
  161:3,8,10,23
**databases** 32:21
  33:6
**date** 1:14 17:7,8
  50:7 65:11
  70:11 125:20
  137:25 138:3
  146:21 156:21
  161:6,7,10,21
  162:1,2 163:6
  163:6 186:22
  189:6,19
**date-time**
  163:18
**dated** 163:6
**dates** 165:25
  166:2
**Dave** 39:21
  41:18
**David** 1:8 2:14
  3:4 4:9,16,17
  189:4
**day** 80:4 103:13
  103:19 104:1
  105:1,1,12,21

105:23 108:12
109:7,10,16,20
116:4,24
117:15 118:1
120:5 121:4
122:12 125:25
127:6 147:13
149:7,11 157:7
165:21 166:5
167:8,14
173:18 179:4
**days** 28:21
  47:18 105:10
  109:15 115:12
  127:12,13
  128:20 168:24
  169:11,12
  173:10 177:8
  180:25
**dead** 105:19
**deal** 179:13
**deals** 66:24,25
  179:11
**December** 86:2
  147:13 165:21
  166:12,14
**decent** 115:8
  125:2
**decide** 68:17
  103:18 119:23
  130:11 131:2
**decided** 12:20
  16:16 19:4
  21:13 46:7
  90:1 94:24
  95:25 113:20
  118:25 119:18
  131:10
**decimal** 73:14
**decision** 97:6
  175:23
**decrease** 32:23
**dedicated** 34:25
  35:2
**defeated** 114:6,8
**define** 54:24
**definitely** 28:12
  50:8,11 52:19
  93:6 96:20

106:20 117:14
154:14 167:12
168:3,9 176:18
183:24 184:18
185:20 187:22
**degree** 11:23
  12:5
**deliver** 38:6
  58:14 62:18,20
  63:19,20
  126:20 179:15
**delivered** 50:8
  160:16
**delivers** 66:7
**demand** 126:7
  126:14
**Dennis** 70:20
  71:19 172:25
  180:15
**denote** 22:9
**department**
  21:5 29:23,24
  30:4,9 31:1
**departments**
  172:20
**depending** 15:18
  105:1
**depends** 91:25
  127:23
**depleted** 178:19
**deposit** 22:19
  182:13
**derived** 165:6
**describe** 20:17
  33:15 47:21
  67:22 167:19
**described**
  187:24
**describing** 71:11
**description** 3:6
  22:10
**descriptions**
  47:5
**designate** 102:4
**designated**
  102:5
**desire** 62:23
  173:15
**detail** 141:22

**details** 49:5 53:9
  181:24
**detected** 142:2,4
**detection** 53:16
**determine** 4:25
  114:24 121:17
  149:19
**determined**
  149:9
**develop** 42:1
**developed** 5:2
**difference** 57:19
  62:17 76:13
  151:3 187:5
**different** 7:16
  11:21 15:24
  16:11 18:21
  21:15 23:19
  24:2,7,16
  26:23 33:5
  35:16 38:19
  39:24,24 42:2
  43:18 53:8,22
  56:12,13,21
  57:12 58:11
  60:2 72:4
  73:10,20 75:13
  77:14 96:11
  101:3 102:3
  107:5 112:7
  113:4 117:25
  141:15 142:1
  151:21 152:16
  153:3 163:12
  167:21 170:13
  172:20 177:21
  179:22
**differentiates**
  76:13
**differently** 42:13
**differing** 150:19
**difficult** 18:22
  28:21
**difficulties** 32:5
  32:6
**dig** 105:5
**directory** 23:16
**disclosed** 187:1
  187:24

**discount** 63:24
64:1,19 78:6
91:4 92:25
94:1
**discounts** 38:22
63:9
**discover** 116:21
168:8 187:20
**discovered**
73:13 74:3
87:1
**discuss** 7:13
**discussed** 155:9
172:19
**display** 43:18
58:21 59:2,3,5
59:7 61:1,2
81:23 96:10
**displayed** 60:11
61:13 63:2,5
96:13
**displaying** 30:15
60:25 76:2,3,3
96:6,11 97:5
130:20
**displays** 23:19
58:22,23 96:5
97:22
**disposition**
100:11
**dispute** 78:15
180:25 181:1,1
**disputes** 164:15
176:15,18
180:6,8 181:6
**disputing**
123:19
**distinction**
187:5
**District** 1:11
**Diversified** 1:24
**divide** 72:14
132:5 149:16
149:17,23
163:10
**divided** 73:16
98:14 101:24
131:25 166:6
**dividing** 64:7

132:19
**division** 21:1
**divorce** 11:24
**Document** 3:8
3:10,11
**documents** 6:16
170:22
**doing** 12:23 13:4
13:23 18:18
53:19 66:14
70:24 96:4
116:17,17
145:25 165:13
171:13 185:22
186:2
**dollar** 72:12,14
73:1,2,3,7,15
73:16 149:8,10
152:3,4
**dollars** 36:4,9
40:23 58:22,24
59:1 62:25
64:10,14,17
77:25 78:1,1
90:10,19,22,24
91:1 92:1
93:23 100:5,5
100:6,12 102:8
124:17,18,20
124:22 125:1,4
125:22 131:6,8
145:6 146:12
157:25 158:8,9
158:10,25
160:24 162:16
166:13 186:21
**dollars'** 93:17
**domains** 30:20
56:10,12
**dot** 56:16
**dot-com** 56:19
**double** 132:12
133:11 150:25
156:1
**download** 33:19
34:19 110:20
**downloaded**
34:5,14
**downloading**

33:20,20,21
**downs** 51:21
105:18
**downward**
51:19
**dramatic** 105:17
**drawing** 16:19
**dried** 21:10
**drop** 52:20
105:22 167:13
**dropped** 101:11
**dropping** 35:17
35:21
**Dubai** 18:3 19:5
20:1 170:24
171:17,20
179:7,16
181:14
**duly** 4:10
**dying** 105:19

---

## E

**E** 3:1 4:1,1 83:3
83:3 189:9
**e-mail** 3:13,16
9:7 10:24
15:10 33:2,6
93:5 94:5 98:4
98:5 120:23
122:3 135:14
147:9,22
150:14 152:7
165:7,12
172:25
**e-mails** 7:17
52:5 92:5
**E-Z-Y** 36:6
**earlier** 27:24
46:13 51:10
54:16 69:16
94:23 138:19
**early** 129:24
130:4 175:8
184:9
**earn** 36:13 43:10
52:10,11 61:25
67:2 81:12
108:22 124:2
125:9 129:3,5

160:1 162:18
**earned** 29:12
37:9 130:10,14
153:17 154:2
156:17 157:15
157:25 162:16
173:22 176:5
**earning** 141:15
162:17 177:17
**earnings** 37:9
153:25 178:16
**easier** 19:2 42:3
113:2 170:1
**easy** 10:21 58:6
**EasyHits4U**
24:16 57:8,9
58:7 63:4
67:10
**educational**
11:11
**effect** 162:17
**effective** 114:12
**effort** 23:12
**efforts** 46:20
**either** 8:9 18:12
30:19 37:12
71:18 78:24
96:8 110:15
115:6 154:3
184:8
**eliminate** 52:13
53:19
**eliminating** 53:1
**else's** 37:13
**employees** 38:23
38:24
**encouragement**
63:16
**ended** 12:5
14:19 179:15
**ends** 124:4
162:21
**enjoy** 126:8,20
168:10
**enter** 73:14
**entered** 85:10
**entire** 21:3
70:14
**entities** 20:8

**entitled** 162:18
162:19
**entity** 24:20,21
**entrepreneurs...**
12:9,16,21
**equally** 98:14
149:18
**equals** 73:2
**Ernie** 39:11
41:18
**Ernie's** 39:24
**especially** 48:4
105:12 173:23
**ESQ** 2:4,6
**essentially** 21:13
104:12 130:6
**estate** 17:11
**estimate** 168:5
**evenly** 149:17
**event** 47:19
48:18
**events** 46:8,13
46:22 47:15
**eventually** 95:17
114:18 115:14
126:2 139:5
170:4
**everybody** 54:13
56:24 111:9
**everyone's**
121:20 153:17
156:19
**exact** 25:25 26:5
26:6 57:17
128:22,23
146:5
**exactly** 30:17
47:21 58:1,10
76:4 96:3
105:6 128:24
172:18 181:4
**examination** 3:3
4:12 5:8 6:7
188:8
**examined** 4:11
**example** 17:11
53:19 64:5,15
67:10,23 73:8
87:8 97:13

103:21,24
125:3 149:7
158:8 160:23
**Excel** 165:10
**exchange** 1:1,10
2:3,7 4:24
23:17 24:4
38:7,9,11,14
38:18 43:8
44:24 46:2
52:8 59:15,19
59:22,23 60:7
60:9 61:20,24
61:25 62:3,18
63:12,15,22
66:23 67:2
73:20 77:9
78:5,20 79:24
80:2 81:3
82:17 89:16
92:17 94:14
102:11,17
108:12,22
111:14 126:11
158:6 189:12
**exchanges** 24:3
38:20 44:15
57:12,18 58:13
61:1,10,12,14
96:12,12
100:24 113:4
**exhibit** 5:15,16
5:17,21 6:14
49:22,25 54:2
56:25 62:11
65:2,4 69:17
70:2,5 72:2
75:2 80:11,22
81:6,9,17 82:1
82:5,6 86:9,10
92:8 98:2
100:10 103:22
107:11,12,17
135:6,19 136:1
141:6,21 147:6
147:8,20,22,23
150:13,22,23
151:15,19,23
152:7 154:21

160:3 161:4
165:4,7,11,17
169:16,19
176:10
**exhibits** 3:6
134:22 135:9
**exist** 51:2 110:22
**exists** 102:1
**expenses** 37:13
101:13,13
147:3 185:11
**expensive** 40:22
63:7,17 93:16
**experience**
45:10
**experienced**
16:13
**experiencing**
172:13
**expire** 124:2
**explain** 28:10
40:13 42:12
50:20 57:5
61:19 63:14
66:15,16 69:5
72:4,5 76:15
156:9 162:22
166:15 173:17
**explained** 31:20
93:14 104:9
111:7
**explaining** 47:14
90:5 96:7
162:13 172:10
**explains** 16:11
69:23 152:14
**explanation**
172:6
**export** 33:19
**exposure** 60:18
60:19,20,21
61:11,12 96:8
96:9,9
**extra** 67:12 74:7
87:4 93:12,13
97:15 105:20
105:23
**eyes** 111:22
**EZY** 36:3,6,14

37:10

___

**F**

**F** 83:3
**face** 61:4
**Facebook** 59:6
77:24 78:1,2
90:9 91:5,10
91:11,18,22
93:22 94:16
113:21
**fact** 47:22
145:24
**factor** 172:18
186:1
**factors** 151:5
**facts** 5:2
**failed** 125:21
**fair** 118:12
**fake** 52:13 54:14
**fall** 179:16
**false** 6:15,16
**familiar** 15:12
135:16,18
137:6
**FAQ** 3:10
**far** 93:9 127:10
160:23 166:1
183:9 185:7
187:15,23
**fast** 58:23 172:4
**faster** 42:4 115:7
**fear** 105:18
**February** 18:12
71:7 117:17
152:8 154:20
155:25 156:21
157:4,6,25
158:5 160:25
167:8,13,15,24
168:16,17
178:3
**federal** 5:1,4
**fee** 39:17,23,24
87:10 118:25
119:2,6,6,8
124:25 133:17
133:24,25,25
**feel** 31:23 57:7

58:3,25 59:9
79:6 187:4,16
**fees** 124:21
170:19 185:10
**fell** 179:11
**felt** 38:3 115:5
171:14
**Fifth** 6:20
**figure** 16:20
54:8 130:20
146:6 148:24
150:16 152:12
156:18,24
157:17 174:1
**figured** 67:12
123:22 125:1
**figures** 3:18
102:24 147:24
**file** 1:4 4:25 21:8
33:10 34:6,24
36:23 136:24
137:24 189:5
**fill** 115:15 124:4
127:2 151:25
**filled** 125:6
186:14
**filling** 170:22,24
**fills** 8:22
**final** 157:3
**finally** 6:19
**financial** 35:18
35:25 85:16
**find** 42:6 44:10
95:20 104:10
156:1 174:15
184:2
**fine** 64:25
**finish** 12:12 17:5
81:25
**firm** 184:22
**Firoz** 83:16 84:3
**first** 4:10 11:13
17:6 24:22
31:19 33:4,7
33:17 38:11,14
41:17 47:17
48:23 50:17
66:1 72:2 75:7
79:22 80:2,5,8

80:11 84:5
86:20 98:20
100:17 109:6
125:9 131:12
131:17 135:20
136:3,12,22,22
137:1,24 138:4
148:9 149:13
149:22 152:8
165:16 171:17
178:9 179:14
183:3,19
**fit** 86:7
**five** 58:21,24
59:1 62:25
64:10,14,17
90:22,24 91:1
93:17 100:5,6
100:12 102:8
124:10 131:6,8
157:25 158:8,9
158:10,25
160:24 162:16
188:7
**flat** 94:9 146:24
**Florida** 39:11
**flow** 97:15
**flowing** 110:5
187:2
**fluctuate** 118:3
**fluctuation**
124:14
**fly** 147:2
**focus** 12:21
38:10,16
**following** 82:21
142:17
**follows** 4:11
**forced** 119:17
182:6
**foreign** 56:22
**forever** 114:21
**ForeverBux**
26:8
**forget** 123:15
130:12 135:2
**forgetting** 139:9
**form** 3:7 5:14
6:1 15:9 35:15

37:5 66:13
135:17
**formal** 5:6,10
**format** 147:16
**formed** 14:17
24:21 32:20
35:9,10
**former** 11:25
**Formula** 15:1
27:17
**formulated**
37:24
**forth** 6:14 47:3
147:2
**forums** 105:11
179:22
**forward** 48:7
122:10
**forwarded** 98:4
**found** 21:3
**four** 78:1 90:10
99:15 124:11
**fourth** 107:11
**FR** 56:16
**frame** 37:20
112:1 116:1
**fraud** 20:25
28:18 104:19
**fraudulent**
28:16
**free** 7:25,25 8:2
8:7,9 52:11
54:9,9,10,12
54:16,20 62:1
67:2 187:16
**freelancers**
38:24 39:1
**freeze** 162:16,20
180:21
**French** 56:16
**frequently** 65:6
**fresh** 23:9
**friend** 39:10,12
176:20 181:19
185:24
**friendly** 83:11
**friends** 185:25
**front** 50:5 61:4
61:13 97:5

111:22 181:4
**Frost** 2:5 4:20
23:24 24:11
26:14 31:24
32:4,8 34:14
34:20 41:9,12
41:16,20 47:19
48:16 49:12,14
55:5,10,16,19
56:6,15,17
58:5,8 59:12
59:16,25 60:3
60:10 61:6,17
63:7,20,23
64:9,20 69:16
70:1 71:10
72:25 73:6,17
75:1,5 76:11
76:14,21 77:1
77:6,10,18
78:14,17,24
79:14,18 80:10
80:14,19 90:22
92:13 93:3,8
93:20 94:22
95:5 102:3
106:10,17
112:25 113:13
116:3,22 117:3
117:16,20
118:4,9,12
120:18 121:2
121:10,14,25
122:2,16
123:10 125:5
127:18 128:11
129:1,8 130:2
130:6 136:1,11
136:17 137:2
137:10,15,20
138:1,4,7,11
138:16 139:4
139:15 140:3,8
140:12,16,20
141:1,5 146:3
146:11 149:6
149:25 152:20
152:25 153:6
153:23 154:18

155:3,8,13,16
155:23 156:4,8
157:22 158:23
159:3,7,19,24
160:7,11,17,21
161:22 165:9
165:15 166:4,9
166:11 167:7
167:15,23
168:12,16,21
169:1,4,7,15
172:22 174:2
175:4,8,10,25
178:2,7 181:10
182:25 183:12
184:12 185:7
185:13 186:5,9
186:18
**froze** 83:17
167:10
**frozen** 168:18
**frugal** 146:16
**full** 4:14 136:24
185:22
**fullness** 148:22
**fully** 33:23 47:13
102:2,24
132:20 133:13
187:24
**fund** 101:19
**funds** 19:7 28:20
29:4,11,14,19
29:22 48:5
70:22 156:16
157:14,16
158:16 159:4
163:20 164:1
167:10 177:7,9
177:25 178:13
178:14 181:3
182:12,22
183:16,17
184:17
**future** 158:3

━━━━━━━━━
**G**
━━━━━━━━━
**G** 4:1
**gain** 19:7 27:7
**gallon** 22:13,15

22:16 57:24
**gambling** 39:5
178:23
**game** 53:13
**Ganz** 39:11
**Gap** 95:11,12,13
95:19 96:16
97:17,20
**gas** 13:3
**gateway** 138:15
**gateways** 152:16
**gauge** 122:7,14
184:3
**gauged** 161:10
**gauges** 50:22
**general** 48:11
**generally** 24:4,5
51:17 64:3
75:23
**generals** 11:15
**generate** 14:14
14:19 35:20
**generated** 8:18
9:1 57:20
67:15 97:24
106:8 132:11
138:10 144:23
150:21 151:15
151:17 154:25
157:11 159:11
186:25
**generates** 95:21
**generating** 64:8
157:5
**getting** 36:15
38:11,25 42:16
52:24 57:21
59:8 64:6,7,19
75:8 77:15,18
77:21 78:22
79:6,11,13
88:6,10 90:1
93:18,20,25
94:10 111:24
129:14 145:21
148:7 156:6,7
166:1 183:9,25
**gift** 86:23
**give** 7:1 9:5

11:11 39:13
43:23 67:14
68:2 71:10
78:4 90:14
91:3,14 118:10
145:7,22
147:19 149:20
152:6 172:6
174:3 175:4,15
**given** 103:19
109:7,10 148:1
148:25
**gives** 39:13
131:16
**giving** 90:11
141:14 145:15
**glitch** 142:8
**go** 12:3 16:19
35:24 37:3,25
40:6 46:9
57:10,11 58:23
61:7 62:25
64:15 72:23
73:14 74:11,13
75:3 79:21
82:23 83:10
93:22 98:22,23
106:11 107:10
108:6 110:13
113:9 115:12
123:1 141:17
141:19 143:12
143:17,19,24
144:13 145:1
147:22 156:14
157:18 164:2
164:21 166:11
167:16 168:23
175:1,20
176:17 180:3,5
180:25
**goal** 179:6
183:24
**goes** 16:2,10
43:6 68:17
72:15,16 95:8
98:10 99:2,23
100:12,20
102:4,19 107:4

Page 199

111:10 112:18
118:17 127:9
132:20,24
138:18 151:11
151:13,13
161:5
**going** 5:13 11:24
12:22 16:19
18:25 19:9,12
25:3 28:14
29:5 37:14,18
41:6 48:6
51:14,23 57:9
58:11 62:18,20
65:4 68:15
69:13 78:7
79:20 82:4
91:11,12 92:3
92:7 94:4,5,8
95:15 97:8,9
97:11 100:18
100:21 101:1,7
101:7,9 104:25
108:24 110:2
112:12 114:17
116:13 117:4
118:2 122:8
123:21 124:8
124:14,22
131:3 133:16
143:19 144:25
147:15 151:21
156:23,25
158:2 159:20
169:5,8 170:21
173:9,23 176:6
177:8,20,24
178:25 179:16
180:2,15,21
181:7,8,15
182:11,18
183:3,5 184:5
184:8 185:3
186:3
**good** 25:8 31:19
40:24,25 45:11
52:24 63:9
64:24 67:13
82:2 94:1 95:3

103:20 105:12
141:15 170:20
171:5,13,22
185:6,25
187:18
**Google** 30:3
59:6 74:22,22
74:23 91:5,22
91:24 97:3,8
**gotten** 96:24
118:17,21
128:12 130:10
**government**
30:2
**grab** 92:7
**grade** 12:1
**graduate** 12:10
**graph** 51:13
**great** 28:14
29:16 75:16
171:7 173:14
**greater** 91:14
172:13
**groceries** 22:13
**group** 14:12,21
14:21,23,24
**groups** 105:11
**grow** 44:21 46:7
75:18
**growing** 46:16
46:20 172:4
**growth** 55:19
171:6 172:8,18
**guarantee** 97:25
125:16
**guaranteed**
118:15
**guarantees** 89:2
**guess** 13:1 17:19
23:18 24:14
40:8 45:16
49:3 70:20
71:18 73:13
79:20 88:8
89:9 95:13
98:20 108:5
118:24 120:2
125:25 126:5
129:1 131:5

134:16 152:3
167:25 187:17
187:17
**guessing** 184:7
**guy** 158:24
162:15
**guys** 35:25
48:25 129:13
134:23 171:4
172:10 174:9
177:23 178:12
187:18

---

## H

**H-u-double-s-...**
7:4
**H-Y-I-P** 66:2
**ha** 53:13
**habit** 129:19
**half** 29:16 36:4,9
74:1 77:18,19
128:1,6 146:20
171:8 172:15
186:21
**hand** 4:5
**handle** 42:2
**happen** 31:22
32:7 126:22,22
164:16 180:23
182:11
**happened** 28:11
28:15,25 29:18
30:6,16 31:21
110:16 111:6,8
139:7 178:15
181:25
**happening**
31:18 48:7
**happens** 87:2
98:12,16
112:15 119:11
123:6 142:8
144:23
**happy** 185:3,4
**hard** 23:7 51:24
52:12 53:24
**hassle** 174:15
**haters** 184:25
**he'll** 11:6 165:25

**head** 99:6
**headache**
123:23 174:15
**headed** 3:12
86:14
**heading** 171:16
**hear** 127:14,17
129:12,18
**heard** 97:2
**hearing** 1:16
182:14 189:16
**heart** 9:21,25
10:7 16:1
**held** 28:20 30:8
30:11 66:8
102:12,21
130:21 144:11
144:11,12
157:12,16
160:19 189:12
**help** 34:2 38:6
45:2 53:8
58:14 76:15
86:17 91:15
104:15 105:20
171:4 177:22
179:9 184:10
**helping** 48:14
172:12
**helps** 45:9
105:15 118:11
**hey** 25:7 45:11
46:1 48:22
76:4 96:16
110:2
**high** 94:21 140:4
**high-yield** 66:21
**higher** 78:11
94:16
**highest** 66:6
**highlight** 6:1
**historical** 117:18
127:7 165:23
**history** 12:24
110:20,21
122:8 129:2
162:25,25
**hit** 87:2 110:23
113:8 133:21

**hits** 57:11 58:6
**hold** 34:1 145:10
**holding** 29:10
29:19 30:13
36:17 46:8
48:4 70:22
157:2 167:3
179:23
**home** 12:20 40:3
**home-based**
13:21 14:7
15:22
**honest** 188:4
**honestly** 118:7
**hope** 76:12
187:19
**hopefully** 114:8
126:14
**hoping** 184:9
**host** 34:9,22
84:18,20,22
**hosting** 30:20
34:1,16,23,24
84:19 101:2
**hotel** 48:19 49:4
49:4
**hour** 103:2,5,12
103:19,25
117:22,22
124:6,7,10,11
124:11,14,15
125:24
**hour's** 117:22
**hours** 101:21
103:10,11
106:8,12
110:11,13
117:23,24
118:1 124:7
149:8
**housekeeping**
27:23 32:14
**huh-uh** 32:10
84:5
**hundred** 16:14
40:23 100:22
**Hussain** 2:17
7:3,3,4,8 10:16
**HYIP** 66:2,20

## I

**I.D** 53:4 153:13
153:13,13,13
153:14,15
**I.D.s** 153:14
**Ian** 48:18
**idea** 31:5 38:14
67:13 88:16
92:19 100:18
116:25 127:14
127:17 146:3
170:20 175:22
**ideas** 15:24
53:22
**identification**
5:18 49:23
65:3 70:3
86:11 92:9
135:8 147:7,21
169:17
**identified** 3:6
178:22
**identify** 57:16
**identifying** 53:5
**ignore** 87:19
**illegal** 66:4
70:25
**Illinois** 13:10
**illustrating**
154:15
**ilovehits** 24:16
57:10
**imaginary** 8:22
**imagine** 94:11
**impact** 173:23
**Imperial** 10:11
**impose** 118:25
**impossible** 164:9
**impression**
58:20
**impression-ba...**
58:15,18
**improve** 37:21
38:4
**improvements**
23:5 37:22
41:3
**improving** 37:21
**in--out** 85:23

**in-focus** 113:18
113:25 114:9
**in-person** 46:4
**inaccurate** 47:6
**inactive** 159:8
**incentive** 75:14
**inception** 150:4
**include** 8:14
21:17 39:8
46:23 54:8
66:9 107:8
152:18 153:4
186:22
**included** 141:8
155:18,21
167:22
**includes** 7:25
54:13 55:5
66:11 77:2
82:10 106:25
107:1 150:9
**including** 33:10
36:21,24 54:13
**income** 25:9,11
35:21 37:7
85:20 88:24
89:2 100:21
101:1 173:20
173:21,21
**incomplete**
33:17
**inconsistent**
88:25 89:3
**increase** 32:23
52:22 93:1
124:8,15
162:12 172:9
172:13
**increased** 28:18
142:24
**increasing**
168:14 172:16
**incriminate** 6:22
**individual** 55:8
127:10 139:18
**individual's**
100:3
**industry** 24:10
26:17 27:7

38:12,12,19
45:4 46:1,5
51:18,22 87:20
180:23
**InfinityBux**
25:12 26:8
**InfinityBux.co...**
24:20
**inform** 171:25
**information**
10:19 15:11
31:6 33:16
42:8 52:6 74:5
85:1,10 89:3
121:22 122:9
122:23 148:1
**initial** 71:6
139:8,11
182:13
**inquiries** 40:10
41:19
**inside** 29:20
30:1 42:17
46:1 102:12,20
102:21 103:1
117:7 119:15
120:8 121:8,11
130:23 131:22
133:14 134:8
138:23 142:19
143:1 157:19
157:20 158:12
158:16 161:2
162:10 166:21
166:23,24
167:3 178:17
178:19,20
179:25 183:16
**instance** 157:24
**instant** 142:15
143:3,13,16
145:16
**instantly** 29:15
**institute** 19:20
**intention** 165:21
**interest** 94:8
**interested** 75:25
76:1 94:19
**interesting**

116:23
**international**
179:3
**Internet** 52:18
**interval** 148:25
**intervening**
164:8
**investigated**
21:2
**investigating**
187:19
**investigation** 1:5
4:23 5:3,7 6:17
**investing** 88:9
**investment**
22:10 58:4
66:13,16,18,21
67:6 88:4
129:14 187:21
**invited** 48:20
**involved** 38:12
38:13 44:14
45:4 46:6
47:24 48:2,18
48:21 88:11
153:21 176:21
188:5
**IP** 53:7
**issue** 143:8,10
143:11 161:22
170:16 171:19
**issues** 41:24,25
42:3 48:8,10
**item** 136:12
152:9 156:8
**items** 6:1 135:24

## J

**J** 2:4
**January** 17:8
18:12 156:23
168:13,22
169:2,3,14,22
171:16 173:24
175:8,9,10
176:10 178:2
180:19 186:20
**Jersey** 49:4,5
**jobs** 173:18

**jog** 122:4
**July** 24:24
**June** 11:6,6
**Justice** 29:23,24
30:5,9 31:1

## K

**keep** 22:24
30:24 37:8
39:6 72:4 76:2
85:16 86:5
87:13 96:23
104:8,15
106:21 113:22
122:7 123:25
145:2 171:13
173:12
**keeping** 110:6
**keeps** 104:18
**Kenin** 3:13 98:5
**kept** 29:1 45:2
161:25 168:13
181:6
**keyword** 91:25
**kick** 103:19
159:3
**kind** 12:6 15:2
16:2 20:21
21:4 23:5 25:8
26:22 31:8
32:23 37:1,2,6
38:21 39:6
41:21,21 42:1
43:6 45:21
47:19 48:3,13
52:25 53:13
64:4 70:15
71:10,11 75:19
75:22 85:19
87:9,20,22
90:11 94:6,20
104:11 106:22
120:10 122:7
122:14 134:19
138:18 170:23
176:11 177:16
180:9 182:5
184:3,19
187:21

Page 201

**kinds** 175:2
**Klilsh** 41:10
**knew** 44:24 45:1
46:1 87:13
176:6
**know** 7:17 8:3
8:21 9:21,25
10:7,21 11:14
15:12 17:21
22:1,6 23:5,8
25:7 28:9 29:8
30:18,23 31:1
33:13 35:24
37:25 39:16
42:10 43:20
46:3 47:9,12
47:20 48:8,10
48:14 50:7,14
51:16,20 52:3
55:24 56:2
57:24 58:23
59:10 62:4
67:8,9 70:9
71:24 72:3
74:1 76:4 84:5
84:17 87:9
91:24 92:15
93:13 94:3
95:9 96:23
97:1 101:6,10
103:15,15
104:16 105:20
105:22 106:1,7
109:25 110:7
111:7 114:14
115:5,8 116:16
116:23,24
119:11 123:17
123:20 124:13
126:5 127:3,8
127:11 132:22
133:3 135:2
136:3 141:11
141:21 144:22
145:24 151:12
156:8 159:13
159:24 162:9
163:14 164:16
168:3,9 169:21

170:19,22
171:4,12 174:1
175:18 176:6
176:25 177:1
177:11,14,20
181:7,15,24
182:10,11,20
184:12 185:23
186:7,8,16
187:12
**knowingly** 6:15
6:15
**known** 36:20
143:3 182:10
**KYC** 170:22

**L**

**Lake** 1:11,13 2:8
2:10 13:9,11
17:20 51:4
189:7
**landing** 43:4,6
43:13 44:5
**large** 28:18
32:15,22 75:18
105:13 135:20
137:7 141:23
142:13 144:1
145:12,14
146:9 168:4
**larger** 64:18
**largest** 135:23
135:24
**launch** 12:18,18
14:11 15:1
27:17
**launched** 37:20
**laws** 5:2,4
**lawsuit** 36:23
37:2
**lawyer** 70:15
**LDS** 12:8,10,12
12:15 13:6,19
14:10 25:3
**Lead** 15:12
**leaders** 38:17
44:22
**learn** 12:18,19
12:22 14:11

**learned** 170:5
**leave** 12:3,15
68:17
**left** 11:23 59:19
125:21 168:24
**legal** 71:8 89:1
**legitimate** 67:20
**length** 118:16
**let's** 35:8 58:21
62:23 67:23
70:18 77:24
81:8 89:6
107:10 117:23
124:10 125:1
130:23 136:11
137:18 142:11
142:19 152:14
163:5,10,11
179:10
**letter** 71:11
**level** 14:16 69:3
69:12 171:10
**license** 17:11,11
17:13,14 31:8
186:14,15
**licenses** 17:10
30:10 31:4,10
**life** 148:5
**lifetime** 108:23
**limit** 173:5
**limitation** 170:5
**limited** 156:20
156:22 157:4
158:8 163:19
182:2
**limits** 15:20
**line** 115:15
124:4 127:2
135:24 136:12
151:25
**lines** 136:18
**link** 16:9 42:16
61:9,10 63:1
68:2 122:11,12
122:13 140:16
155:8
**links** 43:5,18,24
43:25 52:11
53:4 72:3,6,7

73:10,11,24
74:6,7,9,11,13
74:14 80:11,15
98:11,13 100:6
107:16,23,25
118:19 140:23
141:3 155:11
155:20 156:5
**list** 15:4,18,20
16:1,25 20:7
38:19 55:25
80:21 107:14
140:22 147:12
**listed** 27:21
82:20 107:14
141:6
**listing** 23:16
**little** 42:4,12
44:12 51:13
89:8 91:14
105:15 113:1
128:23 142:8
143:18 145:16
150:14 162:22
184:15 187:25
**live** 101:4
122:14 154:5
161:17
**lived** 101:4
**lives** 173:23
**living** 37:13
101:13
**LLC** 189:3
**load** 74:7
**loaded** 74:7
**location** 186:7
189:7
**log** 43:4 61:2
72:22 73:22
74:10,12 84:25
85:7 154:1
**logged** 33:18
116:9
**logging** 30:22
61:3,15 73:21
74:4 81:21,23
96:5 120:4
**login** 81:20,21
81:24 140:20

155:13
**logs** 72:21
**London** 170:7
**long** 16:22 30:18
50:24 115:20
115:21,25
116:1,14
125:17 126:19
127:11 129:24
172:25
**longer** 30:1
116:10 117:24
163:19 167:4
175:1
**longest** 126:25
**look** 22:6 24:2
43:21 52:4
67:24 75:1
83:20 84:6
85:9 90:7
95:10,24,25
96:25 97:8,14
103:5 117:1
118:8 135:16
135:18 136:12
137:18 140:21
149:13 150:13
153:11 154:1
154:18 158:18
168:2 177:22
180:16 187:10
**looked** 21:6 22:2
69:17 78:3
96:17 121:14
141:22 168:8
187:6,7
**looking** 12:4
24:8 57:6,12
57:13 59:18
76:4 77:22
81:5 90:11
91:9 93:8,9
94:3 95:1
107:17 111:20
114:14 124:21
132:15 134:4
135:5 149:12
151:10 154:20
154:21 168:5

**looks** 51:14
  93:10 100:11
  150:18 168:12
**lose** 52:15 188:1
**lost** 28:20 29:2
  30:10 31:9
  52:14 59:1
  70:21 110:9,11
  110:17 123:17
  176:16 180:24
**lot** 23:4,4,12
  24:5 31:5
  33:25 41:1
  50:11 51:7,18
  52:16 54:1
  66:5 74:7 76:8
  78:4 87:4
  100:24 106:25
  117:4 134:25
  144:8,19 156:5
  159:20 167:17
  167:18 170:18
  177:12 182:9
  182:14 184:18
**love** 24:25 46:2
  46:17
**low** 36:1 79:15
**lower** 73:14 78:8
  78:10,12 90:14
  92:20 146:1
**lowest** 73:13
**luckily** 14:18
**luncheon** 83:1
**lurking** 114:13

**M**

**main** 43:5 61:2
  64:3 72:21
  161:2 180:22
**maintaining**
  29:1
**major** 11:16,17
  168:10
**majority** 159:10
**making** 18:21
  25:8 38:17
  39:4 42:3
  99:21 142:13
  143:6 144:3

175:13 178:10
**man** 46:16
**management**
  119:16
**manager** 173:2
**manning** 40:11
**manual** 113:3,5
  113:6 152:23
**March** 13:24
  71:3,4,8
  110:15 181:12
**margin** 9:1 64:8
**Maria** 189:9
**mark** 28:15 51:3
  147:15
**marked** 5:15,18
  49:23,24 65:3
  70:3 86:11
  92:9 135:7
  147:7,21
  161:25 169:17
**market** 90:7
  91:4
**marketer** 92:15
**marketplace**
  15:25 16:14
  27:1
**married** 11:9
**mass** 119:3
**massive** 3:8
  23:18 38:9
  44:21 176:15
  181:5
**match** 112:16,17
  114:6
**matching** 113:7
**materials** 8:3
  42:25,25 43:1
  108:17
**matter** 1:3,16
  4:24 5:7 32:14
  115:24,25
  116:1 125:12
  189:3
**matters** 27:23
**max** 115:16,20
  124:3 125:14
  125:16 128:2,6
  128:8 148:11

149:2 151:24
**maximum**
  114:21,22
  125:11 130:5
**MDT** 1:17
**meal** 48:15
**mean** 14:22
  34:21 40:18
  63:25 77:19
  88:18 93:23
  94:25 105:9
  106:11 117:6
  122:2 125:23
  129:8 133:3
  136:11,13
  141:12,12
  148:23 149:6
  153:23 159:13
  160:22 162:17
  166:16,17
  183:15 184:16
  186:9
**meaning** 43:9
  149:4
**means** 6:4 51:7
  69:6 108:25
  113:18 126:5
  129:22 174:13
**meant** 29:25
  70:13 109:6
  163:22
**mechanism**
  123:10
**meet** 46:18 48:1
**meeting** 47:22
**member** 7:20,23
  8:22 42:17
  43:15 47:24
  60:4 61:2 63:3
  72:18,21 89:9
  108:24 109:11
  111:10 116:3
  117:11 120:9
  127:1,1 153:10
  153:11 154:16
  156:12 158:19
  162:7 172:11
  174:10 175:1
  178:15

**member's**
  119:10
**members** 8:1,2,4
  8:9,9 21:24
  22:5 30:8,13
  30:16 37:23
  44:13,18 46:23
  46:25 48:17
  54:5,7,9,12,16
  54:17 59:14
  63:20 85:8
  104:16 106:1
  108:17 114:4
  121:6,11,15
  128:11 129:12
  141:16 144:12
  145:2,7,9,22
  146:14 153:20
  153:24 154:13
  157:21,24
  170:1,18
  176:25 181:23
  186:22 187:1
**members'** 37:9
**membership**
  51:25
**memo** 71:11
**memory** 122:4
**mentioned**
  13:20 14:11
  20:19 39:20
  54:15 58:5
  63:23 69:2,16
  83:10 94:4
  124:6 127:5
  153:5 178:24
**mentioning** 21:9
  41:12 138:19
**mentions** 67:18
**menu** 72:22
  120:8
**merchants** 171:9
**message** 111:5
  181:2
**met** 170:7
**method** 34:17
**methods** 89:2
  153:3
**middle** 4:15,17

98:8
**milk** 22:13,16,16
  22:17 57:24
  58:4
**million** 36:4,9
  64:16 138:7,16
  141:24 144:15
  145:5 146:4,20
  149:11 150:5
  150:18 152:10
  153:1 155:5
  156:18 157:17
  157:19 160:4
  168:17
**millions** 51:2
  146:11
**mind** 47:8 95:8
  151:9 188:1
**mine** 9:20 26:21
  39:12 176:20
  180:11
**minimum**
  116:11,17
  124:17 125:3
**minus** 118:24
  139:1 140:23
  141:3
**minute** 118:2,2
  147:19
**minutes** 118:1
**miscellaneous**
  83:9 95:7
**misleading**
  187:22
**misrepresenting**
  21:7 47:10
**missed** 102:16
**missing** 72:25
**mission** 13:5
**mistakes** 188:3
**mixed** 11:13
**model** 26:5,25
  106:6
**modify** 122:21
  122:22
**Monday** 109:13
**money** 21:17,19
  22:5,9,12,15
  22:18,21,23

29:6,14,21,25
30:2,7,10,11
30:13 31:4
36:8,10,11,11
36:16 37:1,1
37:13 40:19,20
40:21 52:11
68:18 72:11
87:3,18 91:15
95:17 96:1
98:23 99:15,23
100:7,20
101:23 102:21
102:25 106:22
107:4 108:1
110:7 118:22
119:9,18 123:5
123:17 125:22
126:3 129:15
130:16,23,24
131:3,22,25
132:8,8,9
133:6,13,14,20
133:21 134:3,8
134:9 138:22
139:14 140:1
149:21,22
151:1 154:7,8
156:23 157:2
157:11 158:24
159:13 160:23
162:19 166:1,4
166:16,19,20
167:1,5,16,17
168:23 169:5,8
173:10 174:7
174:13 175:15
175:19,20
177:13,15,17
177:18,23
178:4,19,21
179:1,2,4,9,12
179:18,23,25
180:7,8 183:1
183:10 184:4,6
184:14 185:7
185:10 187:7,9
**money's** 177:17
**monies** 167:8

174:4
**Monsoon** 1:6
4:25 7:15,20
9:18 15:23
19:18,19,21
20:2,4,18 23:1
23:21,25 24:12
32:20 35:8,15
37:5,15 38:2
38:16,23 40:1
40:16 41:14
42:7,19 43:1,7
43:25 44:2,25
46:7,9,24 47:2
51:23 52:14
56:11,15 59:4
59:13 60:4,5
61:15 62:2,16
62:19,19,21,24
63:1,3,3 65:5
66:2,5 67:25
68:9,18 69:7
71:16 74:19,23
81:15 85:17
86:24 87:9,12
88:2,7,21 89:1
89:4,23 94:17
95:15 96:3
97:5,15 99:24
100:2,4,6,8,15
100:17,20
107:7 109:23
110:22 113:9
113:16 115:9
119:15 121:9
121:12 129:3
130:13,21
132:5,16 140:9
140:10,25
141:11,11,18
142:17,20,22
143:1 146:23
147:1 154:22
155:24 158:12
166:21,25
169:24 170:17
173:8,19,22
175:24 176:21
176:25 180:1

182:19 183:13
183:20 185:8
187:3 189:3
**Monsoon's** 18:6
99:2 106:24
132:8 179:25
**month** 15:17,18
15:21 16:15
40:11 110:14
156:24 174:1
**monthly** 39:17
39:23
**months** 16:17
20:21 24:24
30:17 41:5
65:25 177:6
182:23 184:20
**Mori** 2:6 4:20
**move** 183:17
184:6,13
**moved** 134:10
**moving** 48:7
133:15 173:7
177:24 182:5,8
**multilevel** 69:11
**multiple** 25:10
28:16 120:6
**multiples** 25:5
**multiply** 149:20
**Murray** 9:8,9
11:1

———————
**N**
**N** 3:1,1 4:1 83:3
83:3,3
**name** 4:14,15,16
4:17,18,19 7:1
7:2,4 10:13,14
10:22 11:4,5
18:5,6 41:9,10
41:11 45:2
48:18 83:17,21
84:4,6,9
126:17 170:8,8
173:1 181:20
181:21 183:14
186:15 189:19
**named** 46:16
**names** 52:6

83:14
**NBD** 18:8,9,10
**neat** 124:5
**necessarily**
106:11 109:3
**need** 40:20,21
47:13 56:2
63:18 67:23
85:14 88:21
96:24 108:11
131:20,21
137:3 145:11
146:17 164:19
177:6 179:10
183:3 185:5
**needed** 35:24
142:12
**needing** 74:6
126:16 172:1
181:2
**needs** 142:25
143:5,23
160:20 174:14
184:4
**negatives** 175:2
**NeoBux** 24:15
26:18 63:4
64:15 125:3
**NeoBux's** 87:17
**netted** 154:22
**network** 61:7
**never** 45:21
70:17 97:2,25
104:4 112:12
112:19 115:11
119:17 127:3
137:5,12
159:15 179:14
187:6
**new** 23:9,10
37:17 42:1
47:18 49:3,4
49:18 95:10,12
125:8 187:2
**news** 30:15
111:6 176:14
**newspaper** 96:2
97:21
**nice** 95:24

171:11
**night** 171:18
**nods** 99:6
**non-country**
79:11
**North** 39:21
**Nos** 135:6
**note** 124:5
**notice** 1:17
**noticed** 37:23
51:24 52:3
141:22 148:13
167:15
**noticing** 37:20
**notification**
142:15,21
143:2,3,14,17
143:19 145:17
**notifications**
143:7
**notified** 143:5
**notify** 119:11
120:2
**November** 29:17
32:7
**number** 9:10,11
9:17 10:6
16:17 23:20
24:24 28:16
37:16 39:25
42:10 43:10
47:25 50:8,12
51:14,22 53:7
55:13,17 57:11
65:19 67:10
84:2,10 95:3
117:4,12 118:2
118:4 120:24
120:25 121:21
121:23,24,24
126:10 127:25
138:8 148:9,10
148:13,19,19
148:20,21
150:6 158:19
160:5 166:6
172:19 181:5
189:5
**numbers** 9:15

9:23 22:2
83:23 85:9
117:17 137:16
137:21 147:12
147:16 150:19
152:2 165:13
165:17 168:2,6
168:8

**O**

**O** 3:1 4:1 83:3,3
83:3
**obtain** 6:11
**obviously**
128:18
**October** 29:3
35:10 138:11
**offer** 23:13
34:24 57:7
58:8 59:6 82:9
126:19 175:25
**offered** 55:3
96:22 156:3
**offering** 15:6
21:3,7 58:9
59:4 94:20
96:4 126:7
187:21
**offers** 22:22
23:22 66:5
**office** 1:11 2:8
40:5,9 55:25
84:22 117:14
127:4 154:1
**officers** 4:21
**offices** 10:11
40:1,2
**oh** 10:5 16:18
18:1 22:24
27:22 28:12
30:14 33:4
45:12 65:19
70:1 77:6
80:21 81:18
84:1,14 88:23
98:15 100:20
103:6 106:20
111:4 113:13
117:20 120:19

120:19 122:22
127:12,13
139:15 145:12
148:17 150:12
160:7 162:15
163:24 164:12
173:2 180:1
**okay** 7:22 8:17
8:20 10:3,8,24
14:22 16:9,10
17:1 19:8 20:1
21:3 22:21
27:12 28:13
32:17 35:8
37:18 41:20
42:24 44:6,10
49:24 50:1,16
54:3,15 55:16
56:5 58:5,8
59:25 60:18
61:17 63:23
65:1,7,18,21
68:15 69:2
70:1,8 71:24
72:1 75:4
76:11 78:3,14
78:24 79:10,18
80:19 81:3,11
81:15,18 82:3
82:13 84:1,8
84:10,12,13,16
86:4,12 87:15
87:23,25 89:7
90:4,24 91:11
92:12 95:5
97:19 98:1,3
98:12,15 99:3
99:11,20 100:9
100:25 101:12
101:15 106:17
107:24 108:20
108:21 109:6
109:10 111:4
112:6,23
117:16,20
118:9 119:24
120:15 121:2,7
122:1,25 123:9
130:6,8 131:13

132:23 134:15
134:21,22,23
135:4,11,15
136:7,20,24,25
137:12,19
138:1 139:4
140:8,16,20
141:17 142:19
142:23 143:15
145:12,23
147:10,18,25
148:12 149:4
150:12,13
151:19,23
152:17 153:6,8
155:3 156:4
160:7,17
161:19 163:8
163:24 164:12
165:5,8,14
166:11 168:12
168:21 169:15
173:24 174:9
174:24 177:5
186:18 188:6
**Okinaka** 2:4 4:2
4:13,19 6:24
7:5,9 10:17
24:18 26:19
32:11 35:3
42:5 49:1,17
55:14,23 56:8
56:20 58:17
60:15 61:18
64:23 70:4
71:15 74:17
75:11 77:13
79:3,19 80:20
82:23 83:4
90:21,23 94:15
95:6 102:15
106:23 114:3
116:15 118:14
120:20 121:13
122:19 123:24
125:19 130:9
136:5,21 141:9
146:19 150:1
153:7 154:9

161:19 162:14
164:21,24
169:18 173:3
175:17 176:8
180:18 181:18
186:19 187:12
188:6
**once** 72:21
120:21 159:3
183:1 184:7,8
**one's** 113:14
**one-bedroom**
101:5
**one-cent** 124:24
**one-on-one**
45:25
**ones** 16:25 42:1
42:22 54:14
64:10 128:13
**online** 15:6 16:2
20:14 21:21
45:16
**open** 18:11
48:13 113:22
120:9 176:14
176:17 180:3,6
180:7 184:23
185:8
**opened** 17:19,20
19:1 164:14
**opening** 18:19
176:24 182:14
**opens** 111:17
**operating** 180:9
**opinion** 71:11
71:12
**opposed** 94:25
152:13
**optimization**
74:3
**option** 33:19
120:8 131:17
174:4 175:5,7
179:20
**options** 72:22
176:1
**order** 5:6,11
19:15 108:7
**organization**

36:20
**organized** 48:19
**original** 189:14
**originally** 73:23
102:13
**outlined** 47:11
187:24
**outset** 132:23
**outside** 38:5
55:20 61:7
62:19,21,22
63:5 64:9
79:16 90:13
91:4 92:20
121:9,10
139:10 141:11
167:11
**outweigh** 57:4
**OvalPay** 29:22
29:22,25 30:3
30:9 31:4
**overcome** 53:14
**overseas** 18:2
**owed** 157:20
160:1
**owned** 102:17
**owner** 20:12
31:6 35:11
126:3 186:16
**owners** 38:18,19
38:19
**owns** 39:11

**P**

**P** 4:1
**p.m** 188:8
**pack** 62:13
66:10 67:3,12
68:16 77:1,8
77:16 78:7,11
78:15,23 79:4
79:9,17 82:12
89:14 90:13,17
91:1,4,8 93:12
93:19 94:11
107:2,9,13
108:9 117:10
117:10 123:1
125:6,8,9,20

Page 205

130:15 131:15
131:15 132:3
132:24,25
133:9 136:12
136:18 137:9
138:10 148:7
148:15 149:10
157:24 158:5
158:25 160:13
161:4,6 162:10
162:23 163:1
package 81:15
92:21 138:5
140:4,9 150:17
152:9
packages 8:15
62:16,20
packs 68:18
69:13 89:6
92:14 93:6
98:21 99:4,15
100:1 107:3
108:13 117:3
120:6 124:1
125:13 126:2
127:25 128:20
130:11 133:1
150:10 152:10
159:25 160:8
160:13
page 8:25 43:6
50:5,17 54:2
56:25 59:18
60:13,13,18
61:11,20 62:11
66:2 67:18
69:18,22 72:21
74:9 75:1,8
76:17 79:20,25
80:2,3,5,7,11
80:22 81:10,16
81:17,19 82:4
82:4,6,21
86:20 87:23
88:24 96:8,9
96:11 98:8
103:22 107:10
107:12,17
108:21 112:18

112:20,20
113:10,22
117:7 131:14
152:14 153:9
155:16 157:18
158:17 166:12
167:7
pages 1:9 43:4
43:13 44:5
60:16
paid 7:24 8:9
21:18 29:15
36:15 38:25
54:10,12,20,22
54:24 55:8
59:8 68:19
71:6 72:10
75:8,15 95:12
98:10,17
106:18 107:1
108:3,23
118:22 149:10
150:24 157:1
157:23 160:14
160:16 162:20
167:8,18 170:1
170:17 173:22
174:11,17,18
176:4 183:10
183:25
panel 85:4 117:7
panic 182:3
paperwork
170:24
paradigm 95:9
paragraph
86:21 87:23
Park 17:18,20
parking 134:25
164:19
part 12:17 14:12
62:12 65:5
80:12 86:13
88:16 90:25
108:8 140:17
144:2 155:9
172:1 184:23
185:4
participating

8:7
parting 175:24
pass 14:16
138:16
passed 21:4
paste 42:3
Patel 83:16 84:3
Paulsen 189:10
pay 28:21 29:6
29:11 30:19
39:17,23 40:10
40:11 62:7,8
75:6 89:22
91:1 92:18
93:12 94:8
104:21,25
119:3 127:20
147:1 149:10
157:2,12
173:16 179:5
183:18,23
pay-ins 33:1
85:25 152:7,22
pay-per-click
55:6 59:5 73:1
75:5,23 76:17
76:25 78:21
91:23 140:13
pay-to-click
14:2 24:23
25:12 26:7,17
28:11 30:7
44:25 51:17,18
51:22 58:13
61:12,14 72:7
72:8 75:20
87:21 96:12
paying 30:24
57:4 77:25
79:12 90:7,9
93:17,23 97:21
97:23 101:3
133:25 173:12
176:1
payment 18:21
29:17,21 31:12
31:14 36:2
52:18 56:21
87:8 98:21

100:11 107:5
131:17,20,21
131:22 133:15
133:22 138:17
138:23 140:9
142:7,15 143:3
143:4,13,16
152:16,23
153:3 154:4,8
166:19 167:3
167:21 170:4
170:13 177:21
payments 85:24
86:22 157:8
PayPal 28:17,20
28:24 29:5,10
29:13 31:13
48:4 52:14,17
65:14 70:21
87:8 98:22,25
99:1,2,3,4,11
99:16,16,18
100:3 102:13
102:22,24
103:1 107:4
110:19 118:25
119:1,2,12
124:19 127:18
128:4 130:24
131:1 134:8
138:13,24
139:19 141:19
142:14,19,21
142:24 143:12
146:12 152:21
152:21 156:15
156:20 157:6,9
157:12,14,17
157:19,20
158:8,16 159:4
159:5,11,14
160:3 162:3
163:18 164:1
166:16,23
167:10,11,14
167:16,25
168:5,7,9,11
168:20,23
169:11 170:3

170:13,25
171:15,25
172:23 173:8
174:2,22
176:16,17
177:2,3,6,7,24
178:1,5,12,18
179:19,19,21
179:23,24
180:5,8,10,12
180:14,20,25
181:3,25 182:6
182:7,8,13,22
183:1,5,14,16
183:19 184:7
184:14,17
185:17 188:1
PayPal's 143:8
148:21 157:2,3
160:6 183:3
payroll 133:14
pays 21:23 73:2
73:6 89:12
131:11
Payza 28:25
29:2,2,14,17
29:19 30:1,12
30:12 31:6,12
31:13,17,23
48:8,9 65:17
83:11,16 119:4
124:19 131:19
134:9 138:13
152:21 166:23
178:13,13,19
178:25 179:2
183:7 184:1
peak 21:24
penalties 6:14
pending 128:4
128:14 156:15
157:13 158:13
158:15,18,18
158:20,21,24
159:9,12,13
160:3,4,5,15
160:20 161:5,9
161:13,14,16
162:3 163:22

163:25 164:6
185:17
**pennies** 73:25
**penny** 72:15,16
73:25 74:1,15
74:15 163:11
163:12
**people** 8:7,12
15:5,8,10,19
16:12,21 18:20
19:5 20:24,24
21:12,14,17,20
22:8,10,18
23:9 24:2,4,6
24:15,17,25
28:16,21 29:6
29:7,11 36:10
36:13,13 37:16
38:11,13 39:8
40:8,9,11
42:11,14,15
43:4,6 44:14
44:23 45:3,6,7
45:9,13,15,17
45:22,24,25
46:6,18,21,23
47:5,9,13,22
47:23,25 48:6
48:10,14,20,21
51:5 52:1,2,7
52:17 53:3,6,6
53:8,10 55:6
57:7,16 59:22
61:2,8,13 62:4
63:12,13,14,18
64:13 66:7,9
66:19,22 67:1
67:3,13 68:20
73:10,21,24
74:4 75:6,8,14
75:20,23 76:23
77:23,25 78:7
78:9,12 80:4,7
81:21 83:11,14
87:2,13 88:6
90:7,9,14,16
91:5,14 94:2
94:11 95:15
96:5,7 97:5,10

98:17 99:4
105:10,18
106:6 107:3,25
110:23 112:11
116:16,23
117:5,9,9,25
119:5 121:3,21
121:24,24
123:14,15
124:20,23
126:8,16,20,24
127:12,16,25
128:5,7 129:20
130:3 140:5
141:14 145:19
146:18 148:3,6
155:2,7 156:6
156:13,17
157:1 158:19
159:14,21
164:3,14
166:20 168:10
170:17 173:12
173:16,18,19
174:5,8,19,24
175:14,15
176:1,3,4,6,12
176:14,16,17
177:1,10,11,12
177:21 178:4
178:10 179:5,8
179:18,22,24
180:5,7,9,20
180:25 181:6,8
181:14 183:10
183:18,23,24
184:24 185:3,3
187:23 188:5
**people's** 60:8,25
61:4 62:1,6
96:13 111:23
145:15 161:5
182:14
**per-click-based**
58:16
**percent** 28:19
47:23 67:19
68:5,6,19,23
69:9 100:12,15

100:19 101:11
101:16,18,19
101:20 102:18
103:10,14,25
104:3,22,25
119:2 131:25
144:24 150:24
153:17 167:23
168:6 171:8
172:15
**percentage**
146:1 168:4
172:14,17
**percentages**
101:23 105:7
132:19
**perfect** 16:20
**performing**
171:10
**period** 137:21
164:8
**permanent** 89:4
**person** 7:19
45:22 53:17
68:8 72:16
74:16 97:6
99:12,13
100:13 111:19
112:17 139:11
146:16 160:25
**person's** 112:4
**personal** 19:23
**personally** 45:17
**perspective**
162:7
**Peter** 46:16
**Philippines**
39:12
**Philosophy** 72:3
**phone** 9:6,12,14
9:17,23 10:3,4
10:5 50:15
83:19,23 84:1
84:10 85:9
170:9,25
172:23 173:13
173:14,17
**physically** 98:22
98:23 113:6

134:10
**pick** 112:20
**picture** 111:19
**place** 1:10 17:7
49:18 117:13
145:18
**placed** 162:3
**places** 57:25
**plan** 37:25 48:7
57:3 60:13,14
66:21 69:22
170:3 174:1
182:25 183:2
184:13
**plans** 3:11 8:25
48:11 70:6
107:10 108:21
173:5
**pleading** 173:15
**please** 34:2
37:17 87:14
**plus** 51:23 52:14
78:4 90:12
101:3 125:2
142:7 163:14
164:13 185:24
**pocket** 144:12
**point** 12:2 13:21
35:18 91:17
109:2,3 110:13
124:4 125:7
139:10 144:25
158:3 169:7
174:2
**Poland** 46:15
**pool** 103:23
136:12,18
161:4,6 162:10
163:1
**pools** 137:9
**popular** 156:7
**popularity**
50:22
**popularly** 63:11
**pornographic**
39:5
**portion** 3:12
33:9 67:14
70:6 143:20

161:14
**portions** 161:8
162:4 163:20
**portray** 181:1
**position** 35:18
37:6,12 78:23
81:1 82:10,18
90:13 91:16
92:21,23 93:1
114:20,23
117:12 120:13
122:20 125:11
125:14 127:11
139:5,6 148:8
158:2 159:1,25
160:1 161:7,10
161:13,25
162:8,11 163:1
165:23 176:12
183:18
**positions** 13:7
92:23 117:8,13
120:10,17
121:23 125:12
125:13 128:1
128:12 148:2,9
148:19 149:2
149:15,17,24
150:3 151:24
152:2,5 159:12
159:18 160:5
160:10,11
161:3 162:1,6
163:10,12,17
164:1 165:24
166:6,9
**positive** 182:3
**possible** 66:6
**possibly** 90:16
181:9
**potential** 159:17
**pounds** 40:11
**Power** 27:5
**PowerfulBux**
26:4,8
**PPC** 140:12
155:3,17
**prefer** 52:17
63:18 183:25

**prepare** 159:17
**presence** 45:17
**present** 2:16 6:5
    47:12 148:3
**press** 87:14
**pressing** 171:19
    171:22
**pretty** 36:21
    37:24 44:20
    47:23 85:10
    94:1 105:6
    114:15
**previous** 156:20
**price** 39:14
    40:25 57:4,24
    57:25 78:8,10
    79:15 91:8,21
    97:2
**priced** 89:17
**prices** 77:14
    90:14 92:20
**pricing** 92:25
**primary** 38:16
    140:22
**print** 60:17
**printed** 50:6
    65:11,20 70:7
**prior** 5:13 20:7
    149:7 174:3
**privilege** 71:21
**PRO** 2:14
**proactive** 182:5
**probably** 30:4
    30:18 42:9
    51:4,5,24 52:4
    65:22,24 84:6
    91:12 94:2
    95:20 97:21
    121:20 129:6
    168:6 179:11
    179:12 182:4
    182:22 184:5,7
    184:15
**problem** 20:19
    25:2 28:10
**proceeding** 4:22
    5:9
**proceedings**
    6:10 189:11

**process** 169:12
    170:21 185:13
    185:14
**processes** 107:5
**processing** 29:3
    167:14 170:15
**processor** 29:18
    29:21 31:12,15
    36:2 40:15
    52:18 118:25
    131:17,20,21
    131:22 133:14
    133:15,22
    138:23 142:7
    154:4,8 166:16
    167:4
**processor's**
    119:7
**processors** 18:22
    56:21 119:7
    138:17 166:19
    167:22 170:4
    170:13 177:21
**produce** 41:21
    42:24
**produced** 32:15
    32:18
**product** 95:16
    95:17
**products** 55:1
**professional**
    17:10 70:16
**professor** 25:5
**profit** 8:20 9:1,3
    20:22 64:8,21
    67:7 80:25
    162:20
**profits** 9:2,4
    80:23 114:17
**program** 11:23
    12:5,16,17
    153:21
**programmed**
    73:15 105:3
    127:15 129:18
**programmer**
    33:8 34:11
    40:24 41:7
    53:21 85:12

101:16 104:11
    110:18 116:20
    117:2 122:6,11
    151:7 165:19
    166:3
**programming**
    41:2 142:20
    161:22
**programs** 114:5
    140:24
**progress** 120:7
    120:11 128:2
**project** 14:21
    91:23
**promises** 88:24
    89:2
**promote** 35:19
    43:11 62:24
    89:1 126:18
    141:12
**promotional**
    42:25
**Proofreader's**
    189:1,19
**protect** 31:22
    124:23
**protection** 21:5
**prove** 177:22
    185:1
**provide** 6:14
    165:20
**provided** 5:6
    89:3 147:11
**provides** 39:17
**providing** 6:15
    38:25
**public** 43:21,23
**published**
    169:22
**pull** 34:2 50:15
    85:14 117:2
    143:12 173:2
    185:2
**pulled** 34:3,17
**pulling** 148:14
**purchase** 15:9
    18:24 22:11,20
    32:24,25 33:13
    42:7 43:7 55:9

57:14 63:24
    64:8,11,19
    68:3,4,13,23
    74:25 76:23
    82:15 88:7
    89:13 90:17
    94:12 96:19
    99:1,21,22,25
    100:7 101:24
    102:10,13
    107:23 108:23
    109:1 111:9
    119:23 123:12
    125:21 126:16
    130:19 131:3
    131:10,11,16
    132:7,9,19
    133:20,23
    134:13 138:21
    138:25 139:1,2
    139:12,19,21
    139:23 140:1,2
    142:5,6,11,13
    142:13,20,22
    142:25 143:2,5
    143:7,21,24
    144:24,24
    154:3 166:22
    166:25 167:6
    187:8
**purchased** 8:10
    8:12 54:22
    55:7 59:24
    67:3 72:9
    74:16 107:16
    128:1,7,19,20
    129:15 139:4
    148:4 158:5
**purchaser** 99:14
**purchases** 18:21
    19:2 33:1,12
    36:12 59:19
    61:21 68:21
    69:9,11 81:4
    85:25 99:9
    110:24 140:7
    142:16 152:15
    153:24 164:15
    167:14 168:20

168:25 169:10
    169:13 170:16
    175:14,14
    176:3 186:22
    186:23
**purchasing**
    187:23
**purpose** 18:18
    18:19
**purposes** 4:21
**pursuant** 1:17
**pursue** 180:15
**put** 19:9 22:5,8
    22:12,21 23:5
    23:12 34:18
    35:1 46:11
    74:8 87:4,22
    88:1 89:11
    103:11,14
    104:11,15
    108:2,20 128:3
    135:17 136:18
    145:7 147:16
    149:17 151:8
    156:21 160:20
    161:5,9,12,14
    163:21 165:9
    182:3
**puts** 89:10
**putting** 22:15,18
    22:23 92:24
    107:18
**pyramid** 66:4

---

**Q**

**qualified** 109:9
    109:18,19
    116:3,7,7,10
    116:13,23
    117:4,8,13,23
    117:24 120:18
    120:19 121:1,3
    121:13,15,16
    125:18 127:1
    127:23 128:11
    128:12,16
    129:4,20,24
    133:5 139:20
    148:4,23,25

149:15,24
158:7 165:24
166:8,9 176:5
qualifies 162:18
qualify 57:19
67:5 114:19
115:13,17,18
115:22 126:24
128:8 129:17
139:13 144:13
145:10,19
155:2 163:3
qualifying
117:11,11
162:11
quality 23:3,11
57:3 58:9,11
66:6 141:13,15
question 6:21
48:13 68:16
95:7 98:20
103:20 132:21
134:17,17
151:19
questions 5:20
28:7 41:13
48:4,11 65:6,8
83:9 92:11,14
179:21 181:6
185:19 187:13
QuickBooks
86:6
quickly 66:7
quite 66:5
185:24

**R**
R 4:1 83:3
R-a-j-a 10:15
raise 4:4
raising 101:9
Raja 10:14,14
40:10
ran 177:13
range 161:6,7,10
161:21 162:1,2
rank 50:18,21
51:1,7 126:11
ranked 126:10

ranking 51:3
94:16
rates 94:8
rating 28:19
ratio 171:7
ratios 43:9
reach 14:15
68:17 83:25
97:10 120:13
124:3,16
125:16 127:2
reached 128:2,6
128:7,21
148:11 149:2
151:24,25
reaches 124:18
reaching 97:11
129:25
read 42:14 88:19
187:18
reading 154:6
real 17:11 52:2
53:6,16 57:14
97:5,6,10,10
102:23,25
104:13 112:17
113:15 133:13
133:20 140:1
154:19 179:12
186:2 187:7,9
187:9,10
realize 107:13
129:13 169:7
realized 33:22
really 9:16 18:22
23:11 24:6
38:10 40:5,6
40:21,22,24
42:11 45:12,21
45:22,24 52:24
59:1 68:1
75:16 91:25
104:9 112:25
113:7,12,17
118:7 127:3,22
134:3 139:14
146:16 156:6
168:1,9 170:20
171:5,11

172:13 173:23
177:17 178:8
180:10 181:8
182:9 185:5,21
185:25 186:3,8
187:6
reason 35:16
66:19 86:24
106:21 129:11
161:2 178:22
180:22
reasons 35:16
52:19 66:17
74:4 75:13,17
142:1,2
reboot 110:3
recall 27:20
172:22
receive 67:18
69:10 82:16
87:8 89:13
108:10 111:1,9
113:22 114:19
114:23 115:19
115:22 117:11
119:9 128:16
139:20 148:22
162:11,23,24
163:4
received 87:10
128:17 129:16
133:6 139:24
143:10 155:24
158:7,25
160:23 186:21
receives 87:7
receiving 22:17
50:24
recess 82:25
83:2 164:23
recognize 35:25
50:2,3 88:2,10
105:16 135:13
172:12
recognized
66:22
recollection
10:22
recommend

42:14
recommended
24:17
recommending
180:7
record 4:2,15
5:5,13 6:25 7:2
11:12 31:11
32:16 34:3
40:14 51:10
52:5 82:23
83:5 137:8
163:5,7 164:21
164:25 187:15
188:7 189:13
recorded 28:4
173:15
recording
189:15
recordings
180:13
records 85:14
144:4 161:25
recruit 45:17,19
reduce 145:20
reduced 174:14
reducing 53:2
refer 67:19 69:6
69:8 108:18
reference 91:17
137:3
referenced 8:8
referral 63:1
68:2,19 69:12
98:18
referred 68:8
72:16
referring 68:10
68:24,25
100:12
reflect 138:8
143:1
reflects 138:9
147:23 156:10
refund 86:23
87:2,3,6,11,12
87:14,18
110:23,25
174:8,20,24

refunding 111:8
176:3
refunds 87:19
174:10 175:16
refuse 6:21
regard 70:14
regarding 70:6
regardless 99:9
108:3,15
region 18:20
19:1
Regional 2:8
register 14:13
19:12
registered 9:20
registration 40:7
regularly 100:23
related 15:16
80:16
relates 110:7
relationship
31:20 40:24
release 37:17
38:1 148:21
156:16 157:14
159:15,17,19
160:3,6 162:4
176:13 177:9
183:3 184:5,8
184:9,10,17
185:17
released 14:18
24:23 29:5,13
159:4 183:11
releases 164:1
180:24 183:1
releasing 23:8
46:2 48:12
remain 173:9
remember 8:25
10:12 11:18
16:1 26:10
30:17 41:11
49:5,8,9 55:12
60:19 83:17
84:4 88:19
107:18 118:5
120:25 146:5,7
146:7 150:21

Page 209

157:6 169:21
169:23 170:8
173:1
**remembered**
120:16
**remembering**
118:7 120:23
122:5
**remind** 10:18
**remove** 65:13
143:21,25
144:9 145:17
**removed** 142:3
**removing** 144:5
145:9
**renewal** 30:20
**rent** 101:4
**report** 56:1
117:2 120:7
122:23 127:24
148:15
**reported** 18:23
36:20,21
**reporting** 1:24
18:20 189:15
**represent** 88:14
165:17
**representatives**
35:22
**represented**
5:23,25 6:4
158:16
**repurchase**
126:16
**request** 6:9
124:19,24
**requested** 19:1
123:14
**requesting**
37:17 157:1
**requests** 36:14
178:10,11,18
184:3
**required** 6:1
14:12 40:7
**requirement**
114:6
**requirements**
31:9

**requiring**
113:25
**resend** 142:15
143:13
**reserve** 101:19
103:15,16,19
103:23 104:19
105:15
**reserves** 104:1
106:11,12,18
144:10 145:18
151:14 172:12
**reside** 11:1
**resident** 19:13
19:14,14
**residential** 9:6
**resource** 3:9
75:19
**resources** 15:4
24:8 38:6 63:6
**respond** 41:19
**responder** 15:8
**responses** 152:6
**rest** 142:11
143:24
**restricting**
175:13
**result** 89:4
144:19 145:13
**results** 75:16,21
75:22 76:8
**retained** 36:24
70:21
**retainer** 71:7
**retention** 20:20
**return** 129:3,7,9
129:14
**returning** 174:4
**revenue** 8:17,18
8:21,23 14:14
20:22,23,24
21:9,10,17
27:11 57:2,20
67:4 80:17
82:10,17,19
91:16 94:14
97:15 98:16
101:21 103:2,4
103:10,23

104:13 105:9
106:25 107:6,7
107:15,22
108:6,8,11
109:11,16,17
114:20 115:18
115:23 118:18
118:18 120:12
124:7 125:9,17
125:24,25
126:23 128:3
129:17,23
132:4,6,10
133:6,12
138:21 139:3,5
139:8,13,20,24
140:18,23,24
141:3,10
144:22 148:7
149:7,11,14
150:2,20
151:10,11,15
151:17,20
153:18 154:22
154:24 155:1,4
155:9,21,24
157:10 159:1
159:10,20
160:1,18,22
161:1 162:2
163:4,4,7,9,16
164:4,7 166:22
167:18 171:10
**revenues** 66:8
67:15 68:17
80:14 88:3
105:23 106:8
106:10 115:7
128:9 129:21
150:17 157:5
**reverse** 149:13
**reversed** 173:12
174:12,16,16
**review** 5:10,16
70:23 103:4
177:8
**reviewing** 39:4
**reward** 67:5,7,8
104:5

**rewarded** 68:24
77:5 102:2
111:24
**rewards** 94:6
**reword** 22:8
**ridiculous**
159:15
**right** 4:4 6:3
8:11 10:22
13:19 16:1
17:15 20:3
21:20 22:23
23:15 25:15
26:10,16 27:22
28:1 32:12,13
32:20 35:7
41:7,15 43:16
44:15,16 46:15
49:14 51:12,19
51:21 54:17
58:3 59:11
61:3,4,6,22
62:15,23 63:21
64:13,22 67:8
68:9,10 69:1
75:10 76:20
78:19 79:2,14
79:22,23 80:9
80:13,21 81:2
82:14,22 83:13
83:18 84:18,19
85:18 88:15
89:2,10,19,20
89:25 90:3,3
90:21 91:2
94:17 95:22
98:7,15,25
99:5,7 100:8
101:14,18,22
103:3 104:6,14
104:21,23
105:4,16 107:2
107:3,10 108:8
108:9,15
109:17 110:9
111:16 114:14
114:20 116:6
117:6,6 118:19
118:20 119:1

120:14 121:25
123:5 124:4
125:10 126:4
126:10 128:14
129:10 130:18
131:6 132:15
133:9 135:22
136:16 137:12
138:4,6,12
139:14,17
140:5,11,14,19
141:2,4 144:16
144:20,21
146:21,22
147:14 149:5
150:11 151:9
151:17,18,22
152:1,4 154:12
154:14,24
155:2,6,11,19
155:19 158:4
159:5,7,9,22
159:22 160:2
164:11,18,18
166:7 167:12
168:3 169:6
171:22 176:16
182:2 183:16
186:24 188:6
**rights** 6:20
**risk** 57:2,7,13,14
58:3 172:10,13
172:17
**river** 49:14
**road** 12:7
**robots** 52:12
53:20
**roles** 39:2
**rotation** 60:24
112:10,11
**rotator** 61:9
**rotators** 60:24
96:8
**round** 95:3
**route** 164:14
**row** 138:4
**rows** 33:24
**rumors** 177:13
**run** 16:23 53:24

115:7
**running** 12:20
  12:21 13:21
  14:9 28:22
  36:1 45:3
**runs** 116:12,12
**rush** 178:18
**Russia** 34:12
  41:7

**S**

**S** 2:9 3:1 4:1
  83:3,3,3
**S-a-m-e-r-a** 7:4
**S-c-o-v-i-l-l-e**
  4:18
**safe** 164:13
**sale** 8:18 95:21
  97:24 105:22
  118:18 187:9
  187:10
**sales** 9:2 14:16
  14:19 21:12
  29:3 35:17
  42:25 57:21
  67:15 73:9
  92:22 93:2
  97:25 101:9
  104:17 105:1,9
  105:13 106:16
  108:2 115:21
  118:19 124:7
  126:21,22
  138:10 139:13
  157:5,10
  167:20 168:10
  171:10 172:16
  173:9 186:25
**Salt** 1:11,13 2:8
  2:10 13:9,11
  17:20 51:4
  189:7
**Samera** 2:17 7:3
  11:9,10
**save** 15:11 91:15
  170:18
**saved** 85:22
**saving** 37:7
  122:9 133:25

**savings** 104:8
  106:15
**saw** 65:15 89:17
  93:5 96:15
**Sayeed** 170:8,9
  185:10,16
**saying** 12:2
  22:24 24:25
  47:5 57:5,23
  67:8 72:13
  87:5 88:20
  89:11 90:9,24
  91:10 93:16,20
  94:3 105:11
  107:4,7 110:1
  124:13 133:5
  133:19 137:6
  137:17 139:15
  142:17 144:6
  145:12 146:9
  148:20 151:16
  160:2 162:9
  163:14 179:8
  179:16 182:1,1
  184:25 188:3
**says** 39:14 54:4
  65:17 66:12
  72:7,12 73:21
  74:11 82:9,14
  108:21,22
  125:15 152:7
  152:14
**scam** 20:25
  180:2,9
**scammed** 29:7
**scams** 180:2
**scenario** 96:21
**scenes** 186:4
**scheme** 66:4
  177:16
**school** 12:22
**science** 11:22
**Scott** 2:5 4:20
  69:8 79:5
  99:17
**Scott's** 69:8
**Scoville** 1:8 2:14
  3:4,17 4:4,7,9
  4:16,18 11:5

189:4
**scrambled** 188:2
**scream** 123:16
**screaming** 20:25
**screen** 3:19
  114:10 118:10
  169:20
**script** 41:21
  110:19
**scripts** 42:2
**SE** 2:14
**search** 30:3 97:3
  97:8
**seasonal** 51:20
**SEC** 3:7 5:17
  36:21 49:22
  65:2 70:2
  86:10 92:8
  135:6 147:6,20
  169:16
**second** 56:25
  59:18 67:18
  86:20 98:8
  132:3 136:25
  139:6 140:8
**seconds** 111:19
  112:14
**section** 66:1
**securities** 1:1,10
  2:3,7 4:24 5:2
  21:1 189:12
**security** 21:4
**see** 21:6 38:21
  43:4,15 45:4
  46:21 47:4
  48:24 49:18,20
  57:23 60:14
  61:16 63:13
  65:11 70:18
  71:1 74:6,13
  80:2,7 81:8
  85:6,7,8,11
  92:16 95:10
  104:9,21 105:8
  105:10,10
  108:19 110:14
  112:9,12
  116:19 120:5,6
  120:7 121:3,8

124:13 134:19
  149:25 151:7
  152:15 161:3
  167:13 177:19
  179:19 183:3,9
  184:16 185:9
**seeing** 26:25
  45:15 51:1
  52:20 75:25
  80:5 111:23
  118:5 144:2
  148:18 157:15
  165:25
**seen** 43:20
  135:21 137:5
  144:8 180:23
  186:3
**sees** 81:23
**seized** 29:22
  30:11
**select** 73:12
  131:15,17
**selected** 95:3
**SelectHealth**
  13:11
**self** 37:8 133:7
**sell** 67:1 73:17
  73:19 88:21
  173:19
**selling** 27:1
  45:23 78:10
  88:20 174:12
**semester** 14:15
  14:19
**send** 15:10
  18:23 33:8
  36:18 45:24
  56:1 86:22
  87:3 119:3
  122:11 154:3,8
  158:9,15 174:7
  178:21 183:5,7
  183:7,8,12,19
  183:21
**sending** 33:22
  34:17 119:5
  142:21 177:12
  179:1,3
**sends** 114:10

**sense** 22:4 50:12
  54:19 58:2
  63:19 79:18
  93:19 102:14
  122:2 126:25
  161:9,11 172:6
  174:25 175:3
  182:7
**sent** 3:16 32:21
  32:25 33:4,6
  33:16 34:5
  36:17 51:25
  55:12 86:1
  92:5 98:4,5
  100:8 111:5
  120:24 124:19
  130:25 135:14
  135:20 136:4
  136:23 137:25
  138:22 141:23
  143:9 147:9
  174:19,21,22
  180:14
**separate** 32:25
  60:2 99:11
  162:8
**separated**
  165:10
**separately** 78:13
  80:6 89:23
**separation**
  173:7
**served** 13:5
**server** 34:4,15
  34:18,20,21
  40:23 74:8
  84:24 110:2
**servers** 34:25
  35:2,4 85:2
**service** 8:13,19
  10:6 13:4,7,13
  15:7,8,15,16
  18:25 22:11,20
  22:22 27:2
  35:22 38:25
  45:11 55:8
  57:15 58:11
  60:2 62:12
  63:11,17 66:11

Page 211

67:20 68:11,13
73:12,20 74:16
76:10 80:6
82:11 85:25
87:16,17,21
88:8 90:8
93:15,18,18
94:12 96:22,24
98:11 99:8,24
108:10 110:24
111:9 117:10
123:23 126:8
126:20 129:15
129:16 139:12
139:13 141:15
148:4,7 155:7
160:14,15
162:24 176:3
**services** 1:24
7:19 16:15,18
16:20,22 21:13
21:16,18,20
23:4,11,13,16
23:20 24:12
38:21,22 39:13
39:17 42:7
45:7,8,14
47:25 48:12
55:3 57:4,6,8
57:17,21 58:15
58:15 63:25
66:6,8 68:8
69:7 73:10
75:2 76:16
77:17,23 78:22
79:21 80:12,22
82:9,20 88:19
88:21 90:17
92:22 93:7,11
93:21 94:24
96:6 99:9
100:23 107:13
107:15 111:1
115:21 118:19
126:9,14,17,20
126:21,22
141:3,13 155:1
155:22 156:3
157:11 164:3

173:19 174:12
**servicing** 78:2
**set** 6:13 25:6
39:22 48:16,18
48:19 104:24
111:2 123:16
123:20,20,21
136:3,22,23
152:6 170:10
170:14 171:19
**setting** 91:21
92:24
**settle** 94:23
**shape** 66:13
112:18
**shapes** 112:16
113:7 114:7
**share** 9:4 20:24
57:20 67:4
94:14 103:2
105:24 106:10
108:7,10
109:10,15,18
114:17,19
115:19,20,22
118:18 124:6
125:17 126:23
128:9,10
129:17,21,22
139:20,23
144:13 145:2
145:10,19
149:14,16,23
160:22 161:1
163:9 164:4
176:5
**shared** 8:23
80:17,23
101:21,25
103:11,13
104:13 107:15
107:22 108:6
127:5,6 133:6
133:12 140:23
141:16 147:12
150:3,25
151:10,11,20
155:1,4,10,12
161:15 162:2

163:5,8,11,12
163:16 164:8
165:20,22
166:2,5,14,24
167:1
**shares** 88:3
127:7
**sharing** 8:21,21
9:3 20:22,23
20:23 21:19
27:11 34:6
35:1 57:3
64:21 67:7
78:23 80:12,17
80:25 82:7,10
82:18,20 90:13
91:16 92:20,22
92:23 93:1
103:23,25
105:9 106:7
108:8 114:20
115:17 117:12
120:10,12
125:10,13,24
127:11 128:1,3
139:5 140:18
140:24 141:4
144:23 148:2,8
148:9 149:1,4
149:15 151:12
153:18 154:22
155:21 158:2,7
159:1 160:9,11
161:6,13,25
162:1 164:1
166:6,8,9
**sheet** 73:9 85:20
132:16
**Sheraton** 49:4
**shift** 41:25
**shoes** 95:25 96:1
**short** 135:12
172:4
**shot** 3:19 114:10
118:11 169:20
**show** 44:8 46:10
46:19 55:8
60:4 65:4
84:14 86:4,9

92:10 98:2
108:24 117:14
122:13 130:14
131:3 134:23
135:24 136:8
152:23 154:21
185:1
**showed** 73:9
147:12 177:20
**showing** 49:24
102:7 135:9
139:22 147:8
148:8,24
152:12 158:14
165:4 169:19
177:21
**shown** 51:13
158:17
**shows** 33:1
72:23 87:9
112:19 116:9
117:8 127:4
136:2,9 152:10
157:18 161:4
**shut** 32:8
**shy** 45:22
**side** 34:18 119:7
134:4,5,6
142:21 178:9
**sides** 75:12
**sign** 15:10 42:16
68:2 74:21,22
74:24 94:5
99:18
**signatory** 18:14
18:16
**signed** 7:23
15:19 54:13
**signing** 52:2
**similar** 20:18
23:21 26:24,24
27:10 31:13
46:12 52:5,6,6
53:9 87:16
156:11
**simply** 62:1
**single** 40:23
44:23 58:25
60:12 68:13

69:2,12 95:20
110:8 112:22
117:15 118:1
120:4 154:15
158:19 179:4
**sit** 119:19,19,20
**site** 25:9 39:7
66:13,18,21
85:1 101:2
111:6 113:10
114:12,20
127:19 140:21
155:14 178:23
179:20 180:24
**sites** 25:10 28:22
30:21,23,24,25
39:5 91:20
126:11 180:23
**situation** 36:1
128:4 156:25
177:23
**six** 25:6 26:6,7
28:22 30:17
124:12 177:6
182:23
**size** 15:18,20
**skip** 109:14
**Skyline** 49:20
**Skype** 83:25
84:7,11
**SL-02736-A** 1:4
189:5
**SL-2736** 4:25
**slowed** 20:23
**small** 65:19
144:6,19
**Smith's** 22:12
**smooth** 105:15
**Snoork** 34:7,8
35:4 84:15
110:1
**social** 48:2
**software** 86:6
102:6,20
108:24 109:5
112:8 114:1,11
**sold** 15:3 80:6
93:6
**Solid** 178:14,20

178:21
**SolidTrust**
83:12
**SolidTrustPay**
31:14 83:16
119:4 124:20
134:9 138:14
166:23 178:23
183:8 184:1
**somebody** 42:6
97:11
**someone's** 64:6
76:3 80:4
116:9 143:18
144:4 167:2
**son** 11:3
**sophisticated**
53:11
**sorry** 10:20 18:1
36:23 90:20
123:25 129:8
149:8 171:25
172:19 178:16
**sort** 88:23
130:13 134:18
135:23,23
**sorting** 179:15
**sorts** 188:2
**sound** 82:1
95:14 180:13
**sounded** 88:13
144:18
**sounds** 104:24
105:2 170:20
184:14
**source** 42:8,9
141:3 168:10
173:20,21
**sources** 140:22
**South** 1:12 9:8
**space** 34:24 96:4
**Spanish** 11:16
11:16
**speak** 8:21 46:9
95:19 107:6
185:18
**speaking** 25:4
104:1
**speaks** 72:18

**specific** 77:11
79:1 185:19
**specifics** 122:7
186:11
**specify** 76:19
**speculate** 159:14
**speed** 38:7
**spell** 4:14 41:11
**spelled** 4:17
**spelling** 7:2
**spend** 37:2,12
57:9,10 62:24
64:15 66:9
75:21 91:13
132:17 133:1
**spending** 58:21
64:14,17 91:6
95:2
**spent** 58:24
72:11 96:1
115:4 131:5
132:25 133:2
185:7
**spin** 182:3
**spits** 127:8
**Spivak** 3:13
98:6
**split** 159:20
**spoke** 27:24 54:7
132:1 170:2
**spoken** 31:6
185:16
**sponsor** 19:6,10
19:15 68:25
98:18 151:12
**sponsor's** 102:19
**sponsored**
137:11
**sponsors** 68:24
174:11
**spread** 103:25
**spreadsheet**
3:14,15,18
147:15,16,23
150:14 165:10
**spreadsheets**
135:12
**SQL** 33:18
**staff** 39:25

**staged** 184:5,10
**stamp** 163:18
**standalone**
34:21
**standard** 87:19
**start** 7:12 13:23
14:13 31:24
32:24 40:19
45:6,8 79:24
80:3 110:4
111:14 155:16
164:10,11
**started** 13:1,24
15:23 40:22
42:16,18 44:13
88:6 100:17
106:16 110:4
115:10 170:21
**starting** 23:8
81:17 156:23
165:21
**starts** 80:1
111:18 163:2
**state** 4:14 5:4
21:1
**statement** 85:21
**statements**
85:17,19
**States** 1:1,13
18:24 29:20
52:1
**station** 13:3
**statistics** 72:23
122:14
**stats** 60:23
**status** 25:16
186:17
**statutes** 6:13
**stay** 45:14
115:25 119:12
126:15
**stays** 115:16,24
123:6,7
**Stella** 83:21,22
84:3,9
**Stella's** 84:4
**steps** 33:15
42:18
**Stevens-Hene...**

11:22
**stole** 36:8,18
**stolen** 36:3
**stop** 113:24
114:12 129:12
130:4
**stopped** 29:3
129:11 168:20
168:23
**stopping** 52:25
**stops** 113:21
129:24
**store** 22:12
144:10
**stored** 29:20
**straight** 94:9
176:17 179:2
**strategy** 173:7
**streaming** 42:20
**Street** 2:9
**structure** 69:3
**struggle** 16:13
**student** 14:20
**stuff** 39:6 170:23
**subaccount**
99:12,17
**subject** 53:18
**subtracted**
131:24
**successful** 23:2
127:20
**successfully**
12:20
**suffer** 37:10
**Suite** 1:12 2:9
**sum** 144:6
**summarize**
12:24
**supply** 126:7
**support** 39:3
46:10,19 101:7
101:8 143:23
**supported** 175:1
178:17
**supposed** 174:23
176:13
**sure** 4:16 7:14
9:8 13:1 17:4
22:14 25:2

28:8 37:8 39:4
43:23,24 44:11
46:25 47:7,13
47:23 50:10
53:5 56:4,7
57:6 66:22
71:23 72:6
78:16 87:13
88:5,14 91:6
104:7 110:25
118:8,13 122:6
122:16 128:24
141:14 144:3
147:4 154:19
156:11 157:23
168:2 180:3
182:18 184:4
185:20
**surf** 43:9 63:13
63:13,16 67:2
80:4 96:12
113:1,3
**surfed** 67:9,10
**surfer** 113:15
**surfing** 63:18
67:6,14,16
80:1 111:15,23
112:10,11
113:11,18
114:9
**survive** 25:9
**suspension** 89:5
**sustainability**
126:6
**swear** 4:5
189:10
**switched** 11:15
11:17,20
**sworn** 4:11
**system** 102:24
103:8,8,24
104:4 105:3
109:21 112:19
120:2 127:15
132:10 134:11
134:13 139:22
142:3 156:22
163:8,17

Page 213

**T**

**T** 3:1,1 83:3
**tab** 113:19
**table** 32:25
  33:19 85:23,25
  135:17 152:7
  152:22 165:6
**take** 29:5 56:5
  64:24 82:1,24
  83:19,20 95:23
  96:25 124:25
  132:14 149:6
  149:14,22
  153:13 164:13
  164:22 178:25
  181:3 182:4,23
**taken** 30:2 82:25
  83:2 125:22
  127:1 146:20
  164:23
**takes** 115:25
  127:11
**talk** 32:15 35:8
  43:1 45:11,22
  46:5 47:2 48:3
  69:13 71:19
  75:2 76:17
  83:6 86:21
  98:9 101:20
  103:22 106:24
  108:16 127:17
  165:1 173:4
**talked** 26:3
  27:17,19 40:4
  44:12 51:9
  60:6 79:22
  81:18 84:17
  85:15 89:8
  100:13 108:5
  140:17 156:9
  160:24 184:12
**talking** 33:23
  37:4 44:22,23
  45:8 57:1
  70:18 74:12
  76:22 105:11
  136:24 141:21
  144:22 152:15
  154:4 170:12

176:12,20
**talks** 43:8 50:17
  62:15 67:17
  69:23 73:1
  82:7 100:10
  107:12
**tape** 28:4
**targeted** 79:9,11
**targeting** 69:25
**taxes** 147:4
**Taylor** 11:5
**team** 185:22
**technically**
  38:24 40:2
  49:3
**telephone** 9:10
  9:11
**tell** 4:5 24:4
  117:21 121:4
  123:3,4 127:12
  136:14 137:20
  141:24 149:1
  165:17 171:23
  176:16 177:7
  180:20 181:4,7
  181:23
**telling** 46:12
  106:4 170:11
  171:7,8 173:13
  177:9,16 180:5
  180:8,11
  181:14
**templates** 41:23
  42:2
**Temple** 1:12 2:9
**ten** 13:8,14 60:5
  90:19 93:17
  108:11 109:7
  109:11,13,16
  111:10 114:16
  115:13 116:5,8
  116:11,14,17
  121:16,20,21
**tend** 6:22
**tens** 146:11
**tentative** 184:19
**term** 8:20,24
  16:22 26:16
  54:7 60:19

87:16
**terms** 3:12 7:13
  7:14,17 86:14
  87:5,17,21
  88:19 106:18
  176:1
**terrible** 118:6
  122:5
**testified** 4:11
**testifying** 7:6
**testimony** 6:15
**testing** 15:25
**Texaco** 13:3
**text** 23:16 60:23
  75:24 76:2,2
  76:24 96:10
  100:7 155:17
**thank** 187:13
**theirs** 119:18
**thing** 21:3 25:21
  26:5 34:6 47:8
  53:25 64:4
  72:2 86:1,20
  89:16 97:17
  110:8 124:5
  125:2 139:7
  145:15 163:1
  170:11 175:12
  178:9 183:9
**things** 16:21
  20:25 23:10
  29:8 37:21,22
  38:3,5 39:6
  47:10,12 48:3
  53:3 69:14
  70:23 85:12
  86:20 101:3
  104:16 105:17
  106:25 107:1
  114:5 118:7
  122:4 141:13
  162:8 171:9,11
  175:2 176:18
  188:1
**think** 10:15 16:6
  16:8 18:8,12
  18:17 22:1
  23:1,3,10
  24:24 32:19

33:22 46:3
  47:25 52:22
  54:15 55:13
  60:20 65:17,23
  69:17 71:6
  79:8 85:12,15
  85:16 88:17
  90:2 94:22
  95:9 96:9,18
  101:16 102:16
  107:11,18
  108:20,21
  111:6 114:15
  116:22 127:5
  127:24 134:14
  134:18 137:1,3
  141:7,7 146:6
  146:9 148:14
  148:15 153:8
  156:2 157:7
  159:15 162:7
  162:15 164:13
  165:22 169:14
  170:2,9 173:11
  175:6,6 178:23
  179:9 181:11
  181:16 182:15
  185:11
**thinking** 81:25
  182:21
**third** 39:19
  59:18 61:20
  62:11 69:18
  75:1 76:16
  80:21 103:22
  139:7
**thorough** 28:7
**thought** 33:7
  34:11 78:5
  91:21 95:2
  100:22,25
  101:6 106:4
  109:6 115:7
  121:14 134:20
  144:15 170:19
  184:19
**thoughts** 176:22
**thousand** 57:10
  57:11 58:22,22

59:20 62:4
  64:3,6 67:25
  69:19 77:2,8
  78:4 89:15
  90:12
**three** 20:21
  70:13 77:25
  90:9 92:1,2
  93:23 124:12
  128:20 184:20
  188:7
**ticket** 94:6,9
**tickets** 39:3 42:4
**till** 118:16 150:4
**time** 25:3 27:20
  28:23 29:13
  30:19 32:4
  34:13 37:19
  41:25 47:17
  54:21 68:16,22
  74:6 83:17
  110:12,17
  112:22 116:1
  118:16,17
  127:18,21
  129:5 131:12
  132:24 137:21
  139:7 145:4
  148:25 167:9
  169:13 172:4
  178:25 179:3
  181:3 182:10
  182:20
**time-based**
  127:16
**timer** 111:18
  113:12,20,21
  116:12
**times** 93:24
  95:10,12 109:7
  109:13 114:16
  115:13 117:25
  121:16
**title** 3:8,10,11
**TM** 169:25
  184:14
**today** 4:20 5:23
  6:7,25 7:7,13
  28:7 51:11

105:12 114:17
115:17 116:7
187:13
**today's** 117:21
163:6,6
**told** 96:23 169:1
169:4,9,13
178:7 179:23
179:24 180:1
**tomorrow**
115:18 116:7
**top** 65:20 66:12
111:17
**total** 22:4 33:11
54:5 87:11
103:9 136:19
137:24 148:9
150:3 153:9,16
153:21 154:17
155:23 157:16
157:19 158:21
160:5 166:13
166:13
**totals** 165:15
**touch** 160:19
**town** 49:7
**track** 110:6
120:10
**tracked** 127:3
**traction** 16:13
20:20 27:7,8
27:16
**traffic** 1:6 3:9
4:25 7:15,20
9:18 15:23
18:6 19:18,19
19:21 20:1,4
20:18 23:1,17
23:17,18,21,25
24:2,4,12
32:19 35:8,15
37:5,15 38:1,6
38:7,8,8,9,11
38:14,16,18,20
38:23 40:1,16
41:13 42:7,18
43:1,7,8,25
44:2,14,24,24
46:2,7,9,23

47:2 50:24
51:7,23 52:8
52:13,14,20,22
52:25 56:11,15
57:12,18 58:13
59:4,13,15,19
59:21,23 60:4
60:5,7,9,25
61:10,11,14,15
61:20,23,25
62:2,3,16,18
62:19,20,20,21
62:24 63:1,3,3
63:12,15,19,20
63:21 65:5
66:2,5,23 67:2
67:24 68:9,18
69:7 71:16
73:20 74:18,23
77:9 78:5,20
79:24 80:1
81:3,15 82:17
85:17 86:24
87:9,12 88:2,7
88:21 89:1,3
89:16,23 92:16
94:13,17,21
95:15 96:3,12
97:4,15 99:2
99:24 100:2,4
100:6,8,15,17
100:20,24
102:11,17
106:24 107:7
108:12,22
109:23,24
110:4,21
111:14 113:4,9
113:16 115:9
119:15 121:8
121:12 126:11
129:2 130:13
130:21 132:4,8
132:16 140:9
140:10,25
141:10,11,17
142:16,20,21
143:1 146:23
147:1 154:22

155:24 156:6,7
158:6,12
166:21,25
169:24 170:17
173:8,19,22
175:24 176:21
176:25 179:25
180:1 182:19
183:13,20
185:8 187:3
189:3
**TrafficMonso...**
56:10
**train** 41:18,18
**trained** 41:16,17
**training** 15:4,7
**trains** 41:18
**transaction**
32:19 73:13
110:20,21
143:13 170:19
**transactions**
28:17 110:23
144:19 167:11
**transcript**
189:14
**transfer** 18:24
**transition**
169:11 170:3
177:1 181:2
182:21 184:11
**transitioned**
177:25
**transitioning**
169:25 170:2
177:2,4,5
**transmitter**
29:21 30:10
31:4,9
**transparent**
181:9 188:4
**traps** 179:17
**treat** 66:24
**trends** 184:3
**tricky** 31:8
**tried** 142:5
178:4
**true** 67:20 88:2
94:18 189:14

**truly** 57:2
**trust** 39:16
178:14,20,21
185:22 186:1
**truth** 4:5,6,6
29:9
**try** 16:20 45:12
45:14 135:23
156:24 174:15
181:8
**trying** 11:17
18:23 26:24
35:19,19,20
49:5 53:19
78:14,17
107:18 121:2
126:18 128:22
142:6 173:1,17
175:6 176:23
178:20 179:18
**Tuesday** 1:14
109:14 189:6
**turn** 51:19
**turned** 178:11
**turning** 11:6
**turns** 108:23
**Tvi** 14:3
**TviPtc** 14:1,4
24:22 26:3,7
**twice** 93:14
133:4
**two** 13:6,12
16:16 32:21
72:15 73:25
75:12 77:25
79:22 92:1
97:22 113:4
124:17,18,20
124:22 125:1,3
125:22 126:11
133:1 162:8
165:10
**type** 25:24 27:9
66:21 90:8
96:20,21 181:2
**types** 39:5 53:10
66:23,25 113:4
146:2

**U**
**U** 15:1 27:17
**U.S** 47:16 55:11
55:20 189:11
**uh-huh** 8:5 9:13
10:2 13:15
19:19 20:9
25:13,25 28:3
34:10 35:5
50:19 54:6
55:4,21 66:3
68:6 71:6
77:15 79:2
85:3 86:3
90:15 91:19
92:6 100:14
101:18,18
103:17 112:5
112:24 118:20
118:23 134:7
134:24 140:11
145:22 149:5
150:11,15
152:11 155:15
163:15 169:3
**UK** 9:17 10:1,9
40:4,8 146:24
176:22 181:19
186:5
**Ultimate** 27:5
**ultimately** 176:6
**underneath**
87:11
**undersigned**
189:10
**understand** 6:7
6:9,13,19 24:6
42:11 53:24
58:18 78:17
134:16 153:8
160:22 174:9
185:18
**understanding**
136:1
**understood**
186:12
**unfortunately**
36:1
**United** 1:1,13

Page 215

18:24 29:20
52:1
**unlimited** 15:19
**unpaid** 108:24
**unreachable**
110:1
**unresolved** 30:5
**unsupported**
174:10
**up-and-up**
171:14
**upload** 53:4
**uploaded** 34:4
110:21 181:16
**ups** 51:21
105:18
**use** 7:14 8:20,24
15:5 16:16,22
21:13,15 24:15
24:17 36:11
38:21 41:22
43:11,17 45:23
52:9 56:9
68:10,12,20
74:23 86:5
99:18 114:4
119:23 125:7
129:12 130:11
130:15,16
131:2,8,18
132:25 133:8
133:20,23
137:15 143:19
150:9 152:13
154:3,3,7
166:20 187:3
**username** 84:11
**users** 100:25
105:8
**usually** 45:23
97:22,23
**UT** 189:7
**Utah** 1:13 2:10
9:9 21:1
**utilized** 103:24

_____
**V**
**Valley** 13:11
**value** 72:15

77:24 78:4,12
78:15 79:7
90:6,11 91:3,4
91:14 93:9
94:20,24
102:23 127:7
150:19
**values** 102:7
**vantage** 110:13
**varied** 148:14
**varies** 117:14,22
**various** 42:2
141:13 142:1
**varying** 117:25
**verbally** 71:14
**verify** 137:13
**versus** 94:7,8
121:9,10
**video** 3:19 42:10
42:20 169:20
169:21 177:12
178:24 181:11
186:20
**videos** 42:15,20
**view** 43:22
49:15 61:7
97:11 113:23
117:19 139:10
165:23
**viewing** 111:25
113:10
**violations** 5:1,3
**visa** 19:14,14
**visit** 62:5 72:10
75:9 97:12
**visiting** 62:1
75:8
**visitor** 59:21
61:25 62:10
64:16 69:18,19
72:10,11 73:15
78:20 81:11
89:15
**visitor's** 72:15
**visitors** 50:23,25
51:8,14 58:12
58:14 59:20
61:21 62:5,9
62:18,25 64:4

64:5,6,9,10,14
64:16,18 67:24
67:25 72:9,13
72:14 73:2,5
73:16 76:5,6,9
77:8 78:5
90:12
**visits** 50:8,13
75:6
**volume** 28:18
**Voluntarily** 28:2

_____
**W**
**wait** 124:9,15
177:6,25
180:25 182:12
**waiting** 29:4
156:15 157:14
160:3,5 184:17
**waiving** 71:20
**walked** 20:21
23:7 173:18
**walking** 21:15
179:16
**Wallet** 40:7,13
40:15 183:7,22
183:22
**want** 12:2,3,6,14
32:1 39:6 48:6
48:8 50:15
53:5 60:17
62:4,5 63:1,17
63:18 64:24
66:24 67:4
71:3 74:25
75:15 78:3,6,8
78:13 79:4
81:12 83:24
86:19,22 88:9
90:16 95:25
96:18 97:7,7
106:5,19
108:10 110:15
115:3,4,5
116:11 119:11
120:1 121:24
122:13,15,20
122:24 123:22
124:23 129:13

130:11,15,16
131:9,9,15
133:8,19
137:16 141:14
143:16 149:19
173:12 176:19
179:12 181:4
182:4 183:5,17
183:24 185:1
187:14
**wanted** 7:12
11:14 16:23
32:14 38:4,10
41:3 46:20
48:1 51:10
57:16 59:3
63:8,10,12
66:22 69:14
71:19 84:14
87:13 88:5,13
90:14 91:3,13
92:21 93:1
94:12 133:23
177:11,14,19
179:5 181:1
**wanting** 75:21
121:7 176:4
**wants** 42:6 73:5
79:5 184:24
**warned** 19:5
**warning** 19:8
**wasn't** 18:25
27:10,16 33:23
40:22 73:15
107:13 110:24
111:2,3 137:6
167:14
**watch** 42:15
**way** 29:6 44:21
59:8 66:13
71:18 75:16
76:9 79:14
92:24 97:17
101:8 103:6
104:15 105:3,6
110:19 116:21
126:15 127:15
132:3 142:8,14
149:20 156:6

161:24 175:18
176:11,14
181:9 182:7,24
186:10 187:6
187:10 188:3
**ways** 44:19 95:9
97:22 113:23
156:7 172:1
175:24 182:9
185:6
**we'll** 7:13 56:5
57:19 71:24
75:3 81:25
82:23 86:23
87:18 105:24
109:17 126:15
126:23 164:21
164:22 183:9
184:16
**we're** 4:2,20
24:9 48:7
49:24 51:3
52:24 53:2,5
66:14,22,23
69:13 79:20,20
81:25 83:5
104:24 107:17
123:21 135:9
141:21 147:8
154:20 156:15
157:13 164:25
165:4 167:3
169:19 171:25
172:16 173:7
175:13 181:2
185:2 188:6
**we've** 7:17 51:23
52:12 53:7
74:3 81:7 89:8
90:1 105:23
107:7 111:8
113:16,24
114:15 142:9
156:9,21
159:10 160:24
163:9 167:6
172:19 179:9
182:21 185:4
**WealthEngine...**

27:14
**web** 34:9 60:18
60:20 61:11
84:18 96:8
112:20,20
**webcast** 176:9
180:19 186:20
**website** 3:12
8:10 9:25 10:6
14:2 16:2
22:11 24:23
25:12 26:17
27:21 42:9,13
42:15 43:12
44:1,2,8 45:1
45:23,24 47:11
50:5,25 51:8
52:13,20 54:23
59:13 60:16
61:22 62:5
65:5 67:24
68:1 69:21
70:6,14 72:9
72:10 73:5
75:7,8 81:22
81:22 84:21
86:13 88:22
91:2 95:24
96:2 97:12
102:6,20
107:16 108:20
110:1 111:20
111:25 112:3,4
112:9,12 113:8
121:5 123:11
125:15 143:4,4
143:8,9,10
187:23
**websites** 23:19
24:17 26:7
28:11,13 30:7
30:16 32:5
43:18 50:22
51:2,2,6,18,21
51:22 52:9
56:12 58:13
60:25 61:10,12
61:14 62:1,6
63:10 64:12

75:20 87:21
96:13
**Wednesday**
109:14
**Weegee** 49:8
**Weehawken**
49:11,12,13
**week** 106:13
**weekend** 105:21
**weeks** 145:4
171:5 173:25
184:13
**weird** 49:9
**Wendy's** 13:2
**went** 5:5 11:13
11:20,21 12:8
13:19 14:10
16:17 21:2
44:23,25 46:18
60:20 95:4
145:4 162:16
167:24
**weren't** 37:22
**West** 1:12 2:9
13:11
**whatsoever**
30:23 116:2
**wife** 6:25 10:18
11:23,25
**window** 111:17
111:18
**wire** 18:23
**wired** 185:9
**wiring** 36:10
**wish** 182:9
**withdraw**
119:12 131:9
154:7,11,13
178:11,12
179:20
**withdrawal**
124:24 130:25
133:21
**witness** 1:8 2:13
3:3 4:10 7:7
10:19 24:1,14
26:16 32:1,6
32:10 34:16,23
41:10,15,17,23

47:20 48:17
49:13,15 55:7
55:12,18,21
56:7,16,18
58:7,10 59:15
59:17 60:1,7
60:12 61:8
63:8,21 64:2
64:13,22 69:22
71:13 73:4,8
73:19 75:4,10
76:12,20,23
77:4,7,12,22
78:16,19 79:2
79:16 80:13,16
92:19 93:4,14
93:22 95:1
99:6 102:5
106:14,20
113:3,14 116:6
117:1,6,18,21
118:6,10,13
120:19 121:7
121:19 122:1,3
122:18 123:13
125:10 127:22
128:15 129:6
129:10 130:3,8
136:15,20
137:5,11,19,23
138:2,6,9,12
138:18 139:9
139:17 140:5
140:11,14,19
140:25 141:2,7
146:5,14
149:12 152:22
153:2,25
154:24 155:6
155:11,15,19
156:1,5,11
158:4 159:2,5
159:9,22 160:2
160:9,12,18
161:2,20,24
165:14,19
166:7,10,18
167:12,20
168:1,15,19,22

169:3,6,9
172:24 174:6
175:6,9,11
176:2 178:6,8
181:13 183:2
183:15 184:16
185:9,15 186:7
186:11 187:17
189:4
**wonder** 88:1
**wondered** 86:24
91:7 103:7
104:2
**wondering** 22:7
77:20 97:13
105:2 129:2
132:22 158:23
**word** 182:7
**worded** 105:6
**wording** 87:22
**words** 129:12
**work** 12:24
14:17 19:11
35:24 40:25
41:2,5 93:3
101:7 114:1
119:14 165:25
171:13 179:10
179:13
**worked** 11:23
12:4 13:2,2,3,7
26:25 134:20
**working** 13:4
29:16 35:19
48:9 51:24
52:12 113:25
173:8 176:24
183:8
**workload** 87:4
**works** 42:19
47:7 67:17,22
72:5 105:25
134:14,19
**world** 18:20
19:2 51:3,6
106:21 169:25
174:23
**worried** 31:18
**worrying** 123:18

**worth** 76:5
93:10,17,18,21
94:25 124:22
152:5
**wouldn't** 24:1
36:18 37:10
45:19 52:22
60:8 61:8 86:7
116:7,19 121:6
121:16 122:8
122:22 124:3
124:21 133:17
150:25 160:21
160:25 169:12
184:6 186:10
**wow** 24:25 68:1
105:11
**write** 86:15,17
**write-offs** 147:5
**written** 42:25
76:1
**wrong** 29:9,10
71:1 149:21
168:9 185:1
188:3
**wrongly** 178:22
**wrote** 65:9 70:9
70:10 172:24

**X**

**Y**

**yeah** 7:8 8:2 9:4
10:11,16 11:10
12:1 13:22
14:21,24,24
17:14 20:11
21:3,23 22:25
23:23 25:13
26:21 27:6
28:24 40:5
43:23 45:20
48:24 49:20
54:12 55:8,18
56:5,7,17 58:1
65:16 83:21
84:21 86:4,8
87:7 93:23
98:1,15,24
99:8 107:22

Page 217

112:22 114:22
118:12 120:21
122:18,24
126:1 131:7
133:18,18
134:2 141:20
144:17,17
146:15 147:3,5
151:2 166:10
168:19 169:23
172:5,9,24
173:6 175:21
178:6 182:20
**year** 13:5,17,18
   18:13 24:25
   28:15 29:16
   30:19 70:7
   71:5 110:15,16
   147:13 150:4
   169:22
**years** 13:6,8,12
   13:14 16:24,24
   16:24,24
   185:25
**yesterday**
   105:13 120:24
   128:19 147:9
**York** 47:18
   49:19 95:10,12
**YouTube** 3:19
   42:22 169:20
**yup** 25:23 31:16
   107:11 110:8
   130:22,22
   133:10 168:15

_____

**Z**

**Z9** 9:9
**zero** 131:4
   132:16,18
   163:2

_____

**0**

_____

**1**

**1** 1:9 3:7 5:15,16
   5:17 6:14
   28:19 153:13
**1,000** 62:10
   82:17 100:25

**1.45** 50:14
**1.5** 101:15,18
**1.9** 155:5
**10** 3:18 11:6
   15:16,21 57:10
   67:18 68:5,6
   68:19,23 69:9
   77:2 92:17
   93:10 100:11
   102:18 131:25
   147:20,23
   150:23 153:17
   156:8 157:15
   158:21 165:4
   165:18
**10:05** 1:17 4:2
**100** 47:23
   104:22 133:1,1
**100,000** 179:3
**10th** 35:10
   117:17 152:8
   154:21 155:25
   156:22 157:6,7
   167:9,13
   168:13,17
   173:24 178:3
**11** 3:19 11:6
   169:16,19
   176:10
**11:35** 83:1
**11th** 157:6
   160:25 168:13
   169:14 175:9
   175:10 178:3,4
**12:34** 83:5
**12th** 160:25
   168:13 169:22
   176:10 178:3,3
   180:19 186:20
**135** 3:14,15
**14** 142:12
**14,000** 55:13,15
**145,309,319**
   136:13
**147** 3:17,18
**15** 13:1 100:19
   144:24
**15,225,689**
   148:10

**150** 139:7
**15th** 166:13,14
   167:9
**162,000** 54:22
   55:10
**1662** 3:7 5:14
   6:1
**169** 3:19
**16th** 65:20 150:4
**17** 1:14 189:6
**17th** 4:3
**180** 28:21
   180:25
**19** 15:17
**190** 1:9
**193** 140:21
**1980** 17:8
**1st** 147:13
   165:21 166:12
   166:14

_____

**2**

**2** 3:8 49:22,25
   54:2 56:25
   62:11 69:17
   81:9 82:4,6
   86:21 88:24
   119:2 132:25
   148:2 149:1
   152:14 153:13
   157:18
**2,000** 62:6
   100:25
**2,500** 51:3,5
   62:25 64:10,14
   64:17
**2.25** 100:15
**2.50** 101:20
**2:28** 135:1
**2:36** 164:25
**20** 77:5,6,7,10
   77:11,20 78:4
   79:13 82:16
   89:21 90:11,18
   90:25 91:11,12
   93:24,24
   111:18 112:14
**2010** 12:14
   13:19,24

**2011** 12:14
   28:14
**2013** 29:17 32:3
**2014** 35:10
   138:11
**2016** 1:14 4:3
   50:6 167:24
   189:6
**202** 1:25
**229.95** 64:5
**24** 101:21
   103:10,11
   106:8,12
   110:11,13
   117:23,24
   124:7 149:7
**24-hour** 110:12
**25** 67:11 69:23
   76:18 77:10
   78:24 79:10,12
   89:24 90:18
   102:9 140:14
**25-cent** 79:6
   90:2
**25th** 27:25 50:6
   70:7,11
**27** 156:18
   157:17

_____

**3**

**3** 3:10 65:2,4
   79:20 93:24
   107:12,17
   142:12 153:13
**3,000** 14:14
**3.18** 54:4
**3:05** 188:8
**30** 168:24
   169:10,12
   173:10 177:8
**30th** 11:6
**351** 1:12 2:9
**39.50** 101:19
**397,562,000**
   166:14

_____

**4**

**4** 3:4,11 70:2,5
   72:2 75:2
   80:11,22 81:6

81:10,17,17
82:5 107:12,17
153:13
**4,133,825.64**
   153:16
**4.0** 12:1
**4.5** 100:15
   101:11
**40** 91:8 93:11,13
**40,000** 22:3
**43,000** 154:23
**45** 127:12
**45,000** 185:11
**467-9200** 1:25
**47** 127:13
**48** 106:13
**49** 3:9
**4927** 9:8
**4th** 17:8

_____

**5**

**5** 3:7,12 81:19
   86:9,10 87:24
   101:20 103:10
   103:14 150:2,6
   150:7 153:14
**5.95** 57:9 59:20
   62:8,10 64:4
   68:1 69:19
   89:18 102:11
   102:18
**50** 66:9 68:16
   69:24 72:12,14
   73:2,16 76:18
   78:25 82:13,16
   89:10,12,13,24
   90:12 91:8
   92:4,18 93:19
   93:21 94:23
   95:2 98:10,21
   99:1,5 100:1
   100:11 107:1,1
   107:8 108:5
   125:6,7,14,20
   127:2,13
   130:25 131:2,5
   132:12,17,17
   132:23 133:2,3
   133:8 134:5

138:19 139:5,8
139:11,19,21
139:23,24,25
140:15 158:24
**50,000** 64:5,7
185:12
**524-5796** 2:11
**55** 68:17 114:18
114:22,24
115:8,9,16
118:16,17,21
118:24 119:10
120:3,13 123:1
124:1,9,16
125:11,21
126:3 127:2,13
127:20 128:13
128:17,21
129:3,5,22,25
130:10,14
131:5 132:24
133:7,8,8
139:5,21,25
148:23 149:4
151:25 157:19
**550** 64:15
**57,000** 140:21
**59** 68:4 102:11
**59-1/2** 102:18,19
**5th** 157:25 158:5

---
### 6

**6** 3:13 92:8 98:2
100:10 103:22
150:12 160:4
**6,000** 40:10
**6.100** 1:12 2:9
**6.5** 168:16
**60** 91:8,13 93:18
93:21,24 94:25
**618** 150:4
**649-7669** 9:11
**65** 3:10
**6th** 32:2

---
### 7

**7** 3:14 81:10
107:17 135:6,9
135:18,19,21
136:1 137:4

141:21 148:20
151:23 160:3
161:4
**7,504,340**
148:11
**7.5** 149:11
**70** 3:11 94:25
104:25
**71** 152:25
**71.1** 152:10
**73** 103:25 104:2
**738** 138:7,16
**738.5** 150:18
**75** 101:16
**79** 101:19

---
### 8

**8** 3:15 135:6,9
135:13 137:18
137:23 141:6
150:13,22,23
151:15 154:18
154:21
**801** 2:11 9:11
**83** 146:6
**84101** 1:13 2:10
**84123** 9:9
**85** 146:6
**86** 3:12
**88** 141:23
144:15 146:3,7

---
### 9

**9** 3:16 147:6,8
147:22 151:19
151:23 152:7
153:9 160:4
165:7
**92** 3:13
**95** 168:6
**9th** 168:16