# Exhibit B

# Frost

I, Scott R. Frost, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 21 and a resident of the State of Utah.  I am a senior accountant with the United States Securities and Exchange Commission (the "Commission").  I have been employed by the Commission for 26 years.  I have an MBA with an emphasis in accounting from Westminster College.  I am also a Certified Fraud Examiner.  My duties with the Commission include investigating potential violations of the federal securities laws.

2.      As part of my duties with the Commission, I have investigated Traffic Monsoon, LLC ("TM"), Charles Scoville ("Scoville") and related entities.  I have reviewed and analyzed documents from investors, public court filings, financial institutions, payment processors and others.  I have also interviewed witnesses, including investors, and conducted research.

3.      TM registered with the State of Utah on September 29, 2014.  The organizer and sole member of the limited liability company is Scoville.  **See Exhibit 1.**  LLC Articles of Organization.

4.      TM claims to be ... "a specialized advertising and revenue sharing company that allows international participation of individuals and groups. Our services provide high quality advertising targeted for people seeking for a way to earn money online along with complete account privacy, top level online security, efficient account management, and a dedicated support team.".  **See Exhibit 2.**  TM website printout.

5.      Scoville is the owner/manager of TM.  **See Exhibit 3.**  Utah Business Search. Scoville opened one domestic bank account in the name of TM with JPMorganChase on or about February 25, 2016.  **See Exhibit 4.**  TM Chase Bank account opening forms.

Scoville had two existing personal accounts at Chase. **See Exhibit 5** Scoville Chase account statements for December 2015.

6.      Since October 2014, TM raised more than $207 million from at least 162,000 investors. The $207 million includes $134 million deposited into the TM account at PayPal between October 2014 and February 2016, and $73 million paid to various payment processors and banks on behalf of TM from February 2016 to May 16, 2016. **See Exhibit 6** PayPal docs. **See Exhibit 7** Scoville May 16, 2016 email.

7.      Of the $134 million received by PayPal, approximately $61 million was paid out to TM investors prior to PayPal instituting a six-month freeze of TM's accounts in February 2016. According to PayPal, the freeze was to expire August 9, 2016. At the time of the PayPal freeze in February, PayPal was holding approximately $61 million attributable to TM investors. **See Exhibit 6**, PayPal docs.

8.      On July 21, 2016, I was notified by PayPal that the freeze PayPal had placed on the TM account, set to expire August 9, had automatically expired on July 11, 2016, unbeknownst to PayPal employees monitoring the account.

9.      Since the February freeze, PayPal has been releasing funds to individual investors who submitted claims for return of their principal amount deposited with PayPal. As a result of the claims paid, the Traffic Monsoon account at PayPal had $46,615,787 in the account as of July 10, 2016. **See Exhibit 8** PayPal transactions since July 10.

10.      Starting July 11, Scoville began withdrawing funds – in $100,000 increments, the maximum allowed by PayPal – from the TM account at PayPal. During the course of the next 10 days, Scoville withdrew more than $23 million from the PayPal account. **See id.**

11.     During the same time period, Scoville attempted to withdraw an additional $10 million, however, PayPal reversed the transactions.  As of July 21, 2016, the TM account at PayPal had a balance of $23,316,843.  **See id.**

12.     Of the approximately $73 million invested with TM since February 2016, TM has approximately $10 million in various bank accounts and payment processors.  **See Exhibit 7**  Scoville May 16, 2016 email.

13.     TM purports to share with investors revenue from the sale of multiple TM advertising products.  Only investors who purchase AdPacks are eligible to participate in profit sharing.  **See Exhibit 9** TM website.

14.     An AdPack is a TM product that costs $50 per AdPack and entitles the purchaser to 1,000 visitors to the purchaser's website, 20 clicks on their banner advertisement on the TM website, and a share of TM profits.  Beginning July 7, 2016, AdPack purchasers must click on 50 advertisements on the TM website ad rotator – staying on each ad at least five seconds – every 24 hour period to be eligible to receive a share of the profits for that 24 hour period.  The investor need only click 50 ads per day, regardless of how many AdPacks they own.  **See id.** TM website FAQ.

15.     Prior to July 7, investors were required to click on 10 ads per day and stay on the ad for 20 seconds.  **See Exhibit 10**  copy of older version of website.

16.     The changes in the required clicks per day were made, according to TM's website, in part to improve service and achieve a higher Alexa rank.  Alexa is an internet company that provides commercial web traffic data and analytics, as well as world wide website rankings.  As discussed in more detail later, this appears to be an attempt to

3

reduce the disparity between website visits promised by TM and those actually delivered. **See Exhibit 11** Surfing only 50 seconds more per day.

17.     Each AdPack purchased entitles the buyer to a share of the daily revenue until $55 is reached, a 10% return on the initial $50 purchase. After an AdPack earns $55, no more additional revenue is available on that AdPack and an investor must buy a new AdPack to continue to participate in profit sharing. **See Exhibit 9.** TM website.

18.     Through conversations with investors and Mr. Scoville, I found that historically, it has taken 55 to 60 days to earn $55, earning approximately $1 per day per AdPack. As a result, investors have received an average annual return of approximately 60%, assuming they purchased a new AdPack every 60 days.

19.     It is possible to purchase 1,000 visitors to your website and 20 clicks on your banner advertisement without the revenue sharing position, for $10.95 (1,000 visitors = $5.95; 20 clicks = $.25/per click). As described below, the vast majority of TM members buy AdPacks. **See id.** TM website.

20.     The TM website identifies revenue sources available for profit sharing: AdPack combo; Pay-Per-Click Banner Ad Campaigns; Pay-Per-Click Text Ad Campaigns; Traffic Exchange Start Pages; Traffic Exchange Credit Purchases; Monsoon Traffic Packages; and Login Ads. **See id**. TM website.

21.     Scoville claims on his personal website, charlesscoville.com, that …"We sell 1 service LOWER in demand which includes a profit sharing position, and share profits from the services with HIGHER demand with those who click a minimum of 10 ads per day". The service with claimed lower demand with a profit sharing position is the AdPack. **See Exhibit 12** Business Ventures / Charles Scoville website.

22.     Scoville has described how revenue from sales is shared with investors. Approximately 72% of TM's daily website revenue, including the 10% sales commission paid to investors, is allocated to investors daily.  The remaining funds are held as company reserves and profit.  **See Exhibit 13**  Scoville April 25, 2016 email.

23.     TM has received approximately $73 million since February 2016.  The $73 million is considered profit that is available for revenue sharing with investors.  Of that amount, more than $71 million, approximately 97%, came from purchases of AdPacks. **See Exhibit 7**  Scoville May 16, 2016 email.  Scoville confirms that almost all of the money coming into TM comes from the purchase of AdPacks.  **See Exhibit 14.**  Scoville July 21, 2016 email.

24.     TM made approximately $2 million from the sale of advertising services, not including AdPacks, since February 2016.  Without the sale of AdPacks, there is obviously not sufficient revenue to pay returns to investors.

25.     As reported by Traffic Monsoon, total sales of AdPacks since October 2014 is $738.5 million. This total includes both cash purchases of AdPacks through a payment processor or bank and AdPack purchases using TM credit from profit sharing. Total profit shared with AdPack purchasers over the same time period is $618 million.  Sales of all other services combined, except cash links(revenue from cash links is not subject to revenue sharing), total approximately $3 million.  As a result, AdPack sales accounted for more than 99% of total sales since October 2014.  **See Exhibit 15**  Report of Sales of Each Service.  **See Exhibit 7**  May 16, 2016 email.

26.     As noted above in paragraph 14, an AdPack purchase entitles the buyer to 20 clicks to their banner ad and 1,000 visitors to the investors' website (also referred to as

"traffic exchange credits"). **See Exhibit 9** TM website.  TM claims to have sold more than 15 million AdPacks since October 2014.  As a result, TM is obligated to deliver more than 15 billion visits to investors' websites. **See Exhibit 7**  Scoville May 16, 2016 email.

27.　　As of July 13, 2016, according to TM's website, TM has delivered 1.567 billion clicks – or visitors – to its members' websites to date, approximately 10% of the promised visits. **See Exhibit 2**  TM website.

28.　　As a result of the imbalance between promised visits to members' websites (15 billion) and actual visits (1.6 billion), the value Scoville places on advertising services offered by TM is highly suspect.

29.　　A Ponzi scheme is a fraudulent investment opportunity in which money contributed from new investors is used to pay returns to earlier investors.  Typically there is no significant business or investment activity to pay returns to current investors without recruiting new investors.

30.　　Ponzi schemes generally have the following four characteristics:  (1) a dependence on funds provided by third-party investors; (2) material misrepresentations or omissions made by the operators of the scheme; (3) payment or promise of payment of above market returns to investors; and (4) the scheme becomes increasingly insolvent with each subsequent investment.

31.　　Based on my review of financial records, interviews with investors and conducting research, TM is operating a Ponzi scheme.

32.　　TM is only able to repay earlier investors by bringing in new investment money.  TM does not appear to have a legitimate business operation, but simply uses new

investment funds to pay earlier investors and expenses. TM claims to be an advertising company that shares profits with investors, when in fact more than 97% of "revenues" are from new investors.

33.     As described above, investors receive approximately $1 per day per AdPack in the form of what TM calls revenue sharing. In fact, the only "revenue" available to be shared comes from the continued sale of new investments – AdPacks – not business revenue.

34.     Because TM is a limited liability corporation, Scoville should recognize all TM income and expense items on his personal tax return. Scoville's 2015 Federal tax return shows TM had total gross receipts of $3,195,263 and total expenses of $768,514 for 2015. **See Exhibit 16**  Scoville tax return.

35.     However, simply looking at cash received by TM from PayPal during 2015, shows that TM received more than $100 million from investors. **See Exhibit 17**  PayPal spreadsheet. Because AdPacks only produce income for approximately 60 days, investors buy multiple AdPacks during a year, which would cause TM's actual sales volume to be many multiples of $100 million. **See Exhibit 13**  Scoville April 25, 2016 email.

36.     It appears that Traffic Monsoon's income in 2015, as claimed by Scoville on his tax return, did not include any revenue from the sale of AdPacks.

**Traffic Monsoon Investors**

37.     Traffic Monsoon has more than 160,000 investors throughout the world. I have spoken with numerous investors during my investigation of TM and found most of them had similar experiences.

38.     None of the investors were willing to state their purchase was an investment, citing TM's Terms and Conditions.  Each investor is required to agree to TM's Terms and Conditions, part of which states:  "You agree to recognize Traffic Monsoon as a true advertising company which shares its revenues, and not as any form of investment of any kind".  **See Exhibit 18**  TM website Terms and Conditions.

39.     Almost all of the investors I spoke with – many of whom invested more than $50,000 – acknowledged that they purchased the AdPacks for the expected return of approximately $1 per day per adpack, not the advertising benefit.

### On-Going Conduct

40.     TM has a significant online presence and is continuing to offer investment opportunities couched as advertising services.  TM's website is fully functional and Scoville continues to approach potential and current customers to invest.

41.     In February 2016, shortly after PayPal froze TM's account, the average daily revenue shared with investors was $152,756.  As recently as May 15, 2016, TM's revenue sharing averaged $908,494 per day, an almost six-fold increase from February.  As noted earlier, revenue shared is approximately 72% of the total funds received during the preceding 24 hours.  **See Exhibit 7**  Scoville email.  As a result, TM's revenue during May 9-15, 2016 was approximately $1.2 million per day ($908,494/.72).

42.     Although TM's revenue includes internal sales, it indicates significant increase in TM's cash flow since February 2016.

43.     Approximately 145,000 TM investors reside outside the U.S., almost 90% of TM investors.  TM appears to be most popular in countries that are also some of the poorest countries in the World and can least afford to lose money in a Ponzi scheme.  For

example, the TM website is the 385 most visited website in Bangladesh, 366 in Venezuela, and 517 most visited site in Morocco.  TM's website ranks 15,350 most popular website in the U.S.  **See Exhibit 19**  Alexa Site Overview.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Salt Lake City, Utah on July 25, 2016.

_____
Scott R. Frost

# Exhibit 1

# Frost

File Number 9175555

# LLC

## Certificate of Organization
## OF
## Traffic Monsoon LLC

The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company

### Article I
The name of the limited liability company is to be Traffic Monsoon LLC

### Article II
The purpose or purposes for which the company is organized is to engage in Traffic Monsoon provides multiple services for companies to generate website visitors Banner Advertising, Text Advertising, Traffic Exchange, and Direct Website Visitors

The Company shall further have unlimited power to to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto

### Article III
The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state  The name and address of the initial registered agent shall be

(Registered Agent Name & Address)
Charles Scoville
████████████████
Murray, UT, ████

## ACCEPTANCE OF APPOINTMENT

Charles Scoville
Registered Agent Signature

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 29, September 2014 in the office of the Division and hereby issues this Certification thereof

*Kathy Berg*

KATHY BERG
Division Director

## Article IV

Name, Street address & Signature of all members/managers

Manager #1
Charles Scoville
████████
Murray, UT ███
Charles Scoville
Signature

DATED 29 September, 2014

## Article V

Management statement
This limited liability company will be managed by its Managers

## Article VI

Records required to be kept at the principal office include, but are not limited to the following

### Article VI.1

A current list in alphabetical order of the full name
and address of each member and each manager

### Article VI 2

A copy of the stamped certificate of Organization
and all certificates of amendments thereto

### Article VI.3

Copies of all tax returns and financial statements
of the company for the three most recent years

### Article VI.4

A copy of the company's operating agreement and minutes of each meeting of members

## Article VII

The street address of the principal place of business is

████████
Murray, UT ███

## Article VIII

The duration of the company shall be perpetual years

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity

# Exhibit 2

# Frost

# YOUR MASSIVE TRAFFIC RESOURCE

Increase the number of visitors to your links

## 1,600,212,073
VISITS DELIVERED TOTAL

**START PROMOTING YOUR SITE (./SIGNUP)**

## Alexa Rank



## Traffic Diversification In World's Leading Services

Providing Low Cost Ad Services

Delivering Best-In-Class & Long-Term Service

Helping Our Advertisers Achieve Success

TrafficMonsoon.com is a specialized advertising and revenue sharing company

that allows international participation of individuals and groups. Our services provide high quality advertising targeted for people seeking for a way to earn money online along with complete account privacy, top level online security, efficient account management, and a dedicated support team.

| 2,798,508 | 3,530,556 | 47,506 | 4,231 |
|---|---|---|---|
| VISITS DELIVERED TODAY | MEMBERS TOTAL | MEMBERS LAST MONTH | MEMBERS ONLINE |



This content cannot be displayed

To help protect the security of information website, the publisher of this content do displayed in a frame.

What you can try:

## Learn How You Can Use Traffic Monsoon to Make More Money Online

Our company's traffic generation resources are capable of sending your website several thousands of visitors quickly. All our members have equal opportunity to benefit from an attractive revenue sharing plan on a long-term basis. There is truly no risk to our revenue sharing plan, because

the quality of advertising services you're paying for out-weigh the price. You'll really notice the difference with TrafficMonsoon in results, and profit sharing.

Traffic Exchange Credit Purchases offer you the ability to purchase more traffic exchange visitors without having to surf endlessly to earn the credits needed for the number of visitors you want to receive. Simply select the number of visitors you want, complete payment, and receive visitors!

Monsoon Traffic Packages offer you the ability to promote your website through a myriad of advertising websites to help you gain great exposure, increase recognition, and generate better overall results in gaining sign-ups, leads, and referrals.

**1000** visitor credits $5.95

**2500** visitor credits $13.95

**5000** visitor credits $27.95

**7000** visitor credits $37.95

**10000** visitor credits **$49.95**

**15000** visitor credits **$74.95**

**25000** visitor credits **$119.95**

**50000** visitor credits **$229.95**

**2500** visitor credits $5.00

**5000** visitor credits $9.00

**10000** visitor credits $16.00

**25000** visitor credits $38.00

**50000** visitor credits **$70.00**

**100000** visitor credits **$130.00**

**200000** visitor credits **$250.00**

**500000** visitor credits **$600.00**

TrafficMonsoon is intended to stay, grow, and compete in the field of internet advertising services. We'll do whatever it takes to become a leader you can trust and rely upon.

**READ ABOUT OUR HISTORY (ABOUT)**

We've delivered 1,600,212,073 Visitors to Our Member's Websites to Date !

WE'RE ABSOLUTELY CAPABLE OF PROVIDING YOU A MASSIVE FLOW OF VISITORS AT PRICES YOU CAN AFFORD.

**CREATE ACCOUNT (SIGNUP)**        **VIEW AD PLANS (AD_PLANS)**

Up To $55         10% Affiliate Program

Our advertising & sharing plans were carefully thought through to provide a mutually beneficial experience over the long term. With such plans you can't go wrong, we strive to deliver member's advertising purchases as fast as possible and process withdrawals within 24 hours. Constant member satisfaction isn't an easy task and our main goal in today's changing market will stay the same: Member's Success!

If you wish to get more detailed information about our advertising services: Visit Advertising Plans (ad_plans)





## Site News

**Jul 21, 2016**

**Allied Wallet Card Orders Refunded**

After getting the green light to allow all members to order Allied Wallet paid cards, Allied Wallet bumped into some complications which resulted in them not being quite ready for these orders yet. I've decided it is best to refund you $6 for your purchase. The $6 is being returned to your Traffic Monsoon account balance, and can be viewed within your account balance history labeled, "Allied Wallet Card Purchase Refund"

Read more (./news_details.php?nid=25)

**Jul 07, 2016**

**Surfing only 50 MORE SECONDS per day**

What this change will do to for YOU and Traffic Monsoon:
- Achieve Better Services
- Better Alexa Rank
- Help You Earn Even Better
- Increase Profit Margins In The Services We Offer
- Strengthen the Business
- Secure Long-Term Sustainability Due to Supply/Demand
- Deliver Visitors To Your Websites Faster
- Help you grow your Brand by reaching more of an audience

All that for LESS than 1 minute more of surfing!

Read more (./news_details.php?nid=24)

**Feb 1**

**Wh Fur**

Plan

We l insic Exac know getti

Read nid=

Copyright @ 2014-2016 TrafficMonsoon. All Rights Reserved. Use of this site constitutes agreement with our terms of service.

## Get in touch



📍 Traffic Monsoon Global Limited, ███████████████ London, UK, ███████
📍 Traffic Monsoon LLC, ███████████, Murray, UT, █████ United States ()

📞 +1-877-███████ ()
📞 +44██████ ()

HOME (./)     ABOUT (./ABOUT)     SIGNUP (./SIGNUP)     AD PLANS (./AD_PLANS)
WEB EXPOSURE (./EXPOSURE.PHP)     SECURITY (./SECURITY)     FAQ (./FAQ)     SUPPORT (./SUPPORT)
TERMS (./TERMS)

© TRAFFICMONSOON 2014-2016

 (https://secure.comodo.com/ttb_searcher/trustlogo?

v_querytype=W&v_shortname=SC5&v_search=https://trafficmonsoon.com/security&x=6&y=5)



(https://www.mcafeesecure.com/verify?host=trafficmonsoon.com)

# Exhibit 3

# Frost

Entity Details - TRAFFIC MONSOON LLC - Utah Business Search - Utah.gov                Page 1 of 1

## TRAFFIC MONSOON LLC

**Entity Number:** 9175555-0160
**Company Type:** LLC - Domestic
**Address:** ██████████ Murray, UT ████
**State of Origin:**
**Registered Agent:** Charles Scoville
**Registered Agent Address:**

████████████
Murray, UT ████

[ View Management Team ]

Status: Active

[ Purchase Certificate of Existence ]

**Status:** Active  *as of 09/29/2014*
**Renew By:** 09/30/2016
**Status Description:** Good Standing
The "Good Standing" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History

[ View Filed Documents ]

**Registration Date:** 09/29/2014
**Last Renewed:** 09/11/2015

Additional Information

**NAICS Code:** 5418 **NAICS Title:** 5418-Advertising and Related Services

<< Back to Search Results

Search by:   | Business Name | Number | Executive Name | Search Hints |

Business Name:



## Registered Principals

| Name | Type | City | Status |
|------|------|------|--------|
| TRAFFIC MONSOON LLC | Limited Liability Company | Murray | Active |

| Position | Name | Address | |
|----------|------|---------|---|
| Registered Agent | Charles Scoville | ███████████ | Murray UT ████ |
| Manager | Charles Scoville | ███████████ | Murray UT ████ |

If you believe there may be more principals, click here to View Filed Documents

Search by:    Business Name    Number    Executive Name    Search Hints

Business Name:

# Exhibit 4

# Frost

  

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)   CHASE ○

___X___ NEW _____ CHANGE

| | |
|---|---|
| ACCOUNT NO. ▮▮▮ 6256 | BANK NAME/NUMBER JPMorgan Chase Bank, N.A. ( 602 ) |
| ACCOUNT TITLE TRAFFIC MONSOON LLC | BRANCH NAME AND NO. Utah - 202 |
| | DATE 02/25/2016 |
| BUSINESS ADDRESS ▮▮▮ ▮▮▮▮▮▮ | PREPARED BY KRESTA SPENCER |
| MURRAY, UT ▮▮▮▮▮ | PHONE NO. (801) 481-5250 |
| TAXPAYER ID NO. ▮▮▮▮▮ | PRODUCT TYPE Chase Platinum Business Checking |

Legal Name of Organization: TRAFFIC MONSOON LLC                                                                              (the "Organization")

State of Organization: UT

Type of Organization (check one):
[ ] Limited liability company managed by its members
[X] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
* the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
* the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
* the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
* Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
* Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
* Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| CHARLES D SCOVILLE | Manager | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*
FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION*
**The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.**

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

 

SEC-JPMCB-P-0000004





**CHASE** ⬡

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ███8256

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| | |
|---|---|
| *Charles Scoville* (signature) | Feb 25, 2016 |
| Member or Manager: | Date |
| Printed Name: CHARLES D SCOVILLE | |

Member or Manager:                  Date
Printed Name:

Member or Manager:                  Date
Printed Name:

Member or Manager:                  Date
Printed Name:

Member or Manager:                  Date
Printed Name:

Member or Manager:                  Date
Printed Name:

Member or Manager:                  Date
Printed Name:

Member or Manager:                  Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION: 1) National Account Services 2) Customer**

JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS  (5/14 v2)



Page 2 of 2



SEC-JPMCB-P-0000005

   

## Business Signature Card

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** | **ACCOUNT NUMBER** ███ 8256 |
| TRAFFIC MONSOON LLC | **ACCOUNT TYPE** Chase Platinum Business Checking |
| | **TAXPAYER ID NUMBER** ███ |
| | **DATE OPENED** 02/25/2016 |
| **BUSINESS ADDRESS** | **FORM OF BUSINESS** Limited Liability Company - Manager Managed (LLC) |
| ███ ██ ███ | **ISSUED BY** JPMorgan Chase Bank, N.A. ( 602 ) |
| | Highland Dr - 202 |
| MURRAY, UT ███ | KRESTA SPENCER |
| | (801) 481-5250 |
| | 02/25/2016 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ███ | UT | 09/29/2014 | 09/30/2016 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | CHARLES D SCOVILLE | **(801) ███ | ███ | Manager | Feb 25, 16 | Charles ∕oik |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

SEC-JPMCB-P-0000006



Page 1 of 1

M1207-01-13-CS (3/14 v3)



   

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
TRAFFIC MONSOON LLC

| | |
|---|---|
| ACCOUNT NUMBER | ██████8256 |
| ACCOUNT TYPE | Chase Platinum Business Checking |
| TAXPAYER ID NUMBER | ██████████ |
| DATE OPENED | 02/25/2016 |
| FORM OF BUSINESS | Limited Liability Company - Manager Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 602 ) |

**BUSINESS ADDRESS**
██████████████

MURRAY, UT ██████

Highland Dr - 202
KRESTA SPENCER
(801) 481-5250
02/25/2016

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ██████████ | UT | 09/29/2014 | 09/30/2016 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | CHARLES D SCOVILLE | **(801) ██████ | | Manager | Feb 25, 2016 | Charles Scoville |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |



SEC-JPMCB-P-0000007

M1207-01-13-CS (3/14 v3)



# Exhibit 5

# Frost



**CHASE** ⬤
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 21, 2015 through December 18, 2015
Account Number:                5868

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-262-4273** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |



00005450 DRE 602 211 35315 NNNNNNNNNNN 1 000000000 14 0000
CHARLES D SCOVILLE
▆▆▆▆▆▆▆▆
MURRAY UT ▆▆▆▆

## CHECKING SUMMARY   Chase Premier Platinum Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$890,832.59** |
| Deposits and Additions | 671,728.42 |
| ATM & Debit Card Withdrawals | - 22,751.37 |
| Electronic Withdrawals | - 115,118.24 |
| Fees and Other Withdrawals | - 65.00 |
| **Ending Balance** | **$1,424,626.40** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $8.86 |
| Interest Paid Year-to-Date | $21.16 |

Good News. Your Chase Premier Platinum Checking Monthly Service Fee was waived because you kept an average daily balance of $75,000 in qualifying linked deposits and investments during the statement period.

## DEPOSITS AND ADDITIONS





November 21, 2015 through December 18, 2015
Account Number: ███████5868

## DEPOSITS AND ADDITIONS   *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

28,985.74



November 21, 2015  through  December 18, 2015
Account Number:                     **5868**

## DEPOSITS AND ADDITIONS   *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



**Total Deposits and Additions**                                                    **$671,728.42**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|



November 21, 2015 through December 18, 2015
Account Number: ████████5868

## ATM & DEBIT CARD WITHDRAWALS (continued)



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Total ATM & Debit Card Withdrawals** $22,751.37

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Total Electronic Withdrawals** $115,118.24

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Total Fees & Other Withdrawals** $65.00

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE ⬥**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 19, 2015 through December 16, 2015

Account Number:                   **8876**



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00005501 DRE 602 211 35115 NNNNNNNNNNN  1 000000000 12 0000
CHARLES D SCOVILLE
4927 S MURRAY BLVD Z9
SALT LAKE CITY UT 84123-2761

## CHECKING SUMMARY

Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$55,497.11** |
| **Ending Balance** | **$55,497.11** |

The monthly service fee for this account was waived as an added feature of Chase Premier Platinum Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



November 19, 2015 through December 16, 2015
Account Number:               8876

This Page Intentionally Left Blank

# Exhibit 6

# Frost



*Global Asset Protection*

| | |
|---|---|
| **Law Enforcement Officer:** | Czirr, Kyle |
| **Law Enforcement Agency:** | US Securities Exchange Commission |
| **Requested On:** | Wed, 17 Feb 2016 22:07 |
| **Evidence Gathered On:** | Fri, 11 Mar 2016 20:45 |
| **Law Enforcement Reference:** | SL-2736 |

All times indicated in this document refer to time zone GMT

## Registration Information

| | |
|---|---|
| *User Info* | |
| First Name | Charles |
| Middle Name | |
| Last Name | Scoville |
| DOB | 4-Jan-80 |
| CC Statement Name | TRAFMONSOON |
| Email | paypal@trafficmonsoon.com |
| *Business Info* | |
| Business Name | Traffic Monsoon |
| URL | http://www.trafficmonsoon.com |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | ███████7752 |
| Account Type | Business - Verified - Cat201VC |
| Time Created | Thu, 25 Sep 2014 19:57:16 |
| *SSN* | |
| SSN | ███████ |
| TIN | ███████ |

## Email Addresses

| Email Address | | Primary | Confirmed | Active |
|---|---|---|---|---|
| paypal@trafficmonsoon.com | | TRUE | TRUE | TRUE |

| Aliases | | | |
|---|---|---|---|
| Name | Login Alias | Privileges | Active |
| Amin Forati | AMINFORATI | | FALSE |
| David Barker | TMAGENT1 | Refunds | TRUE |
| Kapil Jain | KAPILJAIN | View Balance, View Profile, Edit Profile, Permission To Speak | TRUE |

| Phone Numbers | | |
|---|---|---|
| Phone Number | Confirmation Status | Type |
| 801-██████ | Unconfirmed - No Attempt | Home |
| 801-██████ | Unconfirmed - No Attempt | Work |
| 801-██████ | Unconfirmed - No Attempt | Mobile |

| Addresses | | |
|---|---|---|
| Address | Use | Date Entered |
| Traffic Monsoon<br>████████<br>Murray, UT ████<br>United States<br>  <br> | | 09/25/14 |
| Traffic Monsoon<br>████████<br>Murray, UT ████<br>United States<br>  <br> | (Home)<br>(CC 6585 Confirmed) | 09/25/14 |

| Auctions | |
|---|---|
| User ID | Manager User ID |

| Mobile Payments | | |
|---|---|---|
| Phone Number | Status | Date Added |
| 801-██████ | Activated-Confirmed | 12-Oct-14 |
| Notification Preferences | Signup Method | Pending Payment |

| Text message and email | SMS loop | Yes |
|---|---|---|

## Financial Information

### Summary

| | |
|---|---|
| Account Balance | $61,413,204.49 USD |
| Total Amount Sent | $61,573,256.08 USD |
| Total Amount Received | $134,748,795.98 USD |
| Amount Received Current Month | $0.00 USD |
| Amount Received Month 1 | $33,387,843.71 USD |
| Amount Received Month 2 | $27,095,262.91 USD |
| Amount Received Month 3 | $42,322,547.40 USD |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |

### Secure Card Attributes

| | |
|---|---|
| Billing Address | ██████████ Murray UT ████████ |
| Secure Card Numbers | Agent Disabled |
| Backup Funding Source | |
| Daily Spending Limit | $500 |

### PayPal Credit

| | |
|---|---|
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | Disabled |
| Authorized Users | Not Available |

### Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| ███8876 | Active - Primary | Traffic Monsoon | | 124001545 |

| Type | Bank Name | Confirmed | | Country |
|---|---|---|---|---|
| Checking | JPMORGAN CHASE BANK, NA | Confirmed (IAV) | | |

### Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|

# Exhibit 7

# Frost

| | |
|---|---|
| From: | Charles Scoville |
| To: | Frost, Scott R. |
| Cc: | Okinaka, Alison J. |
| Subject: | Re: TM (report done) |
| Date: | Monday, May 16, 2016 1:35:24 PM |
| Attachments: | Chase Bank May 16 2016.png |
| | PayPal May 16 2016.png |
| | Payza May 16 2016.png |
| | Solid Trust Pay May 16 2016.png |
| | MerchantOverAllByCardType.pdf |

Dear Scott & Alison,

My programmer has finished the report. I truly hope you have taken the time to watch the video "How It Works" to help you gain clarity what traffic monsoon offers and how everything works.

1. How many Banner Ad Package Combos Have been sold (ad service with revenue sharing positions) at present? 15,225,689
2. How many **active** sharing positions at present? 7,504,340 **(see #7)**
3. How many Banner Ad Package Combos have been sold (ad service with revenue sharing positions) as of February 10, 2016? 1,422,071
4. How many active Banner Ad Package Combos (ad service with revenue sharing positions) as of February 10, 2016? 979,942
5. How much revenue has been shared with the positions in total? $618,193,682.00
6. How many positions are maxed? 7,721,349
7. How many positions have not yet reached the max?
Pending (awaiting PayPal release): 6,524,399
Active: 979,941

8. Payins table for each category since Feb 10
Banner Ad Package Combo : $71,103,750.00
Monsoon Traffic Ad Package Payment $43,867.00
PPC Campaign (without sharing positions) $1,973,899.35
Cash Link $3,264,500.36
Login Ad Campaign $3,465.00
Site Ad $20,629.25
Start Page Campaign $1,155.00
Text Ad PPC Campaign $13,532.00

9. Total active balance on each member account: $4,133,825.64

10: Total pending balances awaiting PayPal release: $27,427,354.03

Total inside Allied Wallet: $3,100,113.36
Total inside Payza: $3,000,259.83
Total Inside Solid Trust Pay: $984,228.32
Total Inside Chase Bank: $2,780,589.47

Total Active Balances: $9,865,190.98
(more than enough to cover total member earnings)

Total Inside PayPal: $55,676,113.22
(more than enough to cover total pending member balances)

Attached are the balances of each of these payment gateways as of right now. As you can see, there is more money inside the payment processors than exists on total member account balances. There is more inside PayPal than exists on pending balances. Absolutely real money backs up the figures inside member accounts for their balances.

There isn't a way for me to know how much was shared with each individual position on the dates as of 1 Dec 2015, but my programmer was able to pull the amount shared that day. The number of qualified positions depended upon whether the individual surfed a minimum number of ads in the traffic exchange, and since I do not have a historical view into who was qualified on which dates, I'm not able to know how much each position received on each of those dates.

Date    Amount Shared That Day
Dec 1 2015 $3226850.60
Dec 2 2015 $2111736.90
Dec 3 2015 $4637128.50
Dec 4 2015 $2784008.40
Dec 5 2015 $3932116.90
Dec 6 2015 $3392698.00
Dec 7 2015 $3441133.85
Dec 8 2015 $3503691.10
Dec 9 2015 $3557356.85
Dec 10 2015 $3598783.60
Dec 11 2015 $3611478.80
Dec 12 2015 $3633555.45
Dec 13 2015 $3689831.60
Dec 14 2015 $3758994.25
Dec 15 2015 $3801324.85
Dec 16 2015 $3841190.50
Dec 17 2015 $3873012.70
Dec 18 2015 $3875227.95
Dec 19 2015 $3905718.60
Dec 20 2015 $3968547.40
Dec 21 2015 $4004746.25
Dec 22 2015 $4071544.30
Dec 23 2015 $4110523.25
Dec 24 2015 $4124180.20
Dec 25 2015 $4121962.20
Dec 26 2015 $4170251.10
Dec 27 2015 $4248399.95
Dec 28 2015 $4299236.05
Dec 29 2015 $4397784.55
Dec 30 2015 $4467019.25
Dec 31 2015 $4439443.90

Jan 1 2016 $4546652.10
Jan 2 2016 $4576925.05
Jan 3 2016 $4647845.65
Jan 4 2016 $4724371.90
Jan 5 2016 $4787263.20
Jan 6 2016 $4861135.95
Jan 7 2016 $4914289.35
Jan 8 2016 $4951241.90
Jan 9 2016 $4981627.70
Jan 10 2016 $5026373.40
Jan 11 2016 $4884218.95
Jan 12 2016 $5129648.20
Jan 13 2016 $5235912.45
Jan 14 2016 $5264035.00
Jan 15 2016 $5271775.80
Jan 16 2016 $5274429.65
Jan 17 2016 $5369806.55
Jan 18 2016 $5331831.25
Jan 19 2016 $5449042.90
Jan 20 2016 $5553038.25
Jan 21 2016 $5592463.35
Jan 22 2016 $5674530.60
Jan 23 2016 $5656722.70
Jan 24 2016 $5743461.70
Jan 25 2016 $5832301.40
Jan 26 2016 $5882571.35
Jan 27 2016 $5934626.28
Jan 28 2016 $5963608.95
Jan 29 2016 $5952203.00
Jan 30 2016 $5991306.20
Jan 31 2016 $6087924.85
Feb 1 2016 $6152986.90
Feb 2 2016 $6201715.05
Feb 3 2016 $6276271.40
Feb 4 2016 $6322863.25
Feb 5 2016 $6282978.65
Feb 6 2016 $6303500.80
Feb 7 2016 $6422097.51
Feb 8 2016 $6477146.51
Feb 9 2016 $6542195.03
Feb 10 2016 $2963816.35
Feb 11 2016 $1768085.91
Feb 12 2016 $1212934.18
Feb 13 2016 $1058643.28
Feb 14 2016 $904732.91
Feb 15 2016 $692938.04
Feb 16 2016 $567782.69
Feb 17 2016 $795145.33

Feb 18 2016 $159473.35
Feb 19 2016 $109528.41
Feb 20 2016 $143298.20
Feb 21 2016 $148143.70
Feb 22 2016 $157423.45
Feb 23 2016 $160605.40
Feb 24 2016 $167617.70
Feb 25 2016 $182682.75
Feb 26 2016 $191696.80
Feb 27 2016 $181118.60
Feb 28 2016 $188020.15
Feb 29 2016 $197157.80
Mar 1 2016 $208278.55
Mar 2 2016 $221583.95
Mar 3 2016 $589895.35
Mar 4 2016 $251358.85
Mar 5 2016 $248097.50
Mar 6 2016 $253472.90
Mar 7 2016 $266580.90
Mar 8 2016 $276269.20
Mar 9 2016 $286329.60
Mar 10 2016 $296514.60
Mar 11 2016 $295796.10
Mar 12 2016 $295426.90
Mar 13 2016 $286994.13
Mar 14 2016 $361496.60
Mar 15 2016 $325025.10
Mar 16 2016 $343972.82
Mar 17 2016 $361670.95
Mar 18 2016 $361855.55
Mar 19 2016 $366809.15
Mar 20 2016 $378230.70
Mar 21 2016 $360628.35
Mar 22 2016 $453282.05
Mar 23 2016 $413451.85
Mar 24 2016 $423045.20
Mar 25 2016 $423275.20
Mar 26 2016 $439834.35
Mar 27 2016 $446767.93
Mar 28 2016 $461814.25
Mar 29 2016 $476723.55
Mar 30 2016 $489070.45
Mar 31 2016 $471933.05
Apr 1 2016 $461945.80
Apr 2 2016 $460834.90
Apr 3 2016 $467357.65
Apr 4 2016 $493185.90
Apr 5 2016 $511512.45

Apr 6 2016 $506831.30
Apr 7 2016 $516281.55
Apr 8 2016 $536400.30
Apr 9 2016 $523503.60
Apr 10 2016 $535763.95
Apr 11 2016 $562668.45
Apr 12 2016 $483314.35
Apr 13 2016 $42884.65
Apr 14 2016 $1236209.70
Apr 15 2016 $565370.35
Apr 16 2016 $3052423.50
Apr 17 2016 $748580.55
Apr 18 2016 $648095.80
Apr 19 2016 $679636.35
Apr 20 2016 $673398.65
Apr 21 2016 $681551.15
Apr 22 2016 $677461.75
Apr 23 2016 $684515.30
Apr 24 2016 $644037.70
Apr 25 2016 $795903.20
Apr 26 2016 $755965.65
Apr 27 2016 $744859.65
Apr 28 2016 $787797.40
Apr 29 2016 $701361.55
Apr 30 2016 $788584.40
May 1 2016 $801661.50
May 2 2016 $893779.75
May 3 2016 $814165.65
May 4 2016 $834410.70
May 5 2016 $834173.85
May 6 2016 $833519.85
May 7 2016 $841346.45
May 8 2016 $859319.55
May 9 2016 $879366.10
May 10 2016 $896704.30
May 11 2016 $924928.50
May 12 2016 $925487.95
May 13 2016 $930966.60
May 14 2016 $942694.15
May 15 2016 $621328.20

I truly hope you have taken time to watch "how it works" when it comes to the services offered on Traffic Monsoon, and how the system works to reward people in sharing revenue and commissions, plus free clickers.

**How It Works:**
https://www.youtube.com/watch?v=o5Y9JBq5MnA

Sincerely,

Charles

---

**From:** "Frost, Scott R." <FrostS@sec.gov>
**To:** "Charles Scoville ███████████████████████
**Cc:** "Okinaka, Alison J." <OkinakaA@sec.gov>
**Sent:** Thursday, May 12, 2016 10:41 AM
**Subject:** TM

Hi Charles,

We have a few more questions to help us develop a better understanding of Traffic Monsoon before our meeting Tuesday.

How many Banner Ad Package Combos ($50 revenue sharing positions) at present?
How many **active** Banner Ad Package Combos ($50 revenue sharing positions) at present?
How many Banner Ad Package Combos ($50 revenue sharing positions) as of February 10, 2016?
How many **active** Banner Ad Package Combos ($50 revenue sharing positions) as of February 10, 2016?

Our understanding is that the below balances include purchases made with revenue sharing

| | |
|---|---|
| Banner Ad Package Combo | 738,536,951 |
| Monsoon Traffic Ad Package Payment | 411,908 |
| PPC Campaign | 2,171,575 |
| Cash Link | 8,245,903 |
| Login Ad Campaign | 57,890 |
| Site Ad | 193,215 |
| Start Page Campaign | 35,560 |
| Text Ad PPC Campaign | 80,688 |

Are you able to determine **cash received** for the above categories, i.e. not including revenue sharing purchases?

What is the daily revenue sharing amount per adpack since December 1, 2015?

Thank you again for being so helpful,
Scott

Scott Frost
U.S. Securities and Exchange Commission

Division of Enforcement
Salt Lake Regional Office
frosts@sec.gov
801-524-6746

Confidentiality Notice: This e-mail message, including any attachments, from the U.S.
Securities and Exchange Commission is for the exclusive use of the intended
recipient(s) and may contain confidential and privileged information. If you are not the
intended recipient, please do not read, distribute, or take action in reliance upon the
message. If you have received this message in error, please notify the sender
immediately by return e-mail and promptly delete this message and its attachments
from your computer system. Be advised that no privileges are waived by the
transmission of this message.





Chase Online - My Accou

JPMorgan Chase and Co. [US] https://chaseonline.chase.com/MyAccounts.aspx

CHASE

Chase.com | Contact Us | Privacy Notice | En Español | How can we help you today? LOG OFF

My Accounts | Send Payments | Collect & Deposit | Transfer Funds | Customer Center

CHASE ONLINE℠ Monday, May 16, 2016

Print

## Welcome TRAFFIC MONSOON LLC

Secure Message Center | Customize Accounts

charles.scoville@ymail.com | Last logged on at 5:22 AM ET on 05/13/2016 | See session summary

Business and Personal ▸ Business Only ▸ Personal Only

Explore Lower Fees

If we can't meet or lower your current payment processing fees, we'll pay you $250.

Learn More

Paperless Options

Add Employee Cards

What can we do better?

WE'RE LISTENING ›

The Morning Bell for SMALL BUSINESS

Learn More

## Account Summary for TRAFFIC MONSOON LLC

| Business Accounts | Present Balance |
|---|---|
| TRAFFIC MONSOON LLC | |
| Deposit accounts | $2,780,589.47 |

Ultimate Rewards

Total Points Available 0

## Money

| | | |
|---|---|---|
| Withdraw money | **Available** (estimated USD value) | **$53,874,495.44 USD** |
| Add money | | Manage currencies |
| Send money | **Withheld** (estimated USD value) | **$1,801,617.78 USD** |
| Request money | eBay non-performer | USD | $0.00 |
| | Jump start | USD | $1,800,000.00 |
| Balance manager | Transaction level hold | USD | $1,010.45 |
| Manage your automatic transfers from your bank to PayPal. | Exceeded release amount | USD | $607.33 |
| | | | View detail |



## Merchant Over All Report
### Card Type: **All**

5/16/2016
10:53:15 AM

Merchant Name: **AWKR Traffic Monsoon LLC**
Merchant ID:     **43e498ab-c030-43ee-937f-1be492b6971c**

Start Date: **4/17/2016**
End Date: **5/16/2016**

| Currency | | | | USD |
|---|---|---|---|---|
| | | **Count** | | **Amount** |
| Authorizations | | 10,771 | | 3,667,789.98 |
| Declines | | 4,360 | | 2,019,741.94 |
| Scrubs | | 8,236 | | 8,285,703.89 |
| Errors | | 1 | | 4.19 |
| **Total Attempts:** | | **23,368** | | **13,973,240.00** |
| | | | | |
| Voids | | **0** | | **0.00** |
| CBK1 | | 56 | | 29,294.88 |
| | | | | |
| **Total Settlements** | | 10,771 | | 3,667,789.98 |
| | | | | |
| Refunds | | 44 | | -23,639.08 |
| Chargebacks | | 2 | | -1,256.84 |

| | Rate | Amount |
|---|---|---|
| Holdback Fees | 10.00% | -366,779.00 |
| Merchant Fees | 4.50% | -165,050.55 |

**Transaction Fees**

| | |
|---|---|
| Processing | -6,808.95 |
| Refunds | -66.00 |
| Voids | 0.00 |
| Scrubs | -3,706.20 |
| CBK1 | -280.00 |
| Chargebacks | -90.00 |
| **Transaction Fees Total:** | -10,951.15 |

| **Total Balance:** | **3,100,113.36** |
|---|---|

# Exhibit 8

# Frost

Name,"Scoville, Charles",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Email,paypal@trafficmonsoon.com,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Account Numbe█████████7752_,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Account Status,Restricted High,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Account Type,U.S. Business Verified,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Balance (USD Equiv.),"23,316,843.68",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Total Amount Sent,"61,573,252.65",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Restrictions,"Merchant Monitoring High, Merchant Monitoring
Low",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
Date, Time, Time Zone, Name, Type, Status, Bank Name, Bank Account Number, Check Sent Address, Subject, Other IP, Currency, Gross, Fee, Net, Reserve, Note, Masspay Custom Note, Return Codes, From Email Address, From Account Status, From Account Type, To Email Address, To Account Status, To Account Type, Seller Ebay Id, Transaction ID, Payment Type,Counterparty Status, Shipping Address, Address Status, Item Title, Item ID, Shipping and Handling Amount, Insurance Amount, Sales Tax, Tip, Discount, Seller Id, Option 1 Name, Option 1 Value, Option 2 Name, Option 2 Value, Auction Site, Buyer ID, Item URL, Closing Date, Escrow Id, Invoice Id, Reference Txn ID, Invoice Number, Subscription Number, Custom Number, Receipt ID, Balance, Address Line 1, Address Line 2/District/Neighborhood, Town/City, State/Province/Region/County/Territory/Prefecture/Republic, Zip/Postal Code, Country, Contact Phone Number, Risk Filter, Balance Impact, Button Source,
7/21/2016,16:22:07,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,9.24642E+16,,,,,,,,,,,,,,,,,,,,,,,,"6,499,998.36",,,,,,,,,Debit,,
7/21/2016,16:21:30,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4T428257PC152683D,,,,,,,,,,,,,,,,,,,,,,,,"6,599,998.36",,,,,,,,,Debit,,
7/21/2016,16:18:38,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,82127201D5546850A,,,,,,,,,,,,,,,,,,,,,,,,"6,699,998.36",,,,,,,,,Debit,,
7/21/2016,16:16:35,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,04R15667GY4574004,,,,,,,,,,,,,,,,,,,,,,,,"6,799,998.36",,,,,,,,,Debit,,
7/21/2016,15:49:27,PDT,Minimum Reserve,Reserve Hold,Placed,,,,,USD,"-14,615,245.73",,,,"-
14,615,245.73",,,,,,,,,,,7GW2055668400272N,,,,,,,,,,,,,,,,,,,,,,,,"6,900,000.00",,,,,,,,,Memo,,
7/21/2016,12:18:33,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,3SN68847UL0872219,,,,,,,,,,,,,,,,,,,,,,,,"13,915,412.68",,,,,,,,,Debit,,
7/21/2016,12:18:06,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,5RT05186H8898064X,,,,,,,,,,,,,,,,,,,,,,,,"14,015,412.68",,,,,,,,,Debit,,
7/21/2016,12:16:57,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,1SV90200U0514264P,,,,,,,,,,,,,,,,,,,,,,,,"14,115,412.68",,,,,,,,,Debit,,
7/21/2016,12:16:26,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4B294614EK133035N,,,,,,,,,,,,,,,,,,,,,,,,"14,215,412.68",,,,,,,,,Debit,,
7/21/2016,12:15:51,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,7HU30287TD904171B,,,,,,,,,,,,,,,,,,,,,,,,"14,315,412.68",,,,,,,,,Debit,,
7/21/2016,12:15:17,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,096174177U5699401,,,,,,,,,,,,,,,,,,,,,,,,"14,415,412.68",,,,,,,,,Debit,,
7/21/2016,12:14:42,PDT,.,.,.,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK, NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,6EW45018R1867020R,,,,,,,,,,,,,,,,,,,,,,,,"14,515,412.68",,,,,,,,,Debit,,

```
7/21/2016,11:09:07,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8KD21246LJ3429059,,,,,,,,,,,,,,,,,,,,,,,,,"14,615,416.01",,,,,,,,,Debit,,
7/21/2016,11:08:39,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,46G996227J729441C,,,,,,,,,,,,,,,,,,,,,,,,,"14,715,416.01",,,,,,,,,Debit,,
7/21/2016,11:08:10,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,5WM643785E059853E,,,,,,,,,,,,,,,,,,,,,,,,,"14,815,416.01",,,,,,,,,Debit,,
7/21/2016,11:07:42,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,4M647651UR290253M,,,,,,,,,,,,,,,,,,,,,,,,,"14,915,416.01",,,,,,,,,Debit,,
7/21/2016,11:07:10,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,33A01142N8565382W,,,,,,,,,,,,,,,,,,,,,,,,,"15,015,416.01",,,,,,,,,Debit,,
7/21/2016,11:06:44,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,67E94043HY862381S,,,,,,,,,,,,,,,,,,,,,,,,,"15,115,416.01",,,,,,,,,Debit,,
7/21/2016,11:06:13,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,5R229176AC5619346,,,,,,,,,,,,,,,,,,,,,,,,,"15,215,416.01",,,,,,,,,Debit,,
7/21/2016,11:05:35,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,4Y991454EG2553102,,,,,,,,,,,,,,,,,,,,,,,,,"15,315,416.01",,,,,,,,,Debit,,
7/21/2016,11:05:05,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8BV82924WA0678507,,,,,,,,,,,,,,,,,,,,,,,,,"15,415,416.01",,,,,,,,,Debit,,
7/21/2016,11:04:37,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,0FP66112T7652212C,,,,,,,,,,,,,,,,,,,,,,,,,"15,515,416.01",,,,,,,,,Debit,,
7/21/2016,11:04:06,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,6CS54453AE432520R,,,,,,,,,,,,,,,,,,,,,,,,,"15,615,416.01",,,,,,,,,Debit,,
7/21/2016,11:03:27,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,6D062585HS932074A,,,,,,,,,,,,,,,,,,,,,,,,,"15,715,416.01",,,,,,,,,Debit,,
7/21/2016,11:03:01,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,45G68207D8993020B,,,,,,,,,,,,,,,,,,,,,,,,,"15,815,416.01",,,,,,,,,Debit,,
7/21/2016,11:02:34,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,2MK76319RB807224J,,,,,,,,,,,,,,,,,,,,,,,,,"15,915,416.01",,,,,,,,,Debit,,
7/21/2016,4:31:35,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,9CH126057J7046523,,,,,,,,,,,,,,,,,,,,,,,,,"16,016,025.36",,,,,,,,,Debit,,
7/21/2016,4:26:29,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,3TH17040LY499351T,,,,,,,,,,,,,,,,,,,,,,,,,"16,116,025.36",,,,,,,,,Debit,,
7/21/2016,4:25:53,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,9BH71217SY638770V,,,,,,,,,,,,,,,,,,,,,,,,,"16,216,025.36",,,,,,,,,Debit,,
7/21/2016,4:25:19,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,25H832247F8761048,,,,,,,,,,,,,,,,,,,,,,,,,"16,316,025.36",,,,,,,,,Debit,,
7/21/2016,4:24:47,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
```

100,000.00",,,,,,,,,,,,,9T067680TN8760843,,,,,,,,,,,,,,,,,,,,,,,,,"16,416,025.36",,,,,,,,Debit,,
7/21/2016,4:24:19,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,861113391G012794M,,,,,,,,,,,,,,,,,,,,,,,,,"16,516,025.36",,,,,,,,Debit,,
7/21/2016,4:23:44,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,6VE86853L89575513,,,,,,,,,,,,,,,,,,,,,,,,,"16,616,025.36",,,,,,,,Debit,,
7/21/2016,4:22:44,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,9FH57862Y9277105H,,,,,,,,,,,,,,,,,,,,,,,,,"16,716,025.36",,,,,,,,Debit,,
7/21/2016,4:22:15,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,8HY94433ND6991215,,,,,,,,,,,,,,,,,,,,,,,,,"16,816,025.36",,,,,,,,Debit,,
7/21/2016,4:21:50,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,6NM17210CP731980K,,,,,,,,,,,,,,,,,,,,,,,,,"16,916,025.36",,,,,,,,Debit,,
7/21/2016,4:21:06,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,8T5996860V3890238,,,,,,,,,,,,,,,,,,,,,,,,,"17,016,025.36",,,,,,,,Debit,,
7/21/2016,4:20:37,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,30H01057L5334660L,,,,,,,,,,,,,,,,,,,,,,,,,"17,116,025.36",,,,,,,,Debit,,
7/21/2016,4:20:07,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,9UU21289MH442434L,,,,,,,,,,,,,,,,,,,,,,,,,"17,216,025.36",,,,,,,,Debit,,
7/21/2016,4:19:36,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3.16373E+16,,,,,,,,,,,,,,,,,,,,,,,,,"17,316,025.36",,,,,,,,Debit,,
7/21/2016,4:18:43,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,7BN748422J5973327,,,,,,,,,,,,,,,,,,,,,,,,,"17,416,025.36",,,,,,,,Debit,,
7/21/2016,4:17:59,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,4HJ99345EL1640229,,,,,,,,,,,,,,,,,,,,,,,,,"17,516,025.36",,,,,,,,Debit,,
7/21/2016,4:07:43,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,28K4949879637902M,,,,,,,,,,,,,,,,,,,,,,,,,"17,616,025.36",,,,,,,,Debit,,
7/21/2016,4:05:44,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,92B75966D2744934X,,,,,,,,,,,,,,,,,,,,,,,,,"17,716,025.36",,,,,,,,Debit,,
7/21/2016,4:05:12,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,33Y574521C595804D,,,,,,,,,,,,,,,,,,,,,,,,,"17,816,025.36",,,,,,,,Debit,,
7/21/2016,4:04:43,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,5LE70268YE549960J,,,,,,,,,,,,,,,,,,,,,,,,,"17,916,025.36",,,,,,,,Debit,,
7/21/2016,4:04:17,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3U211069A5547100V,,,,,,,,,,,,,,,,,,,,,,,,,"18,016,025.36",,,,,,,,Debit,,
7/21/2016,4:03:51,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,1U613146WL851171Y,,,,,,,,,,,,,,,,,,,,,,,,,"18,116,025.36",,,,,,,,Debit,,
7/21/2016,4:03:25,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,5C718994PA7115521,,,,,,,,,,,,,,,,,,,,,,,,,"18,216,025.36",,,,,,,,Debit,,
7/21/2016,4:02:58,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,

NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,51766944TM799231M,,,,,,,,,,,,,,,,,,,,,,,,"18,316,025.36",,,,,,,,Debit,,
7/21/2016,4:02:31,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,5N780757SB5809515,,,,,,,,,,,,,,,,,,,,,,,,"18,416,025.36",,,,,,,,Debit,,
7/21/2016,4:02:06,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4AM88198N5612135V,,,,,,,,,,,,,,,,,,,,,,,,"18,516,025.36",,,,,,,,Debit,,
7/21/2016,4:01:39,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4EM17224EF192283N,,,,,,,,,,,,,,,,,,,,,,,,"18,616,025.36",,,,,,,,Debit,,
7/21/2016,4:00:30,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,89D39820M67726925,,,,,,,,,,,,,,,,,,,,,,,,"18,716,025.36",,,,,,,,Debit,,
7/21/2016,4:00:03,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,0PU70111621565223,,,,,,,,,,,,,,,,,,,,,,,,"18,816,025.36",,,,,,,,Debit,,
7/21/2016,3:59:33,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,0AJ00169S0091120J,,,,,,,,,,,,,,,,,,,,,,,,"18,916,025.36",,,,,,,,Debit,,
7/21/2016,3:59:08,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,7YP885789E9695106,,,,,,,,,,,,,,,,,,,,,,,,"19,016,025.36",,,,,,,,Debit,,
7/21/2016,3:58:35,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,3K916334PC294510C,,,,,,,,,,,,,,,,,,,,,,,,"19,116,025.36",,,,,,,,Debit,,
7/21/2016,3:58:00,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4DL94409F1929845U,,,,,,,,,,,,,,,,,,,,,,,,"19,216,025.36",,,,,,,,Debit,,
7/21/2016,3:57:34,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,0B919624PP899173J,,,,,,,,,,,,,,,,,,,,,,,,"19,316,025.36",,,,,,,,Debit,,
7/21/2016,3:57:08,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,2X864065910827525,,,,,,,,,,,,,,,,,,,,,,,,"19,416,025.36",,,,,,,,Debit,,
7/21/2016,3:56:37,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,3N180761HE6919910,,,,,,,,,,,,,,,,,,,,,,,,"19,516,025.36",,,,,,,,Debit,,
7/21/2016,3:55:38,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4V371713E06628245,,,,,,,,,,,,,,,,,,,,,,,,"19,616,025.36",,,,,,,,Debit,,
7/21/2016,3:55:09,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,8PP32040BJ748732H,,,,,,,,,,,,,,,,,,,,,,,,"19,716,025.36",,,,,,,,Debit,,
7/21/2016,3:54:43,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,3AR50833GA169174F,,,,,,,,,,,,,,,,,,,,,,,,"19,816,025.36",,,,,,,,Debit,,
7/21/2016,3:54:11,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4XV54475F5496653Y,,,,,,,,,,,,,,,,,,,,,,,,"19,916,025.36",,,,,,,,Debit,,
7/21/2016,3:53:41,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,0M699433DC6830544,,,,,,,,,,,,,,,,,,,,,,,,"20,016,025.36",,,,,,,,Debit,,
7/21/2016,3:53:12,PDT,,,,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,9RB89925SN973144D,,,,,,,,,,,,,,,,,,,,,,,,"20,116,025.36",,,,,,,,Debit,,

7/21/2016,3:52:20,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,7EF77006MJ0207826,,,,,,,,,,,,,,,,,,,,,"20,216,025.36",,,,,,,,,Debit,,
7/21/2016,3:51:53,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,73A38178WN429554K,,,,,,,,,,,,,,,,,,,,,"20,316,025.36",,,,,,,,,Debit,,
7/21/2016,3:51:28,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,8C258115NK718705H,,,,,,,,,,,,,,,,,,,,,"20,416,025.36",,,,,,,,,Debit,,
7/21/2016,3:49:10,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,65V56993L3258840N,,,,,,,,,,,,,,,,,,,,,"20,516,025.36",,,,,,,,,Debit,,
7/21/2016,3:48:43,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,10150414F63766213,,,,,,,,,,,,,,,,,,,,,"20,616,025.36",,,,,,,,,Debit,,
7/21/2016,3:48:01,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4SH497803P833684Y,,,,,,,,,,,,,,,,,,,,,"20,716,025.36",,,,,,,,,Debit,,
7/21/2016,3:46:57,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,89P877522R401242M,,,,,,,,,,,,,,,,,,,,,"20,816,025.36",,,,,,,,,Debit,,
7/21/2016,3:46:26,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,34649135HG267943N,,,,,,,,,,,,,,,,,,,,,"20,916,025.36",,,,,,,,,Debit,,
7/21/2016,3:44:47,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,3X3516841P282041G,,,,,,,,,,,,,,,,,,,,,"21,016,025.36",,,,,,,,,Debit,,
7/21/2016,3:44:14,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,0UT83730CJ885194A,,,,,,,,,,,,,,,,,,,,,"21,116,025.36",,,,,,,,,Debit,,
7/21/2016,3:43:44,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,36T14578EP386760F,,,,,,,,,,,,,,,,,,,,,"21,216,025.36",,,,,,,,,Debit,,
7/21/2016,3:43:10,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,3U163740NH480371Y,,,,,,,,,,,,,,,,,,,,,"21,316,025.36",,,,,,,,,Debit,,
7/21/2016,3:42:21,PDT,...,Withdraw Funds to Bank Account,Reversed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,0E256931KH789331G,,,,,,,,,,,,,,,,,,,,,"21,416,025.36",,,,,,,,,Debit,,
7/20/2016,12:22:08,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,15610025U1664994F,,,,,,,,,,,,,,,,,,,,,"21,518,793.64",,,,,,,,,Debit,,
7/20/2016,12:21:41,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,2V470613KV6747633,,,,,,,,,,,,,,,,,,,,,"21,618,793.64",,,,,,,,,Debit,,
7/20/2016,12:21:13,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,6MX47135AR5215350,,,,,,,,,,,,,,,,,,,,,"21,718,793.64",,,,,,,,,Debit,,
7/20/2016,12:20:46,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,8S387278N54505029,,,,,,,,,,,,,,,,,,,,,"21,818,793.64",,,,,,,,,Debit,,
7/20/2016,12:20:16,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,5JP61613UU426701T,,,,,,,,,,,,,,,,,,,,,"21,918,793.64",,,,,,,,,Debit,,
7/20/2016,12:17:10,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,9DM27031RY935361X,,,,,,,,,,,,,,,,,,,,,,,,"22,018,793.64",,,,,,,,Debit,,
7/20/2016,12:16:41,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,2M294322H8753962F,,,,,,,,,,,,,,,,,,,,,,,,"22,118,793.64",,,,,,,,Debit,,
7/20/2016,12:16:13,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3K489279A2039263X,,,,,,,,,,,,,,,,,,,,,,,,"22,218,793.64",,,,,,,,Debit,,
7/20/2016,12:15:46,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,2UV08490L5744290X,,,,,,,,,,,,,,,,,,,,,,,,"22,318,793.64",,,,,,,,Debit,,
7/20/2016,12:15:19,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,2WU53297KD253911R,,,,,,,,,,,,,,,,,,,,,,,,"22,418,793.64",,,,,,,,Debit,,
7/20/2016,12:14:51,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,89P42595MP383920N,,,,,,,,,,,,,,,,,,,,,,,,"22,518,793.64",,,,,,,,Debit,,
7/20/2016,12:14:25,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,1DR33899B1901793B,,,,,,,,,,,,,,,,,,,,,,,,"22,618,793.64",,,,,,,,Debit,,
7/20/2016,12:13:59,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3NY87452U82479617,,,,,,,,,,,,,,,,,,,,,,,,"22,718,793.64",,,,,,,,Debit,,
7/20/2016,12:13:31,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,38385475U14625437,,,,,,,,,,,,,,,,,,,,,,,,"22,818,793.64",,,,,,,,Debit,,
7/20/2016,12:13:04,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,9U629138XV644861F,,,,,,,,,,,,,,,,,,,,,,,,"22,918,793.64",,,,,,,,Debit,,
7/20/2016,12:12:37,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,0TE39940LA2267455,,,,,,,,,,,,,,,,,,,,,,,,"23,018,793.64",,,,,,,,Debit,,
7/20/2016,12:12:09,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,47L71239HD843841K,,,,,,,,,,,,,,,,,,,,,,,,"23,118,793.64",,,,,,,,Debit,,
7/20/2016,12:11:41,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,47M30816FG300791W,,,,,,,,,,,,,,,,,,,,,,,,"23,218,793.64",,,,,,,,Debit,,
7/20/2016,12:11:07,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,5KL78320LR386430V,,,,,,,,,,,,,,,,,,,,,,,,"23,318,793.64",,,,,,,,Debit,,
7/20/2016,12:10:34,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,4WY07892GF1704326,,,,,,,,,,,,,,,,,,,,,,,,"23,418,793.64",,,,,,,,Debit,,
7/20/2016,12:10:06,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,5YJ235991T7170219,,,,,,,,,,,,,,,,,,,,,,,,"23,518,793.64",,,,,,,,Debit,,
7/20/2016,12:09:39,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,7LJ234588R659254Y,,,,,,,,,,,,,,,,,,,,,,,,"23,618,793.64",,,,,,,,Debit,,
7/20/2016,12:09:10,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,16C10172SS4114715,,,,,,,,,,,,,,,,,,,,,,,,"23,718,793.64",,,,,,,,Debit,,
7/20/2016,12:08:41,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,8DY476052F974464Y,,,,,,,,,,,,,,,,,,,,,,,,"23,818,793.64",,,,,,,,Debit,,
7/20/2016,12:08:13,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,

NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,38077563TM671645V,,,,,,,,,,,,,,,,,,,,,,,,,"23,918,793.64",,,,,,,,,Debit,,
7/20/2016,12:07:44,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,83Y470482C307425B,,,,,,,,,,,,,,,,,,,,,,,,,"24,018,793.64",,,,,,,,,Debit,,
7/20/2016,12:06:34,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,5YA67845KL2681901,,,,,,,,,,,,,,,,,,,,,,,,,"24,118,793.64",,,,,,,,,Debit,,
7/20/2016,12:06:08,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,6BK438783L9566233,,,,,,,,,,,,,,,,,,,,,,,,,"24,218,793.64",,,,,,,,,Debit,,
7/20/2016,12:05:39,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,59L604249Y931674J,,,,,,,,,,,,,,,,,,,,,,,,,"24,318,793.64",,,,,,,,,Debit,,
7/20/2016,12:05:02,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,1DK714780J369681V,,,,,,,,,,,,,,,,,,,,,,,,,"24,418,793.64",,,,,,,,,Debit,,
7/20/2016,12:04:27,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,84H63620G00912805,,,,,,,,,,,,,,,,,,,,,,,,,"24,518,793.64",,,,,,,,,Debit,,
7/20/2016,12:03:45,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,0TX35717L5355310J,,,,,,,,,,,,,,,,,,,,,,,,,"24,618,793.64",,,,,,,,,Debit,,
7/20/2016,12:03:18,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,9XA65627AU916525T,,,,,,,,,,,,,,,,,,,,,,,,,"24,718,793.64",,,,,,,,,Debit,,
7/20/2016,12:02:35,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8PB50073LY406573T,,,,,,,,,,,,,,,,,,,,,,,,,"24,818,793.64",,,,,,,,,Debit,,
7/20/2016,12:01:59,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,0PL82731JS5823312,,,,,,,,,,,,,,,,,,,,,,,,,"24,918,793.64",,,,,,,,,Debit,,
7/20/2016,11:39:53,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,9KS061024P6996109,,,,,,,,,,,,,,,,,,,,,,,,,"25,018,793.64",,,,,,,,,Debit,,
7/20/2016,11:39:22,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,45J359339X157723D,,,,,,,,,,,,,,,,,,,,,,,,,"25,118,793.64",,,,,,,,,Debit,,
7/20/2016,11:38:46,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,9NA94497909668543,,,,,,,,,,,,,,,,,,,,,,,,,"25,218,793.64",,,,,,,,,Debit,,
7/20/2016,11:38:19,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,3WC154097S175102R,,,,,,,,,,,,,,,,,,,,,,,,,"25,318,793.64",,,,,,,,,Debit,,
7/20/2016,11:37:52,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,1D080820A06864317,,,,,,,,,,,,,,,,,,,,,,,,,"25,418,793.64",,,,,,,,,Debit,,
7/20/2016,11:36:45,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,2C700464VV860730L,,,,,,,,,,,,,,,,,,,,,,,,,"25,518,793.64",,,,,,,,,Debit,,
7/20/2016,11:36:01,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,63S32882GF651594B,,,,,,,,,,,,,,,,,,,,,,,,,"25,618,793.64",,,,,,,,,Debit,,
7/20/2016,11:35:25,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,1LM48003VB506431X,,,,,,,,,,,,,,,,,,,,,,,,,"25,718,793.64",,,,,,,,,Debit,,

7/19/2016,1:21:34,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,2B535557KD865635L,,,,,,,,,,,,,,,,,,,,,,,"25,827,540.07",,,,,,,,Debit,,
7/19/2016,1:18:16,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,5AL93030VM206583M,,,,,,,,,,,,,,,,,,,,,,,"25,927,540.07",,,,,,,,Debit,,
7/19/2016,1:17:47,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,3P6249060A784435B,,,,,,,,,,,,,,,,,,,,,,,"26,027,540.07",,,,,,,,Debit,,
7/19/2016,1:17:15,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,1RS22147JJ5252616,,,,,,,,,,,,,,,,,,,,,,,"26,127,540.07",,,,,,,,Debit,,
7/19/2016,1:16:46,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,9HL11673HU1646839,,,,,,,,,,,,,,,,,,,,,,,"26,227,540.07",,,,,,,,Debit,,
7/19/2016,1:16:17,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,8BH79556SM929452U,,,,,,,,,,,,,,,,,,,,,,,"26,327,540.07",,,,,,,,Debit,,
7/19/2016,1:15:48,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,0R791257W00372408,,,,,,,,,,,,,,,,,,,,,,,"26,427,540.07",,,,,,,,Debit,,
7/19/2016,1:15:21,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,8PR50435JS063820P,,,,,,,,,,,,,,,,,,,,,,,"26,527,540.07",,,,,,,,Debit,,
7/19/2016,1:14:52,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,73L76105LH336194E,,,,,,,,,,,,,,,,,,,,,,,"26,627,540.07",,,,,,,,Debit,,
7/19/2016,1:14:23,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,3J929859XW7147532,,,,,,,,,,,,,,,,,,,,,,,"26,727,540.07",,,,,,,,Debit,,
7/19/2016,1:13:56,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,57G28500J3311012T,,,,,,,,,,,,,,,,,,,,,,,"26,827,540.07",,,,,,,,Debit,,
7/19/2016,1:13:28,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,63B462169X8473005,,,,,,,,,,,,,,,,,,,,,,,"26,927,540.07",,,,,,,,Debit,,
7/19/2016,1:12:57,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,33T156871L998153J,,,,,,,,,,,,,,,,,,,,,,,"27,027,540.07",,,,,,,,Debit,,
7/19/2016,1:12:31,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,8KB81372GH894434X,,,,,,,,,,,,,,,,,,,,,,,"27,127,540.07",,,,,,,,Debit,,
7/19/2016,1:11:55,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,6DP90459EE172270A,,,,,,,,,,,,,,,,,,,,,,,"27,227,540.07",,,,,,,,Debit,,
7/19/2016,1:11:06,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,7H065973MP942692E,,,,,,,,,,,,,,,,,,,,,,,"27,327,540.07",,,,,,,,Debit,,
7/19/2016,1:10:16,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,2JC27705X9918380U,,,,,,,,,,,,,,,,,,,,,,,"27,427,540.07",,,,,,,,Debit,,
7/19/2016,1:09:28,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,...,,,,1DT76207WT655245G,,,,,,,,,,,,,,,,,,,,,,,"27,527,540.07",,,,,,,,Debit,,
7/19/2016,1:09:00,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3PC16599638258604,,,,,,,,,,,,,,,,,,,,,,,,,"27,627,540.07",,,,,,,,Debit,,
7/19/2016,1:03:44,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,33422824FV682181Y,,,,,,,,,,,,,,,,,,,,,,,,,"27,727,540.07",,,,,,,,Debit,,
7/19/2016,1:00:38,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8M950878UR544312A,,,,,,,,,,,,,,,,,,,,,,,,,"27,827,742.17",,,,,,,,Debit,,
7/19/2016,1:00:10,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,6NE09160L9907732F,,,,,,,,,,,,,,,,,,,,,,,,,"27,927,742.17",,,,,,,,Debit,,
7/19/2016,0:59:39,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8L8078095W0656417,,,,,,,,,,,,,,,,,,,,,,,,,"28,027,994.79",,,,,,,,Debit,,
7/19/2016,0:59:11,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,39S89752WA401570E,,,,,,,,,,,,,,,,,,,,,,,,,"28,127,994.79",,,,,,,,Debit,,
7/19/2016,0:58:41,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,7NJ91436KS3697946,,,,,,,,,,,,,,,,,,,,,,,,,"28,227,994.79",,,,,,,,Debit,,
7/19/2016,0:58:13,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8FW85127CB5045217,,,,,,,,,,,,,,,,,,,,,,,,,"28,327,994.79",,,,,,,,Debit,,
7/19/2016,0:57:46,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,4XG925264F463535S,,,,,,,,,,,,,,,,,,,,,,,,,"28,427,994.79",,,,,,,,Debit,,
7/19/2016,0:57:13,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,89T452626H4187006,,,,,,,,,,,,,,,,,,,,,,,,,"28,527,994.79",,,,,,,,Debit,,
7/19/2016,0:56:45,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,16510132LA978291W,,,,,,,,,,,,,,,,,,,,,,,,,"28,628,500.01",,,,,,,,Debit,,
7/19/2016,0:56:15,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,2A2322206U400704M,,,,,,,,,,,,,,,,,,,,,,,,,"28,728,500.01",,,,,,,,Debit,,
7/19/2016,0:55:48,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,05F587014J718582R,,,,,,,,,,,,,,,,,,,,,,,,,"28,828,500.01",,,,,,,,Debit,,
7/19/2016,0:55:21,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,4SX48625D25648811,,,,,,,,,,,,,,,,,,,,,,,,,"28,928,500.01",,,,,,,,Debit,,
7/19/2016,0:54:54,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,07933800VP530952J,,,,,,,,,,,,,,,,,,,,,,,,,"29,028,500.01",,,,,,,,Debit,,
7/19/2016,0:54:26,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,7M860252ED3466307,,,,,,,,,,,,,,,,,,,,,,,,,"29,128,752.63",,,,,,,,Debit,,
7/19/2016,0:53:58,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,2JG060798N624661X,,,,,,,,,,,,,,,,,,,,,,,,,"29,228,752.63",,,,,,,,Debit,,
7/19/2016,0:53:30,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8Y09811943384163L,,,,,,,,,,,,,,,,,,,,,,,,,"29,328,752.63",,,,,,,,Debit,,
7/19/2016,0:53:00,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,2MD69846WR277244M,,,,,,,,,,,,,,,,,,,,,,,,,"29,428,752.63",,,,,,,,Debit,,
7/19/2016,0:52:33,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,

NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,4SC818121S067802Y,,,,,,,,,,,,,,,,,,,,,,,,,,"29,528,752.63",,,,,,,,Debit,,
7/19/2016,0:52:08,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,38T2411830471311U,,,,,,,,,,,,,,,,,,,,,,,,,,"29,629,005.25",,,,,,,,Debit,,
7/19/2016,0:51:41,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,0YU79097GW729602B,,,,,,,,,,,,,,,,,,,,,,,,,,"29,729,005.25",,,,,,,,Debit,,
7/19/2016,0:51:14,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,......,,1H5731958F663334P,,,,,,,,,,,,,,,,,,,,,,,,,,"29,829,005.25",,,,,,,,Debit,,
7/19/2016,0:50:48,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,........,,14G309882D1134037,,,,,,,,,,,,,,,,,,,,,,,,,,"29,929,005.25",,,,,,,,Debit,,
7/19/2016,0:50:17,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,60N860024X483925R,,,,,,,,,,,,,,,,,,,,,,,,,,"30,029,005.25",,,,,,,,Debit,,
7/19/2016,0:49:49,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,4B2131764S598415T,,,,,,,,,,,,,,,,,,,,,,,,,,"30,129,005.25",,,,,,,,Debit,,
7/19/2016,0:49:22,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,6XA64370J7958890G,,,,,,,,,,,,,,,,,,,,,,,,,,"30,229,005.25",,,,,,,,Debit,,
7/19/2016,0:48:55,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,5VA53934LC044194G,,,,,,,,,,,,,,,,,,,,,,,,,,"30,329,005.25",,,,,,,,Debit,,
7/19/2016,0:48:29,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,3AD90431G81074529,,,,,,,,,,,,,,,,,,,,,,,,,,"30,429,257.87",,,,,,,,Debit,,
7/19/2016,0:48:01,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,9WA66331SC416793L,,,,,,,,,,,,,,,,,,,,,,,,,,"30,529,257.87",,,,,,,,Debit,,
7/19/2016,0:47:34,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,41U851938G317561K,,,,,,,,,,,,,,,,,,,,,,,,,,"30,629,257.87",,,,,,,,Debit,,
7/19/2016,0:47:07,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,9WV385083P262134G,,,,,,,,,,,,,,,,,,,,,,,,,,"30,729,257.87",,,,,,,,Debit,,
7/19/2016,0:46:38,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,8K8967835W617011F,,,,,,,,,,,,,,,,,,,,,,,,,,"30,829,257.87",,,,,,,,Debit,,
7/19/2016,0:46:11,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,9DR44088YG448122G,,,,,,,,,,,,,,,,,,,,,,,,,,"30,929,257.87",,,,,,,,Debit,,
7/19/2016,0:45:42,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,3BL67981SB469432D,,,,,,,,,,,,,,,,,,,,,,,,,,"31,029,257.87",,,,,,,,Debit,,
7/18/2016,19:38:37,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,3SN59626MC333301W,,,,,,,,,,,,,,,,,,,,,,,,,,"31,129,261.19",,,,,,,,Debit,,
7/18/2016,19:38:08,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,5HA357659C557064V,,,,,,,,,,,,,,,,,,,,,,,,,,"31,229,261.19",,,,,,,,Debit,,
7/18/2016,19:37:39,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,.......,,63M14038WY004884L,,,,,,,,,,,,,,,,,,,,,,,,,,"31,329,261.19",,,,,,,,Debit,,

7/18/2016,19:37:02,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,55T76209GF8703155,,,,,,,,,,,,,,,,,,,,,,,,,"31,429,261.19",,,,,,,,Debit,,
7/18/2016,19:36:36,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,2KM759216T4339445,,,,,,,,,,,,,,,,,,,,,,,,,"31,529,261.19",,,,,,,,Debit,,
7/18/2016,19:36:11,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,9B1299986F985710J,,,,,,,,,,,,,,,,,,,,,,,,,"31,629,261.19",,,,,,,,Debit,,
7/18/2016,19:35:43,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,8HY71395LP567153D,,,,,,,,,,,,,,,,,,,,,,,,,"31,729,261.19",,,,,,,,Debit,,
7/18/2016,19:35:15,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,5HD65058C4034540D,,,,,,,,,,,,,,,,,,,,,,,,,"31,829,261.19",,,,,,,,Debit,,
7/18/2016,19:34:48,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,00B70570KY463402T,,,,,,,,,,,,,,,,,,,,,,,,,"31,929,261.19",,,,,,,,Debit,,
7/18/2016,19:34:19,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,72050826DV196084H,,,,,,,,,,,,,,,,,,,,,,,,,"32,029,261.19",,,,,,,,Debit,,
7/18/2016,19:33:52,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,9SW47832A3309330B,,,,,,,,,,,,,,,,,,,,,,,,,"32,129,261.19",,,,,,,,Debit,,
7/18/2016,19:33:24,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,1464915002601450P,,,,,,,,,,,,,,,,,,,,,,,,,"32,229,261.19",,,,,,,,Debit,,
7/18/2016,19:32:56,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,0GE21755DU956861C,,,,,,,,,,,,,,,,,,,,,,,,,"32,329,261.19",,,,,,,,Debit,,
7/18/2016,19:32:30,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,78C34553191805600,,,,,,,,,,,,,,,,,,,,,,,,,"32,429,261.19",,,,,,,,Debit,,
7/18/2016,19:31:58,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,7DG67887K0884061S,,,,,,,,,,,,,,,,,,,,,,,,,"32,529,261.19",,,,,,,,Debit,,
7/18/2016,19:31:27,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,1J8193520A6693054,,,,,,,,,,,,,,,,,,,,,,,,,"32,629,261.19",,,,,,,,Debit,,
7/18/2016,19:30:53,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,43M27821X0526825C,,,,,,,,,,,,,,,,,,,,,,,,,"32,729,261.19",,,,,,,,Debit,,
7/18/2016,19:30:26,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,21C40149PV628930L,,,,,,,,,,,,,,,,,,,,,,,,,"32,829,261.19",,,,,,,,Debit,,
7/18/2016,19:29:53,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,0L1284931D772974K,,,,,,,,,,,,,,,,,,,,,,,,,"32,929,261.19",,,,,,,,Debit,,
7/18/2016,19:29:26,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,3JF76920CP6898100,,,,,,,,,,,,,,,,,,,,,,,,,"33,029,261.19",,,,,,,,Debit,,
7/18/2016,19:28:59,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,,2C385694XM264760M,,,,,,,,,,,,,,,,,,,,,,,,,"33,129,261.19",,,,,,,,Debit,,
7/18/2016,19:28:32,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,6AL88807J6211740U,,,,,,,,,,,,,,,,,,,,,,,"33,229,261.19",,,,,,,,Debit,,
7/18/2016,19:28:04,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,7YK54560NF408282L,,,,,,,,,,,,,,,,,,,,,,,"33,329,261.19",,,,,,,,Debit,,
7/18/2016,19:27:24,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,9XR65174N7603331M,,,,,,,,,,,,,,,,,,,,,,,"33,429,261.19",,,,,,,,Debit,,
7/18/2016,19:26:41,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3HR75506JE256411L,,,,,,,,,,,,,,,,,,,,,,,"33,529,261.19",,,,,,,,Debit,,
7/18/2016,19:26:06,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3XD45849CE450135V,,,,,,,,,,,,,,,,,,,,,,,"33,629,261.18",,,,,,,,Debit,,
7/18/2016,19:25:19,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,59K5119429907003D,,,,,,,,,,,,,,,,,,,,,,,"33,729,261.18",,,,,,,,Debit,,
7/18/2016,19:24:52,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,6L033694VL9267035,,,,,,,,,,,,,,,,,,,,,,,"33,829,261.18",,,,,,,,Debit,,
7/18/2016,19:24:27,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,89X22979FP1726638,,,,,,,,,,,,,,,,,,,,,,,"33,929,261.18",,,,,,,,Debit,,
7/18/2016,19:24:03,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,2UM09388T03761933,,,,,,,,,,,,,,,,,,,,,,,"34,029,261.18",,,,,,,,Debit,,
7/18/2016,19:23:30,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,2HC02945NT444612K,,,,,,,,,,,,,,,,,,,,,,,"34,129,261.18",,,,,,,,Debit,,
7/18/2016,19:23:04,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,6Y707282B7293214G,,,,,,,,,,,,,,,,,,,,,,,"34,229,261.18",,,,,,,,Debit,,
7/18/2016,19:22:38,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,2L343503GT205805H,,,,,,,,,,,,,,,,,,,,,,,"34,329,261.18",,,,,,,,Debit,,
7/18/2016,19:22:12,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,2XJ61967FT6432355,,,,,,,,,,,,,,,,,,,,,,,"34,429,261.18",,,,,,,,Debit,,
7/18/2016,19:21:46,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,08S17399L88413325,,,,,,,,,,,,,,,,,,,,,,,"34,529,261.18",,,,,,,,Debit,,
7/18/2016,19:21:20,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,48B716995U653472M,,,,,,,,,,,,,,,,,,,,,,,"34,629,261.18",,,,,,,,Debit,,
7/18/2016,19:20:53,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3T464393CP740371U,,,,,,,,,,,,,,,,,,,,,,,"34,729,261.18",,,,,,,,Debit,,
7/18/2016,19:20:25,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,41J45222T0059241W,,,,,,,,,,,,,,,,,,,,,,,"34,829,261.18",,,,,,,,Debit,,
7/18/2016,19:19:54,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,2PM92144K4293261N,,,,,,,,,,,,,,,,,,,,,,,"34,929,261.18",,,,,,,,Debit,,
7/18/2016,19:19:27,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,,3FC63408KD469571Y,,,,,,,,,,,,,,,,,,,,,,,"35,029,261.18",,,,,,,,Debit,,
7/18/2016,19:18:59,PDT,,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,

NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,9JB1045792440281E,,,,,,,,,,,,,,,,,,,,,,,,,"35,129,261.18",,,,,,,,Debit,,
7/18/2016,19:18:32,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,87L35888A4790523W,,,,,,,,,,,,,,,,,,,,,,,,,"35,229,261.18",,,,,,,,Debit,,
7/18/2016,19:18:07,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,65W71832PM5001524,,,,,,,,,,,,,,,,,,,,,,,,,"35,329,261.18",,,,,,,,Debit,,
7/18/2016,19:17:42,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,8NR84118PT018033J,,,,,,,,,,,,,,,,,,,,,,,,,"35,429,261.18",,,,,,,,Debit,,
7/18/2016,19:17:17,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,31P92553CK732925X,,,,,,,,,,,,,,,,,,,,,,,,,"35,529,261.18",,,,,,,,Debit,,
7/18/2016,19:16:51,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,2GH983202B920061P,,,,,,,,,,,,,,,,,,,,,,,,,"35,629,261.18",,,,,,,,Debit,,
7/18/2016,19:16:26,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4FY224696G0377429,,,,,,,,,,,,,,,,,,,,,,,,,"35,729,261.18",,,,,,,,Debit,,
7/18/2016,19:15:59,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,6XL96432C10512503,,,,,,,,,,,,,,,,,,,,,,,,,"35,829,261.18",,,,,,,,Debit,,
7/18/2016,19:15:31,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4R224893JR636722E,,,,,,,,,,,,,,,,,,,,,,,,,"35,929,261.18",,,,,,,,Debit,,
7/18/2016,19:14:58,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,3Y425100P0949333M,,,,,,,,,,,,,,,,,,,,,,,,,"36,029,261.18",,,,,,,,Debit,,
7/18/2016,19:14:29,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,7EU75385M0840703M,,,,,,,,,,,,,,,,,,,,,,,,,"36,129,261.18",,,,,,,,Debit,,
7/18/2016,19:14:01,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,04Y92364F40430735,,,,,,,,,,,,,,,,,,,,,,,,,"36,229,261.18",,,,,,,,Debit,,
7/18/2016,19:13:33,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,6L525554146026108,,,,,,,,,,,,,,,,,,,,,,,,,"36,329,261.18",,,,,,,,Debit,,
7/18/2016,19:13:07,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,5EF97172XN868000U,,,,,,,,,,,,,,,,,,,,,,,,,"36,429,261.18",,,,,,,,Debit,,
7/18/2016,19:12:41,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,2MV76090MH067721S,,,,,,,,,,,,,,,,,,,,,,,,,"36,529,261.18",,,,,,,,Debit,,
7/18/2016,19:12:14,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,4CV20717LK043564D,,,,,,,,,,,,,,,,,,,,,,,,,"36,629,261.18",,,,,,,,Debit,,
7/18/2016,19:11:48,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,21C4816741179391G,,,,,,,,,,,,,,,,,,,,,,,,,"36,729,261.18",,,,,,,,Debit,,
7/18/2016,19:11:20,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,94C02410KC003842H,,,,,,,,,,,,,,,,,,,,,,,,,"36,829,261.18",,,,,,,,Debit,,
7/18/2016,19:10:52,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,1KB15098136236427,,,,,,,,,,,,,,,,,,,,,,,,,"36,929,261.18",,,,,,,,Debit,,

7/18/2016,19:10:23,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,5WT73989HM331074V,,,,,,,,,,,,,,,,,,,,,,,,,"37,029,261.18",,,,,,,,Debit,,
7/18/2016,19:09:56,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,40923442VN709170R,,,,,,,,,,,,,,,,,,,,,,,,,"37,129,261.18",,,,,,,,Debit,,
7/18/2016,19:08:19,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,9JP44097CJ750834C,,,,,,,,,,,,,,,,,,,,,,,,,"37,229,261.18",,,,,,,,Debit,,
7/18/2016,19:07:36,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,1376851207997932B,,,,,,,,,,,,,,,,,,,,,,,,,"37,329,261.18",,,,,,,,Debit,,
7/18/2016,19:07:09,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,4U530262HE248093Y,,,,,,,,,,,,,,,,,,,,,,,,,"37,429,261.18",,,,,,,,Debit,,
7/18/2016,19:06:41,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,1J493263HB909843X,,,,,,,,,,,,,,,,,,,,,,,,,"37,529,261.18",,,,,,,,Debit,,
7/18/2016,19:06:16,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,5AB112251M043931V,,,,,,,,,,,,,,,,,,,,,,,,,"37,629,261.18",,,,,,,,Debit,,
7/18/2016,19:05:50,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,5F7123626C547990B,,,,,,,,,,,,,,,,,,,,,,,,,"37,729,261.18",,,,,,,,Debit,,
7/18/2016,19:05:24,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,1A330605NK376974S,,,,,,,,,,,,,,,,,,,,,,,,,"37,829,261.18",,,,,,,,Debit,,
7/18/2016,19:04:58,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8876,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,9HG439904R429020V,,,,,,,,,,,,,,,,,,,,,,,,,"37,929,261.18",,,,,,,,Debit,,
7/18/2016,19:04:36,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,62N092377G136472E,,,,,,,,,,,,,,,,,,,,,,,,,"38,029,261.18",,,,,,,,Debit,,
7/18/2016,19:04:11,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,4NR735892N503425N,,,,,,,,,,,,,,,,,,,,,,,,,"38,129,261.18",,,,,,,,Debit,,
7/18/2016,19:03:43,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,1S00183802414790E,,,,,,,,,,,,,,,,,,,,,,,,,"38,229,261.18",,,,,,,,Debit,,
7/18/2016,19:03:16,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,64F0232675546821G,,,,,,,,,,,,,,,,,,,,,,,,,"38,329,261.18",,,,,,,,Debit,,
7/18/2016,19:02:50,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,3DU70413KR171821X,,,,,,,,,,,,,,,,,,,,,,,,,"38,429,261.18",,,,,,,,Debit,,
7/18/2016,19:02:13,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,03H25946EE214560A,,,,,,,,,,,,,,,,,,,,,,,,,"38,529,261.18",,,,,,,,Debit,,
7/18/2016,19:01:47,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,68148478B2464051R,,,,,,,,,,,,,,,,,,,,,,,,,"38,629,261.18",,,,,,,,Debit,,
7/18/2016,19:01:21,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-100,000.00",,,,,,,,,,,,3VR70631X6858411Y,,,,,,,,,,,,,,,,,,,,,,,,,"38,729,261.18",,,,,,,,Debit,,
7/18/2016,19:00:51,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK, NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,6357581134188583F,,,,,,,,,,,,,,,,,,,,,,,,,"38,829,261.18",,,,,,,,Debit,,
7/18/2016,18:59:55,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,3B5091664A303321U,,,,,,,,,,,,,,,,,,,,,,,,,"38,929,261.18",,,,,,,,Debit,,
7/18/2016,18:59:30,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,82R76540208844514,,,,,,,,,,,,,,,,,,,,,,,,,"39,029,261.18",,,,,,,,Debit,,
7/18/2016,18:58:54,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,45S05172BU816491F,,,,,,,,,,,,,,,,,,,,,,,,,"39,129,261.18",,,,,,,,Debit,,
7/18/2016,18:58:27,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,7CS360027Y339761K,,,,,,,,,,,,,,,,,,,,,,,,,"39,229,261.18",,,,,,,,Debit,,
7/18/2016,18:58:01,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,2XE26232UB455553F,,,,,,,,,,,,,,,,,,,,,,,,,"39,329,261.18",,,,,,,,Debit,,
7/18/2016,18:57:27,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,56P87750666946333,,,,,,,,,,,,,,,,,,,,,,,,,"39,429,261.18",,,,,,,,Debit,,
7/18/2016,18:56:56,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,4JK3894961975700T,,,,,,,,,,,,,,,,,,,,,,,,,"39,529,261.18",,,,,,,,Debit,,
7/18/2016,18:56:29,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,0UT900028L288281L,,,,,,,,,,,,,,,,,,,,,,,,,"39,629,261.18",,,,,,,,Debit,,
7/18/2016,18:56:03,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,4YE96850S6112030K,,,,,,,,,,,,,,,,,,,,,,,,,"39,729,261.18",,,,,,,,Debit,,
7/18/2016,18:55:39,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,59302309P9771643X,,,,,,,,,,,,,,,,,,,,,,,,,"39,829,261.18",,,,,,,,Debit,,
7/18/2016,18:55:14,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,65530316MH383820N,,,,,,,,,,,,,,,,,,,,,,,,,"39,929,261.18",,,,,,,,Debit,,
7/18/2016,18:54:49,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,2R521033YN168370J,,,,,,,,,,,,,,,,,,,,,,,,,"40,029,261.18",,,,,,,,Debit,,
7/18/2016,18:54:23,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,6FG49518MY127740H,,,,,,,,,,,,,,,,,,,,,,,,,"40,129,261.18",,,,,,,,Debit,,
7/18/2016,18:53:55,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,7T1771731E5588715,,,,,,,,,,,,,,,,,,,,,,,,,"40,229,261.18",,,,,,,,Debit,,
7/18/2016,18:53:30,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,9VX56741MB5624833,,,,,,,,,,,,,,,,,,,,,,,,,"40,329,261.18",,,,,,,,Debit,,
7/18/2016,18:53:02,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,2SN97137448125904,,,,,,,,,,,,,,,,,,,,,,,,,"40,429,263.00",,,,,,,,Debit,,
7/18/2016,18:51:58,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,5NY25443NP645833U,,,,,,,,,,,,,,,,,,,,,,,,,"40,529,263.00",,,,,,,,Debit,,
7/18/2016,18:51:31,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,,,,,,,,,25511548F72557924,,,,,,,,,,,,,,,,,,,,,,,,,"40,629,263.00",,,,,,,,Debit,,
7/18/2016,18:51:06,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,

NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,269223533B458550G,,,,,,,,,,,,,,,,,,,,,,,,,"40,729,263.00",,,,,,,,,Debit,,
7/18/2016,18:50:40,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,3PX01269T9918020Y,,,,,,,,,,,,,,,,,,,,,,,,,"40,829,263.00",,,,,,,,,Debit,,
7/18/2016,18:50:12,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,91D00196C2739612L,,,,,,,,,,,,,,,,,,,,,,,,,"40,929,263.00",,,,,,,,,Debit,,
7/18/2016,18:49:44,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,9EU439757X163013U,,,,,,,,,,,,,,,,,,,,,,,,,"41,029,263.00",,,,,,,,,Debit,,
7/18/2016,18:49:12,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8MT621772X092910R,,,,,,,,,,,,,,,,,,,,,,,,,"41,129,263.00",,,,,,,,,Debit,,
7/18/2016,18:48:43,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,0D135020V2694205K,,,,,,,,,,,,,,,,,,,,,,,,,"41,229,263.00",,,,,,,,,Debit,,
7/18/2016,18:48:14,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,00L08088EW807920P,,,,,,,,,,,,,,,,,,,,,,,,,"41,329,263.00",,,,,,,,,Debit,,
7/18/2016,18:47:45,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,79H85679G98578304,,,,,,,,,,,,,,,,,,,,,,,,,"41,429,263.00",,,,,,,,,Debit,,
7/18/2016,18:47:17,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,0JB707519R175330V,,,,,,,,,,,,,,,,,,,,,,,,,"41,529,263.00",,,,,,,,,Debit,,
7/18/2016,18:46:49,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,63W67183W6880252Y,,,,,,,,,,,,,,,,,,,,,,,,,"41,629,263.00",,,,,,,,,Debit,,
7/13/2016,18:36:50,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,1B766772F42970437,,,,,,,,,,,,,,,,,,,,,,,,,"41,800,189.17",,,,,,,,,Debit,,
7/13/2016,18:33:59,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,5T427374JR2399831,,,,,,,,,,,,,,,,,,,,,,,,,"41,900,189.17",,,,,,,,,Debit,,
7/13/2016,18:33:28,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,7GC80739AX382162L,,,,,,,,,,,,,,,,,,,,,,,,,"42,000,189.17",,,,,,,,,Debit,,
7/13/2016,18:32:53,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8JN32636FL933000F,,,,,,,,,,,,,,,,,,,,,,,,,"42,100,189.17",,,,,,,,,Debit,,
7/13/2016,18:32:21,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,0XY81222FJ869825L,,,,,,,,,,,,,,,,,,,,,,,,,"42,200,189.17",,,,,,,,,Debit,,
7/13/2016,18:31:52,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,4B026754YL391994E,,,,,,,,,,,,,,,,,,,,,,,,,"42,300,189.17",,,,,,,,,Debit,,
7/13/2016,18:31:21,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,00H89475CK5323224,,,,,,,,,,,,,,,,,,,,,,,,,"42,400,189.17",,,,,,,,,Debit,,
7/13/2016,18:30:35,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,4MP794197C986960X,,,,,,,,,,,,,,,,,,,,,,,,,"42,500,189.17",,,,,,,,,Debit,,
7/13/2016,18:30:03,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,1UV03925TG9817715,,,,,,,,,,,,,,,,,,,,,,,,,"42,600,189.17",,,,,,,,,Debit,,

7/13/2016,18:29:35,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,50D157909U547105F,,,,,,,,,,,,,,,,,,,,,,,"42,700,189.17",,,,,,,,Debit,,
7/13/2016,18:24:31,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,9J1081454X2357252,,,,,,,,,,,,,,,,,,,,,,,"42,800,189.17",,,,,,,,Debit,,
7/13/2016,18:24:02,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,9XV79391CF078862A,,,,,,,,,,,,,,,,,,,,,,,"42,900,189.17",,,,,,,,Debit,,
7/13/2016,18:23:32,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,4V176022D4986262T,,,,,,,,,,,,,,,,,,,,,,,"43,000,189.17",,,,,,,,Debit,,
7/13/2016,18:22:27,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,3YM72983PY865622J,,,,,,,,,,,,,,,,,,,,,,,"43,100,189.17",,,,,,,,Debit,,
7/13/2016,18:21:57,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,98R31094PG0976940,,,,,,,,,,,,,,,,,,,,,,,"43,200,189.17",,,,,,,,Debit,,
7/13/2016,18:21:30,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,4VY7609065050015T,,,,,,,,,,,,,,,,,,,,,,,"43,300,189.17",,,,,,,,Debit,,
7/13/2016,18:19:10,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,0YL49386BY440925H,,,,,,,,,,,,,,,,,,,,,,,"43,400,189.17",,,,,,,,Debit,,
7/13/2016,18:18:42,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,26504461JH882773C,,,,,,,,,,,,,,,,,,,,,,,"43,500,189.17",,,,,,,,Debit,,
7/13/2016,18:18:14,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8H274990FF968052N,,,,,,,,,,,,,,,,,,,,,,,"43,600,189.17",,,,,,,,Debit,,
7/13/2016,18:17:42,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,6KM696384H2628147,,,,,,,,,,,,,,,,,,,,,,,"43,700,189.17",,,,,,,,Debit,,
7/13/2016,18:17:06,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,-891.53,0,-
891.53,,,,,,,,,,,,,802635169L4384608,,,,,,,,,,,,,,,,,,,,,,,"43,800,189.17",,,,,,,,Debit,,
7/13/2016,6:41:48,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,0JE5760200933615Y,,,,,,,,,,,,,,,,,,,,,,,"43,813,186.35",,,,,,,,Debit,,
7/13/2016,6:41:13,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,5RX3926862072502U,,,,,,,,,,,,,,,,,,,,,,,"43,913,186.35",,,,,,,,Debit,,
7/13/2016,6:40:39,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,8625147324528113E,,,,,,,,,,,,,,,,,,,,,,,"44,013,186.35",,,,,,,,Debit,,
7/13/2016,6:39:45,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,34D65986MD700891C,,,,,,,,,,,,,,,,,,,,,,,"44,113,186.35",,,,,,,,Debit,,
7/13/2016,6:39:11,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,063357618C223510D,,,,,,,,,,,,,,,,,,,,,,,"44,213,186.35",,,,,,,,Debit,,
7/13/2016,6:38:41,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,2RB623478A166352K,,,,,,,,,,,,,,,,,,,,,,,"44,313,186.35",,,,,,,,Debit,,
7/13/2016,6:38:03,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,2YA36697WX953732D,,,,,,,,,,,,,,,,,,,,,,,"44,413,186.35",,,,,,,,,Debit,,
7/13/2016,6:37:28,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,4UX13231A2192154F,,,,,,,,,,,,,,,,,,,,,,,"44,513,186.35",,,,,,,,,Debit,,
7/13/2016,6:36:53,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,1L200733JJ591793V,,,,,,,,,,,,,,,,,,,,,,,"44,613,186.35",,,,,,,,,Debit,,
7/13/2016,6:36:17,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,23S394150T2092310,,,,,,,,,,,,,,,,,,,,,,,"44,713,186.35",,,,,,,,,Debit,,
7/13/2016,6:35:45,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,0YR74088078694936,,,,,,,,,,,,,,,,,,,,,,,"44,813,186.35",,,,,,,,,Debit,,
7/13/2016,6:35:13,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,1YX2145797011794J,,,,,,,,,,,,,,,,,,,,,,,"44,913,186.35",,,,,,,,,Debit,,
7/13/2016,6:34:40,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,8MS64370N62362231,,,,,,,,,,,,,,,,,,,,,,,"45,013,186.35",,,,,,,,,Debit,,
7/13/2016,6:34:08,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,1L8389938V9663334,,,,,,,,,,,,,,,,,,,,,,,"45,113,186.35",,,,,,,,,Debit,,
7/13/2016,6:33:32,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,6P743095LR637740J,,,,,,,,,,,,,,,,,,,,,,,"45,213,186.35",,,,,,,,,Debit,,
7/13/2016,6:32:45,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,271875135B017730W,,,,,,,,,,,,,,,,,,,,,,,"45,313,186.35",,,,,,,,,Debit,,
7/13/2016,6:32:14,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,5P305274NN896422S,,,,,,,,,,,,,,,,,,,,,,,"45,413,186.35",,,,,,,,,Debit,,
7/13/2016,2:57:24,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,8JL63371B0089132M,,,,,,,,,,,,,,,,,,,,,,,"45,515,735.10",,,,,,,,,Debit,,
7/13/2016,2:52:00,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,86C56136KA6420307,,,,,,,,,,,,,,,,,,,,,,,"45,615,735.10",,,,,,,,,Debit,,
7/13/2016,2:51:26,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,9H346089WF1866718,,,,,,,,,,,,,,,,,,,,,,,"45,715,735.10",,,,,,,,,Debit,,
7/13/2016,2:50:41,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,7RX06986X1221360Y,,,,,,,,,,,,,,,,,,,,,,,"45,815,735.10",,,,,,,,,Debit,,
7/13/2016,2:50:09,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,9DP96861DU5994106,,,,,,,,,,,,,,,,,,,,,,,"45,915,735.10",,,,,,,,,Debit,,
7/13/2016,2:49:34,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,9VE27218F64367335,,,,,,,,,,,,,,,,,,,,,,,"46,015,735.10",,,,,,,,,Debit,,
7/13/2016,2:48:59,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,8M628570CF600935C,,,,,,,,,,,,,,,,,,,,,,,"46,115,735.10",,,,,,,,,Debit,,
7/13/2016,2:48:29,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-

100,000.00",,,,.........,,,,6BS47664R4718764K,,,,,,,,,,,,,,,,,,,,,,,"46,215,735.10",,,,,,,,,Debit,,
7/13/2016,2:47:54,PDT,...,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,

NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,54E44431BG386425F,,,,,,,,,,,,,,,,,,,,,,,,,"46,315,735.10",,,,,,,,,Debit,,
7/13/2016,2:47:22,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,2U969394V90691439,,,,,,,,,,,,,,,,,,,,,,,,"46,415,735.10",,,,,,,,,Debit,,
7/11/2016,16:12:44,PDT,,,,Withdraw Funds to Bank Account,Completed,"JPMORGAN CHASE BANK,
NA",8256,,,,USD,"-100,000.00",0,"-
100,000.00",,,,,,,,,,,,,5TC57976F6642741C,,,,,,,,,,,,,,,,,,,,,,,,,"46,515,787.34",,,,,,,,,Debit,,

# Exhibit 9

# Frost

HOME (./)   |   AD PLANS (AD_PLANS)

# Ad Plans

## Philosophy

Usually, the term monsoon is used to refer to the rainy phase of a seasonally-changing pattern. It's a time when quasi semi-deserts are turned into vivid green grasslands where all sorts of plants and crops can prosper.

We believe that monsoons are powerful and significant in nature, and symbolize a shift in desert conditions to a full vibrant period of growth and prosperity. This of course is accomplished through using a system of traffic that influences the circumstances of an internet business to reverse any failure, bring about much greater visibility in the market, and cause an excess of exposure for your business, cause strong word of mouth discussion "winds" and bring about heavy amounts of converting website visitors.

## Cash Links

These are paid-to-click links which appear on your dashboard, and reward you with extra cash!

Cash links are a great way to show other members what else you're involved with, and invite them to join you.<

**Basically**

$1.00 => 50 visitors = $0.02 per click. $0.01 goes to clicker, and $0.01 goes to sponsor
Visitor remains on your site 30 seconds

$1.00 => 25 visitors = $0.04 per click. $0.02 goes to clicker, and $0.02 goes to sponsor
Visitor remains on your site 60 seconds

*To qualify for referral click earnings from these links, you must have clicked a minimum of 10 ads in the traffic exchange within the last 24 hours.*

# Sharing

Only 1 of the services we offer includes a revenue sharing position. We do not sell "shares." We only sell advertising services. It's from the sales of all our services that we share revenues.

When our members purchase a service from TrafficMonsoon, the revenues from that purchase are held by the company. Then, you can qualify to receive share of the profits! Naturally there is cost associated with providing services. Each service provided generates a profit margin. We share those profits with you!

When you purchase an AdPack combo advertising campaign for $50, you'll receive 20 clicks to your banner, 1,000 traffic exchange credits, and a revenue sharing position.

When you click a minimum of 50 ads in our traffic exchange and remain on the websites for 5 seconds each, you'll qualify yourself for 24 hours to share in site profits.

As long as you are qualified, each sharing position you receive with your AdPack Combo purchase will continue to share in revenues up to $55.00. Reaching this maximum is not guaranteed, or affixed to any time frame. It's completely reliant upon sales of services, and you being qualified.

# Earn Traffic Exchange Credits

Any purchase turns your account into a life-time paid member. Each 3 ad views in our traffic exchange will reward you 2 visitor credit in the traffic exchange.

FREE members can surf ads, and receive 1 visitor credit for every 3 sites you view in the traffic exchange.

There is no requirement to refer to share in site profits.

# Services:

We share profits from all of the following services.

- ➜ **Pay-Per-Click Banner Ad Campaigns**
- ➜ **Pay-Per-Click Text Ad Campaigns**
- ➜ **Traffic Exchange Start Pages**
- ➜ **Traffic Exchange Credit Purchases**
- ➜ **Monsoon Traffic Packages**
- ➜ **Login Ads**

Pay-Per-Click Campaigns are $0.25 per click and allow you to target your ads to specific countries for $0.50 per click. Every click on your banners ads is worth a lot - those users who click on your ads may become your referrals or even clients. Users click simply because they are interested in the topic of your ads!

Traffic Exchange Start Pages is an offer we have for your site to be the first site viewed by all members. This is priced at $35 per day. You'll receive a lot more attention to your ad this way and stand out first in people's minds.

Traffic Exchange Credit Purchases offers you the ability to purchase more traffic exchange visitors without having to surf endlessly to earn the credits needed for the number of visitors you want to receive. Simply select the number of visitors you want, complete payment, and receive visitors!

**1000** visitor credits $5.95

**2500** visitor credits $13.95

**5000** visitor credits $27.95

**7000** visitor credits $37.95

**10000** visitor credits **$49.95**

**15000** visitor credits **$74.95**

**25000** visitor credits **$119.95**

**50000** visitor credits **$229.95**

Monsoon Traffic Packages offers you the ability to promote your website through a myriad of advertising websites to help you gain great exposure, increase recognition, and generate better overall results in gaining sign-ups, leads, and referrals.

**2500** visitor credits $5.00

**5000** visitor credits $9.00

**10000** visitor credits $16.00

**25000** visitor credits $38.00

**50000** visitor credits **$70.00**

**100000** credits **$130.00**

**200000** credits **$250.00**

**500000** credits **$600.00**

Login Ads places your website in a pop-up window upon login. This is priced at $35 per day. This is limited to only 1 space of availability, so hurry and grab it if you see it available!

# 10% Affiliate Program

You've got the opportunity to invite your friends, family, or other groups to enjoy our services & benefit from our lucrative affiliate program. For each purchase of service (except cash links) one of your referrals makes, you'll gain an instant 10% commission. This alone can help you build a constant cash-flow.

**CREATE AN ACCOUNT TODAY! (SIGNUP)**

REGISTER FOR FREE TODAY! (SIGNUP)

Jul 20, 2016

## Allied Wallet Card Orders Refunded

After getting the green light to allow our members to order Allied Wallet pre-paid cards, Allied Wallet bumped into some complications which resulted in them not being quite ready for these orders yet. I've decided it is best to refund you $6 for your purchase. The $6 is being returned to your Traffic Monsoon account balance, and can be viewed within your account balance history labeled, "Allied Wallet Card Purchase Refund"

Read more (./news_details.php?nid=25)

Jul 07, 2016

## Surfing only 50 MORE SECONDS per day

What this change will do to for YOU and Traffic Monsoon:
- Achieve Better Services
- Better Alexa Rank
- Help You Earn Even Better
- Increase Profit Margins In The Services We Offer
- Strengthen the Business
- Secure Long-Term Sustainability Due to Supply/Demand
- Deliver Visitors To Your Websites Faster
- Help you grow your Brand by reaching more of an audience

All that for LESS than 1 minute more of surfing!

Read more (./news_details.php?nid=24)

Feb 15, 2016

## While We Wait PayPal Funds

Plan Moving Forward:

We know for certain the funds inside PayPal will be released. Exactly when that is we do not know, but we are working on getting them released ASAP.

Read more (./news_details.php?nid=15)

---

📑 **Show more (news)**

Copyright @ 2014-2016 TrafficMonsoon. All Rights Reserved. Use of this site constitutes agreement with our terms of service.

## Get in touch



📍 Traffic Monsoon Global Limited, ███████████████ London, UK, ████

📍 Traffic Monsoon LLC, ███████████ Murray, UT, ████ United States ()

---

📞 +1-877-████ ()
📞 +44 808 ████

© TRAFFICMONSOON 2014-2016

 (https://secure.comodo.com/ttb_searcher/trustlogo?
v_querytype=W&v_shortname=SC5&v_search=https://trafficmonsoon.com/security&x=6&y=5)

 (https://www.mcafeesecure.com/verify?host=trafficmonsoon.com)

# Exhibit 10

# Frost



Login (login.htm)   |   Register (signup.htm)   |   Terms Of Se
(terms.ht

(home.htm)

Login From the Login Page By Clicking The Button Below:

| Log In (login.htm) |
| --- |

## Alexa Rank



---

**Site News:**                                                                          All news.. (news)

📧 Traffic Monsoon's New CFO (news_details.php@nid=10.htm)

I'd like to extend a warm welcome to Dr Amin Forati as our new CFO (Chief Financial Officer). Read more... (news_details.php@nid=10.htm)

Jan 20, 201

📧 Good News About Payment Processors (news_details.php@nid=9.htm)

As you already know from the video, I'm currently in Dubai. One reason for that is to setup Read more... (news_details.php@nid=9.htm)

Jan 12, 201

📧 Traffic Monsoon 1 Year Anniversary (news_details.php@nid=8.htm)

1 Year Anniversary Celebration. Food, Entertainment, and MORE Read more... (news_details.php@nid=8.htm)

Sep 16, 201

---

### Register For Free Today! (signup.htm)

Our members benefit from professional advertising services that includes revenue sharing of all ad services purchased. Join today.



**TrafficMonsoon**                                                        *A Perfect Combination of Advertising & Profit Sharing*



## Philosophy:

Usually, the term monsoon is used to refer to the rainy phase of a seasonally-changing pattern. It's a time when quasi semi-deserts are turned into vivid green grasslands where all sorts of plants and crops can prosper.

We believe that monsoons are powerful and significant in nature, and symbolize a shift in desert conditions to a full vibrant period of growth and prosperity. This of course is accomplished through using a system of traffic that influences the circumstances of an internet business to reverse any failure, bring about much greater visibility in the market, and cause an excess of exposure for your business, cause strong word of mouth discussion "winds" and bring about heavy amounts of converting website visitors.

## Cash Links:

These are paid-to-click links which appear on your dashboard, and reward you with extra cash!

Cash links are a great way to show other members what else you're involved with, and invite them to join you.

**Basically**

$1.00 => 50 visitors = $0.02 per click. $0.01 goes to clicker, and $0.01 goes to sponsor
Visitor remains on your site 30 seconds

$1.00 => 25 visitors = $0.04 per click. $0.02 goes to clicker, and $0.02 goes to sponsor
Visitor remains on your site 60 seconds

To qualify for referral click earnings from these links, you must have clicked a minimum of 10 ads in the traffic exchange within the last 24 hours.

## Sharing:

Only 1 of the services we offer includes a revenue sharing position. We do not sell "shares." We only sell advertising services. It's from the sales of all our services that we shar revenues.

When our members purchase a service from TrafficMonsoon, the revenues from that purchase are held by the company. Then, you can qualify to receive share of the profits! Naturally there is cost associated with providing services. Each service provided generates a profit margin. We share those profits with you!

When you purchase an AdPack combo advertising campaign for $50, you'll receive 20 clicks to your banner, 1,000 traffic exchange credits, and a revenue sharing position.

When you click a minimum of 10 ads in our traffic exchange and remain on the websites for 20 seconds each, you'll qualify yourself for 24 hours to share in site profits.

As long as you are qualified, each sharing position you receive with your AdPack Combo purchase will continue to share in revenues up to $55.00. Reaching this maximum is n guaranteed, or affixed to any time frame. It's completely reliant upon sales of services, and you being qualified.

## Earn Traffic Exchange Credits:

Any purchase turns your account into a life-time paid member. Each ad view in our traffic exchange will reward you 1 visitor credit in the traffic exchange.

**FREE members can surf ads, and receive 1 visitor credit for every 2 sites you view in the traffic exchange.**

There is no requirement to refer to share in site profits.

## Services:

We share profits from all of the following services.

- ‣ Pay-Per-Click Banner Ad Campaigns
- ‣ Pay-Per-Click Text Ad Campaigns
- ‣ Traffic Exchange Start Pages
- ‣ Traffic Exchange Credit Purchases
- ‣ Monsoon Traffic Packages
- ‣ Login Ads

Pay-Per-Click Campaigns are $0.25 per click and allow you to target your ads to specific countries for $0.50 per click. Every click on your banners ads is worth a lot - those use who click on your ads may become your referrals or even clients. Users click simply because they are interested in the topic of your ads!

Traffic Exchange Start Pages is an offer we have for your site to be the first site viewed by all members. This is priced at $35 per day. You'll receive a lot more attention to your ad this way and stand out first in people's minds.

Traffic Exchange Credit Purchases offers you the ability to purchase more traffic exchange visitors without having to surf endlessly to earn the credits needed for the number of visitors you want to receive. Simply select the number of visitors you want, complete payment, and receive visitors!

1000 visitor credits $5.95
2500 visitor credits $13.95
5000 visitor credits $27.95
7000 visitor credits $37.95
10000 visitor credits $49.95
15000 visitor credits $74.95
25000 visitor credits $119.95
50000 visitor credits $229.95

Monsoon Traffic Packages offers you the ability to promote your website through a myriad of advertising websites to help you gain great exposure, increase recognition, and generate better overall results in gaining sign-ups, leads, and referrals.

2500 visitors for $5.00

TrafficMonsoon : Ad Plans

5000 visitors for $9.00
10000 visitors for $16.00
25000 visitors for $38.00
50000 visitors for $70.00
100000 visitors for $130.00
200000 visitors for $250.00
500000 visitors for $600.00

Login Ads places your website in a pop-up window upon login. This is priced at $35 per day. This is limited to only 1 space of availability, so hurry and grab it if you see it available!

## 10% Affiliate Program

You've got the opportunity to invite your friends, family, or other groups to enjoy our services & benefit from our lucrative affiliate program. For each purchase of service (except cash links) one of your referrals makes, you'll gain an instant 10% commission. This alone can help you build a constant cash-flow.

Create An Account Today! (signup.htm)

 (../https@www.paypal.com/default.htm)    (../https@secure.payza.com/@ztq4708_252f1zx1pke5flvqla_253d_253d) SolidTrust
(../https@www.solidtrustpay.com/ref/gmatlj40)

HOME (HOME.HTM)   |   ABOUT (ABOUT.HTM)   |   TESTIMONIALS (TESTIMONIALS.HTM)   |   SIGNUP (SIGNUP.HTM)   |   FAQ (FAQ.HTM)   |   SUPP
(SUPPORT.HTM)

Copyright @ 2014 TrafficMonsoon. All Rights Reserved. Use of this site constitutes agreement with our terms of service.

 (../https@secure.comodo.com/ttb_searcher/trustlogo@v_querytype=w&v_shortname=sc5&v_search=https_3a_2f_2ftrafficmonsoon.com_2fsecurity&x=6&y=

(../https@www.mcafeesecure.com/verify@host=trafficmonsoon.com)

# Exhibit 11

# Frost

HOME (DEFAULT.HTM)   |   NEWS (NEWS.PHP.HTM)   |   SURFING ONLY 50 MORE SECONDS PER DAY

# Surfing only 50 MORE SECONDS per day

07.07.2016

What this change will do to for YOU and Traffic Monsoon:
- Achieve Better Services
- Better Alexa Rank
- Help You Earn Even Better
- Increase Profit Margins In The Services We Offer
- Strengthen the Business
- Secure Long-Term Sustainability Due to Supply/Demand
- Deliver Visitors To Your Websites Faster
- Help you grow your Brand by reaching more of an audience

All that for LESS than 1 minute more of surfing!

How Will This Be Achieved?

Surfing only 50 MORE SECONDS per day !!!

- REDUCED SURF TIMER TO 5 SECONDS (NOT 20!)
- SURF 50 ADS (NOT 10)
- Reduce Surf to Earn Credits 2/3 For Paid Members
- Reduce Surf to Earn Credits 1/3 For Free Members

Think about it.
10 ads for 20 seconds each = 200 seconds
50 ads for 5 seconds each = 250 seconds

So in reality, the amount of time surfed to qualify in revenue sharing is only an additional 50 seconds than before.

As ALWAYS you can SURF unlimited sites to earn unlimited FREE advertising credits!

The goal of traffic monsoon services is to give advertisers exposure to their websites, and connect members with other member's offers. The goal also is to reward members who are actively clicking through the traffic exchange by sharing revenues.

What many have been seeing is that the Alexa rank has been dropping, and in addition, their ad credits aren't being used up as fast as they once did before.

I recognize that many people have left Traffic Monsoon because we've been placed into a position to part ways with PayPal, and funds are inside PayPal are temporarily held for 180 days. While this has had an impact on the number of people using Traffic Monsoon, we've definitely witnessed a steady amount of people beginning traffic monsoon and existing members continue to use Traffic Monsoon.

With the dropping Alexa rank, many have expressed the desire to see an increase to our Alexa, increase page views, increase traffic, deliver traffic faster, which in turn would result in increased demand upon our services — To achieve this, I'm increasing the number of ads to view in a day to 50 ads instead of 10. BUT drop the time spent on each website to 5 seconds.

Why 50 ads in a day? Because with our current activity of members, not only will we see our Alexa rank increase, but also speed up the delivery of advertising service.

We'll also be reducing the credits to 2/3 credit when surfing for paid members, and 1/3 credit for free members. This way we place ourselves in a better supply/demand position and help use up advertiser credits faster.

This way our members ads are seen more, visitors are delivered sooner, and the desire to use our services can be felt and experienced through the whole of the industry; bringing our Alexa rank back up again!

Not only will it increase traffic, and our Alexa rank, but it will also help bring greater strength to the business as a whole.

Think about it. 10 ads for 20 seconds each = 200 seconds. 50 ads for 5 seconds each = 250 seconds. So in reality, the amount of time surfed is only an additional 50 seconds than before.

Copyright @ 2014-2016 TrafficMonsoon.
All Rights Reserved. Use of this site
constitutes agreement with our terms of
service.

## Get in touch

📍 Traffic Monsoon Global Limited, Imperial Offices, ███████████ London, UK, ██ ██ (default.htm)

📍 Traffic Monsoon LLC, ████ ███████ Murray, UT, ████ United States (default.htm)

📞 +1-877-█████ (default.htm)

📞 +44 808 ██████ default.htm)

HOME (DEFAULT.HTM)      ABOUT (ABOUT.HTM)      SIGNUP (SIGNUP.HTM)      AD PLANS (AD_PLANS.HTM)
WEB EXPOSURE (EXPOSURE.PHP.HTM)      SECURITY (SECURITY.HTM)      FAQ (FAQ.HTM)      SUPPORT (SUPPORT.HTM)
TERMS (TERMS.HTM)

© TRAFFICMONSOON 2014-2016

(../https@secure.comodo.com/ttb_searcher/trustlogo@v_querytype=w&v_shortname=sc5&v_search=https_3a_2f_2ftrafficmonsoon.com_2fsecurity&x=6&y=5)

(../https@www.mcafeesecure.com/verify@host=trafficmonsoon.com)

# Exhibit 12

# Frost


CHARLES**SCOVILLE**
connecting people

Home    My Story ⌄    My Business Is Yours ⌄    News & Info ⌄    Speak With Me    FAQs

# The Problem With This World Is Not Enough Problem Solvers.

*So, If You Become A Problem Solver You Become Rich.*  - Robert Kiyosaki

# What Works?

What good is being in business if you cannot be seen nor heard? Your clients and prospects didn't just magically fall into your lap – something must have brought them to your business. This "something" is probably your marketing. Your customers may come from referrals, from print advertising, digital advertising, other mixed-media, walk-ins, and the list goes on. But one thing is for sure, and that is that these customers are the lifeblood of your business or service. So if you've got a business or service, you've likely got a website (if not – get one) but the fact that you have a website doesn't mean you'll get visitors to your website. You've got to drive traffic. But not just any traffic… you need highly targeted, high quality traffic. To put it simply, this just works. It's why I do what I do; I stick with what works.

# Why This Business?

After identifying what works, it's time to put it into practice. I've done just that with many business systems – the most recent and modernized of which is Traffic Monsoon. This business system is a culmination of my desires to provide high value to others, my desire to interact on a more personal level with people like you, and to help you succeed in a rapidly evolving digital marketplace. This business, in a nutshell, is an advertising network. It allows you to put your message in front of many people – within a group of other business or service providers that share a similar demographic. Each advertiser is required to commit to a certain volume of traffic – this is a results-driven business system. It's what matters to you and your bottom line and as such, is what matters to me.

# The Mechanics Of It All

Traffic Monsoon opened its' virtual doors in 2014. After a long and arduous journey, myself and my team were able to roll our collective knowledge and experiences into what we believe to be one of the very best revenue sharing advertising networks available today. Period. TrafficMonsoon was established with a clear mission in mind: to provide high quality ad services for affordable prices, and share revenues for a perfect winning combination that will lead to the ultimate success of our customers. We sell 1 service LOWER in demand which includes a profit sharing position, and share profits from the services with HIGHER demand with those who click a minimum of 10 ads per day. This structure has been developed from experiencing, reviewing, and researching trends in both advertising, and in other profit sharing sites. Placing the services of higher demand as the source of profits shared with those who click 10 ads per day brings about a perfect storm of advertising and profit sharing. Sound complicated? **Click Here To View Our Ad Plans** to gain a better understanding of how this works. If you wish, you can always Contact Me and my team with questions.

# Exhibit 13

# Frost

| From: | Okinaka, Alison J. |
|---|---|
| To: | Frost, Scott R. |
| Subject: | FW: Revenue Sharing Formula Break Down |
| Date: | Monday, April 25, 2016 2:38:22 PM |
| Attachments: | TE Rank Results 1.png |
| | TE Rank Results 2.png |
| | Quality Assurance Results.png |
| | Quality Assurance Results 2.png |

**From:** Charles Scoville ████████████████████████
**Sent:** Monday, April 25, 2016 2:08 PM
**To:** Okinaka, Alison J.
**Subject:** Revenue Sharing Formula Break Down

Hello Alison,

I provided the following email to Kenin Spivak kspivak@smimanagement.com on March 2nd. Kenin worked with Dennis Burke in relation with the PayPal limitation. It provides the break down of each sale - how it's divided up, plus an example of how the revenue sharing works.

Attached are 2 independent traffic exchange ranking sites which gauge a traffic exchange based upon their own statistics, including advertising results. I've also been testing services on Traffic Monsoon for quality assurance. I am ranked #1 in a referral contest using only services on Traffic Monsoon on a website called downline maxx. I've additionally attached results of being one of the top 50 affiliates on clixsense using only services on traffic monsoon.

Compare with services as offered on (for example):
http://www.easyhits4u.com/ USA based
http://www.clixsense.com/ USA based
https://www.neobux.com/ Portugal based
http://ilovehits.com/ USA based

It's important to note that Traffic Monsoon only sells advertising services. The same exact services offered on other traffic exchanges and paid to click sites. TM doesn't sell sharing positions. The site specifically informs the buyer that an advertising combo pack purchase with a sharing position is not an investment, and ensures the buyer is selecting only the services they wish to purchase. Only services, and only 1 of the services offers a sharing position.

I believe since the value offered (visitors) come from members surfing ads, then members should be able to qualify and receive revenue generated in the sales of services. One must qualify by clicking. They cannot simply buy. Money is not the driving factor in someone qualifying for sharing, but their action to click through other's websites.

Free members can click paid to click ads to earn. Free members can click ads to earn

advertising credits. Free members can refer other free members to click and earn on cash link ads, and there is no purchase requirement to earn from referral purchases.

(note, facebook recently released it will be sharing revenue also with video creators http://www.wsj.com/articles/facebook-will-sharead-revenue-1435790090)

On traffic monsoon, those who purchase an advertising combo pack have the option to click a minimum of 10 ads in a day to qualify for sharing of revenues.

The sharing positions have a max it can receive of $55, and there is no guaranteed amount it would receive in a day, no guaranteed time frame for reaching the max, and also no guarantee the positions would ever fill up to the max. This way if they never reach the max, there is no debt created - or any amount due above what someone has actually received due to qualifying for sharing in actual sales revenues generated when someone selects and buyers a service.

The buyer receives the services, and that is the only thing I can actually guarantee is they will receive the advertising credits they have selected and paid for. Adpacks contain 1000 visitor credits in the traffic exchange, and 20 clicks to a banner.

This is described fully on the ads plan page:
https://trafficmonsoon.com/ad_plans

Revenues shared go up and down based upon sales 24 hours ago. Only actual revenues which already have been generated in sales of services are shared. There's no guarantee of any revenue anyone would share in above what we actually have to share. Account balances from earnings are always completely backed up by real money contained inside the payment processor accounts. Therefore, if sales stopped completely, the amount members have earned by telling others about the services or received by qualifying for sharing in revenues would 100% be available for paying out to these people.

Buyers of the services are given full description of what it is they are buying as they select the services they wish to buy. Every buyer receives the services they paid for upon completion of purchase.
=============== Email sent to Kenin is found below ==============
Ok. So when a sale of service comes in..

This is the formula applied to all purchases that come into the system. This applies to all purchases EXCEPT cash link purchases. Paid to click ads completely separate.

10% commission goes to the sponsor (the person who referred them to traffic monsoon)
4.5% goes to Traffic Monsoon as a company
1.5% goes to my programmer
79% goes to a reserve pool (also a company fund)
5% goes to be shared in 24 hours from time stamp of purchase

When you add this together, 100% of the sale is fully accounted for.

March 1st, for example, there was $352,131.00 in site revenues.

10% would be $35,213.10 in commissions paid out to the sponsors.
4.5% would be $15,845.895 went to Traffic Monsoon as a company
1.5% would be $5,281.965 went to my programmer
79% would be $278,183.49 went into reserves also meant for sharing. but not immediate sharing (company fund)
5% would be $17,606.55 went to be shared with people today (since these revenues were yesterday's)

On the top of the hour, the system will take a collection of the revenue which has come in 24 hours ago which is scheduled to be shared, and shares it in that hour on the top of the hour with however many positions are active. So this value varies based upon how much revenue is being shared, and how many active sharing positions there are.

Then, the reserve pool is utilized. Of that 79% placed into reserves ($278,183.49) the system will spread out sharing each hour around 73% of those reserves through each hour to keep a steady flow of sharing each hour. **So that's approximately 57.67% of the original purchase yesterday would be shared.** The amount is completely dependent on sales of services that occurred 24 hours ago, and will fluctuate based upon sales, and how many positions have been qualified to receive the revenue.

**When you add together 57.67% + the 5% which always gets shared, then the amount totals to 62.67% of each sale yesterday was shared.** 22.33% of yesterday's sales were placed into "savings" in reserve. These percentages are based upon yesterday's sales. The % used from the reserve can fluctuate slightly from day-to-day, but this should at least give you an idea of how this works.

Each hour they see something come in with sharing.

The reserves (company fund) has built up to be $35,040,921.54 as of the time these figures were sent to you before. Because of PayPal disputes and chargebacks, the amount in reserve has dropped but balances on hold temporarily waiting for PayPal to release funds are more than enough to fully support the member earnings. Reserves were built up in order to protect the company in case of fraud, chargebacks, or system glitches.

There are statistics recorded on the website displaying how much is total on member accounts (active balances, not those held by PayPal), and how much is inside the current processors (not PayPal) - the reserves are building up to protect the business in case of fraud, chargebacks, or system glitches - plus amounts from reserves would be shared also in a conservative method.

Let's look at the adpack itself.

Each adpack gets 1000 visitors through the traffic exchange. $50 / 1000 visitors =value of the visitor = $0.05

I pay for traffic to go through this particular link:
http://trafficmonsoon.com/rotator.php

This link delivers traffic to people who have purchased adpacks. I promote this link on a number of sites.

One site I purchase traffic from is neobux.com -- they offer 1,000,000 visitors for $550.00

This means each visitor = $0.00055

Profit margin per visitor = $0.04945

Each member needs to surf a minimum of 10 ads in a day, so their 10 ads surfed accounts for $0.50 of the revenue they actually share. I've been considering to raise this to 25 ads in a day as a minimum in effort to speed up traffic delivery and increase Alexa ranking.

Since we offer traffic exchange services, we have people clicking for free also through our traffic exchange, so each visitor = $0.00 cost to the company, and profit margin of $0.05 on each of those delivered by surfers. Each surfer who is free earns 1/2 credit on each visit, which turns into a visitor to their website

The majority of our members are free users.

In all cases, only revenues which have already come in through sales of services would be shared. In other words, never would the system share out more than 100% of sales. I use funds in the company budget to purchase ad services on external sites to help speed up delivery of the services on Traffic Monsoon, plus give advertisers further reach than just our own members.. also from the company budget I pay for hosting, and my living expenses-- not touching the reserve funds.

This way, when someone requests to be paid the money is fully backed-up and available for an immediate and instant withdrawal to their payment processor of choice.

Best Regards,

Charles Scoville

**From:** Charles Scoville ███████████████████ >
**To:** "Okinakaa@sec.gov" <Okinakaa@sec.gov>
**Sent:** Monday, April 25, 2016 10:50 AM
**Subject:** YouTube Videos For Traffic Monsoon

Hello Alison,

Thank you for taking my call and being so pleasant with me.

Here's video #1 How It Works https://youtu.be/o5Y9JBq5MnA
Here's Video #2 (Appears on the Website) https://youtu.be/PFsQ84agb38

I'll see you soon,

Charles

# Exhibit 14

# Frost

| | |
|---|---|
| **From:** | Charles Scoville ███████████████ |
| **Sent:** | Thursday, July 21, 2016 12:51 PM |
| **To:** | Frost, Scott R. |
| **Cc:** | Okinaka, Alison J. |
| **Subject:** | Re: Traffic Monsoon |

I personally don't see any issue with the source of revenues as long as it is for advertising services, because in fact the revenue is coming from the processing of an advertising service purchases. As the description on the website indicates- as people click through the traffic exchange they can qualify to share in the revenues from all advertising services sold on traffic monsoon. Since the banner advertising package combo is one of the service options, and is popularly used .. I don't see this as being a problem.

The most important thing for me is providing the service.. and sharing only real revenues which have been generated by the processing of advertising service sales... and make sure the system never awards to member balances anything greater than actual money received, so people who receive any bit of money can always send the money to their payment processor accounts. I've setup a sharing method which creates a reserve to protect the company from sharing non-existent revenues due to chargebacks/disputes/reversals.

There are many services offered on traffic monsoon, but I can't force people to buy the other services. I did make services outside the adpack lower in price to aid in providing cost savings incentive to buy the services outside the adpack.. but people have chosen by their own free will that they desire to buy the adpack instead.

Comparing the price of service compared with multiple publishers who "buy sell ads" provides services for, I can see that the services offered on traffic monsoon (including the adpack) are of great savings and also more value than people are spending on other advertising sites: example: https://www.buysellads.com/buy/detail/253571

I plan to work on a PR campaign to raise awareness to the various services offered on Traffic Monsoon to additionally aid in the sales of services outside the adpack. I hope this campaign is successful. To assist in the success of this campaign I've been working on the speed of delivery of services purchased, so the customers who come and use these services will be happy and return to buy more services.

The problem I did see is in speed of delivery of the services, and providing them on a profit margin. Traffic Monsoon grew very fast which made delivering the services setting up campaigns on other sites become "not sufficent" to keep up with the demand... which is why I have increased the surf requirement in order to qualify for sharing and to qualify for referral cash link click earnings to 50 instead of 10. This is definitely helping deliver the services faster. I'm also starting a campaign through a contact of mine which will be sending approximately 8 million visitors per day ($0.00078 per visitor) through our member ads to also help speed up delivery. I'm also changing the landing pages people use to promote traffic monsoon's services to help deliver services even faster. As this is tested, and server resources are sufficient to handle more-- I will discuss scaling up this campaign to

additionally speed up the delivery of the services paid for (which also includes the service people have earned without purchase by surfing in the traffic exchange).

By delivering the service faster, people will run out of credits sooner and experience more traffic too.. thus keeping up with the demand by providing supply.. It's my belief that as people run out of the ad services they've paid for, it will increase their demand for buying more in order to keep the visitors flowing to their website.

There are 2 new landing pages which will replace the current ones have the following instructions provided to my programmer, and should be completed soon.

These landing pages will multiply the efforts of delivering traffic through multiple traffic exchange sites and advertising resources... thus increasing the speed of delivery on purchased advertising services, which would include the adpack.

==================================================
Traffic Monsoon Members With Credits Assigned to Their Websites Receive Traffic at Other Traffic Exchanges For Free!
Want Your Website to Appear Here Too? [Click Here to Sign-Up For Free Now!]
=== Frame begin =======================================

So in other words, it would be similar to:
http://trafficmonsoon.com/rotator.php but the member's referral link is used when people click the sign-up free button, and would go to the sign-up page... in other words, they would get credit for referring the new customer to traffic monsoon.

The top bar in the rotator.php would be replaced by the text and sign-up button.

The 2nd landing page would help gain more exposure to people's banners and text ads.
==================================================
Traffic Monsoon Members With Credits Assigned to Their Banners And Text Ads Receive Exposure at Other Traffic Exchanges For Free!
Want Your Banners to Appear Here Too? [Click Here to Sign-Up For Free Now!]
==================================================
Same banner and text ad layout as is found on:
https://trafficmonsoon.com/web_exposure

I'm already sending traffic to that "web exposure" page -- but by building this into a landing page would help multiply the effort, and increase delivery of clicks.

The goal here is to help people refer others to Traffic Monsoon, while also helping deliver exposure which could generate clicks to these banners and use up the banner click credits.

The main idea for me isn't so much related to which service is purchased the most, but making sure that there is a profit margin in delivering the services people are paying for. On top of providing the services at a profit margin by sending traffic through multiple resources (at bulk discounts) through the rotator.php link -- members surfing 50 ads to qualify on traffic monsoon and these landing pages will help deliver the services at a profit margin for sure, and even more significant margin because the landing pages and surfing in the traffic exchange delivers the services at no cost to traffic monsoon at all.

**From:** "Frost, Scott R." <FrostS@sec.gov>
**To:** "Charles Scoville ███████████████████████
**Cc:** "Okinaka, Alison J." <OkinakaA@sec.gov>
**Sent:** Thursday, July 21, 2016 6:29 PM
**Subject:** Traffic Monsoon

Hi Charles,

I was hoping to get some clarification on a couple of things.

As we discussed before, the following chart describes Traffic Monsoon's sources of revenue

| | |
|---|---|
| Banner Ad Package Combo | $738,536,951 |
| Monsoon Traffic Ad Package Payment | $411,908 |
| PPC Campaign | $2,171,575 |
| Cash Link | $8,245,903 |
| Login Ad Campaign | $57,890 |
| Site Ad | $193,215 |
| Start Page Campaign | $35,560 |
| Text Ad PPC Campaign | $80,688 |
| | |

If you add all the categories, except Banner Ad Package Combo and Cash Links, the total revenue is $2,950,836. Since revenue from Cash Links is not shared, that leaves Banner Ad Package Combo.

As a percentage of total revenue, sales of Ad Packs accounts for more than 99% of total revenue. Do you see that as an issue? Does it matter that almost all of Traffic Monsoon's sales are from Ad Packs?

Thanks,
Scott


Scott Frost
U.S. Securities and Exchange Commission
Division of Enforcement
Salt Lake Regional Office
frosts@sec.gov
801-524-6746

Confidentiality Notice: This e-mail message, including any attachments, from the U.S. Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon the message. If you have received this message in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

# Exhibit 15

# Frost

| Report of Sales of Each Service | |
|---|---:|
| | |
| Banner Ad Package Combo | $738,536,951 |
| Monsoon Traffic Ad Package Payment | $411,908 |
| PPC Campaign | $2,171,575 |
| Cash Link | $8,245,903 |
| Login Ad Campaign | $57,890 |
| Site Ad | $193,215 |
| Start Page Campaign | $35,560 |
| Text Ad PPC Campaign | $80,688 |

# Exhibit 16

# Frost

Form **1040**

Department of the Treasury—Internal Revenue Service   (99)

**U.S. Individual Income Tax Return** **2015** OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____ , 2015, ending _____ , 20 ____   See separate instructions.

| | |
|---|---|
| Your first name and initial: Charles D | Last name: Scoville |

Your social security number: _____

If a joint return, spouse's first name and initial: _____ | Last name: _____

Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions. ▉▉▉  Apt. no. ▉

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).  Murray UT ▉▉

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You  ☐ Spouse

Foreign country name: _____   Foreign province/state/county: _____   Foreign postal code: _____

**Filing Status**

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . .

| Boxes checked on 6a and 6b | 1 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| ▉▉▉ ▉▉▉ | ▉▉▉ | Son | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you 1
• did not live with you due to divorce or separation (see instructions) ___
Dependents on 6c not entered above ___

d Total number of exemptions claimed . . . . . . . . . . . . . . . . .

Add numbers on lines above ▶ | 2 |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . | 9b | | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . | 12 | 2,426,749. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . | 15a | | b Taxable amount . . . | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 2,426,749. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . . . | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 39,843. | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | | | |
| 29 | Self-employed health insurance deduction . . . | 29 | | | |
| 30 | Penalty on early withdrawal of savings . . . . | 30 | | | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a | | | |
| 32 | IRA deduction . . . . . . . . . . . | 32 | | | |
| 33 | Student loan interest deduction . . . . . . | 33 | | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . | 34 | | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . | 36 | 39,843. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 2,386,906. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 12/30/15 Intuit.cg.cfp.sp   Form **1040** (2015)

Form 1040 (2015)                                                                                          Page **2**

| | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . | 38 | 2,386,906. |
|---|---|---|---|---|

**Tax and Credits**

| | 39a | Check { | You were born before January 2, 1951, ☐ Blind. } Total boxes | | |
|---|---|---|---|---|---|
| | | if: { | Spouse was born before January 2, 1951, ☐ Blind. } checked ► 39a ☐ | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here► 39b ☐ | | |

**Standard Deduction for—**

• People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.

• All others:

Single or Married filing separately, $6,300

Married filing jointly or Qualifying widow(er), $12,600

Head of household, $9,250

| 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 40 | 362,264. |
|---|---|---|---|
| 41 | Subtract line 40 from line 38 . . . . . . . . . . . . | 41 | 2,024,642. |
| 42 | **Exemptions.** If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 42 | 0. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 2,024,642. |
| 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | 44 | 753,276. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 . . . | 46 | |
| 47 | Add lines 44, 45, and 46 . . . . . . . . . . . . ► | 47 | 753,276. |
| 48 | Foreign tax credit. Attach Form 1116 if required . . | 48 | | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| 50 | Education credits from Form 8863, line 19 . . | 50 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| 52 | Child tax credit. Attach Schedule 8812, if required . . | 52 | | |
| 53 | Residential energy credits. Attach Form 5695 . . | 53 | | |
| 54 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 54 | | |
| 55 | Add lines 48 through 54. These are your **total credits** . . . . . . | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- . . . ► | 56 | 753,276. |

**Other Taxes**

| 57 | Self-employment tax. Attach Schedule SE . . . . . . . . . . | 57 | 79,686. |
|---|---|---|---|
| 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H . . . . . . . . . | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required . . . . | 60b | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ . | 61 | 2,484. |
| 62 | Taxes from: **a** ☒ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) | 62 | 18,370. |
| 63 | Add lines 56 through 62. This is your **total tax** . . . . . . . . . ► | 63 | 853,816. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 . | 64 | | |
|---|---|---|---|---|
| 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | | |
| 66a | **Earned income credit (EIC)** No | 66a | | |
| b | Nontaxable combat pay election | 66b | | |
| 67 | Additional child tax credit. Attach Schedule 8812 . . | 67 | | |
| 68 | American opportunity credit from Form 8863, line 8 . . | 68 | | |
| 69 | Net premium tax credit. Attach Form 8962 . . . | 69 | | |
| 70 | Amount paid with request for extension to file . . | 70 | | |
| 71 | Excess social security and tier 1 RRTA tax withheld . | 71 | | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 . . | 72 | | |
| 73 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | 73 | | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** . . ► | 74 | |

**Refund**

Direct deposit? ► See instructions.

| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | |
|---|---|---|---|
| 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | 76a | |
| b | Routing number X X X X X X X X X ► **c** Type: ☐ Checking ☐ Savings | | |
| d | Account number X X X X X X X X X X X X X X X X X | | |
| 77 | Amount of line 75 you want **applied to your 2016 estimated tax** ► | 77 | 15,332. |

**Amount You Owe**

| 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ► | 78 | 869,148. |
|---|---|---|---|
| 79 | Estimated tax penalty (see instructions) . . . . . | 79 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No**

| Designee's name ► | Phone no. ► | Personal identification number (PIN) ► |
|---|---|---|

**Sign Here**

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | self employed | (801) |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ► Self-Prepared | | | Firm's EIN ► | |
| Firm's address ► | | | Phone no. | |

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Itemized Deductions

► Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*.
► Attach to Form 1040.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

Charles D Scoville

Your social security number

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1951, multiply line 2 by 7.5% (.075) instead | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box): | | | |
| | | a ☐ Income taxes, or | 5 | 1,939. | |
| | | b ☒ General sales taxes | | | |
| | 6 | Real estate taxes (see instructions) | 6 | | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 1,939. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ► _____ | 11 | | |
| **Note:** Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 423,411. | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | 423,411. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 21 | | |
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ► _____ | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ► _____ | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $154,950? | | | |
| | | **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | 29 | 362,264. |
| | | ☒ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA                 REV 12/30/15 Intuit.cg.cfp.sp                 Schedule A (Form 1040) 2015

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec*.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| Charles D Scoville | ███████████ |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | ADVERTISING SERVICES | ▶ 5 1 9 1 0 0 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), (see instr.) |
|---|---|---|
| | TRAFFIC MONSOON LLC | ██ █ █ █ █ █ █ █ █ |

| E | Business address (including suite or room no.) ▶ ███████████ |
|---|---|

City, town or post office, state, and ZIP code   Murray, UT   █████

**F** Accounting method: **(1)** ☒ Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2015? If "No," see instructions for limit on losses   ☒ Yes   ☐ No

**H** If you started or acquired this business during 2015, check here   .   .   .   .   .   .   ☐

**I** Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions)   .   ☐ Yes   ☒ No

**J** If "Yes," did you or will you file required Forms 1099?   .   .   .   .   .   .   .   ☐ Yes   ☐ No

## Part I   Income

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked   .   .   .   .   ▶ ☐ | 1 | 3,195,263. |
|---|---|---|---|
| 2 | Returns and allowances   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | 2 | |
| 3 | Subtract line 2 from line 1   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | 3 | 3,195,263. |
| 4 | Cost of goods sold (from line 42)   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3   .   .   .   .   .   .   .   .   .   .   .   .   . | 5 | 3,195,263. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)   . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6   .   .   .   .   .   .   .   .   .   .   .   .   .   ▶ | 7 | 3,195,263. |

## Part II   Expenses.   Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising   .   .   .   .   . | 8 | | 18 | Office expense (see instructions) | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions)   .   .   .   .   . | 9 | | 19 | Pension and profit-sharing plans   . | 19 | |
| 10 | Commissions and fees   . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion   .   .   .   . | 12 | | b | Other business property   .   . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)   .   .   .   . | 13 | | 21 | Repairs and maintenance   .   . | 21 | |
| | | | | 22 | Supplies (not included in Part III)   . | 22 | |
| | | | | 23 | Taxes and licenses   .   .   . | 23 | |
| 14 | Employee benefit programs (other than on line 19)   . | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel   .   .   .   .   .   . | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities   .   .   .   .   . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits). | 26 | |
| b | Other   .   .   .   .   . | 16b | | 27a | Other expenses (from line 48)   . | 27a | 768,514. |
| 17 | Legal and professional services | 17 | | b | Reserved for future use   .   . | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a   .   .   .   ▶ | 28 | 768,514. |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7   .   .   .   .   .   .   .   .   . | 29 | 2,426,749. |

| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
|---|---|---|---|
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30   .   .   .   . | 30 | |

| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
|---|---|---|---|
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**   • If a loss, you **must** go to line 32. | 31 | 2,426,749. |

| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
|---|---|---|---|
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | 32a ☐ All investment is at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.   BAA   REV 12/07/15 Intuit.cg.cfp.sp   Schedule C (Form 1040) 2015

Schedule C (Form 1040) 2015                                                  Page **2**

**Part III**   **Cost of Goods Sold** (see instructions)

| | | |
|---|---|---|
| 33 | Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation | ☐ Yes ☐ No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** |
| 36 | Purchases less cost of items withdrawn for personal use | **36** |
| 37 | Cost of labor. Do not include any amounts paid to yourself | **37** |
| 38 | Materials and supplies | **38** |
| 39 | Other costs | **39** |
| 40 | Add lines 35 through 39 | **40** |
| 41 | Inventory at end of year | **41** |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | **42** |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year)   ▶

44   Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

**a**  Business             **b** Commuting (see instructions)           **c** Other

45   Was your vehicle available for personal use during off-duty hours?   ☐ Yes ☐ No

46   Do you (or your spouse) have another vehicle available for personal use?   ☐ Yes ☐ No

47a   Do you have evidence to support your deduction?   ☐ Yes ☐ No

**b**   If "Yes," is the evidence written?   ☐ Yes ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| Hotels / Travel / Ect | 768,514. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**   **Total other expenses.** Enter here and on line 27a | **48**  768,514. |

# Exhibit 17

# Frost



**Rollups**

**PayPal**

| Account #: | ⬛⬛⬛⬛7752 | R 30 day TPV $: | 215,023.34 | Available Balance $: | 59,613,736.69 |
|---|---|---|---|---|---|
| Business Name: | Traffic Monsoon | Average monthly TPV $: | 18,681,787.87 | Current balance $: | 61,415,354.47 |
| Country: | US | % change in ASP: | -100% | CAP Value $: | 0.00 |
| Email Address: | paypal@trafficmonsoon.com | Average monthly ASP $: | 320.92 | Detections Exposure $: | 10,461,190.00 |
| Open Date: | 2014-09-25 | R 30 day Refund $: | 1,353.12 | | |
| Subcategory: | Investments - general | R 30 day chargeback $: | 377,427.47 | Queue: | Closed Queue |
| Primary Currency: | USD | R 30 day chargeback #: | 431 | Review Status: | Closed |
| Account Status: | -Limited | R 30 day complaint $: | 7,016,101.15 | Region: | NA_MANAGED |
| | | R 30 day dispute $: | 40,428.49 | Assigned User: | Cuhova , Lenka |
| URL: | http://www.trafficmonsoon.com | | | High Priority? | Yes |
| | | R 90 day Conversion Rate (Active): | 0% | Open GMV (Active) $: | 0.00 |
| | | R 90 day Feedback Score (Active): | 0% | Active eBay ID #: | 0 |
| | | | | Inactive eBay ID #: | 0 |

Update

### MONTHLY ROLLUP DATA

Rollup Type:  ● Monthly   ○ Daily   ○ Yearly

Payment Type: [ All ▼ ]

[ ] <= Received $ <= [ ]

[ Filter ]  [ Add Field ]  [ Clear Filters ]

| Date | Payment Type | Trans # | ASP | RCVD $ | PRJCTD TPV | CC # | CC RCVD $ | CBK $ | CBK % ($) | CBK # |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar 2016 | ALL | 0 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | $280,889.22 | 0% | 285 |
| Feb 2016 | ALL | 15,610 | $229.36 | $3,580,355.47 | $3,580,355.47 | 8,080 | $2,310,090.44 | $165,751.06 | 7.18% | 244 |
| Jan 2016 | ALL | 83,680 | $313.81 | $26,259,282.35 | $26,259,282... | 42,787 | $16,875,512... | $59,338.06 | 0.35% | 130 |
| Dec 2015 | ALL | 90,944 | $318.21 | $28,939,277.27 | $28,939,277... | 43,156 | $17,877,876 | $22,494.63 | 0.13% | 62 |
| Nov 2015 | ALL | 70,188 | $341.72 | $23,984,456.77 | $23,984,456... | 32,226 | $15,891,039... | $2,171.45 | 0.01% | 16 |
| Oct 2015 | ALL | 53,702 | $329.36 | $17,687,476.64 | $17,687,476... | 25,589 | $11,530,044... | $861.48 | 0.01% | 17 |
| Sep 2015 | ALL | 35,147 | $331.18 | $11,639,878.75 | $11,639,878... | 16,786 | $7,564,923.04 | $454.65 | 0.01% | 10 |
| Aug 2015 | ALL | 23,352 | $278.75 | $6,509,319.82 | $6,509,319.82 | 11,099 | $4,256,443.77 | $3,774.97 | 0.09% | 18 |
| Jul 2015 | ALL | 18,319 | $273.41 | $5,008,550.36 | $5,008,550.36 | 8,203 | $3,294,322.93 | $720.58 | 0.02% | 6 |
| Jun 2015 | ALL | 13,975 | $262.34 | $3,666,178.12 | $3,666,178.12 | 6,490 | $2,405,021.48 | $16.96 | 0% | 1 |
| May 2015 | ALL | 9,274 | $254.28 | $2,358,181.91 | $2,358,181.91 | 4,400 | $1,631,470.04 | $5,830.12 | 0.36% | 11 |
| Apr 2015 | ALL | 6,796 | $216.30 | $1,469,989.45 | $1,469,989.45 | 2,941 | $992,784.67 | $61.36 | 0.01% | 4 |
| Mar 2015 | ALL | 4,238 | $147.24 | $624,020.91 | $624,020.91 | 1,903 | $389,654.35 | $0.00 | 0% | 0 |
| Feb 2015 | ALL | 2,715 | $133.10 | $361,354.64 | $361,354.64 | 1,122 | $228,109.21 | $28.42 | 0.01% | 1 |
| Jan 2015 | ALL | 1,566 | $128.72 | $201,580.39 | $201,580.39 | 662 | $113,123.95 | $0.00 | 0% | 0 |
| Dec 2014 | ALL | 623 | $160.81 | $100,186.67 | $100,186.67 | 204 | $65,274.23 | $0.00 | 0% | 0 |
| Nov 2014 | ALL | 517 | $200.81 | $103,821.14 | $103,821.14 | 213 | $71,450.27 | $0.00 | 0% | 0 |
| Oct 2014 | ALL | 288 | $289.75 | $60,269.02 | $60,269.02 | 75 | $42,035.16 | $0.00 | 0% | 0 |

18 rows found    [ Export ]

[ Update ]

# Exhibit 18

# Frost

TrafficMonsoon

HOME (./)    |    TERMS (TERMS)

# Terms

Please read the following terms & conditions before using our services.

A    By participation in TrafficMonsoon program, you must acknowledge and agree
to the following terms:

1. You agree to be of legal age in your country, and in all the cases your
minimal age is 18 years of age.

2. TrafficMonsoon service is only available to qualified members &
individuals personally invited by them.

3. Every transaction made between TrafficMonsoon and its members, is
considered to be private.

4. Every transaction made between TrafficMonsoon and its members, is
considered to be private. Your credit card statement will read
ALW*trafficmonsoon8776446714

5. All members information, financial reports, account balances, messages
and other info displayed and / or stored by TrafficMonsoon are of
private nature, and will not be disclosed to third parties.

B    TrafficMonsoon registered as a limited liability company and not a bank nor a
security firm. A purchase of advertising service with us is not considered a
deposit, nor investment.

C    You are under the money laundering prevention law and other such
international laws, therefore it is illegal to conduct or attempt to conduct a

financial transaction with proceeds known to be from specified unlawful activity. Such an activity may include the intent to promote the carrying of unlawful activity, to evade taxes, and / or to conceal or disguise the nature of the proceeds and reporting requirements.

1. You accept sole responsibility for any and all appropriate taxes as charged in your country, and hereby indemnify TrafficMonsoon and its owners of such liability.

2. All transactions are deemed final. When we send you a payment, we intend for you to keep it and not refund us for the payment sent to you. If you choose to refund a payment sent to you, then you accept the refund is a gift back to Traffic Monsoon. We reserve the right to change payment processors as needed which we use in order to process payments to our members.

3. You agree that our past performance does not guarantee you the same results in the future.

4. You agree to hold TrafficMonsoon harmless from any loss and / or liability to your purchase, therefore do not purchase services that you can not afford to pay for, as you are spending it at your own risk.

5. TrafficMonsoon is not responsible and / or liable for any internal or external loss of funds due to password sharing and / or Identity theft.

D    You agree that all discussed information and / or replies coming from TrafficMonsoon by any means of communication are of private nature, therefore must be kept confidential and protected by copyright from any disclosure.

1. If you are not a member you are prohibited from modifying, copying, distributing, transmitting, publishing, selling, creating derivative works and / or using any information available on and / or through TrafficMonsoon.

2. Only promote TrafficMonsoon using legal methods. Any income promises, or guarantees inconsistent with the information provided by TrafficMonsoon may result in a permanent account suspension.

3. TrafficMonsoon will not be held responsible for any harm and / or loss made to any person or group by our members and/or visitors. Therefore, both members and visitors of TrafficMonsoon take full responsibility for their methods of promoting and marketing TrafficMonsoon, and it must fully comply to this written terms.

4. The information, communications and / or any materials TrafficMonsoon contains are for educational and informational purposes, and is not to be regarded as solicitation for investments in any jurisdiction which deems a non-public offers or solicitations unlawful, nor to any person whom it will be unlawful to make such an offer and / or solicitation.

5. You agree to recognize TrafficMonsoon as a true advertising company which shares its revenues, and not as any form of investment of any kind.

E    You acknowledge that you are acting as an individual and not on behalf of any other entity and / or any authority. Our offer is void where prohibited by law

F    TrafficMonsoon reserve the right to suspend and / or close the operation of this site or sections thereof when, as a result of political, economic, military, monetary events and / or any other circumstances outside the control, responsibility and power of TrafficMonsoon site and company. The continued operation of this site is contingent upon the company's profit margins being sufficient to cover business expenses to continue business. In such event, TrafficMonsoon will provide updates, and deliver services purchased where at all possible.

G    TrafficMonsoon "Zero-Tolerance" Anti Spam Policy:

1. We will not tolerate SPAM, and / or any type of UBE/UCE in connection to this site.

2. You agree to not use our company name and / or TrafficMonsoon site name in any connection / relation to send spam, solicited emails, and / or any other way there is.

3. You agree to not post false negative votes on public forums and / or any rating sites without contacting us at first. There may have been a temporary technical problem, so please make sure to always resolve any kind of issues and / or difficulties with our dedicated support.

4. If you have violated this "Zero-Tolerance" Anti Spam Policy, you will lose the rights of using our service and all of your account privileges will be immediately revoked.

H    Violation of any kind to the terms and / or conditions mentioned herebefore will get you permanently removed from this program, you will lose your rights to use TrafficMonsoon services, and all of your account privileges will be immediately revoked.

I    We reserve the right to change the commissions, rates, terms and / or conditions mentioned this program at any given time and at our sole discretion, with respect the integrity and security of our members interests. You agree that it is your sole responsibility to review the most updated version of our terms & conditions of service listed in here, to which you are bound. Certain provisions of our terms and / or conditions of use may be superseded by other legal notice, located in other parts of our website.

J    We will always do our best effort to stay in contact with you and keep the site up and running.

K    TrafficMonsoon will not hold any responsibility for any ads placed on our site by advertisers. It is your sole responsibility to conduct due diligence before acting on any offer presented to you through our services.

1. In no event will TrafficMonsoon be liable for damages, losses, whether special circumstances, incidental, consequential, breach of contract, or

otherwise which arise from clicking and acting on any of the offers displayed on TrafficMonsoon.com or anywhere else.

2. You are responsible for your website's downtime, or typographical errors which lead visitors to the wrong location. Before purchasing ad service and starting your campaign, it's your responsibility to ensure the banner image is correct, and the link is in working order. Any clicks you receive to the wrong link are your full responsibility.

3. You agree that we cannot guarantee results for your campaigns, but we can only ensure that you're able to receive all the visitors you've paid for. Results of campaigns vary upon the visitor's personal needs, and whether your offer adequately communicates ability to meet their need.

4. We accept all types of advertisements, except for websites that break out of the ad frame, sites that do not display in the ad frame (such as youtube, google, facebook links), adult content, gambling, interest/usury, illegal content, hate, racism, drugs, and alcohol.

5. We reserve the right to deny any advertisement that we do not see fit to be displayed.

L    Any inquiries should be addressed in writing to our dedicated support via the contact page.

M    Any accusation without proof, intimidation, threat or disrespect against TrafficMonsoon and / or TrafficMonsoon staff / assistants, here or elsewhere will be seen as disrespectful and may lead to the permanent suspension of your account, temporary suspension of membership or any other benefits.

N    To prevent unauthorized access, maintain data accuracy, and ensure the correct use of information, trafficmonsoon.com goes above and beyond appropriate industry standard procedures to safeguard the confidentiality of member's personal information, such as firewall, encryption, token authentication, application proxies, monitoring technology, and adaptive analysis of the website's traffic to track abuse of the trafficmonsoon.com website and its data. However, no data transmitted over the internet can be

Case 2:16-cv-00832-JNP    Document 9-2    Filed 07/27/16    PageID.518    Page 116 of 129

100% secure. As a result, while trafficmonsoon strives to protect its members personal information, cannot guarantee the security of any information that members transmit to or from the participating advertisers/merchants and member does so at his/her own risk.

O    If the account holder dies, then we'll verify documents to ensure the person who was willed their account or estate would have access to their Traffic Monsoon account.

P    If you do not agree with the above terms and conditions, please do not go any further.

---

### REGISTER FOR FREE TODAY! (SIGNUP)

Jul 21, 2016

## Allied Wallet Card Orders Refunded

After getting the green light to allow our members to order Allied Wallet pre-paid cards, Allied Wallet bumped into some complications which resulted in them not being quite ready for these orders yet. I've decided it is best to refund you $6 for your purchase. The $6 is being returned to your Traffic Monsoon account balance, and can be viewed within your account balance history labeled, "Allied Wallet Card Purchase Refund"

Read more (./news_details.php?nid=25)

---

Jul 07, 2016

## Surfing only 50 MORE SECONDS per day

What this change will do to for YOU and Traffic Monsoon:

- Achieve Better Services

- Better Alexa Rank

- Help You Earn Even Better

- Increase Profit Margins In The Services We Offer

- Strengthen the Business

- Secure Long-Term Sustainability Due to Supply/Demand

- Deliver Visitors To Your Websites Faster

- Help you grow your Brand by reaching more of an audience

All that for LESS than 1 minute more of surfing!

Read more (./news_details.php?nid=24)

Feb 16, 2016

## While We Wait PayPal Funds

Plan Moving Forward:

We know for certain the funds inside PayPal will be released. Exactly when that is we do not know, but we are working on getting them released ASAP.

Read more (./news_details.php?nid=15)

📑 **Show more (news)**

Trafficmonsoon

Copyright @ 2014-2016 TrafficMonsoon. All Rights Reserved. Use of this site constitutes agreement with our terms of service.

# Get in touch

Traffic Monsoon Global Limited, Imperial Offices, ███████████████ London, UK, ████████

Traffic Monsoon LLC, ████████████████ Murray, UT, ██████ United States ()

+1-877-██████████

+44 808 █████████

© TRAFFICMONSOON 2014-2016

 (https://secure.comodo.com/ttb_searcher/trustlogo?v_querytype=W&v_shortname=SC5&v_search=https://trafficmonsoon.com/security&x=6&y=5)

 (https://www.mcafeesecure.com/verify?host=trafficmonsoon.com)

# Exhibit 19

# Frost

 **Alexa** An amazon.com company   **Browse Top Sites** or

Find

- Menu
- Dashboard
- Support
- Blog

**Competitive Intelligence**

Site Overview

- ## trafficmonsoon.com

- Site Overview
- Site Comparisons
- Sites Linking in
- Site Keywords

- 
  **Need an API?**
  Get direct access to traffic data, related links and more with Alexa's Web Information Service.
  Learn More

Certified Site Metrics are metrics that are directly-measured from the website instead of estimated. The website owner has installed an Alexa Certify Code on the pages of their site and chosen to show the metrics publicly.

For the website owner Certified Metrics provide:

- A more accurate Alexa Rank
- A private metrics Dashboard for On-Site Analytics
- The ability to publish unique visitor and pageview counts if desired

Certified Metrics are available with all Alexa Pro plans.

Not all websites implement our on-site analytics and publish the results. For these sites, we show estimated metrics based on traffic patterns across the web as a whole. We identify these patterns by looking at the activity of millions of web users throughout the world, and using data normalization to correct for any biases.

The more traffic a site gets, the more data we have to calculate estimated metrics. Estimates are more reliable the closer a site is to being ranked #1. Global traffic ranks of 100,000+ are subject to large fluctuations and should be considered rough estimates.

If a site has Certified Metrics instead of estimated, that means its owner has installed code allowing us to directly measure their traffic. These metrics have a greater level of accuracy, no matter what the ranking.

## How popular is trafficmonsoon.com?

**Alexa Traffic Ranks**
How is this site ranked relative to other sites?

May '15  Sep '15  Jan '16  May '16          1k 2k 4k



Global Rank ?

🌐 **2,283**  1,181

Rank in Russia ?

▬ **931**

**Alexa Traffic Ranks**
The global and country traffic ranks show how popular a site is relative to other sites.

**Unique Visitors and Pageviews**
The number of people who visit this site and the number of pages they view. Site owners who install the Alexa Certify Code on their website can choose to display their Certified Metrics, such as Monthly Unique Visitors and Pageviews, if they wish. For other sites, we display the estimated number of unique visitors from up to 6 countries, when sufficient data is available (Advanced plans only).

**Audience Geography**

The audience geography data describes where visitors to this site over the past month are located, and how the site is ranked in popular countries. If a country is not listed, it is because Alexa does not have enough data for this site to rank/measure the site's popularity among that country's online population. These metrics are updated monthly.

**Monthly Unique Visitor Metrics**

Past 30 Days — Last Updated April 26, 2016

| Country ? | Estimated Unique Visitors ? | Estimated Visits ? | Estimated Pageviews ? |
|---|---|---|---|
| United Kingdom | 281,984 | 4,308,524 | 44,596,012 |

**Loyalty Metrics** ?
Based on unique visitor estimates  Visits per Visitor
**15.28** Pageviews per Visit
**10.35** Monthly Pageviews per Visitor
**158.15**

| | | | |
|---|---|---|---|
| United States | 187,559 | 2,355,342 | 28,349,316 |

**Loyalty Metrics** ?
Based on unique visitor estimates  Visits per Visitor
**12.56** Pageviews per Visit
**12.04** Monthly Pageviews per Visitor
**151.15**

| | | | |
|---|---|---|---|
| Spain | 176,340 | 2,074,523 | 27,377,214 |

**Loyalty Metrics** ?
Based on unique visitor estimates  Visits per Visitor
**11.76** Pageviews per Visit
**13.20** Monthly Pageviews per Visitor
**155.25**

View All Available Countries

**Audience Geography**

Where are this site's visitors located?

Visitors by Country

| Country | Percent of Visitors | Rank in Country |
|---|---|---|

| Country | Percent of Visitors | Rank in Country |
|---|---|---|
| Russia | 16.7% | 931 |
| India | 10.4% | 2,447 |
| Venezuela | 5.1% | 366 |
| Ukraine | 5.0% | 533 |
| United Kingdom | 4.2% | 2,168 |
| United States | 3.7% | 15,350 |
| Bangladesh | 3.6% | 385 |
| Spain | 3.5% | 1,958 |
| Poland | 3.4% | 1,307 |
| Pakistan | 2.5% | 1,197 |
| Egypt | 2.3% | 1,277 |
| Mexico | 2.1% | 2,025 |
| Algeria | 1.9% | 825 |
| Indonesia | 1.8% | 2,634 |
| Morocco | 1.8% | 517 |
| Brazil | 1.8% | 4,011 |
| Italy | 1.4% | 4,672 |
| Romania | 1.2% | 1,448 |
| Bulgaria | 1.2% | 736 |
| France | 1.1% | 6,703 |
| Germany | 1.1% | 8,452 |
| Portugal | 1.1% | 913 |
| Kazakhstan | 1.0% | 1,454 |
| Peru | 1.0% | 1,265 |
| South Africa | 0.9% | 2,199 |
| Saudi Arabia | 0.9% | 2,589 |
| Canada | 0.9% | 5,480 |
| Australia | 0.8% | 4,524 |

| Country | Percent of Visitors | Rank in Country |
|---|---|---|
| Argentina | 0.8% | 2,629 |
| Colombia | 0.7% | 1,874 |
| Iran | 0.6% | 12,218 |
| Singapore | 0.6% | 2,358 |
| Belgium | 0.5% | 2,846 |
| Sweden | 0.5% | 2,811 |
| Netherlands | 0.5% | 5,630 |

More

How engaged are visitors to trafficmonsoon.com?

?

Bounce Rate
**10.60%** 15.00%

Daily Pageviews per Visitor
**7.23** 9.17%

Daily Time on Site
**15:05** 23.00%

**How engaged are visitors to this site?**
Engagement metrics help you understand how interested a site's visitors are with the site's content. The metrics are updated daily based on the trailing 3 months.

**Bounce Rate (%)**
Percentage of visits to the site that consist of a single pageview.

**Daily Pageviews per Visitor**
Estimated daily unique pageviews per visitor on the site.

**Daily Time on Site**
Estimated daily time on site (mm:ss) per visitor to the site.

Where do trafficmonsoon.com's visitors come from?

?

**Search Traffic**
What percentage of visits to this site comes from a search engine?



**Search Visits**

**1.70%**  13.00%

**Top Keywords from Search Engines**
Which search keywords send traffic to this site?

| Keyword | Percent of Search Traffic |
|---|---|
| 1.  trafficmonsoon | 24.52% |
| 2.  traffic monsoon | 19.89% |
| 3.  traffic monsoon login | 9.18% |
| 4.  trafficmansoon | 6.02% |
| 5.  www.trafficmonsoon.com login | 4.19% |

More

**Search Traffic**
The percentage of traffic, both free and paid, that come to this site from a search engine over the past 3 months, updated daily. The change number shows the difference versus the previous 3 month period.

**Top Keywords from Search Engines**
The table shows the top keywords that sent traffic to this site from major search engines over the past 6 months. The list is updated monthly.

**Upstream Sites**
Upstream sites are sites that people visited just before they visited this site. Note that this list is not the same as referrals from upstream sites. There is not necessarily a link between the upstream site and this site.

**Upstream Sites**
Which sites did people visit immediately before this site?

| Site | Percent of Unique Visits |
| --- | --- |
| 1. google.com | 7.1% |
| 2. facebook.com | 5.5% |
| 3. neobux.com | 4.0% |
| 4. youtube.com | 3.8% |
| 5. clixsense.com | 2.9% |
| 6. fortadpays.com | 2.5% |
| 7. paidverts.com | 1.7% |
| 8. mypayingads.com | 1.3% |
| 9. yahoo.com | 1.0% |
| 10. payza.com | 1.0% |

Less

Where do trafficmonsoon.com's visitors go next?

**Downstream Sites**
Which sites did people visit immediately after this site?

| Site | Percent of Unique Visits |
| --- | --- |
| 1. google.com | 7.1% |
| 2. facebook.com | 5.9% |
| 3. youtube.com | 4.0% |
| 4. neobux.com | 3.8% |

| Site | Percent of Unique Visits |
|---|---|
| 5. clixsense.com | 2.7% |
| 6. fortadpays.com | 2.5% |
| 7. paidverts.com | 1.7% |
| 8. mypayingads.com | 1.4% |
| 9. payza.com | 1.1% |
| 10. yahoo.com | 0.9% |

Less

Downstream sites are sites that people visit immediately after visiting this site. Note this does not necessarily mean that people are directed to the downstream site by this site

## What sites link to trafficmonsoon.com?

**Total Sites Linking In**

# 893

| Site | Page |
|------|------|
| 1.  pinterest.com | pinterest.com/explore/football-quotes |
| 2.  secureserver.net | ip-173-201-142-193.ip.secureserver.net... |
| 3.  archive.org | web.archive.org/web/*/http://trafficmo... |
| 4.  similarweb.com | similarweb.com/website/5x5map.de |
| 5.  paidverts.com | paidverts.com/preview_ad_BA-1554661.ht... |

More

The "Sites Linking In" count shows the number of sites that Alexa found that link to this site. For more information please see this explanation of how Alexa determines the number of sites linking in.

The complete list of sites linking to this site is available to Alexa Pro subscribers.

## What sites are related to trafficmonsoon.com?

Related Links

No related links available

Categories with Related Sites

This site is not categorized

**Related Links**

These are sites that are related to this site in some way. For example, they receive traffic from similar keywords, have a similar audience, or are frequently cited together on web pages.Learn more.

**Other Sites Owned**

These are other sites with the same registered owner as this site.

**Sites with Similar Names**
There are domain names that are similar to this site.

**Categories with Related Sites**
These are the categories that this site is in. Click on the category to browse other sites in that category.

## Where do visitors go on trafficmonsoon.com?

Subdomain                                                    Percent of Visitors

trafficmonsoon.com                                           100.00%