Exhibit B

**STANDARDIZED FUND ACCOUNTING REPORT for Traffic Monsoon, LLC Receivership - Cash Basis**

Receivership; Civil Court Case No. 2:16-00832

REPORTING PERIOD 07/01/2016 TO 09/30/2016

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/01/16) | | | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | - | - | |
| Line 3 | Cash and Securities | $49,500,822.10 | $49,500,822.10 | |
| Line 4 | Interest/Dividend Income | - | - | |
| Line 5 | Business Asset Liquidation | - | - | |
| Line 6 | Personal Asset Liquidation | - | - | |
| Line 7 | Third-Party Litigation | - | - | |
| Line 8 | Miscellaneous - Other | - | - | |
| | Total Funds Available (Lines 1-8): | | $49,500,822.10 | $49,500,822.10 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Senior Secured Lenders/Investors | - | - | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10 | *Internal Loans* | - | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | - | | |
| Line 10b | *Business Asset Expenses* | - | | |
| Line 10c | *Personal Asset Expenses* | - | | |
| Line 10d | *Hospital Settlements & Investment Expenses* | - | | |
| Line 10e | *Third-Party Litigation Expenses* | - | | |
| | 1. Attorney Fees | - | | |
| | 2. Litigation Expenses | - | | |
| | *Total Third-party Litigation Expenses* | | - | |
| Line 10f | *Tax Administrator Fees and Bonds* | - | | |
| Line 10g | *Federal and State Tax Payments* | - | | |
| | Total Disbursements for Receivership Operations | | - | - |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | - | - | |
| Line 11 | *Distribution Plan Development Expenses* | - | | |
| Line 11a | *Distribution Plan Development Expenses:* | - | | |
| | 1. Fees: | - | | |
| | Fund Administrator | - | | |
| | Independent Distribution Consultant (IDC) | - | | |
| | Receiver | - | | |
| | Legal Advisers | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Approved Living Allowance | - | | |
| | 4. Miscellaneous | - | | |
| | *Total Plan Development Expenses* | | - | |
| Line 11b | *Distribution Plan Implementation Expenses:* | - | | |
| | 1. Fees: | - | | |
| | Fund Administrator | - | | |
| | IDC | - | | |
| | Receiver | - | | |
| | Legal Advisers | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |

| | | | | |
|---|---|---|---|---|
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan | - | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses* | | - | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | - |
| **Line 12** | **Disbursements to Court/Other:** | | - | |
| *Line 12* | *Disbursements to Court* | - | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | - | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | - | - |
| | **Total Funds Disbursed (Lines 9-11):** | | | **$0.00** |
| **Line 13** | **Ending Balance (As of 09/30/16):** | | | **$49,500,822.10** |
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| *Line 14a* | *Cash & Cash Equivalents* | | | $49,500,822.10 |
| *Line 14b* | *Investments* | | | - |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | - |
| | **Total Ending Balance of Fund - Net Assets** | | | **$49,500,822.10** |

| | OTHER SUPPLEMENTAL INFORMATION: | | | |
|---|---|---|---|---|
| | | **Detail** | **Subtotal** | **Grand Total** |
| **Line 15** | **Report of Items NOT To Be Paid by the Fund:** **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | - | - | |
| *Line 15* | *Disbursements for Plan Administration Expenses* | - | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | - | | |
| | 1. Fees: | - | | |
| | Fund Administrator | - | | |
| | IDC | - | | |
| | Receiver | - | | |
| | Legal Advisers | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Approved Living Allowance | - | | |
| | 4. Miscellaneous | - | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | - | - | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | - | | |
| | 1. Fees: | - | | |
| | Fund Administrator | - | | |
| | IDC | - | | |
| | Receiver | - | | |
| | Legal Advisers | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | - | | |
| | Notice/Publishing Approved Plan | - | | |
| | Claimant Identification | - | | |

| | | | | | |
|---|---|---|---|---|---|
| | Claims Processing | | - | | |
| | Web Site Maintenance/Call Center | | - | | |
| | 4. Fund Administrator Bond | | - | | |
| | 5. Miscellaneous | | - | | |
| | 6. FAIR Reporting Expenses | | - | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | - | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | - | - | |
| | **Total Disbursements for Plan Administrative Expenses Not Paid by the fund** | | | - | - |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | - | - | |
| Line 16a | *Investment Expenses/CRIS Fees* | | - | | |
| Line 16b | *Federal Tax Payments* | | - | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | - | - |
| Line 17 | **DC & State Tax Payments** | | - | - | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | *# of Claims Received This Reporting Period* | | | | - |
| Line 18b | *# of Claims Received  Since Inception of Fund* | | | | - |
| Line 19 | **No. of Claimants / Investors:** | | | | |
| Line 19a | *# of Claimants / Investors Paid This Reporting Period* | | | | - |
| Line 19b | *# of Claimants / Investors Paid Since Inception of Fund* | | | | - |

Receiver:

By: _(signature)_

(signature)

Mary Margaret Hunt

(printed name)

Receiver

(title)

Date:   5-3-17