Exhibit C

STANDARDIZED FUND ACCOUNTING REPORT for Traffic Monsoon, LLC Receivership - Cash Basis
Receivership; Civil Court Case No. 2:16-00832
REPORTING PERIOD 10/01/2016 TO 12/31/2016

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/01/16) | | | $49,500,822.10 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | - | |
| Line 3 | Cash and Securities | $181,777.33 | $181,777.33 | |
| Line 4 | Interest/Dividend Income | $8,069.82 | $8,069.82 | |
| Line 5 | Business Asset Liquidation | | - | |
| Line 6 | Personal Asset Liquidation | | - | |
| Line 7 | Third-Party Litigation | | - | |
| Line 8 | Miscellaneous - Other | | - | |
| | **Total Funds Available (Lines 1-8):** | | $189,847.15 | $49,690,669.25 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Senior Secured Lenders/Investors | | - | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10 | Internal Loans | - | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $86,628.56 | | |
| Line 10b | Business Asset Expenses | $5,150.10 | | |
| Line 10c | Personal Asset Expenses | $92.56 | | |
| Line 10d | Hospital Settlements & Investment Expenses | - | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | - | | |
| | 2. Litigation Expenses | - | | |
| | *Total Third-party Litigation Expenses* | | - | |
| Line 10f | Tax Administrator Fees and Bonds | - | | |
| Line 10g | Federal and State Tax Payments | - | | |
| | **Total Disbursements for Receivership Operations** | | $91,871.22 | - |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | - | - | |
| Line 11 | Distribution Plan Development Expenses | - | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | - | | |
| | Independent Distribution Consultant (IDC) | - | | |
| | Receiver | - | | |
| | Legal Advisers | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Approved Living Allowance | - | | |
| | 4. Miscellaneous | - | | |
| | *Total Plan Development Expenses* | - | - | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator | - | | |
| | IDC | - | | |
| | Receiver | - | | |
| | Legal Advisers | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | 3. Investor Identification: | - | | |
| |     Notice/Publishing Approved Plan | - | | |
| |     Claimant Identification | - | | |
| |     Claims Processing | - | | |
| |     Web Site Maintenance/Call Center | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses* | | - | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | $91,871.22 | - |
| Line 12 | **Disbursements to Court/Other:** | | - | |
| Line 12 | *Disbursements to Court* | - | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | - | | |
| Line 12b | *Federal Tax Payments* | - | | |
| | **Total Disbursements to Court/Other:** | | - | - |
| | **Total Funds Disbursed (Lines 9-11):** | | | $91,871.22 |
| Line 13 | **Ending Balance (As of 12/31/16):** | | | $49,598,798.03 |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | $49,598,798.03 |
| Line 14b | *Investments* | | | - |
| Line 14c | *Other Assets or Uncleared Funds* | | | - |
| | **Total Ending Balance of Fund - Net Assets** | | | $49,598,798.03 |

| | OTHER SUPPLEMENTAL INFORMATION: | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| Line 15 | *Report of Items NOT To Be Paid by the Fund:* | | | |
| | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | - | - | |
| Line 15 | *Disbursements for Plan Administration Expenses* | - | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | - | | |
| | 1. Fees: | - | | |
| |     Fund Administrator | - | | |
| |     IDC | - | | |
| |     Receiver | - | | |
| |     Legal Advisers | - | | |
| |     Accountants | - | | |
| |     Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Approved Living Allowance | - | | |
| | 4. Miscellaneous | - | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | - | - | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | - | | |
| | 1. Fees: | - | | |
| |     Fund Administrator | - | | |
| |     IDC | - | | |
| |     Receiver | - | | |
| |     Legal Advisers | - | | |
| |     Accountants | - | | |
| |     Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | - | | |
| |     Notice/Publishing Approved Plan | - | | |
| |     Claimant Identification | - | | |

| | | | | |
|---|---|---|---|---|
| | Claims Processing | - | | |
| | Web Site Maintenance/Call Center | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. FAIR Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | - | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | - | | |
| | Total Disbursements for Plan Administrative Expenses Not Paid by the fund | | | - | - |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | - | | |
| Line 16a | Investment Expenses/CRIS Fees | - | | |
| Line 16b | Federal Tax Payments | - | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | - | - |
| Line 17 | DC & State Tax Payments | - | - | |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period | | | - |
| Line 18b | # of Claims Received Since Inception of Fund | | | - |
| Line 19 | No. of Claimants / Investors: | | | |
| Line 19a | # of Claimants / Investors Paid This Reporting Period | | | - |
| Line 19b | # of Claimants / Investors Paid Since Inception of Fund | | | - |

Receiver:
By: _(signature)_
Mary Margaret Hunt
(printed name)

Receiver
(title)

Date: 5-3-17