Exhibit D

STANDARDIZED FUND ACCOUNTING REPORT for **Traffic Monsoon, LLC Receivership** - **Cash Basis**
Receivership; Civil Court Case No. 2:16-00832
REPORTING PERIOD 01/01/2017 TO 03/31/2017

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 01/01/17) | | | $49,598,798.03 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | - | - | |
| Line 3 | Cash and Securities | - | - | |
| Line 4 | Interest/Dividend Income | $30,527.98 | $30,527.98 | |
| Line 5 | Business Asset Liquidation | - | | |
| Line 6 | Personal Asset Liquidation | - | | |
| Line 7 | Third-Party Litigation | - | | |
| Line 8 | Miscellaneous – Other | $5,206.95 | $5,206.95 | |
| | **Total Funds Available (Lines 1-8):** | | **$35,734.93** | **$49,634,532.96** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Senior Secured Lenders/Investors | - | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10 | *Internal Loans* | - | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $11,818.22 | | |
| Line 10b | *Business Asset Expenses* | - | | |
| Line 10c | *Personal Asset Expenses* | $1,955.06 | | |
| Line 10d | *Hospital Settlements & Investment Expenses* | - | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | - | | |
| | 2. Litigation Expenses | - | | |
| | *Total Third-party Litigation Expenses* | | - | |
| Line 10f | *Tax Administrator Fees and Bonds* | - | | |
| Line 10g | *Federal and State Tax Payments* | - | | |
| | **Total Disbursements for Receivership Operations** | | $13,773.28 | - |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | - | - | |
| Line 11 | *Distribution Plan Development Expenses* | - | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | - | | |
| | Fund Administrator | - | | |
| | Independent Distribution Consultant (IDC) | - | | |
| | Receiver | - | | |
| | Legal Advisers | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Approved Living Allowance | - | | |
| | 4. Miscellaneous | - | | |
| | *Total Plan Development Expenses* | - | - | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | - | | |
| | Fund Administrator | - | | |
| | IDC | - | | |
| | Receiver | - | | |
| | Legal Advisers | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | - | | |
| |    Claimant Identification | - | | |
| |    Claims Processing | - | | |
| |    Web Site Maintenance/Call Center | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses* | | - | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | - | - |
| **Line 12** | **Disbursements to Court/Other:** | | - | |
| *Line 12* | *Disbursements to Court* | | | |
| *Line 12a* |    *Investment Expenses/Court Registry Investment System (CRIS) Fees* | - | | |
| *Line 12b* |    *Federal Tax Payments* | - | | |
| | **Total Disbursements to Court/Other:** | | - | |
| | **Total Funds Disbursed (Lines 9-11):** | | | **($13,773.28** |
| **Line 13** | **Ending Balance (As of 03/31/17):** | | | **$49,620,759.68** |
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| *Line 14a* | *Cash & Cash Equivalents* | | | $49,620,759.68 |
| *Line 14b* | *Investments* | | | - |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | - |
| | **Total Ending Balance of Fund - Net Assets** | | | **$49,620,759.68** |

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | - | |
| *Line 15* | *Disbursements for Plan Administration Expenses* | | | |
| *Line 15a* |   *Plan Development Expenses Not Paid by the Fund:* | | | |
| |    1. Fees: | - | | |
| |      Fund Administrator | - | | |
| |      IDC | - | | |
| |      Receiver | - | | |
| |      Legal Advisers | - | | |
| |      Accountants | - | | |
| |      Consultants | - | | |
| |    2. Administrative Expenses | - | | |
| |    3. Approved Living Allowance | - | | |
| |    4. Miscellaneous | - | | |
| |   *Total Plan Development Expenses Not Paid by the Fund* | | - | |
| *Line 15b* |   *Plan Implementation Expenses Not Paid by the Fund:* | | - | |
| |    1. Fees: | - | | |
| |      Fund Administrator | - | | |
| |      IDC | - | | |
| |      Receiver | - | | |
| |      Legal Advisers | - | | |
| |      Accountants | - | | |
| |      Consultants | - | | |
| |    2. Administrative Expenses | - | | |
| |    3. Investor Identification: | - | | |
| |      Notice/Publishing Approved Plan | - | | |
| |      Claimant Identification | - | | |

| | | | | |
|---|---|---|---|---|
| | Claims Processing | - | | |
| | Web Site Maintenance/Call Center | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. FAIR Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | - | | |
| *Line 15c* | Tax Administrator Fees & Bonds Not Paid by the Fund | - | | |
| | Total Disbursements for Plan Administrative Expenses Not Paid by the fund | | - | - |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | - | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | - | | |
| *Line 16b* | *Federal Tax Payments* | - | | |
| Line 17 | Total Disbursements to Court/Other Not Paid by the Fund: DC & State Tax Payments | | - | |
| Line 18 | No. of Claims: | | | |
| *Line 18a* | *# of Claims Received This Reporting Period* | | | - |
| *Line 18b* | *# of Claims Received Since Inception of Fund* | | | - |
| Line 19 | No. of Claimants / Investors: | | | |
| *Line 19a* | *# of Claimants / Investors Paid This Reporting Period* | | | - |
| *Line 19b* | *# of Claimants / Investors Paid Since Inception of Fund* | | | - |

Receiver:

By: _____
(signature)

Mary Margaret Hunt
(printed name)

Receiver
(title)

Date: 5-3-17