# EXHIBIT A

**Traffic Monsoon - Receiver (Client #502562)**
**Fees Worked July 1, 2016 - March 31, 2017**

| Matter # | Matter Description | Tworkdol | Write Off | Tbilldol | Exhibit |
|---|---|---|---|---|---|
| 502562-00001 | Administration | 117,563.85 | - | 117,563.85 | A-1 |
| 502562-00002 | Asset Recovery | 21,685.50 | - | 21,685.50 | A-2 |
| 502562-00004 | Litigation | 497.70 | | 497.70 | A-3 |
| | Total | 139,747.05 | - | 139,747.05 | |