# EXHIBIT A-1

**DORSEY**

DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

May 4, 2017
Invoice No. ******

Client-Matter No.: 502562-00001
PMH, Receiver Traffic Monsoon- Receiver - Administration

**For Legal Services Rendered Through March 31, 2017**

# INVOICE TOTAL

Total For Current Legal Fees      $117,563.85

**Total For Current Invoice**      **$117,563.85**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936

## DORSEY
### DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                    May 4, 2017
136 S. Main Street, Ste. 1000                                 Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502562-00001**

**PMH, Receiver Traffic Monsoon- Receiver - Administration**

**For Legal Services Rendered Through March 31, 2017**

| | | | | |
|---|---|---|---|---|
| 07/26/16 | M. Hunt | 7.30 | 2,595.15 | Draft task memo for first day actions (1.5); analysis of service issues (.5); correspondence re same and coordinating UK issues (.5); correspondence and conference on Canada issues (.3); read complaint and TRO motion and attend hearing and post hearing meeting on receivership order (3.5); review and revise proposed receivership order requested by J. Parrish to include specific issues for the case (1.0) |
| 07/27/16 | M. Hunt | 3.10 | 1,102.05 | Review Epic contract and propose changes to same (.7); conference with J. Bauer re same and post call conference with M. Thomson (.9); redline services agreement to deal with fiduciary issues (.5); conference with SEC team on updates on Scoville and bank issues and post conference meeting with M. Thomson re tasks (1.) |
| 07/27/16 | M. Hunt | 0.20 | 71.10 | Review papers filed by SEC (.2) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 2

| | | | | |
|---|---|---|---|---|
| 07/28/16 | M. Hunt | 4.90 | 1,741.95 | Analysis of apartment issues (.5); finalize Epiq contract and conferences on same (.5); attend to change of address forms (.1); conference with D. Wadley (.3); conference call with Epiq team on setting up call center and website, and content for same (.8); follow up meeting with M. Thomson on tasks and questions for C. Scoville exam (1.0); research on company (1.5); instructions billing issues (.1); email to C. Scoville re exam (.1) |
| 07/28/16 | M. Hunt | 1.60 | 568.80 | Communications with London office on service issues (.2); communications with Canada offices re same (.3); conference with M. Thomson on subpoenas and tasks (.2); correspondence with PayPal (.2); further correspondence on service issues and subpoenas (.3); review and comment on notice of receivership form and instructions on same (.4) |
| 07/29/16 | M. Hunt | 4.80 | 1,706.40 | Correspondence with C. Scoville re call today; prepare for call (1.0); call with C. Scoville re background, and post call planning meeting (2.6); attend to computer security issues (.3); attend to administrative issues (1.) |
| 07/31/16 | M. Hunt | 0.80 | 284.40 | Correspondence with Epic re website, call center and server issues (.4); investor communications issues (.3); schedule calls and tasks (.1) |
| 08/01/16 | M. Hunt | 3.30 | 1,173.15 | Review and revise website content (.5); set up calls on PayPal, Pazya and UK property issues (.3); call with J. Bauer re bank accounts (.1); conference with Epic re bank account set up (.2); attend to bank account set up (.3); correspondence on website issues (.3); draft email to team on administration issues (.6); work on website content (1.) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 08/02/16 | M. Hunt | 2.60 | 924.30 | Conferences with bankers re setting up bank accounts (.5); review and revise motion to use funds for Scoville (.4); attend to issues related to the same (1.3); call with A. Oliver re disbursements and Scoville counsel and amend disbursement motion based on same (.4) |
| 08/03/16 | M. Hunt | 6.90 | 2,452.95 | Meeting with M. Thomson re tasks (.7); correspondence with Epiq re computer issues (.1); conferences with N. Seim re apartment issues (.3); attend to computer issues (1.); correspondence and conferences on PayPal and Payza issues (.5); correspondence on bank and computer issues (.3); further communications and dealing with issues on computer (.5); attend to apartment turnover (3.5) |
| 08/04/16 | M. Hunt | 1.50 | 533.25 | Conferences with M. Thomson re tasks and attend to banking issues (1.5) |
| 08/05/16 | M. Hunt | 5.70 | 2,026.35 | Communications with investors and instructions on call center and websites (2.0); attend to tax issues (1.5); attend to issues on C. Scoville attorneys and questions (.3); calls with SEC re status (.3); attend to issues on website and paypal account issues (1.1); general administrative matters, including files and mail collection (.5) |
| 08/06/16 | M. Hunt | 5.00 | 1,777.50 | Securing Traffic Monsoon documents (4.0); attend to tax issues and sign tax documents (1.0) |
| 08/08/16 | M. Hunt | 1.60 | 568.80 | Conference M. Thomson re administrative issues (.1); deal with investor correspondence and issues on C. Scoville new funding sites (1.5) |
| 08/09/16 | M. Hunt | 3.90 | 1,386.45 | Attend to investor communications (2.1); attend to alternative website issues and conference with commission on same (1.5); |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 4

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | conference with M. Thomson on tasks (.3) |
| 08/10/16 | M. Hunt | 1.50 | 533.25 | Review FTI proposal (.5); correspondence on investor email issues (1.5) |
| 08/15/16 | M. Hunt | 2.40 | 853.20 | Meeting with M. Thomson re status of numerous matters (.4) ; attend to issues on accountant employment (.5) ; calls on website and call center issues (.2) ; attend to issues on setting up bank accounts and tin numbers (.5) ; attend to investor inquiry issues (.8); |
| 08/16/16 | M. Hunt | 1.80 | 639.90 | Attend to TIN issues and filling out tax forms (.3); attend to issues on accountants (.1); attend to banking issues (.3); meet with M. Babcock re forensic work (1.0); attend to issues on apartment keys (.1) |
| 08/18/16 | M. Hunt | 1.00 | 355.50 | Conference with M. Thomson re stratus of numerous items (.4); follow up on same (.3) ; attend to bank account issues (.3) |
| 08/19/16 | M. Hunt | 3.40 | 1,208.70 | Interview accountants (2.5); call with bank on accounts, and deal with account issues (.5) ; attend to computer issues and correspondence on same (.5) |
| 08/22/16 | M. Hunt | 1.00 | 355.50 | Attend to computer issues, including call with J. Malik re security issues, carbon and alternative websites (1.0) |
| 08/23/16 | M. Hunt | 4.60 | 1,635.30 | Read email from C. Scoville and instructions on responding to same (.2) ; review tax documents (.1) ; interview accountants (1.0) ; investor Correspondence issues (1.0) ; conferences with M. Thomson re requests from E. Wall on use of car and other items and instructions on same (.3); investigate issues with Traffic Hurricane sites (2.0) |
| 08/24/16 | M. Hunt | 1.10 | 391.05 | Attend to document production issues (.1); conferences with computer forensics team, review information, send to SEC, and |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece                    May 4, 2017
Client-Matter No.: 502562-00001                                    Page 5
Invoice No.: ******

| | | | | |
|---|---|---|---|---|
| | | | | further investigation on new site (1.0) |
| 08/25/16 | M. Hunt | 2.00 | 711.00 | Attend to accountant employment issues (.5); meeting with BRG on employment issues and case background (1.); computer and bank issues (.5) |
| 08/26/16 | M. Hunt | 1.50 | 533.25 | Investor email issues and banking issues (.5); investigative matters (1.0 |
| 08/29/16 | M. Hunt | 1.40 | 497.70 | Attend to online banking set up and issues (.5); attend to accountant retention issues (.3); analysis of items to take care of, conference with M. Thomson re tasks, and emails with SEC re same (.6) |
| 08/30/16 | M. Hunt | 2.50 | 888.75 | Attend to investor communication issues (.5); review and further redline employment letter from BRG and correspondence on same (.6); review and revise letter to payment demand (.3); final review of BRG engagement letter (.3); analysis of issues on web site update (.3); review information sent by investors and correspondence re same (.5) |
| 08/31/16 | M. Hunt | 3.90 | 1,386.45 | Review and revise motion and order on employment of BRG, including adding information on terms of employment (1.5); correspondence with Accountants re same and engagement letter (.1); conferences with SEC, counsel and Accountants re employment issues and tasks (.6); correspondence re same (.1); conference with J. Madick re computer issues and coordination emails on meetings for data downloads (.4); identify subpoena targets and correspondence re same (1.2) |
| 09/02/16 | M. Hunt | 3.70 | 1,315.35 | Meetings with computer team re forensics (.5); prepare for and attend conference with accountants re background and tasks (2.0); correspondence re Scoville meeting (.2); follow up correspondence on computer |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 6

| | | | | |
|---|---|---|---|---|
| | | | | issues (.5); investor email issues (.5) |
| 09/06/16 | M. Hunt | 2.60 | 924.30 | Attend to Murray apartment issues (.1); attend to investor email issues (.4); compile information sent by E. Wall and arrange for filing (.1); meeting at SEC re strategy and status (2.0) |
| 09/07/16 | M. Hunt | 1.80 | 639.90 | Attend to issues with apartment keys (.1) ; work on status report (1.7) |
| 09/09/16 | M. Hunt | 0.30 | 106.65 | Call with C. Scoville attorneys (.3) |
| 09/14/16 | M. Hunt | 1.90 | 675.45 | Correspondence on new preliminary injunction hearing date and correspondence on website updates; attend to server and document retention's issues; attend to investor emails (1.5) ; attend to website update issues (.4) |
| 09/15/16 | M. Hunt | 4.30 | 1,528.65 | Revise notice of disbursed funds to include facts related to Scoville non-cooperation, including review of files on same (1.5); correspondence re computer imaging issues (.5); conference with M. Thomson re tasks (.2); Quest Monsoon investigation and instructions on same (.5); Snork bill payment correspondence (.2); attend to website issues, content and additions (.4); conference calls on electronic data collection and information sharing and post conference with professionals re same (1.0) |
| 09/16/16 | M. Hunt | 4.30 | 1,528.65 | Investor communication issues (.5); work on report, including investigation of issues to include (3.8) |
| 09/19/16 | M. Hunt | 6.50 | 2,310.75 | Work on report, and investigative work (5.5); meeting with R. Strong re data issues (.8); meeting with M. Thompson re status of numerous matters (.2) |
| 09/20/16 | M. Hunt | 1.20 | 426.60 | Meeting with Epiq team on data collection (.4); conferences with accountants re same and analysis of issues on same (.4); obtain |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 7

| | | | | |
|---|---|---|---|---|
| | | | | documents from SEC and distribution of same, set up meetings on case (.2); correspondence with accountants re computer issues (.2) |
| 09/21/16 | M. Hunt | 3.10 | 1,102.05 | Meeting with M. Thomson re strategy, call with D. Wadley and meeting with Scoville counsel (2.3); follow up emails on tasks (.1); meeting re evidence preservation (.2); investigation (.5) |
| 09/22/16 | M. Hunt | 3.70 | 1,315.35 | Conference with D. Wadley and A. Oliver re status and meeting with Scoville counsel (.5); investigative work (1.5); meeting with BRG team and M. Thomson re status and strategy and follow up correspondence on same (1.5); correspondence with M. Baker re video saves (.1); review follow up email to Scoville counsel and comment on same (.1) |
| 09/23/16 | M. Hunt | 0.30 | 106.65 | Conference with Chase re account balances and transfers (.3) |
| 09/26/16 | M. Hunt | 2.90 | 1,030.95 | Attend to online banking issues at Chase Bank (1.); correspondence with Paypal re meetings on computer and chargeback issues (.1) ; attend to investigative matters (1.8) |
| 09/27/16 | M. Hunt | 2.00 | 711.00 | Conference with M. Babcock re chase bank analysis; emails to chase bank on documents needed and to team on getting documents to BRG (.4); conference with M. Thomson re status of requests on Scoville; review correspondence re Scoville email requests (.3) ; review of issues on bank accounts (1.3) |
| 09/28/16 | M. Hunt | 3.20 | 1,137.60 | Further review of videos and correspondence with SEC; meeting with M. Baker re preservation issues (1.0); conference with M. Thomson re investor email response and email retention issues |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 8

| | | | | |
|---|---|---|---|---|
| | | | | (.2); correspondence on receivership web issues (.1); conference with J. Madlick re website issues and email imaging issues (.2); investor correspondence (.2); correspondence with BRG re Chase analysis (.1); correspondence on website content (.2); correspondence and conferences with Chase re transfer of funds and instructions on same (.2) ; further discussion with accountants about data issues, and analysis of same (1.0) |
| 09/30/16 | M. Hunt | 1.80 | 639.90 | Meeting with M. Babcock and R. Strong re progress on data (1.3); correspondence on Chase funds and other banking issues (.5) |
| 10/03/16 | M. Hunt | 1.40 | 497.70 | Review investor emails and analysis of same (.5); conference with M. Thomson re status of numerous matters (.1); follow up on same (.3); review Payza information and emails from accountants (.5) |
| 10/04/16 | M. Hunt | 0.70 | 248.85 | Deal with investor emails, requests on subpoenas, and inquiries and correspondence on tasks ; meeting with S. Russell re document management issues (.7) |
| 10/05/16 | M. Hunt | 2.10 | 746.55 | Review Rothbard document production and instructions to S. Russell on same (.3); meeting with M. Thomson re tasks and document production issues and management (.3); conference with D. Wadley re case issues (.7); correspondence on document production and accounting issues (.6); correspondence on Paypal class action notice, review notice to Scoville counsel and authorize same (.2) |
| 10/06/16 | M. Hunt | 1.00 | 355.50 | Review and revise declaration for R. Strong and correspondence with same (.3); review and revise my declaration and send to SEC (.4); correspondence with Epiq re updating website (.1); correspondence re Payza data |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

|            |         |      |          | retrieval (.2) |
|------------|---------|------|----------|----------------|
| 10/06/16   | M. Hunt | 0.80 | 284.40   | Correspondence with R. Strong re database issues and declarations requested by SEC; further revision of same (.8) |
| 10/07/16   | M. Hunt | 0.40 | 142.20   | Correspondence on SEC pleadings, data base issues and website issues (.4) |
| 10/07/16   | M. Hunt | 1.00 | 355.50   | Attend to numerous administrative matters, including mail, reviewing bills and invoices, bank statements, and correspondence  on tasks (1.0) |
| 10/10/16   | M. Hunt | 2.30 | 817.65   | Meeting with BRG re website and forensic issues (2.0); correspondence with PayPal re document issues and further correspondence with S. Russell re document issues (.3) |
| 10/12/16   | M. Hunt | 4.00 | 1,422.00 | Document management issues, including initial review of documents obtained (.5); prepare for and attend computer imaging meeting with Epiq and BRG team (.5); review investor correspondence and instructions on same (.3); attend to issues on website security (.3); call with SEC and BRG re preliminary hearing issues (1.4); read investor communications and instructions on same (.5); meeting to coordinate efforts on analysis of investor communications (.5) |
| 10/13/16   | M. Hunt | 6.60 | 2,346.30 | Read multiple correspondence on data issues and conference with R. Strong re same (.4); conference with S. Russell re document management issues (.1); review documents from chase and investors (.8); review Dorsey invoices and instructions to staff on same (.4); set up banking software and Epiq software and training on same (1.8); analysis of Snork bill issues, and email to Snork re same and asset freeze issues (1.5); further correspondence on |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 10

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | computer issues (.1) ; review files and document management of same (1.5) |
| 10/14/16 | M. Hunt | 0.40 | 142.20 | Attend to banking issues, including conference with signature bank (.4) |
| 10/14/16 | M. Hunt | 1.30 | 462.15 | Read correspondence on Payza issues (.1); conference with Epiq re website and investor inquiry issues and follow up on same (.4); attend to QSF tax forms, and correspondence with accountants re same (.4); attend to issues on training to cut checks out of receiver account and instructions to staff on payment files (.4) |
| 10/14/16 | M. Hunt | 2.30 | 817.65 | Document review (2.3) |
| 10/17/16 | M. Hunt | 0.30 | 106.65 | Attend to paying Snork invoice and letter to accompany same (.3) |
| 10/18/16 | M. Hunt | 1.00 | 355.50 | Receivership attend to banking issues (1.0) |
| 10/19/16 | M. Hunt | 5.90 | 2,097.45 | Read motion in opposition to preliminary injunction (1.0); meeting at SEC (3.0); meeting re investor inquiry issues and correspondence re same (1.0); correspondence with J. Durkin re requested declarations for me and BRG (.3); review and revise same (.3); email to R. Strong re declaration requested by Scoville (.1); attend to document production issues (.2) |
| 10/21/16 | M. Hunt | 1.20 | 426.60 | Call with S. Ruston, City of London Police and notes on same (.6); collect declarations for J. Durkin and correspondence re same (.2); email re Epiq invoices (.1); review initial investor information (.3) |
| 10/22/16 | M. Hunt | 4.00 | 1,422.00 | Prepare for hearing (4.0) |
| 10/24/16 | M. Hunt | 0.20 | 71.10 | Correspondence on Chase document management issues (.2) |
| 10/24/16 | M. Hunt | 5.80 | 2,061.90 | Investigation on issues raised in preliminary injunction papers, and prepare for testimony on same (5.8) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 11

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 10/25/16 | M. Hunt | 5.20 | 1,848.60 | Investigation on issues for receivership/injuncti on hearing (3.0); finalize summary of communications (.8); read pleadings (1.4) |
| 10/26/16 | M. Hunt | 6.80 | 2,417.40 | Investigation and prepare for hearing, including conferences with BRG, compiling information on US connections, finishing compiling information investor communications and conferences with SEC (6.8) |
| 10/27/16 | M. Hunt | 1.60 | 568.80 | Compile information for US connections and conference with M. Thomson re same (1.1); review final summary on same and correspondence on same (.4); review BRG materials on EVP and correspondence on same (.1) |
| 10/28/16 | M. Hunt | 0.60 | 213.30 | Conferences and correspondence with M. Thomson re investigation and declaration issues (.5); correspondence on utility bills (.1) |
| 10/31/16 | M. Hunt | 13.70 | 4,870.35 | Hearing preparation (4.0); finalize declaration and exhibits (5.9); review all information to prepare for hearing (3.8) |
| 11/01/16 | M. Hunt | 9.90 | 3,519.45 | Prepare for hearing (2.8); attend hearing (6.5); follow up research on witness (.6) |
| 11/02/16 | M. Hunt | 6.70 | 2,381.85 | Attend to requests by L. Wasburn and correspondence on same (.5); hearing prep (5.7); attend to issues on Murray City and apartment bills (.5) |
| 11/03/16 | M. Hunt | 7.50 | 2,666.25 | Prepare for and attend preliminary injunction hearing (7.5) |
| 11/04/16 | M. Hunt | 1.00 | 355.50 | Meeting with R. Strong re research (.5); attend to investor communication issues (.5) |
| 11/07/16 | M. Hunt | 3.00 | 1,066.50 | Analysis of post hearing issues (.5); conference re post hearing issues (1.3); |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 12

| | | | | |
|---|---|---|---|---|
| | | | | follow up with counsel on same (.4) ; correspondence re motion for leave, including comments on draft motion (.4) ; coorispondence re task issues (.2) |
| 11/08/16 | M. Hunt | 1.10 | 391.05 | Correspondence with team re planning meeting (.2) ; attend to reporting issues and working with Epiq to get software correct (1.0) |
| 11/08/16 | M. Hunt | 0.70 | 248.85 | Work on updating web site content (.6); review call logs (.1) |
| 11/09/16 | M. Hunt | 1.30 | 462.15 | Meeting with team on status and next steps and notes on same (1.0) ; correspondence with Epiq on numerous issues (.3) |
| 11/10/16 | M. Hunt | 1.70 | 604.35 | Conference with Epiq and BRG re SFAR reporting issues (.5); review TM sites on information being put out by C. Scoville (1.0); correspondence on website content (.2) |
| 11/11/16 | M. Hunt | 0.60 | 213.30 | Investor communication issues (.3); correspondence and conferences on post-trial statement (.3) |
| 11/14/16 | M. Hunt | 0.30 | 106.65 | Attend to investor communications issues (.3) |
| 11/15/16 | M. Hunt | 0.10 | 35.55 | Correspondence with BRG on requests from Scoville counsel (.1) |
| 11/16/16 | M. Hunt | 1.00 | 355.50 | Attend to estate accounting issues and other administrative issues (1.0) |
| 11/16/16 | M. Hunt | 0.40 | 142.20 | Coorispondence on Payza funds and discovery issues (.4) |
| 11/17/16 | M. Hunt | 0.50 | 177.75 | Attend to document issues (.5) |
| 11/21/16 | M. Hunt | 5.20 | 1,848.60 | Work on post-hearing statement, including reading caselaw and determining scope, and conference with M. Thomson on same (5.2) |
| 11/22/16 | M. Hunt | 8.80 | 3,128.40 | Read all transcripts, read information from accountants, read additional cases, |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 13

|          |         |      |          |                                                                                                                                                            |
|----------|---------|------|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |         |      |          | confernce with BRG re Ponzi issues; analysis of content of post-hearing statement and revise draft of same (8.8)                                            |
| 11/23/16 | M. Hunt | 1.10 | 391.05   | Numerous correspondence on changes to post-hearing statement, including citations to the record; review and approve last draft (1.0); requests for updates to website (.1) |
| 11/28/16 | M. Hunt | 1.30 | 462.15   | Final review and comments on post-hearing statement (1.3)                                                                                                   |
| 11/29/16 | M. Hunt | 3.10 | 1,102.05 | Attend to administrative matters (.5); conference with M. Thomson re set aside motion hearing (.1); read pleadings, outline by M. Baker and analysis of same (2.5) |
| 11/30/16 | M. Hunt | 7.10 | 2,524.05 | Prepare for and attend hearing on set aside motion (5.3); analysis of and post hearing conferences re tasks and work going forward (.5) ; conferences with accountants re tax issues, (.3) ; document administration issues (1.0) |
| 12/01/16 | M. Hunt | 1.90 | 675.45   | Correspondence on Epiq/accounting issues (.1); investor communication issues (.2); review social media posts on hearing and conference with M. Baker re same (1.5); review correspondence on Payza discovery (.1) |
| 12/02/16 | M. Hunt | 2.10 | 746.55   | Review Dorsey invoices from July through September, revise for court filing and for approval of fees requested (1.5); review totals and reductions and approve same (.1); review BRG invoices and email to J. Shaw (.6) |
| 12/02/16 | M. Hunt | 0.30 | 106.65   | Correspondence with J. Shaw re SFAR and bills to be paid (.1); (.1); correspondence with M. Thomson re demand letters for C. Scoville bills and tasks on same (.1) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 14

| | | | | |
|---|---|---|---|---|
| 12/05/16 | M. Hunt | 1.70 | 604.35 | Correspondence with office on numerous tasks (.2); meeting at BRG re tax issue and tasks on asset recovery (1.5) |
| 12/07/16 | M. Hunt | 0.70 | 248.85 | Meeting with            and follow up call with R. Strong (.7) |
| 12/12/16 | M. Hunt | 1.50 | 533.25 | Correspondence with IRS and with accountants            (.2); document review and management issues (.5); review call log and instructions on same (.3); attend to banking issues (.5) |
| 12/13/16 | M. Hunt | 1.20 | 426.60 | Meeting with M. Thomson re tasks (.8) ; correspondence with Snork re invoices and server issues (.3) ; coorispondence with A. Colclough re Manchester flat issues (.1) |
| 12/14/16 | M. Hunt | 1.20 | 426.60 | Review Epiq invoices, analysis of same, email to J. Bauer re questions on same (.7); instructions to J. Shaw on paying numerous invoices (.1); review bank statements and attend to bank issues (.4) |
| 12/16/16 | M. Hunt | 1.80 | 639.90 | Conference with J. Shaw re accounting administration issues, including problems with SFAR form and wiring issues (.3) ; conference with epiq team re information in invoices and questions on same (.5) ; further correspondence with J. Shaw re same, review wire instructions and execute same (.2) ; review invoices for Epiq communications and directions to J. Shaw re same (.3) ; review information from BRG (.5) |
| 12/19/16 | M. Hunt | 0.50 | 177.75 | Correspondence re information requested and meeting on same (.5) |
| 12/20/16 | M. Hunt | 0.40 | 142.20 | Attend to investor communication issues (.4) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 15

| | | | | |
|---|---|---|---|---|
| 12/21/16 | M. Hunt | 0.50 | 177.75 | Team meeting on investor inquiries and response; update web site; correspondence with accountants re account issues (.3) ; conference with J. Bauer re bank issues (.2) |
| 12/22/16 | M. Hunt | 0.70 | 248.85 | Review Epiq invoices on investor communications and execute wire transfers for payment of same (.3) ; review SFAR draft and e-mail to J. Shaw re inclusion of Epiq fees (.2) ; telephone calls re authorization of wires (.1); investor communication issues (.1) |
| 12/23/16 | M. Hunt | 0.10 | 35.55 | Conference with bank re wire payments to Epiq (.1) |
| 12/27/16 | M. Hunt | 0.40 | 142.20 | Review estate web site for changes requested (.1); review draft SFAR and instructions to staff on same (.2); review call log and e-mail to J. Mercer re same (.1) |
| 01/03/17 | M. Hunt | 0.90 | 319.95 | Correspondence re reporting issues and Snork bills (.2); meeting with J. Shaw and then M. Thomson re status of numerous administrative matters and follow up on same (.3); review response to Snork demand and comment on same (.1); conference with Epiq re bank rates and service issues (.3) |
| 01/04/17 | M. Hunt | 1.30 | 462.15 | Meeting _____ (1.3) |
| 01/09/17 | M. Hunt | 0.40 | 142.20 | Correspondence with BRG re tax issues (.1); investor communication issues (.3) |
| 01/11/17 | M. Hunt | 0.30 | 106.65 | Conference with BRG team re tax issues (.3) |
| 01/12/17 | M. Hunt | 1.80 | 639.90 | Conference with counsel re tax issues, follow up with BRG (.7); telephone conference with D. Wadley re agency requests for documents (.1); correspondence with J. Shaw re Snork issues (.1) ; follow up on tax issues (.5); |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | attend to bank issues (.4) |
| 01/13/17 | M. Hunt | 1.00 | 355.50 | Tax issue analysis (.5) ; joined conference call with BRG and K. Severswon re same (.5) |
| 01/17/17 | M. Hunt | 0.30 | 106.65 | Attend to investor communication issues (.1); attend to check from Chase and payments to vendors, including meeting with J. Shaw on status of Chase accounts (.2) |
| 01/18/17 | M. Hunt | 1.00 | 355.50 | Conference with counsel on tax issues |
| 01/23/17 | M. Hunt | 0.30 | 106.65 | Review mail, and direct information to various parties to attend to same (.1); correspondence with accountants re 1099 forms (.1); conference with M. Thomson re research on various matters (.1) |
| 01/24/17 | M. Hunt | 1.50 | 533.25 | Correspondence re tax issues (.1); analysis of tax issues and conference with M. Thomson re same (.3); correspondence on estate 1099s and call to J. Shaw re same (.3); conference (.3); conference with M. Thomson re same and research, and follow up conference with S. Goldberg re research needed (.5) |
| 01/25/17 | M. Hunt | 2.10 | 746.55 | Call with K. Severseon re tax reporting issues, and follow up correspondence with BRG re same (1.5); review bank statements and correspondence with Signature Bank (.5); conference with V. Calder re 1099 issues (.1) |
| 01/30/17 | M. Hunt | 1.80 | 639.90 | Conference with J. Shaw re utility and professional payment issues (.1); review tax issues and correspondence and calls on same (.4) ; analysis of 1099 issues and join call with counsel and accountants on same (.5); attend to utility payment issues (.1); attend to issues related to C. Scoville's |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 17

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | demand for living allowance (.3); review 1099s compiled by accountants and listing related to same and authorize same (.4) |
| 01/31/17 | M. Hunt | 1.80 | 639.90 | Correspondence on 1099 issues (.1); conference with M. Thomson joined by M. Babcock on EVP transfers (.4); further conference on same (.1) ; draft response to Scoville request for living expenses, including review of historical correspondence on same, and send to M. Thomson for review (.6) ; review M. Thomson comments and authorize sending same (.1); review bank statements (.5) |
| 01/31/17 | M. Hunt | 0.10 | 35.55 | Initial review |
| 01/31/17 | M. Hunt | 1.50 | 533.25 | Read and analysis of motion to dismiss (1.5) |
| 02/01/17 | M. Hunt | 2.30 | 817.65 | Review memo from S. Goldberg (.4); conference with S. Goldberg (.1); meeting with Epiq team and J. Shaw re accounting, reporting and software issues (1.8) |
| 02/02/17 | M. Hunt | 3.40 | 1,208.70 | Correspondence with Epiq and BRG re SFAR form issues and other software and systems issues (.3) ; review account statemets and analysis of documents turnover (3.1) |
| 02/06/17 | M. Hunt | 0.50 | 177.75 | Correspondence on expenses and living allowance issues; bank account correspondence (.5) |
| 02/08/17 | M. Hunt | 1.40 | 497.70 | Correspondence on Snork payment demands (.1); conference with N. Seim re motion on same (.1); meeting with BRG team to discuss status of analysis (1.0); correspondence re fees on Manchester apartment (.1); review demands from Santander and request legal response to same (.1) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece                                    May 4, 2017
Client-Matter No.: 502562-00001                                                    Page 18
Invoice No.: ******

| 02/09/17 | M. Hunt | 0.50 | 177.75 | Review checks and wire receipts and correspondence on same re: payment of estate expense (.1); attend to bank account issues (.4) |
| 02/10/17 | M. Hunt | 0.60 | 213.30 | Call to D. Wadley re status and notes on same (.5) ; review C. Scoville bills, and instructions on dissemination of same (.1) |
| 02/13/17 | M. Hunt | 1.10 | 391.05 | Attend to matters on Manchester apartment (.5); review and comment on Scoville's proposed agreement on living allowance, and review responsive correspondence and comments on same (.5); conference with M. Thomson re tasks (.1) |
| 02/14/17 | M. Hunt | 0.30 | 106.65 | Correspondence on Manchester flat fees, review invoices submitted, and request further information (.3) |
| 02/14/17 | M. Hunt | 0.40 | 142.20 | Review and comment on Snork motion, and email to F. Novak re most recent invoices (.4) |
| 02/15/17 | M. Hunt | 0.20 | 71.10 | Review Epiq invoice and forward to J. Shaw for payment (.1); conference with Signature Bank re transfer requests on Epiq invoices (.1) |
| 02/17/17 | M. Hunt | 1.00 | 355.50 | Review Manchester documents, invoices related to same, and correspondence with J. Shaw re payment of fees (.5); review revised bills sent by Snork (.2) ; review and comment on updated motion (.3) |
| 02/20/17 | M. Hunt | 0.70 | 248.85 | Conference regarding claims issues (.4); review call logs (.2); review Epiq communications bill and authorize payment of same (.1) |
| 02/21/17 | M. Hunt | 0.10 | 35.55 | Correspondence re payment of maintenance at Manchester flat (.1) |
| 02/22/17 | M. Hunt | 0.10 | 35.55 | Attend to wire transfer issues (.1) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece                    May 4, 2017
Client-Matter No.: 502562-00001                                    Page 19
Invoice No.: ******

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/23/17 | M. Hunt | 3.30 | 1,173.15 | Analysis of Snoork issues; review invoices and draft motion (1.5); revise draft motion and correspondence with M. Thomson and N. Seim on same (1.7); correspondence with M. Thomson re Snoork late fee objection (.1) |
| 02/24/17 | M. Hunt | 0.40 | 142.20 | Conference with M. Thomson on Snoork motion, review email sent to F. Nowak re same, and final review of motion; correspondence on proposed order (.4) |
| 02/28/17 | M. Hunt | 1.50 | 533.25 | Correspondence re Scoville living request issues (.1); review correspondence from J. Durkin re living expense request, including draft declaration (.2); review wire confirmations (.1); conference with M. Thomson re living expense issues and tasks (.3); call with J. Durkin and L. Washburn re living expenses and computer issues and follow up with M. Thomson (.8) |
| 03/01/17 | M. Hunt | 4.10 | 1,457.55 | Work on Scoville declaration on financial issues (3.8) correspondence and call with K. Severson re tax issues (.1); review facebook posts and correspondence on same (.2) |
| 03/02/17 | M. Hunt | 1.20 | 426.60 | Attend to investor communication issues, including call log (.2); attend to investigation issues (.5); conference with K. Severson re tax return issues and notes on same (.5) |
| 03/03/17 | M. Hunt | 0.50 | 177.75 | Correspondence on tax issues and review invoices from murray apt; attend to investor inquiries (.5) |
| 03/06/17 | M. Hunt | 0.50 | 177.75 | Attend to issues on tax returns, including conference with BRG |
| 03/06/17 | M. Hunt | 2.40 | 853.20 | Review professional invoices and analysis of same (1.4); review analysis of 1099 issues provided by counsel (1.0) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 20

| 03/07/17 | M. Hunt | 0.10 | 35.55 | Correspondence on estate expenses and SFARs, and check with staff on status of same (.1) |
|---|---|---|---|---|
| 03/08/17 | M. Hunt | 2.10 | 746.55 | Read correspondence from J. Durkin re living expense issues (.1); review draft motion and conference with M. Thomson re concerns with same (.8); review proposed stipulation on Snoork motion, analysis of same, and email to M. Thomson re concerns (.8);  further consideration of issues on Snoork stipulation, and correspondence with M. Thomson on same (.3); conference with M. Thomson re Scoville expense and Snoork motions (.1 ) |
| 03/13/17 | M. Hunt | 0.40 | 142.20 | Attend to issues with check delivered on Chase accounts, including directing deposits and recording of same; attend to payment of receivership bills, including reviewing Epiq invoice and directions on same (.3) |
| 03/14/17 | M. Hunt | 0.80 | 284.40 | Attend to banking issues, and review estate invoices (.8) |
| 03/16/17 | M. Hunt | 0.40 | 142.20 | Review response to Snoork motion and analysis (.3); conference and correspondence with N. Seim re reply to same (.1) |
| 03/20/17 | M. Hunt | 0.80 | 284.40 | Prepare for and attend meeting (.8) |
| 03/20/17 | M. Hunt | 0.20 | 71.10 | Review draft reply on Snoork server issues (.2) |
| 03/21/17 | M. Hunt | 0.80 | 284.40 | Review and revise reply to Snoork server motion and request to submit, and email to N. Seim re same (.8) |
| 03/24/17 | M. Hunt | 0.40 | 142.20 | Correspondence with BRG re audit requests (.3) ; review call logs (.1) |
| 03/27/17 | M. Hunt | 0.20 | 71.10 | Review information requested on BRG |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 21

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | audit issues and respond to same (.2) |
| 03/28/17 | M. Hunt | 0.50 | 177.75 | Attend to numerous administrative issues, including bank account review, 1099s to accountants for QTF, and review of bills sent (.5) |
| 03/28/17 | M. Hunt | 1.50 | 533.25 | Draft fee application (1.5) |
| 03/29/17 | M. Hunt | 4.50 | 1,599.75 | Correspondence re planning meetings and other tasks (.2); correspondence on tax and administrative issues (.2); read court's opinion and analysis (2.0); conference with M. Thomson re same (.1); conference with SEC ( .7); attend to banking issues, including authorizing wires to Epiq (.2); draft updates to webpages and correspondence on same (.7); internet investigation work (.4) |
| 03/30/17 | M. Hunt | 1.10 | 391.05 | Correspondence re content of website, and revise text to update (.3) ; attend to investor communication issues (.3); investigation work (.5) |
| 03/31/17 | M. Hunt | 1.40 | 497.70 | Attend to investor inquiry issues (.3); attend to Epiq billing issues (.1); attend to apartment expenses issues (.2); call with BRG re status (.7); correspondence on lease issues (.1) |

**Total Hours**     330.70

**Total for Legal Fees**     $117,563.85

**Total This Invoice**     $117,563.85

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

May 4, 2017
Page 22

## Timekeeper Summary

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 330.70 | 355.50 | 117,563.85 |
| **Total all Timekeepers** | **330.70** | | **117,563.85** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY