# EXHIBIT A-2

# DORSEY
### DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

May 4, 2017
Invoice No. \*\*\*\*\*\*

Client-Matter No.: 502562-00002
PMH / Receiver Traffic Monsoon - Asset Recovery

**For Legal Services Rendered Through March 31, 2017**

## INVOICE TOTAL

| | |
|---|---:|
| Total For Current Legal Fees | $21,685.50 |
| **Total For Current Invoice** | **$21,685.50** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936

**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver  
136 S. Main Street, Ste. 1000  
Salt Lake City, UT 84101

May 4, 2017  
Invoice No. ******

**Client-Matter No: 502562-00002**

**PMH / Receiver Traffic Monsoon - Asset Recovery**

---

**For Legal Services Rendered Through March 31, 2017**

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 07/27/16 | M. Hunt | 3.70 | 1,315.35 | Review service issues and correspondence on same (.2); conference with M. Thomson re service and computer issues (.1); correspondence with London re same (.2); conference with A. Colclough re international service issues (.2); review and revise turnover/freeze letter to accompany orders and comments to M. Thomson on same (.3); attend to numerous service issues (2.0); serve orders at local chase bank and request information on account balances -- legal to get back to me (.7) |
| 07/29/16 | M. Hunt | 3.50 | 1,244.25 | Call with paypal re frozen accounts (.5); correspondence with Chase (.3); conference with J. Molina at Chase and follow up (.3); attend to bank account issues (.4); deal with apartment issues (1.0); conference with M. Thomson re numerous issues (.3); Correspondence with commission (.2); correspondence and work on service and |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece  May 4, 2017
Client-Matter No.: 502562-00002  Page 2
Invoice No.: ******

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | asset collection issues (.5) |
| 07/31/16 | M. Hunt | 0.50 | 177.75 | Correspondence with London re securing assets and other matters (.3); correspondence with A. Jarvis and T. Kelly re PayPal issues (.2) |
| 08/01/16 | M. Hunt | 2.20 | 782.10 | Conference with A. Colclough re UK issues (.3); follow up with M. Thomson on requests for C. Scoville (.2); call with Payza re funds, and follow up with SEC and M. Thomson (.8); call with PayPal on chargeback issues (.5); follow up call with counsel on same (joined call late) (.4) |
| 08/02/16 | M. Hunt | 1.70 | 604.35 | Call with SEC and Solid Trust Pay and follow up (.5); instructions on filing and service of notices of receivership, attend to related issues (.6); correspondence on apartment access (.3) |
| 08/05/16 | M. Hunt | 1.90 | 675.45 | Calls with financial entities re funds, and follow up with M. Thomson (1.5); follow up and correspondence on notices of receivership (.4) |
| 08/08/16 | M. Hunt | 0.10 | 35.55 | Conference with M. Thomson re PayPal issues and correspondence on same (.1) |
| 08/09/16 | M. Hunt | 0.40 | 142.20 | Correspondence and conferences on chargeback/recoupment issues (.4) |
| 08/10/16 | M. Hunt | 2.90 | 1,030.95 | Call on Allied Wallet recovery issues (.4); call on Payza issues (.4); analysis of same (.3); further correspondence on Payza issues (.3); investigation of issues (1.5) |
| 08/11/16 | M. Hunt | 1.20 | 426.60 | Conferences on asset recovery and Payza issues (1.2) |
| 08/15/16 | M. Hunt | 1.60 | 568.80 | Call with Ryan at PayPal re account issues (.5); call with computer forensics on data security (.4); call to Payza attorney (.2) ; review chase statements for May thorough July and instructions on obtaining more |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece  
Client-Matter No.: 502562-00002  
Invoice No.: ******

May 4, 2017  
Page 3

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | information on large transactions (.5) |
| 08/16/16 | M. Hunt | 1.80 | 639.90 | Correspondence on Payza issues (.2); review chase bank records (1.0); review documents on AlliedWallet and conferences with counsel (.6) |
| 08/17/16 | M. Hunt | 1.90 | 675.45 | Bank account investigation work (1.3); review and comment on draft letter re Allied Wallet turnover (.3); work on Payza issues (.3) |
| 08/18/16 | M. Hunt | 1.00 | 355.50 | Investigative work (1.0) |
| 08/22/16 | M. Hunt | 7.00 | 2,488.50 | INvestigation work, including preparing for meeting with E. Wall (5.2) ; meeting at SEC (1.8) |
| 08/24/16 | M. Hunt | 0.30 | 106.65 | Review correspondence from C. Scoville re cars and attend to same (.3) |
| 08/25/16 | M. Hunt | 3.60 | 1,279.80 | Conferences with M. Thomson re bank account subpoenas and asset recovery issuers (.3); analysis of bank account/e wallet issues (1.); analysis of foreign property issues (2.3) |
| 08/29/16 | M. Hunt | 0.20 | 71.10 | Review letter to E. Wall on Scoville turnover and comment on same (.2) |
| 08/30/16 | M. Hunt | 0.30 | 106.65 | Review and revise letter to recover car (.3) |
| 09/01/16 | M. Hunt | 1.00 | 355.50 | Work on analysis of asset recovery issues (1.0) |
| 09/02/16 | M. Hunt | 0.60 | 213.30 | Attend to issues on subpoenas (.5) ; attend to issues on cars (.1) |
| 09/06/16 | M. Hunt | 1.80 | 639.90 | Review information from E. Wall on Scoville asset requests, call with same, and follow up conferences on same (1.); correspondence with E. Wall on EVP accounts and turnover compliance (.4); review and comment on letter to S. Hassian and instructions on same (.3); correspondence re Allied Wallet (.1) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece  May 4, 2017
Client-Matter No.: 502562-00002                   Page 4
Invoice No.: ******

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 09/07/16 | M. Hunt | 1.70 | 604.35 | Attend to subpoena issues (.5); attend to issues on Allied Wallet (.3); attend to paypal discovery issues (.5); attend to solid trust pay issues and vehicle issues (.4) |
| 09/08/16 | M. Hunt | 3.00 | 1,066.50 | Conference with S. Hussian, and follow up correspondence on Manchester keys and car (1.0); attend to subpoena issues (.2); review documents from accountants and respond re same (.3) ; investigative issues (1.5) |
| 09/09/16 | M. Hunt | 2.30 | 817.65 | Call with PayPal re discovery issues and follow up call with accountants (.8) ; attend to asset recovery issues (1.5) |
| 09/14/16 | M. Hunt | 0.50 | 177.75 | Review demand letters and comments on same (.5) |
| 09/15/16 | M. Hunt | 0.50 | 177.75 | Conference with S. Hussen re land rover issues and follow up emails on same (.5) |
| 09/16/16 | M. Hunt | 1.60 | 568.80 | Attend to Scoville vehicle turnover issues (.3); conference with S. Hussian re settlement on land rover and follow up correspondence on same (1.0); read letters from C. Scoville counsel re turnover requests (.3) |
| 09/19/16 | M. Hunt | 0.20 | 71.10 | Attend to issues on Solid Trust Pay turnover, including reading correspondence and comments on same (.2) |
| 09/21/16 | M. Hunt | 0.40 | 142.20 | Review correspondence from Chase on account access and analysis of same (.1); review Hussian settlement agreement and comments on same (.3) |
| 09/26/16 | M. Hunt | 0.70 | 248.85 | Review and final comments on Hussen settlement agreement (.3); conference call with Paypal re chargeback issues and post conference analysis (.4) |
| 09/27/16 | M. Hunt | 1.60 | 568.80 | Telephone conferences with S. Hussian re car and settlement agreement and correspondence with N. Seim re same (.3) ; |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

| | | | | |
|---|---|---|---|---|
| Peggy Hunt, Receiver for Traffic Monsoon - Rece | | | | May 4, 2017 |
| Client-Matter No.: 502562-00002 | | | | Page 5 |
| Invoice No.: ****** | | | | |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | review new online postings for investigation (1.3) |
| 09/30/16 | M. Hunt | 0.70 | 248.85 | Correspondence re google email retention issues (.2); review BRG analysis and issues on same (.5) |
| 10/21/16 | M. Hunt | 1.10 | 391.05 | Conference with M. Babcock re Paypal and Chase analysis issues (.2); follow up emails on same (.3); further analysis on Chase and Paypal document needs and correspondence on same (.6) |
| 11/04/16 | M. Hunt | 0.90 | 319.95 | Review correspondence on EVP transfers, analysis of same, and conference with M. Thomson re same (.5) ; conference with BRG re EVP issues (.4) |
| 11/14/16 | M. Hunt | 0.70 | 248.85 | Call with Payza counsel and administrator re access to accounts (.5) ; correspondence on same (.2) |
| 11/16/16 | M. Hunt | 1.80 | 639.90 | Conference with BRG and M. Thompson re EVP issues (.5); post conference with M. Thomson re tasks (.4) ; analysis of funds issues (.5) ; coorispondence on Payza issues and discovery (.4) |
| 12/02/16 | M. Hunt | 0.20 | 71.10 | Correspondence with A. Coldbough re Manchester flat issues (.1); review correspondence on Payza discovery (.1) |
| 12/05/16 | M. Hunt | 0.20 | 71.10 | Conference with A. Couldbaugh re Manchester flat issues (.2) |
| 12/21/16 | M. Hunt | 0.50 | 177.75 | Conference with M. Blower and M. Thomson re asset collection in UK, and follow up on same (.5) |
| 01/17/17 | M. Hunt | 0.10 | 35.55 | Review correspondence on document requests |
| 01/19/17 | M. Hunt | 0.50 | 177.75 | Review issues on Chase bank refund check, including past correspondence; review email from accountants on same; and correspondence with J. Molina re same (.5) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

| | | | |
|---|---|---|---|
| Peggy Hunt, Receiver for Traffic Monsoon - Rece | | | May 4, 2017 |
| Client-Matter No.: 502562-00002 | | | Page 6 |
| Invoice No.: ****** | | | |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 01/23/17 | M. Hunt | 0.30 | 106.65 | Review of issues on Chase accounts, and correspondence with J. Molina re same (.3) |
| 01/24/17 | M. Hunt | 0.40 | 142.20 | Review Chase account statements, email to J. Shaw, and correspondence on same (.4) |
| 02/02/17 | M. Hunt | 1.30 | 462.15 | Review information from BRG re EVP and Chase transactions and correspondence on same (.5); review person of interest list and correspondence re same (.3); conference with N. Seim on same and email to BRG on same (.5) |
| 02/09/17 | M. Hunt | 0.10 | 35.55 | Correspondence on Chase account activity (.1) |
| 02/10/17 | M. Hunt | 0.10 | 35.55 | Review correspondence on Solid Trust Pay document production (.1) |
| 02/16/17 | M. Hunt | 0.20 | 71.10 | Review correspondence on STP document requests and chargeback reports (.2) |
| 02/24/17 | M. Hunt | 0.10 | 35.55 | Review correspondence to Payza re fund information (.1) |
| 02/28/17 | M. Hunt | 0.10 | 35.55 | Correspondence on Chase document requests (.1) |

| | | |
|---|---|---|
| **Total Hours** | **61.00** | |
| | **Total for Legal Fees** | **$21,685.50** |
| | **Total This Invoice** | **$21,685.50** |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 61.00 | 355.50 | 21,685.50 |
| **Total all Timekeepers** | **61.00** | | **21,685.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY