# EXHIBIT B

Traffic Monsoon - Legal (Client #502566)
Fees Worked July 1, 2016 - March 31, 2017

| Matter # | Matter Description | Tworkdol | Write Off | Tbilldol | Exhibit |
|---|---|---|---|---|---|
| 502566-00001 | Administration | 155,225.50 | (4,646.50) | 150,579.00 | B-1 |
| 502566-00002 | Asset Recovery | 149,938.50 | (4,936.00) | 145,002.50 | B-2 |
| 502566-00004 | Legal Litigation | 72.00 | | 72.00 | B-3 |
| 502566-00006 | International | 46,109.00 | | 46,109.00 | B-4 |
| | **Total Fees:** | **351,345.00** | **(9,582.50)** | **341,762.50** | |
| 502566-00007 | Costs | 9,221.73 | | 9,221.73 | B-5 |
| | **Total:** | **360,566.73** | | **350,984.23** | |