# EXHIBIT B-3

**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

May 4, 2017
Invoice No. ******

Client-Matter No.: 502566-00004
PMH / Traffic Monsoon - Legal - Litigation

**For Legal Services Rendered Through March 31, 2017**

## INVOICE TOTAL

| | |
|---|---:|
| Total For Current Legal Fees | $72.00 |
| **Total For Current Invoice** | **$72.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936

**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

May 4, 2017
Invoice No. \*\*\*\*\*\*

**Client-Matter No: 502566-00004**

**PMH / Traffic Monsoon - Legal - Litigation**

For Legal Services Rendered Through March 31, 2017

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/21/16 | M. Thomson | 0.20 | 72.00 | Review and analyze complaints filed against defendants by Puri and Thoree |
| | Total Hours | 0.20 | | |

| | | |
|---|---|---:|
| | Total for Legal Fees | $72.00 |
| | Total This Invoice | $72.00 |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Thomson | 0.20 | 360.00 | 72.00 |
| **Total all Timekeepers** | **0.20** | | **72.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY