# EXHIBIT B-4

# DORSEY

### DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

May 4, 2017
Invoice No. ******

Client-Matter No.: 502566-00006
PMH /Traffic Monsoon - International

---

## For Legal Services Rendered Through March 31, 2017

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $46,109.00 |
| **Total For Current Invoice** | **$46,109.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936

# DORSEY

### DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

May 4, 2017
Invoice No. ******

**Client-Matter No: 502566-00006**

**PMH /Traffic Monsoon - International**

---

## For Legal Services Rendered Through March 31, 2017

| | | | | |
|---|---|---|---|---|
| 07/25/16 | T. Maloney | 0.70 | 633.50 | Preliminary instructions (.1) and review of Hague Convention (.3) |
| 07/26/16 | P. Morrison | 4.50 | 1,080.00 | Locate service addresses (1.0); run company searches (0.5); internal discussions with A. Colclough (0.6); emails to A. Colclough (0.4); read practice direction (0.5); further research of the procedure (0.5); further emails to A. Colclough with findings (1.0) |
| 07/26/16 | A. Colclough | 8.00 | 2,240.00 | Research into methods of service under the Hague Convention and draft a corresponding email to T. Maloney and N. Burkill (2); research into various companies and their relationship to Payza.com Limited (1); email an update to P. Hunt (0.5); draft cover letters regarding the service of court orders (2); liaise with T. Maloney (0.5); analyse company structures and create a document displaying ownership information (2) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

May 4, 2017
Page 2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 07/26/16 | T. Maloney | 1.20 | 1,086.00 | Briefing with/advising Aidan Colclough re: (1) his draft advice note (.2) and (2) incorporation documents re: Payza.com Ltd ; Allied Wallet Ltd; Denaris Ltd; Traffic Monsoon Ltd (.7); correspondence with Peggy Hunt (.2) |
| 07/26/16 | V. Sutkowski | 1.00 | 230.00 | Email exchange with P. Hunt and order searches for SolidTrustPay and numbered company; email exchanges regarding same and review documents (1.0) |
| 07/27/16 | A. Colclough | 7.00 | 1,960.00 | Read and consider the complaint and motion (2); liaise with service providers and see to various matters regarding service of the orders (2); update draft letters (3) |
| 07/27/16 | T. Maloney | 1.40 | 1,267.00 | Reviewing Asset Freeze Order and Receivership Orders ((.2); advice re: service, inc. checks re: defendants and relevant 3rd parties (.4); briefing Aidan Colclough (.2) |
| 07/27/16 | V. Sutkowski | 1.00 | 230.00 | Email exchanges with P. Hunt and review orders; attend to emails regarding service and research Canadian services(1.0) |
| 07/28/16 | P. Morrison | 1.50 | 360.00 | Prepare documents for service (1.0); review and amend documents and internal discussions with A. Colclough (0.5) |
| 07/28/16 | A. Colclough | 5.50 | 1,540.00 | Arrange for the orders to be served by way of person and by special delivery (1.5); consider and amend draft affidavits (1); liaise with P. Hunt (0.5); draft covering letters and compile documents to be served on T. Sharif, A. Raja and T. Sardar (2); deal with query from Salt Lake City office regarding service on Emirates NBD (0.5) |
| 07/28/16 | T. Maloney | 0.50 | 452.50 | Supervising service of documents/briefing Aidan Colclough; (.1); correspondence from client (.2) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

May 4, 2017
Page 3

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 07/29/16 | A. Colclough | 2.00 | 560.00 | Update covering letters to take into account the amended order; compile documents to be served; liaise with the service agents regarding service at a location in SW3 (1.5); arrange for documents to be personally served and sent by special delivery (0.5) |
| 08/01/16 | A. Colclough | 3.00 | 840.00 | Meeting with T. Maloney and action issues raised (1); Land Registry application (1.5); Call with P. Hunt (0.5) |
| 08/01/16 | T. Maloney | 1.00 | 905.00 | Update briefing with Aidan Colclough inc. re; (.2); conference call with Peggy Hunt & Michael Thomson (.2); debrief with Aidan Colclough re: next steps (.2) |
| 08/02/16 | A. Colclough | 7.00 | 1,960.00 | Research into the process to register a US judgment in the courts of England and Wales (2); analyse the US court orders and draft the claim form and particulars of claim (4); liaise with J. Congyham of Control Risks and participate in a call with C. Sherwood (1) |
| 08/02/16 | T. Maloney | 1.50 | 1,357.50 | Briefing Aidan Colclough (.2); conference call with Control Risks Group (Christopher Sherwood) (.6); reviewing SEC Interview Transcript with Charles Scoville (.7) |
| 08/03/16 | A. Colclough | 0.20 | 56.00 | Respond to telephone call from R. Dekermenjian of Allied Wallet |
| 08/03/16 | A. Colclough | 0.50 | 140.00 | Draft email to P. Hunt regarding correspondence with R. Dekermenjian, the proposal from Control Risks, various matters regarding UK properties of Mr. Scoville |
| 08/03/16 | A. Colclough | 0.30 | 84.00 | Draft email to N. Burkill regarding the application to register the freezing orders |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

May 4, 2017
Page 4

| | | | | |
|---|---|---|---|---|
| 08/03/16 | A. Colclough | 3.00 | 840.00 | Draft claim form and particulars of claim |
| 08/03/16 | A. Colclough | 0.50 | 140.00 | Liaise with P. Garsed; the Amend the draft affidavit regarding service |
| 08/03/16 | T. Maloney | 0.30 | 271.50 | Control Risks proposal (.2); debrief with AC (.1) |
| 08/04/16 | C. Samaan | 2.00 | 470.00 | Research (1.50); discussion with A. Colclough on findings (0.50). |
| 08/04/16 | A. Colclough | 3.00 | 840.00 | Amend the draft order, application notice and affidavit in support (3) |
| 08/05/16 | C. Samaan | 4.50 | 1,057.50 | Further research (2.50); extensive email to N. Burkhill with findings of research (2.00). |
| 08/05/16 | A. Colclough | 2.00 | 560.00 | Oversee research .; Liaise with N. Burkill and C. Samaan |
| 08/08/16 | C. Samaan | 3.00 | 705.00 | Research on the Hague Convention Recognition of foreign judgments (0.75); research (1.30); discussion with A. Colclough on findings of research (0.75). |
| 08/08/16 | A. Colclough | 3.00 | 840.00 | Liaise with M. Blower regarding the facts of the matter and correspondence to date (1) ; research liaise with C. Samaan; draft an email to M. Blower regarding the same (1.5); review research into the Hague Convention with C. Samaan (0.5) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

May 4, 2017
Page 5

| | | | | |
|---|---|---|---|---|
| 08/08/16 | T. Maloney | 0.90 | 814.50 | Briefing with Matt Blower : re (1) Hague Convention on the Recognition and Enforcement of Foreign Judgments in Civil and Commercial Matter and (2) ⎯⎯ ⎯ (0.8) |
| 08/08/16 | M. Blower | 2.70 | 1,755.00 | Receiving briefing from T. Maloney (.2); reading documents and correspondence (1.2); considering position re enforcement (1.2); discussing with A. Colclough (.3) |
| 08/09/16 | T. Maloney | 0.60 | 543.00 | Briefing with Matt Blower re: client enforcement options in UK (.6) |
| 08/09/16 | M. Blower | 2.40 | 1,560.00 | Further consideration of case law re enforcement in UK (1.5); note to T. Maloney re this (.9) |
| 08/10/16 | C. Samaan | 1.50 | 352.50 | Research on serving US subpoenas in the UK; discussion with M. Blower on findings; call with M. Thomson and P. Hunt regarding serving US subpoenas and assets to be frozen in the UK. |
| 08/10/16 | A. Colclough | 2.50 | 700.00 | Research ⎯ (1.5); attend call with P. Hunt, M. Thomson, M. Blower and C. Samaan (0.5); research into whether Damaras Limited is registered with the FCA and email P. Hunt (0.5) |
| 08/10/16 | M. Blower | 2.30 | 1,495.00 | Considering whether a Dubai bank can be served in the UK, and reading case law (1.1); preparing for call with M. Thomson and P. Hunt (.6); attending call with M. Thomson and P. Hunt (.5) and follow up email (.1) |
| 08/11/16 | A. Colclough | 1.50 | 420.00 | Amend the address for one of the entities being served on covering letter; liaise with service agents regarding service; arrange for documents to be served |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

May 4, 2017
Page 6

| | | | | |
|---|---|---|---|---|
| 08/11/16 | M. Blower | 0.30 | 195.00 | Discussing service of subpoena with A. Colclough and supervising service |
| 08/16/16 | A. Colclough | 0.70 | 196.00 | Analyse and amend the draft affidavit of service regarding personally served documents |
| 08/17/16 | M. Blower | 0.60 | 390.00 | Investigating presence of various entities in UK and email correspondence with M. Thomson re this |
| 08/18/16 | M. Moyle | 0.60 | 351.00 | Review land registry practice guides |
| 08/18/16 | M. Blower | 0.30 | 195.00 | Supervising service of further documents in UK |
| 08/18/16 | M. Blower | 0.50 | 325.00 | Letter from Land Registry (0.2); discussing with T. Maloney (.1) and discussing with M. Moyle (0.2) |
| 08/19/16 | M. Moyle | 1.00 | 585.00 | Review property and land registry provision: |
| 08/24/16 | A. Colclough | 2.00 | 560.00 | Research : (1); liaise with the Assistant Land Registrar (0.5); draft email to M. Blower regarding the matter (0.5) |
| 08/24/16 | M. Blower | 0.50 | 325.00 | Considering position re : discussing with A. Colclough and email to P. Hunt |
| 08/31/16 | A. Colclough | 1.50 | 420.00 | Arrange for service of the letter dated 31 August 2016 to S. Hussain |
| 08/31/16 | M. Blower | 0.80 | 520.00 | Supervising service on Samera Hussain, including discussing with Aidan Colclough and speaking to M Montoya |
| 09/01/16 | A. Colclough | 2.00 | 560.00 | Arrange for personal service of the orders on S. Hussain |
| 09/01/16 | M. Blower | 0.90 | 585.00 | Discussions with A. Colclough re developments re Samira Hussain and transfer of Range Rover (0.4); reading |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

May 4, 2017
Page 7

| | | | | |
|---|---|---|---|---|
| | | | | email correspondence (0.3); discussing with M Thomson (.2) |
| 09/02/16 | A. Colclough | 2.00 | 560.00 | Various correspondence regarding the vehicle ( (2) |
| 09/02/16 | M. Blower | 0.50 | 325.00 | Discussions with A. Colclough re vehicle in possession of Samera Hussain (0.4); email to M. Thomson (0.2) |
| 09/05/16 | A. Colclough | 1.00 | 280.00 | Correspondence with P. Garsed regarding logistics concerning the collection of the vehicle (0.70); draft email to M. Thomson requesting confirmation regarding the collection and storage of the vehicle (0.30) |
| 09/07/16 | A. Colclough | 3.00 | 840.00 | Correspondence and logistics regarding the collection of the vehicle (2); liaise with M. Blower and draft a letter of consent regarding the collection of the vehicle (1) |
| 09/07/16 | M. Blower | 0.50 | 325.00 | Email correspondence and discussions re collection of Range Rover from Samera Hussain |
| 09/08/16 | A. Colclough | 1.50 | 420.00 | Liaise with various parties regarding the collection of the vehicle |
| 09/08/16 | M. Blower | 0.50 | 325.00 | Discussions with A. Colclough and email to M. Thomson |
| 09/09/16 | A. Colclough | 2.00 | 560.00 | Arrange and coordinate the collection of the keys regarding the Manchester property |
| 09/13/16 | A. Colclough | 0.80 | 224.00 | Locate and confirm service addresses for various entities; draft email to N. Seim |
| 09/13/16 | A. Colclough | 1.00 | 280.00 | Draft and submit application to the DVLA regarding a vehicle in the UK |
| 09/15/16 | A. Colclough | 0.70 | 196.00 | Arrange for service of documents on A Raja |
| 09/15/16 | M. Blower | 0.20 | 130.00 | Reading and considering latest correspondence and discussing with A. Colclough |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

May 4, 2017
Page 8

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/27/16 | A. Colclough | 2.00 | 560.00 | Research into query from N. Seim regarding transfer of the vehicle situated in England and draft email to N. Seim |
| 10/27/16 | A. Colclough | 3.00 | 915.00 | Respond to various questions raised by P. Hunt regarding the status of Traffic Monsoon Global Limited |
| 12/05/16 | A. Colclough | 1.00 | 305.00 | Prepare for call with P. Hunt and read into various background information (0.6); call with P. Hunt (0.4) |
| 12/06/16 | A. Colclough | 1.50 | 457.50 | Carry out research following on from call with P. Hunt (0.7); consider and discuss with M. Blower (0.4); draft email to P. Hunt (0.4) |
| 12/06/16 | M. Blower | 0.60 | 390.00 | Reading correspondence re Manchester flat; considering issues arising and discussing with A. Colclough |
| 12/20/16 | M. Blower | 1.20 | 780.00 | Research in advance of call with P. Hunt |
| 12/21/16 | M. Thomson | 0.50 | 190.00 | Conference with Receiver and UK counsel regarding order domestication issues |
| 12/21/16 | M. Blower | 0.90 | 585.00 | Further preparation for call with P. Hunt and M. Thomson re assets located in UK (0.5); attending call with P. Hunt and M. Thomson (0.4) |
| 02/01/17 | J. Wiest | 0.30 | 84.00 | Finalize and send out response to demand letter from Santander (.3) |
| 02/13/17 | A. Colclough | 2.50 | 762.50 | Read email correspondence regarding the service charge; telephone call with the managing agents; draft letter to the managing agents; gain a copy of the lease; draft and send email to P. Hunt |
| 02/14/17 | A. Colclough | 1.50 | 457.50 | Correspondence with the managing agents of Apartment 027 NV Buildings, 96 The Quays, Greater Manchester regarding the service charge; correspondence with P. |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

May 4, 2017
Page 9

|  |  |  |  | Hunt |
|---|---|---|---|---|
| 02/21/17 | A. Colclough | 0.50 | 152.50 | Liaise with the managing agents and respond to query from P. Hunt regarding payment details for the outstanding service charge for Apartment 027 NV Buildings, 96 The Quays, Greater Manchester |
| 03/21/17 | T. Maloney | 0.50 | 452.50 | Briefing with MB re: |

**Total Hours**     124.90

**Total for Legal Fees**     $46,109.00

**Total This Invoice**     $46,109.00

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| C. Samaan | 11.00 | 235.00 | 2,585.00 |
| P. Morrison | 6.00 | 240.00 | 1,440.00 |
| J. Wiest | 0.30 | 280.00 | 84.00 |
| A. Colclough | 10.00 | 305.00 | 3,050.00 |
| A. Colclough | 69.20 | 280.00 | 19,376.00 |
| M. Thomson | 0.50 | 380.00 | 190.00 |
| T. Maloney | 8.60 | 905.00 | 7,783.00 |
| M. Moyle | 1.60 | 585.00 | 936.00 |
| M. Blower | 15.70 | 650.00 | 10,205.00 |
| V. Sutkowski | 2.00 | 230.00 | 460.00 |
| **Total all Timekeepers** | **124.90** |  | **46,109.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY