# EXHIBIT B-5

# DORSEY
### DORSEY & WHITNEY LLP

**SALT LAKE CITY OFFICE**
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

May 4, 2017
Invoice No. ******

Client-Matter No.: 502566-00007
PMH / Traffic Monsoon Legal - Costs

**For Disbursements and Services Charges Rendered Through March 31, 2017**

## INVOICE TOTAL

| | |
|---|---:|
| Total For Current Disbursements and Service Charges | $9,221.73 |
| **Total For Current Invoice** | **$9,221.73** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936

**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal  
136 S. Main Street, Ste. 1000  
Salt Lake City, UT 84101

May 4, 2017  
Invoice No. ******

**Client-Matter No: 502566-00007**

**PMH / Traffic Monsoon Legal - Costs**

---

### For Disbursements and Service Charges Rendered Through March 31, 2017

| | |
|---|---:|
| **Total for Legal Fees** | **$0.00** |

**Disbursements and Service Charges**

| | |
|---|---:|
| Expense report for M. Hunt – August 31, 2016 | 11.31 |
| Messenger Charges | 228.27 |
| Computerized Legal Research - Westlaw search done on 08/19/16 | 194.71 |
| Computerized Legal Research  - Courtlink searches done in October, 2016 | 1.42 |
| Computerized Legal Research - e-Utah searches done in July, 2016 | 16.00 |
| Computerized Legal Research - CourtTrax searches done 10/01-31/16 | 2.00 |
| Computerized Legal Research - Accurint searches done 07/01-31/16 | 96.45 |
| Computerized Legal Research  - Courtlink searches done in August, 2016 | 4.00 |
| Overnight Delivery Charges | 870.30 |
| Pacer Charges | 210.20 |
| Postage Charges | 276.11 |
Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal  May 4, 2017
Client-Matter No.: 502566-00007  Page 2
Invoice No.: ******

| | |
|---|---:|
| Copy/Print | 1,329.01 |
| Filing Fee - Clerk of Court - Filing fee for relation of Notice of Receivership 08/04/16 | 46.00 |
| Filing Fee - United States District Court Filing Fee - California United States Central District Court Notice of Receivership filing fee 08/11/16 | 46.00 |
| Filing Fee - United States District Court Filing Fee - California United States Southern District Court Notice of Receivership Filing Fee 08/11/16 | 46.00 |
| Filing Fee - Clerk, US District Court - Miscellaneous action 08/08/16 | 46.00 |
| Filing Fee - First Legal Network LLC - USDC - San Jose 08/04/16 | 50.60 |
| Filing Fee - United States District Court Filing Fee - California United States Eastern District Court Notice of Receivership Filing Fee 08/11/16 | 46.00 |
| DVLA Swansea - Request for vehicle information 13/09/16 | 3.30 |
| Professional Service - National Corporate Research, Ltd. - Foreign associate fees regarding Canadian Retrieval and Business Plans for 6717381 Canada Inc. and SolidTrust Pay 07/28/16 | 248.00 |
| Professional Service - London Legal Services Limited - Service of Affidavits on Teheer Sardar, Aamir Raja, Toseef Ahmed & Emirates Nbd Inv 653816 dated 08/08/16 | 905.11 |
| Professional Service - London Legal Services Limited - Service of Affidavits on MH Pillars Ltd, Damara Limited, Payza.com Limited, Allied Wallet Ltd Inv 653716 dated 03/08/16 | 845.65 |
| Professional Service - London Legal Services Limited - Local Counsel fees Service on Payza.com , Damaras Limited & MH Pillars Ltd | 507.74 |
| Professional Service - Corey Guskin - Attempted service of Letter, Temporary Restraining Order and Order Freezing Assets upon EVP International, Inc. and Elizabeth Di Stefano in New York, NY 08/18/16 | 150.00 |
| Professional Service - Hanzo Archives Inc - Services rendered regarding You Tube captures per request 10/01-31/16 | 1,100.00 |
| Land Registry Searches - No VAT - Land Registry - Searches 13/02/17 | 3.78 |
| Land Registry Searches - No VAT - Land Registry - 04/08/16 | 52.82 |
| Land Registry Searches - No VAT - Land Registry - 01/08/16 | 3.96 |
| Land Registry Searches - No VAT - Land Registry - Refund for cancelled searches | -50.24 |
| Process Servers - First Legal Network LLC - Service of Orders on Ahmad Khawaja at Los Angeles Address 07/29/16 | 116.00 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal  May 4, 2017
Client-Matter No.: 502566-00007  Page 3
Invoice No.: ******

| | |
|---|---:|
| Process Servers - First Legal Network LLC - Service of Allied Wallet Inc./USA Operations 07/27/16 | 116.00 |
| Process Servers - First Legal Network LLC - Service on PayPal, Inc. 07/27/16 | 122.25 |
| Process Servers - First Legal Network LLC - Service on Farhad Novian 07/27/16 | 148.25 |
| Process Servers - Cyber BAHN - Legal Link - Agent Fee regarding Personal Services on Solid Trust Pay (Canada) 09/13/16 | 295.73 |
| Process Servers - First National Bank of Omaha - Service on First National Bank 08/30/16 | 85.50 |
| Process Servers - Corey Guskin - Attempted Service of Order Appointing Receiver and Temporary Restraining Order and Freezing Assets upon Payza.com in New York, NY 07/27/16 | 150.00 |
| Process Servers - Corey Guskin - Attempted Service of Order Appointing Receiver and Temporary Restraining Order and Freezing Assets upon Damara in New York, NY 07/28/16 | 150.00 |
| Process Servers - Preemptive Process Servers Inc. - Fee for service of Temporary Restraining Order upon Snook Web LLC in Charlotte, NC on 07/28/16 | 265.00 |
| Process Servers - Corey Guskin - Attempted Service of Order Appointing Receiver and Temporary Restraining Order and Freezing Assets upon Alliedwallet.com in New York, NY 07/27/16 | 150.00 |
| Process Servers - First Legal Network LLC - Service on Admad Khawaja on 07/27/16 | 169.50 |
| Process Servers - First Legal Network LLC - Service on Orders on Ahmad Khawaja at West Hollywood Address 07/31/16 | 116.00 |
| Process Servers - First Legal Network LLC - Service on PayPal Holdings Inc. 07/27/16 | 37.00 |
| Hard Drives & Thumb Drives - | 20.00 |
| **Total for Disbursements and Service Charges** | **$9,221.73** |
| **Total This Invoice** | **$9,221.73** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY