# EXHIBIT C

**TRAFFIC MONSOON**
Summary of BRG Billings

| Date | Fees | Expenses | Total |
|---|---|---|---|
| Sep-16 | $ 78,680.00 | $    45.47 | $ 78,725.47 |
| Oct-16 | 94,464.60 | 202.24 | 94,666.84 |
| Nov-16 | 75,316.00 | 77.60 | 75,393.60 |
| Dec-16 | 35,652.40 | - | 35,652.40 |
| Jan-17 | 35,818.50 | 107.06 | 35,925.56 |
| Feb-17 | 18,662.00 | 14.52 | 18,676.52 |
| Mar-17 | 12,623.00 | 72.36 | 12,695.36 |
| **Total** | **$351,216.50** | **$   519.25** | **$351,735.75** |