# EXHIBIT C-1



**Berkeley Research Group**

Ms. Peggy Hunt
Dorsey & Whitney LLP
Kearns Building
136 South Main Street
Suite 1000
Salt Lake City, UT 84101

October 14, 2016
Client-Matter: 997-14823
Invoice #: 45560
Tax ID # 27-1451273

Via Email: hunt.peggy@dorsey.com

---

RE: Traffic Monsoon Receivership

Services Rendered From September 2, 2016 Through September 30, 2016

| | | |
|---|---:|---|
| Professional Services | $ 78,680.00 | USD |
| Expenses Incurred | 45.47 | |
| **CURRENT CHARGES** | $ 78,725.47 | USD |


**Berkeley Research Group**

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 2 of 19
Invoice # 45560
Client-Matter: 00997-014823

Services Rendered From September 2, 2016 Through September 30, 2016

## PROFESSIONAL SERVICES

| | Rate | Hours | Amount |
|---|---|---|---|
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 59.80 | 17,641.00 |
| **Senior Managing Consultant** | | | |
| Matthew Babcock | 275.00 | 96.30 | 26,482.50 |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 240.00 | 94.70 | 22,728.00 |
| **Senior Associate** | | | |
| Jason Strong | 210.00 | 51.90 | 10,899.00 |
| Eric Brown | 180.00 | 2.50 | 450.00 |
| **Associate** | | | |
| Tasha Hatton | 165.00 | 1.50 | 247.50 |
| **Case Assistant** | | | |
| Jill Crane | 145.00 | 1.60 | 232.00 |
| **Total Professional Services** | | 308.30 | 78,680.00 |

## EXPENSES

| | |
|---|---|
| Computer Software | 20.00 |
| Photocopies | 25.00 |
| Postage | 0.47 |
| **Total Expenses** | **45.47** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 3 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

### SUMMARY BY TASK CODE

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| 100.0000 | Case Background | 12.50 | 3,285.00 |
| 150.0000 | Data / Documentation Analysis | 21.40 | 5,343.00 |
| 400.0000 | Forensic Accounting Analysis - General | 68.10 | 18,276.50 |
| 410.0000 | Forensic Accounting Analysis - Traffic Monsoon | 35.60 | 8,414.00 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 115.30 | 29,462.50 |
| 430.0000 | Forensic Accounting Analysis - Allied Wallet | 4.00 | 1,012.50 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 40.20 | 10,059.50 |
| 450.0000 | Forensic Accounting Analysis - Payza | 1.60 | 440.00 |
| 460.0000 | Forensic Accounting Analysis - STP | 0.20 | 55.00 |
| 470.0000 | Forensic Accounting Analysis - EVP / Paysera | 9.40 | 2,332.00 |
| **Total Professional Services** | | **308.30** | **78,680.00** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 4 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

Services Rendered From September 2, 2016 Through September 30, 2016

### DETAIL OF PROFESSIONAL SERVICES

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Task Code: 100.0000 - Case Background | | | | | |
| 09/02/16 | Matthew Babcock | Prepared for and attended meeting with Receiver, counsel, Epic and S3 in order to discuss case issues and preliminary analysis to be performed. | 2.40 | 275.00 | 660.00 |
| 09/02/16 | Jeffrey Shaw | Attended meeting with Receiver, S3 and counsel to regarding case issues and background. | 1.70 | 240.00 | 408.00 |
| 09/02/16 | Jeffrey Shaw | Reviewed and prepared case docs in preparation for meeting with Receiver. | 1.30 | 240.00 | 312.00 |
| 09/02/16 | Jason Strong | Attended meeting with Receiver, BRG, and counsel for case background. | 1.70 | 210.00 | 357.00 |
| 09/02/16 | Ray Strong | Attended meeting with Receiver, BRG, and counsel regarding case background. | 1.70 | 295.00 | 501.50 |
| 09/02/16 | Ray Strong | Reviewed and analyzed case documentation for case background. | 2.50 | 295.00 | 737.50 |
| 09/06/16 | Matthew Babcock | Prepared for and attended meeting with Receiver, Receiver's counsel and others (including S3 and SEC) in order to discuss case issues. | 1.60 | 275.00 | 440.00 |
| 09/06/16 | Ray Strong | Met with Receiver, Receiver's counsel and others (including BRG and SEC) for case background. | 1.40 | 295.00 | 413.00 |
| 09/06/16 | Jason Strong | Attended meeting with Receiver, BRG, Receiver's counsel, and the SEC for case background. | 1.40 | 210.00 | 294.00 |
| | | **Total for Task Code 100.0000** | **12.50** | | **3,285.00** |

Task Code: 150.0000 - Data / Documentation Analysis



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 5 of 19
Invoice # 45560
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/16 | Matthew Babcock | Examined and organized case documents (including bank and e-wallet provider records) provided by Receiver and counsel. | 2.40 | 275.00 | 660.00 |
| 09/06/16 | Matthew Babcock | Examined e-wallet documents and data, including PayPal, Payza, Allied Wallet and STP. | 1.30 | 275.00 | 357.50 |
| 09/06/16 | Jason Strong | Reviewed and analyzed initial data and setup access for accountants. | 1.50 | 210.00 | 315.00 |
| 09/07/16 | Matthew Babcock | Analyzed e-wallet provider documentation and discussed same with counsel. | 0.60 | 275.00 | 165.00 |
| 09/07/16 | Matthew Babcock | Analyzed bank account documentation and provided findings to Receiver and counsel. | 0.60 | 275.00 | 165.00 |
| 09/07/16 | Jeffrey Shaw | Discussion with counsel regarding cash receipt and disbursement analysis and additional information and documentation needed. | 0.60 | 240.00 | 144.00 |
| 09/07/16 | Jeffrey Shaw | Worked with S3 to set up access to data and files through remote access site. | 0.30 | 240.00 | 72.00 |
| 09/09/16 | Jeffrey Shaw | Reviewed and categorized case docs received. | 0.50 | 240.00 | 120.00 |
| 09/09/16 | Jeffrey Shaw | Reviewed case documents and responded to emails regarding the same. | 0.40 | 240.00 | 96.00 |
| 09/12/16 | Ray Strong | Discussed follow-up documentation issues with SEC pursuant to previous meeting. | 0.40 | 295.00 | 118.00 |
| 09/15/16 | Jason Strong | Met with accounting professionals to determine database requirements. | 0.50 | 210.00 | 105.00 |
| 09/15/16 | Ray Strong | Analyzed and provided additional documents obtained from SEC to Receiver. | 0.30 | 295.00 | 88.50 |
| 09/16/16 | Matthew Babcock | Examined and organized case files and records. | 0.40 | 275.00 | 110.00 |
| 09/20/16 | Jason Strong | Installed and configured Terminal server for accountant's access and configured access rules through the firewall for BRG. | 3.00 | 210.00 | 630.00 |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 6 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/16 | Matthew Babcock | Updated and provided account summary analysis to Receiver. | 0.50 | 275.00 | 137.50 |
| 09/29/16 | Matthew Babcock | Examined recent Chase document production and provided initial findings to Receiver and counsel. | 0.70 | 275.00 | 192.50 |
| 09/29/16 | Jeffrey Shaw | Reviewed and organized Chase document production. | 1.30 | 240.00 | 312.00 |
| 09/30/16 | Matthew Babcock | Examined recent Chase document production and provided initial findings to Receiver and counsel. | 0.60 | 275.00 | 165.00 |
| 09/30/16 | Jeffrey Shaw | Reviewed and organized Chase document production. | 2.10 | 240.00 | 504.00 |
| 09/30/16 | Jeffrey Shaw | Reviewed document production summary schedule in order to verify accuracy and completeness. | 0.20 | 240.00 | 48.00 |
| | | **Total for Task Code 150.0000** | **21.40** | | **5,343.00** |

**Task Code: 400.0000 - Forensic Accounting Analysis - General**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/16 | Jeffrey Shaw | Researched and reviewed TLO reports on various related parties in order to identify potential assets. | 1.50 | 240.00 | 360.00 |
| 09/02/16 | Jeffrey Shaw | Reviewed and discussed case docs and analysis to be performed. | 0.50 | 240.00 | 120.00 |
| 09/02/16 | Jeffrey Shaw | Examined transcripts of SEC discussion with Scoville. | 0.50 | 240.00 | 120.00 |
| 09/06/16 | Matthew Babcock | Met with S3 in order to discuss case issues, including document retention, data analysis / storage and other matters. | 0.70 | 275.00 | 192.50 |
| 09/06/16 | Matthew Babcock | Examined SEC interview transcript and updated related case analysis. | 3.80 | 275.00 | 1,045.00 |
| 09/06/16 | Jeffrey Shaw | Reviewed transcripts of SEC discussion with Charles Scoville. | 2.20 | 240.00 | 528.00 |
| 09/06/16 | Jason Strong | Attended planning meeting with BRG and setup access to shared files. | 1.00 | 210.00 | 210.00 |
| 09/06/16 | Ray Strong | Discussed case assignments with Receiver, counsel, and BRG. | 0.30 | 295.00 | 88.50 |
| 09/06/16 | Ray Strong | Discussed case assignments and planning with BRG professionals. | 0.80 | 295.00 | 236.00 |
| 09/07/16 | Matthew Babcock | Reviewed case issues and coordinated analysis with staff and S3. | 0.90 | 275.00 | 247.50 |



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 7 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/16 | Jeffrey Shaw | Analyzed family relationships of Charles Scoville and provided findings to Receiver. | 1.30 | 240.00 | 312.00 |
| 09/07/16 | Jeffrey Shaw | Reviewed and researched TLO data and reports to identify family and address information of Charles Scoville. | 1.50 | 240.00 | 360.00 |
| 09/07/16 | Jeffrey Shaw | Reviewed and researched TLO data per Receiver's request in order to determine existence of additional potential assets. | 1.50 | 240.00 | 360.00 |
| 09/07/16 | Jeffrey Shaw | Discussion and review regarding outstanding issues and additional analysis to be completed. | 1.20 | 240.00 | 288.00 |
| 09/07/16 | Jeffrey Shaw | Discussion and development of analysis to be performed. | 0.30 | 240.00 | 72.00 |
| 09/07/16 | Ray Strong | Attended call with BRG to discuss assignment status and task planning. | 0.20 | 295.00 | 59.00 |
| 09/08/16 | Jeffrey Shaw | Reviewed of TLO information and prepared emails to Receiver regarding results of requested asset searches. | 0.70 | 240.00 | 168.00 |
| 09/12/16 | Matthew Babcock | Examined Receiver interview transcript and updated related case analysis. | 2.80 | 275.00 | 770.00 |
| 09/12/16 | Matthew Babcock | Discussed case issues with staff. | 0.60 | 275.00 | 165.00 |
| 09/12/16 | Matthew Babcock | Examined correspondence from Receiver, counsel and SEC. | 0.50 | 275.00 | 137.50 |
| 09/12/16 | Matthew Babcock | Examined SEC interview transcript and updated related case analysis. | 0.40 | 275.00 | 110.00 |
| 09/12/16 | Matthew Babcock | Spoke with S3 and staff regarding case analysis issues. | 0.60 | 275.00 | 165.00 |
| 09/12/16 | Jeffrey Shaw | Reviewed transcripts of SEC discussion with Scoville. | 0.80 | 240.00 | 192.00 |
| 09/12/16 | Jeffrey Shaw | Reviewed tasks and analysis completed and identified additional analysis to be completed. | 1.50 | 240.00 | 360.00 |
| 09/12/16 | Jeffrey Shaw | Discussion regarding analysis performed to date and further analysis to be completed. | 0.50 | 240.00 | 120.00 |
| 09/12/16 | Ray Strong | Discussed case assignments and task planning with BRG professionals. | 0.50 | 295.00 | 147.50 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 8 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/16 | Matthew Babcock | Examined Receiver interview transcript and updated related case analysis. | 1.60 | 275.00 | 440.00 |
| 09/13/16 | Jeffrey Shaw | Reviewed transcripts of Receiver discussion with Scoville. | 1.90 | 240.00 | 456.00 |
| 09/13/16 | Jeffrey Shaw | Reviewed transcripts of SEC discussion with Scoville. | 0.60 | 240.00 | 144.00 |
| 09/13/16 | Jeffrey Shaw | Reviewed and discussed Chase bank accounts cash receipt and disbursement analysis. | 0.50 | 240.00 | 120.00 |
| 09/14/16 | Matthew Babcock | Evaluated data and related issues associated with E-wallet providers. | 0.70 | 275.00 | 192.50 |
| 09/14/16 | Matthew Babcock | Spoke with S3 in order to discuss case issues, including status of data capture and analysis. | 0.70 | 275.00 | 192.50 |
| 09/14/16 | Ray Strong | Reviewed and analyzed Receiver transcript of Scoville interview. | 2.10 | 295.00 | 619.50 |
| 09/14/16 | Ray Strong | Reviewed and analyzed SEC testimony transcript of Scoville. | 4.10 | 295.00 | 1,209.50 |
| 09/15/16 | Matthew Babcock | Spoke with S3 regarding case issues and analysis. | 0.30 | 275.00 | 82.50 |
| 09/15/16 | Matthew Babcock | Discussed case issues and analysis with staff. | 0.40 | 275.00 | 110.00 |
| 09/16/16 | Matthew Babcock | Examined and organized SEC files and records. | 2.60 | 275.00 | 715.00 |
| 09/19/16 | Matthew Babcock | Analyzed SEC files and records. | 4.40 | 275.00 | 1,210.00 |
| 09/19/16 | Ray Strong | Attended meeting with Receiver to discuss case status and assignments. | 0.80 | 295.00 | 236.00 |
| 09/20/16 | Matthew Babcock | Spoke with counsel regarding case issues. | 0.30 | 275.00 | 82.50 |
| 09/20/16 | Matthew Babcock | Spoke with S3 regarding Epiq data production and in order to coordinate analysis. | 0.70 | 275.00 | 192.50 |
| 09/20/16 | Matthew Babcock | Identified insiders, related parties / entities, relatives and other potential parties of interest. | 0.80 | 275.00 | 220.00 |
| 09/20/16 | Matthew Babcock | Analyzed SEC files and records, including Scoville emails and related attachments. | 3.70 | 275.00 | 1,017.50 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 9 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/16 | Jeffrey Shaw | Reviewed and discussed status of analysis. | 0.50 | 240.00 | 120.00 |
| 09/20/16 | Ray Strong | Discussed bank account analysis issues with BRG professionals. | 0.60 | 295.00 | 177.00 |
| 09/20/16 | Ray Strong | Discussed status of assignments and analyses with Receiver. | 0.30 | 295.00 | 88.50 |
| 09/21/16 | Matthew Babcock | Identified insiders, related parties / entities, relatives and other potential parties of interest. | 0.50 | 275.00 | 137.50 |
| 09/22/16 | Matthew Babcock | Prepared for and attended weekly TM coordination meeting with receiver, counsel and S3. | 1.60 | 275.00 | 440.00 |
| 09/22/16 | Matthew Babcock | Reviewed Traffic Monsoon YouTube videos. | 1.10 | 275.00 | 302.50 |
| 09/22/16 | Ray Strong | Attended meeting with Receiver, counsel, and BRG regarding assignment status. | 1.30 | 295.00 | 383.50 |
| 09/22/16 | Ray Strong | Prepared for meeting with Receiver, counsel, and BRG regarding assignment status. | 0.30 | 295.00 | 88.50 |
| 09/23/16 | Matthew Babcock | Reviewed Traffic Monsoon YouTube videos. | 0.50 | 275.00 | 137.50 |
| 09/26/16 | Matthew Babcock | Analyzed SEC files and records, including Scoville emails and related attachments. | 0.90 | 275.00 | 247.50 |
| 09/26/16 | Matthew Babcock | Discussed case issues and on-going analysis with staff. | 0.30 | 275.00 | 82.50 |
| 09/27/16 | Matthew Babcock | Discussed case issues and on-going analysis with staff and followed-up on related issues. | 0.50 | 275.00 | 137.50 |
| 09/27/16 | Matthew Babcock | Spoke with Receiver regarding case issues. | 0.30 | 275.00 | 82.50 |
| 09/27/16 | Jeffrey Shaw | Discussed case issues and on-going analysis. | 0.30 | 240.00 | 72.00 |
| 09/28/16 | Matthew Babcock | Discussed case issues and on-going analysis with staff. | 0.60 | 275.00 | 165.00 |
| 09/28/16 | Matthew Babcock | Spoke with S3 regarding case issues. | 0.30 | 275.00 | 82.50 |
| 09/28/16 | Jeffrey Shaw | Reviewed and discussed analysis to be completed. | 0.50 | 240.00 | 120.00 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 10 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/28/16 | Ray Strong | Discussed case assignments and planning with BRG professionals. | 0.50 | 295.00 | 147.50 |
| 09/30/16 | Matthew Babcock | Prepared for and attended weekly TM coordination meeting with receiver, counsel and S3. | 1.60 | 275.00 | 440.00 |
| 09/30/16 | Jeffrey Shaw | Discussed on-going analysis and further analysis to be completed. | 0.50 | 240.00 | 120.00 |
| 09/30/16 | Ray Strong | Attended meeting with Receiver, counsel, and BRG regarding assignment status. | 1.10 | 295.00 | 324.50 |
| 09/30/16 | Ray Strong | Prepared for meeting with Receiver, counsel, and BRG regarding assignment status. | 0.70 | 295.00 | 206.50 |
| | | **Total for Task Code 400.0000** | **68.10** | | **18,276.50** |

**Task Code: 410.0000 - Forensic Accounting Analysis - Traffic Monsoon**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/15/16 | Matthew Babcock | Participated in conference call with receiver, counsel and Epiq in order to discuss server data. | 0.30 | 275.00 | 82.50 |
| 09/19/16 | Matthew Babcock | Reviewed correspondence related to Epiq analysis / production of Traffic Monsoon servers / data. | 0.40 | 275.00 | 110.00 |
| 09/19/16 | Jason Strong | Analyzed Traffic Monsoon web SQL database and setup MySQL server and begin importing. | 4.00 | 210.00 | 840.00 |
| 09/22/16 | Ray Strong | Reviewed and analyzed Traffic Monsoon large SQL database. | 1.50 | 295.00 | 442.50 |
| 09/22/16 | Jason Strong | Reviewed, analyzed, and reconstructed TM database and TM web server. | 6.00 | 210.00 | 1,260.00 |
| 09/22/16 | Ray Strong | Analyzed and addressed TM website reconstruction issues. | 0.70 | 295.00 | 206.50 |
| 09/26/16 | Jason Strong | Reviewed and analyzed Traffic Monsoon MySQL database table structure. | 1.50 | 210.00 | 315.00 |
| 09/27/16 | Jason Strong | Reviewed, analyzed, and reconstructed TM database and TM web server. | 2.00 | 210.00 | 420.00 |
| 09/28/16 | Jason Strong | Reviewed and analyzed Traffic Monsoon MySQL database table structure. | 2.00 | 210.00 | 420.00 |


**Berkeley Research Group**

| | |
|---|---|
| To: Ms. Peggy Hunt | Page 11 of 19 |
| c/o: Dorsey & Whitney LLP | Invoice # 45560 |
| RE: Traffic Monsoon Receivership | Client-Matter: 00997-014823 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/16 | Ray Strong | Reviewed and analyzed Traffic Monsoon large SQL database. | 6.20 | 295.00 | 1,829.00 |
| 09/29/16 | Jason Strong | Analyzed and reconstructed TM website in test environment. | 6.00 | 210.00 | 1,260.00 |
| 09/30/16 | Jason Strong | Verified script and report provided by Scoville counsel with MySQL database. | 1.00 | 210.00 | 210.00 |
| 09/30/16 | Jason Strong | Reviewed, analyzed, and reconstructed TM database and TM web server. | 1.90 | 210.00 | 399.00 |
| 09/30/16 | Ray Strong | Reviewed and analyzed Traffic Monsoon large SQL database. | 2.10 | 295.00 | 619.50 |
| | | **Total for Task Code 410.0000** | **35.60** | | **8,414.00** |

**Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/16 | Eric Brown | Analyzed bank statements. | 0.50 | 180.00 | 90.00 |
| 09/08/16 | Eric Brown | Examined Chase bank statements in order to determine OCR conversion accuracy and issues regarding the same. | 1.50 | 180.00 | 270.00 |
| 09/08/16 | Jeffrey Shaw | Review and discussion with staff regarding bank document OCR and conversion. | 0.60 | 240.00 | 144.00 |
| 09/09/16 | Jeffrey Shaw | Reviewed OCR data conversion tests in order to determine most effective method to convert bank statement transactions to electronic format and discussions and emails regarding the same. | 1.80 | 240.00 | 432.00 |
| 09/09/16 | Jeffrey Shaw | Reviewed bank transactions and prepared email for Receiver regarding payment to Adams Solicitors. | 0.50 | 240.00 | 120.00 |
| 09/09/16 | Ray Strong | Analyzed and developed OCR templates to extract Chase bank documentation. | 1.50 | 295.00 | 442.50 |
| 09/11/16 | Ray Strong | Analyzed and developed OCR templates to extract Chase bank documentation. | 2.00 | 295.00 | 590.00 |
| 09/12/16 | Matthew Babcock | Spoke with counsel regarding Chase records and data. | 0.20 | 275.00 | 55.00 |
| 09/12/16 | Jeffrey Shaw | Discussion with counsel regarding status of Chase document requests and further requests to be made. | 0.30 | 240.00 | 72.00 |



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 12 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/12/16 | Ray Strong | Reviewed and analyzed June 2016 TM Chase bank statement activity from OCR. | 2.10 | 295.00 | 619.50 |
| 09/12/16 | Ray Strong | Reviewed and analyzed July 2016 TM Chase bank statement activity from OCR. | 2.10 | 295.00 | 619.50 |
| 09/13/16 | Matthew Babcock | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data (Chase 06/16). | 2.60 | 275.00 | 715.00 |
| 09/14/16 | Matthew Babcock | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data (Chase 06/16). | 3.20 | 275.00 | 880.00 |
| 09/14/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 0.40 | 240.00 | 96.00 |
| 09/15/16 | Matthew Babcock | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data (06/16). | 2.40 | 275.00 | 660.00 |
| 09/15/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 3.20 | 240.00 | 768.00 |
| 09/16/16 | Matthew Babcock | Examined and organized JPMorgan Chase files and records. | 0.70 | 275.00 | 192.50 |
| 09/16/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 3.30 | 240.00 | 792.00 |
| 09/16/16 | Jeffrey Shaw | Reviewed and discussed case documents and status of receipt and disbursement analysis. | 0.40 | 240.00 | 96.00 |



**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 13 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/16 | Matthew Babcock | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data (Chase 03/16-05/16). | 0.60 | 275.00 | 165.00 |
| 09/19/16 | Jill Crane | Analyzed Traffic Monsoon bank account activity and data. | 1.60 | 145.00 | 232.00 |
| 09/19/16 | Jeffrey Shaw | Reviewed and discussed disbursements from Scoville personal account #5868. | 0.40 | 240.00 | 96.00 |
| 09/19/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 5.30 | 240.00 | 1,272.00 |
| 09/20/16 | Matthew Babcock | Analyzed Scoville bank account activity (8876), including identification of payee / payor, username, location, external bank and reference data (Chase 01/15-12/15). | 0.80 | 275.00 | 220.00 |
| 09/20/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 6.10 | 240.00 | 1,464.00 |
| 09/20/16 | Ray Strong | Reviewed and analyzed Scoville Chase bank statements and developed OCR template. | 2.50 | 295.00 | 737.50 |
| 09/21/16 | Matthew Babcock | Analyzed Scoville bank account activity (5868), including identification of payee / payor, username, location, external bank and reference data (Chase 01/15-12/15). | 5.60 | 275.00 | 1,540.00 |
| 09/21/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 4.40 | 240.00 | 1,056.00 |
| 09/22/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (5868), including identification of payee / payor, username, location, external bank and reference data (Chase 01/15-12/15). | 3.10 | 275.00 | 852.50 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 14 of 19
Invoice # 45560
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 5.70 | 240.00 | 1,368.00 |
| 09/23/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (5868), including identification of payee / payor, username, location, external bank and reference data (Chase 01/15-12/15). | 2.60 | 275.00 | 715.00 |
| 09/23/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 2.20 | 240.00 | 528.00 |
| 09/26/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (5868), including identification of payee / payor, username, location, external bank and reference data and assignment of category code (Chase 01/15-12/15). | 3.80 | 275.00 | 1,045.00 |
| 09/26/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 6.30 | 240.00 | 1,512.00 |
| 09/27/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (5868), including assignment of category code and flow of funds analysis (Chase 01/15-12/15, 06/16 - 07/16). | 2.00 | 275.00 | 550.00 |
| 09/27/16 | Matthew Babcock | Analyzed Traffic Monsoon bank account activity (8256), including assignment of category code and flow of funds analysis (03/16-07/16). | 1.90 | 275.00 | 522.50 |
| 09/27/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (8876), including assignment of category code and flow of funds analysis (Chase 01/15-12/15, 06/16 - 07/16). | 1.60 | 275.00 | 440.00 |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 15 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/27/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank activity in order to determine transaction and country classification and verified accuracy of data entry. | 3.00 | 240.00 | 720.00 |
| 09/27/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank account activity, including identification of payee / payor, username, location, external bank and reference data. | 1.80 | 240.00 | 432.00 |
| 09/28/16 | Matthew Babcock | Continued analysis of Traffic Monsoon bank account activity (8256), including flow of funds analysis and development of related reports (03/16-07/16). | 0.80 | 275.00 | 220.00 |
| 09/28/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (8876), including flow of funds analysis and development of related reports (Chase 01/15-12/15, 06/16 - 07/16). | 2.80 | 275.00 | 770.00 |
| 09/28/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (5868), including flow of funds analysis and development of related reports (Chase 01/15-12/15, 06/16 - 07/16). | 1.90 | 275.00 | 522.50 |
| 09/28/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank activity in order to determine transaction and country classification and verified accuracy of data. | 3.00 | 240.00 | 720.00 |
| 09/28/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank activity, including flow of funds analysis and prepared receipt and disbursement summary and detail schedules. | 2.40 | 240.00 | 576.00 |
| 09/29/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (8876), including assignment of category code and flow of funds analysis (Chase 01/15-12/15, 06/16 - 07/16) and provided preliminary findings to Receiver. | 2.30 | 275.00 | 632.50 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 16 of 19
Invoice # 45560
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/16 | Matthew Babcock | Continued analysis of Traffic Monsoon bank account activity (8256), including assignment of category code and flow of funds analysis (03/16-07/16) and provided preliminary findings to Receiver. | 0.60 | 275.00 | 165.00 |
| 09/29/16 | Matthew Babcock | Continued analysis of Scoville bank account activity (5868), including assignment of category code and flow of funds analysis (Chase 01/15-12/15, 06/16 - 07/16) and provided preliminary findings to Receiver. | 1.60 | 275.00 | 440.00 |
| 09/29/16 | Jeffrey Shaw | Reviewed and prepared receipt and disbursement analysis packets and discussions regarding the same. | 1.40 | 240.00 | 336.00 |
| 09/29/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank activity and prepared summary and detail schedules. | 4.70 | 240.00 | 1,128.00 |
| 09/30/16 | Matthew Babcock | Updated analysis of Traffic Monsoon bank account activity (8256) (03/16-07/16). | 0.30 | 275.00 | 82.50 |
| 09/30/16 | Matthew Babcock | Updated analysis of Scoville bank account activity (8876) (Chase 01/15-12/15, 06/16 - 07/16). | 0.30 | 275.00 | 82.50 |
| 09/30/16 | Matthew Babcock | Updated analysis of Scoville bank account activity (5868) (Chase 01/13 - 08/16). | 1.20 | 275.00 | 330.00 |
| 09/30/16 | Jeffrey Shaw | Updated analysis of Traffic Monsoon bank account activity. | 1.40 | 240.00 | 336.00 |
| | | **Total for Task Code 420.0000** | **115.30** | | **29,462.50** |

**Task Code: 430.0000 - Forensic Accounting Analysis - Allied Wallet**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/09/16 | Jeffrey Shaw | Analyzed Allied West transactions in order to determine nature, volume and timing of transactions. | 1.20 | 240.00 | 288.00 |
| 09/13/16 | Matthew Babcock | Analyzed Allied Wallet transaction data and related documents and correspondence. | 1.20 | 275.00 | 330.00 |
| 09/14/16 | Jeffrey Shaw | Analyzed Allied West transactions in order to determine nature, status and timing of transactions. | 1.30 | 240.00 | 312.00 |
| 09/16/16 | Matthew Babcock | Examined and organized Allied Wallet files and records. | 0.30 | 275.00 | 82.50 |


**BRG**
Berkeley Research Group

| To: Ms. Peggy Hunt | Page 17 of 19 |
|---|---|
| c/o: Dorsey & Whitney LLP | Invoice # 45560 |
| RE: Traffic Monsoon Receivership | Client-Matter: 00997-014823 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Total for Task Code 430.0000** | 4.00 | | 1,012.50 |
| **Task Code: 440.0000 - Forensic Accounting Analysis - PayPal** | | | | | |
| 09/07/16 | Jason Strong | Reviewed and analyzed database data, created Access database, and imported all PayPal monthly statements into table. | 3.30 | 210.00 | 693.00 |
| 09/07/16 | Ray Strong | Reviewed and analyzed Paypal account statements from October 2014 to August 2016. | 2.70 | 295.00 | 796.50 |
| 09/07/16 | Ray Strong | Reviewed and analyzed Paypal account and activity. | 4.30 | 295.00 | 1,268.50 |
| 09/07/16 | Jason Strong | Analyzed monthly statements from PayPal accounts utilized by Scoville and/or Traffic Monsoon. | 2.50 | 210.00 | 525.00 |
| 09/08/16 | Tasha Hatton | Reviewed and analyzed schedule of monthly balances for PayPal accounts for the period 09/2014 through 08/2016. | 1.50 | 165.00 | 247.50 |
| 09/08/16 | Ray Strong | Reviewed and analyzed Paypal significant transactional data downloaded from Paypal account. | 2.30 | 295.00 | 678.50 |
| 09/09/16 | Jeffrey Shaw | Attended call with Paypal representatives regarding data retrieval and delivery. | 0.30 | 240.00 | 72.00 |
| 09/09/16 | Jason Strong | Attended conference call with Receiver, BRG, and Paypal. | 0.30 | 210.00 | 63.00 |
| 09/09/16 | Ray Strong | Attended conference call with Paypal and Receiver regarding documentation and data requests. | 0.70 | 295.00 | 206.50 |
| 09/09/16 | Jason Strong | Reviewed and analyzed Paypal data and created SQL server imported Paypal monthly statements. | 6.00 | 210.00 | 1,260.00 |
| 09/12/16 | Matthew Babcock | Examined PayPal receipt and disbursement activity (09/14 - 08/16). | 0.80 | 275.00 | 220.00 |
| 09/12/16 | Ray Strong | Reviewed and analyzed Paypal account and activity. | 1.30 | 295.00 | 383.50 |
| 09/13/16 | Ray Strong | Reviewed and analyzed Paypal account, data, tables, and activity. | 2.10 | 295.00 | 619.50 |
| 09/14/16 | Jason Strong | Reviewed and analyzed Paypal data and created SQL server imported Paypal monthly statements. | 1.30 | 210.00 | 273.00 |



Case 2:16-cv-00832-JNP Document 93-12 Filed 05/11/17 PageID.2634 Page 19 of 20


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 18 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/15/16 | Jason Strong | Reviewed and analyzed Paypal monthly statement dated and Imported. | 5.00 | 210.00 | 1,050.00 |
| 09/16/16 | Matthew Babcock | Examined and organized PayPal files and records. | 0.40 | 275.00 | 110.00 |
| 09/20/16 | Ray Strong | Reviewed and analyzed Paypal account, data, tables, and activity. | 2.70 | 295.00 | 796.50 |
| 09/30/16 | Ray Strong | Reviewed and analyzed Paypal account, data, tables, and activity. | 2.70 | 295.00 | 796.50 |
| | | **Total for Task Code 440.0000** | **40.20** | | **10,059.50** |

**Task Code: 450.0000 - Forensic Accounting Analysis - Payza**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/16 | Matthew Babcock | Finalized Payza subpoena and provided same to counsel. | 1.40 | 275.00 | 385.00 |
| 09/16/16 | Matthew Babcock | Examined and organized Payza files and records. | 0.20 | 275.00 | 55.00 |
| | | **Total for Task Code 450.0000** | **1.60** | | **440.00** |

**Task Code: 460.0000 - Forensic Accounting Analysis - STP**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/16 | Matthew Babcock | Examined and organized STP files and records. | 0.20 | 275.00 | 55.00 |
| | | **Total for Task Code 460.0000** | **0.20** | | **55.00** |

**Task Code: 470.0000 - Forensic Accounting Analysis - EVP / Paysera**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/07/16 | Matthew Babcock | Analyzed $3.85 million in disbursements to EVP and provided findings to Receiver and counsel. | 1.60 | 275.00 | 440.00 |
| 09/07/16 | Eric Brown | Analyzed EVP transfers from Chase bank accounts. | 0.50 | 180.00 | 90.00 |
| 09/08/16 | Jeffrey Shaw | Examined Chase bank activity for Traffic Monsoon in order to determine the source of cash for payments to EVP International and discussions and emails regarding the same. | 1.50 | 240.00 | 360.00 |
| 09/08/16 | Jeffrey Shaw | Analyzed Chase bank statements for Scoville personal accounts in order to determine source of transfers to EVP International. | 4.00 | 240.00 | 960.00 |
| 09/09/16 | Jeffrey Shaw | Attended call with Receiver regarding source of cash payments to EVP International and status of various case matters. | 0.60 | 240.00 | 144.00 |
| 09/09/16 | Ray Strong | Analyzed and discussed EVP payment issues with Receiver. | 0.40 | 295.00 | 118.00 |



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 19 of 19  
Invoice # 45560  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/23/16 | Matthew Babcock | Investigated issues related to EVP transfers (including involvement with Paysera and Payza). | 0.80 | 275.00 | 220.00 |
| | | Total for Task Code 470.0000 | 9.40 | | 2,332.00 |
| **Professional Services** | | | **308.03** | | **78,680.00** |

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 09/30/16 | S3 Advisory LLC - Photocopies (NR) Invoice #: 1089 Vchr Comment: Service and expenses 8/31/16 to 9/30/16 R. Stong, J. Strong and T. Hatton on matter #14823 Timekeeper : 00354 - Strong, Ray | 25.00 |
| 09/30/16 | S3 Advisory LLC - Postage (NR) Timekeeper : 00354 - Strong, Ray Invoice #: 1089 Vchr Comment: Service and expenses 8/31/16 to 9/30/16 R. Stong, J. Strong and T. Hatton on matter #14823 | 0.47 |
| 09/30/16 | S3 Advisory LLC - Computer Software (NR) Timekeeper : 00354 - Strong, Ray Invoice #: 1089 Vchr Comment: Service and expenses 8/31/16 to 9/30/16 R. Stong, J. Strong and T. Hatton on matter #14823 | 20.00 |
| **Expenses** | | **45.47** |