# EXHIBIT C-2


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 2 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

Services Rendered From October 1, 2016 Through October 31, 2016

## PROFESSIONAL SERVICES

| | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Managing Director** | | | |
| Vernon Calder | 320.00 | 1.60 | 512.00 |
| | | | |
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 128.00 | 37,760.00 |
| | | | |
| **Senior Managing Consultant** | | | |
| Howard Berkowitz | 392.00 | 1.80 | 705.60 |
| Matthew Babcock | 275.00 | 60.00 | 16,500.00 |
| Leif Larsen | 275.00 | 0.40 | 110.00 |
| | | | |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 240.00 | 92.60 | 22,224.00 |
| | | | |
| **Senior Associate** | | | |
| Jason Strong | 210.00 | 79.30 | 16,653.00 |
| **Total Professional Services** | | 363.70 | 94,464.60 |

## EXPENSES

| | |
|---|---:|
| Computer Software | 36.00 |
| Computer Supplies/Hardware | 106.84 |
| Data Retrieval | 5.40 |
| Photocopies | 42.00 |
| Travel - Parking | 12.00 |
| **Total Expenses** | 202.24 |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership  

Page 3 of 18  
Invoice # 47466  
Client-Matter: 00997-014823  

## SUMMARY BY TASK CODE

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| 110.0000 | General Accounting Issues | 0.50 | 120.00 |
| 140.0000 | Scoville Counsel Inquiries | 46.70 | 11,209.50 |
| 150.0000 | Data / Documentation Analysis | 3.90 | 993.50 |
| 400.0000 | Forensic Accounting Analysis - General | 48.50 | 12,516.00 |
| 410.0000 | Forensic Accounting Analysis - Traffic Monsoon | 116.70 | 31,046.50 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 71.90 | 18,110.00 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 17.10 | 4,712.50 |
| 450.0000 | Forensic Accounting Analysis - Payza | 25.80 | 7,116.10 |
| 470.0000 | Forensic Accounting Analysis - EVP / Paysera | 5.60 | 1,354.50 |
| 600.0000 | Tax Compliance & Analysis - Domestic | 2.40 | 732.00 |
| 620.0000 | Tax Compliance & Analysis - International | 0.50 | 120.00 |
| 940.0000 | Hearing Preparation / Attendance | 24.10 | 6,434.00 |

**Total Professional Services** — 363.70 — 94,464.60


Berkeley Research Group

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 4 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

Services Rendered From October 1, 2016 Through October 31, 2016

### DETAIL OF PROFESSIONAL SERVICES

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 10/03/16 | Jeffrey Shaw | Discussion regarding case administration, billing issues and related items. | 0.50 | 240.00 | 120.00 |
| | | **Total for Task Code 110.0000** | **0.50** | | **120.00** |
| **Task Code: 140.0000 - Scoville Counsel Inquiries** | | | | | |
| 10/07/16 | Ray Strong | Analyzed and worked with Receiver regarding Scoville counsel script requests and declaration. | 3.20 | 295.00 | 944.00 |
| 10/12/16 | Jason Strong | Attended conference call with Receiver and SEC regarding Scoville script results. | 1.30 | 210.00 | 273.00 |
| 10/12/16 | Jason Strong | Reviewed and analyzed Scoville script data sources and results. | 0.70 | 210.00 | 147.00 |
| 10/12/16 | Ray Strong | Attended call with Receiver and SEC regarding Scoville script #2 results and code. | 1.30 | 295.00 | 383.50 |
| 10/12/16 | Ray Strong | Reviewed and analyzed TM MySQL database data and Scoville script requested. | 3.30 | 295.00 | 973.50 |
| 10/13/16 | Jason Strong | Reviewed and analyzed Scoville script data sources and results. | 6.50 | 210.00 | 1,365.00 |
| 10/14/16 | Jason Strong | Reviewed and analyzed Scoville script data sources and results. | 0.80 | 210.00 | 168.00 |
| 10/14/16 | Ray Strong | Reviewed and analyzed Scoville script #2 results and code. | 1.10 | 295.00 | 324.50 |
| 10/15/16 | Jason Strong | Reviewed and analyzed Scoville script data sources and results. | 1.70 | 210.00 | 357.00 |
| 10/17/16 | Jason Strong | Reviewed and analyzed Scoville script data sources and results. | 5.00 | 210.00 | 1,050.00 |
| 10/18/16 | Jason Strong | Prepare for meeting with Receiver and SEC regarding Scoville counsel reports and reset of admin password to test site. | 9.70 | 210.00 | 2,037.00 |
| 10/18/16 | Ray Strong | Analyzed TM MySQL database activity to prepare for meeting with Receiver and SEC. | 1.50 | 295.00 | 442.50 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 5 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/16 | Ray Strong | Reviewed and analyzed Scoville script #2 results and code. | 3.10 | 295.00 | 914.50 |
| 10/19/16 | Jason Strong | Attended meeting with Receiver and SEC to review Scoville script results and data sources and TM website and database issues. | 3.00 | 210.00 | 630.00 |
| 10/19/16 | Ray Strong | Met with Receiver and SEC to address Scoville script results and source data and MySQL database activity and structure. | 3.00 | 295.00 | 885.00 |
| 10/26/16 | Jason Strong | Reviewed and analyzed Scoville script data sources and results. | 1.50 | 210.00 | 315.00 |
| | | **Total for Task Code 140.0000** | **46.70** | | **11,209.50** |
| **Task Code: 150.0000 - Data / Documentation Analysis** | | | | | |
| 10/07/16 | Jason Strong | Reviewed and analyzed images and hard drive copy for dates of images. | 0.50 | 210.00 | 105.00 |
| 10/07/16 | Ray Strong | Analyzed server images and drafted follow-up email to EPIQ systems. | 1.10 | 295.00 | 324.50 |
| 10/10/16 | Matthew Babcock | Coordinated VPN access with S3. | 0.20 | 275.00 | 55.00 |
| 10/10/16 | Jeffrey Shaw | Discussion and set up of remote access to Traffic Monsoon data. | 0.20 | 240.00 | 48.00 |
| 10/10/16 | Jason Strong | Created credentials for BRG professionals to access Terminal server. | 0.40 | 210.00 | 84.00 |
| 10/12/16 | Jason Strong | Attended conference call with EPIQ Systems for follow-up on forensic images. | 0.50 | 210.00 | 105.00 |
| 10/12/16 | Ray Strong | Attended call with EPIQ Systems regarding follow-up on server images. | 0.50 | 295.00 | 147.50 |
| 10/25/16 | Matthew Babcock | Resolved access issues to NetDrive and TM remote. | 0.30 | 275.00 | 82.50 |
| 10/25/16 | Jason Strong | Configured BRG professional access to TM data and terminal server. | 0.20 | 210.00 | 42.00 |
| | | **Total for Task Code 150.0000** | **3.90** | | **993.50** |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 10/03/16 | Matthew Babcock | Spoke with S3 in order to coordinate analysis. | 0.30 | 275.00 | 82.50 |
| 10/05/16 | Matthew Babcock | Met with S3 in order to discuss and coordinate analysis. | 1.50 | 275.00 | 412.50 |
| 10/05/16 | Jeffrey Shaw | Met with S3 Advisory to discuss and coordinate case analysis. | 1.50 | 240.00 | 360.00 |



**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 6 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/16 | Ray Strong | Attended meeting with BRG professionals for assignment planning and development. | 2.00 | 295.00 | 590.00 |
| 10/06/16 | Jeffrey Shaw | Reviewed and analyzed Traffic Monsoon member data and discussed analysis to be performed. | 0.30 | 240.00 | 72.00 |
| 10/06/16 | Jeffrey Shaw | Reviewed and discussed further analysis to be completed. | 0.40 | 240.00 | 96.00 |
| 10/10/16 | Matthew Babcock | Prepared for and attended weekly TM coordination meeting with Receiver, counsel and S3. | 2.30 | 275.00 | 632.50 |
| 10/10/16 | Jeffrey Shaw | Attended meeting with Receiver, S3 and counsel to discuss status of on-going analysis and coordinate tasks to be completed. | 2.00 | 240.00 | 480.00 |
| 10/11/16 | Matthew Babcock | Examined Chase documents produced by the SEC. | 0.40 | 275.00 | 110.00 |
| 10/14/16 | Matthew Babcock | Reviewed and organized case files and records. | 0.30 | 275.00 | 82.50 |
| 10/19/16 | Matthew Babcock | Spoke with S3 regarding case analysis. | 0.60 | 275.00 | 165.00 |
| 10/21/16 | Jeffrey Shaw | Discussions regarding on-going analysis and tasks to be completed. | 0.30 | 240.00 | 72.00 |
| 10/24/16 | Jeffrey Shaw | Researched member data and analyzed account activity. | 0.80 | 240.00 | 192.00 |
| 10/25/16 | Matthew Babcock | Analyzed transaction detail and records related to : (including TM database, Chase Bank, PayPal, Payza, STP and Allied Wallet) and prepared summary schedules. | 4.40 | 275.00 | 1,210.00 |
| 10/25/16 | Jeffrey Shaw | Analyzed member activity and prepared summary schedules related to Ernie Ganz. | 3.10 | 240.00 | 744.00 |
| 10/25/16 | Jeffrey Shaw | Analyzed and discussed activity and prepared summary schedule related to the member activity | 0.30 | 240.00 | 72.00 |
| 10/25/16 | Jeffrey Shaw | Discussion regarding analysis related to members identified by counsel. | 0.50 | 240.00 | 120.00 |
| 10/25/16 | Jeffrey Shaw | Discussion regarding on-going analysis and tasks to be completed. | 0.40 | 240.00 | 96.00 |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 7 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/16 | Jeffrey Shaw | Analyzed and discussed activity related to (including TM database, Chase Bank, PayPal, Payza). | 1.80 | 240.00 | 432.00 |
| 10/25/16 | Jeffrey Shaw | Examined bank transaction detail and e-wallet activity in order to identify transactions related to various parties identified by counsel. | 1.50 | 240.00 | 360.00 |
| 10/25/16 | Ray Strong | Reviewed and analyzed TM database member activity | 2.90 | 295.00 | 855.50 |
| 10/25/16 | Ray Strong | Reviewed and analyzed TM database member activity | 2.90 | 295.00 | 855.50 |
| 10/25/16 | Ray Strong | Reviewed and analyzed TM database member activity | 1.00 | 295.00 | 295.00 |
| 10/25/16 | Ray Strong | Reviewed and analyzed TM database member activity | 1.00 | 295.00 | 295.00 |
| 10/26/16 | Matthew Babcock | Examined correspondence and responded to same. | 0.60 | 275.00 | 165.00 |
| 10/26/16 | Jeffrey Shaw | Reviewed member activity and schedules | 1.00 | 240.00 | 240.00 |
| 10/26/16 | Jeffrey Shaw | Continued to analyze member activity and prepare schedules related to | 0.90 | 240.00 | 216.00 |
| 10/26/16 | Jeffrey Shaw | Discussed further analysis to be completed and emails regarding the same. | 0.30 | 240.00 | 72.00 |
| 10/26/16 | Jeffrey Shaw | Attended call with Receiver, counsel and S3 regarding upcoming preliminary injunction hearing. | 0.70 | 240.00 | 168.00 |
| 10/26/16 | Jeffrey Shaw | Analyzed member transaction activity and prepared schedules related to | 2.60 | 240.00 | 624.00 |
| 10/26/16 | Jeffrey Shaw | Discussed further tasks and analysis to be completed. | 0.40 | 240.00 | 96.00 |
| 10/26/16 | Jason Strong | Analyzed database and created queries | 0.40 | 210.00 | 84.00 |
| 10/27/16 | Jeffrey Shaw | Discussion regarding analysis and tasks to be completed. | 0.30 | 240.00 | 72.00 |
| 10/27/16 | Jeffrey Shaw | Reviewed and responded to emails | 0.30 | 240.00 | 72.00 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 8 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/16 | Jeffrey Shaw | Finalized schedules and emails regarding the same. | 0.70 | 240.00 | 168.00 |
| 10/27/16 | Jeffrey Shaw | Reviewed member account activity, including adpack purchases, account credits, cash activity, etc. | 2.80 | 240.00 | 672.00 |
| 10/28/16 | Jeffrey Shaw | Continued analysis of member account activity | 1.10 | 240.00 | 264.00 |
| 10/28/16 | Jeffrey Shaw | Researched TM phone numbers per Receiver request. | 1.00 | 240.00 | 240.00 |
| 10/28/16 | Jeffrey Shaw | Review and discussion of schedules to be completed in conjunction with hearing. | 0.20 | 240.00 | 48.00 |
| 10/29/16 | Jeffrey Shaw | Reviewed and updated and emails regarding the same. | 0.80 | 240.00 | 192.00 |
| 10/31/16 | Jeffrey Shaw | Reviewed and updated schedules | 1.40 | 240.00 | 336.00 |
| 10/31/16 | Jason Strong | Analyzed database and created queries for r | 0.50 | 210.00 | 105.00 |
| | | **Total for Task Code 400.0000** | **48.50** | | **12,516.00** |

**Task Code: 410.0000 - Forensic Accounting Analysis - Traffic Monsoon**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/16 | Ray Strong | Reviewed and analyzed TM MySQL database data and website code. | 4.30 | 295.00 | 1,268.50 |
| 10/03/16 | Jason Strong | Reviewed, analyzed, and converted MySQL tables into SQL for analysis. | 2.00 | 210.00 | 420.00 |
| 10/03/16 | Jason Strong | Reviewed and analyzed TM website and restored in test environment. | 6.00 | 210.00 | 1,260.00 |
| 10/03/16 | Ray Strong | Reviewed and analyzed TM MySQL database data and website code. | 2.30 | 295.00 | 678.50 |
| 10/04/16 | Jason Strong | Reviewed, analyzed, and verified imported database tables. | 2.00 | 210.00 | 420.00 |
| 10/04/16 | Jason Strong | Reviewed and analyzed TM website php code and restored TM website. | 5.00 | 210.00 | 1,050.00 |
| 10/04/16 | Ray Strong | Reviewed and analyzed TM MySQL database data and website code. | 3.20 | 295.00 | 944.00 |
| 10/05/16 | Jason Strong | Reviewed and analyzed TM database and website code. | 4.30 | 210.00 | 903.00 |



**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 9 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/16 | Ray Strong | Reviewed and analyzed TM MySQL Database data. | 2.40 | 295.00 | 708.00 |
| 10/05/16 | Ray Strong | Reviewed and analyzed TM website code. | 2.30 | 295.00 | 678.50 |
| 10/05/16 | Ray Strong | Reviewed and analyzed TM member account activity in MySQL database. | 3.10 | 295.00 | 914.50 |
| 10/06/16 | Matthew Babcock | Examined TM SQL database, including payins, cash out and member data. | 0.70 | 275.00 | 192.50 |
| 10/06/16 | Ray Strong | Reviewed and analyzed Payin and Cashout table activity from TM MySQL database. | 2.10 | 295.00 | 619.50 |
| 10/06/16 | Ray Strong | Reviewed and analyzed Member Account table activity from TM MySQL database. | 5.10 | 295.00 | 1,504.50 |
| 10/07/16 | Jason Strong | Reviewed and analyzed TM database tables, queried and exported m_log activity for July 27 - September. | 0.70 | 210.00 | 147.00 |
| 10/07/16 | Ray Strong | Reviewed and analyzed Member Account table activity from TM MySQL database. | 3.70 | 295.00 | 1,091.50 |
| 10/09/16 | Jason Strong | Set-up system to access TM website from external location for meeting with Receiver. | 0.80 | 210.00 | 168.00 |
| 10/10/16 | Jason Strong | Attended meeting with Receiver and BRG to review TM website and database issues. | 2.00 | 210.00 | 420.00 |
| 10/10/16 | Jason Strong | Reviewed and analyzed TM php code for website restoration and analysis. | 4.00 | 210.00 | 840.00 |
| 10/12/16 | Jason Strong | Reviewed and analyzed TM php code for website restoration and analysis. | 7.30 | 210.00 | 1,533.00 |
| 10/12/16 | Ray Strong | Reviewed and analyzed Member Account table activity from TM MySQL database. | 1.20 | 295.00 | 354.00 |
| 10/13/16 | Ray Strong | Reviewed and analyzed Member Account table activity from TM MySQL database. | 2.70 | 295.00 | 796.50 |
| 10/17/16 | Ray Strong | Reviewed and analyzed TM website code. | 1.40 | 295.00 | 413.00 |
| 10/17/16 | Ray Strong | Reviewed and analyzed Payin and Cashout table activity from TM MySQL database. | 4.20 | 295.00 | 1,239.00 |



**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 10 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/16 | Ray Strong | Reviewed and analyzed TM member account activity in MySQL database. | 3.10 | 295.00 | 914.50 |
| 10/18/16 | Ray Strong | Reviewed and analyzed Member Account table activity from TM MySQL database. | 5.70 | 295.00 | 1,681.50 |
| 10/20/16 | Jason Strong | Analyzed database and created queries on Payins table. | 0.80 | 210.00 | 168.00 |
| 10/21/16 | Ray Strong | Reviewed and analyzed TM website code. | 1.70 | 295.00 | 501.50 |
| 10/21/16 | Ray Strong | Reviewed and analyzed tables in TM MySQL database. | 4.20 | 295.00 | 1,239.00 |
| 10/24/16 | Ray Strong | Reviewed and analyzed tables in TM MySQL database. | 3.70 | 295.00 | 1,091.50 |
| 10/25/16 | Jason Strong | Reviewed and analyzed TM database and website code. | 2.00 | 210.00 | 420.00 |
| 10/25/16 | Ray Strong | Reviewed and analyzed TM database tables and website code. | 1.70 | 295.00 | 501.50 |
| 10/25/16 | Ray Strong | Discussed TM database issues with BRG professionals. | 0.50 | 295.00 | 147.50 |
| 10/26/16 | Ray Strong | Analyzed and prepared illustrations for adpack purchase activity. | 1.20 | 295.00 | 354.00 |
| 10/26/16 | Ray Strong | Reviewed and analyzed Payin and Cashout table activity from TM MySQL database. | 2.70 | 295.00 | 796.50 |
| 10/27/16 | Jason Strong | Reviewed and analyzed TM database tables for adpack purchases by month. | 2.20 | 210.00 | 462.00 |
| 10/27/16 | Ray Strong | Analyzed and prepared illustrations for adpack purchase activity. | 3.10 | 295.00 | 914.50 |
| 10/28/16 | Jason Strong | Reviewed and analyzed TM database and queried for sum of cash table grouped by description. | 0.50 | 210.00 | 105.00 |
| 10/28/16 | Ray Strong | Analyzed and prepared Adpack Query result schedule and estimated member claims schedule. | 3.20 | 295.00 | 944.00 |
| 10/29/16 | Ray Strong | Reviewed and analyzed Adpack purchases and TM member activity. | 4.10 | 295.00 | 1,209.50 |
| 10/31/16 | Ray Strong | Reviewed and analyzed Adpack purchases and TM member activity. | 3.50 | 295.00 | 1,032.50 |
| | | **Total for Task Code 410.0000** | **116.70** | | **31,046.50** |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 11 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank ||||||
| 10/03/16 | Matthew Babcock | Updated analysis of Traffic Monsoon bank account activity (Chase 8256). | 0.20 | 275.00 | 55.00 |
| 10/03/16 | Matthew Babcock | Updated analysis of Scoville bank account activity (Chase 5868). | 0.20 | 275.00 | 55.00 |
| 10/03/16 | Matthew Babcock | Updated analysis of Scoville bank account activity (Chase 8876). | 0.20 | 275.00 | 55.00 |
| 10/03/16 | Jeffrey Shaw | Updated analysis of Traffic Monsoon bank account activity (Chase 8256). | 1.60 | 240.00 | 384.00 |
| 10/03/16 | Jeffrey Shaw | Analyzed Traffic Monsoon bank activity in order to determine classification and verify accuracy of data entry. | 1.10 | 240.00 | 264.00 |
| 10/04/16 | Matthew Babcock | Revised analysis of Scoville bank account activity (Chase 8876). | 0.40 | 275.00 | 110.00 |
| 10/04/16 | Matthew Babcock | Revised analysis of Scoville bank account activity (Chase 5868). | 0.20 | 275.00 | 55.00 |
| 10/04/16 | Matthew Babcock | Revised analysis of Traffic Monsoon bank account activity (Chase 8256). | 0.50 | 275.00 | 137.50 |
| 10/04/16 | Jeffrey Shaw | Reviewed and prepared updated bank account analysis packet for Traffic Monsoon bank account (Chase 8256). | 0.50 | 240.00 | 120.00 |
| 10/04/16 | Jeffrey Shaw | Revised analysis of Scoville bank account activity (Chase 8876). | 1.20 | 240.00 | 288.00 |
| 10/04/16 | Jeffrey Shaw | Revised analysis of Traffic Monsoon bank account activity (Chase 8256). | 2.10 | 240.00 | 504.00 |
| 10/04/16 | Jeffrey Shaw | Reviewed and prepared updated bank account analysis packet for Scoville bank account (Chase 8876). | 1.70 | 240.00 | 408.00 |
| 10/04/16 | Jeffrey Shaw | Updated analysis of Scoville bank account activity and flow of funds analysis (Chase 8876). | 1.00 | 240.00 | 240.00 |
| 10/05/16 | Matthew Babcock | Updated analysis of Scoville bank account activity (Chase 5868). | 1.60 | 275.00 | 440.00 |
| 10/05/16 | Jeffrey Shaw | Reviewed and discussed bank account analysis. | 0.30 | 240.00 | 72.00 |
| 10/06/16 | Matthew Babcock | Revised analysis of Scoville bank account activity (Chase 5868). | 3.70 | 275.00 | 1,017.50 |
| 10/06/16 | Jeffrey Shaw | Reviewed and updated analysis of Traffic Monsoon bank account activity and schedules. | 5.70 | 240.00 | 1,368.00 |



**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 12 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/16 | Matthew Babcock | Updated analysis of Scoville bank account activity (Chase 5868). | 2.10 | 275.00 | 577.50 |
| 10/07/16 | Matthew Babcock | Updated analysis of Traffic Monsoon bank account activity (Chase 8256). | 0.40 | 275.00 | 110.00 |
| 10/07/16 | Matthew Babcock | Reviewed Scoville bank account activity analysis (Chase 8876). | 0.20 | 275.00 | 55.00 |
| 10/07/16 | Jeffrey Shaw | Reviewed and updated analysis of Traffic Monsoon bank account activity (Chase 8256). | 0.70 | 240.00 | 168.00 |
| 10/07/16 | Jeffrey Shaw | Analyzed Scoville bank account activity (5868), including payee/payor, user name, location, external bank and reference data. | 3.90 | 240.00 | 936.00 |
| 10/07/16 | Jeffrey Shaw | Reviewed and discussed Scoville bank account activity analysis. | 0.50 | 240.00 | 120.00 |
| 10/07/16 | Jeffrey Shaw | Reviewed and updated Scoville bank account activity (Chase 8876). | 0.80 | 240.00 | 192.00 |
| 10/10/16 | Matthew Babcock | Revised analysis of Scoville bank account activity (Chase 5868). | 3.60 | 275.00 | 990.00 |
| 10/10/16 | Jeffrey Shaw | Analyzed Scoville bank account activity (5868), including identification of payee / payor, user name, location, external bank and reference data. | 5.20 | 240.00 | 1,248.00 |
| 10/11/16 | Jeffrey Shaw | Analyzed Scoville bank account activity (5868), including identification of payee / payor, user name, location, external bank and reference data. | 3.30 | 240.00 | 792.00 |
| 10/12/16 | Matthew Babcock | Revised analysis of Scoville bank account activity, including categorization and related flow analysis (Chase 5868). | 0.40 | 275.00 | 110.00 |
| 10/12/16 | Matthew Babcock | Reviewed analysis of Traffic Monsoon bank account activity (Chase 8256). | 0.30 | 275.00 | 82.50 |
| 10/12/16 | Matthew Babcock | Reviewed Scoville bank account activity analysis (Chase 8876). | 0.30 | 275.00 | 82.50 |
| 10/12/16 | Jeffrey Shaw | Analyzed Scoville bank account activity (5868), including identification of payee / payor, user name, location, external bank and reference data. | 4.80 | 240.00 | 1,152.00 |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 13 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/16 | Matthew Babcock | Updated analysis of Scoville bank account activity, including categorization and related flow analysis (Chase 5868). | 2.00 | 275.00 | 550.00 |
| 10/13/16 | Jeffrey Shaw | Reviewed bank documents received from SEC. | 0.90 | 240.00 | 216.00 |
| 10/13/16 | Jeffrey Shaw | Reviewed and updated Traffic Monsoon bank account activity analysis (Chase 8256). | 2.10 | 240.00 | 504.00 |
| 10/14/16 | Jeffrey Shaw | Reviewed and organized Chase supporting documentation. | 1.40 | 240.00 | 336.00 |
| 10/18/16 | Matthew Babcock | Updated analysis of Scoville bank account activity, including categorization and related flow analysis (Chase 5868). | 1.90 | 275.00 | 522.50 |
| 10/18/16 | Jeffrey Shaw | Discussed on-going bank account activity analysis. | 0.20 | 240.00 | 48.00 |
| 10/19/16 | Matthew Babcock | Updated analysis of Scoville bank account activity, including categorization and related flow analysis (Chase 5868). | 0.50 | 275.00 | 137.50 |
| 10/19/16 | Jeffrey Shaw | Reviewed supporting bank documents and prepared email to counsel regarding additional documents to be requested. | 0.40 | 240.00 | 96.00 |
| 10/19/16 | Jeffrey Shaw | Evaluated and discussed Scoville bank account flow of funds analysis (Chase 5868). | 0.70 | 240.00 | 168.00 |
| 10/19/16 | Jeffrey Shaw | Reviewed and updated flow of funds analysis and prepared for submission to Receiver. | 2.00 | 240.00 | 480.00 |
| 10/20/16 | Matthew Babcock | Updated analysis of Scoville bank account activity (Chase 5868). | 2.30 | 275.00 | 632.50 |
| 10/20/16 | Jeffrey Shaw | Reviewed and discussions regarding additional bank document request. | 0.40 | 240.00 | 96.00 |
| 10/20/16 | Jeffrey Shaw | Reviewed and organized bank documentation and data. | 0.80 | 240.00 | 192.00 |
| 10/21/16 | Matthew Babcock | Updated analysis of Scoville bank account activity (Chase 5868). | 0.60 | 275.00 | 165.00 |
| 10/21/16 | Matthew Babcock | Updated analysis of TM bank account activity (Chase 8256). | 0.40 | 275.00 | 110.00 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 14 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/16 | Matthew Babcock | Examined recent document production received from SEC and updated related bank account analysis. | 1.50 | 275.00 | 412.50 |
| 10/24/16 | Jeffrey Shaw | Reviewed and updated Chase bank account activity analysis. | 3.30 | 240.00 | 792.00 |
| 10/25/16 | Jeffrey Shaw | Reviewed and updated Chase bank account activity analysis. | 0.40 | 240.00 | 96.00 |
| 10/28/16 | Matthew Babcock | Revised analysis of Scoville bank account transactions (Chase 5868), including determination and tracking of domestic and international activity. | 0.90 | 275.00 | 247.50 |
| 10/28/16 | Jeffrey Shaw | Reviewed and updated Chase bank account activity analysis and prepared database. | 0.50 | 240.00 | 120.00 |
| | | **Total for Task Code 420.0000** | **71.90** | | **18,110.00** |

**Task Code: 440.0000 - Forensic Accounting Analysis - PayPal**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/16 | Jason Strong | Analyzed and obtained September 2016 statements and transactions from Paypal. | 0.30 | 210.00 | 63.00 |
| 10/04/16 | Ray Strong | Reviewed and analyzed TM Paypal data for cash receipts and disbursements. | 2.00 | 295.00 | 590.00 |
| 10/06/16 | Jason Strong | Reviewed, analyzed, and imported September 2016 Paypal monthly activity into database. | 3.00 | 210.00 | 630.00 |
| 10/11/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 1.50 | 295.00 | 442.50 |
| 10/12/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 2.20 | 295.00 | 649.00 |
| 10/14/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 1.20 | 295.00 | 354.00 |
| 10/18/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 3.10 | 295.00 | 914.50 |
| 10/21/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 2.10 | 295.00 | 619.50 |
| 10/25/16 | Matthew Babcock | Participated in conference call with PayPal representatives. | 0.50 | 275.00 | 137.50 |
| 10/25/16 | Jeffrey Shaw | Attended call with counsel, Paypal and S3 regarding Paypal transaction data. | 0.50 | 240.00 | 120.00 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 15 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/16 | Matthew Babcock | Analyzed issues related to historical PayPal transactions and trends. | 0.70 | 275.00 | 192.50 |
| | | **Total for Task Code 440.0000** | **17.10** | | **4,712.50** |
| **Task Code: 450.0000 - Forensic Accounting Analysis - Payza** | | | | | |
| 10/03/16 | Matthew Babcock | Examined Payza document production / transaction data and provided preliminary findings to Receiver. | 3.90 | 275.00 | 1,072.50 |
| 10/03/16 | Jeffrey Shaw | Analyzed Payza data in order to identify transactions related to EVP International. | 0.40 | 240.00 | 96.00 |
| 10/03/16 | Jeffrey Shaw | Reviewed and discussed Payza transaction data received pursuant to subpoena. | 0.60 | 240.00 | 144.00 |
| 10/03/16 | Ray Strong | Attended call with BRG professionals to discuss Payza and coordinate tasks. | 0.50 | 295.00 | 147.50 |
| 10/04/16 | Matthew Babcock | Continued analysis of Payza transaction data. | 1.50 | 275.00 | 412.50 |
| 10/04/16 | Jeffrey Shaw | Reviewed and discussed Payza data and analysis to be completed. | 0.60 | 240.00 | 144.00 |
| 10/05/16 | Matthew Babcock | Continued analysis of Payza transaction data. | 1.10 | 275.00 | 302.50 |
| 10/05/16 | Jeffrey Shaw | Analyzed and reviewed Payza data in order to determine nature, timing and completeness of said data. | 2.70 | 240.00 | 648.00 |
| 10/06/16 | Matthew Babcock | Examined Payza transaction data and discussed same with staff. | 0.90 | 275.00 | 247.50 |
| 10/06/16 | Howard Berkowitz | Participated in conference call with J. Shaw and M. Babcock, BRG, to discuss the Payza production and potential inquiries for Payza team. | 0.80 | 392.00 | 313.60 |
| 10/06/16 | Howard Berkowitz | Reviewed Payza production provided by Receiver's team and identified additional information that may be obtained from Payza, eWallet vendor. | 1.00 | 392.00 | 392.00 |
| 10/06/16 | Jeffrey Shaw | Attended call with BRG professionals regarding Payza data. | 0.70 | 240.00 | 168.00 |
| 10/07/16 | Matthew Babcock | Examined Payza transaction data. | 0.60 | 275.00 | 165.00 |
| 10/12/16 | Matthew Babcock | Examined Payza transaction data and related issues, including reports, statements and electronic data available through Payza website. | 1.70 | 275.00 | 467.50 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 16 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/16 | Jeffrey Shaw | Reviewed and evaluated Payza data/website. | 0.50 | 240.00 | 120.00 |
| 10/13/16 | Matthew Babcock | Examined Payza transaction data and related issues (including electronic data available through Payza website) and reported findings to Receiver. | 2.20 | 275.00 | 605.00 |
| 10/19/16 | Matthew Babcock | Examined Payza document production / transaction data. | 0.80 | 275.00 | 220.00 |
| 10/20/16 | Matthew Babcock | Examined Payza document production / transaction data (including data available online through Payza website). | 3.50 | 275.00 | 962.50 |
| 10/20/16 | Jeffrey Shaw | Evaluated Payza website issues. | 0.20 | 240.00 | 48.00 |
| 10/21/16 | Matthew Babcock | Examined Payza document production / transaction data (including data available online through Payza website). | 0.70 | 275.00 | 192.50 |
| 10/24/16 | Matthew Babcock | Analyzed PayPal data and transactions. | 0.90 | 275.00 | 247.50 |
| | | **Total for Task Code 450.0000** | **25.80** | | **7,116.10** |

**Task Code: 470.0000 - Forensic Accounting Analysis - EVP / Paysera**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/16 | Jeffrey Shaw | Evaluated EVP transfers and prepared schedule per counsel request. | 2.70 | 240.00 | 648.00 |
| 10/27/16 | Jeffrey Shaw | Evaluated EVP transfers and prepared draft exhibit per Receiver request. | 2.60 | 240.00 | 624.00 |
| 10/31/16 | Matthew Babcock | Revised EVP analysis. | 0.30 | 275.00 | 82.50 |
| | | **Total for Task Code 470.0000** | **5.60** | | **1,354.50** |

**Task Code: 600.0000 - Tax Compliance & Analysis - Domestic**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/16 | Matthew Babcock | Examined tax returns and evaluated related issues. | 0.40 | 275.00 | 110.00 |
| 10/05/16 | Vernon Calder | Analyzed issues regarding tax return filing requirements for the Receivership. | 0.20 | 320.00 | 64.00 |
| 10/06/16 | Vernon Calder | Performed tax research to determine tax return filing requirements in the case. | 0.30 | 320.00 | 96.00 |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 17 of 18  
Invoice # 47466  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/16 | Vernon Calder | Analyzed IRS correspondence requesting address change information. Performed research regarding applicability of address change notification requirements to this case. | 1.00 | 320.00 | 320.00 |
| 10/14/16 | Leif Larsen | Analyzed tax correspondence and prepared Form 8822. | 0.40 | 275.00 | 110.00 |
| 10/31/16 | Vernon Calder | Attempted telephone conversation with Receiver. Left voicemail. | 0.10 | 320.00 | 32.00 |
| | | **Total for Task Code 600.0000** | **2.40** | | **732.00** |

**Task Code: 620.0000 - Tax Compliance & Analysis - International**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/16 | Jeffrey Shaw | Discussion with tax professionals regarding the request of foreign tax records and related tax issues. | 0.20 | 240.00 | 48.00 |
| 10/27/16 | Jeffrey Shaw | Researched and reviewed information related to obtaining foreign tax documents. | 0.10 | 240.00 | 24.00 |
| 10/28/16 | Jeffrey Shaw | Prepared email to BRG London professionals regarding foreign tax returns. | 0.20 | 240.00 | 48.00 |
| | | **Total for Task Code 620.0000** | **0.50** | | **120.00** |

**Task Code: 940.0000 - Hearing Preparation / Attendance**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/16 | Ray Strong | Prepared for meeting with Receiver and SEC. | 2.40 | 295.00 | 708.00 |
| 10/31/16 | Matthew Babcock | Prepared for and attended meeting with Receiver, Receiver's counsel and others (including S3 and SEC) regarding preliminary injunction hearing. | 4.30 | 275.00 | 1,182.50 |
| 10/31/16 | Jeffrey Shaw | Prepared for and attended meeting with Receiver, Receiver's counsel and others (including S3 and SEC) regarding preliminary injunction hearing. | 5.00 | 240.00 | 1,200.00 |
| 10/31/16 | Jason Strong | Attended meeting with Receiver and SEC for hearing preparation. | 3.70 | 210.00 | 777.00 |
| 10/31/16 | Ray Strong | Prepared for testimony in SEC hearing. | 3.50 | 295.00 | 1,032.50 |
| 10/31/16 | Ray Strong | Attended meeting with Receiver and SEC regarding testimony preparation. | 3.70 | 295.00 | 1,091.50 |


**Berkeley Research Group**

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 18 of 18
Invoice # 47466
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/16 | Ray Strong | Analyzed TM database tables and prepared for meeting with Receiver and SEC. | 1.50 | 295.00 | 442.50 |
| | | Total for Task Code 940.0000 | 24.10 | | 6,434.00 |

| | | | | |
|---|---|---|---|---|
| **Professional Services** | | | 363.70 | 94,464.60 |

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 10/12/16 | Payment of Expenses Computer Software TLO Charges on 2016-10-06 to TransUnion. Expense Rept# 0100-1445-3561 | 35.00 |
| 11/15/16 | Payment of Expenses Computer Software October 2016 monthly service fees for TLO searches on 2016-11-01 to TLO - Transunion. Expense Rept# 0100-1481-2611 | 1.00 |
| 11/23/16 | S3 Advisory LLC - Research Services - Pacer (NR) Timekeeper : 00354 - Strong, Ray Invoice #: 1091.EXP Vchr Comment: Expenses of R. Strong on matter #14823 in Oct 2016 | 0.40 |
| 11/23/16 | S3 Advisory LLC - Travel - Parking x2 Timekeeper : 00354 - Strong, Ray Invoice #: 1091.EXP Vchr Comment: Expenses of R. Strong on matter #14823 in Oct 2016 | 12.00 |
| 11/23/16 | S3 Advisory LLC - Hard Drive Timekeeper : 00354 - Strong, Ray Invoice #: 1091.EXP Vchr Comment: Expenses of R. Strong on matter #14823 in Oct 2016 | 106.84 |
| 11/23/16 | S3 Advisory LLC - Photocopies (NR) Invoice #: 1091.EXP Vchr Comment: Expenses of R. Strong on matter #14823 in Oct 2016 Timekeeper : 00354 - Strong, Ray | 42.00 |
| 11/23/16 | S3 Advisory LLC - Research Services - TLO (NR) Timekeeper : 00354 - Strong, Ray Invoice #: 1091.EXP Vchr Comment: Expenses of R. Strong on matter #14823 in Oct 2016 | 5.00 |

**Expenses** 202.24