# EXHIBIT C-3


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 1 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

Ms. Peggy Hunt  
Dorsey & Whitney LLP  
Kearns Building  
136 South Main Street  
Suite 1000  
Salt Lake City, UT 84101

January 20, 2017  
Client-Matter: 997-14823  
Invoice #: 48769  
Tax ID # 27-1451273

Via Email: hunt.peggy@dorsey.com

RE: Traffic Monsoon Receivership

Services Rendered From November 1, 2016 Through November 30, 2016

| | | |
|---|---:|---|
| Professional Services | $ 75,316.00 | USD |
| Expenses Incurred | 77.60 | |
| **CURRENT CHARGES** | $ 75,393.60 | USD |

Case 2:16-cv-00832-JNP Document 93-14 Filed 05/11/17 PageID.2656 Page 3 of 16



**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 2 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

Services Rendered From November 1, 2016 Through November 30, 2016

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Vernon Calder | 320.00 | 1.70 | 544.00 |
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 56.90 | 16,785.50 |
| **Senior Managing Consultant** | | | |
| Matthew Babcock | 275.00 | 91.40 | 25,135.00 |
| Leif Larsen | 275.00 | 1.50 | 412.50 |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 240.00 | 102.00 | 24,480.00 |
| **Senior Associate** | | | |
| Jason Strong | 210.00 | 37.90 | 7,959.00 |
| **Total Professional Services** | | 291.40 | 75,316.00 |

**EXPENSES**

| | |
|---|---|
| Data Retrieval | 32.40 |
| Photocopies | 27.20 |
| Travel - Parking | 18.00 |
| **Total Expenses** | 77.60 |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 3 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

### SUMMARY BY TASK CODE

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| 110.0000 | General Accounting Issues | 7.70 | 1,848.00 |
| 150.0000 | Data / Documentation Analysis | 0.60 | 144.00 |
| 400.0000 | Forensic Accounting Analysis - General | 43.00 | 10,978.50 |
| 410.0000 | Forensic Accounting Analysis - Traffic Monsoon | 14.60 | 3,244.50 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 20.70 | 5,299.00 |
| 450.0000 | Forensic Accounting Analysis - Payza | 41.60 | 10,340.50 |
| 470.0000 | Forensic Accounting Analysis - EVP / Paysera | 5.30 | 1,341.50 |
| 600.0000 | Tax Compliance & Analysis - Domestic | 7.30 | 2,052.50 |
| 940.0000 | Hearing Preparation / Attendance | 150.60 | 40,067.50 |

**Total Professional Services**     291.40     75,316.00



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 4 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

Services Rendered From November 1, 2016 Through November 30, 2016

DETAIL OF PROFESSIONAL SERVICES

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 11/10/16 | Jeffrey Shaw | Attended call with Receiver and Epiq regarding accounting issues. | 0.60 | 240.00 | 144.00 |
| 11/11/16 | Jeffrey Shaw | Reviewed and familiarized with Epiq software and emails regarding the same. | 1.50 | 240.00 | 360.00 |
| 11/11/16 | Jeffrey Shaw | Attended call with Epiq regarding accounting software. | 1.00 | 240.00 | 240.00 |
| 11/14/16 | Jeffrey Shaw | Follow-up emails regarding epiq software, printer, checks, etc. | 0.30 | 240.00 | 72.00 |
| 11/15/16 | Jeffrey Shaw | Follow-up with Epiq regarding accounting issues and emails regarding the same. | 0.30 | 240.00 | 72.00 |
| 11/16/16 | Jeffrey Shaw | Reviewed and familiarized with Epiq software. | 0.50 | 240.00 | 120.00 |
| 11/16/16 | Jeffrey Shaw | Call with Epiq regarding accounting software. | 0.50 | 240.00 | 120.00 |
| 11/18/16 | Jeffrey Shaw | Set up Epiq printer in order to process checks requested by receiver and researched and troubleshooted related issues. | 2.30 | 240.00 | 552.00 |
| 11/21/16 | Jeffrey Shaw | Follow-up regarding Epiq software and printer set up. | 0.20 | 240.00 | 48.00 |
| 11/21/16 | Jeffrey Shaw | Discussion with Epiq regarding general accounting issues. | 0.50 | 240.00 | 120.00 |
| | | **Total for Task Code 110.0000** | **7.70** | | **1,848.00** |
| **Task Code: 150.0000 - Data / Documentation Analysis** | | | | | |
| 11/15/16 | Jeffrey Shaw | Discussion with S3 regarding database issues. | 0.30 | 240.00 | 72.00 |
| 11/16/16 | Jeffrey Shaw | Email and follow-up regarding database issues with S3. | 0.30 | 240.00 | 72.00 |
| | | **Total for Task Code 150.0000** | **0.60** | | **144.00** |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 11/01/16 | Jeffrey Shaw | Discussion regarding analysis and additional tasks to be completed. | 0.50 | 240.00 | 120.00 |
| 11/02/16 | Matthew Babcock | Revised analysis of transactions involving Chase Bank, EVP and Payza. | 1.90 | 275.00 | 522.50 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 5 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/16 | Matthew Babcock | Spoke with S3 regarding preliminary injunction hearing and followed-up on related issues. | 1.60 | 275.00 | 440.00 |
| 11/02/16 | Matthew Babcock | Participated in conference call with Receiver, counsel and S3 and followed-up on related issues. | 0.70 | 275.00 | 192.50 |
| 11/02/16 | Matthew Babcock | Participated in conference call with Receiver, counsel, S3 and SEC. | 1.40 | 275.00 | 385.00 |
| 11/02/16 | Jeffrey Shaw | Analyzed member account activity | 2.70 | 240.00 | 648.00 |
| 11/02/16 | Jeffrey Shaw | Reviewed and updated | 0.60 | 240.00 | 144.00 |
| 11/02/16 | Jeffrey Shaw | Attended call with Receiver, Receiver counsel and others (including S3 and SEC) regarding analysis. | 1.40 | 240.00 | 336.00 |
| 11/02/16 | Jeffrey Shaw | Attended call with Receiver and S3 to discuss hearing. | 0.70 | 240.00 | 168.00 |
| 11/02/16 | Jeffrey Shaw | Call with S3 related to hearing preparation. | 1.00 | 240.00 | 240.00 |
| 11/04/16 | Matthew Babcock | Evaluated issues raised in preliminary injunction hearing and prepared related analysis. | 5.00 | 275.00 | 1,375.00 |
| 11/04/16 | Matthew Babcock | Spoke with S3 regarding case issues. | 0.60 | 275.00 | 165.00 |
| 11/04/16 | Jeffrey Shaw | Analyzed member payin and adpack data | 2.40 | 240.00 | 576.00 |
| 11/09/16 | Matthew Babcock | Prepared for and met with Receiver, counsel and S3 in order to discuss case analysis to be performed. | 1.90 | 275.00 | 522.50 |
| 11/09/16 | Jeffrey Shaw | Discussed analysis and tasks to be performed. | 0.50 | 240.00 | 120.00 |
| 11/09/16 | Jeffrey Shaw | Prepared for and attended meeting with Receiver and S3 to discuss case status and coordinate tasks. | 1.20 | 240.00 | 288.00 |
| 11/09/16 | Ray Strong | Met with Receiver to discuss status of assignments and work to be performed. | 1.00 | 295.00 | 295.00 |
| 11/10/16 | Jeffrey Shaw | Discussion regarding on-going analysis and analysis to be completed. | 0.30 | 240.00 | 72.00 |



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 6 of 15
Invoice # 48769
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/16 | Matthew Babcock | Spoke with S3 in order to coordinate case issues. | 0.30 | 275.00 | 82.50 |
| 11/15/16 | Ray Strong | Discussed assignments with BRG professionals. | 0.30 | 295.00 | 88.50 |
| 11/16/16 | Matthew Babcock | Prepared for and spoke with Receiver and counsel. | 0.70 | 275.00 | 192.50 |
| 11/16/16 | Jeffrey Shaw | Discussions regarding further analysis to be completed. | 0.30 | 240.00 | 72.00 |
| 11/16/16 | Jeffrey Shaw | Analyzed member account information , including, payin, cash out, and e-wallet activity and prepared schedule. | 2.00 | 240.00 | 480.00 |
| 11/17/16 | Matthew Babcock | Spoke with S3 regarding case issues and analyses. | 0.40 | 275.00 | 110.00 |
| 11/17/16 | Jeffrey Shaw | Discussion with S3 regarding case analysis and coordination of tasks. | 0.80 | 240.00 | 192.00 |
| 11/17/16 | Jeffrey Shaw | Analyzed member account information including, payin, cash out, and e-wallet activity and prepared schedule. | 1.40 | 240.00 | 336.00 |
| 11/17/16 | Jeffrey Shaw | Analyzed member account information , including payin, cash out, and e-wallet activity and prepared schedule. | 1.80 | 240.00 | 432.00 |
| 11/17/16 | Jeffrey Shaw | Continued to examine member account information and discussions regarding the same. | 0.70 | 240.00 | 168.00 |
| 11/18/16 | Matthew Babcock | Reviewed transcripts from preliminary injunction hearing and analyzed related issues. | 1.70 | 275.00 | 467.50 |
| 11/18/16 | Matthew Babcock | Spoke with S3 regarding case issues and analyses. | 0.30 | 275.00 | 82.50 |
| 11/18/16 | Jeffrey Shaw | Continued to analyze member account information and prepared schedule. | 0.50 | 240.00 | 120.00 |
| 11/18/16 | Jeffrey Shaw | Analyzed member account information including payin, cash out, and e-wallet activity and prepared schedule. | 1.00 | 240.00 | 240.00 |



**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 7 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/16 | Jeffrey Shaw | Continued to analyze member account information and prepared schedule. | 1.50 | 240.00 | 360.00 |
| 11/22/16 | Matthew Babcock | Spoke with S3 regarding case issues and analyses. | 0.50 | 275.00 | 137.50 |
| 11/22/16 | Jeffrey Shaw | Reviewed draft schedule regarding costs associated with buying clicks. | 0.50 | 240.00 | 120.00 |
| 11/22/16 | Jeffrey Shaw | Researched and analyzed data regarding cost to purchase clicks from traffic exchangers and discussion regarding the same. | 2.20 | 240.00 | 528.00 |
| 11/22/16 | Jason Strong | Provided paypal data to BRG professional | 0.50 | 210.00 | 105.00 |
| 11/29/16 | Matthew Babcock | Spoke with S3 regarding case issues. | 0.20 | 275.00 | 55.00 |
| | | **Total for Task Code 400.0000** | **43.00** | | **10,978.50** |

**Task Code: 410.0000 - Forensic Accounting Analysis - Traffic Monsoon**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/16 | Jason Strong | Queried data from TM database from payins table | 0.50 | 210.00 | 105.00 |
| 11/04/16 | Jason Strong | Analyzed php website code for forensic investigation. | 5.40 | 210.00 | 1,134.00 |
| 11/05/16 | Jason Strong | Analyze database, created queries | 3.50 | 210.00 | 735.00 |
| 11/07/16 | Jason Strong | Imported trafficm_site2 from mysql2 server and imported tables to SQL server. | 1.80 | 210.00 | 378.00 |
| 11/07/16 | Ray Strong | Reviewed and analyzed Payin_Products table data. | 2.10 | 295.00 | 619.50 |
| 11/16/16 | Jason Strong | Reviewed and analyzed TM Database activity and TM website code. | 0.80 | 210.00 | 168.00 |
| 11/21/16 | Jason Strong | Created screen shot of public web page into .pdf format. | 0.50 | 210.00 | 105.00 |
| | | **Total for Task Code 410.0000** | **14.60** | | **3,244.50** |

**Task Code: 440.0000 - Forensic Accounting Analysis - PayPal**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 3.10 | 295.00 | 914.50 |
| 11/09/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 2.10 | 295.00 | 619.50 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 8 of 15
Invoice # 48769
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/16 | Jason Strong | Analyzed TM Database transactions and Paypal activity. | 1.50 | 210.00 | 315.00 |
| 11/15/16 | Jason Strong | Analyzed TM Database transactions and Paypal activity. | 2.00 | 210.00 | 420.00 |
| 11/15/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 3.10 | 295.00 | 914.50 |
| 11/20/16 | Jason Strong | Analyzed TM Database transactions and Paypal activity. | 2.50 | 210.00 | 525.00 |
| 11/21/16 | Jason Strong | Analyzed TM Database transactions and Paypal activity. | 1.00 | 210.00 | 210.00 |
| 11/22/16 | Jason Strong | Analyzed TM Database transactions and Paypal activity. | 2.50 | 210.00 | 525.00 |
| 11/22/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 1.20 | 295.00 | 354.00 |
| 11/28/16 | Ray Strong | Reviewed and analyzed Paypal transaction data. | 1.70 | 295.00 | 501.50 |
| | | **Total for Task Code 440.0000** | **20.70** | | **5,299.00** |

**Task Code: 450.0000 - Forensic Accounting Analysis - Payza**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/16 | Jeffrey Shaw | Reviewed and downloaded Payza transactions. | 2.80 | 240.00 | 672.00 |
| 11/07/16 | Jeffrey Shaw | Reviewed and collected Payza data. | 2.00 | 240.00 | 480.00 |
| 11/08/16 | Matthew Babcock | Analyzed Payza transactions. | 0.70 | 275.00 | 192.50 |
| 11/08/16 | Jeffrey Shaw | Reviewed and collected Payza data. | 3.10 | 240.00 | 744.00 |
| 11/09/16 | Matthew Babcock | Analyzed Payza transactions. | 0.40 | 275.00 | 110.00 |
| 11/09/16 | Jeffrey Shaw | Reviewed and collected Payza data. | 2.00 | 240.00 | 480.00 |
| 11/10/16 | Matthew Babcock | Analyzed Payza transactions. | 0.20 | 275.00 | 55.00 |
| 11/10/16 | Jeffrey Shaw | Reviewed emails and coordinated call with Payza representative. | 0.40 | 240.00 | 96.00 |
| 11/11/16 | Matthew Babcock | Analyzed recent Payza data production and compared to other data sources, including initial data production and website downloads. | 2.50 | 275.00 | 687.50 |
| 11/11/16 | Jeffrey Shaw | Emails and discussion regarding Payza data and analysis. | 0.30 | 240.00 | 72.00 |
| 11/11/16 | Jeffrey Shaw | Reviewed Payza data to determine differences in transaction data files received. | 2.00 | 240.00 | 480.00 |



Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 9 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/16 | Matthew Babcock | Prepared for and participated in conference call with Receiver, counsel and Payza. | 0.80 | 275.00 | 220.00 |
| 11/14/16 | Matthew Babcock | Analyzed recent Payza data productions for US and UK accounts. | 1.20 | 275.00 | 330.00 |
| 11/14/16 | Jeffrey Shaw | Examined and discussed Payza UK account data provided. | 1.60 | 240.00 | 384.00 |
| 11/14/16 | Jeffrey Shaw | Continued to review Payza data to determine differences in transaction data files received. | 0.80 | 240.00 | 192.00 |
| 11/14/16 | Jeffrey Shaw | Coordinated call with Payza. | 0.50 | 240.00 | 120.00 |
| 11/14/16 | Jeffrey Shaw | Prepared for and attended call with Receiver, counsel and Payza representative. | 1.30 | 240.00 | 312.00 |
| 11/14/16 | Jeffrey Shaw | Prepared emails regarding additional data and information to be provided by Payza. | 0.80 | 240.00 | 192.00 |
| 11/15/16 | Matthew Babcock | Continued analysis of recent Payza data productions for US and UK accounts. | 1.40 | 275.00 | 385.00 |
| 11/15/16 | Jeffrey Shaw | Coordinated call with Receiver and S3 regarding Payza transaction data. | 0.20 | 240.00 | 48.00 |
| 11/15/16 | Jeffrey Shaw | Follow-up regarding Payza information requested and emails regarding the same. | 0.30 | 240.00 | 72.00 |
| 11/15/16 | Jeffrey Shaw | Examined and evaluated Payza UK account data and discussed findings. | 4.90 | 240.00 | 1,176.00 |
| 11/16/16 | Jeffrey Shaw | Discussions and emails regarding access to Payza UK account. | 0.30 | 240.00 | 72.00 |
| 11/16/16 | Jeffrey Shaw | Prepared for and attended call with Receiver regarding Payza data. | 1.90 | 240.00 | 456.00 |
| 11/17/16 | Matthew Babcock | Examined recent Payza data production for UK account, including analysis of data available via online access. | 0.80 | 275.00 | 220.00 |
| 11/17/16 | Jeffrey Shaw | Reviewed Payza UK online account information and balance information and emails regarding the same. | 0.50 | 240.00 | 120.00 |
| 11/17/16 | Jeffrey Shaw | Reviewed and replied to emails regarding Payza UK account access. | 0.30 | 240.00 | 72.00 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 10 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/16 | Ray Strong | Attended call with BRG professionals regarding Payza analysis. | 0.50 | 295.00 | 147.50 |
| 11/22/16 | Jeffrey Shaw | Reviewed and discussed response to information request from Payza. | 0.40 | 240.00 | 96.00 |
| 11/23/16 | Jeffrey Shaw | Reviewed Payza data and information provided and drafted response. | 1.70 | 240.00 | 408.00 |
| 11/23/16 | Jeffrey Shaw | Evaluated Payza data and performed calculations to test reconciliation to account balance. | 2.30 | 240.00 | 552.00 |
| 11/28/16 | Matthew Babcock | Analyzed Payza data and related responses from Payza representatives. | 1.10 | 275.00 | 302.50 |
| 11/28/16 | Jeffrey Shaw | Reviewed, discussed and finalized response regarding Payza data. | 0.60 | 240.00 | 144.00 |
| 11/28/16 | Jeffrey Shaw | Reviewed and discussed response to Payza email. | 0.70 | 240.00 | 168.00 |
| 11/29/16 | Matthew Babcock | Analyzed Payza data. | 0.30 | 275.00 | 82.50 |
| | | **Total for Task Code 450.0000** | 41.60 | | 10,340.50 |

**Task Code: 470.0000 - Forensic Accounting Analysis - EVP / Paysera**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/16 | Jeffrey Shaw | Reviewed EVP transactions and supporting data. | 0.50 | 240.00 | 120.00 |
| 11/02/16 | Jeffrey Shaw | Call with Receiver counsel regarding EVP analysis. | 0.10 | 240.00 | 24.00 |
| 11/02/16 | Jeffrey Shaw | Reviewed and updated EVP transactions exhibit and email regarding the same. | 1.00 | 240.00 | 240.00 |
| 11/02/16 | Ray Strong | Analyzed and addressed EVP analysis with BRG professional. | 0.50 | 295.00 | 147.50 |
| 11/04/16 | Matthew Babcock | Analyzed EVP transactions and discussed related issues with Receiver and counsel. | 1.20 | 275.00 | 330.00 |
| 11/04/16 | Jeffrey Shaw | Analyzed bank and payment processor transaction data and documentation in order to respond to Receiver inquiry regarding EVP. | 1.70 | 240.00 | 408.00 |
| 11/04/16 | Jeffrey Shaw | Attended call with Receiver regarding EVP transactions. | 0.30 | 240.00 | 72.00 |
| | | **Total for Task Code 470.0000** | 5.30 | | 1,341.50 |

**Task Code: 600.0000 - Tax Compliance & Analysis - Domestic**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/16 | Matthew Babcock | Analyzed tax issues. | 3.20 | 275.00 | 880.00 |


**BRG**
Berkeley Research Group

| | | |
|---|---|---|
| **To:** Ms. Peggy Hunt | | Page 11 of 15 |
| **c/o:** Dorsey & Whitney LLP | | Invoice # 48769 |
| **RE:** Traffic Monsoon Receivership | | Client-Matter: 00997-014823 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/16 | Vernon Calder | Analyzed tax issues Discussed with accountants. | 1.70 | 320.00 | 544.00 |
| 11/30/16 | Leif Larsen | Analyzed potential tax issues that may arise. | 1.50 | 275.00 | 412.50 |
| 11/30/16 | Jeffrey Shaw | Reviewed and discussed tax issues. | 0.90 | 240.00 | 216.00 |
| | | **Total for Task Code 600.0000** | **7.30** | | **2,052.50** |

**Task Code: 940.0000 - Hearing Preparation / Attendance**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/16 | Matthew Babcock | Prepared for and attended preliminary injunction hearing and followed-up on related issues. | 7.60 | 275.00 | 2,090.00 |
| 11/01/16 | Jeffrey Shaw | Prepared for and attended preliminary injunction hearing. | 7.50 | 240.00 | 1,800.00 |
| 11/01/16 | Jason Strong | Attended preliminary injunction hearing with Receiver. | 6.00 | 210.00 | 1,260.00 |
| 11/01/16 | Ray Strong | Prepared for testimony in preliminary injunction hearing. | 1.50 | 295.00 | 442.50 |
| 11/01/16 | Ray Strong | Attended SEC preliminary injunction hearing. | 6.00 | 295.00 | 1,770.00 |
| 11/02/16 | Jason Strong | Analyzed TM database activity for preliminary injunction hearing. | 1.20 | 210.00 | 252.00 |
| 11/02/16 | Ray Strong | Prepared for testimony in SEC hearing. | 4.00 | 295.00 | 1,180.00 |
| 11/03/16 | Matthew Babcock | Prepared for and attended preliminary injunction hearing and followed-up on related issues. | 7.70 | 275.00 | 2,117.50 |
| 11/03/16 | Jeffrey Shaw | Prepared for and attended preliminary injunction hearing. | 7.50 | 240.00 | 1,800.00 |
| 11/03/16 | Jason Strong | Attended preliminary injunction hearing with Receiver. | 7.00 | 210.00 | 1,470.00 |
| 11/03/16 | Ray Strong | Prepared for testimony in preliminary injunction SEC hearing. | 1.50 | 295.00 | 442.50 |
| 11/03/16 | Ray Strong | Attended SEC preliminary injunction hearing. | 7.00 | 295.00 | 2,065.00 |
| 11/04/16 | Jeffrey Shaw | Reviewed and updated Chaudhry exhibit in connection with preliminary injunction hearing. | 0.50 | 240.00 | 120.00 |
| 11/07/16 | Matthew Babcock | Updated preliminary injunction hearing analysis. | 2.10 | 275.00 | 577.50 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 12 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/16 | Matthew Babcock | Prepared for and spoke with Receiver, counsel, S3 and SEC regarding preliminary injunction hearing. | 1.40 | 275.00 | 385.00 |
| 11/07/16 | Jeffrey Shaw | Attended call with Receiver, Receiver counsel and others (including S3 and SEC) to discuss hearing and related issues. | 1.30 | 240.00 | 312.00 |
| 11/07/16 | Jason Strong | Attended conference call with Receiver regarding preliminary injunction hearing. | 1.20 | 210.00 | 252.00 |
| 11/07/16 | Ray Strong | Attended call with Receiver regarding preliminary injunction hearing issues. | 1.20 | 295.00 | 354.00 |
| 11/08/16 | Matthew Babcock | Evaluated issues raised during preliminary injunction hearing. | 1.50 | 275.00 | 412.50 |
| 11/09/16 | Matthew Babcock | Analyzed issues raised during preliminary injunction hearing and prepared narrative for inclusion in Receiver position paper. | 3.20 | 275.00 | 880.00 |
| 11/10/16 | Matthew Babcock | Continued analysis of issues raised during preliminary injunction hearing and prepared narrative for inclusion in Receiver position paper. | 4.50 | 275.00 | 1,237.50 |
| 11/10/16 | Jeffrey Shaw | Reviewed and discussed in connection with Receiver position paper. | 0.90 | 240.00 | 216.00 |
| 11/11/16 | Matthew Babcock | Continued analysis of issues raised during preliminary injunction hearing and prepared narrative for inclusion in Receiver position paper. | 2.20 | 275.00 | 605.00 |
| 11/11/16 | Jeffrey Shaw | Discussions regarding issues to be included in Receiver position paper. | 0.40 | 240.00 | 96.00 |
| 11/14/16 | Matthew Babcock | Continued analysis of issues raised during preliminary injunction hearing and prepared narrative for inclusion in Receiver position paper. | 4.30 | 275.00 | 1,182.50 |
| 11/15/16 | Matthew Babcock | Continued analysis of issues raised during preliminary injunction hearing and prepared narrative for inclusion in Receiver position paper. | 4.20 | 275.00 | 1,155.00 |


**Berkeley Research Group**

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 13 of 15
Invoice # 48769
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/16 | Matthew Babcock | Evaluated issues raised during preliminary injunction hearing and updated narrative for inclusion in Receiver position paper. | 1.10 | 275.00 | 302.50 |
| 11/16/16 | Jeffrey Shaw | Reviewed draft for inclusion in Receiver position paper. | 1.70 | 240.00 | 408.00 |
| 11/17/16 | Matthew Babcock | Continued evaluation of issues raised during preliminary injunction hearing and updated narrative for inclusion in Receiver position paper. | 0.80 | 275.00 | 220.00 |
| 11/17/16 | Matthew Babcock | Reviewed transcripts from preliminary injunction hearing. | 0.80 | 275.00 | 220.00 |
| 11/18/16 | Ray Strong | Reviewed and analyzed testimony transcripts from preliminary injunction hearing for Receiver position brief. | 6.10 | 295.00 | 1,799.50 |
| 11/21/16 | Matthew Babcock | Continued review of transcripts from preliminary injunction hearing and updated related analysis. | 4.60 | 275.00 | 1,265.00 |
| 11/21/16 | Jeffrey Shaw | Review and discussion | 1.00 | 240.00 | 240.00 |
| 11/21/16 | Ray Strong | Reviewed and analyzed testimony transcripts from preliminary injunction hearing for Receiver position brief. | 1.70 | 295.00 | 501.50 |
| 11/21/16 | Ray Strong | Reviewed and analyzed preliminary injunction hearing exhibits for Receiver position brief. | 2.10 | 295.00 | 619.50 |
| 11/21/16 | Ray Strong | Reviewed and analyzed preliminary injunction hearing issues for Receiver position brief. | 4.70 | 295.00 | 1,386.50 |
| 11/22/16 | Matthew Babcock | Reviewed transcripts from preliminary injunction hearing and analyzed related issues. | 4.40 | 275.00 | 1,210.00 |
| 11/22/16 | Matthew Babcock | Prepared for and met with Receiver, counsel, and S3. | 1.20 | 275.00 | 330.00 |
| 11/22/16 | Jeffrey Shaw | Prepared for and attended meeting with Receiver, counsel and S3 regarding Receiver position paper. | 2.00 | 240.00 | 480.00 |
| 11/22/16 | Jeffrey Shaw | Reviewed and discussed draft of Receiver Position Paper. | 1.40 | 240.00 | 336.00 |



**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 14 of 15  
Invoice # 48769  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/16 | Ray Strong | Discussed Receiver position brief issues with BRG professionals. | 0.30 | 295.00 | 88.50 |
| 11/22/16 | Ray Strong | Attended meeting with Receiver regarding Receiver's position brief for preliminary injunction hearing. | 1.10 | 295.00 | 324.50 |
| 11/29/16 | Matthew Babcock | Reviewed Receiver statement, SEC brief and related filings and Scoville memorandum and related filings and analyzed related issues. | 3.60 | 275.00 | 990.00 |
| 11/29/16 | Jeffrey Shaw | Reviewed and discussed Scoville case pleadings, including Brief, Proposed Findings of Fact and Proposed Findings of Law. | 1.90 | 240.00 | 456.00 |
| 11/29/16 | Jeffrey Shaw | Reviewed and discussed Receiver's Post Hearing Statement. | 0.90 | 240.00 | 216.00 |
| 11/29/16 | Jeffrey Shaw | Reviewed and discussed SEC case pleadings, including Brief and Proposed Findings of Fact. | 1.30 | 240.00 | 312.00 |
| 11/30/16 | Matthew Babcock | Prepared for and attended hearing. | 5.20 | 275.00 | 1,430.00 |
| 11/30/16 | Jeffrey Shaw | Prepared for and attended preliminary injunction hearing. | 5.20 | 240.00 | 1,248.00 |
| 11/30/16 | Ray Strong | Attended preliminary injunction hearing for closing arguments. | 4.10 | 295.00 | 1,209.50 |
| | | **Total for Task Code 940.0000** | 150.60 | | 40,067.50 |
| **Professional Services** | | | 291.40 | | 75,316.00 |


**Berkeley Research Group**

| | |
|---|---|
| To: Ms. Peggy Hunt | Page 15 of 15 |
| c/o: Dorsey & Whitney LLP | Invoice # 48769 |
| RE: Traffic Monsoon Receivership | Client-Matter: 00997-014823 |

### DETAIL OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/30/16 | S3 Advisory LLC - Data Retrieval - Pacer Charges Timekeeper : 00354 - Strong, Ray Invoice #: 1100.EXP Vchr Comment: Services and expenses of Ray Strong on matter #14823 during November 2016. | 17.40 |
| 11/30/16 | S3 Advisory LLC - Data Retrieval - TLO Charges Timekeeper : 00354 - Strong, Ray Invoice #: 1100.EXP Vchr Comment: Services and expenses of Ray Strong on matter #14823 during November 2016. | 15.00 |
| 11/30/16 | S3 Advisory LLC - Photocopies Invoice #: 1100.EXP Vchr Comment: Services and expenses of Ray Strong on matter #14823 during November 2016. Timekeeper : 00354 - Strong, Ray | 27.20 |
| 11/30/16 | S3 Advisory LLC - Travel - Parking x3 (NR) Timekeeper : 00354 - Strong, Ray Invoice #: 1100.EXP Vchr Comment: Services and expenses of Ray Strong on matter #14823 during November 2016. | 18.00 |

**Expenses**  77.60