# EXHIBIT C-4




Ms. Peggy Hunt
Dorsey & Whitney LLP
Kearns Building
136 South Main Street
Suite 1000
Salt Lake City, UT 84101

**Via Email: hunt.peggy@dorsey.com**

February 13, 2017
Client-Matter: 997-14823
Invoice #: 49365
Tax ID # 27-1451273

---

**RE: Traffic Monsoon Receivership**

Services Rendered From December 1, 2016 Through December 31, 2016

| | | |
|---|---|---|
| Professional Services | $ 35,652.40 | USD |
| **CURRENT CHARGES** | **$ 35,652.40** | **USD** |




**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership


**Invoice #** 49365
**Client-Matter:** 00997-014823

Services Rendered From December 1, 2016 Through December 31, 2016

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Vernon Calder | 320.00 | 1.50 | 480.00 |
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 37.30 | 11,003.50 |
| **Senior Managing Consultant** | | | |
| Howard Berkowitz | 392.00 | 0.20 | 78.40 |
| Matthew Babcock | 275.00 | 44.20 | 12,155.00 |
| Leif Larsen | 275.00 | 1.20 | 330.00 |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 240.00 | 48.40 | 11,616.00 |
| **Total Professional Services** | | **132.80** | **35,652.40** |




**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership


**Invoice #** 49365
**Client-Matter:** 00997-014823

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 110.0000 | General Accounting Issues | 11.10 | 2,664.00 |
| 400.0000 | Forensic Accounting Analysis - General | 5.80 | 1,500.50 |
| 410.0000 | Forensic Accounting Analysis - Traffic Monsoon | 11.40 | 3,363.00 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 26.50 | 7,214.00 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 24.20 | 7,123.00 |
| 450.0000 | Forensic Accounting Analysis - Payza | 19.50 | 4,766.40 |
| 460.0000 | Forensic Accounting Analysis - STP | 1.60 | 440.00 |
| 600.0000 | Tax Compliance & Analysis - Domestic | 13.30 | 3,652.50 |
| 710.0000 | [illegible] | 19.40 | 4,929.00 |
| **Total Professional Services** | | **132.80** | **35,652.40** |



Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership


Invoice # 49365
Client-Matter: 00997-014823

Services Rendered From December 1, 2016 Through December 31, 2016

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 12/01/16 | Jeffrey Shaw | Reviewed and responded to emails regarding Epiq and general accounting issues. | 0.30 | 240.00 | 72.00 |
| 12/01/16 | Jeffrey Shaw | Created check request form. | 0.20 | 240.00 | 48.00 |
| 12/02/16 | Jeffrey Shaw | Prepared Receiver quarterly report and trouble shoot issues. | 1.30 | 240.00 | 312.00 |
| 12/05/16 | Jeffrey Shaw | Follow-up regarding Epiq reporting issues. | 0.30 | 240.00 | 72.00 |
| 12/06/16 | Jeffrey Shaw | Discussions with Epiq representatives regarding reporting issues. | 1.00 | 240.00 | 240.00 |
| 12/07/16 | Jeffrey Shaw | Discussion and email to Receiver regarding tax/Epiq issues. | 0.50 | 240.00 | 120.00 |
| 12/13/16 | Jeffrey Shaw | Responded to email from Receiver regarding quarterly report and general accounting issues. | 0.20 | 240.00 | 48.00 |
| 12/14/16 | Jeffrey Shaw | Reviewed and responded to emails regarding outstanding payables. | 0.30 | 240.00 | 72.00 |
| 12/14/16 | Jeffrey Shaw | Follow-up regarding Epiq reporting. | 0.10 | 240.00 | 24.00 |
| 12/15/16 | Jeffrey Shaw | Discussion with Epiq regarding reporting / disbursement issues. | 0.70 | 240.00 | 168.00 |
| 12/15/16 | Jeffrey Shaw | Discussion with Signature Bank rep regarding payment procedures. | 0.20 | 240.00 | 48.00 |
| 12/15/16 | Jeffrey Shaw | Reviewed and prepared quarterly report for the quarter ended 9/30/16. | 0.80 | 240.00 | 192.00 |
| 12/16/16 | Jeffrey Shaw | Submitted wire requests to Receiver and discussions and emails regarding the same. | 0.50 | 240.00 | 120.00 |
| 12/16/16 | Jeffrey Shaw | Finalized and submitted quarterly report to Receiver and discussions and emails regarding the same. | 0.30 | 240.00 | 72.00 |
| 12/16/16 | Jeffrey Shaw | Review, discussion and preparation of outstanding payables. | 1.90 | 240.00 | 456.00 |
| 12/16/16 | Jeffrey Shaw | Emails regarding wire transfer procedures. | 0.40 | 240.00 | 96.00 |


Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership


**Invoice #** 49365
**Client-Matter:** 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/16 | Jeffrey Shaw | Finalized and coordinated payment of outstanding payables. | 0.50 | 240.00 | 120.00 |
| 12/20/16 | Jeffrey Shaw | Email to Receiver regarding cash transfer. | 0.10 | 240.00 | 24.00 |
| 12/21/16 | Jeffrey Shaw | Responded to inquiries from Receiver regarding status of quarterly report and payments. | 0.20 | 240.00 | 48.00 |
| 12/22/16 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables. | 0.50 | 240.00 | 120.00 |
| 12/22/16 | Jeffrey Shaw | Reviewed and updated quarterly report. | 0.50 | 240.00 | 120.00 |
| 12/28/16 | Jeffrey Shaw | Follow-up and emails regarding outstanding payables. | 0.30 | 240.00 | 72.00 |
| | | **Total for Task Code 110.0000** | **11.10** | | **2,664.00** |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 12/01/16 | Matthew Babcock | Spoke with S3 regarding case issues. | 0.20 | 275.00 | 55.00 |
| 12/01/16 | Matthew Babcock | Spoke with Receiver regarding case issues. | 0.20 | 275.00 | 55.00 |
| 12/05/16 | Matthew Babcock | Prepared for and met with Receiver, counsel and S3 in order to discuss case issues. | 1.80 | 275.00 | 495.00 |
| 12/05/16 | Jeffrey Shaw | Attended meeting with Receiver, Receiver's counsel and S3 to discuss tax issues and case analysis. | 1.40 | 240.00 | 336.00 |
| 12/08/16 | Jeffrey Shaw | Discussion with S3 professionals | 0.30 | 240.00 | 72.00 |
| 12/13/16 | Jeffrey Shaw | Discussion with Receiver counsel regarding outstanding issues. | 0.30 | 240.00 | 72.00 |
| 12/14/16 | Matthew Babcock | Examined and organized case files and records. | 0.90 | 275.00 | 247.50 |
| 12/21/16 | Jeffrey Shaw | Review and discussion of member activity in TM database. | 0.70 | 240.00 | 168.00 |
| | | **Total for Task Code 400.0000** | **5.80** | | **1,500.50** |
| **Task Code: 410.0000 - Forensic Accounting Analysis - Traffic Monsoon** | | | | | |
| 12/08/16 | Ray Strong | Reviewed and analyzed TM database data for cash receipts and disbursements analysis. | 3.10 | 295.00 | 914.50 |



Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership


**Invoice #** 49365
**Client-Matter:** 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/16 | Ray Strong | Reviewed and analyzed TM database data for cash receipts and disbursements analysis. | 3.50 | 295.00 | 1,032.50 |
| 12/20/16 | Ray Strong | Reviewed and analyzed TM database data for cash receipts and disbursements analysis. | 2.70 | 295.00 | 796.50 |
| 12/21/16 | Ray Strong | Reviewed and analyzed TM database data for cash receipts and disbursements analysis. | 2.10 | 295.00 | 619.50 |
| | | **Total for Task Code 410.0000** | **11.40** | | **3,363.00** |
| **Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank** | | | | | |
| 12/02/16 | Matthew Babcock | Reviewed and updated Chase Bank receipt and disbursement analysis (Chase 5868). | 1.20 | 275.00 | 330.00 |
| 12/02/16 | Matthew Babcock | Reviewed and updated Chase Bank receipt and disbursement analysis (Chase 8256). | 1.40 | 275.00 | 385.00 |
| 12/02/16 | Matthew Babcock | Reviewed and updated Chase Bank receipt and disbursement analysis (Chase 8876). | 0.50 | 275.00 | 137.50 |
| 12/02/16 | Jeffrey Shaw | Analyzed bank account transactions and data. | 1.80 | 240.00 | 432.00 |
| 12/09/16 | Matthew Babcock | Revised Chase Bank receipt and disbursement analysis (Chase 5868). | 1.00 | 275.00 | 275.00 |
| 12/09/16 | Matthew Babcock | Revised Chase Bank receipt and disbursement analysis (Chase 8256). | 0.30 | 275.00 | 82.50 |
| 12/09/16 | Matthew Babcock | Revised Chase Bank receipt and disbursement analysis (Chase 8876). | 0.30 | 275.00 | 82.50 |
| 12/15/16 | Matthew Babcock | Analyzed investor activity in Chase 8256 and compared to TM database. | 1.10 | 275.00 | 302.50 |
| 12/16/16 | Matthew Babcock | Analyzed investor activity in Chase 8256 and compared to TM database. | 2.40 | 275.00 | 660.00 |
| 12/19/16 | Matthew Babcock | Analyzed investor activity in Chase 8256 and compared to TM database. | 5.90 | 275.00 | 1,622.50 |
| 12/19/16 | Jeffrey Shaw | Discussion regarding Chase account analysis (Chase 8256). | 0.30 | 240.00 | 72.00 |
| 12/20/16 | Matthew Babcock | Analyzed investor activity in Chase 8256 and compared to TM database. | 5.30 | 275.00 | 1,457.50 |
| 12/21/16 | Matthew Babcock | Analyzed investor activity in Chase 8256 and compared to TM database. | 2.70 | 275.00 | 742.50 |



Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership


Invoice # 49365
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/16 | Matthew Babcock | Analyzed investor activity in Chase 5868 and compared to TM database. | 1.70 | 275.00 | 467.50 |
| 12/29/16 | Matthew Babcock | Analyzed investor activity in Chase 5868 and compared to TM database. | 0.60 | 275.00 | 165.00 |
| | | **Total for Task Code 420.0000** | **26.50** | | **7,214.00** |
| **Task Code: 440.0000 - Forensic Accounting Analysis - PayPal** | | | | | |
| 12/01/16 | Matthew Babcock | Analyzed PayPal data, including monthly receipt and disbursement activity. | 0.80 | 275.00 | 220.00 |
| 12/01/16 | Ray Strong | Reviewed and analyzed Paypal transaction activity. | 4.20 | 295.00 | 1,239.00 |
| 12/12/16 | Ray Strong | Reviewed and analyzed Paypal transaction activity. | 4.20 | 295.00 | 1,239.00 |
| 12/13/16 | Ray Strong | Reviewed and analyzed Paypal transaction activity. | 2.10 | 295.00 | 619.50 |
| 12/14/16 | Ray Strong | Reviewed and analyzed Paypal transaction activity. | 2.30 | 295.00 | 678.50 |
| 12/19/16 | Ray Strong | Reviewed and analyzed Paypal transaction activity. | 3.40 | 295.00 | 1,003.00 |
| 12/20/16 | Ray Strong | Reviewed and analyzed Paypal transaction activity. | 1.90 | 295.00 | 560.50 |
| 12/21/16 | Ray Strong | Reviewed and analyzed Paypal transaction activity. | 3.70 | 295.00 | 1,091.50 |
| 12/28/16 | Ray Strong | Reviewed and analyzed Paypal transaction activity. | 1.60 | 295.00 | 472.00 |
| | | **Total for Task Code 440.0000** | **24.20** | | **7,123.00** |
| **Task Code: 450.0000 - Forensic Accounting Analysis - Payza** | | | | | |
| 12/01/16 | Matthew Babcock | Analyzed Payza data, including monthly receipt and disbursement activity. | 0.40 | 275.00 | 110.00 |
| 12/01/16 | Jeffrey Shaw | Reviewed and evaluated Payza data. | 2.30 | 240.00 | 552.00 |
| 12/02/16 | Matthew Babcock | Analyzed Payza data and spoke with Payza counsel regarding related issues. | 1.20 | 275.00 | 330.00 |
| 12/02/16 | Jeffrey Shaw | Reviewed Payza data received and responded to Payza status email. | 1.00 | 240.00 | 240.00 |
| 12/02/16 | Jeffrey Shaw | Prepared for and attended call with Payza counsel regarding data request. | 0.80 | 240.00 | 192.00 |



Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership


**Invoice #** 49365
**Client-Matter:** 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/16 | Jeffrey Shaw | Reviewed Payza data and discussed analysis to be performed. | 0.70 | 240.00 | 168.00 |
| 12/02/16 | Jeffrey Shaw | Examined Payza receipt and disbursement activity. | 2.40 | 240.00 | 576.00 |
| 12/05/16 | Jeffrey Shaw | Continued to examine Payza receipt and disbursement activity. | 2.50 | 240.00 | 600.00 |
| 12/06/16 | Jeffrey Shaw | Reviewed and reconciled Payza transaction data. | 2.20 | 240.00 | 528.00 |
| 12/14/16 | Howard Berkowitz | Discussion with M. Babcock regarding STP subpoena and Payza production. | 0.20 | 392.00 | 78.40 |
| 12/16/16 | Jeffrey Shaw | Reviewed Payza responses and prepared master terms sheet. | 2.60 | 240.00 | 624.00 |
| 12/19/16 | Jeffrey Shaw | Continued review of Payza responses and preparation of master terms sheet. | 1.40 | 240.00 | 336.00 |
| 12/20/16 | Jeffrey Shaw | Analyzed Payza data and membership information. | 1.80 | 240.00 | 432.00 |
| | | **Total for Task Code 450.0000** | **19.50** | | **4,766.40** |
| **Task Code: 460.0000 - Forensic Accounting Analysis - STP** | | | | | |
| 12/09/16 | Matthew Babcock | Reviewed case files related to document request for Solid Trust Pay. | 0.30 | 275.00 | 82.50 |
| 12/12/16 | Matthew Babcock | Prepared document request for Solid Trust Pay, including identification of related entities / affiliates for inclusion in request. | 0.80 | 275.00 | 220.00 |
| 12/14/16 | Matthew Babcock | Finalized document request for Solid Trust Pay and provided same to Receiver and counsel. | 0.50 | 275.00 | 137.50 |
| | | **Total for Task Code 460.0000** | **1.60** | | **440.00** |
| **Task Code: 600.0000 - Tax Compliance & Analysis - Domestic** | | | | | |
| 12/01/16 | Matthew Babcock | Analyzed tax issues and discussed same with staff. | 3.40 | 275.00 | 935.00 |
| 12/01/16 | Vernon Calder | Performed tax research | 0.80 | 320.00 | 256.00 |
| 12/01/16 | Leif Larsen | Analyzed financial detail and identified potential tax issues. | 1.20 | 275.00 | 330.00 |
| 12/01/16 | Jeffrey Shaw | Evaluated and discussed tax issues. | 2.00 | 240.00 | 480.00 |



To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership


Invoice # 49365
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/16 | Jeffrey Shaw | Reviewed and discussion with S3 regarding tax issues. | 0.90 | 240.00 | 216.00 |
| 12/01/16 | Ray Strong | Discussed tax issues with BRG professionals. | 0.30 | 295.00 | 88.50 |
| 12/05/16 | Matthew Babcock | Analyzed tax issues. | 2.30 | 275.00 | 632.50 |
| 12/05/16 | Vernon Calder | Met with Receiver, counsel and accountants regarding potential tax issues in the case. | 0.70 | 320.00 | 224.00 |
| 12/05/16 | Ray Strong | Attended meeting with Receiver regarding case status and tax issues. | 1.50 | 295.00 | 442.50 |
| 12/07/16 | Jeffrey Shaw | Discussion | 0.20 | 240.00 | 48.00 |
| | | **Total for Task Code 600.0000** | **13.30** | | **3,652.50** |

**Task Code: 710.0000**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/16 | Jeffrey Shaw | Analyzed Chase account and Payza transaction data | 0.70 | 240.00 | 168.00 |
| 12/07/16 | Ray Strong | Discussed | 0.20 | 295.00 | 59.00 |
| 12/07/16 | Ray Strong | Reviewed and analyzed | 0.50 | 295.00 | 147.50 |
| 12/08/16 | Matthew Babcock | Analyzed bank and payment processor transactions and discussed same with staff and S3. | 3.80 | 275.00 | 1,045.00 |
| 12/08/16 | Jeffrey Shaw | Analyzed tax, bank and e-wallet transaction data and discussions regarding the same | 1.90 | 240.00 | 456.00 |
| 12/08/16 | Jeffrey Shaw | Examined case data and account transactions | 2.80 | 240.00 | 672.00 |
| 12/09/16 | Matthew Babcock | Continued analysis of bank and payment processor transactions | 1.70 | 275.00 | 467.50 |
| 12/09/16 | Jeffrey Shaw | Reviewed, updated and prepared supporting transaction data | 3.20 | 240.00 | 768.00 |



Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership


**Invoice #** 49365
**Client-Matter:** 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/16 | Jeffrey Shaw | Reviewed and prepared | 1.40 | 240.00 | 336.00 |
| 12/12/16 | Matthew Babcock | Reviewed and updated analysis of bank and payment processor transactions | 0.60 | 275.00 | 165.00 |
| 12/12/16 | Jeffrey Shaw | Reviewed, finalized | 2.00 | 240.00 | 480.00 |
| 12/14/16 | Matthew Babcock | Reviewed issues | 0.60 | 275.00 | 165.00 |
| | | **Total for Task Code 710.0000** | **19.40** | | **4,929.00** |
| **Professional Services** | | | **132.80** | | **35,652.40** |