EXHIBIT C-5



**BRG**
Berkeley Research Group

Ms. Peggy Hunt
Dorsey & Whitney LLP
Kearns Building
136 South Main Street
Suite 1000
Salt Lake City, UT 84101

February 24, 2017
Client-Matter: 997-14823
Invoice #: 49803
Tax ID # 27-1451273

Via Email: hunt.peggy@dorsey.com

RE: Traffic Monsoon Receivership

Services Rendered From January 1, 2017 Through January 31, 2017

| | | |
|---|---:|---|
| Professional Services | $ 35,818.50 | USD |
| Expenses Incurred | 107.06 | |
| **CURRENT CHARGES** | $ 35,925.56 | **USD** |



To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 2 of 14
Invoice # 49803
Client-Matter: 00997-014823

Services Rendered From January 1, 2017 Through January 31, 2017

### PROFESSIONAL SERVICES

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director**<br>Vernon Calder | 325.00 | 7.50 | 2,437.50 |
| **Director (Legacy)**<br>Ray Strong | 295.00 | 40.70 | 12,006.50 |
| **Associate Director**<br>Matthew Babcock | 275.00 | 23.70 | 6,517.50 |
| **Senior Managing Consultant**<br>Leif Larsen | 275.00 | 11.30 | 3,107.50 |
| **Managing Consultant**<br>Jeffrey Shaw | 250.00 | 43.60 | 10,900.00 |
| **Senior Associate**<br>Jason Strong | 210.00 | 3.60 | 756.00 |
| **Case Assistant**<br>Victoria Calder | 85.00 | 1.10 | 93.50 |
| **Total Professional Services** | | 131.50 | 35,818.50 |

### EXPENSES

| | |
|---|---|
| Computer Software | 4.00 |
| Data Retrieval | 66.00 |
| Photocopies | 32.00 |
| Postage | 5.06 |
| **Total Expenses** | 107.06 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 3 of 14
Invoice # 49803
Client-Matter: 00997-014823

## SUMMARY BY TASK CODE

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 110.0000 | General Accounting Issues | 4.90 | 1,225.00 |
| 120.0000 | Monthly Operating Report Preparation | 0.50 | 125.00 |
| 400.0000 | Forensic Accounting Analysis - General | 5.50 | 1,491.00 |
| 410.0000 | Forensic Accounting Analysis - Traffic Monsoon | 13.70 | 3,887.00 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 12.80 | 3,317.50 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 20.90 | 6,165.50 |
| 450.0000 | Forensic Accounting Analysis - Payza | 10.20 | 2,705.00 |
| 470.0000 | Forensic Accounting Analysis - EVP / Paysera | 1.80 | 450.00 |
| 600.0000 | Tax Compliance & Analysis - Domestic | 55.00 | 14,742.00 |
| 710.0000 |  | 6.20 | 1,710.50 |
| **Total Professional Services** |  | **131.50** | **35,818.50** |



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 4 of 14
Invoice # 49803
Client-Matter: 00997-014823

Services Rendered From January 1, 2017 Through January 31, 2017

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 01/03/17 | Jeffrey Shaw | Prepared and coordinated payment of outstanding payables and discussion regarding related matters. | 1.00 | 250.00 | 250.00 |
| 01/03/17 | Jeffrey Shaw | Reviewed and prepared payment for outstanding payables and emails regarding the same. | 0.50 | 250.00 | 125.00 |
| 01/04/17 | Jeffrey Shaw | Follow-up with Epiq regarding reporting issues. | 0.20 | 250.00 | 50.00 |
| 01/09/17 | Jeffrey Shaw | Emails regarding meeting with Epiq. | 0.20 | 250.00 | 50.00 |
| 01/11/17 | Jeffrey Shaw | Reviewed and responded to emails from Epiq regarding accounting issues. | 0.20 | 250.00 | 50.00 |
| 01/12/17 | Jeffrey Shaw | Review and emails regarding Snoork payments. | 0.20 | 250.00 | 50.00 |
| 01/13/17 | Jeffrey Shaw | Prepare for and attend call with Epiq regarding accounting issues. | 0.40 | 250.00 | 100.00 |
| 01/17/17 | Jeffrey Shaw | Reviewed and responded to emails regarding Epiq reporting issues. | 0.20 | 250.00 | 50.00 |
| 01/17/17 | Jeffrey Shaw | Coordinated check signature of Receiver and discussion regarding related accounting issues. | 0.50 | 250.00 | 125.00 |
| 01/17/17 | Jeffrey Shaw | Reviewed and prepared payment of outstanding payables. | 0.30 | 250.00 | 75.00 |
| 01/18/17 | Jeffrey Shaw | Prepared payment for outstanding payables. | 0.20 | 250.00 | 50.00 |
| 01/18/17 | Jeffrey Shaw | Follow up regarding payment of outstanding payables. | 0.20 | 250.00 | 50.00 |
| 01/24/17 | Jeffrey Shaw | Discussion with Receiver regarding disbursements and reporting. | 0.20 | 250.00 | 50.00 |
| 01/25/17 | Jeffrey Shaw | Reviewed and responded to email regarding outstanding payables. | 0.10 | 250.00 | 25.00 |
| 01/30/17 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables. | 0.30 | 250.00 | 75.00 |
| 01/30/17 | Jeffrey Shaw | Reviewed and responded to email regarding Epiq reporting. | 0.20 | 250.00 | 50.00 |
| | | **Total for Task Code 110.0000** | **4.90** | | **1,225.00** |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 5 of 14  
Invoice # 49803  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 120.0000 - Monthly Operating Report Preparation** | | | | | |
| 01/24/17 | Jeffrey Shaw | Reviewed quarterly report for the quarter ending 12/31/16. | 0.50 | 250.00 | 125.00 |
| | | Total for Task Code 120.0000 | 0.50 | | 125.00 |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 01/05/17 | Matthew Babcock | Reviewed status of case analysis and followed-up on related matters. | 1.20 | 275.00 | 330.00 |
| 01/05/17 | Matthew Babcock | Spoke with S3 regarding status of case. | 0.40 | 275.00 | 110.00 |
| 01/05/17 | Jeffrey Shaw | Review and discussion with S3 regarding status of analysis. | 0.40 | 250.00 | 100.00 |
| 01/05/17 | Jeffrey Shaw | Reviewed status of forensic analysis. | 0.40 | 250.00 | 100.00 |
| 01/05/17 | Ray Strong | Attended status call with BRG regarding assignments. | 0.30 | 295.00 | 88.50 |
| 01/11/17 | Matthew Babcock | Prepared for and participated in conference call with Receiver and counsel. | 0.90 | 275.00 | 247.50 |
| 01/19/17 | Matthew Babcock | Evaluated status of case issues. | 0.40 | 275.00 | 110.00 |
| 01/30/17 | Matthew Babcock | Reviewed and updated potential insider / related party analysis. | 1.20 | 275.00 | 330.00 |
| 01/31/17 | Jeffrey Shaw | Evaluated tasks and analysis to be completed. | 0.30 | 250.00 | 75.00 |
| | | Total for Task Code 400.0000 | 5.50 | | 1,491.00 |
| **Task Code: 410.0000 - Forensic Accounting Analysis - Traffic Monsoon** | | | | | |
| 01/11/17 | Matthew Babcock | Analyzed Traffic Monsoon database transactions related to disbursements to members. | 0.50 | 275.00 | 137.50 |
| 01/11/17 | Ray Strong | Reviewed and analyzed TM database transactions and tables for cash analysis. | 3.50 | 295.00 | 1,032.50 |
| 01/13/17 | Ray Strong | Reviewed and analyzed TM database transactions and tables for cash analysis. | 4.70 | 295.00 | 1,386.50 |
| 01/17/17 | Ray Strong | Reviewed and analyzed TM database transactions and tables for cash analysis. | 3.30 | 295.00 | 973.50 |
| 01/25/17 | Jason Strong | Analyzed and queried member activity from TM database for forensic accounting analysis. | 0.20 | 210.00 | 42.00 |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 6 of 14  
Invoice # 49803  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/31/17 | Jason Strong | Analyzed and queried member activity in TM database | 1.50 | 210.00 | 315.00 |
| | | **Total for Task Code 410.0000** | **13.70** | | **3,887.00** |

**Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/17 | Matthew Babcock | Analyzed investor activity in Chase 5868 and compared to TM database. | 2.60 | 275.00 | 715.00 |
| 01/03/17 | Matthew Babcock | Examined recent document production received from Chase Bank. | 0.80 | 275.00 | 220.00 |
| 01/03/17 | Jeffrey Shaw | Reviewed and organized Chase document production. | 1.50 | 250.00 | 375.00 |
| 01/04/17 | Matthew Babcock | Analyzed investor activity in Chase 5868 and compared to TM database. | 0.90 | 275.00 | 247.50 |
| 01/04/17 | Jeffrey Shaw | Reviewed Chase production in order to determine outstanding items. | 0.50 | 250.00 | 125.00 |
| 01/04/17 | Jeffrey Shaw | Continued review and organization of Chase document production. | 2.30 | 250.00 | 575.00 |
| 01/05/17 | Jeffrey Shaw | Continued review of Chase production in order to determine outstanding items. | 0.90 | 250.00 | 225.00 |
| 01/17/17 | Matthew Babcock | Analyzed Chase Bank account transactions. | 0.40 | 275.00 | 110.00 |
| 01/17/17 | Jeffrey Shaw | Reviewed bank account documents and transaction detail and provided information to Receiver. | 1.40 | 250.00 | 350.00 |
| 01/19/17 | Jeffrey Shaw | Reviewed Chase bank docs and emails regarding the same. | 0.50 | 250.00 | 125.00 |
| 01/20/17 | Jeffrey Shaw | Discussion with Receiver counsel regarding Chase data. | 0.20 | 250.00 | 50.00 |
| 01/20/17 | Jeffrey Shaw | Reviewed and responded to email correspondence regarding Chase statements. | 0.20 | 250.00 | 50.00 |
| 01/23/17 | Jeffrey Shaw | Reviewed and responded to emails regarding Chase docs. | 0.30 | 250.00 | 75.00 |
| 01/24/17 | Jeffrey Shaw | Reviewed Chase documents and responded to emails from Receiver regarding bank transactions. | 0.30 | 250.00 | 75.00 |
| | | **Total for Task Code 420.0000** | **12.80** | | **3,317.50** |

**Task Code: 440.0000 - Forensic Accounting Analysis - PayPal**



**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 7 of 14  
Invoice # 49803  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/17 | Ray Strong | Reviewed and analyzed Paypal transactional data for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 01/06/17 | Ray Strong | Reviewed and analyzed Paypal transactional data for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 01/09/17 | Ray Strong | Reviewed and analyzed Paypal transactional data for cash receipts and disbursement analysis. | 4.90 | 295.00 | 1,445.50 |
| 01/13/17 | Ray Strong | Reviewed and analyzed Paypal transactional data for cash receipts and disbursement analysis. | 3.90 | 295.00 | 1,150.50 |
| 01/17/17 | Ray Strong | Reviewed and analyzed Paypal transactional data for cash receipts and disbursement analysis. | 2.80 | 295.00 | 826.00 |
| 01/18/17 | Ray Strong | Reviewed and analyzed Paypal transactional data for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| | | **Total for Task Code 440.0000** | **20.90** | | **6,165.50** |

**Task Code: 450.0000 - Forensic Accounting Analysis - Payza**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/17 | Jeffrey Shaw | Follow-up regarding Payza data. | 0.30 | 250.00 | 75.00 |
| 01/16/17 | Jeffrey Shaw | Coordinated call with Payza. | 0.20 | 250.00 | 50.00 |
| 01/18/17 | Matthew Babcock | Analyzed Payza data and status of responses from Payza regarding same. | 1.50 | 275.00 | 412.50 |
| 01/18/17 | Jeffrey Shaw | Examined Payza data in preparation for call. | 0.80 | 250.00 | 200.00 |
| 01/19/17 | Matthew Babcock | Analyzed Payza transactions. | 0.20 | 275.00 | 55.00 |
| 01/20/17 | Matthew Babcock | Prepared for and spoke with Payza representative regarding transaction data and followed-up on related matters. | 1.40 | 275.00 | 385.00 |
| 01/20/17 | Jeffrey Shaw | Reviewed and discussed Payza data and prepared follow-up email regarding additional information request. | 1.40 | 250.00 | 350.00 |
| 01/20/17 | Jeffrey Shaw | Prepared for and attended call with Payza. | 1.10 | 250.00 | 275.00 |
| 01/31/17 | Matthew Babcock | Analyzed EVP transactions and reported findings to Receiver and counsel. | 3.10 | 275.00 | 852.50 |


**BRG**
Berkeley Research Group

| To: Ms. Peggy Hunt | | | | Page 8 of 14 |
|---|---|---|---|---|
| c/o: Dorsey & Whitney LLP | | | | Invoice # 49803 |
| RE: Traffic Monsoon Receivership | | | | Client-Matter: 00997-014823 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/31/17 | Jeffrey Shaw | Reviewed and responded to emails from Receiver counsel regarding Payza transactions. | 0.20 | 250.00 | 50.00 |
| | | **Total for Task Code 450.0000** | **10.20** | | **2,705.00** |

**Task Code: 470.0000 - Forensic Accounting Analysis - EVP / Paysera**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/31/17 | Jeffrey Shaw | Analyzed Payza data in connection with EVP transfers and discussion with Receiver regarding the same. | 1.80 | 250.00 | 450.00 |
| | | **Total for Task Code 470.0000** | **1.80** | | **450.00** |

**Task Code: 600.0000 - Tax Compliance & Analysis - Domestic**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/17 | Vernon Calder | Analyzed issues regarding preparation of IRS Form(s) 1099 for 2016. | 0.20 | 325.00 | 65.00 |
| 01/05/17 | Vernon Calder | Analyzed issues regarding gathering information to prepare 2016 IRS Form(s) 1099. | 0.50 | 325.00 | 162.50 |
| 01/05/17 | Jeffrey Shaw | Discussion regarding tax issues. | 0.40 | 250.00 | 100.00 |
| 01/06/17 | Matthew Babcock | Evaluated potential tax issues. | 1.70 | 275.00 | 467.50 |
| 01/06/17 | Vernon Calder | Worked with case accountants to resolve issues related to preparation and issuance of IRS Form(s) 1099 to payees for 2016. | 1.10 | 325.00 | 357.50 |
| 01/06/17 | Vernon Calder | Drafted correspondence to Receiver regarding outstanding issues and requirements regarding issuance of IRS Form(s) 1099 to 2016 payees. | 1.20 | 325.00 | 390.00 |
| 01/06/17 | Leif Larsen | Analyzed tax issues related to the case. | 1.60 | 275.00 | 440.00 |
| 01/06/17 | Jeffrey Shaw | Reviewed and discussed email to Receiver regarding tax issues. | 0.40 | 250.00 | 100.00 |
| 01/06/17 | Jeffrey Shaw | Discussion regarding tax issues. | 0.80 | 250.00 | 200.00 |
| 01/09/17 | Matthew Babcock | Evaluated potential tax issues. | 2.20 | 275.00 | 605.00 |
| 01/09/17 | Vernon Calder | Email correspondence to schedule meeting with Receiver to discuss and analyze issues related to preparation of IRS Form(s) 1099. | 0.20 | 325.00 | 65.00 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 9 of 14  
Invoice # 49803  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/17 | Vernon Calder | Participated in conference call with accountants regarding various issues related to obtaining information necessary to prepare IRS Form(s) 1099. | 0.50 | 325.00 | 162.50 |
| 01/09/17 | Vernon Calder | Worked on issues regarding preparation of IRS Form 1099 for 2016. | 0.10 | 325.00 | 32.50 |
| 01/09/17 | Leif Larsen | Followed up on 2016 1099 issues. | 0.20 | 275.00 | 55.00 |
| 01/09/17 | Jeffrey Shaw | Discussion with S3 and BRG tax professionals regarding tax issues. | 0.80 | 250.00 | 200.00 |
| 01/09/17 | Jeffrey Shaw | Discussion regarding tax issues. | 0.30 | 250.00 | 75.00 |
| 01/10/17 | Vernon Calder | Prepared for meeting with Receiver regarding issues on preparation of IRS Form(s) 1099. | 0.10 | 325.00 | 32.50 |
| 01/11/17 | Vernon Calder | Prepared for and participated in meeting with Receiver, counsel and accountants regarding issues related to preparation of IRS Form(s) 1099. | 1.00 | 325.00 | 325.00 |
| 01/11/17 | Leif Larsen | Analyzed 2016 transaction ledgers to determine 1099 filing requirements. | 0.20 | 275.00 | 55.00 |
| 01/11/17 | Leif Larsen | Prepared for and participated in conference call regarding required 1099 work. | 0.90 | 275.00 | 247.50 |
| 01/11/17 | Jeffrey Shaw | Call with Receiver regarding tax issues. | 0.40 | 250.00 | 100.00 |
| 01/11/17 | Jeffrey Shaw | Reviewed and posted transactions and prepared form 2 report in connection with 1099 preparation. | 1.60 | 250.00 | 400.00 |
| 01/11/17 | Jeffrey Shaw | Discussion with tax professionals and S3 regarding tax issues. | 0.70 | 250.00 | 175.00 |
| 01/12/17 | Matthew Babcock | Evaluated tax issues. | 0.30 | 275.00 | 82.50 |
| 01/12/17 | Leif Larsen | Prepared W-9 form and reviewed correspondence. | 0.20 | 275.00 | 55.00 |
| 01/12/17 | Jeffrey Shaw | Discussion with S3 regarding database query. | 0.20 | 250.00 | 50.00 |
| 01/12/17 | Jeffrey Shaw | Analyzed disbursements in order to determine if payee requires 1099. | 0.80 | 250.00 | 200.00 |
| 01/12/17 | Jeffrey Shaw | Prepared and submitted Form W-9 to 1099 recipients. | 0.90 | 250.00 | 225.00 |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 10 of 14  
Invoice # 49803  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/17 | Jason Strong | Extracted data from TM database | 1.50 | 210.00 | 315.00 |
| 01/13/17 | Matthew Babcock | Reviewed tax issues. | 0.20 | 275.00 | 55.00 |
| 01/13/17 | Leif Larsen | Analyzed schedules and issues related to 1099 preparation. | 0.40 | 275.00 | 110.00 |
| 01/13/17 | Jeffrey Shaw | Reviewed member data prepared by S3 for tax purposes and discussions with S3 and tax professionals regarding the same. | 3.30 | 250.00 | 825.00 |
| 01/13/17 | Ray Strong | Reviewed and analyzed tax issues including 1099s. | 1.10 | 295.00 | 324.50 |
| 01/13/17 | Jason Strong | Call with BRG professionals regarding member activity extracted from TM database. | 0.40 | 210.00 | 84.00 |
| 01/16/17 | Jeffrey Shaw | Discussion regarding 1099 issues. | 0.30 | 250.00 | 75.00 |
| 01/17/17 | Vernon Calder | Analyzed database query results Drafted email correspondence to Receiver to convey results of database query. | 0.40 | 325.00 | 130.00 |
| 01/17/17 | Jeffrey Shaw | Reviewed query results from S3 in connection with 1099 issues and discussed with tax professionals. | 0.80 | 250.00 | 200.00 |
| 01/20/17 | Leif Larsen | Analyzed 2016 transactions and prepared required Forms 1099 for administrative disbursements from the Receivership. | 1.90 | 275.00 | 522.50 |
| 01/20/17 | Jeffrey Shaw | Reviewed and provided EINs in response to tax professional request. | 0.20 | 250.00 | 50.00 |
| 01/23/17 | Matthew Babcock | Evaluated issues related to tax filings. | 0.30 | 275.00 | 82.50 |
| 01/23/17 | Victoria Calder | Prepared IRS form(s) 1099. | 0.30 | 85.00 | 25.50 |
| 01/23/17 | Vernon Calder | Reviewed IRS Form(s) 1099 to be provided to payees. | 0.20 | 325.00 | 65.00 |
| 01/23/17 | Jeffrey Shaw | Reviewed cash disbursements and provided requested info to tax professionals in connection with 1099 preparation. | 2.00 | 250.00 | 500.00 |



**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 11 of 14  
Invoice # 49803  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/24/17 | Vernon Calder | Drafted correspondence to Receiver regarding. | 0.50 | 325.00 | 162.50 |
| 01/24/17 | Leif Larsen | Analyzed 2016 activity and prepared required Forms 1096 and 1099-Misc. for Traffic Monsoon, LLC. | 2.20 | 275.00 | 605.00 |
| 01/24/17 | Jeffrey Shaw | Reviewed disbursements and confirmed amounts for 1099 purposes. | 0.30 | 250.00 | 75.00 |
| 01/24/17 | Jeffrey Shaw | Reviewed cash disbursements and provided requested info to tax professionals in connection with 1099 preparation. | 1.10 | 250.00 | 275.00 |
| 01/25/17 | Vernon Calder | Reviewed 1099s to be provided to payees for payments made in 2016. | 0.30 | 325.00 | 97.50 |
| 01/25/17 | Vernon Calder | Discussed via telephone with Peggy Hunt regarding preparation of IRS Form(s) 1099 based on known payee information. | 0.20 | 325.00 | 65.00 |
| 01/25/17 | Leif Larsen | Analyzed 2016 transactions in order to identify required Forms 1099 for Traffic Monsoon, LLC. | 0.60 | 275.00 | 165.00 |
| 01/25/17 | Jeffrey Shaw | Researched and provided information to tax professionals in connection with 1099 preparation. | 1.00 | 250.00 | 250.00 |
| 01/25/17 | Jeffrey Shaw | Reviewed emails and discussion with S3 professionals regarding tax issues. | 0.30 | 250.00 | 75.00 |
| 01/25/17 | Jeffrey Shaw | Revised and updated schedule of disbursements in connection with 1099 preparation. | 0.80 | 250.00 | 200.00 |
| 01/25/17 | Jeffrey Shaw | Prepared email and Form W-9s to vendors in connection with 1099 preparation. | 0.80 | 250.00 | 200.00 |
| 01/25/17 | Ray Strong | Analyzed and addressed 1099 tax issues. | 0.70 | 295.00 | 206.50 |
| 01/25/17 | Ray Strong | Reviewed and analyzed Paypal transactional data for 1099 tax issues. | 1.70 | 295.00 | 501.50 |
| 01/26/17 | Victoria Calder | Prepared IRS form(s) 1099. | 0.40 | 85.00 | 34.00 |
| 01/26/17 | Ray Strong | Reviewed and analyzed Paypal transactional data for 1099 tax issues. | 2.10 | 295.00 | 619.50 |


**Berkeley Research Group**

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 12 of 14
Invoice # 49803
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/17 | Matthew Babcock | Evaluated tax issues and discussed same with Receiver, counsel and staff. | 1.40 | 275.00 | 385.00 |
| 01/30/17 | Vernon Calder | Prepared for and participated in conference call regarding IRS Form 1099 filing issues. | 0.70 | 325.00 | 227.50 |
| 01/30/17 | Vernon Calder | Reviewed IRS Form(s) 1099 to be provided to payees for which we were able to determine all required information. | 0.30 | 325.00 | 97.50 |
| 01/30/17 | Leif Larsen | Researched vendor information in order to track down required Taxpayer Identification Numbers and finalized Forms 1096 and 1099-Misc for Traffic Monsoon, LLC Receivership and Traffic Monsoon, LLC. | 2.50 | 275.00 | 687.50 |
| 01/30/17 | Jeffrey Shaw | Researched TLO data r in connection with 1099 preparation. | 0.80 | 250.00 | 200.00 |
| 01/30/17 | Jeffrey Shaw | Responded to inquiries by tax professionals in connection with 1099 preparation. | 0.30 | 250.00 | 75.00 |
| 01/30/17 | Jeffrey Shaw | Review and discussion regarding tax issues. | 0.50 | 250.00 | 125.00 |
| 01/30/17 | Jeffrey Shaw | Attended call with Receiver regarding 1099 issues. | 0.40 | 250.00 | 100.00 |
| 01/30/17 | Jeffrey Shaw | Researched and examined disbursement data in order to identify payments in connection with 1099 analysis and emails regarding the same. | 1.30 | 250.00 | 325.00 |
| 01/31/17 | Victoria Calder | Prepared IRS form(s) 1099. | 0.40 | 85.00 | 34.00 |
| 01/31/17 | Leif Larsen | Electronically filed Forms 1096 and 1099-Misc for Traffic Monsoon, LLC Receivership. | 0.30 | 275.00 | 82.50 |
| 01/31/17 | Leif Larsen | Electronically filed Forms 1096 and 1099-Misc for Traffic Monsoon, LLC. | 0.30 | 275.00 | 82.50 |
| | | **Total for Task Code 600.0000** | **55.00** | | **14,742.00** |
| Task Code: 710.0000 - | | | | | |
| 01/04/17 | Matthew Babcock | Prepared for and met with | 2.10 | 275.00 | 577.50 |



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 13 of 14
Invoice # 49803
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/17 | Jeffrey Shaw | Prepared for and attended meeting | 1.70 | 250.00 | 425.00 |
| 01/04/17 | Ray Strong | Analyzed case documents in preparation for meeting | 1.20 | 295.00 | 354.00 |
| 01/04/17 | Ray Strong | Attended meeting | 1.20 | 295.00 | 354.00 |
| | | **Total for Task Code 710.0000** | 6.20 | | 1,710.50 |
| **Professional Services** | | | **131.50** | | **35,818.50** |



**Berkeley Research Group**

| | |
|---|---|
| To: Ms. Peggy Hunt | Page 14 of 14 |
| c/o: Dorsey & Whitney LLP | Invoice # 49803 |
| RE: Traffic Monsoon Receivership | Client-Matter: 00997-014823 |

## DETAIL OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/18/17 | Payment of Expenses Computer Software December charges for TLO search result charges on 2017-01-05 to TLO. . Expense Rept# 0100-1576-7084 | 4.00 |
| 01/30/17 | S3 Advisory LLC - Data Retrieval - TLO Research Charges (NR) Timekeeper : 00354 - Strong, Ray Invoice #: 1105.EXP Vchr Comment: Expenses on matter #14823 in Dec 2016 | 25.00 |
| 01/30/17 | S3 Advisory LLC - Photocopies (NR) Invoice #: 1105.EXP Vchr Comment: Expenses on matter #14823 in Dec 2016 Timekeeper : 00354 - Strong, Ray | 22.80 |
| 01/31/17 | BRG Misc Clearing - BRG Misc Clearing date 001/30/17 Traffic Monsoon Photocopies Timekeeper : 09999 - Applicable, Not Invoice #: 013017 Vchr Comment: Photocopies SLC January 2017 | 1.00 |
| 01/31/17 | BRG Misc Clearing - BRG Misc Clearing date 01/31/17 Traffic Monsoon Postage Timekeeper : 09999 - Applicable, Not Invoice #: 013117c Vchr Comment: Salt Lake City - January 2017 Postage | 1.38 |
| 01/31/17 | BRG Misc Clearing - BRG Misc Clearing date 01/31/17 Traffice Monsoon Postage Timekeeper : 09999 - Applicable, Not Invoice #: 013117c Vchr Comment: Salt Lake City - January 2017 Postage | 3.68 |
| 02/08/17 | Payment of Expenses Data Retrieval/Online Research TransUnion - TLO search results for investigation purposes. on 2017-02-02 to TransUnion - TLO. . Expense Rept# 0100-1617-2768 | 41.00 |
| 02/21/17 | S3 Advisory LLC - Photocopies (NR) Invoice #: 1110 Vchr Comment: Fees and Expenses of Ray Strong, Jason Strong on matter #14823 in Jan 2017 Timekeeper : 00354 - Strong, Ray | 8.20 |

| | |
|---|---|
| **Expenses** | **107.06** |