EXHIBIT C-6



**BRG**
Berkeley Research Group

Ms. Peggy Hunt
Dorsey & Whitney LLP
Kearns Building
136 South Main Street
Suite 1000
Salt Lake City, UT 84101

March 28, 2017
Client-Matter: 997-14823
Invoice #: 50730
Tax ID # 27-1451273

Via Email: hunt.peggy@dorsey.com

RE: Traffic Monsoon Receivership

Services Rendered From February 1, 2017 Through February 28, 2017

| | | |
|---|---:|---|
| Professional Services | $ 18,662.00 | USD |
| Expenses Incurred | 14.52 | |
| **CURRENT CHARGES** | $ 18,676.52 | USD |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 2 of 8  
Invoice # 50730  
Client-Matter: 00997-014823

Services Rendered From February 1, 2017 Through February 28, 2017

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 36.10 | 10,649.50 |
| **Associate Director** | | | |
| Matthew Babcock | 275.00 | 9.30 | 2,557.50 |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 250.00 | 21.70 | 5,425.00 |
| **Case Assistant** | | | |
| Evelyn Perry | 150.00 | 0.20 | 30.00 |
| **Total Professional Services** | | 67.30 | 18,662.00 |

**EXPENSES**

| | |
|---|---|
| Photocopies | 13.60 |
| Postage | 0.92 |
| **Total Expenses** | **14.52** |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 3 of 8  
Invoice # 50730  
Client-Matter: 00997-014823

## SUMMARY BY TASK CODE

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| 110.0000 | General Accounting Issues | 8.60 | 2,130.00 |
| 400.0000 | Forensic Accounting Analysis - General | 5.70 | 1,551.50 |
| 410.0000 | Forensic Accounting Analysis - Traffic Monsoon | 17.10 | 5,044.50 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 6.60 | 1,660.00 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 17.80 | 5,251.00 |
| 450.0000 | Forensic Accounting Analysis - Payza | 2.60 | 650.00 |
| 460.0000 | Forensic Accounting Analysis - STP | 8.90 | 2,375.00 |
| **Total Professional Services** | | **67.30** | **18,662.00** |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 4 of 8  
Invoice # 50730  
Client-Matter: 00997-014823

Services Rendered From February 1, 2017 Through February 28, 2017

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 02/01/17 | Jeffrey Shaw | Attended meeting with Receiver and Epiq regarding accounting issues. | 2.00 | 250.00 | 500.00 |
| 02/02/17 | Jeffrey Shaw | Follow-up regarding Epiq reporting issues. | 0.10 | 250.00 | 25.00 |
| 02/07/17 | Jeffrey Shaw | Reviewed and prepared payment on outstanding payables. | 0.40 | 250.00 | 100.00 |
| 02/08/17 | Jeffrey Shaw | Emails regarding outstanding balance with Snoork. | 0.30 | 250.00 | 75.00 |
| 02/08/17 | Jeffrey Shaw | Prepared checks and wire requests. | 0.50 | 250.00 | 125.00 |
| 02/09/17 | Evelyn Perry | Reviewed and mailed payments for outstanding payables. | 0.20 | 150.00 | 30.00 |
| 02/09/17 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.20 | 250.00 | 50.00 |
| 02/15/17 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.30 | 250.00 | 75.00 |
| 02/16/17 | Jeffrey Shaw | Reviewed and updated claim amounts in Epiq. | 0.20 | 250.00 | 50.00 |
| 02/16/17 | Jeffrey Shaw | Reviewed and organized Signature bank statements. | 0.50 | 250.00 | 125.00 |
| 02/17/17 | Jeffrey Shaw | Review invoices and follow-up emails and discussions regarding outstanding payables. | 0.50 | 250.00 | 125.00 |
| 02/21/17 | Jeffrey Shaw | Review and follow-up emails regarding payment of outstanding payables. | 0.90 | 250.00 | 225.00 |
| 02/21/17 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables. | 0.80 | 250.00 | 200.00 |
| 02/22/17 | Jeffrey Shaw | Reviewed and recorded payments in Epiq and emails regarding the same. | 0.30 | 250.00 | 75.00 |
| 02/24/17 | Jeffrey Shaw | Follow-up and coordinated call with Epiq. | 0.20 | 250.00 | 50.00 |
| 02/24/17 | Jeffrey Shaw | Prepared for and attended call with Epiq related to general accounting issues. | 1.20 | 250.00 | 300.00 |
| | | **Total for Task Code 110.0000** | **8.60** | | **2,130.00** |


**Berkeley Research Group**

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 5 of 8  
Invoice # 50730  
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 02/02/17 | Matthew Babcock | Reviewed and updated potential insider, related party analysis. | 0.80 | 275.00 | 220.00 |
| 02/02/17 | Jeffrey Shaw | Coordinated status meeting. | 0.10 | 250.00 | 25.00 |
| 02/08/17 | Matthew Babcock | Prepared for and attended status meeting with Receiver, counsel, S3 and staff. | 1.40 | 275.00 | 385.00 |
| 02/08/17 | Matthew Babcock | Updated potential insider, related party analysis. | 0.40 | 275.00 | 110.00 |
| 02/08/17 | Jeffrey Shaw | Prepared for and attended status meeting with Receiver to discuss analysis and tasks to be completed. | 1.50 | 250.00 | 375.00 |
| 02/08/17 | Ray Strong | Attended TM status meeting with Receiver and counsel. | 1.00 | 295.00 | 295.00 |
| 02/09/17 | Matthew Babcock | Reviewed case correspondence. | 0.30 | 275.00 | 82.50 |
| 02/16/17 | Ray Strong | Discussed project status with BRG professionals. | 0.20 | 295.00 | 59.00 |
| | | **Total for Task Code 400.0000** | **5.70** | | **1,551.50** |
| **Task Code: 410.0000 - Forensic Accounting Analysis - Traffic Monsoon** | | | | | |
| 02/16/17 | Ray Strong | Reviewed and analyzed TM database cash-out and pay-in tables for cash receipts and disbursement analysis. | 4.10 | 295.00 | 1,209.50 |
| 02/20/17 | Ray Strong | Reviewed and analyzed TM database cash-out and pay-in tables for cash receipts and disbursement analysis. | 3.00 | 295.00 | 885.00 |
| 02/21/17 | Ray Strong | Reviewed and analyzed TM database cash-out and pay-in tables for cash receipts and disbursement analysis. | 2.10 | 295.00 | 619.50 |
| 02/23/17 | Ray Strong | Reviewed and analyzed TM database cash-out and pay-in tables for cash receipts and disbursement analysis. | 2.70 | 295.00 | 796.50 |
| 02/27/17 | Ray Strong | Reviewed and analyzed TM database cash-out and pay-in tables for cash receipts and disbursement analysis. | 2.10 | 295.00 | 619.50 |
| 02/28/17 | Ray Strong | Reviewed and analyzed TM database cash-out and pay-in tables for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| | | **Total for Task Code 410.0000** | **17.10** | | **5,044.50** |
| **Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank** | | | | | |
| 02/02/17 | Matthew Babcock | Analyzed Chase Bank receivership receipt and disbursement activity. | 0.40 | 275.00 | 110.00 |


**Berkeley Research Group**

| To: Ms. Peggy Hunt | Page 6 of 8 |
| c/o: Dorsey & Whitney LLP | Invoice # 50730 |
| RE: Traffic Monsoon Receivership | Client-Matter: 00997-014823 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/17 | Jeffrey Shaw | Analyzed bank account transactions for Chase 5868 from September through November 2016. | 1.00 | 250.00 | 250.00 |
| 02/08/17 | Jeffrey Shaw | Reviewed bank activity and prepared email regarding withdrawn funds. | 1.00 | 250.00 | 250.00 |
| 02/09/17 | Jeffrey Shaw | Drafted email regarding request to Chase for additional documents. | 0.30 | 250.00 | 75.00 |
| 02/10/17 | Jeffrey Shaw | Reviewed bank statements and responded to email regarding document production. | 0.60 | 250.00 | 150.00 |
| 02/27/17 | Jeffrey Shaw | Evaluated Chase supporting documentation in order to determine additional documents required. | 2.30 | 250.00 | 575.00 |
| 02/28/17 | Jeffrey Shaw | Continued review of Chase documents and prepared email to counsel regarding additional document request. | 1.00 | 250.00 | 250.00 |
| | | **Total for Task Code 420.0000** | **6.60** | | **1,660.00** |

**Task Code: 440.0000 - Forensic Accounting Analysis - PayPal**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/09/17 | Ray Strong | Reviewed and analyzed Paypal transaction activity for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 02/20/17 | Ray Strong | Reviewed and analyzed Paypal transaction activity for cash receipts and disbursement analysis. | 5.10 | 295.00 | 1,504.50 |
| 02/21/17 | Ray Strong | Reviewed and analyzed Paypal transaction activity for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 02/23/17 | Ray Strong | Reviewed and analyzed Paypal transaction activity for cash receipts and disbursement analysis. | 1.70 | 295.00 | 501.50 |
| 02/27/17 | Ray Strong | Reviewed and analyzed Paypal transaction activity for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 02/28/17 | Ray Strong | Reviewed and analyzed Paypal transaction activity for cash receipts and disbursement analysis. | 1.70 | 295.00 | 501.50 |
| | | **Total for Task Code 440.0000** | **17.80** | | **5,251.00** |


**Berkeley Research Group**
| | |
|---|---|
| To: Ms. Peggy Hunt | Page 7 of 8 |
| c/o: Dorsey & Whitney LLP | Invoice # 50730 |
| RE: Traffic Monsoon Receivership | Client-Matter: 00997-014823 |

**Task Code: 450.0000 - Forensic Accounting Analysis - Payza**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 02/24/17 | Jeffrey Shaw | Follow-up regarding Payza response to inquiries. | 0.20 | 250.00 | 50.00 |
| 02/28/17 | Jeffrey Shaw | Reviewed and updated Payza data. | 2.40 | 250.00 | 600.00 |
| | | **Total for Task Code 450.0000** | **2.60** | | **650.00** |

**Task Code: 460.0000 - Forensic Accounting Analysis - STP**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 02/09/17 | Matthew Babcock | Examined STP data production. | 0.60 | 275.00 | 165.00 |
| 02/10/17 | Matthew Babcock | Examined STP data production for Scoville entities and provided preliminary findings to Receiver and counsel. | 0.90 | 275.00 | 247.50 |
| 02/13/17 | Matthew Babcock | Examined STP data production for TM. | 0.30 | 275.00 | 82.50 |
| 02/14/17 | Matthew Babcock | Examined STP data production for TM and provided preliminary findings to counsel. | 1.40 | 275.00 | 385.00 |
| 02/14/17 | Jeffrey Shaw | Reviewed, analyzed and discussed STP data. | 0.50 | 250.00 | 125.00 |
| 02/16/17 | Matthew Babcock | Analyzed STP data productions, discussed issues with Counsel and reported findings to Receiver. | 1.10 | 275.00 | 302.50 |
| 02/16/17 | Jeffrey Shaw | Examined STP data production. | 0.80 | 250.00 | 200.00 |
| 02/16/17 | Jeffrey Shaw | Attended call regarding STP data and related issues. | 0.50 | 250.00 | 125.00 |
| 02/16/17 | Jeffrey Shaw | Discussion and emails regarding STP data production. | 0.50 | 250.00 | 125.00 |
| 02/17/17 | Matthew Babcock | Spoke with STP representative, reviewed updated data production and followed-up on related issues. | 1.20 | 275.00 | 330.00 |
| 02/17/17 | Jeffrey Shaw | Call and review of STP data. | 0.60 | 250.00 | 150.00 |
| 02/21/17 | Matthew Babcock | Examined STP data and related response from STP representative. | 0.50 | 275.00 | 137.50 |
| | | **Total for Task Code 460.0000** | **8.90** | | **2,375.00** |

| | | | | |
|---|---|---:|---|---:|
| **Professional Services** | | **67.30** | | **18,662.00** |


**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt  
c/o: Dorsey & Whitney LLP  
RE: Traffic Monsoon Receivership

Page 8 of 8  
Invoice # 50730  
Client-Matter: 00997-014823

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 03/20/17 | S3 Advisory LLC - Photocopies (68) Invoice #: 1116.Exp Vchr Comment: Expenses of Ray Strong on matter 14823 in Feb 2017 Timekeeper : 00354 - Strong, Ray | 13.60 |
| 03/20/17 | BRG Misc Clearing - BRG Misc Clearing 03/01/17 Traffic Monsoon Postage Timekeeper : 00999 - Thompson, Matthew Invoice #: 030117a Vchr Comment: Salt Lake City Postage - February 2017 | 0.92 |

**Expenses**     14.52