# EXHIBIT C-7



**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 1 of 8  
Invoice # 51431  
Client-Matter: 00997-014823

Ms. Peggy Hunt  
Dorsey & Whitney LLP  
Kearns Building  
136 South Main Street  
Suite 1000  
Salt Lake City, UT 84101

April 18, 2017  
Client-Matter: 997-14823  
Invoice #: 51431  
Tax ID # 27-1451273

Via Email: hunt.peggy@dorsey.com

**RE: Traffic Monsoon Receivership**

Services Rendered From March 1, 2017 Through March 31, 2017

| | | |
|---|---:|---|
| Professional Services | $ 12,623.00 | USD |
| Expenses Incurred | 72.36 | |
| **CURRENT CHARGES** | $ 12,695.36 | USD |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 2 of 8  
Invoice # 51431  
Client-Matter: 00997-014823

Services Rendered From March 1, 2017 Through March 31, 2017

## PROFESSIONAL SERVICES

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Vernon Calder | 325.00 | 2.00 | 650.00 |
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 21.40 | 6,313.00 |
| **Associate Director** | | | |
| Matthew Babcock | 275.00 | 7.40 | 2,035.00 |
| **Senior Managing Consultant** | | | |
| Leif Larsen | 275.00 | 3.00 | 825.00 |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 250.00 | 11.20 | 2,800.00 |
| **Total Professional Services** | | 45.00 | 12,623.00 |

## EXPENSES

| | |
|---|---|
| Data Retrieval | 60.90 |
| Photocopies | 11.00 |
| Postage | 0.46 |
| **Total Expenses** | **72.36** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership

Page 3 of 8  
Invoice # 51431  
Client-Matter: 00997-014823

### SUMMARY BY TASK CODE

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| 110.0000 | General Accounting Issues | 2.90 | 725.00 |
| 400.0000 | Forensic Accounting Analysis - General | 6.00 | 1,596.00 |
| 410.0000 | Forensic Accounting Analysis - Traffic Monsoon | 10.50 | 3,097.50 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 1.40 | 380.00 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 10.10 | 2,979.50 |
| 450.0000 | Forensic Accounting Analysis - Payza | 3.20 | 800.00 |
| 460.0000 | Forensic Accounting Analysis - STP | 3.80 | 1,025.00 |
| 600.0000 | Tax Compliance & Analysis - Domestic | 5.50 | 1,575.00 |
| 610.0000 | Income Tax Preparation - Domestic | 1.60 | 445.00 |
| **Total Professional Services** | | **45.00** | **12,623.00** |



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 4 of 8
Invoice # 51431
Client-Matter: 00997-014823

Services Rendered From March 1, 2017 Through March 31, 2017

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 03/07/17 | Jeffrey Shaw | Emails regarding outstanding payables. | 0.30 | 250.00 | 75.00 |
| 03/13/17 | Jeffrey Shaw | Reviewed and prepared payment of outstanding payables. | 0.60 | 250.00 | 150.00 |
| 03/13/17 | Jeffrey Shaw | Reviewed deposit information and detail. | 0.20 | 250.00 | 50.00 |
| 03/13/17 | Jeffrey Shaw | Reviewed and responded to emails regarding outstanding payables. | 0.30 | 250.00 | 75.00 |
| 03/14/17 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.30 | 250.00 | 75.00 |
| 03/20/17 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables and emails regarding the same. | 0.60 | 250.00 | 150.00 |
| 03/22/17 | Jeffrey Shaw | Follow-up regarding outstanding payables. | 0.30 | 250.00 | 75.00 |
| 03/29/17 | Jeffrey Shaw | Reviewed and coordinated payment of outstanding payables. | 0.30 | 250.00 | 75.00 |
| | | **Total for Task Code 110.0000** | **2.90** | | **725.00** |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 03/01/17 | Matthew Babcock | Analyzed payment processor / e-wallet account records and files in response to inquiry from Receiver and responded to same. | 0.70 | 275.00 | 192.50 |
| 03/01/17 | Jeffrey Shaw | Reviewed payment processor information in response to Receiver inquiry. | 1.00 | 250.00 | 250.00 |
| 03/28/17 | Matthew Babcock | Reviewed order and related filings. | 0.80 | 275.00 | 220.00 |
| 03/28/17 | Jeffrey Shaw | Reviewed preliminary injunction order. | 0.90 | 250.00 | 225.00 |
| 03/31/17 | Matthew Babcock | Prepared for and spoke with receiver regarding recent order and case analyses to be performed. | 0.90 | 275.00 | 247.50 |
| 03/31/17 | Jeffrey Shaw | Prepared for and attended call to discuss case status and tasks to be completed. | 0.90 | 250.00 | 225.00 |



**To:** Ms. Peggy Hunt  
**c/o:** Dorsey & Whitney LLP  
**RE:** Traffic Monsoon Receivership  

Page 5 of 8  
Invoice # 51431  
Client-Matter: 00997-014823  

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/17 | Ray Strong | Attended status meeting with Receiver and BRG. | 0.80 | 295.00 | 236.00 |
| | | **Total for Task Code 400.0000** | **6.00** | | **1,596.00** |

**Task Code: 410.0000 - Forensic Accounting Analysis - Traffic Monsoon**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/17 | Ray Strong | Reviewed and analyzed TM SQL database tables for cash receipts and disbursement analysis. | 2.50 | 295.00 | 737.50 |
| 03/21/17 | Ray Strong | Reviewed and analyzed TM SQL database tables for cash receipts and disbursement analysis. | 2.10 | 295.00 | 619.50 |
| 03/23/17 | Ray Strong | Reviewed and analyzed TM SQL database tables for cash receipts and disbursement analysis. | 1.50 | 295.00 | 442.50 |
| 03/27/17 | Ray Strong | Reviewed and analyzed TM SQL database tables for cash receipts and disbursement analysis. | 1.90 | 295.00 | 560.50 |
| 03/31/17 | Ray Strong | Reviewed and analyzed TM SQL database tables for cash receipts and disbursement analysis. | 2.50 | 295.00 | 737.50 |
| | | **Total for Task Code 410.0000** | **10.50** | | **3,097.50** |

**Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/06/17 | Matthew Babcock | Evaluated status of outstanding Chase document requests. | 0.30 | 275.00 | 82.50 |
| 03/14/17 | Jeffrey Shaw | Reviewed and responded to email regarding Chase transactions. | 0.20 | 250.00 | 50.00 |
| 03/28/17 | Matthew Babcock | Updated Chase Bank analysis. | 0.90 | 275.00 | 247.50 |
| | | **Total for Task Code 420.0000** | **1.40** | | **380.00** |

**Task Code: 440.0000 - Forensic Accounting Analysis - PayPal**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/17 | Ray Strong | Reviewed and analyzed Paypal transactions data for cash receipts and disbursement analysis. | 1.50 | 295.00 | 442.50 |
| 03/13/17 | Ray Strong | Reviewed and analyzed Paypal transactions data for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 03/21/17 | Ray Strong | Reviewed and analyzed Paypal transactions data for cash receipts and disbursement analysis. | 2.10 | 295.00 | 619.50 |


**BRG**
Berkeley Research Group

| To: Ms. Peggy Hunt | Page 6 of 8 |
|---|---|
| c/o: Dorsey & Whitney LLP | Invoice # 51431 |
| RE: Traffic Monsoon Receivership | Client-Matter: 00997-014823 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/23/17 | Ray Strong | Reviewed and analyzed Paypal transactions data for cash receipts and disbursement analysis. | 1.50 | 295.00 | 442.50 |
| 03/27/17 | Ray Strong | Reviewed and analyzed Paypal transactions data for cash receipts and disbursement analysis. | 1.90 | 295.00 | 560.50 |
| | | **Total for Task Code 440.0000** | **10.10** | | **2,979.50** |
| **Task Code: 450.0000 - Forensic Accounting Analysis - Payza** | | | | | |
| 03/02/17 | Jeffrey Shaw | Email regarding Payza transaction analysis. | 0.20 | 250.00 | 50.00 |
| 03/06/17 | Jeffrey Shaw | Reviewed Payza response to inquiries and updated field description summary. | 1.50 | 250.00 | 375.00 |
| 03/06/17 | Jeffrey Shaw | Reviewed and updated Payza transactions. | 1.50 | 250.00 | 375.00 |
| | | **Total for Task Code 450.0000** | **3.20** | | **800.00** |
| **Task Code: 460.0000 - Forensic Accounting Analysis - STP** | | | | | |
| 03/01/17 | Matthew Babcock | Examined STP data. | 0.30 | 275.00 | 82.50 |
| 03/01/17 | Jeffrey Shaw | Evaluated STP data and analysis to be completed. | 0.50 | 250.00 | 125.00 |
| 03/28/17 | Matthew Babcock | Analyzed STP data. | 1.10 | 275.00 | 302.50 |
| 03/29/17 | Matthew Babcock | Revised STP data analysis. | 0.90 | 275.00 | 247.50 |
| 03/30/17 | Matthew Babcock | Updated STP data analysis. | 0.70 | 275.00 | 192.50 |
| 03/30/17 | Jeffrey Shaw | Evaluated STP data. | 0.30 | 250.00 | 75.00 |
| | | **Total for Task Code 460.0000** | **3.80** | | **1,025.00** |
| **Task Code: 600.0000 - Tax Compliance & Analysis - Domestic** | | | | | |
| 03/02/17 | Matthew Babcock | Evaluated tax issues, including receipts into bank and payment processor accounts. | 0.80 | 275.00 | 220.00 |
| 03/02/17 | Vernon Calder | Performed tax research and drafted memorandum to Receiver | 1.70 | 325.00 | 552.50 |
| 03/02/17 | Leif Larsen | Analyzed tax extension filing requirements | 1.20 | 275.00 | 330.00 |



**BRG**
Berkeley Research Group

To: Ms. Peggy Hunt
c/o: Dorsey & Whitney LLP
RE: Traffic Monsoon Receivership

Page 7 of 8
Invoice # 51431
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/17 | Jeffrey Shaw | Evaluated and reviewed tax issues. | 0.60 | 250.00 | 150.00 |
| 03/06/17 | Vernon Calder | Discussed via telephone with Peggy Hunt | 0.20 | 325.00 | 65.00 |
| 03/06/17 | Leif Larsen | Prepared for and participated in conference call regarding tax preparation requirements. | 0.30 | 275.00 | 82.50 |
| 03/06/17 | Jeffrey Shaw | Attended call with Receiver and discussed tax issues. | 0.70 | 250.00 | 175.00 |
| | | **Total for Task Code 600.0000** | **5.50** | | **1,575.00** |

**Task Code: 610.0000 - Income Tax Preparation - Domestic**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/17 | Leif Larsen | Prepared | 0.60 | 275.00 | 165.00 |
| 03/17/17 | Leif Larsen | Prepared | 0.90 | 275.00 | 247.50 |
| 03/22/17 | Vernon Calder | Reviewed IRS Form 7004, Application for Automatic Extension of Time to File Income Tax Returns. | 0.10 | 325.00 | 32.50 |
| | | **Total for Task Code 610.0000** | **1.60** | | **445.00** |

**Professional Services** | | | **45.00** | | **12,623.00**



**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 8 of 8
Invoice # 51431
Client-Matter: 00997-014823

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 03/31/17 | CCH - CCH/Wolters Kluwer 3/2017 - Data Retrieval Timekeeper : 09999 - Applicable, Not Invoice #: 7978550317 | 60.90 |
| 03/31/17 | BRG Misc Clearing - BRG Misc Clearing date 03/01/17 Traffic Monsoon Postage Timekeeper : 09999 - Applicable, Not Invoice #: 030117 Vchr Comment: Postage March 2017 SLC | 0.46 |
| 04/17/17 | Photocopies ^ advance bill for S3 Advisory photocopies - see invoice #1120 | 11.00 |

**Expenses**                                                                                   72.36