# EXHIBIT D

*Prepared and Submitted By:*

Peggy Hunt (Utah State Bar No. 6060)
Michael F. Thomson (Utah State Bar No. 9707)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
           thomson.michael@dorsey.com

*Court-Appointed Receiver and Attorneys for Court-Appointed Receiver*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff.<br><br>V.<br><br>TRAFFIC MONSOON, LLC, a Utah Limited Liability Company, and CHARLES DAVID SCOVILLE, an individual,<br><br>Defendants. | **ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JULY 27, 2016 THROUGH MARCH 31, 2017**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

The matter before the Court is the *First Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered From July 27, 2016 Through March 31, 2017* (the "Fee Application") filed by R. Peggy Hunt, the Court-appointed Receiver (the "Receiver"), seeking the allowance of fees and expenses incurred by the Receiver, the Receiver's counsel, Dorsey & Whitney LLP ("Dorsey"), and the Receiver's accountants, Berkley Research Group ("BRG"), for the period of July 27, 2016 through March 31, 2017 (the "Application Period") and authorization to pay all allowed fees and expenses from funds of the Receivership Estate on an

4839-7497-6072\1

interim basis. No objections to the Fee Application have been filed.

The Court has reviewed the Fee Application, all Exhibits thereto, the record in this case, and applicable law. The Court finds the fees and expenses requested for the Application Period are reasonable, necessary and beneficial. Based thereon, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

(1)     The Fee Application is **APPROVED**;

(2)     The fees and expenses of the Receiver and her professionals Dorsey and BRG are **ALLOWED** on an interim basis as set forth in the Fee Application;

(3)     The Receiver is **ALLOWED** a claim in the total amount of $139,747.05 for fees;

(4)     Dorsey is **ALLOWED** a claim in the amount of $341,762.50 for fees and $9,221.73 for reimbursement of out-of-pocket expenses, for a total sum of $350,984.23;

(5)     BRG is **ALLOWED** a claim in the amount of $351,216.50 for fees and $519.25 for reimbursement of out-of-pocket expenses, for a total sum of $351,735.75; and

(6)     The Receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein.

DATED this ___ day of May, 2017.



                                                  **BY THE COURT:**

                                                  The Honorable Jill N. Parrish
                                                  United States District Court

4839-7497-6072\1