# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff.<br><br>V.<br><br>TRAFFIC MONSOON, LLC and CHARLES DAVID SCOVILLE,<br><br>　　　　　　　Defendants. | **ORDER APPROVING FIRST INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JULY 27, 2016 THROUGH MARCH 31, 2017**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

Before the court is the *First Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered From July 27, 2016 Through March 31, 2017*, [Docket 93], filed by R. Peggy Hunt, the court-appointed receiver (Receiver). The fee application seeks the allowance of fees and expenses incurred by the Receiver, the Receiver's counsel, Dorsey & Whitney LLP (Dorsey), and the Receiver's accountants, Berkley Research Group (BRG), for the period of July 27, 2016 through March 31, 2017 and authorization to pay all allowed fees and expenses from funds of the receivership estate on an interim basis.  No objections to the fee application have been filed.

The court APPROVES the fee application.

**IT IS HEREBY ORDERED** that:

(1)　　The fee application is **APPROVED;**

(2)　　The fees and expenses of the Receiver and her professionals Dorsey and BRG are **ALLOWED** on an interim basis as set forth in the fee application;

4839-7497-6072\1

2

(3) The Receiver is **ALLOWED** a claim in the total amount of $139,747.05 for fees;

(4) Dorsey is **ALLOWED** a claim in the amount of $341,762.50 for fees and $9,221.73 for reimbursement of out-of-pocket expenses, for a total sum of $350,984.23;

(5) BRG is **ALLOWED** a claim in the amount of $351,216.50 for fees and $519.25 for reimbursement of out-of-pocket expenses, for a total sum of $351,735.75; and

(6) The Receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein.

DATED June 7, 2017.

                                     **BY THE COURT:**

                                     _____

                                     The Honorable Jill N. Parrish
                                     United States District Court