# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff.<br><br>V.<br><br>TRAFFIC MONSOON, LLC and CHARLES DAVID SCOVILLE,<br><br>                Defendants. | **ORDER GRANTING SECOND INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM APRIL 1, 2017 THROUGH JUNE 30, 2017**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

The matter before the Court is the *Second Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered From April 1, 2017 Through June 30, 2017* [Docket 105] filed by R. Peggy Hunt, the court-appointed receiver, seeking the allowance of fees and expenses incurred by her; her counsel, Dorsey & Whitney LLP; and her accountants, Berkley Research Group, for the period of April 1, 2017 through June 30, 2017 and authorization to pay all allowed fees and expenses from funds of the receivership estate on an interim basis. No objections to the fee application have been filed.

The court has reviewed the fee application, all exhibits thereto, the record in this case, and applicable law. The court approves the payment of the fees requested in the application.

      **IT IS HEREBY ORDERED** that:

      (1)      The fee application is **APPROVED;**

      (2)      The fees and expenses of R. Peggy Hunt and her professionals Dorsey & Whitney LLP and Berkley Research Group are **ALLOWED** on an interim basis as set forth in the fee

application;

(3) R. Peggy Hunt is **ALLOWED** a claim in the total amount of $28,885.00 for fees;

(4) Dorsey & Whitney LLP is **ALLOWED** a claim in the amount of $43,234.50 for fees and $525.55 for reimbursement of out-of-pocket expenses, for a total sum of $43,760.05;

(5) Berkley Research Group is **ALLOWED** a claim in the amount of $96,740.00 for fees and $51.33for reimbursement of out-of-pocket expenses, for a total sum of $96,791.33; and

(6) R. Peggy Hunt is **AUTHORIZED** to pay all fees and expenses as allowed herein.

DATED October 23, 2017.

                                              **BY THE COURT:**

                                              _____
                                              The Honorable Jill N. Parrish
                                              United States District Court