## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff.<br><br>     V.<br><br>TRAFFIC MONSOON, LLC, a Utah Limited Liability Company, and CHARLES DAVID SCOVILLE, an individual,<br><br>                    Defendants. | **ORDER GRANTING THIRD INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JULY 1, 2017 THROUGH SEPTEMBER 30, 2017**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

Before the Court is the *Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered From July 1, 2017 Through September 30, 2017* (Fee Application) [Docket 109] filed by R. Peggy Hunt, the court-appointed receiver. The Fee Application seeks the allowance of fees and expenses incurred by the receiver, the receiver's counsel, Dorsey & Whitney LLP (Dorsey), and the receiver's accountants, Berkley Research Group (BRG) and authorization to pay all allowed fees and expenses from funds of the receivership estate on an interim basis.  No objections to the Fee Application have been filed.

The court has reviewed the Fee Application and finds the fees and expenses requested are reasonable, necessary and beneficial.  Based thereon,

**IT IS HEREBY ORDERED** that:

(1)     The Fee Application is **APPROVED;**

(2)     The fees and expenses of the receiver and her professionals Dorsey and BRG are **ALLOWED** on an interim basis as set forth in the Fee Application;

4838-8927-4967\1

(3)     The receiver is **ALLOWED** a claim in the total amount of $15,901.15 for fees;

(4)     Dorsey is **ALLOWED** a claim in the amount of $21,028.00 for fees and $512.29 for reimbursement of out-of-pocket expenses, for a total sum of $21,540.29;

(5)     BRG is **ALLOWED** a claim in the amount of $127,643.50 for fees and $50.80 for reimbursement of out-of-pocket expenses, for a total sum of $127,694.30; and

(6)     The receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein.

DATED February 8, 2018.

**BY THE COURT:**

_____
The Honorable Jill N. Parrish
United States District Court