Peggy Hunt (Utah State Bar No. 6060)
Michael F. Thomson (Utah State Bar No. 9707)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
         thomson.michael@dorsey.com

*Court-Appointed Receiver and Attorneys for Court-Appointed Receiver*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff.<br><br>     v.<br><br>TRAFFIC MONSOON, LLC, a Utah Limited Liability Company, and CHARLES DAVID SCOVILLE, an individual,<br><br>               Defendants. | **FOURTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM OCTOBER 1, 2017 THROUGH DECEMBER 31, 2017**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

Peggy Hunt, the Court-appointed Receiver (the "Receiver") of Traffic Monsoon, LLC

("Traffic Monsoon") and the assets of Charles David Scoville ("Scoville" and, together with

Traffic Monsoon, the "Defendants") that were obtained directly or indirectly from Traffic

Monsoon, hereby submits this interim "Fee Application," seeking approval by the Court of fees

and expenses incurred by the Receiver, the Receiver's counsel, Dorsey & Whitney LLP

("Dorsey"), and the Receiver's accountants, Berkley Research Group ("BRG"), for the period of

October 1, 2017 through December 31, 2017 (the "Application Period") and authorization to pay

all allowed fees and expenses from funds of the Receivership Estate.  The Receiver respectfully submits that the Application should be approved.  In support hereof, the Receiver states as follows.

# I.

## CASE BACKGROUND

1.      On July 26, 2016, the above-captioned case was commenced by the United States Securities and Exchange Commission (the "SEC") against the Defendants, alleging violations of federal securities laws.  On that same day, the Court entered a *Temporary Restraining Order and Order Freezing Assets*, which was amended, in relevant part, on July 27, 2016 and on November 4, 2016.[1]

### *Relevant Orders*

2.      On July 27, 2016, the Court entered an *Order Appointing Receiver* (the "Receivership Order"),[2] thereby appointing the Receiver and stating in paragraphs 19 and 20 as follows:

> 19.     The Receiver is authorized to employ professionals to assist her in carrying out the duties and responsibilities described in this Order. The Receiver shall not engage any professionals without first obtaining an Order of the Court authorizing such engagement.  The Receiver is authorized to retain Dorsey & Whitney LLP, a firm in which the Receiver is a partner, as the Receiver's counsel in this matter.

> 20.     The Receiver and Retained Professionals are entitled to reasonable compensation and expense reimbursement from the receivership estate as described in the "Billing Instructions for Receivers in Civil Actions commenced by the U.S. Securities and Exchange Commission (the "Billing Instructions") agreed to by the Receiver.  Such compensation shall require the prior approval of the Court.

---

[1] Docket Nos. 8, 14 & 56.

[2] Docket No. 11.

3.      The Court thereafter entered an *Order Granting Receiver's Ex Parte Motion Seeking Authorization to Employ Accountants*,[3] authorizing the Receiver's employment of BRG effective as of September 2, 2016.

4.      On March 28, 2017, the Court entered, among other things, a *Preliminary Injunction*[4] and an *Amended Order Appointing Receiver* (the "Amended Receivership Order").[5] The Amended Receivership Order restates, without making substantive changes to, paragraphs 19 and 20 of the Receivership Order quoted in ¶ 2 above.[6]

5.      On June 13, 2017, the Court entered an *Order Establishing Administrative Expense Payment Procedures* (the "Fee Procedures Order"),[7] setting forth procedures for the request and payment of professional fees and expenses in this case.  This Fee Application is an "Interim Fee Application" within the meaning of ¶ 10 of the Fee Procedures Order and is intended to meet the criteria of ¶¶ 11 through 15 of that Order.

6.      On February 16, 2018, the Court entered a *Second Amended Order Appointing Receiver*, which did not affect billing and fee allowance procedures as set forth in the above-mentioned Orders, except that paragraph 5 of the Order requires that the Receiver "obtain prior approval from this court before using Receivership Assets to present arguments on the merits of the [SEC's] claims against Traffic Monsoon and Scoville in the above captioned action . . . or in any appeals from orders or judgments of this court."  This Order was entered after the

---

[3] Docket No. <u>25</u>.

[4] Docket No. <u>79</u>.

[5] Docket No. <u>81</u>.

[6] *Id.* (Amended Receivership Order ¶¶ <u>17-18</u>).

[7] Docket No. <u>101</u>.

Application Period relevant hereto, and therefore, the Receiver has not obtained such approval related to the applicable fees and expenses requested herein, but she will do so for any such services rendered and expenses incurred after February 16, 2018.

<em>Relevant Notices of Requests for Payment</em>

7.      Pursuant to the Fee Procedures Order, the Receiver filed two *Notices of Request for Payment* relevant to the Application Period as follows:

(a)      A *Notice of Request for Payment by Receiver and Receiver's Professional (October 1, 2017 Through October 31, 2017)* (the "October Notice")[8] was filed on December 12, 2017; and

(b)      A *Notice of Request for Payment by Receiver and Receiver's Professional (November 1, 2017 Through November 30, 2017)* (the "November Notice")[9] was filed on December 21, 2017.

<em>Relevant Status Report</em>

8.      On March 1, 2018, the Receiver filed her *Fourth Status Report* (the "Status Report").[10]  The Status Report outlines the work done by the Receiver and her professionals during the current Application Period and is incorporated herein by reference.

---

[8] Docket No. 111.

[9] Docket No. 112.

[10] Docket No. 122.

4

## II.

## FEES AND EXPENSES REQUESTED ARE ACTUAL, NECESSARY AND REASONABLE FOR THE SERVICES RENDERED

9.      During the Application Period, significant professional services were required to perform the work outlined in the Status Report incorporated herein.

10.      The Receiver and her professionals have provided actual and necessary services related to the matters summarized in the Status Report and detailed in the Exhibits attached hereto for the benefit of the Receivership Estate.   Out-of-pocket expenses were also incurred by the professionals in rendering services to the Receivership Estate.

11.      Dorsey and BRG have submitted their invoices to the Receiver on a monthly basis, and the Receiver has reviewed and approved the invoices.

12.      The Fee Application complies with the SEC's Billing Instructions.   In accordance with ¶ 12 of the Fee Procedures Order and the SEC Billing Instructions, the Receiver submitted this Fee Application to the SEC prior to filing it with the Court, and the SEC has informed the Receiver that it has no objection to the payment of the fees or reimbursement of the expenses outlined herein.

13.      With any adjustments made, the Receiver believes that the fees and expenses are reasonable, especially in light of the work that has been done during the Application Period as outlined in the Status Report.   She also believes that the services rendered and the expenses advanced have been beneficial to the Receivership Estate.

# III.

## <u>SUMMARY OF EXHIBITS</u>

14.     Professional services have been recorded contemporaneously with services being rendered and these services, as well as the expenses incurred, are detailed in the attached Exhibits described below.

15.     The Receiver and Dorsey have maintained their time in records organized according to tasks, with each task record being maintained in chronological order.  BRG has maintained its time in monthly time reports, with each month being broken into task categories.

16.     The following three Exhibits are attached hereto in support of this Fee Application:

<u>Exhibit A—Time Records of Receiver</u>

| | |
|---|---|
| **Exhibit A** | **Summary of Amounts Requested, Including Voluntary Reductions and Payments Made** |
| **Exhibit A-1** | **Case Administration** |
| **Exhibit A-2** | **Asset Recovery** |
| **Exhibit A-3** | **General Litigation** |

<u>Exhibit B—Time Records of Dorsey</u>

| | |
|---|---|
| **Exhibit B** | **Summary of Amounts Requested, Including Voluntary Reductions and Payments Made** |
| **Exhibit B-1** | **Case Administration** |
| **Exhibit B-2** | **Asset Recovery** |
| **Exhibit B-3** | **General Litigation** |
| **Exhibit B-4** | **Plan of Distribution/Claims** |

| | |
|---|---|
| **Exhibit B-5** | **International** |
| **Exhibit B-6** | **Out-Of-Pocket Expenses** |

### Exhibit C—Time Records of BRG

| | |
|---|---|
| **Exhibit C** | **Summary of Amounts Requested, Including Voluntary Reductions and Payments Made** |
| **Exhibit C-1** | **October 2017 Invoice** |
| **Exhibit C-2** | **November 2017 Invoice** |
| **Exhibit C-3** | **December 2017 Invoice** |

### IV.

### SUMMARY OF AMOUNTS REQUESTED

17.     The Receiver is requesting allowance of the following fees and out-of-pocket expenses:

a.      Receiver: From October 1, 2017 through the end of the Application Period on December 31, 2017, the Receiver has worked a total of 50.2 hours providing receivership services to the Receivership Estate for which fees in the total amount of $15,748.65 have been incurred.[11]

b.      Dorsey: From October 1, 2017 through the end of the Reporting Period on December 31, 2017, Dorsey has worked a total of 198.9 hours and provided legal services to the Receivership Estate for which fees in the total amount of $55,539.00 and out-of-pocket expenses in the total amount of $49.27 have been incurred.[12]

---

[11] *See* Exh. A.

[12] *See* Exh. B.

7

c.   BRG:  From October 1, 2017 through the end of the Reporting Period on December 31, 2017, BRG has worked a total of 371.8 hours providing forensic and general accounting services to the Receivership Estate for which fees in the total amount of $96,546.50  and out-of-pocket expenses in the total amount of $23.50 have been incurred.[13]

18.   These amounts include voluntary reductions made by the respective professionals in an exercise of their billing judgment and/or at the request of the Receiver or the SEC.  The Receiver has voluntarily reduced her fees in the total amount of $2,204.10.[14]  Dorsey has voluntarily reduced its fees in the total amount of $5,236.50.[15]  BRG has voluntarily reduced its fees in the total amount of $2,075.00.[16]

19.   The Receivership Estate has sufficient funds to pay all amounts requested.[17]

20.   Pursuant to the Fee Procedures Order, some of the amounts requested herein have been paid by the Receiver.  Specifically, no objections were made to the October Notice or the November Notice (as defined above), and therefore, the Receiver paid 80% of fees outlined in

---

[13] *See* Exh. C.

[14] *See* Exh. A.

[15] *See* Exh. B.  Reductions shown on Exhibit B include a total of $7,500.00 related to the litigation matter.  This reduction is not entirely reflected in the invoices attached as Exhibit B-3.  After the invoices were generated, the Receiver, in an exercise of billing judgment, requested that Dorsey further reduce its fees on matters related to the amicus brief in the Tenth Circuit Appeal.  These services were rendered at the request of the Receiver based on her belief that under the *Order Appointing Receiver* it was necessary and appropriate for her to take action on behalf of Traffic Monsoon in the Tenth Circuit Appeal.  The services were rendered prior to the Court's entry of its *Order* requesting briefs from the parties on the scope of the Receiver's powers related to the Tenth Circuit Appeal [Docket No. 114] and the entry of the *Second Amended Order Appointing Receiver* [Docket No. 120].

[16] *See* Exh C.

[17] *See* Docket No. 122 (Status Report & Exh. A (SFAR)).

the October Notice and in November Notice, as well reimbursed the professionals for their respective out-of-pocket expenses.   The total amounts paid under the Fee Procedures Order are outlined in the summary charts for each of the professionals attached as Exhibit A, B and C hereto.

21.    Based on the payments made to date, the Receiver is requesting that she be authorized to pay all allowed fees and expenses that have not been paid to date.

**V.**

**PRIOR APPLICATIONS AND INTERIM NATURE OF REQUEST**

22.    This is the fourth Fee Application of the Receiver and her professionals.

23.    On June 7, 2017, the Court entered an *Order Approving First Interim Fee Application For Receiver and Receiver's Professionals For Services Rendered From July 27, 2016 Through March 31, 2017,*[18] allowing the fees and expenses requested and authorizing payment of the same.  The Receiver has made the payments authorized by that Order.

24.    On October 23, 2017, the Court entered an *Order Approving Second Interim Fee Application for Receiver For Receiver and Receiver's Professionals For Services Rendered From April 1, 2017 Through June 30, 2017,*[19] allowing the fees and expenses requested and authorizing payment of the same.  The Receiver has made the payments authorized by that Order.

---

[18] Docket No. 100.

[19] Docket No. 107.

25.     On February 8, 2018, the Court entered an *Order Approving Third Interim Fee Application for Receiver For Receiver and Receiver's Professionals For Services Rendered From July 1, 2017 Through September 30, 2017*,[20] allowing the fees and expenses requested and authorizing payment of the same.  The Receiver has made the payments authorized by that Order.

26.     The Receiver and her professionals understand that authorization and payment of fees and expenses is interim in nature.   All fees and expenses allowed on an interim basis will be subject to final review at the close of the case and the discharge of the Receiver when the Receiver files a final accounting and final fee application.

## VI.

## CONCLUSION AND REQUEST FOR COURT APPROVAL

27.     For the reasons set forth above and as supported by the Exhibits attached hereto, the Receiver respectfully submits that the fees and expenses requested herein are for actual services that were necessary for and beneficial to the administration of the Receivership Estate. The Receiver has made every attempt to contain the administrative expenses of this Receivership Estate, and she submits that given the work that has been performed as outlined in the Receiver's Status Report, the fees and expenses that have been incurred are reasonable.

28.     Thus, the Receiver respectfully submits this Fee Application and requests that the Court enter an Order allowing the fees and expenses requested herein.  She also requests that the Court authorize her to pay allowed fees and expenses from funds of the Receivership Estate to

---

[20] Docket No. 119.

the extent those fees and expenses have not been paid to date in accordance with the Fee

Procedures Order.

Dated this 21st day of June, 2018.

**RECEIVER**


___/s/ Peggy Hunt_____
Peggy Hunt
*Receiver, Peggy Hunt*



**DORSEY & WHITNEY LLP**


___/s/ Michael F. Thomson_____
Michael F. Thomson
*Attorneys for Receiver, Peggy Hunt*



**BERKLEY RESEARCH GROUP**


/s/ Marvin Tenebaum_____
Marvin Tenenbaum
*Senior Vice President & Special Advisor to
the Chairman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2018, I caused the foregoing **FOURTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM OCTOBER 1, 2017 THROUGH DECEMBER 31, 2017** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record in this case.


_/s/ Candy Long_____


I further certify that on this 21st day of June, 2018, I caused the foregoing **FOURTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM OCTOBER 1, 2017 THROUGH DECEMBER 31, 2017** to be emailed to the following:

wadleyd@sec.gov
olivera@sec.gov
moric@sec.gov
okinakaa@sec.gov
lwashburn@smithcorrell.com
JDurkin@smithcorrell.com

_/s/ Candy Long_____


4813-3012-7209\1

# EXHIBIT A

Traffic Monsoon - Receiver
Fees Worked October 1, 2017 - December 31, 2017

| Matter Description | Hours | Oct. Fees | Nov. Fees | Dec. Fees | Total Fees | Voluntary Reduction | Total to be Allowed | Exhibit |
|---|---|---|---|---|---|---|---|---|
| Administration | 22.3 | $ 2,630.70 | $ 2,986.20 | $ 2,310.75 | $ 7,927.65 | (2,204.10) | $ 5,723.55 | A-1 |
| Asset Recovery | 13.8 | $ 1,422.00 | $ 284.40 | $ 3,199.50 | $ 4,905.90 | | $ 4,905.90 | A-2 |
| Litigation | 14.4 | $ 3,803.85 | $ 1,315.35 | - | $ 5,119.20 | | $ 5,119.20 | A-3 |
| **Total Fees** | **50.5** | | | | **$ 17,952.75** | **(2,204.10)** | **$ 15,748.65** | |

**Total Paid Under Fee Procedure Order**

| | | |
|---|---|---|
| October Fee Notice | $ | 5,744.88 |
| November Fee Notice | $ | 3,099.96 |
| **Total Paid** | **$** | **8,844.84** |

**Total Unpaid**          $ 6,903.81

# EXHIBIT A-1



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                         December 11, 2017
136 S. Main Street, Ste. 1000                                               Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502562-00001
PMH, Receiver Traffic Monsoon- Receiver - Administration

---

**For Services Rendered Through October 31, 2017**

## INVOICE TOTAL

| | |
|---|---:|
| Total For Current Fees | $2,630.70 |
| Less Voluntary Reduction | ($675.45) |
| **Total For Current Invoice** | **$1,955.25** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



## DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

**Client-Matter No: 502562-00001**

**PMH, Receiver Traffic Monsoon- Receiver - Administration**

**For Services Rendered Through October 31, 2017**

| Date | Timekeeper | Hours | Amount | Description |
|------|------------|-------|--------|-------------|
| 10/03/17 | M. Hunt | 0.40 | 0.00 | Review Dorsey invoices and instructions to staff on same (.4) |
| 10/12/17 | M. Hunt | 0.10 | 35.55 | Review call logs (.1) |
| 10/13/17 | M. Hunt | 0.20 | 71.10 | Review portal information; send to BRG; and conference with M. Thomson re status of Scoville appeal papers (.2) |
| 10/16/17 | M. Hunt | 0.60 | 213.30 | Review Epiq bills, authorize payment of same; correspondence with J. Shaw on SFAR issues; review tax returns for receivership and correspondence with J. Shaw re payment issues (.6) |
| 10/17/17 | M. Hunt | 0.10 | 35.55 | Attend to tax payment issues (.1) |
| 10/18/17 | M. Hunt | 0.30 | 106.65 | Review wire fund requests and attached invoices, check files on same, and email to J. Shaw re revisions to request (.3) |
| 10/19/17 | M. Hunt | 0.10 | 35.55 | Attend to wire transfer instructions and payments on Epic bills |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**≫ DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece                                      December 11, 2017
Client-Matter No.: 502562-00001                                                              Page 2
Invoice No.: ******

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/20/17 | M. Hunt | 0.30 | 106.65 | Review portal information and investor communications (.3) |
| 10/24/17 | M. Hunt | 0.10 | 35.55 | Review call logs (.1) |
| 10/25/17 | M. Hunt | 0.10 | 35.55 | Conference with J. Shaw re status of SFAR and status report (.1) |
| 10/26/17 | M. Hunt | 0.50 | 0.00 | Draft third fee application narrative |
| 10/26/17 | M. Hunt | 0.20 | 71.10 | Investor communications |
| 10/30/17 | M. Hunt | 1.90 | 675.45 | Evaluation of status of numerous items for status report (1.3); investor communications (.3); correspondence with Epiq re call logs (.3) |
| 10/31/17 | M. Hunt | 1.50 | 533.25 | Conference with A. Dronic re investigation and follow up on same, including research and correspondence (1.2); correspondence re investor communication issues (.3) |
| 10/31/17 | M. Hunt | 1.00 | 0.00 | Compile and review all invoices for reporting period and notes on same for fee application (1.0) |

**Total Hours**           **7.40**

|  |  |
|---|---|
| **Total for Fees** | **$1,955.25** |

|  |  |
|---|---|
| **Total This Invoice** | **$1,955.25** |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 5.50 | 355.50 | 1,955.25 |
| M. Hunt | 1.90 | 0.00 | 0.00 |
| **Total all Timekeepers** | **7.40** |  | **1,955.25** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

Client-Matter No.: 502562-00001
PMH, Receiver Traffic Monsoon- Receiver - Administration

---

**For Services Rendered Through November 30, 2017**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Fees | $2,986.20 |
| Less Voluntary Reduction | ($711.00) |
| **Total For Current Invoice** | **$2,275.20** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



### DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                December 11, 2017
136 S. Main Street, Ste. 1000                                      Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502562-00001**

**PMH, Receiver Traffic Monsoon- Receiver - Administration**

**For Services Rendered Through November 30, 2017**

| 11/01/17 | M. Hunt | 1.00 | 0.00 | Draft fee application, including compiling of documents (1.0) |
|---|---|---|---|---|
| 11/01/17 | M. Hunt | 0.20 | 71.10 | Correspondence with R. Strong re investor information requests and conference with same (.2) |
| 11/02/17 | M. Hunt | 1.20 | 426.60 | Draft third status report (1.2) |
| 11/03/17 | M. Hunt | 0.10 | 35.55 | Correspondence re bank issues |
| 11/06/17 | M. Hunt | 0.20 | 71.10 | Investor communication issues (.2) |
| 11/09/17 | M. Hunt | 1.30 | 462.15 | Conference with R. Strong re status of several items and issues (.3); work on status report (1.) |
| 11/15/17 | M. Hunt | 0.60 | 213.30 | Investor communications; read emails from C. Scoville and L. Washburn (.3); further review of Scoville emails, and email to A. Oliver about concerns (.3) |
| 11/16/17 | M. Hunt | 0.50 | 177.75 | Attend to issues on Scoville threats, including call with A. Oliver (.5) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**》）DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: \*\*\*\*\*\*

December 11, 2017
Page 2

| 11/17/17 | M. Hunt | 0.90 | 319.95 | Correspondence re C. Scoville threats, and deal with same (.5) ; draft report on same (.4) |
| 11/20/17 | M. Hunt | 0.20 | 71.10 | Review Call Logs and portal information (.2) |
| 11/28/17 | M. Hunt | 0.80 | 284.40 | Work on status report (.8) |
| 11/29/17 | M. Hunt | 1.00 | 0.00 | Finalize fee application, including proposed order, and instructions to staff on same; review Dorsey invoices for October for inclusion in fee notice to send to SEC (1.0) |
| 11/30/17 | M. Hunt | 0.40 | 142.20 | Conference with M. Montoya re documents that need to be provided to Epiq to include on the website; review website and emails with J. Mercer re additional updates to website (.4) |

**Total Hours**          **8.40**

**Total for Fees**          **$2,275.20**

**Total This Invoice**          **$2,275.20**

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 6.40 | 355.50 | 2,275.20 |
| M. Hunt | 2.00 | 0.00 | 0.00 |
| **Total all Timekeepers** | **8.40** | | **2,275.20** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                    February 28, 2018
136 S. Main Street, Ste. 1000                                          Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502562-00001
PMH, Receiver Traffic Monsoon- Receiver - Administration

**For Legal Services Rendered Through December 31, 2017**

## INVOICE TOTAL

| | |
|---|---:|
| Total For Current Legal Fees | $2,310.75 |
| Less Voluntary Reduction | ($817.65) |
| **Total For Current Invoice** | **$1,493.10** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

February 28, 2018
Invoice No. ******

**Client-Matter No: 502562-00001**

**PMH, Receiver Traffic Monsoon- Receiver - Administration**

**For Legal Services Rendered Through December 31, 2017**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 12/04/17 | M. Hunt | 1.00 | 355.50 | Check call logs and portal activity; investor communications and attend to mail and estate payment issues (.5); review information collected on investor requested by SEC and draft email re same (.4); attend to issues on updating the website (.1) |
| 12/05/17 | M. Hunt | 0.10 | 35.55 | Conference with Signature bank re administrative payments (.1) |
| 12/06/17 | M. Hunt | 0.50 | 177.75 | Correspondence on updating website (.2); review and approve Epiq October bill (.1); review revised website, and instructions to J. Wiest on same (.2) |
| 12/07/17 | M. Hunt | 0.10 | 35.55 | Correspondence on Website update (.1) |
| 12/07/17 | M. Hunt | 0.50 | 177.75 | Review professional invoices, and instructions on same (.5) |
| 12/08/17 | M. Hunt | 0.60 | 0.00 | Finalize letter to Chambers on fee application and communication with team on same (.1); review Dorsey invoices for |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# DORSEY
### DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

February 28, 2018
Page 2

| | | | | |
|---|---|---|---|---|
| | | | | November and revisions to same (.5) |
| 12/08/17 | M. Hunt | 0.20 | 71.10 | Review and execute Epiq payment and wire information and instructions on same; call with bank to authorize same (.2) |
| 12/11/17 | M. Hunt | 1.00 | 0.00 | Final review of Dorsey invoices and requests for changes to same (.4); draft notice of October fees and correspondence with BRG on same; instructions to staff on same (.5); cover letter re same (.1) |
| 12/12/17 | M. Hunt | 1.00 | 355.50 | Attend to mail issues; review Epiq portal report ; investor communications |
| 12/13/17 | M. Hunt | 0.10 | 35.55 | Review Epiq invoices and approve same for payment (.1) |
| 12/14/17 | M. Hunt | 0.10 | 35.55 | Review bank statements (.1) |
| 12/15/17 | M. Hunt | 0.60 | 0.00 | Review BRG invoices (.2); draft November fee notice and correspondence on same (.4) |
| 12/15/17 | M. Hunt | 0.30 | 106.65 | Review information from investor portal submitted this week; forward to accountants; attend to updating website, including correspondence with M. Montoya (.3) |
| 12/18/17 | M. Hunt | 0.20 | 71.10 | Review call logs, forward same, and correspondence on website (.2) |
| 12/21/17 | M. Hunt | 0.10 | 0.00 | Attend to professional payment issues |
| 12/22/17 | M. Hunt | 0.10 | 35.55 | Confirm wire transfers on Epiq payments and follow up on same (.1) |

**Total Hours**     **6.50**

**Total for Legal Fees**     **$1,493.10**

**Less Voluntary Reduction**     **($817.65)**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

February 28, 2018
Page 3

| | **Total This Invoice** | **$1,493.10** |
|---|---|---|

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 4.20 | 355.50 | 1,493.10 |
| M. Hunt | 2.30 | 0.00 | 0.00 |
| **Total all Timekeepers** | **6.50** | | **1,493.10** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# EXHIBIT A-2



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver          December 11, 2017
136 S. Main Street, Ste. 1000                                Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502562-00002
PMH / Receiver Traffic Monsoon - Asset Recovery

---

**For Services Rendered Through October 31, 2017**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Fees | $1,422.00 |
| **Total For Current Invoice** | **$1,422.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                Wire Instructions:              (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP                 U.S. Bank National Association  ABA Routing Number: 091000022
P.O. Box 1680                        800 Nicollet Mall               Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680           Minneapolis, MN  55402          Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

**Client-Matter No: 502562-00002**

**PMH / Receiver Traffic Monsoon - Asset Recovery**

**For Services Rendered Through October 31, 2017**

| Date | | | | Description |
|------|---|---|---|-------------|
| 10/03/17 | M. Hunt | 0.20 | 71.10 | Review correspondence from Allied Wallet re funds turnover, and correspondence related to same (.2) |
| 10/04/17 | M. Hunt | 0.40 | 142.20 | Review letter from paypal and related correspondence; conference with M. Thomson on same; and email regarding same (.4) |
| 10/05/17 | M. Hunt | 2.30 | 817.65 | Meeting with BRG re asset recovery issues and follow up on same (2.3) |
| 10/06/17 | M. Hunt | 0.40 | 142.20 | Correspondence re Allied Wallet wire transfer and confirmation of funds, check on amount of funds ; review investor information from web portal and forward to BRG |
| 10/16/17 | M. Hunt | 0.30 | 106.65 | Review correspondence on Paypal issues, analysis of and respond to same (.3) |
| 10/24/17 | M. Hunt | 0.10 | 35.55 | Correspondence re Allied Wallet payments and STP discovery |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**⟨⟩⟩ DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00002
Invoice No.: ******

December 11, 2017
Page 2

| | | | | | |
|---|---|---|---|---|---|
| 10/31/17 | M. Hunt | 0.30 | 106.65 | Conferences with BRG re status (.3) | |

**Total Hours**     **4.00**

**Total for Fees**     **$1,422.00**

**Total This Invoice**     **$1,422.00**

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 4.00 | 355.50 | 1,422.00 |
| **Total all Timekeepers** | **4.00** | | **1,422.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY


**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                    December 11, 2017
136 S. Main Street, Ste. 1000                                          Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502562-00002
PMH / Receiver Traffic Monsoon - Asset Recovery

---

**For Services Rendered Through November 30, 2017**

## INVOICE TOTAL

Total For Current Fees                                                 $284.40

**Total For Current Invoice**                                          **$284.40**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:          Wire Instructions:              (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP           U.S. Bank National Association  ABA Routing Number: 091000022
P.O. Box 1680                  800 Nicollet Mall               Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680     Minneapolis, MN  55402          Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



## DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

**Client-Matter No: 502562-00002**

**PMH / Receiver Traffic Monsoon - Asset Recovery**

**For Services Rendered Through November 30, 2017**

| | | | | |
|---|---|---|---|---|
| 11/02/17 | M. Hunt | 0.10 | 35.55 | Correspondence with bank on Allied Wallet wire, and confirmation of same (.1) |
| 11/17/17 | M. Hunt | 0.40 | 142.20 | Conference with R. Strong re status of forensic work (.4) |
| 11/27/17 | M. Hunt | 0.30 | 106.65 | Review BRG analysis and correspondence on meeting (.3) |

**Total Hours**       **0.80**

**Total for Fees**       **$284.40**

**Total This Invoice**       **$284.40**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00002
Invoice No.: ******

December 11, 2017
Page 2

### Timekeeper Summary

| Timekeeper | Hours | Billed Rate | Amount |
| --- | --- | --- | --- |
| M. Hunt | 0.80 | 355.50 | 284.40 |
| **Total all Timekeepers** | **0.80** | | **284.40** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                    February 28, 2018
136 S. Main Street, Ste. 1000                                          Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502562-00002
PMH / Receiver Traffic Monsoon - Asset Recovery

---

**For Legal Services Rendered Through December 31, 2017**

## INVOICE TOTAL

Total For Current Legal Fees                                           $3,199.50

**Total For Current Invoice**                                          **$3,199.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:                  (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP               U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                   Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680         Minneapolis, MN  55402              Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



## DORSEY
### DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

February 28, 2018
Invoice No. ******

**Client-Matter No: 502562-00002**

**PMH / Receiver Traffic Monsoon - Asset Recovery**

**For Legal Services Rendered Through December 31, 2017**

| 12/04/17 | M. Hunt | 0.10 | 35.55 | Correspondence on Allied Wallet turnover issues; analysis of turnover issues (.1) |
|---|---|---|---|---|
| 12/04/17 | M. Hunt | 2.70 | 959.85 | Prepare for and attend BRG status meeting and follow up on same (2.7) |
| 12/08/17 | M. Hunt | 2.30 | 817.65 | Review report from Manchester flat HOA (.2); team meeting to determine research needed in light of BRG reports (1.0); draft outline of issues and tasks for team going forward (1.1) |
| 12/11/17 | M. Hunt | 0.40 | 142.20 | Correspondence with M. Blower re GB asset recovery issues (.1); review investor analysis data complied by M. Baker and send to M. Babcock on Chase issues (.3) |
| 12/14/17 | M. Hunt | 2.40 | 853.20 | Conference with M. Biewer and M. Thomson re UK judgment issues (.6); conference with M. Thomson, J. Wiest and M. Baker re asset recovery issues (.9); follow up correspondence on tasks (.4); research files on potential causes of action |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# ⟨⟩ DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece                    February 28, 2018
Client-Matter No.: 502562-00002                                              Page 2
Invoice No.: ******

|            |          |       |        | and email re same (.5) |
|------------|----------|-------|--------|------------------------|
| 12/18/17   | M. Hunt  | 0.60  | 213.30 | Review correspondence from M. Blower re UK investors and respond to same (.2) ; coorispondence on asset recovery issues (.4) |
| 12/21/17   | M. Hunt  | 0.50  | 177.75 | Team meeting on asset recovery strategy and follow up on same |

**Total Hours**            **9.00**

**Total for Legal Fees**            **$3,199.50**

**Total This Invoice**            **$3,199.50**

## Timekeeper Summary

| Timekeeper           | Hours | Billed Rate | Amount    |
|----------------------|-------|-------------|-----------|
| M. Hunt              | 9.00  | 355.50      | 3,199.50  |
| **Total all Timekeepers** | **9.00** |             | **3,199.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT A-3



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 28, 2017
Invoice No. 3396010

Client-Matter No.: 502562-00004
PMH/Receiver Traffic Monsoon - Litigation

---

**For Legal Services Rendered Through October 31, 2017**

# INVOICE TOTAL

Subtotal for Current Legal Fees $3,803.85

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



## DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 28, 2017
Invoice No. 3396010

**Client-Matter No: 502562-00004**

**PMH/Receiver Traffic Monsoon - Litigation**

---

**For Legal Services Rendered Through October 31, 2017**

| 10/16/17 | M. Hunt | 0.10 | 35.55 | Review ecf on SEC appeal brief and instructions to staff re compiling documents (.1) |
|---|---|---|---|---|
| 10/17/17 | M. Hunt | 0.10 | 35.55 | Correspondence re Scoville appeal issues (.1) |
| 10/18/17 | M. Hunt | 7.00 | 2,488.50 | Read appellant briefs, review portions of the record, and revise brief |
| 10/19/17 | M. Hunt | 0.10 | 35.55 | Conference with J. Wiest re Scoville brief |
| 10/19/17 | M. Hunt | 0.20 | 71.10 | Conference with D. Wadley re paypal lawsuit issues and follow up on same (.2) |
| 10/20/17 | M. Hunt | 2.00 | 711.00 | Revise amicus brief motion (1.9); correspondence on same and review Scoville motion to extend deadline (.1) |
| 10/20/17 | M. Hunt | 0.80 | 284.40 | Final review of amicus brief and conference with J. Wiest re revisions to same (.8) |
| 10/26/17 | M. Hunt | 0.40 | 142.20 | Review ecf and correspondence re Scoville objection to amicus brief ; review brief and |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# ◖◗ DORSEY
### DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00004
Invoice No.: 3396010

December 28, 2017
Page 2

correspondence re same

| | | |
|---|---|---|
| **Total Hours** | **10.70** | |
| | **Subtotal for Legal Fees** | **$3,803.85** |
| | | ($760.77) |
| | **Total for Legal Fees** | **$3,043.08** |
| | **Total This Invoice** | **$3,043.08** |

## Timekeeper Summary

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 10.70 | 355.50 | 3,803.85 |
| **Total all Timekeepers** | **10.70** | | **3,803.85** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver          December 11, 2017
136 S. Main Street, Ste. 1000                                Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502562-00004
PMH/Receiver Traffic Monsoon - Litigation

---

**For Services Rendered Through November 30, 2017**

# INVOICE TOTAL

Total For Current Fees                                    $1,315.35

**Total For Current Invoice**                            **$1,315.35**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                Wire Instructions:               (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP                 U.S. Bank National Association   ABA Routing Number: 091000022
P.O. Box 1680                        800 Nicollet Mall                Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680           Minneapolis, MN  55402           Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



## DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver          December 11, 2017
136 S. Main Street, Ste. 1000                                Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502562-00004**

**PMH/Receiver Traffic Monsoon - Litigation**

**For Services Rendered Through November 30, 2017**

| Date | Timekeeper | Hours | Amount | Description |
|------|------------|-------|--------|-------------|
| 11/01/17 | M. Hunt | 3.00 | 1,066.50 | Review Scoville opposition to amicus brief motion, and draft reply (.5); revise reply, including review of law on duties (2.4); correspondence with J. Wiest re same (.1) |
| 11/02/17 | M. Hunt | 0.20 | 71.10 | Final review of reply to objection on amicus brief in Scoville appeal and authorize filing of same (.2) |
| 11/06/17 | M. Hunt | 0.20 | 71.10 | Review ecf on Scoville appeal, and email to J. Wiest re same; follow up on same (.2) |
| 11/28/17 | M. Hunt | 0.30 | 106.65 | Review Scoville reply brief (.3) |

|                | **Total Hours** | **3.70** | | |

|  |  | | **Total for Fees** | **$1,315.35** |

|  |  | | **Total This Invoice** | **$1,315.35** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**) ) DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00004
Invoice No.: ******

December 11, 2017
Page 2

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 3.70 | 355.50 | 1,315.35 |
| **Total all Timekeepers** | **3.70** | | **1,315.35** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B

Traffic Monsoon - Legal
Fees Worked October 1, 2017 - December 31, 2017

| Matter Description | Hours | Oct. Fees | Nov. Fees | Dec. Fees | Total Fees | Voluntary Reduction | Total to be Allowed | Exhibit |
|---|---|---|---|---|---|---|---|---|
| Administration | 63.90 | $ 1,025.50 | $ 6,699.50 | $ 11,857.50 | $ 19,582.50 | $ (236.50) | $ 19,346.00 | B-1 |
| Asset Recovery | 40.80 | $ 895.00 | $ 1,657.00 | $ 10,668.00 | $ 13,220.00 | - | $ 13,220.00 | B-2 |
| Litigation | 75.30 | $ 21,217.00 | $ 1,299.50 | $ - | $ 22,446.50 | $ (7,500.00) | $ 14,946.50 | B-3 |
| Legal-Claim Process Plan | 5.90 | $ 2,212.50 | - | - | $ 2,212.50 | - | $ 2,212.50 | B-4 |
| International | 13.00 | $ 5,814.00 | - | - | $ 5,814.00 | - | $ 5,814.00 | B-5 |
| **Total Fees** | **198.9** | | | | **$ 63,275.50** | **$ (7,736.50)** | **$ 55,539.00** | |
| Out of Pocket Expenses | | $ 16.40 | $ 21.87 | $ 11.00 | $ 49.27 | | $ 49.27 | B-6 |
| **Total Fees and Expenses** | | | | | | | **$55,588.27** | |

Total Paid Under Fee Procedure Order
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| October Fee Notice | | | | | | | $ 3,099.96 |
| November Fee Notice | | | | | | | $ 10,846.63 |
| **Total Paid To Date** | | | | | | | **$ 13,946.59** |

**Total Unpaid** $41,641.68

# EXHIBIT B-1



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

Client-Matter No.: 502566-00001
PMH / Traffic Monsoon - Administration

---

**For Legal Services Rendered Through October 31, 2017**

## INVOICE TOTAL

Total For Current Legal Fees                              $1,025.50

**Total For Current Invoice**                            **$1,025.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY**

DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                          December 11, 2017
136 S. Main Street, Ste. 1000                                Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00001**

**PMH / Traffic Monsoon - Administration**

---

**For Legal Services Rendered Through October 31, 2017**

| 10/02/17 | N. Asmus | 0.50 | 47.50 | Correspondence with numerous investors and interested parties |
| 10/05/17 | M. Thomson | 1.80 | 711.00 | Meeting with Receiver and BRG |
| 10/12/17 | M. Thomson | 0.10 | 39.50 | Review call logs from Epiq |
| 10/17/17 | M. Thomson | 0.10 | 39.50 | Email correspondence with Epiq |
| 10/19/17 | N. Asmus | 0.50 | 47.50 | Correspondence with numerous investors and interested parties |
| 10/24/17 | M. Thomson | 0.10 | 39.50 | Review weekly call log from Epiq |
| 10/27/17 | N. Asmus | 0.40 | 38.00 | Correspondence with numerous investors and interested parties |
| 10/31/17 | M. Baker | 0.20 | 63.00 | Review letter from investor |

**Total Hours**   **3.70**

**Total for Legal Fees**   **$1,025.50**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                    December 11, 2017
Client-Matter No.: 502566-00001                                              Page 2
Invoice No.: ******

|  | **Total This Invoice** | **$1,025.50** |
|---|---|---|

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Baker | 0.20 | 315.00 | 63.00 |
| M. Thomson | 2.10 | 395.00 | 829.50 |
| N. Asmus | 1.40 | 95.00 | 133.00 |
| **Total all Timekeepers** | **3.70** | | **1,025.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                     December 11, 2017
136 S. Main Street, Ste. 1000                           Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00001
PMH / Traffic Monsoon - Administration

---

**For Legal Services Rendered Through November 30, 2017**

# INVOICE TOTAL

Total For Current Legal Fees                            $6,699.50

**Total For Current Invoice**                           **$6,699.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:            Wire Instructions:              (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP             U.S. Bank National Association   ABA Routing Number: 091000022
P.O. Box 1680                    800 Nicollet Mall                Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680       Minneapolis, MN  55402           Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



### DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

**Client-Matter No: 502566-00001**

**PMH / Traffic Monsoon - Administration**

---

**For Legal Services Rendered Through November 30, 2017**

| | | | | |
|---|---|---|---|---|
| 11/03/17 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence regarding Receiver's status report |
| 11/06/17 | M. Montoya | 0.20 | 35.00 | Review email from investor, review trafficmonsoonreceive rship.com site in connection therewith, and email P. Hunt and M. Thomson regarding responding to the investor |
| 11/07/17 | M. Thomson | 0.10 | 39.50 | Review weekly call logs from Epiq |
| 11/10/17 | N. Asmus | 0.50 | 47.50 | Correspondence with numerous investors and interested parties |
| 11/15/17 | M. Thomson | 0.20 | 79.00 | Multiple correspondence regarding emails from Mr. Scoville to SEC and Receiver |
| 11/16/17 | M. Baker | 2.20 | 693.00 | Conduct internet discovery and research into potential threats against receiver; draft analysis of same; conference with M. Thomson regarding same |
| 11/16/17 | M. Thomson | 0.50 | 197.50 | Multiple email correspondence regarding Scoville emails and online posts, and |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**⟨⟩⟩ DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                          December 11, 2017
Client-Matter No.: 502566-00001                                        Page 2
Invoice No.: ******

| | | | | |
|---|---|---|---|---|
| | | | | conferences regarding same |
| 11/17/17 | M. Baker | 0.90 | 283.50 | Research and conduct internet research and discovery on potential threats by C. Scoville |
| 11/17/17 | M. Thomson | 0.30 | 118.50 | Multiple email correspondence regarding email from Scoville and online post issues |
| 11/17/17 | M. Thomson | 0.70 | 276.50 | Review Scoville's online posts |
| 11/20/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding Scoville |
| 11/20/17 | M. Thomson | 0.10 | 39.50 | Review Epiq call log |
| 11/22/17 | M. Thomson | 0.10 | 39.50 | Conference regarding Scoville |
| 11/29/17 | M. Baker | 5.40 | 1,701.00 | Compile investor claim information from investor correspondence emails for August 2017 |
| 11/29/17 | M. Thomson | 0.50 | 197.50 | Analyze files and documents, and revise Receiver's Third Status Report |
| 11/30/17 | M. Baker | 8.30 | 2,614.50 | Review and analyze investor e-mails for August 2017 and compile into investor spreadsheet |
| 11/30/17 | N. Asmus | 1.20 | 114.00 | Correspondence with numerous investors and interested parties |
| 11/30/17 | M. Montoya | 0.60 | 105.00 | Conference with P. Hunt regarding documents to send to Epiq for the website (.1); pull documents from the 10th Circuit Court of Appeals and email J. Mercer regarding same (.5) |

**Total Hours        22.10**

**Total for Legal Fees        $6,699.50**

**Total This Invoice        $6,699.50**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

## ◗❱ DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                December 11, 2017
Client-Matter No.: 502566-00001                                            Page 3
Invoice No.: ******

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Baker | 16.80 | 315.00 | 5,292.00 |
| M. Thomson | 2.80 | 395.00 | 1,106.00 |
| N. Asmus | 1.70 | 95.00 | 161.50 |
| M. Montoya | 0.80 | 175.00 | 140.00 |
| **Total all Timekeepers** | **22.10** | | **6,699.50** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

February 28, 2018
Invoice No. ******

Client-Matter No.: 502566-00001
PMH / Traffic Monsoon - Administration

_____

**For Legal Services Rendered Through December 31, 2017**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $11,857.50 |
| Less Voluntary Reduction | ($236.50) |
| **Total For Current Invoice** | **$11,621.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



## DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

February 28, 2018
Invoice No. ******

**Client-Matter No: 502566-00001**

**PMH / Traffic Monsoon - Administration**

**For Legal Services Rendered Through December 31, 2017**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/17 | M. Baker | 7.50 | 2,362.50 | Review, analyze, and compile claim and contact information from investor e-mails for September 2017 for investor inquiry spreadsheet (7.5) |
| 12/04/17 | M. Baker | 4.00 | 1,260.00 | Review and analyze correspondence from investors from October 2017 for investor inquiry spreadsheet (4.0) |
| 12/04/17 | M. Thomson | 0.10 | 39.50 | Review Epiq call log (.1) |
| 12/05/17 | M. Baker | 2.00 | 630.00 | Review and analyze investor e-mails from October 2017 for investor inquiry spreadsheet (2.0) |
| 12/06/17 | J. Wiest | 0.40 | 118.00 | Correspondence with G. Winter and P. Hunt regarding Receiver website (.4) |
| 12/07/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding updates to receivership web site (.1) |
| 12/07/17 | M. Montoya | 0.10 | 17.50 | Save newly filed documents to centralized drive (.1) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                           February 28, 2018
Client-Matter No.: 502566-00001                                         Page 2
Invoice No.: ******

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/08/17 | M. Baker | 0.50 | 157.50 | Update and revise investor inquiry spreadsheet (.5) |
| 12/11/17 | M. Baker | 1.00 | 315.00 | Revise and update investor inquiry spreadsheet (1.0) |
| 12/11/17 | M. Thomson | 0.30 | 0.00 | Review and revise interim fee notices (.3) |
| 12/11/17 | N. Asmus | 0.40 | 38.00 | Correspondence with numerous investors and interested parties (.4) |
| 12/12/17 | M. Baker | 3.80 | 1,197.00 | Review and analyze investor emails from November 2017 and update investor inquiry spreadsheet (3.8) |
| 12/13/17 | M. Baker | 2.50 | 787.50 | Research and analyze investor inquiry e-mails; update investor inquiry spreadsheet (2.5) |
| 12/13/17 | M. Thomson | 0.20 | 79.00 | Email correspondence regarding receivership web site issues (.2) |
| 12/13/17 | M. Montoya | 0.30 | 52.50 | Multiple email correspondence with investor; email J. Mercer at Epiq regarding website issues (.3) |
| 12/14/17 | M. Baker | 4.00 | 1,260.00 | Review and analyze investor inquiry e-mails and update investor inquiry spreadsheet (4.0) |
| 12/14/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding web site issues (.1) |
| 12/14/17 | M. Montoya | 0.10 | 17.50 | Email correspondence with G. Winter at Epiq regarding website issues; email investor regarding same (.1) |
| 12/14/17 | M. Montoya | 0.20 | 35.00 | Telephone conference with M. Thomson regarding documents needed; scan documents and email to M. Thomson (.2) |
| 12/15/17 | M. Baker | 1.50 | 472.50 | Review and analyze e-mails from investors and update investor inquiry spreadsheet (1.5) |
| 12/16/17 | M. Baker | 1.90 | 598.50 | Review and analyze investor inquiry e-mails and update investor inquiry |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

## ❯❯ DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                    February 28, 2018
Client-Matter No.: 502566-00001                                              Page 3
Invoice No.: ******

|          |              |       |          | spreadsheet (1.9)                                                          |
|----------|--------------|-------|----------|----------------------------------------------------------------------------|
| 12/18/17 | M. Thomson   | 0.10  | 39.50    | Review weekly call log from Epiq (.1)                                      |
| 12/19/17 | M. Baker     | 0.40  | 126.00   | Call with M. Babcock regarding investor inquiry spreadsheet (.2); prepare for same (.2) |
| 12/20/17 | M. Baker     | 1.20  | 378.00   | Research investor inquiry e-mails for missing deposit information for M. Babcock (1.2) |
| 12/21/17 | M. Baker     | 3.20  | 1,008.00 | Research investor e-mails for bank transfer information for M. Babcock (3.2) |
| 12/22/17 | J. Wiest     | 0.40  | 0.00     | Draft and file request to submit for decision third interim fee application (.4) |
| 12/22/17 | M. Baker     | 0.60  | 189.00   | Research information for M. Babcock and revise investor inquiry spreadsheet (.6) |
| 12/22/17 | M. Montoya   | 0.10  | 17.50    | Saved recently filed pleadings to centralized drive (.1)                   |
| 12/27/17 | M. Baker     | 1.10  | 346.50   | Review investor e-mails and update investor inquiry spreadsheet (1.1)      |

**Total Hours**          **38.10**

| | |
|---|---|
| **Total for Legal Fees** | **$11,857.50** |
| **Less Voluntary Reduction** | **($236.50)** |
| **Total This Invoice** | **$11,621.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00001
Invoice No.: ******

February 28, 2018
Page 4

## Timekeeper Summary

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| J. Wiest | 0.40 | 295.00 | 118.00 |
| J. Wiest | 0.40 | 0.00 | 0.00 |
| M. Baker | 35.20 | 315.00 | 11,088.00 |
| M. Thomson | 0.60 | 395.00 | 237.00 |
| M. Thomson | 0.30 | 0.00 | 0.00 |
| N. Asmus | 0.40 | 95.00 | 38.00 |
| M. Montoya | 0.80 | 175.00 | 140.00 |
| **Total all Timekeepers** | **38.10** | | **11,621.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-2



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

Client-Matter No.: 502566-00002
PMH/Traffic Monsoon Legal - Asset Recovery

---

**For Legal Services Rendered Through October 31, 2017**

## INVOICE TOTAL

Total For Current Legal Fees        $895.00

**Total For Current Invoice**        **$895.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

Client-Matter No: 502566-00002

**PMH/Traffic Monsoon Legal - Asset Recovery**

---

**For Legal Services Rendered Through October 31, 2017**

| | | | | |
|---|---|---|---|---|
| 10/03/17 | M. Thomson | 0.30 | 118.50 | Multiple email correspondence regarding Allied Wallet issues |
| 10/03/17 | M. Thomson | 0.10 | 39.50 | Email correspondence with BRG and Receiver regarding chargeback issues |
| 10/05/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries |
| 10/06/17 | M. Thomson | 0.30 | 118.50 | Multiple email correspondence regarding Allied Wallet issues |
| 10/12/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries |
| 10/16/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries |
| 10/17/17 | M. Thomson | 0.10 | 39.50 | Conference with M. Montoya regarding payment processor issues |
| 10/17/17 | M. Montoya | 0.30 | 52.50 | Conference with M. Thomson regarding User Agreements with Payza and Solid Trust Pay (.1); analyze documents produced by Payza and Solid Trust Pay for User Agreements and email M. Thomson regarding same (.2) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00002
Invoice No.: ******

December 11, 2017
Page 2

| | | | | |
|---|---|---|---|---|
| 10/20/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding PayPal data issues |
| 10/24/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding Allied Wallet issues |
| 10/24/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding STP |
| 10/24/17 | M. Thomson | 0.30 | 118.50 | Analyze Payza user agreements |
| 10/24/17 | M. Thomson | 0.30 | 118.50 | Analyze PayPal issues, and email correspondence with PayPal counsel regarding same |
| 10/26/17 | M. Thomson | 0.20 | 79.00 | Conferences regarding STP issues |
| 10/27/17 | M. Thomson | 0.10 | 39.50 | Email correspondence with counsel for Allied Wallet |

| | |
|---|---|
| **Total Hours** | **2.60** |

| | |
|---|---|
| **Total for Legal Fees** | **$895.00** |

| | |
|---|---|
| **Total This Invoice** | **$895.00** |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Thomson | 2.00 | 395.00 | 790.00 |
| M. Montoya | 0.60 | 175.00 | 105.00 |
| **Total all Timekeepers** | **2.60** | | **895.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

Client-Matter No.: 502566-00002
PMH/Traffic Monsoon Legal - Asset Recovery

---

**For Legal Services Rendered Through November 30, 2017**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,657.00 |
| **Total For Current Invoice** | **$1,657.00** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

**Client-Matter No: 502566-00002**

**PMH/Traffic Monsoon Legal - Asset Recovery**

**For Legal Services Rendered Through November 30, 2017**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/01/17 | J. Wiest | 1.20 | 354.00 | Research case law on receiver's duty issues |
| 11/01/17 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence with Receiver and BRG |
| 11/01/17 | M. Thomson | 0.10 | 39.50 | Email correspondence with Allied Wallet |
| 11/01/17 | M. Montoya | 0.30 | 52.50 | Respond to PayPal inquiries |
| 11/02/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding Allied Wallet |
| 11/03/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding Allied Wallet |
| 11/03/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries |
| 11/06/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries |
| 11/08/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries |
| 11/10/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding Italian investor issues |
| 11/13/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding Italian |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                December 11, 2017
Client-Matter No.: 502566-00002                                               Page 2
Invoice No.: ******

| | | | | | |
|---|---|---|---|---|---|
| | | | | | investors |
| 11/17/17 | M. Thomson | 0.90 | 355.50 | | Analyze emails and documents regarding investments made through F. Santos |
| 11/17/17 | M. Thomson | 0.60 | 237.00 | | Telephone conference with P. Cornacchia regarding investments made through F. Santos |
| 11/20/17 | M. Thomson | 0.10 | 39.50 | | Email correspondence with Receiver and BRG |
| 11/21/17 | M. Montoya | 0.20 | 35.00 | | Respond to PayPal inquiries |
| 11/27/17 | M. Thomson | 0.20 | 79.00 | | Multiple email correspondence with Receiver and BRG |
| 11/28/17 | M. Thomson | 0.20 | 79.00 | | Review files regarding Italian investor issues, and email correspondence with Receiver regarding same |
| 11/28/17 | M. Montoya | 0.10 | 17.50 | | Respond to PayPal inquiries |
| 11/29/17 | M. Thomson | 0.20 | 79.00 | | Conference with regarding investor information received |

**Total Hours**            **5.00**

**Total for Legal Fees**            **$1,657.00**

**Total This Invoice**            **$1,657.00**

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| J. Wiest | 1.20 | 295.00 | 354.00 |
| M. Thomson | 2.90 | 395.00 | 1,145.50 |
| M. Montoya | 0.90 | 175.00 | 157.50 |
| **Total all Timekeepers** | **5.00** | | **1,657.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**





**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                February 28, 2018
136 S. Main Street, Ste. 1000                      Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00002
PMH/Traffic Monsoon Legal - Asset Recovery

---

**For Legal Services Rendered Through December 31, 2017**

## INVOICE TOTAL

Total For Current Legal Fees                              $10,668.00

**Total For Current Invoice**                            **$10,668.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:            Wire Instructions:              (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP             U.S. Bank National Association  ABA Routing Number: 091000022
P.O. Box 1680                    800 Nicollet Mall               Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680       Minneapolis, MN 55402           Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                    February 28, 2018
136 S. Main Street, Ste. 1000                          Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00002**

**PMH/Traffic Monsoon Legal - Asset Recovery**

---

**For Legal Services Rendered Through December 31, 2017**

| | | | | |
|---|---|---|---|---|
| 12/04/17 | J. Wiest | 0.30 | 88.50 | Review case law on real-party-in-interes t issues (.3) |
| 12/04/17 | M. Thomson | 2.10 | 829.50 | Meeting with Receiver and BRG |
| 12/04/17 | M. Thomson | 0.10 | 39.50 | Email correspondence with Allied Wallet |
| 12/04/17 | M. Thomson | 0.10 | 39.50 | Email correspondence with BRG regarding Allied Wallet |
| 12/04/17 | M. Thomson | 0.10 | 39.50 | Conference with M. Baker regarding clawback issues |
| 12/05/17 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence regarding Allied Wallet turnover issues |
| 12/06/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 12/08/17 | J. Wiest | 1.60 | 472.00 | Meet with P. Hunt, M. Thomson, and M. Baker (1); research regarding statute of limitations and personal jurisdiction for clawback actions (.6) |
| 12/08/17 | M. Baker | 1.00 | 315.00 | Conference with J. Wiest, M. Thomson and |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00002
Invoice No.: ******

February 28, 2018
Page 2

|            |             |      |          | P. Hunt regarding recovery actions (1.0) |
|------------|-------------|------|----------|------------------------------------------|
| 12/08/17   | M. Thomson  | 1.00 | 395.00   | Meeting with Receiver and Dorsey team regarding asset recovery and claim distribution issues |
| 12/08/17   | M. Thomson  | 0.20 | 79.00    | Email correspondence with BRG regarding Chase issues |
| 12/08/17   | M. Thomson  | 0.80 | 316.00   | Analyze jurisdiction issues, and multiple email correspondence regarding same |
| 12/11/17   | J. Wiest    | 0.40 | 118.00   | Research statute of limitations for actions against payment processors (.4) |
| 12/11/17   | M. Baker    | 1.70 | 535.50   | Research notice issues related to claims procedures (1.7) |
| 12/11/17   | M. Thomson  | 0.20 | 79.00    | Multiple email correspondence regarding UK/EU litigation issues |
| 12/11/17   | M. Montoya  | 0.10 | 17.50    | Respond PayPal inquiries (.1) |
| 12/13/17   | M. Montoya  | 0.10 | 17.50    | Respond to PayPal inquiries (.1) |
| 12/14/17   | J. Wiest    | 4.70 | 1,386.50 | Research on class action procedures for clawback action (1.3); research on cases against payment processors (2.5); meet with M. Thomson, P. Hunt, and M. Baker (.9) |
| 12/14/17   | M. Baker    | 0.90 | 283.50   | Status meeting regarding claims process and recovery actions |
| 12/14/17   | M. Thomson  | 0.80 | 316.00   | Prepare for call on collection issues (.2); conference call with Receiver and UK counsel (.6) |
| 12/14/17   | M. Thomson  | 0.90 | 355.50   | Meeting with Receiver and Dorsey team |
| 12/15/17   | J. Wiest    | 0.60 | 177.00   | Research ZeekRewards default judgments against UK citizens (.6) |
| 12/15/17   | M. Baker    | 2.00 | 630.00   | Conduct additional research on claims procedures and related issues (2.0) |
| 12/15/17   | M. Montoya  | 0.10 | 17.50    | Respond to PayPal inquiries (.1) |
| 12/16/17   | J. Wiest    | 0.40 | 118.00   | Research defaults judgments against UK citizens in ZeekRewards (.3); |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00002
Invoice No.: ******

February 28, 2018
Page 3

|  |  |  |  | correspondence with M. Blower, M. Baker, P. Hunt, and M. Thomson (.1) |
|---|---|---|---|---|
| 12/18/17 | M. Baker | 1.10 | 346.50 | Review memorandum regarding enforcement of judgments (.5); review and update investor inquiry spreadsheet (.6) |
| 12/18/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 12/19/17 | J. Wiest | 0.10 | 29.50 | Correspondence with M. Blower, M. Thomson, P. Hunt, and M. Baker (.1) |
| 12/19/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding UK legal issues |
| 12/20/17 | J. Wiest | 4.50 | 1,327.50 | Research potential recovery claims (4.5) |
| 12/20/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 12/21/17 | J. Wiest | 3.30 | 973.50 | Research potential recovery claims (1.8); research payment processor contracts (1); meet with M. Thomson, P. Hunt, and M. Baker (.5) |
| 12/21/17 | M. Baker | 0.70 | 220.50 | Status conference with P. Hunt, M. Thomson and J. Wiest and follow up on same (.7) |
| 12/21/17 | M. Thomson | 1.10 | 434.50 | Review and analyze documents produced regarding pre-receivership California lawsuit and related settlement (.9); multiple email correspondence and telephone conference with BRG regarding same (.2) |
| 12/21/17 | M. Thomson | 0.50 | 197.50 | Meeting with Receiver and Dorsey team |
| 12/21/17 | M. Montoya | 0.40 | 70.00 | Prepare chart of funds received from Allied Wallet, STP, and Payza |
| 12/22/17 | M. Thomson | 0.20 | 79.00 | Email correspondence with BRG and Receiver regarding payments to SMI |
| 12/22/17 | M. Thomson | 0.30 | 118.50 | Analyze legal memos regarding jurisdiction issues |
| 12/22/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 12/27/17 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.2) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00002
Invoice No.: ******

February 28, 2018
Page 4

| Total Hours | 33.20 |
|---|---|

| | |
|---|---|
| **Total for Legal Fees** | **$10,668.00** |

| | |
|---|---|
| **Total This Invoice** | **$10,668.00** |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| J. Wiest | 15.90 | 295.00 | 4,690.50 |
| M. Baker | 7.40 | 315.00 | 2,331.00 |
| M. Thomson | 8.70 | 395.00 | 3,436.50 |
| M. Montoya | 1.20 | 175.00 | 210.00 |
| **Total all Timekeepers** | **33.20** | | **10,668.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-3



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                             December 28, 2017
136 S. Main Street, Ste. 1000                                      Invoice No. 3396013
Salt Lake City, UT 84101

Client-Matter No.: 502566-00004
PMH / Traffic Monsoon - Legal - Litigation

---

**For Legal Services Rendered Through October 31, 2017**

# INVOICE TOTAL

| | |
|---|---|
| Subtotal for Current Legal Fees | $21,217.00 |
| Less Voluntary Reduction | ($4,243.40) |
| Total For Current Legal Fees | $16,973.60 |
| **Total For Current Invoice** | **$16,973.60** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:                    (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP               U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                     Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680         Minneapolis, MN  55402                Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY**

DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                    December 28, 2017
136 S. Main Street, Ste. 1000                           Invoice No. 3396013
Salt Lake City, UT 84101

**Client-Matter No: 502566-00004**

**PMH / Traffic Monsoon - Legal - Litigation**

---

**For Legal Services Rendered Through October 31, 2017**

| | | | | |
|---|---|---|---|---|
| 10/02/17 | J. Wiest | 1.80 | 531.00 | Review district court findings related Ponzi schemes and begin research for appellate briefing (1.8) |
| 10/03/17 | J. Wiest | 2.70 | 796.50 | Review appellants' appeal brief (2); research Ponzi issue for appeal (.6); correspondence with P. Hunt and M. Thomson (.1) |
| 10/04/17 | J. Wiest | 4.00 | 1,180.00 | Meet with M. Thomson (.2); review appellants' brief and cited cases (2); review district court preliminary injunction order (1.8) |
| 10/04/17 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding appeal issues |
| 10/04/17 | M. Thomson | 0.20 | 79.00 | Conferences with J. Wiest regarding appeal issues |
| 10/04/17 | M. Thomson | 0.10 | 39.50 | Conference with Receiver regarding appeal issues |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                  December 28, 2017
Client-Matter No.: 502566-00004                                              Page 2
Invoice No.: 3396013

| | | | | |
|---|---|---|---|---|
| 10/04/17 | M. Thomson | 0.10 | 39.50 | Conference with Receiver regarding PayPal class action issues |
| 10/05/17 | J. Wiest | 2.60 | 767.00 | Research regarding appeal |
| 10/06/17 | J. Wiest | 0.90 | 265.50 | Research regarding appeal |
| 10/08/17 | J. Wiest | 2.20 | 649.00 | Research regarding appeal |
| 10/09/17 | J. Wiest | 5.60 | 1,652.00 | Research case law on issue of appellants' standing (reduced time by 2.0) |
| 10/09/17 | S. Goldberg | 0.30 | 0.00 | Conference with J. Wiest re appeal issues |
| 10/09/17 | N. Seim | 0.30 | 0.00 | Conference with J. Wiest regarding amicus brief |
| 10/10/17 | J. Wiest | 9.50 | 2,802.50 | Review record of district court proceedings in appellants' appendix |
| 10/12/17 | J. Wiest | 0.50 | 147.50 | Meet with M. Thomson regarding amicus brief |
| 10/12/17 | M. Thomson | 0.50 | 197.50 | Meeting with J. Wiest regarding appeal and briefing issues |
| 10/13/17 | M. Thomson | 0.10 | 39.50 | Conference with N. Seim regarding PayPal issues |
| 10/16/17 | J. Wiest | 1.90 | 560.50 | Review appellee's brief (.3); meet with M. Thomson (.3); begin drafting amicus brief (1.3) |
| 10/16/17 | M. Thomson | 0.30 | 118.50 | Analyze appellee brief filed by SEC, and conference regarding same |
| 10/16/17 | M. Thomson | 0.30 | 118.50 | Analyze issues related to PayPal class action, and email correspondence regarding same |
| 10/17/17 | J. Wiest | 7.70 | 2,271.50 | Draft amicus brief (7.5); meet with M. Thomson (.2) |
| 10/17/17 | M. Thomson | 0.20 | 79.00 | Conference with J. Wiest regarding amicus brief issues |
| 10/17/17 | M. Thomson | 0.20 | 79.00 | Email correspondence regarding amicus brief issues |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                          December 28, 2017
Client-Matter No.: 502566-00004                                      Page 3
Invoice No.: 3396013

| | | | | |
|---|---|---|---|---|
| 10/18/17 | J. Wiest | 10.10 | 2,979.50 | Draft amicus brief (2.9); draft motion for leave to file amicus brief (3.5); meet with P. Hunt (.1); revise amicus brief (3.6) |
| 10/18/17 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence regarding amicus brief issues |
| 10/19/17 | J. Wiest | 0.10 | 29.50 | Meet with P. Hunt |
| 10/19/17 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence regarding amicus brief issues |
| 10/20/17 | J. Wiest | 2.30 | 678.50 | Revise amicus brief (.4); revise motion for leave to file amicus brief (1.4); telephone call with P. Hunt regarding amicus brief and motion for leave to file (.5) |
| 10/20/17 | M. Thomson | 0.40 | 158.00 | Revise amicus brief and related motion |
| 10/23/17 | J. Wiest | 3.40 | 1,003.00 | Finalize and file amicus brief and motion for leave to file amicus brief |
| 10/23/17 | M. Thomson | 0.10 | 39.50 | Conference regarding amicus brief issues |
| 10/23/17 | M. Thomson | 0.30 | 118.50 | Revise amicus brief and related motion |
| 10/24/17 | J. Wiest | 0.10 | 29.50 | Correspondence with P. Hunt and M. Thomson |
| 10/26/17 | J. Wiest | 0.60 | 177.00 | Review appellant's objection to motion for leave to file amicus brief and rules relating to reply (.4); correspondence with P. Hunt and M. Thomson (.2) |
| 10/26/17 | M. Thomson | 0.40 | 158.00 | Analyze opposition to amicus brief motion, and email correspondence regarding same |
| 10/27/17 | J. Wiest | 4.40 | 1,298.00 | Research case law on appellate review of issues not raised in court below |
| 10/30/17 | J. Wiest | 2.70 | 796.50 | Draft reply to opposition to motion for leave to file amicus brief |
| 10/30/17 | M. Thomson | 0.20 | 79.00 | Conference with J. Wiest regarding reply in support of amicus brief motion |
| 10/31/17 | J. Wiest | 3.60 | 1,062.00 | Draft reply to objection to motion for leave to file amicus brief |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00004
Invoice No.: 3396013

December 28, 2017
Page 4

| **Total Hours** | **71.20** | |

| | | |
|---|---|---|
| | Subtotal for Legal Fees | $21,217.00 |
| | Less Voluntary Reduction | ($4,243.40) |
| | Total for Legal Fees | $16,973.60 |
| | Total This Invoice | $16,973.60 |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| J. Wiest | 66.70 | 295.00 | 19,676.50 |
| M. Thomson | 3.90 | 395.00 | 1,540.50 |
| S. Goldberg | 0.30 | 0.00 | 0.00 |
| N. Seim | 0.30 | 0.00 | 0.00 |
| **Total all Timekeepers** | **71.20** | | **21,217.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-4



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                    December 11, 2017
136 S. Main Street, Ste. 1000                           Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00005
PMH / Traffic Monsoon Legal-Claim Process/Plan Distrubution

---

**For Legal Services Rendered Through October 31, 2017**

## INVOICE TOTAL

Total For Current Legal Fees                              $2,212.50

**Total For Current Invoice**                            **$2,212.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:          Wire Instructions:              (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP           U.S. Bank National Association  ABA Routing Number: 091000022
P.O. Box 1680                  800 Nicollet Mall               Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680     Minneapolis, MN  55402          Swift Code: USBKUS44lMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



## DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                    December 11, 2017
136 S. Main Street, Ste. 1000                          Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00005**

**PMH / Traffic Monsoon Legal-Claim Process/Plan Distrubutio**

---

**For Legal Services Rendered Through October 31, 2017**

| 10/04/17 | N. Seim | 0.50 | 187.50 | Begin analyzing issues regarding PayPal asserted security interest |
|---|---|---|---|---|
| 10/06/17 | N. Seim | 0.30 | 112.50 | Analyze issues with PayPal funds in case |
| 10/13/17 | N. Seim | 0.50 | 187.50 | Conference with M. Thomson regarding PayPal asserted security interest, and begin reviewing documents relating to same |
| 10/16/17 | N. Seim | 3.30 | 1,237.50 | Review and analyze letter from PayPal attorney regarding claim (.3); research re: same (1.0); analyze security interest and perfection issues (1.2); draft analysis of same for P. Hunt and M. Thomson (.8) |
| 10/17/17 | N. Seim | 1.00 | 375.00 | Analyzing PayPal issues |
| 10/24/17 | N. Seim | 0.30 | 112.50 | Analyze issues with PayPal user agreement, and correspondence with M. Thomson regarding same |

**Total Hours        5.90**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                    December 11, 2017
Client-Matter No.: 502566-00005                                  Page 2
Invoice No.: ******

|  | Total for Legal Fees | $2,212.50 |
|---|---|---|
|  | Total This Invoice | $2,212.50 |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| N. Seim | 5.90 | 375.00 | 2,212.50 |
| **Total all Timekeepers** | **5.90** | | **2,212.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-5



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                      February 28, 2018
136 S. Main Street, Ste. 1000                            Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00006
PMH /Traffic Monsoon - International

---

**For Legal Services Rendered Through December 31, 2017**

## INVOICE TOTAL

Total For Current Legal Fees                             $5,814.00

**Total For Current Invoice**                            **$5,814.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:          Wire Instructions:              (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP           U.S. Bank National Association  ABA Routing Number: 091000022
P.O. Box 1680                  800 Nicollet Mall               Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680     Minneapolis, MN  55402          Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                                February 28, 2018
136 S. Main Street, Ste. 1000                                       Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00006**

**PMH /Traffic Monsoon - International**

**For Legal Services Rendered Through December 31, 2017**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/13/17 | M. Blower | 1.00 | 695.00 | Preparing for call with M. Thomson and P. Hunt; research on enforceability of US judgments in England |
| 12/14/17 | M. Blower | 1.30 | 903.50 | Preparing for call with P. Hunt and M. Thomson; call and then drafting summary of advice |
| 12/15/17 | J. Lewin | 2.70 | 1,093.50 | Preparing note on enforcement and jurisdiction |
| 12/15/17 | M. Blower | 0.60 | 417.00 | Email exchange with P. Hunt; instructing J. Lewin to prepare advice memo |
| 12/18/17 | J. Lewin | 1.60 | 648.00 | Draft email to asset tracing agency; update and amend draft note on enforcement of Utah judgment in United Kingdom; searching for claims issued against ZeekRewards defendants (requested by J Wiest) |
| 12/18/17 | S. Tsang | 4.20 | 945.00 | Conduct searches relating to enforcement of proceedings; attend court to inspect records; |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00006
Invoice No.: ******

February 28, 2018
Page 2

|          |            |       |        |                                                                                                                       |
|----------|------------|-------|--------|-----------------------------------------------------------------------------------------------------------------------|
|          |            |       |        | draft email to client summarising search process                                                                      |
| 12/18/17 | M. Blower  | 1.30  | 903.50 | Reviewing and finalising advice memorandum; supervising searches of court files re enforcement of US default judgments |
| 12/19/17 | M. Blower  | 0.30  | 208.50 | Note re court searches                                                                                                 |
|          | **Total Hours** | **13.00** |    |                                                                                                                       |

|  |  |
|--|--|
| **Total for Legal Fees** | **$5,814.00** |

|  |  |
|--|--|
| **Total This Invoice** | **$5,814.00** |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|------------|-------|-------------|--------|
| J. Lewin | 4.30 | 405.00 | 1,741.50 |
| S. Tsang | 4.20 | 225.00 | 945.00 |
| M. Blower | 4.50 | 695.00 | 3,127.50 |
| **Total all Timekeepers** | **13.00** | | **5,814.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-6



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                          December 11, 2017
136 S. Main Street, Ste. 1000                                Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00007
PMH / Traffic Monsoon Legal - Costs

---

**For Disbursements and Services Charges Rendered Through October 31, 2017**

## INVOICE TOTAL

Total For Current Disbursements and Service Charges            $16.40

**Total For Current Invoice**                                 **$16.40**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:          Wire Instructions:                (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP           U.S. Bank National Association    ABA Routing Number: 091000022
P.O. Box 1680                  800 Nicollet Mall                 Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680     Minneapolis, MN  55402            Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

December 11, 2017
Invoice No. ******

**Client-Matter No: 502566-00007**

**PMH / Traffic Monsoon Legal - Costs**

**For Disbursements and Service Charges Rendered Through October 31, 2017**

|  |  |
|---|---|
| **Total for Legal Fees** | **$0.00** |

**Disbursements and Service Charges**

| Postage Charges | 16.40 |
|---|---|
| **Total for Disbursements and Service Charges** | **$16.40** |
| **Total This Invoice** | **$16.40** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                    December 11, 2017
136 S. Main Street, Ste. 1000                          Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00007
PMH / Traffic Monsoon Legal - Costs

---

**For Disbursements and Services Charges Rendered Through November 30, 2017**

# INVOICE TOTAL

Total For Current Disbursements and Service Charges          $21.87

**Total For Current Invoice**                                **$21.87**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:            Wire Instructions:                    (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP             U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                    800 Nicollet Mall                     Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680       Minneapolis, MN  55402                Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



### DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                    December 11, 2017
136 S. Main Street, Ste. 1000                          Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00007**

**PMH / Traffic Monsoon Legal - Costs**

_____

**For Disbursements and Service Charges Rendered Through November 30, 2017**

| | |
|---|---:|
| **Total for Legal Fees** | **$0.00** |

**Disbursements and Service Charges**

| | |
|---|---:|
| Overnight Delivery Charges | 21.87 |
| **Total for Disbursements and Service Charges** | **$21.87** |
| **Total This Invoice** | **$21.87** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal          February 28, 2018
136 S. Main Street, Ste. 1000                Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00007
PMH / Traffic Monsoon Legal - Costs

---

**For Disbursements and Services Charges Rendered Through December 31, 2017**

## INVOICE TOTAL

Total For Current Disbursements and Service Charges          $11.00

**Total For Current Invoice**                                **$11.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                          February 28, 2018
136 S. Main Street, Ste. 1000                           Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00007**

**PMH / Traffic Monsoon Legal - Costs**

**For Disbursements and Service Charges Rendered Through December 31, 2017**

|  |  |
|---|---:|
| **Total for Legal Fees** | **$0.00** |

**Disbursements and Service Charges**

| | |
|---|---:|
| Messenger Charges | 8.00 |
| Postage Charges | 3.00 |

| | |
|---|---:|
| **Total for Disbursements and Service Charges** | **$11.00** |

| | |
|---|---:|
| **Total This Invoice** | **$11.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# EXHIBIT C

**TRAFFIC MONSOON**
Summary of BRG Fees & Expenses
October 1, 2017 - December 31, 2017

| Date | Invoice No. | Fees | | Write Off | | Expenses | | Total Fees & Expenses | | Amounts Paid to Date Under the Fee Procedures Order | | Unpaid Fees |
|------|-------------|------|---|-----------|---|----------|---|-----------------------|---|---------------------------------------------------|---|-------------|
| Oct-17 | 59120 | $ | 46,068.50 | $ | (675.00) | $ | 11.05 | $ | 45,404.55 | $ | 36,329.20 | $ | 9,075.35 |
| Nov-17 | 59589 | | 39,557.50 | | (750.00) | | 7.65 | | 38,815.15 | | 31,056.20 | | 7,758.95 |
| Dec-17 | 61123 | | 12,995.50 | | (650.00) | | 4.80 | | 12,350.30 | | - | | 12,350.30 |
| Total | | $ | 98,621.50 | $ | (2,075.00) | $ | 23.50 | $ | 96,570.00 | $ | 67,385.40 | $ | 29,184.60 |

# EXHIBIT C-1


**Berkeley Research Group**

Ms. Peggy Hunt
Dorsey & Whitney LLP
111 S. Main Street
Suite 2100
Salt Lake City, UT 84111

November 30, 2017
Client-Matter: 997-14823
Invoice #: 59120
Tax ID # 27-1451273

**Via Email: hunt.peggy@dorsey.com**

---

**RE: Traffic Monsoon Receivership**

Services Rendered From October 1, 2017 Through October 31, 2017

| | | |
|---|---:|---|
| Professional Services | $  46,068.50 | USD |
| Voluntary Reduction | (675.00) | |
| Expenses Incurred | 11.05 | |
| **CURRENT CHARGES** | $  **45,404.55** | USD |

### PAYMENT IS DUE BY December 30, 2017

Please direct questions regarding this invoice to: Matthew Babcock at (801) 364-6233 or mbabcock@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA  94608

**Please remit payment by wire or ACH to:**
| | |
|---|---|
| Bank Name: | PNC Bank, N.A. |
| SWIFT: | PNCCUS33ENJ |
| ABA #: | 031207607 |
| Account Name: | Berkeley Research Group, LLC |
| Account #: | 8026286672 |
| Reference: | 59120 |

Remittance advices are to be sent to:
remitadvice@thinkbrg.com


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 2 of 10
**Invoice #** 59120
**Client-Matter:** 00997-014823

Services Rendered From October 1, 2017 Through October 31, 2017

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 80.10 | 23,629.50 |
| | | | |
| **Associate Director** | | | |
| Matthew Babcock | 275.00 | 29.90 | 8,222.50 |
| | | | |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 250.00 | 35.50 | 8,875.00 |
| Jeffrey Shaw | | 2.70 | N/C |
| | | | |
| **Senior Associate** | | | |
| Jason Strong | 210.00 | 6.50 | 1,365.00 |
| | | | |
| **Associate** | | | |
| Christina Tergevorkian | 155.00 | 21.30 | 3,301.50 |
| | | | |
| **Total Professional Services** | | 176.00 | 45,393.50 |

**EXPENSES**

| | |
|---|---|
| Photocopies | 10.05 |
| Travel - Parking | 1.00 |
| **Total Expenses** | **11.05** |



**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 3 of 10
**Invoice #** 59120
**Client-Matter:** 00997-014823

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 110.0000 | General Accounting Issues | 6.00 | 1,500.00 |
| 310.0000 | Claims Analysis - Net Winner / Net Loser | 4.70 | 1,386.50 |
| 400.0000 | Forensic Accounting Analysis - General | 43.00 | 9,011.00 |
| 410.0000 | Forensic Accounting Analysis - Traffic Monsoon | 21.90 | 6,460.50 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 6.50 | 1,787.50 |
| 430.0000 | Forensic Accounting Analysis - Allied Wallet | 4.60 | 1,150.00 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 47.90 | 13,960.50 |
| 450.0000 | Forensic Accounting Analysis - Payza | 19.80 | 4,950.00 |
| 460.0000 | Forensic Accounting Analysis - STP | 18.90 | 5,187.50 |
| 950.0000 | Fee Application Preparation & Hearing | 2.70 | N/C |
| **Total Professional Services** | | **176.00** | **45,393.50** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 4 of 10
**Invoice #** 59120
**Client-Matter:** 00997-014823

Services Rendered From October 1, 2017 Through October 31, 2017

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 10/16/17 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables. | 1.70 | 250.00 | 425.00 |
| 10/17/17 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables. | 0.40 | 250.00 | 100.00 |
| 10/18/17 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables. | 0.50 | 250.00 | 125.00 |
| 10/19/17 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.30 | 250.00 | 75.00 |
| 10/23/17 | Jeffrey Shaw | Emails regarding outstanding payables. | 0.20 | 250.00 | 50.00 |
| 10/24/17 | Jeffrey Shaw | Reviewed and recorded transaction and claim data in Epiq. | 2.20 | 250.00 | 550.00 |
| 10/25/17 | Jeffrey Shaw | Prepared and coordinated payment of outstanding payables. | 0.70 | 250.00 | 175.00 |
| | | **Total for Task Code 110.0000** | **6.00** | | **1,500.00** |
| **Task Code: 310.0000 - Claims Analysis - Net Winner / Net Loser** | | | | | |
| 10/31/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement activity for claims analysis. | 4.70 | 295.00 | 1,386.50 |
| | | **Total for Task Code 310.0000** | **4.70** | | **1,386.50** |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 10/03/17 | Ray Strong | Discussed cash receipts and disbursement analysis with BRG professionals. | 0.20 | 295.00 | 59.00 |
| 10/04/17 | Christina Tergevorkian | Reviewed and analyzed NULL IP address jurisdiction coding. | 1.60 | 155.00 | 248.00 |
| 10/05/17 | Matthew Babcock | Prepared for and attended meeting with Receiver, counsel and S3. | 2.10 | 275.00 | 577.50 |
| 10/05/17 | Jeffrey Shaw | Prepared for meeting with Receiver. | 0.50 | 250.00 | 125.00 |
| 10/05/17 | Jeffrey Shaw | Attended meeting with Receiver, counsel and S3. | 2.00 | 250.00 | 500.00 |
| 10/05/17 | Ray Strong | Attended meeting with BRG professionals regarding cash receipts and disbursement analysis. | 2.00 | 295.00 | 590.00 |
| 10/05/17 | Jason Strong | Reviewed and analyzed TM SQL data for cash receipts and disbursement analysis. | 0.50 | 210.00 | 105.00 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/05/17 | Ray Strong | Analyzed and updated cash category codes. | 0.50 | 295.00 | 147.50 |
| 10/05/17 | Christina Tergevorkian | Reviewed and analyzed NULL IP address jurisdiction coding. | 4.80 | 155.00 | 744.00 |
| 10/06/17 | Ray Strong | Discussed cash receipts and disbursement analysis with BRG professionals. | 0.30 | 295.00 | 88.50 |
| 10/06/17 | Christina Tergevorkian | Reviewed and analyzed questionnaire information and updated Jurisdictions. | 2.40 | 155.00 | 372.00 |
| 10/06/17 | Christina Tergevorkian | Reviewed and analyzed NULL IP address jurisdiction coding. | 2.30 | 155.00 | 356.50 |
| 10/12/17 | Christina Tergevorkian | Reviewed and updated jurisdiction codes. | 3.30 | 155.00 | 511.50 |
| 10/13/17 | Jason Strong | Analyzed and developed reporting server for cash receipts and disbursement analysis. | 2.00 | 210.00 | 420.00 |
| 10/13/17 | Christina Tergevorkian | Reviewed and updated jurisdiction codes. | 2.50 | 155.00 | 387.50 |
| 10/18/17 | Jason Strong | Reviewed and analyzed TM data for cash receipts and disbursement analysis. | 2.00 | 210.00 | 420.00 |
| 10/20/17 | Matthew Babcock | Analyzed issues related to payment processors. | 0.80 | 275.00 | 220.00 |
| 10/27/17 | Matthew Babcock | Met with S3 in order to discuss case matters. | 0.70 | 275.00 | 192.50 |
| 10/27/17 | Jeffrey Shaw | Discussion regarding cash receipt and disbursement analysis. | 0.90 | 250.00 | 225.00 |
| 10/27/17 | Ray Strong | Discussed cash receipts and disbursement analysis with BRG professionals. | 1.00 | 295.00 | 295.00 |
| 10/27/17 | Ray Strong | Analyzed jurisdiction issues for claims analysis. | 1.20 | 295.00 | 354.00 |
| 10/27/17 | Christina Tergevorkian | Reviewed and analyzed member coding for jurisdictions. | 3.20 | 155.00 | 496.00 |
| 10/30/17 | Ray Strong | Reviewed and analyzed Biebertz activity pursuant to Receiver inquiry. | 1.30 | 295.00 | 383.50 |
| 10/30/17 | Ray Strong | Reviewed and analyzed Biebertz activity pursuant to Receiver inquiry. | 1.10 | 295.00 | 324.50 |
| 10/30/17 | Christina Tergevorkian | Reviewed and analyzed member coding for jurisdictions. | 1.20 | 155.00 | 186.00 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------|------|------|------|------|------|
| 10/31/17 | Matthew Babcock | Discussion regarding case issues. | 0.70 | 275.00 | 192.50 |
| 10/31/17 | Matthew Babcock | Analyzed bank and payment processor data in response to inquiry from Receiver. | 0.60 | 275.00 | 165.00 |
| 10/31/17 | Jeffrey Shaw | Analyzed transaction data in connection with request from Receiver. | 1.30 | 250.00 | 325.00 |
| | | **Total for Task Code 400.0000** | **43.00** | | **9,011.00** |

**Task Code: 410.0000 - Forensic Accounting Analysis - Traffic Monsoon**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 10/02/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 1.10 | 295.00 | 324.50 |
| 10/03/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 2.70 | 295.00 | 796.50 |
| 10/05/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 2.50 | 295.00 | 737.50 |
| 10/12/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 2.90 | 295.00 | 855.50 |
| 10/16/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 1.30 | 295.00 | 383.50 |
| 10/18/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 10/19/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 2.20 | 295.00 | 649.00 |
| 10/23/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 3.70 | 295.00 | 1,091.50 |
| 10/24/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 1.50 | 295.00 | 442.50 |
| 10/26/17 | Ray Strong | Reviewed and analyzed TM database activity for cash receipts and disbursement analysis. | 0.90 | 295.00 | 265.50 |
| | | **Total for Task Code 410.0000** | **21.90** | | **6,460.50** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank** | | | | | |
| 10/05/17 | Matthew Babcock | Analyzed Chase Bank receipt and disbursement data. | 1.20 | 275.00 | 330.00 |
| 10/06/17 | Matthew Babcock | Analyzed Chase Bank receipt and disbursement data. | 1.00 | 275.00 | 275.00 |
| 10/20/17 | Matthew Babcock | Analyzed Chase Bank receipt and disbursement transactions. | 0.20 | 275.00 | 55.00 |
| 10/24/17 | Matthew Babcock | Analyzed Chase Bank receipt and disbursement transactions. | 2.10 | 275.00 | 577.50 |
| 10/25/17 | Matthew Babcock | Analyzed Chase Bank transactions. | 0.50 | 275.00 | 137.50 |
| 10/26/17 | Matthew Babcock | Analyzed Chase Bank transactions. | 0.70 | 275.00 | 192.50 |
| 10/27/17 | Matthew Babcock | Analyzed Chase Bank transactions. | 0.80 | 275.00 | 220.00 |
| | | **Total for Task Code 420.0000** | **6.50** | | **1,787.50** |
| | | | | | |
| **Task Code: 430.0000 - Forensic Accounting Analysis - Allied Wallet** | | | | | |
| 10/05/17 | Jeffrey Shaw | Follow-up regarding Allied Wallet transaction data. | 0.50 | 250.00 | 125.00 |
| 10/06/17 | Jeffrey Shaw | Analyzed Allied Wallet transaction data. | 4.10 | 250.00 | 1,025.00 |
| | | **Total for Task Code 430.0000** | **4.60** | | **1,150.00** |
| | | | | | |
| **Task Code: 440.0000 - Forensic Accounting Analysis - PayPal** | | | | | |
| 10/02/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 10/03/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 2.10 | 295.00 | 619.50 |
| 10/05/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 3.00 | 295.00 | 885.00 |
| 10/06/17 | Ray Strong | Reconciled PayPal activity with PayPal statements. | 3.20 | 295.00 | 944.00 |
| 10/12/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 3.10 | 295.00 | 914.50 |
| 10/16/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 4.20 | 295.00 | 1,239.00 |
| 10/16/17 | Ray Strong | Reconciled PayPal activity with PayPal statements downloaded. | 1.50 | 295.00 | 442.50 |



**BRG**
**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/18/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 2.40 | 295.00 | 708.00 |
| 10/19/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 4.20 | 295.00 | 1,239.00 |
| 10/20/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 3.70 | 295.00 | 1,091.50 |
| 10/23/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 3.50 | 295.00 | 1,032.50 |
| 10/24/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 5.10 | 295.00 | 1,504.50 |
| 10/25/17 | Jason Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement analysis. | 2.00 | 210.00 | 420.00 |
| 10/26/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 4.70 | 295.00 | 1,386.50 |
| 10/31/17 | Ray Strong | Reviewed and analyzed PayPal activity for cash receipts and disbursement analysis. | 2.10 | 295.00 | 619.50 |
| | | **Total for Task Code 440.0000** | **47.90** | | **13,960.50** |

**Task Code: 450.0000 - Forensic Accounting Analysis - Payza**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/05/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 3.10 | 250.00 | 775.00 |
| 10/05/17 | Jeffrey Shaw | Follow-up regarding Payza transaction data. | 0.30 | 250.00 | 75.00 |
| 10/06/17 | Jeffrey Shaw | Follow-up regarding Payza transaction data. | 0.50 | 250.00 | 125.00 |
| 10/06/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.30 | 250.00 | 325.00 |
| 10/09/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 0.90 | 250.00 | 225.00 |
| 10/11/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 2.50 | 250.00 | 625.00 |
| 10/16/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.20 | 250.00 | 300.00 |
| 10/18/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 0.80 | 250.00 | 200.00 |
| 10/19/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 4.10 | 250.00 | 1,025.00 |
| 10/20/17 | Jeffrey Shaw | Reviewed Payza transaction data. | 0.40 | 250.00 | 100.00 |
| 10/27/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.50 | 250.00 | 375.00 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/30/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.70 | 250.00 | 425.00 |
| 10/31/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.50 | 250.00 | 375.00 |
| | | **Total for Task Code 450.0000** | **19.80** | | **4,950.00** |
| | | | | | |
| **Task Code: 460.0000 - Forensic Accounting Analysis - STP** | | | | | |
| 10/05/17 | Matthew Babcock | Analyzed STP receipt and disbursement data. | 2.50 | 275.00 | 687.50 |
| 10/06/17 | Matthew Babcock | Analyzed STP receipt and disbursement data and contacted STP regarding related issues. | 1.70 | 275.00 | 467.50 |
| 10/18/17 | Matthew Babcock | Analyzed STP transactions and discussed related issues. | 0.80 | 275.00 | 220.00 |
| 10/19/17 | Matthew Babcock | Analyzed STP data and followed-up with STP representative. | 0.30 | 275.00 | 82.50 |
| 10/24/17 | Matthew Babcock | Analyzed STP receipt and disbursement transactions. | 3.20 | 275.00 | 880.00 |
| 10/25/17 | Matthew Babcock | Analyzed STP transactions. | 1.60 | 275.00 | 440.00 |
| 10/26/17 | Matthew Babcock | Analyzed STP transactions. | 0.90 | 275.00 | 247.50 |
| 10/27/17 | Matthew Babcock | Analyzed STP transactions. | 2.20 | 275.00 | 605.00 |
| 10/30/17 | Matthew Babcock | Analyzed STP transactions. | 3.10 | 275.00 | 852.50 |
| 10/30/17 | Jeffrey Shaw | Evaluated STP transaction data. | 0.40 | 250.00 | 100.00 |
| 10/31/17 | Matthew Babcock | Analyzed STP transactions. | 2.20 | 275.00 | 605.00 |
| | | **Total for Task Code 460.0000** | **18.90** | | **5,187.50** |
| | | | | | |
| **Task Code: 950.0000 - Fee Application Preparation & Hearing** | | | | | |
| 10/16/17 | Jeffrey Shaw | Emails regarding September billing. | 0.20 | 0.00 | N/C |
| 10/20/17 | Jeffrey Shaw | Reviewed time entries and descriptions for September 2017 bill. | 0.80 | 0.00 | N/C |
| 10/24/17 | Jeffrey Shaw | Reviewed, finalized and submitted September 2017 bill. | 1.00 | 0.00 | N/C |
| 10/26/17 | Jeffrey Shaw | Prepared invoice summary for inclusion in fee application. | 0.70 | 0.00 | N/C |
| | | **Total for Task Code 950.0000** | **2.70** | | **N/C** |
| | | | | | |
| **Professional Services** | | | **176.00** | | **45,393.50** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 10 of 10
**Invoice #** 59120
**Client-Matter:** 00997-014823

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 11/15/17 | S3 Advisory LLC - Travel - Parking NR Timekeeper : 00354 - Strong, Ray Invoice #: 1170 Vchr Comment: Services and expenses on matter #14823 for Oct 2017. | 1.00 |
| 11/15/17 | S3 Advisory LLC -  Photocopies $0.15 x67 NR Invoice #: 1170 Vchr Comment: Services and expenses on matter #14823 for Oct 2017. Timekeeper : 00354 - Strong, Ray | 10.05 |
| **Expenses** | | **11.05** |

# EXHIBIT C-2


**Berkeley Research Group**

Ms. Peggy Hunt
Dorsey & Whitney LLP
111 S. Main Street
Suite 2100
Salt Lake City, UT 84111

December 12, 2017
Client-Matter: 997-14823
Invoice #: 59589
Tax ID # 27-1451273

**Via Email: hunt.peggy@dorsey.com**

---

RE:  **Traffic Monsoon Receivership**

Services Rendered From November 1, 2017 Through November 30, 2017

| | | |
|---|---|---|
| Professional Services | $    39,557.50 | USD |
| Voluntary Reduction | (750.00) | |
| Expenses Incurred | 7.65 | |
| **CURRENT CHARGES** | $    **38,815.15** | USD |

**PAYMENT IS DUE BY January 11, 2018**

Please direct questions regarding this invoice to: Matthew Babcock at (801) 364-6233 or mbabcock@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA  94608

**Please remit payment by wire or ACH to:**
| | |
|---|---|
| Bank Name: | PNC Bank, N.A. |
| SWIFT: | PNCCUS33ENJ |
| ABA #: | 031207607 |
| Account Name: | Berkeley Research Group, LLC |
| Account #: | 8026286672 |
| Reference: | 59589 |

Remittance advices are to be sent to:
remitadvice@thinkbrg.com


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Services Rendered From November 1, 2017 Through November 30, 2017

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 80.00 | 23,600.00 |
| **Associate Director** | | | |
| Matthew Babcock | 275.00 | 12.00 | 3,300.00 |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 250.00 | 37.10 | 9,275.00 |
| Jeffrey Shaw | | 3.00 | N/C |
| **Senior Associate** | | | |
| Jason Strong | 210.00 | 7.00 | 1,470.00 |
| **Associate** | | | |
| Christina Tergevorkian | 155.00 | 7.50 | 1,162.50 |
| **Total Professional Services** | | **146.60** | **38,807.50** |

**EXPENSES**

| | | | |
|---|---|---|---|
| Photocopies | | | 7.65 |
| **Total Expenses** | | | **7.65** |


**BRG**
**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 3 of 9
**Invoice #** 59589
**Client-Matter:** 00997-014823

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 110.0000 | General Accounting Issues | 2.70 | 675.00 |
| 120.0000 | Monthly Operating Report Preparation | 1.20 | 300.00 |
| 300.0000 | Claims Analysis - General | 44.40 | 13,098.00 |
| 400.0000 | Forensic Accounting Analysis - General | 34.70 | 8,319.00 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 6.10 | 1,632.50 |
| 430.0000 | Forensic Accounting Analysis - Allied Wallet | 4.90 | 1,225.00 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 23.40 | 6,903.00 |
| 450.0000 | Forensic Accounting Analysis - Payza | 18.40 | 4,600.00 |
| 460.0000 | Forensic Accounting Analysis - STP | 6.30 | 1,680.00 |
| 800.0000 | Status Report Preparation | 1.50 | 375.00 |
| 950.0000 | Fee Application Preparation & Hearing | 3.00 | N/C |
| **Total Professional Services** | | **146.60** | **38,807.50** |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 4 of 9
**Invoice #** 59589
**Client-Matter:** 00997-014823

Services Rendered From November 1, 2017 Through November 30, 2017

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 11/01/17 | Jeffrey Shaw | Responded to Receiver inquiry. | 0.20 | 250.00 | 50.00 |
| 11/02/17 | Jeffrey Shaw | Updated and recorded activity in Epiq. | 0.50 | 250.00 | 125.00 |
| 11/03/17 | Jeffrey Shaw | Reviewed and recorded activity in Epiq. | 0.50 | 250.00 | 125.00 |
| 11/29/17 | Jeffrey Shaw | Reviewed and responded to Receiver inquiry. | 0.20 | 250.00 | 50.00 |
| 11/30/17 | Jeffrey Shaw | Reviewed bank statements and activity. | 1.30 | 250.00 | 325.00 |
| | | **Total for Task Code 110.0000** | **2.70** | | **675.00** |
| | | | | | |
| **Task Code: 120.0000 - Monthly Operating Report Preparation** | | | | | |
| 11/02/17 | Jeffrey Shaw | Finalized and submitted quarterly report to Receiver. | 0.30 | 250.00 | 75.00 |
| 11/02/17 | Jeffrey Shaw | Discussion with Epiq representative to resolve quarterly report issues. | 0.40 | 250.00 | 100.00 |
| 11/02/17 | Jeffrey Shaw | Reviewed activity for the quarter ending 9/30/17 and prepared quarterly report. | 0.50 | 250.00 | 125.00 |
| | | **Total for Task Code 120.0000** | **1.20** | | **300.00** |
| | | | | | |
| **Task Code: 300.0000 - Claims Analysis - General** | | | | | |
| 11/01/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 1.70 | 295.00 | 501.50 |
| 11/02/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 4.20 | 295.00 | 1,239.00 |
| 11/08/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 1.10 | 295.00 | 324.50 |
| 11/09/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 4.10 | 295.00 | 1,209.50 |
| 11/10/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 4.70 | 295.00 | 1,386.50 |



**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page 5 of 9**
**Invoice # 59589**
**Client-Matter:** 00997-014823

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 11/15/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 4.20 | 295.00 | 1,239.00 |
| 11/16/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 3.20 | 295.00 | 944.00 |
| 11/20/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 1.90 | 295.00 | 560.50 |
| 11/21/17 | Ray Strong | Developed claims and "net" winner queries and reporting. | 4.10 | 295.00 | 1,209.50 |
| 11/27/17 | Ray Strong | Developed claims and "net" winner queries and reporting. | 1.50 | 295.00 | 442.50 |
| 11/27/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 3.10 | 295.00 | 914.50 |
| 11/28/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 1.70 | 295.00 | 501.50 |
| 11/29/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 5.20 | 295.00 | 1,534.00 |
| 11/30/17 | Ray Strong | Reviewed and analyzed cash receipts and disbursement database activity for claims and "net" winner analysis. | 3.70 | 295.00 | 1,091.50 |
| | | **Total for Task Code 300.0000** | **44.40** | | **13,098.00** |

**Task Code: 400.0000 - Forensic Accounting Analysis - General**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/17 | Jeffrey Shaw | Discussions regarding cash receipt and disbursement analysis. | 0.50 | 250.00 | 125.00 |
| 11/01/17 | Jason Strong | Analyzed and inspected Traffic Monsoon.com php code to determine status codes for cash out tables. | 1.50 | 210.00 | 315.00 |
| 11/02/17 | Matthew Babcock | Reviewed case issues and discussed with S3 professionals. | 0.90 | 275.00 | 247.50 |
| 11/02/17 | Jeffrey Shaw | Reviewed and discussed cash receipt and disbursement analysis. | 1.50 | 250.00 | 375.00 |
| 11/02/17 | Ray Strong | Discussed cash receipts and disbursement analysis issues with BRG professionals. | 0.80 | 295.00 | 236.00 |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 6 of 9
Invoice # 59589
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/02/17 | Christina Tergevorkian | Reviewed and analyzed jurisdiction coding. | 4.20 | 155.00 | 651.00 |
| 11/03/17 | Ray Strong | Reviewed and analyzed member/investor data for cash receipts and disbursement reconstruction. | 3.10 | 295.00 | 914.50 |
| 11/03/17 | Christina Tergevorkian | Reviewed and analyzed jurisdiction coding. | 3.30 | 155.00 | 511.50 |
| 11/06/17 | Ray Strong | Reviewed and analyzed member/investor data for cash receipts and disbursement reconstruction. | 3.70 | 295.00 | 1,091.50 |
| 11/06/17 | Jason Strong | Analyzed and imported Chase and STP data in to cash receipts and disbursement database. | 1.50 | 210.00 | 315.00 |
| 11/15/17 | Matthew Babcock | Discussed processor / bank transactions with S3 and followed-up on related items. | 1.30 | 275.00 | 357.50 |
| 11/15/17 | Ray Strong | Reviewed and analyzed member/investor data for cash receipts and disbursement reconstruction. | 1.30 | 295.00 | 383.50 |
| 11/16/17 | Ray Strong | Reviewed and analyzed member/investor data for cash receipts and disbursement reconstruction. | 2.10 | 295.00 | 619.50 |
| 11/17/17 | Matthew Babcock | Evaluated case issues. | 0.60 | 275.00 | 165.00 |
| 11/20/17 | Jason Strong | Analyzed cash receipts and disbursement data and updated category coding and created views. | 2.00 | 210.00 | 420.00 |
| 11/27/17 | Jeffrey Shaw | Reviewed and replied to emails regarding cash receipt and disbursement analysis. | 0.20 | 250.00 | 50.00 |
| 11/27/17 | Jeffrey Shaw | Reviewed member portal data and emails regarding the same. | 0.40 | 250.00 | 100.00 |
| 11/27/17 | Ray Strong | Reviewed and analyzed member/investor data for cash receipts and disbursement reconstruction. | 1.20 | 295.00 | 354.00 |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 7 of 9
Invoice # 59589
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/27/17 | Jason Strong | Analyzed cash receipts and disbursement data and updated category coding and created views. | 1.00 | 210.00 | 210.00 |
| 11/28/17 | Jeffrey Shaw | Analyzed member questionnaire data. | 1.90 | 250.00 | 475.00 |
| 11/29/17 | Matthew Babcock | Analyzed payment processor transactions. | 0.70 | 275.00 | 192.50 |
| 11/29/17 | Jason Strong | Analyzed cash receipts and disbursement data and updated category coding and created views and reports. | 1.00 | 210.00 | 210.00 |
| | | **Total for Task Code 400.0000** | **34.70** | | **8,319.00** |

**Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/02/17 | Matthew Babcock | Analyzed Chase Bank data / transactions and prepared upload file. | 0.60 | 275.00 | 165.00 |
| 11/28/17 | Matthew Babcock | Analyzed Chase Bank transactions. | 0.90 | 275.00 | 247.50 |
| 11/28/17 | Jeffrey Shaw | Analyzed Chase transaction data. | 0.90 | 250.00 | 225.00 |
| 11/29/17 | Jeffrey Shaw | Analyzed Chase transaction data. | 0.90 | 250.00 | 225.00 |
| 11/30/17 | Matthew Babcock | Examined Chase Bank transactions and compared to questionnaire responses. | 2.80 | 275.00 | 770.00 |
| | | **Total for Task Code 420.0000** | **6.10** | | **1,632.50** |

**Task Code: 430.0000 - Forensic Accounting Analysis - Allied Wallet**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/09/17 | Jeffrey Shaw | Analyzed Allied Wallet transaction data. | 2.80 | 250.00 | 700.00 |
| 11/28/17 | Jeffrey Shaw | Analyzed Allied Wallet transaction data. | 1.20 | 250.00 | 300.00 |
| 11/29/17 | Jeffrey Shaw | Analyzed Allied Wallet transaction data. | 0.90 | 250.00 | 225.00 |
| | | **Total for Task Code 430.0000** | **4.90** | | **1,225.00** |

**Task Code: 440.0000 - Forensic Accounting Analysis - PayPal**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 3.10 | 295.00 | 914.50 |
| 11/02/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 2.90 | 295.00 | 855.50 |
| 11/03/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 3.50 | 295.00 | 1,032.50 |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 8 of 9
**Invoice #** 59589
**Client-Matter:** 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/08/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 5.10 | 295.00 | 1,504.50 |
| 11/10/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 1.10 | 295.00 | 324.50 |
| 11/15/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 2.10 | 295.00 | 619.50 |
| 11/20/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 2.10 | 295.00 | 619.50 |
| 11/27/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 1.60 | 295.00 | 472.00 |
| 11/28/17 | Ray Strong | Reviewed and analyzed PayPal data for cash receipts and disbursement reconstruction. | 1.90 | 295.00 | 560.50 |
| | | **Total for Task Code 440.0000** | **23.40** | | **6,903.00** |

**Task Code: 450.0000 - Forensic Accounting Analysis - Payza**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/17 | Jeffrey Shaw | Analyzed Payza transaction data and emails regarding the same. | 1.80 | 250.00 | 450.00 |
| 11/02/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.20 | 250.00 | 300.00 |
| 11/06/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 3.50 | 250.00 | 875.00 |
| 11/08/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 7.30 | 250.00 | 1,825.00 |
| 11/09/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.80 | 250.00 | 450.00 |
| 11/21/17 | Jeffrey Shaw | Evaluated Payza transaction data. | 0.20 | 250.00 | 50.00 |
| 11/28/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.70 | 250.00 | 425.00 |
| 11/29/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 0.90 | 250.00 | 225.00 |
| | | **Total for Task Code 450.0000** | **18.40** | | **4,600.00** |

**Task Code: 460.0000 - Forensic Accounting Analysis - STP**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/01/17 | Matthew Babcock | Analyzed STP data / transactions and reviewed related correspondence. | 1.80 | 275.00 | 495.00 |
| 11/01/17 | Jeffrey Shaw | Evaluated STP data. | 0.30 | 250.00 | 75.00 |
| 11/02/17 | Matthew Babcock | Analyzed STP data / transactions and prepared upload file. | 1.90 | 275.00 | 522.50 |
| 11/28/17 | Matthew Babcock | Analyzed STP transactions. | 0.50 | 275.00 | 137.50 |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 9 of 9
Invoice # 59589
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/28/17 | Jeffrey Shaw | Analyzed STP transaction data. | 0.90 | 250.00 | 225.00 |
| 11/29/17 | Jeffrey Shaw | Analyzed STP transaction data. | 0.90 | 250.00 | 225.00 |
| | | **Total for Task Code 460.0000** | **6.30** | | **1,680.00** |

**Task Code: 800.0000 - Status Report Preparation**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/03/17 | Jeffrey Shaw | Reviewed and updated status report. | 1.50 | 250.00 | 375.00 |
| | | **Total for Task Code 800.0000** | **1.50** | | **375.00** |

**Task Code: 950.0000 - Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/22/17 | Jeffrey Shaw | Review, update and discussion of billing summary. | 0.60 | | N/C |
| 11/22/17 | Jeffrey Shaw | Reviewed time entries and descriptions for October 2017 bill. | 1.40 | | N/C |
| 11/30/17 | Jeffrey Shaw | Coordinated and prepared invoice. | 0.20 | | N/C |
| 11/30/17 | Jeffrey Shaw | Reviewed fee application and emails regarding the same. | 0.80 | | N/C |
| | | **Total for Task Code 950.0000** | **3.00** | | **N/C** |

| | | **Professional Services** | **146.60** | | **38,807.50** |

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 12/11/17 | S3 Advisory LLC - Photocopies ($.15 x 51) NR Invoice #: 1178 Vchr Comment: Services and expenses on matter #14823 in Nov 2017. Timekeeper : 00354 - Strong, Ray | 7.65 |
| | **Expenses** | **7.65** |

# EXHIBIT C-3



**Berkeley Research Group**

Ms. Peggy Hunt
Dorsey & Whitney LLP
111 S. Main Street
Suite 2100
Salt Lake City, UT 84111

January 22, 2018
Client-Matter: 997-14823
Invoice #: 61123
Tax ID # 27-1451273

**Via Email: hunt.peggy@dorsey.com**

RE:  **Traffic Monsoon Receivership**

Services Rendered From December 1, 2017 Through December 31, 2017

| | | |
|---|---|---|
| Professional Services | $   12,995.50 | USD |
| Voluntary Reduction | (650.00) | |
| Expenses Incurred | 4.80 | |
| **CURRENT CHARGES** | $   **12,350.30** | USD |

**PAYMENT IS DUE BY February 21, 2018**

Please direct questions regarding this invoice to: Jeff Shaw at (801) 364-6233 or jshaw@thinkbrg.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA  94608

**Please remit payment by wire or ACH to:**
Bank Name:      PNC Bank, N.A.
SWIFT:              PNCCUS33ENJ
ABA #:              031207607
Account Name:  Berkeley Research Group, LLC
Account #:        8026286672
Reference:        61123

Remittance advices are to be sent to:
remitadvice@thinkbrg.com


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 2 of 8
**Invoice #** 61123
**Client-Matter:** 00997-014823

Services Rendered From December 1, 2017 Through December 31, 2017

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Director (Legacy)** | | | |
| Ray Strong | 295.00 | 18.00 | 5,310.00 |
| | | | |
| **Associate Director** | | | |
| Matthew Babcock | 275.00 | 11.00 | 3,025.00 |
| | | | |
| **Managing Consultant** | | | |
| Jeffrey Shaw | 250.00 | 13.50 | 3,375.00 |
| Jeffrey Shaw | | 2.60 | N/C |
| | | | |
| **Associate** | | | |
| Christina Tergevorkian | 155.00 | 4.10 | 635.50 |
| | | | |
| **Total Professional Services** | | **49.20** | **12,345.50** |

**EXPENSES**

| | | | |
|---|---|---|---|
| Photocopies | | | 4.80 |
| **Total Expenses** | | | **4.80** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 3 of 8
**Invoice #** 61123
**Client-Matter:** 00997-014823

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 110.0000 | General Accounting Issues | 8.10 | 2,025.00 |
| 300.0000 | Claims Analysis - General | 4.60 | 1,357.00 |
| 310.0000 | Claims Analysis - Net Winner / Net Loser | 6.80 | 2,006.00 |
| 400.0000 | Forensic Accounting Analysis - General | 18.40 | 4,600.50 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 5.30 | 1,457.50 |
| 430.0000 | Forensic Accounting Analysis - Allied Wallet | 1.30 | 325.00 |
| 440.0000 | Forensic Accounting Analysis - PayPal | 1.10 | 324.50 |
| 450.0000 | Forensic Accounting Analysis - Payza | 1.00 | 250.00 |
| 950.0000 | Fee Application Preparation & Hearing | 2.60 | N/C |
| **Total Professional Services** | | **49.20** | **12,345.50** |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page 4 of 8**
**Invoice # 61123**
**Client-Matter:** 00997-014823

Services Rendered From December 1, 2017 Through December 31, 2017

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 12/01/17 | Jeffrey Shaw | Reviewed and prepared outstanding payables. | 0.50 | 250.00 | 125.00 |
| 12/01/17 | Jeffrey Shaw | Reviewed and updated claims and payment information in Epiq. | 1.00 | 250.00 | 250.00 |
| 12/04/17 | Jeffrey Shaw | Reviewed cash activity. | 0.30 | 250.00 | 75.00 |
| 12/04/17 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables. | 0.50 | 250.00 | 125.00 |
| 12/05/17 | Jeffrey Shaw | Reviewed and recorded activity in Epiq. | 0.50 | 250.00 | 125.00 |
| 12/08/17 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.30 | 250.00 | 75.00 |
| 12/08/17 | Jeffrey Shaw | Reviewed and prepared payment of outstanding payables. | 0.50 | 250.00 | 125.00 |
| 12/08/17 | Jeffrey Shaw | Recorded transactions in Epiq. | 0.50 | 250.00 | 125.00 |
| 12/11/17 | Jeffrey Shaw | Follow-up regarding professional fees. | 0.50 | 250.00 | 125.00 |
| 12/14/17 | Jeffrey Shaw | Reviewed receipts from payment processors and prepared summary per counsel request. | 1.00 | 250.00 | 250.00 |
| 12/20/17 | Jeffrey Shaw | Follow-up regarding outstanding payables. | 0.30 | 250.00 | 75.00 |
| 12/21/17 | Jeffrey Shaw | Reviewed, prepared and coordinated payment of outstanding payables. | 0.90 | 250.00 | 225.00 |
| 12/21/17 | Jeffrey Shaw | Reviewed and recorded activity in Epiq. | 0.80 | 250.00 | 200.00 |
| 12/21/17 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.50 | 250.00 | 125.00 |
| | | **Total for Task Code 110.0000** | **8.10** | | **2,025.00** |
| | | | | | |
| **Task Code: 300.0000 - Claims Analysis - General** | | | | | |
| 12/01/17 | Ray Strong | Reviewed, analyzed, and developed claims schedules for meeting with Receiver. | 3.10 | 295.00 | 914.50 |
| 12/01/17 | Ray Strong | Reviewed and analyzed BRG database activity for cash receipts and disbursements activity for claim analysis. | 1.50 | 295.00 | 442.50 |
| | | **Total for Task Code 300.0000** | **4.60** | | **1,357.00** |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 5 of 8
**Invoice #** 61123
**Client-Matter:** 00997-014823

**Task Code: 310.0000 - Claims Analysis - Net Winner / Net Loser**

| | | | | | |
|---|---|---|---|---|---|
| 12/01/17 | Ray Strong | Reviewed, analyzed, and developed "net winner" schedules for meeting with Receiver. | 2.70 | 295.00 | 796.50 |
| 12/01/17 | Ray Strong | Reviewed and analyzed BRG database activity for cash receipts and disbursements activity for "net winner" analysis. | 1.60 | 295.00 | 472.00 |
| 12/02/17 | Ray Strong | Reviewed, analyzed, and developed "net winner" schedules for meeting with Receiver. | 1.20 | 295.00 | 354.00 |
| 12/02/17 | Ray Strong | Reviewed, analyzed, and developed claims schedules for meeting with Receiver. | 1.30 | 295.00 | 383.50 |
| | | **Total for Task Code 310.0000** | **6.80** | | **2,006.00** |

**Task Code: 400.0000 - Forensic Accounting Analysis - General**

| | | | | | |
|---|---|---|---|---|---|
| 12/04/17 | Matthew Babcock | Prepared for and met with Receiver, counsel and S3 in order to discuss case analysis. | 2.80 | 275.00 | 770.00 |
| 12/04/17 | Jeffrey Shaw | Reviewed investor questionnaire activity and responses. | 0.30 | 250.00 | 75.00 |
| 12/04/17 | Jeffrey Shaw | Meeting with Receiver, counsel and S3 to discuss case status and analysis. | 2.30 | 250.00 | 575.00 |
| 12/04/17 | Ray Strong | Analyzed previously assignments to summarize procedures utilized for report to Receiver. | 1.20 | 295.00 | 354.00 |
| 12/04/17 | Ray Strong | Prepared for and attended meeting with Receiver regarding status and results of cash receipts and distribution analysis and claims analysis. | 2.60 | 295.00 | 767.00 |
| 12/04/17 | Christina Tergevorkian | Reviewed and updated jurisdiction coding to include additional members. | 2.00 | 155.00 | 310.00 |
| 12/06/17 | Christina Tergevorkian | Reviewed and analyzed jurisdiction coding on additional members. | 2.10 | 155.00 | 325.50 |
| 12/11/17 | Matthew Babcock | Analyzed and updated payment processor and bank account receipt and disbursement activity. | 1.80 | 275.00 | 495.00 |
| 12/12/17 | Ray Strong | Analyzed member contact data for member table updates. | 1.50 | 295.00 | 442.50 |
| 12/15/17 | Ray Strong | Discussed questionnaire data assignment with BRG personnel. | 0.20 | 295.00 | 59.00 |


**BRG**
**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 6 of 8
Invoice # 61123
Client-Matter: 00997-014823

| 12/21/17 | Matthew Babcock | Analyzed disbursements to SMI Group and discussed same with counsel. | 0.80 | 275.00 | 220.00 |
|---|---|---|---|---|---|
| 12/21/17 | Jeffrey Shaw | Evaluated case issues. | 0.50 | 250.00 | 125.00 |
| 12/22/17 | Matthew Babcock | Analyzed disbursements to SMI Group and discussed same with S3. | 0.30 | 275.00 | 82.50 |
| | | **Total for Task Code 400.0000** | **18.40** | | **4,600.50** |

**Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank**

| 12/01/17 | Matthew Babcock | Examined Chase Bank transactions and compared to questionnaire responses. | 1.20 | 275.00 | 330.00 |
|---|---|---|---|---|---|
| 12/08/17 | Matthew Babcock | Examined investor information related to Chase Bank activity. | 0.50 | 275.00 | 137.50 |
| 12/18/17 | Matthew Babcock | Analyzed Chase Bank receipt and disbursement activity and compared with information received from investors. | 0.80 | 275.00 | 220.00 |
| 12/19/17 | Matthew Babcock | Analyzed Chase Bank receipt and disbursement activity and compared with information received from investors. | 2.10 | 275.00 | 577.50 |
| 12/22/17 | Matthew Babcock | Identified additional documents to be requested from Chase Bank and provided same to counsel. | 0.70 | 275.00 | 192.50 |
| | | **Total for Task Code 420.0000** | **5.30** | | **1,457.50** |

**Task Code: 430.0000 - Forensic Accounting Analysis - Allied Wallet**

| 12/06/17 | Jeffrey Shaw | Reviewed and reconciled amount deposited by Allied Wallet with merchant statement. | 0.90 | 250.00 | 225.00 |
|---|---|---|---|---|---|
| 12/21/17 | Jeffrey Shaw | Analyzed Allied Wallet transactions in connection with inquiry from counsel. | 0.40 | 250.00 | 100.00 |
| | | **Total for Task Code 430.0000** | **1.30** | | **325.00** |

**Task Code: 440.0000 - Forensic Accounting Analysis - PayPal**

| 12/13/17 | Ray Strong | Analyzed and updated PayPal activity in cash receipts and disbursements database. | 1.10 | 295.00 | 324.50 |
|---|---|---|---|---|---|
| | | **Total for Task Code 440.0000** | **1.10** | | **324.50** |

**Task Code: 450.0000 - Forensic Accounting Analysis - Payza**

| 12/19/17 | Jeffrey Shaw | Analyzed Payza transaction data. | 1.00 | 250.00 | 250.00 |
|---|---|---|---|---|---|
| | | **Total for Task Code 450.0000** | **1.00** | | **250.00** |



**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 7 of 8
**Invoice #** 61123
**Client-Matter:** 00997-014823

**Task Code: 950.0000  -  Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/17 | Jeffrey Shaw | Reviewed and submitted October invoice. | 0.50 | N/C |
| 12/11/17 | Jeffrey Shaw | Reviewed fee notice and emails regarding the same. | 0.70 | N/C |
| 12/12/17 | Jeffrey Shaw | Reviewed time entries and descriptions for November 2017. | 0.70 | N/C |
| 12/14/17 | Jeffrey Shaw | Updated billing summary schedule. | 0.30 | N/C |
| 12/14/17 | Jeffrey Shaw | Reviewed and prepared November 2017 bill. | 0.40 | N/C |
| | | **Total for Task Code 950.0000** | **2.60** | **N/C** |
| | | **Professional Services** | **49.20** | **12,345.50** |



**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page 8** of 8
**Invoice #** 61123
**Client-Matter:** 00997-014823

**DETAIL OF EXPENSES**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 01/10/18 | S3 Advisory LLC - Photocopies $.15 x32 (NR) Invoice #: 1182.2 Vchr Comment: Services of Christina Tergevorkian and expenses on matter #14823 in Dec 2017. Timekeeper : 00354 - Strong, Ray | 4.80 |
| **Expenses** | | **4.80** |