Peggy Hunt (Utah State Bar No. 6060)
Michael F. Thomson (Utah State Bar No. 9707)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT  84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  hunt.peggy@dorsey.com
           thomson.michael@dorsey.com

*Court-Appointed Receiver and Attorneys for Court-Appointed Receiver*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff.<br><br>v.<br><br>TRAFFIC MONSOON, LLC, a Utah Limited Liability Company, and CHARLES DAVID SCOVILLE, an individual,<br><br>Defendants. | **FIFTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JANUARY 1, 2018 THROUGH MARCH 31, 2018**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

Peggy Hunt, the Court-appointed Receiver (the "Receiver") of Traffic Monsoon, LLC

("Traffic Monsoon") and the assets of Charles David Scoville ("Scoville" and, together with

Traffic Monsoon, the "Defendants") that were obtained directly or indirectly from Traffic

Monsoon, hereby submits this interim "Fee Application," seeking approval by the Court of fees

and expenses incurred by the Receiver, the Receiver's counsel, Dorsey & Whitney LLP

("Dorsey"), and the Receiver's accountants, Berkley Research Group, LLC ("BRG"), for the

period of January 1, 2018 through March 31, 2018 (the "Application Period") and authorization

to pay all allowed fees and expenses from funds of the Receivership Estate.  The Receiver

respectfully submits that the Application should be approved.  In support hereof, the Receiver

states as follows.

## I.

## CASE BACKGROUND

1.      On July 26, 2016, the above-captioned case was commenced by the United States

Securities and Exchange Commission (the "SEC") against the Defendants, alleging violations of

federal securities laws.  On that same day, the Court entered a *Temporary Restraining Order and*

*Order Freezing Assets*, which was amended, in relevant part, on July 27, 2016 and on November

4, 2016.[1]

### Relevant Orders

2.      On July 27, 2016, the Court entered an *Order Appointing Receiver* (the

"Receivership Order"),[2] thereby appointing the Receiver and stating in paragraphs 19 and 20 as

follows:

> 19.      The Receiver is authorized to employ professionals to assist her in carrying
> out the duties and responsibilities described in this Order. The Receiver shall not
> engage any professionals without first obtaining an Order of the Court authorizing
> such engagement.  The Receiver is authorized to retain Dorsey & Whitney LLP, a
> firm in which the Receiver is a partner, as the Receiver's counsel in this matter.
>
> 20.      The Receiver and Retained Professionals are entitled to reasonable
> compensation and expense reimbursement from the receivership estate as described
> in the "Billing Instructions for Receivers in Civil Actions commenced by the U.S.
> Securities and Exchange Commission (the "Billing Instructions") agreed to by the
> Receiver.  Such compensation shall require the prior approval of the Court.

---

[1] Docket Nos. 8, 14 & 56.

[2] Docket No. 11.

4814-6415-1915\1

3.      The Court thereafter entered an *Order Granting Receiver's Ex Parte Motion Seeking Authorization to Employ Accountants*,[3] authorizing the Receiver's employment of BRG effective as of September 2, 2016.

4.      On March 28, 2017, the Court entered, among other things, a *Preliminary Injunction*[4] and an *Amended Order Appointing Receiver* (the "Amended Receivership Order").[5] The Amended Receivership Order restates, without making substantive changes to, paragraphs 19 and 20 of the Receivership Order quoted in ¶ 2 above.[6]

5.      On June 13, 2017, the Court entered an *Order Establishing Administrative Expense Payment Procedures* (the *"Fee Procedures Order")*,[7] setting forth procedures for the request and payment of professional fees and expenses in this case.  This Fee Application is an "Interim Fee Application" within the meaning of ¶ 10 of the Fee Procedures Order and is intended to meet the criteria of ¶¶ 11 through 15 of that Order.

6.      On February 16, 2018, the Court entered a *Second Amended Order Appointing Receiver* (the "Second Amended Order"), which did not affect billing and fee allowance procedures as set forth in the above-mentioned Orders, except that paragraph 5 of the Order requires that the Receiver "obtain prior approval from this court before using Receivership Assets to present arguments on the merits of the [SEC's] claims against Traffic Monsoon and

---

[3] Docket No. 25.

[4] Docket No. 79.

[5] Docket No. 81.

[6] *Id.* (Amended Receivership Order ¶¶ 17-18).

[7] Docket No. 101.

Scoville in the above captioned action . . . or in any appeals from orders or judgments of this court."[8]  The Second Amended Order was entered during the Application Period relevant hereto, and therefore, the Receiver had not obtained such approval for a portion of the relevant fees, a large portion of which were incurred researching and drafting a brief requested by the Court in its *Order For Briefing*.[9]  Although the proposed brief was researched and primarily drafted in January and early February (primarily because the Receiver wanted to understand the issues in question prior to a February 8, 2018 status conference),[10] it was not filed because the issues raised by the Court ended up being addressed at a status conference held prior to the February 16, 2018 briefing deadline, and then a stipulation was reached between the parties, resulting in the Second Amended Order.

<u>*Relevant Notices of Requests for Payment*</u>

7.    No requests for monthly payments pursuant to the Fee Procedures Order have been made for the Application Period.

<u>*Relevant Status Report*</u>

8.    On June 22, 2018, the Receiver filed her *Fifth Status Report* (the "<u>Status Report</u>").[11]  The Status Report outlines the work done by the Receiver and her professionals during the current Application Period and is incorporated herein by reference.

---

[8] Docket No. 120.

[9] Docket No. 114.

[10] *See* Exh. B-3.

[11] Docket No. 153.

## II.

## FEES AND EXPENSES REQUESTED ARE ACTUAL, NECESSARY AND REASONABLE FOR THE SERVICES RENDERED

9.      During the Application Period, significant professional services were required to perform the work outlined in the Status Report incorporated herein.

10.     The Receiver and her professionals have provided actual and necessary services related to the matters summarized in the Status Report and detailed in the Exhibits attached hereto for the benefit of the Receivership Estate.   Out-of-pocket expenses were also incurred by the professionals in rendering services to the Receivership Estate.

11.     Dorsey and BRG have submitted their invoices to the Receiver on a monthly basis, and the Receiver has reviewed and approved the invoices.

12.     The Fee Application complies with the SEC's Billing Instructions.  In accordance with ¶ 12 of the Fee Procedures Order and the SEC Billing Instructions, the Receiver submitted this Fee Application to the SEC prior to filing it with the Court, and the SEC has informed the Receiver that it has no objection to the payment of the fees or reimbursement of the expenses outlined herein.

13.     With any adjustments made, the Receiver believes that the fees and expenses are reasonable, especially in light of the work that has been done during the Application Period as outlined in the Status Report.  She also believes that the services rendered and the expenses advanced have been beneficial to the Receivership Estate.

4814-6415-1915\1

# III.

## SUMMARY OF EXHIBITS

14.     Professional services have been recorded contemporaneously with services being rendered and these services, as well as the expenses incurred, are detailed in the attached Exhibits described below.

15.     The Receiver and Dorsey have maintained their time in records organized according to tasks, with each task record being maintained in chronological order.  BRG has maintained its time in monthly time reports, with each month being broken into task categories.

16.     The following three Exhibits are attached hereto in support of this Fee Application:

### Exhibit A—Time Records of Receiver

| | |
|---|---|
| **Exhibit A** | **Summary of Amounts Requested, Including Voluntary Reductions and Payments Made** |
| **Exhibit A-1** | **Case Administration** |
| **Exhibit A-2** | **Asset Recovery** |

### Exhibit B—Time Records of Dorsey

| | |
|---|---|
| **Exhibit B** | **Summary of Amounts Requested, Including Voluntary Reductions and Payments Made** |
| **Exhibit B-1** | **Case Administration** |
| **Exhibit B-2** | **Asset Recovery** |
| **Exhibit B-3** | **General Litigation** |
| **Exhibit B-4** | **Plan of Distribution/Claims** |
| **Exhibit B-5** | **International** |

| Exhibit B-6 | Out-Of-Pocket Expenses |

**Exhibit C—Time Records of BRG**

| Exhibit C | Summary of Amounts Requested, Including Voluntary Reductions and Payments Made |
| Exhibit C-1 | January 2018 Invoice |
| Exhibit C-2 | February 2018 Invoice |
| Exhibit C-3 | March 2018 Invoice |

## IV.

## SUMMARY OF AMOUNTS REQUESTED

17.     The Receiver is requesting allowance of the following fees and out-of-pocket expenses:

a.      Receiver: From January 1, 2018 through the end of the Application Period on March 31, 2018, the Receiver has worked a total of 53.5 hours providing receivership services to the Receivership Estate for which fees in the total amount of $17,170.65 have been incurred after reductions.[12]

b.      Dorsey: From January 1, 2018 through the end of the Reporting Period on March 31, 2018, Dorsey has worked a total of 194.3 hours and provided legal services to the Receivership Estate for which fees in the total amount of $59,497.75 and out-of-pocket expenses in the total amount of $185.09 have been incurred after reductions.[13]

---

[12] See Exh. A.

[13] See Exh. B.

7

4814-6415-1915\1

      c.    <u>BRG</u>:  From January 1, 2018 through the end of the Reporting Period on March 31, 2018, BRG has worked a total of 136 hours providing forensic and general accounting services to the Receivership Estate for which fees in the total amount of $36,856.50 and out-of-pocket expenses in the total amount of $124.92 have been incurred after reductions.[14]

18.    These amounts include reductions made by the respective professionals in an exercise of their billing judgment and/or at the request of the Receiver or the SEC.  The Receiver has reduced her fees in the total amount of $1,848.60.[15]  Dorsey has reduced its fees in the total amount of $2,838.25 and its expenses in the amount of $44.55.[16]  BRG has reduced its fees in the total amount of $1,166.00.[17]

19.    The Receivership Estate has sufficient funds to pay all amounts requested.[18]

20.    Based on the payments made to date, the Receiver is requesting that she be authorized to pay all allowed fees and expenses that have not been paid to date.

---

[14] *See* Exh. C.

[15] *See* Exh. A.

[16]  *See* Exh. B.

[17] *See* Exh C.

[18] *See* Docket No. 153 (Status Report & Exh. A (SFAR)).

4814-6415-1915\1

**V.**

**PRIOR APPLICATIONS AND INTERIM NATURE OF REQUEST**

21.     This is the fifth Fee Application of the Receiver and her professionals.

22.     On June 7, 2017, the Court entered an *Order Approving First Interim Fee Application For Receiver and Receiver's Professionals For Services Rendered From July 27, 2016 Through March 31, 2017,*[19] allowing the fees and expenses requested and authorizing payment of the same.  The Receiver has made the payments authorized by that Order.

23.     On October 23, 2017, the Court entered an *Order Approving Second Interim Fee Application for Receiver For Receiver and Receiver's Professionals For Services Rendered From April 1, 2017 Through June 30, 2017,*[20] allowing the fees and expenses requested and authorizing payment of the same.  The Receiver has made the payments authorized by that Order.

24.     On February 8, 2018, the Court entered an *Order Approving Third Interim Fee Application for Receiver For Receiver and Receiver's Professionals For Services Rendered From July 1, 2017 Through September 30, 2017,*[21] allowing the fees and expenses requested and authorizing payment of the same.  The Receiver has made the payments authorized by that Order.

25.     On June 21, 2018, the Receiver filed a *Fourth Interim Fee Application for Receiver For Receiver and Receiver's Professionals For Services Rendered From October 1,*

---

[19] Docket No. 100.

[20] Docket No. 107.

[21] Docket No. 119.

9

*2017 Through December 31, 2017.*[22]  At this time, an Order has not been entered with relation to this Application.

26.     The Receiver and her professionals understand that authorization and payment of fees and expenses is interim in nature.   All fees and expenses allowed on an interim basis will be subject to final review at the close of the case and the discharge of the Receiver when the Receiver files a final accounting and final fee application.

## VI.

## CONCLUSION AND REQUEST FOR COURT APPROVAL

27.     For the reasons set forth above and as supported by the Exhibits attached hereto, the Receiver respectfully submits that the fees and expenses requested herein are for actual services that were necessary for and beneficial to the administration of the Receivership Estate. The Receiver has made every attempt to contain the administrative expenses of this Receivership Estate, and she submits that given the work that has been performed as outlined in the Receiver's Status Report, the fees and expenses that have been incurred are reasonable.

28.     Thus, the Receiver respectfully submits this Fee Application and requests that the Court enter an Order allowing the fees and expenses requested herein.  She also requests that the Court authorize her to pay allowed fees and expenses from funds of the Receivership Estate to the extent those fees and expenses have not been paid to date in accordance with the Fee Procedures Order.

---

[22] Docket No. 152.

4814-6415-1915\1

Dated this 25th day of June, 2018.

**RECEIVER**

_____/s/ Peggy Hunt_____
Peggy Hunt
*Receiver, Peggy Hunt*

**DORSEY & WHITNEY LLP**

_____/s/ Michael F. Thomson_____
Michael F. Thomson
*Attorneys for Receiver, Peggy Hunt*

**BERKLEY RESEARCH GROUP**

/s/ Marvin Tenenbaum_____
Marvin Tenenbaum
*Senior Vice President & Special Advisor to
the Chairman*

11

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2018, I caused the foregoing **FIFTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JANUARY 1, 2018 THROUGH MARCH 31, 2018** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record in this case.

_/s/ Candy Long_

I further certify that on this 25th day of June, 2018, I caused the foregoing **FIFTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JANUARY 1, 2018 THROUGH MARCH 31, 2018** to be emailed to the following:

wadleyd@sec.gov
olivera@sec.gov
moric@sec.gov
okinakaa@sec.gov
lwashburn@smithcorrell.com
JDurkin@smithcorrell.com

_/s/ Candy Long_

4814-6415-1915\1

# EXHIBIT A

Traffic Monsoon - Receiver
Fees Worked January 01, 2018 - March 31, 2018

| Matter Description | Hours | Total Fees | Voluntary Reduction | Total to be Allowed |
|---|---|---|---|---|
| Administration | 36.6 | 13,011.30 | (1,848.60) | 11,162.70 |
| Asset Recovery | 16.9 | 6,007.95 | | 6,007.95 |
| **Total** | **53.5** | **19,019.25** | **(1,848.60)** | **17,170.65** |

# EXHIBIT A-1



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                    June 12, 2018
136 S. Main Street, Ste. 1000                                          Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502562-00001
PMH, Receiver Traffic Monsoon- Receiver - Administration

**For Legal Services Rendered Through March 31, 2018**

## INVOICE TOTAL

Total For Current Legal Fees                               $13,011.30

Less Voluntary Reduction                                   ($1,848.60)

**Total For Current Invoice**                              **$11,162.70**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:               Wire Instructions:                  (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP                U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                       800 Nicollet Mall                   Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680          Minneapolis, MN 55402               Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

June 12, 2018
Invoice No. ******

**Client-Matter No: 502562-00001**

**PMH, Receiver Traffic Monsoon- Receiver - Administration**

**For Legal Services Rendered Through March 31, 2018**

| | | | | |
|---|---|---|---|---|
| 01/04/18 | M. Hunt | 0.10 | 35.55 | Correspondence with M. Montoya re website issues; review voicemail from L. Washburn re C. Scoville (.1) |
| 01/12/18 | M. Hunt | 0.10 | 35.55 | Review bank statements; review and approve Epiq bill (.1) |
| 01/17/18 | M. Hunt | 0.10 | 35.55 | Investor communications (.1) |
| 01/19/18 | M. Hunt | 0.60 | 213.30 | Review order issued by the court on amicus brief and correspondence with M. Thomson (.1); confirm wire transfers on Epiq bills, and instructions on updating website (.1); conference with A. Oliver regarding case status and status conference and conferences with M. Thomson re status conference timing and prep and emails to BRG re same (.4) |
| 01/22/18 | M. Hunt | 0.30 | 106.65 | Correspondence with A. Oliver, and then M. Thomson re status conference issues and response to court's order on receivership (.2); review investor portal updates and |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

June 12, 2018
Page 2

| | | | | |
|---|---|---|---|---|
| | | | | correspondence on same (.1) |
| 01/23/18 | M. Hunt | 0.50 | 177.75 | Attend to numerous administrative issues and correspondence on same, including scheduling meetings and status conference prep issues (.4); analysis of due process orders issued by court and email to M. Thomson re timing of response (.1) |
| 01/24/18 | M. Hunt | 0.90 | 319.95 | Strategy meeting with J. Wiest and M. Thomson regarding due process issues (M. Thomson left early) (.9) |
| 01/29/18 | M. Hunt | 0.10 | 35.55 | Correspondence regarding tasks (.1) |
| 02/01/18 | M. Hunt | 0.40 | 142.20 | Review call logs (.1) ; attend to estate administration issues (.3) |
| 02/02/18 | M. Hunt | 0.50 | 177.75 | Attend to investor communications issues, including call with M. DiFrancesco, emails on same and issues with website (.5) |
| 02/05/18 | M. Hunt | 4.10 | 1,457.55 | Review draft due process brief, analysis of same, and conference with J. Wiest and M. Thomson re same (.5); attend to case administration issues (.1); meeting with BRG re status hearing prep (1.); meeting with D. Wadley and A. Oliver re case status(2.5) |
| 02/07/18 | M. Hunt | 1.50 | 533.25 | Attend to mail and call log issues (.1); review status report outline and comment on same (1.4) |
| 02/08/18 | M. Hunt | 2.20 | 782.10 | Prepare for status hearing, including review of final. outline and comments on same (.5) ; attend status conference, and post conference meeting with M. Thomson (1.7) |
| 02/09/18 | M. Hunt | 0.40 | 142.20 | Review email from D. Wadley on modification of receivership order, analysis of same, and brief conference with M. Thomson on same (.3)conference with M. Thompson re criminal investigation issues (.1) |

Service charges are based on rates established by Dorsey & Whitney.   A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

June 12, 2018
Page 3

| | | | | |
|---|---|---|---|---|
| 02/09/18 | M. Hunt | 0.20 | 0.00 | Review fee order, and compare with checks, and conference with J. Shaw re same; execute BRG check (.2) |
| 02/13/18 | M. Hunt | 0.40 | 142.20 | Correspondence re status of receivership order issues; review correspondence from C. Scoville and SEC response (.4) |
| 02/14/18 | M. Hunt | 0.10 | 35.55 | Correspondence re Italian investor issues |
| 02/15/18 | M. Hunt | 3.40 | 1,208.70 | Conference with attorney for victims of F. Santos (.5); review proposed language on receivership order, brief conference with J. Wiest and analysis of versions, starting revisiion (1.1); draft proposed form of order and email to M. Thomson on same (1); analysis of additional comments by M. Thomson, and conference on same (.4); review Epiq bills and authorize payment of same and review draft SFAR with analysis, execute  same (.4) |
| 02/16/18 | M. Hunt | 0.20 | 71.10 | Investor communications and check on status of due process order (.2) |
| 02/16/18 | M. Hunt | 1.30 | 462.15 | Work on fourth status report (1.3) |
| 02/19/18 | M. Hunt | 1.00 | 355.50 | Investor communications (.2); attend to website issues (.3); review portal information and court's amended receivership order (.4); review call logs for last two weeks (.1) |
| 02/23/18 | M. Hunt | 0.30 | 106.65 | Investor inquiry issues (.3) |
| 02/26/18 | M. Hunt | 0.90 | 319.95 | Review investor portal information and email to J. Shaw re same (.3); correspondence with M. Thomson re tasks (.1); work on status report (.5) |
| 02/27/18 | M. Hunt | 4.80 | 1,706.40 | Analysis of tasks and work done (1.6); review of status of website (.2); finish drafting status report and circulate same for review (2.6) ; compile task list (.4) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

June 12, 2018
Page 4

| | | | | |
|---|---|---|---|---|
| 02/27/18 | M. Hunt | 0.30 | 106.65 | Review motion and proposed order on use of funds for appeal, comment on same and questions to M. Thomson on same (.3) |
| 02/28/18 | M. Hunt | 2.20 | 782.10 | Conference with J. Shaw re comments on status report and follow up correspondence (.2); correspondence with R. Strong re same (.2); review and execute wire instructions for Epiq payment (.1); review M. Babcock comments on status report and incorporate same, including revising certain sections of the report (1.3); review M. Thomson's comments and incorporate same (.3); conference with bank re wire transfers (.1) |
| 02/28/18 | M. Hunt | 0.40 | 142.20 | Further revise motion to include anticipated costs and additional language, and correspondence on same (.4) |
| 02/28/18 | M. Hunt | 4.00 | 0.00 | Draft Fourth Fee Application, including proposed order and reviewing Dorsey and BRG December invoices (4.0) |
| 03/01/18 | M. Hunt | 0.20 | 71.10 | Investor communications (.2) |
| 03/01/18 | M. Hunt | 1.00 | 0.00 | Work on finalizing fee application (1.0) |
| 03/02/18 | M. Hunt | 1.10 | 391.05 | Meeting with M. Thomson re strategy and tasks (.5); review investor portal entries and correspondence on same (.1); finalize status report and instructions to staff on same (.5) |
| 03/09/18 | M. Hunt | 0.10 | 35.55 | Investor communication issues (.1) |
| 03/12/18 | M. Hunt | 1.70 | 604.35 | Investor communication issues (.3); meeting with DOJ re criminal investigation (.9); conference with R. Strong re same and follow up correspondence on same (.3);review Epiq invoice and authorize payment (.1); review portal information (.1) |
| 03/13/18 | M. Hunt | 0.10 | 35.55 | Review call logs and email to Epiq re same (.1) |
| 03/13/18 | M. Hunt | 0.10 | 35.55 | Call to D. Wadley re SEC re oral argument |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00001
Invoice No.: ******

June 12, 2018
Page 5

|  |  |  |  | and new appeal, left voicemail (.1) |
|---|---|---|---|---|
| 03/20/18 | M. Hunt | 0.20 | 71.10 | Review portal entries for the week, and attend to bank account issues (.2) |
| 03/23/18 | M. Hunt | 0.40 | 142.20 | Correspondence re Payza suit and review article on same; review portal entires; conference with R. Strong re update on tasks (.4) |
| 03/30/18 | M. Hunt | 0.40 | 142.20 | Investor communications, including call log issues (.4) |

**Total Hours**     **36.60**

| **Total for Legal Fees** | **$13,011.30** |
|---|---|
| **Less Voluntary Reduction** | **($1,848.60)** |
| **Total This Invoice** | **$11,162.70** |

## Timekeeper Summary

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 31.40 | 355.50 | 11,162.70 |
| M. Hunt | 5.20 | 0.00 | 0.00 |
| **Total all Timekeepers** | **36.60** | | **11,162.70** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT A-2



## DORSEY
### DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                    June 12, 2018
136 S. Main Street, Ste. 1000                                      Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502562-00002
PMH / Receiver Traffic Monsoon - Asset Recovery

---

**For Legal Services Rendered Through March 31, 2018**

## INVOICE TOTAL

Total For Current Legal Fees                                   $6,007.95

**Total For Current Invoice**                                  **$6,007.95**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:              (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP               U.S. Bank National Association   ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680         Minneapolis, MN  55402           Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Receiver for Traffic Monsoon - Receiver                      June 12, 2018
136 S. Main Street, Ste. 1000                                     Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502562-00002**

**PMH / Receiver Traffic Monsoon - Asset Recovery**

---

**For Legal Services Rendered Through March 31, 2018**

| | | | | |
|---|---|---|---|---|
| 01/02/18 | M. Hunt | 0.10 | 35.55 | Review information from BRG on Chase production and email to M. Thomson re same (.1) |
| 01/08/18 | M. Hunt | 0.10 | 35.55 | Conference with R. Strong re status of asset recovery issues (.1) |
| 01/10/18 | M. Hunt | 0.20 | 71.10 | Correspondence on asset recovery issues (.2) |
| 01/12/18 | M. Hunt | 1.10 | 391.05 | Team conference on claims and litigation issues follow up on same (1.0); review investor portal information (.1) |
| 01/17/18 | M. Hunt | 0.90 | 319.95 | Conference with K. Bell re Zeekrewards issues and follow up with M. Thomson (.9) |
| 02/05/18 | M. Hunt | 0.50 | 177.75 | Review draft documents provided by BRG (.5) |
| 02/19/18 | M. Hunt | 1.00 | 355.50 | Review Chase produced documents and correspondence on same (.2) ; attend to asset recovery analysis issues (.8) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece                          June 12, 2018
Client-Matter No.: 502562-00002                                          Page 2
Invoice No.: ******

| 02/28/18 | M. Hunt | 0.70 | 248.85 | Conference with S. Marsden re class action recovery issues (.2); analysis of asset recovery issues, including review of new Ponzi case (.5) |
|---|---|---|---|---|
| 03/06/18 | M. Hunt | 0.10 | 35.55 | Conference with M. Thomson re follow up on tasks (.1) |
| 03/09/18 | M. Hunt | 0.20 | 71.10 | Review correspondence on Manchester flat and analysis |
| 03/12/18 | M. Hunt | 1.10 | 391.05 | Attend to issues on Manchester flat |
| 03/13/18 | M. Hunt | 1.00 | 355.50 | Read information provided by R. Strong on accounting methodology and work on declaration of same (1.0) |
| 03/14/18 | M. Hunt | 0.70 | 248.85 | Conference with M. Thomson re status of contempt motion and call to L. Washburn re same; conference with L. Washburn; email to L. Washburn (.4); review and comment on contempt motion (.3) |
| 03/15/18 | M. Hunt | 4.70 | 1,670.85 | Review and comment on contempt motion, and detailed email to J. Wiest re two motions and procedures on same (.5); review files on facts to include in declaration and revise fact statement to include same (1.6); call with D. Wadley re contempt (.2); follow up email to D. Wadley re flight risk and further correspondence re same (.2); further revise declaration in support of turnover and contempt motions and correspondence with J. Wiest re same (.8) ; revise OSC motion and instructions on additional items on same (1.1); correspondence with M. Thomson and J. Wiest re same (.3) |
| 03/16/18 | M. Hunt | 1.20 | 426.60 | Final revisions to OSC motion and declaration and correspondence with J. Wiest re same (1.2) |
| 03/19/18 | M. Hunt | 1.30 | 462.15 | Review Court's OSC, email to L. Wasburn (.1); call with L. Washburn re OSC, and |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Receiver for Traffic Monsoon - Rece
Client-Matter No.: 502562-00002
Invoice No.: ******

June 12, 2018
Page 3

| | | | | |
|---|---|---|---|---|
| | | | | post call conference with M. Thomson re next steps (.3); instructions to J. Wiest on motion to excuse receiver from oral argument, and revise draft motion (.4); follow up correspondence on same (.1); review and revise letter to C. Scoville and brief conference with M. Thomson re same (.4) |
| 03/19/18 | M. Hunt | 0.50 | 177.75 | Conferences with M. Thomson re subpoenas needed on flat issues (.2); review draft subpoena (.1); email to K. Escobar (.1); email to M. Blower re meeting on property issues (.1) |
| 03/21/18 | M. Hunt | 0.80 | 284.40 | Conference with M. Blower re background on London flat transfer and strategy, conference with M. Thomson re follow up, and further follow up on same (.8) |
| 03/30/18 | M. Hunt | 0.10 | 35.55 | Correspondence on OSC service issues (.1) |
| 03/30/18 | M. Hunt | 0.60 | 213.30 | Attend to OSC service issues (.1); further correspondence re osc issues (.5) |

**Total Hours**     **16.90**

**Total for Legal Fees**     **$6,007.95**

**Total This Invoice**     **$6,007.95**

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Hunt | 16.90 | 355.50 | 6,007.95 |
| **Total all Timekeepers** | **16.90** | | **6,007.95** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# EXHIBIT B

Traffic Monsoon - Legal
Fees Worked January 01, 2018 - March 31, 2018

| Matter Description | Hours | Total Fees | Voluntary Reduction | Total to be Allowed | Exhibit |
|---|---|---|---|---|---|
| Administration | 62.20 | $ 18,807.00 | $ (345.50) | $ 18,461.50 | B-1 |
| Asset Recovery | 61.10 | $ 19,210.50 | $ - | $ 19,210.50 | B-2 |
| Litigation | 34.80 | $ 10,606.00 | $ (2,492.75) | $ 8,113.25 | B-3 |
| Claims | 26.50 | $ 8,459.50 | $ - | $ 8,459.50 | B-4 |
| International | 9.70 | $ 5,253.00 | $ - | $ 5,253.00 | B-5 |
| **Total** | **194.3** | **$ 62,336.00** | **$ (2,838.25)** | **$ 59,497.75** | |
| Costs | | $ 229.64 | $ (44.55) | $ 185.09 | |

# EXHIBIT B-1



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

June 14, 2018
Invoice No. ******

Client-Matter No.: 502566-00001
PMH / Traffic Monsoon - Administration

---

**For Legal Services Rendered Through March 31, 2018**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $18,807.00 |
| Less Voluntary Reduction | ($345.50) |
| **Total For Current Invoice** | **$18,461.50** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                                        June 14, 2018
136 S. Main Street, Ste. 1000                                      Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00001**

**PMH / Traffic Monsoon - Administration**

---

**For Legal Services Rendered Through March 31, 2018**

| Date | Timekeeper | Hours | Amount | Description |
|------|------------|-------|--------|-------------|
| 01/02/18 | N. Asmus | 1.00 | 95.00 | Correspondence with numerous investors and interested parties |
| 01/04/18 | N. Asmus | 0.40 | 38.00 | Correspondence with numerous investors and interested parties |
| 01/04/18 | M. Montoya | 0.10 | 17.50 | Email correspondence with investor; email correspondence with P. Hunt in connection therewith (.1) |
| 01/05/18 | M. Montoya | 0.10 | 17.50 | Email correspondence with investor (.1) |
| 01/09/18 | N. Asmus | 0.40 | 38.00 | Correspondence with numerous investors and interested parties |
| 01/09/18 | M. Montoya | 0.20 | 35.00 | Conference with P. Hunt, N. Asmus, and M. DiFrancesco regarding responding to inquiries; email K. Hughes regarding giving email access to M. DiFrancesco (.2) |
| 01/10/18 | M. Baker | 1.20 | 378.00 | Review e-mails and update investor inquiry spreadsheet (1.2) |
| 01/10/18 | M. Thomson | 0.10 | 39.50 | Review call logs from Epiq |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00001
Invoice No.: ******

June 14, 2018
Page 2

| 01/19/18 | M. Montoya | 0.20 | 35.00 | Read Order for Briefing; calendar response deadline; email copy to Epiq to post on website |
| 01/19/18 | M. Montoya | 0.10 | 17.50 | Review notice of status conference; calendar date |
| 01/22/18 | M. Baker | 0.20 | 63.00 | Correspondence with M. DiFrancesco regarding investor inquiry e-mails (.2) |
| 01/22/18 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence regarding status conference issues |
| 01/23/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding status conference issues |
| 01/24/18 | M. Thomson | 0.60 | 237.00 | Meeting with Receiver regarding tasks |
| 01/24/18 | M. DiFrancesco | 2.50 | 537.50 | Respond to email inquiries from investors (2.5) |
| 01/29/18 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries |
| 01/30/18 | M. Thomson | 0.10 | 39.50 | Review Epiq call logs |
| 02/01/18 | M. DiFrancesco | 0.60 | 129.00 | Respond to investor emails (.6) |
| 02/02/18 | M. Montoya | 1.00 | 175.00 | Listen to voice message from and return call to M. DiFrancesco regarding email received (.1); locate email and email Epiq regarding Captcha issues; multiple additional e-mails with Epiq regarding same (.3); attempt to create a login at the trafficmonsoonreceive rship website and email Epiq regarding error encountered (.3); respond to investor inquiries (.2); email P. Hunt and M. DiFrancesco regarding inquiry from S. Peyroux (.1) |
| 02/05/18 | M. Thomson | 1.00 | 395.00 | Meeting with Receiver and BRG |
| 02/05/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding tax issues |
| 02/05/18 | M. Thomson | 2.30 | 908.50 | Meeting with Receiver and SEC |
| 02/05/18 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 02/06/18 | M. Thomson | 0.10 | 39.50 | Review Epiq call log |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                    June 14, 2018
Client-Matter No.: 502566-00001                                              Page 3
Invoice No.: ******

| | | | | |
|---|---|---|---|---|
| 02/06/18 | M. Thomson | 0.40 | 158.00 | Draft outline for status hearing, and email correspondence with Receiver regarding same |
| 02/06/18 | M. Montoya | 0.10 | 17.50 | Respond to investor email |
| 02/08/18 | M. Baker | 0.50 | 157.50 | Review and summarize online activity related to receivership proceedings (.5) |
| 02/08/18 | M. Thomson | 1.30 | 513.50 | Prepare for status hearing |
| 02/08/18 | M. Thomson | 1.70 | 671.50 | Attend status hearing, and meeting with Receiver after same |
| 02/08/18 | M. Thomson | 0.10 | 39.50 | Telephone conference regarding stipulation to address due process issues |
| 02/09/18 | M. Thomson | 0.50 | 197.50 | Analyze proposed language for receivership order, and conferences/email correspondence regarding same |
| 02/09/18 | M. Thomson | 0.80 | 316.00 | Phone call, conferences, and email correspondence regarding tax issues |
| 02/12/18 | M. Thomson | 0.10 | 39.50 | Email correspondence with BRG |
| 02/13/18 | M. Thomson | 0.10 | 39.50 | Review email from Scoville, and email correspondence regarding same |
| 02/13/18 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence regarding status of tasks |
| 02/13/18 | M. DiFrancesco | 1.00 | 215.00 | Respond to investor email inquiries (1.0) |
| 02/14/18 | J. Wiest | 0.60 | 177.00 | Revise language of proposed order regarding appeal rights (.6) |
| 02/14/18 | M. Thomson | 0.20 | 79.00 | Telephone conference with BRG regarding tax issues |
| 02/16/18 | M. Thomson | 0.40 | 158.00 | Review Scoville post |
| 02/16/18 | M. Thomson | 0.20 | 79.00 | Review and analyze second amended order appointing receiver |
| 02/19/18 | J. Wiest | 0.10 | 29.50 | Review second amended order appointing receiver (.1) |
| 02/19/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding updates to |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00001
Invoice No.: ******

June 14, 2018
Page 4

| | | | | |
|---|---|---|---|---|
| | | | | receivership web site |
| 02/19/18 | M. Montoya | 0.20 | 35.00 | Pull copies of recently filed pleadings and save to centralized drive |
| 02/19/18 | M. Montoya | 0.10 | 17.50 | Email correspondence with P. Hunt regarding website issues; email new orders to Epiq to add to the website (.1) |
| 02/21/18 | M. Baker | 0.70 | 220.50 | Review investor inquiry e-mails and update spreadsheet (.7) |
| 02/22/18 | M. Baker | 3.10 | 976.50 | Review and analyze investor inquiry emails and update investor inquiry spreadsheet (3.1) |
| 02/23/18 | M. Baker | 3.20 | 1,008.00 | Review and analyze investor inquiry e-mails and update investor inquiry spreadsheet (3.2) |
| 02/23/18 | M. DiFrancesco | 1.20 | 258.00 | Respond to investor emails (1.2) |
| 02/26/18 | M. Baker | 1.80 | 567.00 | Review and analyze investor inquiry emails for December 2017 and update spreadsheet with same (1.8) |
| 02/27/18 | J. Wiest | 1.40 | 413.00 | Draft motion and order for approval to attend oral argument |
| 02/27/18 | M. Thomson | 0.20 | 79.00 | Revise motion regarding attending oral argument on appeal, and email correspondence regarding same |
| 02/27/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding status report issues |
| 02/28/18 | J. Wiest | 1.10 | 324.50 | Revise and file motion to use receivership assets (.6); correspondence with P. Hunt and M. Thomson (.5) |
| 02/28/18 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence regarding status report |
| 02/28/18 | M. Thomson | 0.30 | 118.50 | Revise motion regarding Receiver's participation in appeal (.2); multiple email correspondence regarding same (.1) |
| 02/28/18 | M. Thomson | 0.50 | 197.50 | Revise fourth status report |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**≫DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                            June 14, 2018
Client-Matter No.: 502566-00001                                        Page 5
Invoice No.: ******

| 03/01/18 | M. Thomson | 0.40 | 0.00 | Revise fourth fee application of Receiver and professionals |
|---|---|---|---|---|
| 03/01/18 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence |
| 03/05/18 | M. Thomson | 0.10 | 39.50 | Review call log from Epiq |
| 03/05/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding updates to receivership website |
| 03/05/18 | M. Montoya | 0.10 | 17.50 | Pull copy of 4th status report and email to Epiq to post on the website |
| 03/05/18 | M. Montoya | 0.20 | 35.00 | Listen to voice message from investor regarding hotline and website issues; email Epiq regarding voice message received (.1); review e-mails from H. Mouali regarding website issues; email Epiq regarding same and responding thereto (.1) |
| 03/06/18 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence regarding tax issues |
| 03/06/18 | S. Goldberg | 0.20 | 0.00 | Research on amicus rules and correspondences regarding same |
| 03/06/18 | M. Montoya | 0.10 | 17.50 | Pull copy of court's order and save to centralized drive (.1) |
| 03/08/18 | M. DiFrancesco | 1.20 | 258.00 | Respond to investor emails (1.2) |
| 03/09/18 | M. Montoya | 0.20 | 35.00 | Review P. Hunt's email concerning status report and review website in connection with same; email correspondence with G. Winter at Epiq regarding updating the home page; email correspondence with P. Hunt regarding same; telephone conference with moan in connection therewith (.2) |
| 03/12/18 | M. Thomson | 0.90 | 355.50 | Meeting regarding tax issues |
| 03/12/18 | N. Seim | 0.30 | 0.00 | Analyze issues with motion against e-wallet companies, and correspondence with J. Wiest regarding same (.3) |
| 03/13/18 | M. Thomson | 0.20 | 79.00 | Review notice of appeal of second amended order appointing receiver, and conference |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00001
Invoice No.: ******

June 14, 2018
Page 6

| | | | | |
|---|---|---|---|---|
| | | | | with Receiver regarding same |
| 03/14/18 | M. DiFrancesco | 1.00 | 215.00 | Respond to investor emails (1.0) |
| 03/16/18 | M. Baker | 5.30 | 1,669.50 | Review and analyze investor inquiry emails for January 2018 and update investor inquiry spreadsheet (5.3) |
| 03/16/18 | M. Montoya | 0.10 | 17.50 | Save recently filed pleadings to centralized drive (.1) |
| 03/19/18 | J. Wiest | 2.00 | 590.00 | Draft motion for leave to be excused from oral argument |
| 03/19/18 | M. Baker | 0.60 | 189.00 | Review and analyze investor emails and update investor inquiry spreadsheet (.6) |
| 03/19/18 | M. Thomson | 0.10 | 39.50 | Revise motion to be excused from oral argument |
| 03/20/18 | M. Baker | 2.60 | 819.00 | Review and analyze investor e-mails and update spreadsheet with same (2.6) |
| 03/20/18 | M. Montoya | 1.20 | 210.00 | Prepare subpoena to Wells Fargo (.2); prepare subpoena to Chase Bank (.2); prepare subpoena to First National Bank (.2); prepare subpoena to BBVA Compass (.2); prepare notice of subpoenas (.2); finalize notice of subpoena for filing with court (.2) |
| 03/21/18 | M. Baker | 1.30 | 409.50 | Review investor e-mails and update investor inquiry spreadsheet |
| 03/21/18 | M. DiFrancesco | 0.80 | 172.00 | Respond to investor emails (.8) |
| 03/28/18 | M. Baker | 0.40 | 126.00 | Review call log; review investor inquiry emails |
| 03/28/18 | M. Thomson | 0.10 | 39.50 | Review Epiq call log |
| 03/28/18 | M. Montoya | 0.10 | 17.50 | Review email from M. DiFrancesco concerning email received from investor; email Epiq team concerning same (.1) |
| 03/28/18 | M. Montoya | 0.10 | 17.50 | Review email concerning website registration issues; forward to Epiq team for their response (.1) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00001
Invoice No.: ******

June 14, 2018
Page 7

| | | | | |
|---|---|---|---|---|
| 03/29/18 | M. Baker | 1.70 | 535.50 | Review and analyze investor inquiry e-mails and update spreadsheet with same (1.7) |
| 03/30/18 | M. Baker | 5.00 | 1,575.00 | Review and analyze e-mails from investors and update investor inquiry spreadsheet (5.0) |
| 03/30/18 | M. Montoya | 0.10 | 17.50 | Pull copies of newly filed pleadings and save to centralized drive |

**Total Hours**     **62.20**

**Total for Legal Fees**     **$18,807.00**

**Less Voluntary Reduction**     **($345.50)**

**Total This Invoice**     **$18,461.50**

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| J. Wiest | 5.20 | 295.00 | 1,534.00 |
| M. Baker | 27.60 | 315.00 | 8,694.00 |
| M. Thomson | 13.90 | 395.00 | 5,490.50 |
| M. Thomson | 0.40 | 0.00 | 0.00 |
| S. Goldberg | 0.20 | 0.00 | 0.00 |
| N. Seim | 0.30 | 0.00 | 0.00 |
| M. DiFrancesco | 8.30 | 215.00 | 1,784.50 |
| N. Asmus | 1.80 | 95.00 | 171.00 |
| M. Montoya | 4.50 | 175.00 | 787.50 |
| **Total all Timekeepers** | **62.20** | | **18,461.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-2



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                              June 14, 2018
136 S. Main Street, Ste. 1000                           Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00002
PMH/Traffic Monsoon Legal - Asset Recovery

---

**For Legal Services Rendered Through March 31, 2018**

## INVOICE TOTAL

Total For Current Legal Fees                                    $19,210.50

**Total For Current Invoice**                                  **$19,210.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                Wire Instructions:              (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP                 U.S. Bank National Association   ABA Routing Number: 091000022
P.O. Box 1680                        800 Nicollet Mall                Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680           Minneapolis, MN  55402           Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

June 14, 2018
Invoice No. ******

**Client-Matter No: 502566-00002**

**PMH/Traffic Monsoon Legal - Asset Recovery**

---

**For Legal Services Rendered Through March 31, 2018**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 01/03/18 | M. Thomson | 0.40 | 158.00 | Review documents regarding additional information needed from Chase, and email correspondence with Chase regarding same |
| 01/04/18 | J. Wiest | 4.30 | 1,268.50 | Research Madoff actions against financial entities (3); research issue standing issues (1.3) |
| 01/05/18 | J. Wiest | 0.70 | 206.50 | Research on standing issues (.7) |
| 01/05/18 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 01/08/18 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 01/09/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding UK net winners |
| 01/09/18 | M. Thomson | 0.20 | 79.00 | Email correspondence with K. Bell |
| 01/10/18 | J. Wiest | 5.30 | 1,563.50 | Research on standing issues (5.3) |
| 01/10/18 | M. Thomson | 0.10 | 39.50 | Email correspondence with K. Bell |
| 01/10/18 | M. Thomson | 0.10 | 39.50 | Email correspondence with Chase regarding document production issues |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00002
Invoice No.: ******

June 14, 2018
Page 2

| 01/11/18 | J. Wiest | 1.40 | 413.00 | Research extraterritorial application of fraudulent transfer laws (1.2); correspondence with P. Hunt (.2) |
|---|---|---|---|---|
| 01/11/18 | M. Thomson | 0.10 | 39.50 | Email correspondence with K. Bell |
| 01/11/18 | M. Thomson | 0.10 | 39.50 | Analyze foreign proceeding issues for avoidance actions |
| 01/11/18 | M. Thomson | 0.20 | 79.00 | Analyze UFTA issues |
| 01/12/18 | J. Wiest | 1.10 | 324.50 | Join meetings with P. Hunt, M. Baker, and M. Thomson (.6); research on standing issue (.5) |
| 01/12/18 | M. Baker | 1.50 | 472.50 | Draft and revise memorandum regarding claims process procedures (1.5) |
| 01/12/18 | M. Baker | 0.80 | 252.00 | Status conference with P. Hunt, M. Thomson and J. Wiest |
| 01/12/18 | M. Thomson | 0.10 | 39.50 | Communicate with Chase regarding document production issues |
| 01/12/18 | M. Thomson | 0.60 | 237.00 | Status meeting with Receiver |
| 01/17/18 | M. Thomson | 0.90 | 355.50 | Call with Receiver and K. Bell, and conference with Receiver after same |
| 01/18/18 | J. Wiest | 0.10 | 29.50 | Phone call with chamber (.1) |
| 01/18/18 | M. Thomson | 0.10 | 39.50 | Conference with J. Wiest regarding clawback issues |
| 01/19/18 | M. Thomson | 0.30 | 118.50 | Conferences with Receiver regarding status hearing issues |
| 01/22/18 | J. Wiest | 2.50 | 737.50 | Research regarding Receiver authority to direct litigation (2.5) |
| 01/29/18 | M. Thomson | 0.20 | 79.00 | Multiple email correspondence with Receiver and BRG |
| 02/05/18 | J. Wiest | 2.10 | 619.50 | Research on due process |
| 02/05/18 | M. Thomson | 0.40 | 158.00 | Review and analyze information from BRG |
| 02/08/18 | J. Wiest | 0.50 | 147.50 | Meet with M. Thomson (.5) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00002
Invoice No.: ******

June 14, 2018
Page 3

| 02/09/18 | M. Thomson | 0.20 | 79.00 | Analyze additional documents produced by Chase |
| 02/14/18 | M. Thomson | 0.30 | 118.50 | Review email and documents regarding Santos, and multiple email correspondence regarding same |
| 02/15/18 | M. Thomson | 0.50 | 197.50 | Call with counsel for Italian investors, and conference with Receiver regarding same |
| 02/19/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding documents produced by Chase |
| 02/19/18 | M. Montoya | 0.30 | 52.50 | Respond to PayPal inquiries (.3) |
| 02/20/18 | M. Thomson | 0.10 | 39.50 | Conference with Receiver |
| 02/22/18 | M. Thomson | 0.40 | 158.00 | Review article regarding Italian investors (.2); multiple email correspondence regarding same (.2) |
| 02/23/18 | M. Thomson | 0.60 | 237.00 | Telephone conference with P. Cornacchia |
| 02/26/18 | J. Wiest | 0.10 | 29.50 | Meet with M. Thomson (.1) |
| 02/26/18 | M. Thomson | 0.30 | 118.50 | Multiple email correspondence with Receiver and BRG |
| 02/27/18 | M. Montoya | 0.30 | 52.50 | Respond to Paypal inquiries (.3) |
| 02/28/18 | M. Thomson | 0.10 | 39.50 | Email correspondence with BRG regarding document production issues |
| 03/01/18 | M. Thomson | 0.20 | 79.00 | Email correspondence regarding North Carolina ties to TM |
| 03/02/18 | M. Thomson | 0.60 | 237.00 | Meeting with Receiver regarding asset recovery issues and work needed going forward |
| 03/02/18 | M. Thomson | 0.20 | 79.00 | Call regarding North Carolina investor |
| 03/05/18 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 03/06/18 | M. Thomson | 0.30 | 118.50 | Telephone conference regarding investments and distributions related to Italy |
| 03/08/18 | M. Thomson | 0.20 | 79.00 | Email correspondence regarding investor |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00002
Invoice No.: ******

June 14, 2018
Page 4

| | | | | |
|---|---|---|---|---|
| | | | | and clawback issues |
| 03/08/18 | M. Thomson | 0.20 | 79.00 | Analyze files and documents regarding Manchester flat issues, and email correspondence regarding same |
| 03/09/18 | M. Thomson | 0.30 | 118.50 | Analyze documents regarding Manchester flat, and multiple email correspondence regarding same |
| 03/12/18 | J. Wiest | 0.40 | 118.00 | Meet with M. Thomson (.2); begin drafting motion to compel (.2) |
| 03/12/18 | M. Thomson | 0.40 | 158.00 | Conference with Receiver regarding Manchester flat issues, and draft email to L. Washburn regarding same |
| 03/12/18 | M. Thomson | 0.60 | 237.00 | Conference with J. Wiest regarding drafting turnover motion (.2); email correspondence with Receiver regarding same (.1); multiple email correspondence with London attorneys regarding Manchester flat, and analyze related documents (.3) |
| 03/12/18 | M. Thomson | 0.30 | 118.50 | Revise letter to Wells Fargo, and email correspondence regarding same |
| 03/12/18 | M. Montoya | 0.70 | 122.50 | Conference with M. Thomson regarding preparing letter to Wells Fargo (.1); prepare letter to Wells Fargo (.6) |
| 03/13/18 | J. Wiest | 6.20 | 1,829.00 | Meet with M. Thomson (.3); draft motion for turnover/contempt/san ctions (5.9) |
| 03/13/18 | M. Thomson | 0.30 | 118.50 | Conferences regarding Manchester flat and related motion |
| 03/13/18 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries |
| 03/14/18 | J. Wiest | 0.20 | 59.00 | Revise motion for turnover etc. (.2) |
| 03/14/18 | M. Thomson | 0.50 | 197.50 | Revise motion for accounting/turnover of sale proceeds, and contempt/sanctions |
| 03/14/18 | M. Montoya | 0.10 | 17.50 | Telephone conference with P. Hunt regarding correspondence sent to Wells Fargo |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                    June 14, 2018
Client-Matter No.: 502566-00002                                           Page 5
Invoice No.: ******

| | | | | |
|---|---|---|---|---|
| 03/15/18 | J. Wiest | 4.40 | 1,298.00 | Revise motion for turnover (1); revise motion for order to show cause (1.6); revise declaration in support of motions (1); correspondence with P. Hunt and M. Thomson (.8) |
| 03/15/18 | M. Thomson | 0.50 | 197.50 | Further revisions to turnover/accounting motion regarding Manchester flat (.3); multiple email correspondence with Receiver regarding same and OSC issues (.2) |
| 03/15/18 | M. Thomson | 0.20 | 79.00 | Email correspondence with Receiver regarding OSC issues |
| 03/16/18 | J. Wiest | 4.20 | 1,239.00 | Revise, finalize, and file motion for order to show cause, motion for turnover, and declaration in support (3.2); draft proposed order (.4); correspondence with P. Hunt and M. Thomson (.6) |
| 03/16/18 | M. Thomson | 0.70 | 276.50 | Final revisions to motion for turnover, and motion for OSC (.5); multiple email correspondence regarding same (.2) |
| 03/19/18 | J. Wiest | 1.10 | 324.50 | Draft letter to L. Washburn (.6); draft subpoena to C. Scoville (.5) |
| 03/19/18 | M. Thomson | 0.30 | 118.50 | Call with Scoville's counsel regarding OSC issues, and conference with Receiver regarding same and work needed going forward |
| 03/19/18 | M. Thomson | 0.30 | 118.50 | Revise subpoena to Scoville regarding sale of Manchester property |
| 03/19/18 | M. Thomson | 0.40 | 158.00 | Revise letter to L. Washburn regarding Manchester sale proceeds issues (.2); conference with Receiver regarding same (.2) |
| 03/20/18 | M. Thomson | 0.10 | 39.50 | Further revisions to letter to L. Washburn regarding OSC |
| 03/20/18 | M. Thomson | 0.10 | 39.50 | Review correspondence from bank |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                          June 14, 2018
Client-Matter No.: 502566-00002                                                   Page 6
Invoice No.: ******

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 03/20/18 | M. Thomson | 0.20 | 79.00 | Conference with M. Montoya regarding subpoena and bank letter issues |
| 03/20/18 | M. Thomson | 0.20 | 79.00 | Revise letters to banks regarding Manchester sale proceeds |
| 03/20/18 | M. Thomson | 0.20 | 79.00 | Revise subpoenas to banks |
| 03/20/18 | M. Montoya | 0.20 | 35.00 | Revise and finalize letter to D. Washburn (.2) |
| 03/20/18 | M. Montoya | 0.60 | 105.00 | Conference with M. Thomson regarding actions drafting letters and preparing subpoenas to Chase, Wells Fargo, First National Bank, and BBVA Compass (.1); prepare letter to Chase Bank (.1); prepare letter to First National Bank (.1); prepare letter to BBVA Compass (.1); finalize the letters (.2) |
| 03/20/18 | M. Montoya | 0.20 | 35.00 | Revise and finalize subpoena to C. Scoville (.2) |
| 03/21/18 | M. Thomson | 0.60 | 237.00 | Call with UK counsel regarding Manchester flat sale issues (.4); conference with Receiver regarding same and work needed (.2) |
| 03/21/18 | M. Thomson | 0.20 | 79.00 | Review correspondence from Wells Fargo, and telephone conference with Wells Fargo regarding same |
| 03/21/18 | M. Thomson | 0.50 | 197.50 | Telephone conference with BRG |
| 03/21/18 | M. Thomson | 0.10 | 39.50 | Revise letter to Wells Fargo |
| 03/21/18 | M. Montoya | 0.50 | 87.50 | Conference with M. Thomson regarding letter received from Wells Fargo and actions needed in connection therewith (.1); telephone conference with Wells Fargo regarding same (.1); prepare new letter to Wells Fargo and finalize same (.3) |
| 03/22/18 | M. Montoya | 0.40 | 70.00 | Conference regarding phone call with Wells Fargo Bank and responding therewith (.1); telephone conference with R. Olivas at |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00002
Invoice No.: ******

June 14, 2018
Page 7

|  |  |  |  | Wells Fargo Bank regarding turnover issues (.1); listen to voice message from and return call to C. Tait at Wells Fargo Bank regarding account issues (.1); conference with M. Thomson regarding request of C. Tait and email requested doc to C. Tait  (.1) |
| --- | --- | --- | --- | --- |
| 03/23/18 | M. Thomson | 0.10 | 39.50 | Email correspondence Receiver |
| 03/23/18 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 03/23/18 | M. Montoya | 0.10 | 17.50 | Telephone conference with C. Tait at Wells Fargo regarding savings bond issues |
| 03/26/18 | M. Thomson | 0.20 | 79.00 | Conferences and email correspondence regarding bank account issues |
| 03/26/18 | M. Montoya | 0.20 | 35.00 | Listen to voice message from and return call to Beth at First National Bank concerning subpoena; analyze file and conference with M. Thomson in connection with same (.2) |
| 03/26/18 | M. Montoya | 0.20 | 35.00 | Conference with M. Thomson regarding arranging to have OSC personally served on C. Scoville; telephone conference and email correspondence with Anderson Investigation concerning same (.2) |
| 03/27/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding Italian investors |
| 03/27/18 | M. Montoya | 0.10 | 17.50 | Listen to voice message from and return call to Beth and First National Bank concerning subpoena (leave detailed message) |
| 03/27/18 | M. Montoya | 0.10 | 17.50 | Respond to PayPal inquiries (.1) |
| 03/28/18 | M. Thomson | 0.10 | 39.50 | Email correspondence regarding Italian investors |
| 03/28/18 | M. Thomson | 0.20 | 79.00 | Conferences and correspondence regarding OSC issues |
| 03/29/18 | M. Thomson | 0.20 | 79.00 | Review and sign subpoenas to financial institutions |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                   June 14, 2018
Client-Matter No.: 502566-00002                                            Page 8
Invoice No.: ******

| 03/29/18 | M. Thomson | 0.30 | 118.50 | Multiple email correspondence regarding Scoville and OSC issues |
|---|---|---|---|---|
| 03/29/18 | M. Thomson | 0.20 | 79.00 | Email correspondence with counsel for Italian investors |
| 03/29/18 | M. Montoya | 0.30 | 52.50 | Finalize subpoenas; instruct E. Johnson regarding on service of same (.3) |
| 03/29/18 | M. Montoya | 0.10 | 17.50 | Listen to voice message from and return call to B. Laffoom at First National Bank regarding subpoena (.1) |
| 03/29/18 | M. Montoya | 0.40 | 70.00 | Email correspondence with M. Thomson regarding service of order to show cause on C. Scoville; email Anderson Investigations concerning same; listen to voice message from Heidi at Anderson Investigations regarding service issues; email correspondence with M. Thomson and P. Hunt regarding service issues; email M. Babcock and J. Shaw regarding C. Scoville's sister's name and address; telephone conference and email correspondence with Heidi at Anderson Investigations regarding conducting skip trace (.3); review M. Babcock's email regarding address for C. Scoville's sister; email P. Hunt and M. Thomson regarding same; email Anderson Investigations regarding attempting service at the sister's house (.1) |
| 03/30/18 | J. Wiest | 0.70 | 206.50 | Review Scoville's response to order to show cause (.4); meet with M. Thomson re the same (.3) |
| 03/30/18 | M. Thomson | 0.10 | 39.50 | Email correspondence with Italian counsel |
| 03/30/18 | M. Thomson | 0.50 | 197.50 | Review and analyze Scoville's responses to OSC, and call regarding same |
| 03/30/18 | M. Thomson | 0.50 | 197.50 | Conferences and email correspondence regarding OSC issues and Scoville's |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**》》 DORSEY**
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                          June 14, 2018
Client-Matter No.: 502566-00002                                                   Page 9
Invoice No.: ******

|  |  |  |  | responses to same |
|---|---|---|---|---|
| 03/30/18 | M. Thomson | 0.30 | 118.50 | Multiple email correspondence with UK counsel and Receiver |
| 03/30/18 | M. Montoya | 0.20 | 35.00 | Telephone conference with Heidi at Anderson Investigations on service issues; review email from Anderson Investigations regarding same and email correspondence with P. Hunt and M. Thomson regarding actions needed in connection therewith |

**Total Hours**          **61.10**

**Total for Legal Fees**          **$19,210.50**

**Total This Invoice**          **$19,210.50**

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| J. Wiest | 35.30 | 295.00 | 10,413.50 |
| M. Baker | 2.30 | 315.00 | 724.50 |
| M. Thomson | 18.00 | 395.00 | 7,110.00 |
| M. Montoya | 5.50 | 175.00 | 962.50 |
| **Total all Timekeepers** | **61.10** |  | **19,210.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

EXHIBIT B-3



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                       June 21, 2018
136 S. Main Street, Ste. 1000                        Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00004
PMH / Traffic Monsoon - Legal - Litigation

---

**For Legal Services Rendered Through March 31, 2018**

# INVOICE TOTAL

Total For Current Legal Fees                                $10,606.00

Less Voluntary Reduction                                   ($2,492.75)

**Total For Current Invoice**                               **$8,113.25**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:               Wire Instructions:                (This account is only for Wire/ACH payments)
Dorsey & Whitney LLP                U.S. Bank National Association    ABA Routing Number: 091000022
P.O. Box 1680                       800 Nicollet Mall                 Account Number: 1047-8339-8282
Minneapolis, MN 55480-1680          Minneapolis, MN  55402            Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY**
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                    June 21, 2018
136 S. Main Street, Ste. 1000                     Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00004**

**PMH / Traffic Monsoon - Legal - Litigation**

**For Legal Services Rendered Through March 31, 2018**

| 01/03/18 | M. Thomson | 0.20 | 79.00 | Analyze California court order staying suit filed against PayPal, and email correspondence with Receiver regarding same |
|---|---|---|---|---|
| 01/19/18 | J. Wiest | 1.30 | 383.50 | Research on Receiver ability to direct Traffic Monsoon on appeal (1); meet with M. Thomson (.3) |
| 01/19/18 | M. Thomson | 0.40 | 158.00 | Review and analyze Court's order directing briefing on due process issues, and conferences regarding same |
| 01/24/18 | J. Wiest | 4.90 | 1,445.50 | Research receiver standing issues and ability to direct litigation (4.0); meet with M. Thomson and P. Hunt (.9) |
| 01/25/18 | J. Wiest | 3.50 | 516.25 | Draft supplemental brief on due process requested by court (3.5) (Fees billed at 1/2) |
| 01/26/18 | J. Wiest | 2.00 | 590.00 | Draft supplemental brief on due process (2) |
| 01/29/18 | J. Wiest | 0.60 | 177.00 | Draft supplemental brief on due process (.6) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                        June 21, 2018
Client-Matter No.: 502566-00004                                            Page 2
Invoice No.: ******

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 01/29/18 | M. Thomson | 0.20 | 79.00 | Analyze outline for brief ordered by court, and email correspondence regarding same |
| 01/30/18 | J. Wiest | 6.80 | 1,003.00 | Research issues related to scope of receiver's role in litigation (2.8); draft supplemental brief (4) (Fees billed 1/2 time) |
| 01/31/18 | J. Wiest | 6.60 | 973.50 | Research case law on proper scope of Receiver's duties in litigation (3); draft supplemental brief on due process (3.6) (Fees billed at 1/2) |
| 01/31/18 | M. Thomson | 0.20 | 79.00 | Conference with J. Wiest regarding brief on due process issue raised by Court |
| 02/01/18 | J. Wiest | 2.60 | 767.00 | Draft supplemental brief (2.6) |
| 02/05/18 | J. Wiest | 0.20 | 59.00 | Meet with P. Hunt and M. Thomson |
| 02/05/18 | M. Thomson | 0.30 | 118.50 | Conference with Receiver regarding due process brief issues |
| 02/14/18 | M. Thomson | 0.50 | 197.50 | Review and analyze proposed language for stipulated order addressing due process issues, and revise same |
| 02/15/18 | J. Wiest | 1.60 | 472.00 | Review and revise proposed stipulated order regarding appeal rights (1.3); meet with P. Hunt and M. Thomson (.3) |
| 02/15/18 | M. Thomson | 0.10 | 39.50 | Conference with Receiver regarding stipulated/order issues |
| 02/15/18 | M. Thomson | 1.10 | 434.50 | Analyze further revisions to stipulated order addressing due process issues, and make revisions to same (.9); conference with Receiver (.2) |
| 02/15/18 | M. Thomson | 0.40 | 158.00 | Telephone conference and multiple email correspondence regarding stipulated order on appeal rights |
| 02/16/18 | J. Wiest | 0.50 | 147.50 | Finalize proposed stipulated order regarding appeal rights and send to chambers (.5) |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

## DORSEY
DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal
Client-Matter No.: 502566-00004
Invoice No.: ******

June 21, 2018
Page 3

| 03/20/18 | J. Wiest | 0.80 | 236.00 | Phone call with Tenth Circuit clerk re oral argument (.4); correspondence with P. Hunt and M. Thomson re motion for leave to be excused from oral argument (.4) |

| | **Total Hours** | **34.80** | | |

| | | **Total for Legal Fees** | **$10,606.00** |
| | | **Less Voluntary Reduction** | **($2,492.75)** |
| | | **Total This Invoice** | **$8,113.25** |

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| J. Wiest | 14.50 | 295.00 | 4,277.50 |
| J. Wiest | 16.90 | 147.50 | 2,492.75 |
| M. Thomson | 3.40 | 395.00 | 1,343.00 |
| **Total all Timekeepers** | **34.80** | | **8,113.25** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-4



## DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

June 14, 2018
Invoice No. ******

Client-Matter No.: 502566-00005
PMH / Traffic Monsoon Legal-Claim Process/Plan Distrubution

**For Legal Services Rendered Through March 31, 2018**

# INVOICE TOTAL

Total For Current Legal Fees                          $8,459.50

**Total For Current Invoice**                         **$8,459.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY**

DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

June 14, 2018
Invoice No. ******

**Client-Matter No: 502566-00005**

**PMH / Traffic Monsoon Legal-Claim Process/Plan Distrubutio**

---

**For Legal Services Rendered Through March 31, 2018**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 03/02/18 | M. Baker | 0.80 | 252.00 | Conference with M. Thomson regarding motion establishing claims process (.3); research procedures for same (.5) |
| 03/02/18 | M. Thomson | 0.30 | 118.50 | Conference with M. Baker regarding claim process issues and work needed |
| 03/05/18 | M. Baker | 1.30 | 409.50 | Research procedures for motion to set claims process (1.3) |
| 03/07/18 | M. Baker | 0.50 | 157.50 | Draft motion to approve claims procedures |
| 03/08/18 | M. Baker | 0.50 | 157.50 | Draft motion for claims process (.5) |
| 03/13/18 | M. Baker | 5.00 | 1,575.00 | Draft motion for approval of claims procedures (5.0) |
| 03/14/18 | M. Baker | 1.60 | 504.00 | Draft motion to approve claims process (1.6) |
| 03/15/18 | M. Baker | 3.10 | 976.50 | Draft proposed claim distribution order (2.8); revise motion to approve claims process (.3) |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### ◖◗ DORSEY
#### DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                                      June 14, 2018
Client-Matter No.: 502566-00005                                              Page 2
Invoice No.: ******

| | | | | |
|---|---|---|---|---|
| 03/16/18 | M. Baker | 0.50 | 157.50 | Draft proposed order granting claims process motion (.5) |
| 03/19/18 | M. Baker | 4.30 | 1,354.50 | Research for motion to approve claims process (3.0); revise motion to incorporate same (1.3) |
| 03/21/18 | M. Baker | 1.80 | 567.00 | Draft proposed form of notice, claim determination, and claims declaration (1.5); revise motion to approve claims procedures (.3) |
| 03/22/18 | M. Baker | 2.40 | 756.00 | Research and revise motion to approve claims process (2.4) |
| 03/23/18 | M. Baker | 2.00 | 630.00 | Revise motion, proposed order, and exhibits seeking approval of claims process (2.0) |
| 03/26/18 | M. Thomson | 0.80 | 316.00 | Review and comment on motion to approve claims process and related documents |
| 03/27/18 | M. Baker | 1.30 | 409.50 | Revise motion to approve claims process and related pleadings to incorporate M. Thomson comments (1.3) |
| 03/27/18 | M. Thomson | 0.30 | 118.50 | Conference regarding claims procedure motion and related documents (.2); email correspondence regarding further revisions needed (.1) |

**Total Hours**          **26.50**

**Total for Legal Fees**          **$8,459.50**

**Total This Invoice**          **$8,459.50**

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Baker | 25.10 | 315.00 | 7,906.50 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal

Client-Matter No.: 502566-00005

Invoice No.: ******

June 14, 2018

Page 3

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| M. Thomson | 1.40 | 395.00 | 553.00 |
| **Total all Timekeepers** | **26.50** | | **8,459.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-5



**DORSEY**

DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

June 14, 2018
Invoice No. ******

Client-Matter No.: 502566-00006
PMH /Traffic Monsoon - International

---

**For Legal Services Rendered Through March 31, 2018**

## INVOICE TOTAL

Total For Current Legal Fees                        $5,253.00

**Total For Current Invoice**                       **$5,253.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

(This account is only for Wire/ACH payments)
ABA Routing Number: 091000022
Account Number: 1047-8339-8282
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



**DORSEY & WHITNEY LLP**

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                          June 14, 2018
136 S. Main Street, Ste. 1000                          Invoice No. ******
Salt Lake City, UT 84101

**Client-Matter No: 502566-00006**

**PMH /Traffic Monsoon - International**

---

**For Legal Services Rendered Through March 31, 2018**

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 01/03/18 | J. Lewin | 0.60 | 243.00 | Various attempts to get hold of asset recovery specialists; email to same |
| 01/04/18 | J. Lewin | 0.40 | 162.00 | Attempts to speak to asset search consultants; short conversation |
| 01/05/18 | J. Lewin | 0.80 | 324.00 | Emails to and calls with Control Risks forensics team regarding asset searches |
| 01/05/18 | M. Blower | 0.30 | 208.50 | Discussing estimate for investigative work with J. Lewin |
| 01/11/18 | J. Lewin | 1.10 | 445.50 | Draft email to client, summarising response from Control Risks asset search agents; contact FTI and email discussions with it regarding its asset search capabilities |
| 01/11/18 | M. Blower | 1.00 | 695.00 | Correspondence re quotations for investigators and updating P. Hunt by email; discussing with J. Lewin |
| 01/12/18 | M. Blower | 0.30 | 208.50 | Fee estimate from FTI and forwarding to P. Hunt |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**◖◗ DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal

June 14, 2018

Client-Matter No.: 502566-00006

Page 2

Invoice No.: ******

| 03/09/18 | M. Moyle | 1.00 | 650.00 | Conference with M. Blower regarding the sale of the flat; review correspondence; carry out land registry searches; correspondence regarding the same |
|---|---|---|---|---|
| 03/09/18 | M. Blower | 0.50 | 347.50 | Email correspondence with M. Thomson re Manchester property; discussing with M. Moyle |
| 03/12/18 | M. Moyle | 0.50 | 325.00 | Conference with the land registry regarding the uk property transfer; search land registry portal; correspondence regarding the same |
| 03/12/18 | M. Blower | 0.20 | 139.00 | Reviewing property transfer documents and discussing with M. Moyle |
| 03/21/18 | J. Lewin | 2.00 | 810.00 | Read emails sent through about property transfer in Manchester; consider options; attend call; draft email summarising steps discussed |
| 03/21/18 | M. Blower | 1.00 | 695.00 | Preparing for and attending call with P. Hunt and M. Thomson re obtaining documents in UK re sale of property; follow up email re next steps |

**Total Hours**          **9.70**

**Total for Legal Fees**          **$5,253.00**

**Total This Invoice**          **$5,253.00**

**Timekeeper Summary**

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| J. Lewin | 4.90 | 405.00 | 1,984.50 |
| M. Moyle | 1.50 | 650.00 | 975.00 |
| M. Blower | 3.30 | 695.00 | 2,293.50 |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Peggy Hunt, Traffic Monsoon - Legal                          June 14, 2018
Client-Matter No.: 502566-00006                                     Page 3
Invoice No.: ******

| Timekeeper | Hours | Billed Rate | Amount |
|---|---|---|---|
| **Total all Timekeepers** | **9.70** | | **5,253.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT B-6



## DORSEY
DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal                                    June 14, 2018
136 S. Main Street, Ste. 1000                                   Invoice No. ******
Salt Lake City, UT 84101

Client-Matter No.: 502566-00007
PMH / Traffic Monsoon Legal - Costs

---

**For Disbursements and Services Charges Rendered Through March 31, 2018**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Disbursements and Service Charges | $229.64 |
| Less Voluntary Reduction | ($44.55) |
| **Total For Current Invoice** | **$185.09** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | (This account is only for Wire/ACH payments) |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1047-8339-8282 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01936



DORSEY & WHITNEY LLP

SALT LAKE CITY OFFICE
801-933-7360

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Peggy Hunt, Traffic Monsoon - Legal
136 S. Main Street, Ste. 1000
Salt Lake City, UT 84101

June 14, 2018
Invoice No. ******

**Client-Matter No: 502566-00007**

**PMH / Traffic Monsoon Legal - Costs**

**For Disbursements and Service Charges Rendered Through March 31, 2018**

|  |  |
|---|---|
| **Total for Legal Fees** | **$0.00** |

**Disbursements and Service Charges**

| | |
|---|---|
| Messenger Charges | 36.00 |
| Postage Charges | 30.48 |
| Professional Service - JPMorgan Chase Bank - Research to produce subpoenaed documents 02/07/18 | 85.61 |
| Land Registry Searches - No VAT - Land Registry - Searches 09/03 - 12/03/18 | 33.00 |
| **Total for Disbursements and Service Charges** | **$229.64** |
| **Less Voluntary Reduction** | **($44.55)** |
| **Total This Invoice** | **$185.09** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT C

**TRAFFIC MONSOON**
**Summary of BRG Fees & Expenses**
**January 1, 2018 - March 31, 2018**

| Date | Invoice No. | Fees | | Write Off | | Expenses | | Total |
|------|-------------|------|---|-----------|---|----------|---|-------|
| Jan-18 | 62540 | $ | 23,067.00 | $ | (265.00) | $ | 5.45 | $ | 22,807.45 |
| Feb-18 | 63021 | | 11,400.00 | | - | | 68.25 | | 11,468.25 |
| Mar-18 | 65676 | | 3,555.50 | | (901.00) | | 51.22 | | 2,705.72 |
| Total | | $ | 38,022.50 | $ | (1,166.00) | $ | 124.92 | $ | 36,981.42 |

# EXHIBIT C-1



**Berkeley Research Group**

Ms. Peggy Hunt
Dorsey & Whitney LLP
111 S. Main Street
Suite 2100
Salt Lake City, UT 84111

March 6, 2018
Client-Matter: 997-14823
Invoice #: 62540
Tax ID # 27-1451273

**Via Email: hunt.peggy@dorsey.com**

RE: **Traffic Monsoon Receivership**

Services Rendered From January 1, 2018 Through January 31, 2018

| | | |
|---|---:|---|
| Professional Services | $ 23,067.00 | USD |
| Voluntary Reduction | (265.00) | |
| Expenses Incurred | 5.45 | |
| **CURRENT CHARGES** | $ **22,807.45** | **USD** |

**PAYMENT IS DUE BY April 5, 2018**

Please direct questions regarding this invoice to: Jeff Shaw at (801) 364-6233 or jshaw@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire or ACH to:**
Bank Name:      PNC Bank, N.A.
SWIFT:          PNCCUS33ENJ
ABA #:          031207607
Account Name:   Berkeley Research Group, LLC
Account #:      8026286672
Reference:      62540

Remittance advices are to be sent to:
remitadvice@thinkbrg.com



**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 2 of 7
**Invoice #** 62540
**Client-Matter:** 00997-014823

Services Rendered From January 1, 2018 Through January 31, 2018

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Director (Legacy)** | | | |
| Ray Strong | 310.00 | 29.70 | 9,207.00 |
| | | | |
| **Associate Director** | | | |
| Matthew Babcock | 280.00 | 18.90 | 5,292.00 |
| Leif Larsen | 275.00 | 2.00 | 550.00 |
| | | | |
| **Senior Managing Consultant** | | | |
| Jeffrey Shaw | 265.00 | 26.30 | 6,969.50 |
| Jeffrey Shaw | | 1.00 | N/C |
| | | | |
| **Senior Associate** | | | |
| Jason Strong | 220.00 | 3.00 | 660.00 |
| | | | |
| **Case Assistant** | | | |
| Victoria Calder | 95.00 | 1.30 | 123.50 |
| | | | |
| **Total Professional Services** | | **82.20** | **22,802.00** |

**EXPENSES**

| | | |
|---|---|---|
| Photocopies | | 3.15 |
| Postage | | 2.30 |
| **Total Expenses** | | **5.45** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 3 of 7
**Invoice #** 62540
**Client-Matter:** 00997-014823

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 110.0000 | General Accounting Issues | 3.80 | 1,007.00 |
| 120.0000 | Monthly Operating Report Preparation | 0.30 | 79.50 |
| 400.0000 | Forensic Accounting Analysis - General | 56.70 | 16,293.00 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 6.40 | 1,792.00 |
| 450.0000 | Forensic Accounting Analysis - Payza | 3.20 | 857.00 |
| 460.0000 | Forensic Accounting Analysis - STP | 7.50 | 2,100.00 |
| 600.0000 | Tax Compliance & Analysis - Domestic | 3.30 | 673.50 |
| 950.0000 | Fee Application Preparation & Hearing | 1.00 | N/C |
| **Total Professional Services** | | **82.20** | **22,802.00** |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 4 of 7
Invoice # 62540
Client-Matter: 00997-014823

Services Rendered From January 1, 2018 Through January 31, 2018

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 01/02/18 | Jeffrey Shaw | Follow-up regarding payment of outstanding payables. | 0.50 | 265.00 | 132.50 |
| 01/05/18 | Jeffrey Shaw | Reviewed 2017 activity and prepared summary report per request from tax professionals. | 0.50 | 265.00 | 132.50 |
| 01/05/18 | Jeffrey Shaw | Reviewed and recorded transactions in Epiq. | 0.40 | 265.00 | 106.00 |
| 01/18/18 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.50 | 265.00 | 132.50 |
| 01/18/18 | Jeffrey Shaw | Reviewed and prepared outstanding payables. | 1.30 | 265.00 | 344.50 |
| 01/18/18 | Jeffrey Shaw | Reviewed and recorded claims data in Epiq. | 0.60 | 265.00 | 159.00 |
| | | **Total for Task Code 110.0000** | **3.80** | | **1,007.00** |
| | | | | | |
| **Task Code: 120.0000 - Monthly Operating Report Preparation** | | | | | |
| 01/05/18 | Jeffrey Shaw | Review and follow-up with Epiq regarding reporting issues. | 0.30 | 265.00 | 79.50 |
| | | **Total for Task Code 120.0000** | **0.30** | | **79.50** |
| | | | | | |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 01/02/18 | Matthew Babcock | Evaluated issues related to receipt and disbursement analysis and prepared narrative. | 0.30 | 280.00 | 84.00 |
| 01/03/18 | Matthew Babcock | Evaluated issues related to receipt and disbursement analysis and prepared narrative. | 0.90 | 280.00 | 252.00 |
| 01/03/18 | Jeffrey Shaw | Analyzed member data. | 2.00 | 265.00 | 530.00 |
| 01/03/18 | Jeffrey Shaw | Evaluated questionnaire data. | 0.30 | 265.00 | 79.50 |
| 01/04/18 | Matthew Babcock | Prepared for and met with S3 in order to discuss case issues. | 1.30 | 280.00 | 364.00 |
| 01/04/18 | Jeffrey Shaw | Met with S3 to discuss case status and tasks to be completed. | 0.70 | 265.00 | 185.50 |
| 01/04/18 | Jeffrey Shaw | Analyzed member data. | 3.40 | 265.00 | 901.00 |
| 01/04/18 | Ray Strong | Prepared for and met with BRG Team regarding preparing narratives of work performed for Receiver. | 0.90 | 310.00 | 279.00 |
| 01/05/18 | Jeffrey Shaw | Analyzed member data and prepared schedule. | 2.50 | 265.00 | 662.50 |
| 01/16/18 | Matthew Babcock | Evaluated issues related to receipt and disbursement analysis and prepared narrative. | 0.50 | 280.00 | 140.00 |
| 01/19/18 | Jeffrey Shaw | Prepared narrative related to cash receipt and disbursement analysis. | 1.00 | 265.00 | 265.00 |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/22/18 | Jeffrey Shaw | Prepared narrative regarding cash receipt and disbursement analysis for Receiver. | 0.50 | 265.00 | 132.50 |
| 01/22/18 | Ray Strong | Analyzed case documents and database activity and prepared draft narrative of work performed to date to reconstruct financial records and procedures utilized for Receiver. | 6.20 | 310.00 | 1,922.00 |
| 01/23/18 | Jeffrey Shaw | Prepared narrative related to cash receipt and disbursement analysis. | 2.70 | 265.00 | 715.50 |
| 01/23/18 | Jason Strong | Reviewed and analyzed cash receipts and disbursement database, TM Database, and TM source code analysis procedures for preparation of draft narrative requested by Receiver. | 2.00 | 220.00 | 440.00 |
| 01/23/18 | Ray Strong | Met with IT professional to review database procedures utilized in cash receipts and disbursement analysis for draft narrative of work performed for Receiver. | 2.00 | 310.00 | 620.00 |
| 01/23/18 | Ray Strong | Analyzed case documents and database activity and prepared draft narrative of work performed to date to reconstruct financial records and procedures utilized for Receiver. | 3.70 | 310.00 | 1,147.00 |
| 01/24/18 | Jeffrey Shaw | Prepared narrative related to cash receipt and disbursement analysis. | 6.00 | 265.00 | 1,590.00 |
| 01/24/18 | Ray Strong | Analyzed case documents and database activity and prepared draft narrative of work performed to date to reconstruct financial records and procedures utilized for Receiver. | 3.10 | 310.00 | 961.00 |
| 01/26/18 | Ray Strong | Analyzed case documents and database activity and prepared draft narrative of work performed to date to reconstruct financial records and procedures utilized for Receiver. | 2.40 | 310.00 | 744.00 |
| 01/28/18 | Ray Strong | Analyzed case documents and database activity and prepared draft narrative of work performed to date to reconstruct financial records and procedures utilized for Receiver. | 7.20 | 310.00 | 2,232.00 |
| 01/29/18 | Jeffrey Shaw | Analyzed questionnaire data and email regarding the same. | 0.50 | 265.00 | 132.50 |
| 01/29/18 | Jason Strong | Reviewed and analyzed cash receipts and disbursement database, TM Database, and TM source code analysis procedures for preparation of draft narrative requested by Receiver. | 1.00 | 220.00 | 220.00 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/30/18 | Matthew Babcock | Examined declaration regarding data analysis process. | 0.60 | 280.00 | 168.00 |
| 01/30/18 | Ray Strong | Analyzed case documents and database activity and prepared draft narrative of work performed to date to reconstruct financial records and procedures utilized for Receiver. | 4.20 | 310.00 | 1,302.00 |
| 01/31/18 | Matthew Babcock | Reviewed case files in preparation for upcoming meetings with Receiver and SEC. | 0.80 | 280.00 | 224.00 |
| | | **Total for Task Code 400.0000** | **56.70** | | **16,293.00** |

**Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/22/18 | Matthew Babcock | Prepared narrative related to analysis of Chase Bank data. | 2.60 | 280.00 | 728.00 |
| 01/23/18 | Matthew Babcock | Updated narrative related to analysis of Chase Bank data. | 2.90 | 280.00 | 812.00 |
| 01/24/18 | Matthew Babcock | Finalized narrative related to analysis of Chase Bank data. | 0.90 | 280.00 | 252.00 |
| | | **Total for Task Code 420.0000** | **6.40** | | **1,792.00** |

**Task Code: 450.0000 - Forensic Accounting Analysis - Payza**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/05/18 | Jeffrey Shaw | Prepared narrative related to analysis of Payza data. | 2.60 | 265.00 | 689.00 |
| 01/24/18 | Matthew Babcock | Reviewed narrative related to analysis of Payza data. | 0.60 | 280.00 | 168.00 |
| | | **Total for Task Code 450.0000** | **3.20** | | **857.00** |

**Task Code: 460.0000 - Forensic Accounting Analysis - STP**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/22/18 | Matthew Babcock | Prepared narrative related to analysis of STP data. | 4.80 | 280.00 | 1,344.00 |
| 01/23/18 | Matthew Babcock | Updated narrative related to analysis of STP data. | 1.50 | 280.00 | 420.00 |
| 01/24/18 | Matthew Babcock | Finalized narrative related to analysis of STP data. | 1.20 | 280.00 | 336.00 |
| | | **Total for Task Code 460.0000** | **7.50** | | **2,100.00** |

**Task Code: 600.0000 - Tax Compliance & Analysis - Domestic**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/03/18 | Leif Larsen | Reviewed records on hand and requested information needed for the preparation of 2017 Forms 1099. | 0.20 | 275.00 | 55.00 |



**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership
**Invoice # 62540**
**Client-Matter:** 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/05/18 | Leif Larsen | Reviewed financial records received in order to identify required 1099 work. | 0.20 | 275.00 | 55.00 |
| 01/11/18 | Victoria Calder | Analyzed 2017 transaction ledgers in conjunction with preparation of IRS form(s) 1099. | 0.60 | 95.00 | 57.00 |
| 01/15/18 | Victoria Calder | Analyzed 2017 transaction ledgers in conjunction with preparation of form(s) 1099. | 0.40 | 95.00 | 38.00 |
| 01/15/18 | Leif Larsen | Reviewed 2017 1099 file for completeness and accuracy. | 0.90 | 275.00 | 247.50 |
| 01/16/18 | Victoria Calder | Analyzed 2017 transaction ledgers in conjunction with preparation of form(s) 1099. | 0.10 | 95.00 | 9.50 |
| 01/16/18 | Leif Larsen | Reviewed 2017 1099 file to ensure review notes had been cleared. | 0.30 | 275.00 | 82.50 |
| 01/19/18 | Victoria Calder | Preparation of 2017 IRS forms 1099. | 0.10 | 95.00 | 9.50 |
| 01/22/18 | Victoria Calder | Updated postal receipts to show proof of filing. | 0.10 | 95.00 | 9.50 |
| 01/30/18 | Leif Larsen | Electronically filed the 2017 Forms 1096 and 1099 for Traffic Monsoon Receivership. | 0.40 | 275.00 | 110.00 |
| | | **Total for Task Code 600.0000** | **3.30** | | **673.50** |

**Task Code: 950.0000 - Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/22/18 | Jeffrey Shaw | Reviewed, finalized and submitted Dec 2017 bill. | 0.30 | | N/C |
| 01/22/18 | Jeffrey Shaw | Reviewed time entries and descriptions for Dec 2017. | 0.70 | | N/C |
| | | **Total for Task Code 950.0000** | **1.00** | | **0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Professional Services** | | | **82.20** | | **22,802.00** |

**DETAIL OF EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/18 | BRG Misc Clearing - BRG Misc Clearing  01/31/18  Traffic  Monsoon  Postage Timekeeper : 09999 - Applicable, Not Invoice #: 013118e Vchr Comment:  Postage January 2018 Salt Lake City office | 2.30 |
| 02/15/18 | S3 Advisory LLC - Photocopies $.15x21 Invoice #: 1190 Vchr Comment: Services of Jason Strong and expenses on matter #14823 in Jan 2018. Timekeeper : 00354 - Strong, Ray | 3.15 |
| **Expenses** | | **5.45** |

# EXHIBIT C-2



**Berkeley Research Group**

Ms. Peggy Hunt
Dorsey & Whitney LLP
111 S. Main Street
Suite 2100
Salt Lake City, UT 84111

March 15, 2018
Client-Matter: 997-14823
Invoice #: 63021
Tax ID # 27-1451273

**Via Email: hunt.peggy@dorsey.com**

**RE: Traffic Monsoon Receivership**

Services Rendered From February 1, 2018 Through February 28, 2018

| | | |
|---|---|---|
| Professional Services | $ 11,400.00 | USD |
| Expenses Incurred | 68.25 | |
| **CURRENT CHARGES** | $ **11,468.25** | **USD** |

**PAYMENT IS DUE BY April 14, 2018**

Please direct questions regarding this invoice to: Jeff Shaw at (801) 364-6233 or jshaw@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire or ACH to:**
Bank Name:      PNC Bank, N.A.
SWIFT:          PNCCUS33ENJ
ABA #:          031207607
Account Name:   Berkeley Research Group, LLC
Account #:      8026286672
Reference:      63021

Remittance advices are to be sent to:
remitadvice@thinkbrg.com


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 2 of 7
**Invoice #** 63021
**Client-Matter:** 00997-014823

Services Rendered From February 1, 2018 Through February 28, 2018

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Director (Legacy)** | | | |
| Ray Strong | 310.00 | 10.20 | 3,162.00 |
| | | | |
| **Associate Director** | | | |
| Matthew Babcock | 280.00 | 15.00 | 4,200.00 |
| Leif Larsen | 275.00 | 0.20 | 55.00 |
| | | | |
| **Senior Managing Consultant** | | | |
| Jeffrey Shaw | 265.00 | 14.20 | 3,763.00 |
| | | | |
| **Senior Associate** | | | |
| Jason Strong | 220.00 | 1.00 | 220.00 |
| | | | |
| **Total Professional Services** | | **40.60** | **11,400.00** |

**EXPENSES**

| | | |
|---|---|---|
| Data Retrieval | | 50.00 |
| Photocopies | | 2.25 |
| Travel - Parking | | 16.00 |
| **Total Expenses** | | **68.25** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 3 of 7
**Invoice #** 63021
**Client-Matter:** 00997-014823

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 110.0000 | General Accounting Issues | 4.80 | 1,272.00 |
| 120.0000 | Monthly Operating Report Preparation | 0.80 | 212.00 |
| 400.0000 | Forensic Accounting Analysis - General | 13.30 | 3,785.50 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 2.30 | 644.00 |
| 460.0000 | Forensic Accounting Analysis - STP | 0.90 | 252.00 |
| 600.0000 | Tax Compliance & Analysis - Domestic | 0.70 | 187.50 |
| 700.0000 | Civil Investigation / SEC Inquiries | 1.30 | 403.00 |
| 800.0000 | Status Report Preparation | 3.50 | 966.50 |
| 930.0000 | Meeting Preparation / Attendance | 7.40 | 2,097.50 |
| 940.0000 | Hearing Preparation / Attendance | 5.60 | 1,580.00 |
| **Total Professional Services** | | **40.60** | **11,400.00** |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 4 of 7
Invoice # 63021
Client-Matter: 00997-014823

Services Rendered From February 1, 2018 Through February 28, 2018

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 02/08/18 | Jeffrey Shaw | Recorded transactions in Epiq. | 0.40 | 265.00 | 106.00 |
| 02/08/18 | Jeffrey Shaw | Reviewed cash activity and balances and responded to Receiver inquiry. | 0.30 | 265.00 | 79.50 |
| 02/09/18 | Jeffrey Shaw | Reviewed and revised professional fees and outstanding payables. | 0.30 | 265.00 | 79.50 |
| 02/09/18 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.80 | 265.00 | 212.00 |
| 02/09/18 | Jeffrey Shaw | Reviewed and prepared payment of outstanding payables. | 1.00 | 265.00 | 265.00 |
| 02/09/18 | Jeffrey Shaw | Reviewed outstanding payables. | 0.30 | 265.00 | 79.50 |
| 02/12/18 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.20 | 265.00 | 53.00 |
| 02/12/18 | Jeffrey Shaw | Follow-up with outstanding payables. | 0.30 | 265.00 | 79.50 |
| 02/13/18 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.50 | 265.00 | 132.50 |
| 02/28/18 | Jeffrey Shaw | Coordinated payment of outstanding payables. | 0.30 | 265.00 | 79.50 |
| 02/28/18 | Jeffrey Shaw | Reviewed, prepared payment of outstanding payables. | 0.40 | 265.00 | 106.00 |
| | | **Total for Task Code 110.0000** | **4.80** | | **1,272.00** |
| | | | | | |
| **Task Code: 120.0000 - Monthly Operating Report Preparation** | | | | | |
| 02/08/18 | Jeffrey Shaw | Reviewed activity for the quarter ending 12/31/17 and prepared quarterly report. | 0.50 | 265.00 | 132.50 |
| 02/09/18 | Jeffrey Shaw | Finalized and submitted quarterly report. | 0.30 | 265.00 | 79.50 |
| | | **Total for Task Code 120.0000** | **0.80** | | **212.00** |
| | | | | | |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 02/01/18 | Ray Strong | Reviewed and updated database with questionnaire data. | 1.70 | 310.00 | 527.00 |
| 02/01/18 | Ray Strong | Analyzed database and prepared for meeting with Receiver. | 1.40 | 310.00 | 434.00 |
| 02/01/18 | Jason Strong | Imported Receiver questionnaire data to BRG database. | 1.00 | 220.00 | 220.00 |



**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 5 of 7
Invoice # 63021
Client-Matter: 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/05/18 | Matthew Babcock | Prepared for and met with Receiver, Receiver's Counsel and S3 in order to discuss case analysis / status. | 2.10 | 280.00 | 588.00 |
| 02/05/18 | Jeffrey Shaw | Prepared for and met with Receiver, counsel and S3 regarding case status meetings/hearings with SEC and Court. | 1.30 | 265.00 | 344.50 |
| 02/05/18 | Ray Strong | Met with Receiver to prepare for meeting with SEC regarding case status and results of analysis. | 1.10 | 310.00 | 341.00 |
| 02/05/18 | Ray Strong | Analyzed case data for meeting with Receiver to prepare for meeting with SEC. | 1.00 | 310.00 | 310.00 |
| 02/06/18 | Matthew Babcock | Analyzed payment processor receipt and disbursement activity. | 1.40 | 280.00 | 392.00 |
| 02/07/18 | Matthew Babcock | Analyzed bank account receipt and disbursement activity. | 1.30 | 280.00 | 364.00 |
| 02/26/18 | Jeffrey Shaw | Evaluated questionnaire data and replied to Receiver inquiry and follow-up with Epiq. | 1.00 | 265.00 | 265.00 |
| | | **Total for Task Code 400.0000** | **13.30** | | **3,785.50** |

**Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank**

| | | | | | |
|------|------|-------------|-------|------|--------|
| 02/05/18 | Matthew Babcock | Examined Chase Bank receipt and disbursement activity. | 0.90 | 280.00 | 252.00 |
| 02/16/18 | Matthew Babcock | Examined recent document production received from Chase Bank and updated related receipt and disbursement analysis. | 1.40 | 280.00 | 392.00 |
| | | **Total for Task Code 420.0000** | **2.30** | | **644.00** |

**Task Code: 460.0000 - Forensic Accounting Analysis - STP**

| | | | | | |
|------|------|-------------|-------|------|--------|
| 02/05/18 | Matthew Babcock | Examined STP receipt and disbursement activity. | 0.90 | 280.00 | 252.00 |
| | | **Total for Task Code 460.0000** | **0.90** | | **252.00** |

**Task Code: 600.0000 - Tax Compliance & Analysis - Domestic**

| | | | | | |
|------|------|-------------|-------|------|--------|
| 02/05/18 | Leif Larsen | Re-submitted 2017 1099 file for traffic Monsoon Receivership to IRS. | 0.20 | 275.00 | 55.00 |
| 02/06/18 | Jeffrey Shaw | Researched address in connection with 1099 preparation. | 0.50 | 265.00 | 132.50 |
| | | **Total for Task Code 600.0000** | **0.70** | | **187.50** |

**Task Code: 700.0000 - Civil Investigation / SEC Inquiries**

| | | | | | |
|------|------|-------------|-------|------|--------|
| 02/14/18 | Ray Strong | Discussed IRS request issues with counsel. | 0.20 | 310.00 | 62.00 |


**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 6 of 7
**Invoice #** 63021
**Client-Matter:** 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/14/18 | Ray Strong | Reviewed and analyzed cash database for IRS inquiry. | 1.10 | 310.00 | 341.00 |
| | | **Total for Task Code 700.0000** | **1.30** | | **403.00** |

**Task Code: 800.0000 - Status Report Preparation**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/28/18 | Matthew Babcock | Examined and updated status report. | 1.10 | 280.00 | 308.00 |
| 02/28/18 | Jeffrey Shaw | Reviewed, updated and provided comments on status report. | 1.90 | 265.00 | 503.50 |
| 02/28/18 | Ray Strong | Reviewed Receiver's draft status report and provided comments. | 0.50 | 310.00 | 155.00 |
| | | **Total for Task Code 800.0000** | **3.50** | | **966.50** |

**Task Code: 930.0000 - Meeting Preparation / Attendance**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/05/18 | Matthew Babcock | Prepared for and met with SEC, Receiver, Receiver's Counsel and S3 in order to discuss case analysis / status. | 2.80 | 280.00 | 784.00 |
| 02/05/18 | Jeffrey Shaw | Prepared for and met with Receiver, counsel, S3 and SEC regarding case status and analysis. | 2.50 | 265.00 | 662.50 |
| 02/05/18 | Ray Strong | Met with SEC and Receiver regarding case status and results of analysis. | 2.10 | 310.00 | 651.00 |
| | | **Total for Task Code 930.0000** | **7.40** | | **2,097.50** |

**Task Code: 940.0000 - Hearing Preparation / Attendance**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/08/18 | Matthew Babcock | Prepared for, attended and followed-up on issues related to status hearing. | 3.10 | 280.00 | 868.00 |
| 02/08/18 | Jeffrey Shaw | Prepared for and attended status hearing. | 1.40 | 265.00 | 371.00 |
| 02/08/18 | Ray Strong | Attended status conference with the Court. | 1.10 | 310.00 | 341.00 |
| | | **Total for Task Code 940.0000** | **5.60** | | **1,580.00** |

| | | | | | |
|------|------|-------------|-------|------|--------|
| **Professional Services** | | | **40.60** | | **11,400.00** |



**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**DETAIL OF EXPENSES**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 03/14/18 | S3 Advisory LLC - Photocopies 15 @ $0.15 (NR) Invoice #: 1193 Vchr Comment: Services of Jason Strong and expenses of Jason and Ray Strong on matter #14823 in Feb 2018. Timekeeper : 00354 - Strong, Ray | 2.25 |
| 03/14/18 | S3 Advisory LLC - Travel - Parking x2 (NR) Timekeeper : 00354 - Strong, Ray Invoice #: 1193 Vchr Comment: Services of Jason Strong and expenses of Jason and Ray Strong on matter #14823 in Feb 2018. | 16.00 |
| 03/14/18 | S3 Advisory LLC - Data Retrieval - Strong Connexions - Offsite backup charges for database (NR) Invoice #: 1193 Vchr Comment: Services of Jason Strong and expenses of Jason and Ray Strong on matter #14823 in Feb 2018. Timekeeper : 03021 - Strong, Jason | 50.00 |

| **Expenses** | | **68.25** |
|---|---|---|

# EXHIBIT C-3



**Berkeley Research Group**

Ms. Peggy Hunt
Dorsey & Whitney LLP
111 S. Main Street
Suite 2100
Salt Lake City, UT 84111

May 29, 2018
Client-Matter: 997-14823
Invoice #: 65676
Tax ID # 27-1451273

**Via Email: hunt.peggy@dorsey.com**

RE: **Traffic Monsoon Receivership**

Services Rendered From March 1, 2018 Through March 31, 2018

| | | |
|---|---|---|
| Professional Services | $ 3,555.50 | USD |
| Voluntary Reduction | (901.00) | |
| Expenses Incurred | 51.22 | |
| **CURRENT CHARGES** | $ **2,705.72** | USD |

**PAYMENT IS DUE BY June 28, 2018**

Please direct questions regarding this invoice to: Jeff Shaw at (801) 364-6233 or jshaw@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA  94608

**Please remit payment by wire or ACH to:**
| | |
|---|---|
| Bank Name: | PNC Bank, N.A. |
| SWIFT: | PNCCUS33ENJ |
| ABA #: | 031207607 |
| Account Name: | Berkeley Research Group, LLC |
| Account #: | 8026286672 |
| Reference: | 65676 |

Remittance advices are to be sent to:
remitadvice@thinkbrg.com



**BRG**
Berkeley Research Group

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Services Rendered From March 1, 2018 Through March 31, 2018

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Director (Legacy)** | | | |
| Ray Strong | 310.00 | 0.20 | 62.00 |
| | | | |
| **Associate Director** | | | |
| Matthew Babcock | 280.00 | 5.50 | 1,540.00 |
| | | | |
| **Senior Managing Consultant** | | | |
| Jeffrey Shaw | 265.00 | 3.90 | 1,033.50 |
| Jeffrey Shaw | | 3.40 | N/C |
| | | | |
| **Case Assistant** | | | |
| Victoria Calder | 95.00 | 0.20 | 19.00 |
| | | | |
| **Total Professional Services** | | **13.20** | **2,654.50** |

**EXPENSES**

| | | |
|---|---|---|
| Other | | 50.00 |
| Photocopies | | 0.75 |
| Postage | | 0.47 |
| **Total Expenses** | | **51.22** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 110.0000 | General Accounting Issues | 1.80 | 477.00 |
| 400.0000 | Forensic Accounting Analysis - General | 0.80 | 221.00 |
| 420.0000 | Forensic Accounting Analysis - JPMorgan Chase Bank | 5.50 | 1,540.00 |
| 600.0000 | Tax Compliance & Analysis - Domestic | 0.20 | 19.00 |
| 800.0000 | Status Report Preparation | 1.50 | 397.50 |
| 950.0000 | Fee Application Preparation & Hearing | 3.40 | N/C |
| **Total Professional Services** | | **13.20** | **2,654.50** |


**BRG**
**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

Page 4 of 6
Invoice # 65676
Client-Matter: 00997-014823

Services Rendered From March 1, 2018 Through March 31, 2018

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 110.0000 - General Accounting Issues** | | | | | |
| 03/01/18 | Jeffrey Shaw | Reviewed and recorded transactions in Epiq. | 0.40 | 265.00 | 106.00 |
| 03/07/18 | Jeffrey Shaw | Reviewed payables support. | 0.30 | 265.00 | 79.50 |
| 03/14/18 | Jeffrey Shaw | Reviewed professional fees and email regarding the same. | 0.30 | 265.00 | 79.50 |
| 03/15/18 | Jeffrey Shaw | Reviewed cash activity and responded to counsel inquiry. | 0.80 | 265.00 | 212.00 |
| | | **Total for Task Code 110.0000** | **1.80** | | **477.00** |
| | | | | | |
| **Task Code: 400.0000 - Forensic Accounting Analysis - General** | | | | | |
| 03/23/18 | Ray Strong | Discussed case status and assignments with Receiver. | 0.20 | 310.00 | 62.00 |
| 03/26/18 | Jeffrey Shaw | Discussion regarding case status and tasks to be performed. | 0.30 | 265.00 | 79.50 |
| 03/27/18 | Jeffrey Shaw | Discussion regarding case status. | 0.30 | 265.00 | 79.50 |
| | | **Total for Task Code 400.0000** | **0.80** | | **221.00** |
| | | | | | |
| **Task Code: 420.0000 - Forensic Accounting Analysis - JPMorgan Chase Bank** | | | | | |
| 03/19/18 | Matthew Babcock | Examined receipt and disbursement data and identified bank accounts related to Scoville and Scoville family Analyzed financial data and records. | 1.90 | 280.00 | 532.00 |
| 03/21/18 | Matthew Babcock | Examined bank account receipt and disbursement data and discussed same with Counsel. | 1.30 | 280.00 | 364.00 |
| 03/22/18 | Matthew Babcock | Examined receipt and disbursement data, identified additional bank accounts / information related to Scoville / Scoville family members and provided findings to Receiver and Counsel. | 2.30 | 280.00 | 644.00 |
| | | **Total for Task Code 420.0000** | **5.50** | | **1,540.00** |
| | | | | | |
| **Task Code: 600.0000 - Tax Compliance & Analysis - Domestic** | | | | | |
| 03/01/18 | Victoria Calder | Preparation of IRS form 1099. | 0.20 | 95.00 | 19.00 |
| | | **Total for Task Code 600.0000** | **0.20** | | **19.00** |
| | | | | | |
| **Task Code: 800.0000 - Status Report Preparation** | | | | | |
| 03/01/18 | Jeffrey Shaw | Prepared schedule to be included in fee application/status report. | 0.40 | 265.00 | 106.00 |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

**Page** 5 of 6
**Invoice #** 65676
**Client-Matter:** 00997-014823

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/01/18 | Jeffrey Shaw | Reviewed status report. | 0.40 | 265.00 | 106.00 |
| 03/01/18 | Jeffrey Shaw | Reviewed and revised schedules to be included in status report. | 0.70 | 265.00 | 185.50 |
| | | **Total for Task Code 800.0000** | **1.50** | | **397.50** |

**Task Code: 950.0000 - Fee Application Preparation & Hearing**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/01/18 | Jeffrey Shaw | Analyzed time entries, descriptions and rates for January 2018 invoice. | 0.50 | 265.00 | N/C |
| 03/01/18 | Jeffrey Shaw | Reviewed and determined 2018 adjusted rates. | 0.20 | 265.00 | N/C |
| 03/06/18 | Jeffrey Shaw | Reviewed time entries and descriptions for January 2018. | 0.90 | 265.00 | N/C |
| 03/14/18 | Jeffrey Shaw | Finalized January 2018 bill. | 0.30 | 265.00 | N/C |
| 03/15/18 | Jeffrey Shaw | Updated, finalized and submitted February 2018 bill. | 0.70 | 265.00 | N/C |
| 03/15/18 | Jeffrey Shaw | Reviewed time entries and descriptions for February 2018. | 0.80 | 265.00 | N/C |
| | | **Total for Task Code 950.0000** | **3.40** | | **0.00** |

| | | **Professional Services** | **13.20** | | **2,654.50** |


**Berkeley Research Group**

**To:** Ms. Peggy Hunt
**c/o:** Dorsey & Whitney LLP
**RE:** Traffic Monsoon Receivership

### DETAIL OF EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 03/30/18 | BRG Misc Clearing - BRG Misc Clearing 03/30/18 Traffic Monsoon Postage Timekeeper : 09999 - Applicable, Not Invoice #: 033018a Vchr Comment: Postage March 2018 Salt Lake City | 0.47 |
| 04/23/18 | S3 Advisory LLC - Other - SQL Database Daily Backup Service (NR) Timekeeper : 00354 - Strong, Ray Invoice #: 1198.EXP Vchr Comment: Expenses on matter #14823 on 3/31/18. | 50.00 |
| 04/23/18 | S3 Advisory LLC - Photocopies 5 (NR) @ $0.15 Invoice #: 1198.EXP Vchr Comment: Expenses on matter #14823 on 3/31/18. Timekeeper : 00354 - Strong, Ray | 0.75 |

| | | |
|------|-------------|--------|
| **Expenses** | | **51.22** |