## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff.<br><br>   V.<br><br>TRAFFIC MONSOON, LLC, a Utah Limited Liability Company, and CHARLES DAVID SCOVILLE, an individual,<br><br>         Defendants. | **ORDER GRANTING FIFTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JANUARY 1, 2018 THROUGH MARCH 31, 2018, AS AMENDED**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

The matter before the Court is the *Fifth Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from January 1, 2018 through March 31, 2018* (Fee Application) filed by Peggy Hunt, the court-appointed receiver, seeking the allowance of fees and expenses incurred by the receiver, the receiver's counsel, Dorsey & Whitney LLP (Dorsey), and the receiver's accountants, Berkley Research Group (BRG), for the period of January 1, 2018 through March 31, 2018 (the Application Period) and authorization to pay all allowed fees and expenses from funds of the Receivership Estate on an interim basis. No objections to the Fee Application have been filed.

On July 13, 2018, the court ordered the receiver to provide further information about services provided by Dorsey in reviewing and responding to investor emails as set forth in the invoices attached as Exhibit B to the Fee Application. [Docket No. 157.] The receiver filed a *Response to Request for Further Information Regarding Allowance of Certain Legal Fees and Proposed Amendment to Pending Fee Applications* on August 8, 2018, [Docket No. 161],

amending the Fee Application to reduce the legal fees requested in the total amount of $1,761.50.

Thus, as amended, Dorsey is seeking allowance of fees in the total amount of $57,736.25.

The court GRANTS the Fee Application, as amended. The court notes, however, that it appears that many of the tasks performed by an attorney in reviewing emails sent by investors could be performed by a paralegal or even by clerical staff. The court may not approve future applications that contain similar requests for payment for attorney time spent on such tasks.

**IT IS HEREBY ORDERED** that:

(1)      The Fee Application, as amended by the response, is **APPROVED**;

(2)      The fees and expenses of the receiver and her professionals Dorsey and BRG are **ALLOWED** on an interim basis as set forth in the Fee Application, as amended by the Response;

(3)      The receiver is **ALLOWED** a claim in the total amount of $17,170.65 for fees;

(4)      Dorsey is **ALLOWED** a claim in the amount of $57,736.25 for fees and $185.09 for reimbursement of out-of-pocket expenses, for a total sum of $57,921.34;

(5)      BRG is **ALLOWED** a claim in the amount of $36,856.50 for fees and $124.92 for reimbursement of out-of-pocket expenses, for a total sum of $36,981.42; and

(6)      The receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein to the extent that they have not been paid pursuant to the Fee Procedures Order.

DATED August 31, 2018.

BY THE COURT:

_____
The Honorable Jill N. Parrish
United States District Court