# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff.<br><br>　V.<br><br>TRAFFIC MONSOON, LLC and CHARLES DAVID SCOVILLE,<br><br>　　　　　　　　Defendants. | **ORDER APPROVING SIXTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM APRIL 1, 2018 THROUGH JUNE 30, 2018**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

Before the court is the *Sixth Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered From April 1, 2018 Through June 30, 2018*, [Docket 165], filed by R. Peggy Hunt, the court-appointed receiver (Receiver). The fee application seeks the allowance of fees and expenses incurred by the Receiver, the Receiver's counsel, Dorsey & Whitney LLP (Dorsey), and the Receiver's accountants, Berkley Research Group (BRG), for the period of April 1, 2018 through June 30, 2018 and authorization to pay all allowed fees and expenses from funds of the receivership estate on an interim basis.  No objections to the fee application have been filed.

The court APPROVES the fee application.

**IT IS HEREBY ORDERED** that:

(1)　The fee application is **APPROVED;**

(2)　The fees and expenses of the Receiver and her professionals Dorsey and BRG are **ALLOWED** on an interim basis as set forth in the fee application;

2

(3) The Receiver is **ALLOWED** a claim in the total amount of $11,909.25 for fees;

(4) Dorsey is **ALLOWED** a claim in the amount of $26,851.00 for fees and $74.39 for reimbursement of out-of-pocket expenses, for a total sum of $26,925.39;

(5) BRG is **ALLOWED** a claim in the amount of $14,859.50 for fees and $288.96 for reimbursement of out-of-pocket expenses, for a total sum of $15,148.46; and

(6) The Receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein.

DATED October 22, 2018.

                                    **BY THE COURT:**

                                    _____

                                    The Honorable Jill N. Parrish
                                    United States District Court