# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff.<br><br>　　v.<br><br>TRAFFIC MONSOON, LLC, and CHARLES DAVID SCOVILLE,<br><br>　　　　　　　　　Defendants. | ORDER GRANTING SEVENTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JULY 1, 2018 THROUGH JUNE 30, 2019<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

　　　　The matter before the court is the *Seventh Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered From July 1, 2018 Through June 30, 2019* (the "Fee Application") filed by R. Peggy Hunt, the court-appointed Receiver (the "Receiver"), seeking the allowance of fees and expenses incurred by the Receiver, the Receiver's counsel, Dorsey & Whitney LLP ("Dorsey"), and the Receiver's accountants, Berkley Research Group ("BRG"), for the period of July 1, 2018 through June 30, 2019 (the "Application Period") and authorization to pay all allowed fees and expenses from funds of the Receivership Estate on an interim basis.  No objections to the Fee Application have been filed.

　　　　The court has reviewed the Fee Application, all Exhibits thereto, the record in this case, and applicable law. The court finds the fees and expenses requested for the Application Period are reasonable, necessary and beneficial.  Based thereon, and for good cause appearing,

　　　　**IT IS HEREBY ORDERED** that:

　　　　(1)　　The Fee Application is **APPROVED**;

(2) The fees and expenses of the Receiver and her professionals Dorsey and BRG are **ALLOWED** on an interim basis as set forth in the Fee Application;

(3) The Receiver is **ALLOWED** a claim in the total amount of $34,661.25 for fees;

(4) Dorsey is **ALLOWED** a claim in the amount of $151,666.50 for fees and $15,836.31 for reimbursement of out-of-pocket expenses, for a total sum of $167,502.56;

(5) BRG is **ALLOWED** a claim in the amount of $37,970 for fees and $632.92 for reimbursement of out-of-pocket expenses, for a total sum of $38,602.92; and

(6) The Receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein to the extent that they have not been paid pursuant to the Fee Procedures Order.

DATED October 1, 2019.

                        **BY THE COURT:**

                        _____
                        The Honorable Jill N. Parrish
                        United States District Court