EXHIBIT 1

## STANDARDIZED FUND ACCOUNTING REPORT for Traffic Monsoon, LLC Receivership - Cash Basis
Receivership; Civil Court Case No. 2:16-00832
REPORTING PERIOD 04/01/2020 TO 06/30/2020

**Fund Accounting (See Instructions):**

| Line | Description | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 04/01/20) | | | 53,161,577.19 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | - | - | |
| Line 4 | Interest/Dividend Income | - | - | |
| Line 5 | Business Asset Liquidation | 1,316.28 | 1,316.28 | |
| Line 6 | Personal Asset Liquidation | - | - | |
| Line 7 | Third-Party Litigation | - | - | |
| Line 8 | Miscellaneous-Other | - | - | |
| | Total Funds Available (Lines 1-8): | - | 1,316.28 | 53,162,893.47 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Senior Secured Lenders/Investors | | - | |
| Line 10 | Disbursements for Receivership Operations | | 648,991.79 | |
| Line 10 | Internal Loans | - | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 648,991.79 | | |
| | 1. Fees: | - | | |
| | Receiver | - | | |
| | Legal Advisors | - | | |
| | Accountants | - | | |
| | Consultants | 648,991.79 | | |
| Line 10b | Business Asset Expenses | - | | |
| Line 10c | Personal Asset Expenses | - | | |
| Line 10d | Hospital Settlements & Investment Expenses | - | | |
| Line 10e | Third Party Litigation Expenses | - | | |
| | 1. Attorney Fees | - | | |
| | 2 Litigation Expenses | - | | |
| | Total Third-party Litigation Expenses | - | | |
| Line 10f | Tax Administrator Fees and Bonds | - | | |
| Line 10g | Federal and State Tax Payments | - | | |
| | Total Disbursements for Receivership Operations | | 648,991.79 | 648,991.79 |
| Line 11 | Disbursments for Distribution Expenses Paid by the Fund: | - | - | |
| Line 11 | Distribution Plan Development Expenses | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | - | | |
| | Fund Administrator | - | | |
| | Independent Distribution Consultant (IDC) | - | | |
| | Receiver | - | | |
| | Legal Advisors | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Approved Living Allowance | - | | |
| | 4. Miscellaneous | - | | |
| | Total Plan Development Expenses | | - | |
| Line 11b | Distribution Plan Implementation Expenses: | - | | |
| | 1. Fees: | - | | |
| | Fund Administrator | - | | |
| | IDC | - | | |
| | Receiver | - | | |
| | Legal Advisors | - | | |
| | Accountants | - | | |
| | Consultants | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | - | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Notice/Publishing Approved Plan | - |  |  |
|  | Claimant Identification | - |  |  |
|  | Claims Processing | - |  |  |
|  | Web Site Maintenance/Call Center | - |  |  |
|  | 4. Fund Administrator Bond | - |  |  |
|  | 5. Miscellaneous | - |  |  |
|  | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | - |  |  |
|  | *Total Plan Implementation Expenses* |  | - |  |
|  | **Total Disbursement for Distribution Expenses Paid by the Fund** |  |  | - |
| Line 12 | **Disbursements to Court/Other:** |  |  |  |
| Line 12 | Disbursements to Court |  |  |  |
|  | Investment Expenses/Court Registry Investment System (CRIS) |  |  |  |
| Line 12a | Fees | - |  |  |
| Line 12b | Federal Tax Payments | - |  |  |
|  | **Total Disbursements to Court/Other:** |  |  | - |
|  | **Total Funds Disbursed (Lines 9-12)** |  |  | 648,991.79 |
| Line 13 | **Ending Balance (As of 06/30/20)** |  |  | 52,513,901.68 |
| Line 14 | **Ending Balance of Fund - Net Assets:** |  |  |  |
| Line 14a | Cash & Cash Equivalents |  |  | 52,513,901.68 |
| Line 14b | Investments |  |  | - |
| Line 14c | Other Assets or Uncleared Funds |  |  | - |
|  | **Total Ending Balance of Fund - Net Assets** |  |  | 52,513,901.68 |

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | **OTHER SUPPLEMENTAL INFORMATION:** |  |  |  |
|  | Report of Items NOT to be paid by the Fund: |  |  |  |
| Line 15 | **Disbursements of Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| Line 15 | Disbursements for Plan Administration Expenses | - | - |  |
| Line 15a | Plan Development Expenses Not Paid bu the Fund: | - |  |  |
|  | 1. Fees | - |  |  |
|  | Fund Administrator | - |  |  |
|  | IDC | - |  |  |
|  | Receiver | - |  |  |
|  | Legal Advisers | - |  |  |
|  | Accountants | - |  |  |
|  | Consultants | - |  |  |
|  | 2. Administrative Expenses | - |  |  |
|  | 3. Approved Living Allowance | - |  |  |
|  | 4. Miscellaneous | - |  |  |
|  | *Total Plan Development Expenses Not Paid by the Fund* |  | - |  |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | - |  |  |
|  | 1. Fees: | - |  |  |
|  | Fund Administrator | - |  |  |
|  | IDC | - |  |  |
|  | Receiver | - |  |  |
|  | Legal Advisers | - |  |  |
|  | Accountants | - |  |  |
|  | Consultants | - |  |  |
|  | 2. Administrative Expenses | - |  |  |
|  | 3. Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan | - |  |  |
|  | Claimant Identification | - |  |  |
|  | Claims Processing | - |  |  |
|  | Web Site Maintenance/Call Center | - |  |  |
|  | 4. Fund Administrator Bond | - |  |  |
|  | 5. Miscellaneous | - |  |  |
|  | 6. FAIR Reporting Expenses | - |  |  |
|  | *Total Plan Implementation Expesnses Not Paid by the Fund* |  | - |  |

| | | | | |
|---|---|---|---|---|
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | - | | |
| | Total Disbursements for Plan Administrative Expenses Not Paid by the fund | | - | - |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | - | - | |
| Line 16a | Investment Expenses/CRIS Fees | - | | |
| Line 16b | Federal Tax Payments | - | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | - | - |
| Line 17 | DC & State Tax Payments | - | - | |
| Line 18 | No. of Claims | | | |
| Line 18a | # of Claims Received This Reporting Period | | | - |
| Line 18 b | # of Claims Received Since Inception of Fund | | | - |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | - |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | | | - |

Receiver:

By: _/s/ Mary Margaret Hunt_
(signature)

Mary Margeret Hunt
(printed Name)

Receiver
(title)

Date: 9-22-2020