## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff.<br><br>V.<br><br>TRAFFIC MONSOON, LLC, a Utah Limited Liability Company, and CHARLES DAVID SCOVILLE, an individual,<br><br>　　　　　　Defendants. | **ORDER GRANTING NINTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM APRIL 1, 2020, THROUGH JUNE 30, 2020**<br><br>2:16-cv-00832-JNP<br><br>The Honorable Jill N. Parrish |

The matter before the Court is the *Ninth Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from April 1, 2020, through June 30, 2020* (the "Fee Application") [Docket No. 270] filed on September 24, 2020 by Peggy Hunt, the court-appointed Receiver (the "Receiver"), seeking approval of fees and expenses incurred by the Receiver; the Receiver's counsel, Dorsey & Whitney LLP ("Dorsey") and Greenberg Traurig LLP ("Greenberg"); and the Receiver's accountants, Berkley Research Group ("BRG"), for the period of April 1, 2020, through June 30, 2020 (the "Application Period"), and authorization to pay all allowed fees and expenses from funds of the Receivership Estate on an interim basis. No objections to the Fee Application have been filed. The Court has reviewed the Fee Application, all Exhibits thereto, the record in this case, and applicable law. The Court finds the fees and expenses requested for the Application Period are reasonable, necessary, and beneficial. Based thereon, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

(1) The Fee Application is **APPROVED**;

(2) The fees and expenses of the Receiver and her professionals Dorsey, Greenberg, and BRG are **ALLOWED** on an interim basis as set forth in the Fee Application;

(3) The Receiver is **ALLOWED** a claim in the total amount of $9,136.35 for fees;

(4) Dorsey is **ALLOWED** a claim in the amount of $6,214.00 for fees and $20.00 for reimbursement of out-of-pocket expenses, for a total sum of $6,234.00;

(5) Greenberg is **ALLOWED** a claim in the amount of $21,229.50 for fees and $40.84 for reimbursement of out-of-pocket expenses, for a total sum of $21,270.34;

(6) BRG is **ALLOWED** a claim in the amount of $11,860.00 for fees and $222.65 for reimbursement of out-of-pocket expenses, for a total sum of $12,082.65; and

(7) The Receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein to the extent that they have not been paid pursuant to the *Order Establishing Administrative Expense Payment Procedures*.

DATED October ___, 2020.

                                          **BY THE COURT:**

                                          _____
                                          The Honorable Jill N. Parrish
                                          United States District Court