FILED
2021 JAN 5 AM 11:28
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>TRAFFIC MONSOON, LLC and CHARLES SCOVILLE,<br><br>　　Defendant. | FINAL JUDGMENT AS TO DEFENDNAT CHARLES SCOVILLE<br><br>Case No. 2:16-cv-000832-JNP<br><br>District Judge Jill N. Parrish |

　　IT IS ORDERED AND ADJUDGED that Charles Scoville is liable to the Securities and Exchange Commission for disgorgement in the amount of $2,537,642.93. Amounts collected on this sum shall be first allocated toward victim compensation. If disbursement to victims is not practicable, amounts collected should then be directed to the United States Treasury.

　　Charles Scoville is also liable to the Securities and Exchange Commission for a civil penalty in the amount of $2,426,749.

　　Finally, Charles Scoville shall be subject to the following permanent injunction:

> Charles Scoville is hereby prohibited from soliciting, accepting, or depositing any monies obtained from actual or prospective investors, individuals, customers, companies, or entities for Traffic Monsoon or a business model substantially similar to Traffic Monsoon's sale of AdPacks. Furthermore, Charles Scoville's agents, servants, employees, attorneys, and other parties in active concert with Charles Scoville, when acting in such capacities, are prohibited from soliciting, accepting, or depositing any monies obtained from actual or prospective investors, individuals, customers, companies, or entities for Traffic Monsoon or a business model substantially similar to Traffic Monsoon's sale of AdPacks.

DATED January 5, 2021.

                BY THE COURT

                _____
                Jill N. Parrish
                United States District Court Judge