FILED
2022 FEB 4 PM 3:31
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>TRAFFIC MONSOON, LLC and CHARLES D. SCOVILLE,<br><br>DEFENDANTS. | Case No.: 2:16-cv-00832-JNP<br><br>Hon. Jill N. Parrish<br><br>**FINAL JUDGMENT AS TO DEFENDANT TRAFFIC MONSOON, LLC** |

The Securities and Exchange Commission having filed a Complaint and Defendant Traffic Monsoon, LLC ("Traffic Monsoon" or "Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from, directly or indirectly, including, but not limited through, any entity owned or controlled by Defendant, participating in the issuance, purchase, offer, or sale of any security.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who

1

receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $109,762,417.00, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $35,974,388.22, for a total of $145,736,805.22, which amount shall be deemed satisfied by the collection efforts to date and the future distribution of funds to allowed claims of investors by the Court-Appointed Receiver for Traffic Monsoon, LLC.  The Court-Appointed Receiver shall, pursuant to Court order, liquidate and convert into money all assets belonging to the Defendant. To facilitate the Receiver's identification, marshaling, and liquidation of assets of all Defendants, the Order Appointing Reciever (Dkt. No. 11), and all extensions and amendments of that Order, imposed pursuant to stipulation, Court order or otherwise, shall remain effective until further order of the Court.  The foregoing does not apply to or in any way alter Defendant Charles Scoville's independent obligation to disgorge funds pursuant to the Final Judgment entered against him (Dkt. No. 285.)

The Court shall retain jurisdiction over the administration of any distribution of the funds.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: February 4, 2022

_____
HON. JILL N. PARRISH
UNITED STATES DISTRICT JUDGE